UNITED STATES DISTRICT COURT
CENTRAL DISTRICT
FOR THE STATE OF ILLINOIS

| | |
|---|---|
| AARON O'NEAL,<br>    Plaintiff,<br><br>vs.<br><br>MANUEL ROJAS, et al.<br>    Defendant's | Case No.<br><br>VERIFIED COMPLAINT<br>JURY DEMAND |

MOTION FOR APPOINTMENT OF COUNSEL

   Plaintiff, AARON O'NEAL, pursuant to §1915 of Federal Rules and Procedure (Fed.R.Civ.P 1915) requests this Honorable Court to appoint counsel in this civil action to represent him. In support thereof Plaintiff O'Neal state the following:

   1. Plaintiff is unable to afford counsel in this cause, and has attempted to procure pro bono legal assistance and has been unsuccessful. (See Exhibit R.)

   2. The issues involved in this case are complex and require an in-depth understanding of statutory and constitutional law. Plaintiff has made a jury demand, and the large number of Defendant's, some of whom are supervisory officials, present greater complex issues determining which Defendant's were sufficiently involved in the constitutional violations to be held liable. In addition, the Plaintiff has asked for a jury trial, which requires much greater legal skill than the Plaintiff has or can develope. Abdullah v. Gunter, 949 F.2d 1032, 1035 (1991).

3. The case will require discovery of documents and depositions of a number of witnesses, and the Defendant's have already expressed an unwuillingness to turn over to Plaintiff even the simplest documents, through their agents, that are required by law to be disclosed to him. Therefore, in deciding whether to appoint counsel for an indigent litigant, the court should consider "the factual complexity of the case, the ability of the indigent to investigate the facts, the existence of complex testimony, the ability of the indigent to present his claim and the complexity of the legal issues." <u>Gunter</u>, supra.

WHEREFORE, Plaintiff, Aaron O'Neal pray this Honorable Court will consider his need for appointed counsel and take into consideration that the claims alleged in the complaint relate back for more than a decade and involve numerous similarly situated inmates.

/s/ Aaron O'Neal