UNITED STATES DISTRICT COURT
CENTRAL DISTRICT
FOR THE STATE OF ILLINOIS

AARON O'NEAL             )
                         )
    Plaintiff,           )
                         )
                         )
                         )
                         )
                         )
                         )
    vs.                  )     Case No.
                         )
                         )
                         )
MANUEL ROJAS, et al.     )
                         )
    Defendants           )
                         )

To: District Court Clerk          From: Aaron O'Neal
    Mr. Kenneth A. Wells                N53022
    For The Central Di-                 Henry Hill C.C.
    strict Of Illinois.                 Galesburg, Illinois. 61401.

   Please take notice that I have cause to be filed, a Section 1983 Civil Complaint consistent with District Court Rules.

Also, consistent with paragraph Nine (9) of the instruction sheet from this Court on Filing, a complaint. I have been seeking to obtain the required six month ledger from agents of the defendants since February 20, 2018 and February 28, 2018 as well as March 2, 2018 which is hereby enclosed with this document marked as **Exhibits A-1**

Exhibits A-2, Exhibits A-3, as well as another **Exhibit**, in-which shall be **marked as Exhibit A-4**. The sole purpose for submitting thee above mentioned documents, is shed light on the ongoing **United States Constitutional Violations in which Plaintiff has had to deal with, for bringing forth claims of "Retaliation"** for speaking out on members of the Catholic Faith having not been fed a Non-~~Diet~~ Meat Religious meal during several years during "LENT".

    Plaintiff is hereby asking that matters that are enclosed be reviewed thoroughly before setting forth a decision in above title cause which is already before The United States District Court Central District For The State Of Illinois.

    Nothing is functioning on proceedure nor protocol here at Henry Hill C.C. making it entirely difficult for "**any Plaintiff who is hereby trying desperately to obide by the Federal Guidelines.**"

    Sincerely,

    Mr. Aaron O'Neal

## State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | N53022 | **Counseling Date** | 02/20/18 08:37:59:657 |
| **Offender Name** | O'NEAL, AARON | **Type** | Collateral |
| **Current Admit Date** | 12/03/1993 | **Method** | Other |
| **MSR Date** | 08/14/2024 | **Location** | HIL   CLINICAL SERVICES |
| **HSE/GAL/CELL** | R1-B -15 | **Staff** | BEAMS, GARETH L., Correctional Counselor II |

Note to offender: requests for 6-month trust fund statement for legal purposes must be accompanied by certificate, which can be obtained in the library. If this is not for legal purposes, we are only able to provide transactions for the past 30 days once every thirty days.

EXHIBIT A-1

**Print Date  2/20/2018**

EXHIBIT A-2

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Request**

Offender Name: Aaron O'Neal   ID #: N53022   Living Unit: R1-B-15

Job Assignment: UNASSIGNED   Shift: NONE

To: "COUNSLOR MR. GARETH BEAMS OF HOUSING UNIT-1"

Please refer to the directory located in your orientation manual and address proper personnel.

I request ☑ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify)

for the purpose of (explain): I've written to you (twice) informing you that I have to have a (6 months) transaction sheet in order to proceed in the U.S. District Court. "I've supplied you with an 'CERTIFICATE'; however you have not sent me a 6 month transaction sheet. Do you plan on sending me one soon? For I have to file my cause.

Offender's Signature: Aaron O'Neal N53022    Date: Feb 28, 2018

DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary):                Remarks by supervisor (if necessary):

Print Staff Name              Print Supervisor Name

Staff Signature    Date       Supervisor Signature   Date

Distribution: Affected Unit                 Printed on Recycled Paper        DOC 0286 (Rev. 4/2010)

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | N53022 | **Counseling Date** | 03/02/18 10:55:58:680 |
| **Offender Name** | O'NEAL, AARON | **Type** | Personal |
| **Current Admit Date** | 12/03/1993 | **Method** | Face To Face |
| **MSR Date** | 08/14/2024 | **Location** | HIL   HOUSING UNIT 1 |
| **HSE/GAL/CELL** | R1-B -15 | **Staff** | BEAMS, GARETH L., Correctional Counselor II |

Note to offender: requests for 6-month trust fund statement for legal purposes must be accompanied by certificate, which can be obtained in the library. If this is not for legal purposes, we are only able to provide transactions for the past 30 days once every thirty days.

EXHIBIT A-3

Print Date  3/2/2018

EXHIBIT A-4

ILLINOIS DEPARTMENT OF CORRECTIONS

## OFFENDER'S GRIEVANCE

1B15

**Date:** February 16, 2018  **Offender:** Aaron O'Neal  **ID#:** N53022

**Present Facility:** Henry Hill Corr.Cntr.  **Facility where grievance issue occurred:** Henry Hill Corr.Cntr.

**NATURE OF GRIEVANCE:** (#02202018)

- [ ] Personal Property
- [✓] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify): _____
- [ ] Disciplinary Report: ___/___/___ Date of Report  Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Inmate Aaron O'Neal is hereby bringing forth this grievance on the grounds of Henry Hill C.C. mailroom has withheld my in coming "LEGAL MAIL" for reaching me on time, in which is coming directly from (THE UNITED STATES DISTRICT COURT) CENTRAL DISTRICT OF ILLINOIS. This cause of action is hereby inexcusable, for this could be grounds for the court to dismiss the grievant's case, for most federal courts only grant their Plaintiff's one (30) day time frame to answer each motion presented...however this would be in violation of United States Federal Ruling, for this would leave no time available in order for Plaintiff to respond to whatever (ORDER) in which has been transc-

**Relief Requested:** I am asking that my "LEGAL MAIL" be given to me once it reaches Henry Hill C.C. mailroom within a "reasonable timeframe" somewhere within a (48) hours timeframe, leaving myself ample amount of time to respond reply

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature: Mr. Aaron O'Neal   ID# N53022   Date: 2/16/2018

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

Date Received: 2/20/18   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: In answer to this grievance concerning mail handling, the mail room being shortage of staff have slowed down the separation of all mail. Legal mail that comes in goes out to the inmate as quick as possible. There are times when the mailroom don't get all the mail from the Post Office. In saying that, the mailroom can only separate what they receive. The Administration is aware of the situation and are trying to resolve the issue.

Print Counselor's Name: G. ___   Counselor's Signature: ___   Date of Response: 02/23/18

### EMERGENCY REVIEW

Date Received: ___/___/___   Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature: ___   Date: ___/___/___

Distribution: Master File; Offender        Page 1        DOC 0046 (8/2012)

EXHIBIT A-4

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

ribed and set forth by The Justice of Peace. However on January 8, 2018. Kenneth A. Wells (CLERK of The United States District Court had placed in the United States Postal Mail Service a large manila envelope which contained a $1.61 stamped postage attached to its envelope with (2) sereal numbers or tracking numbers noted as:

1. 062S1249603179
2. B55367.11

in which was delivered to me upon my person as of February 16, 2018. making it well over a (30) **days timeframe**, having it be well after in which it had been mailed off to the prisoner.

Grievant hereby now would like to bring forth to the attention of the Grievance Officer Mr. John Frost, that it cost roughly $400.00 for each prisoner who so chooses to bring forth a **Civil Action Complaint** under **42 U.S.C. 1983**, therefore this grievant cannot afford to have his complaint dismissed due to the mailroom's supervisors carelessness or lack thereof.     End of Grievance.

Sincerely,
Mr. Aaron O'Leaf
N-53022

Distribution: Master File; Offender                Page 2                DOC 0046 (8/2012)