UNITED STATES DISTICT COURT

CENTRAL DISTRICT

FOR THE STATE OF ILLINOIS

AARON O'NEAL )
   Plaintiff, )
)
vs. )   Case No. 4:18-cv-04063-
)           SEM-TSH
)
MANUEL ROJAS, et al. )
   Defendants, )
)

"SUPPLEMENTARY MOTION TO CORRECT THE
CIVIL ACTION COMPLAINT".

Plaintiff would hereby ask that the above court please take notice that plaintiff in thee above cause was incorrect when mentioning that (Deacon Joe LaHood) in paragrah (8) of the orginal complaint is the Head of Catholic Prison Ministries for the State of Illinois Department of Corrections, for Defendant (Deacon Joe LaHood) is in fact "Head of The Prison Ministry Coordinator for the Archdicese of Peoria" At all times relevant to this claim, Defendant LaHood labored under color of State law. He is sued in his individual and official capacities.

Plaintiff also would hereby ask that the above court in cause: 4:18-cv-04063-SEM-TSH **O'Neal vs Rojas et al.** Please take notice that plaintiff also made a minor "typographical error" when making reference to an exhibit in which plaintiff titled as **Exhibit (N)** of plaintiff's original complaint marked as; (Foot Note) 4.

### (Bottom Of Page (FOOT NOTE 4.)

Is a artical in which "The Chicago Tribune" had printed in its newspaper on **(March 10, 2017) on a friday, by Erin Gallagher of Daily Southtown.** and not in the year of 2007 in which Plaintiff mistakenly cited, for it is in fact printed on (March 10, 2017.) as to reference to:
"Corned beef dispensation granted to area Catholics on Lenten St. Pat's Friday".

Sincerely,

*Aaron O'Neal*

O'Neal v. Rojas et al.

Case No. 4:18-cv-04063-SEM-TSH.

Mr. Aaron O'Neal
N53022
Henry Hill C.C.
Galesburg, IL.
61401.

"Each document attached to this Supplementary motion".

6. Defendant FREDDIE BRITTON, is Dietary Supervisior at HHCC, 1327 Linwood Road, Galesburg, Illinois, and is responsible for ensuring the preperation and the issuing of inmate religious dietary meals , inter alia, commensurate with their dietary religious tenets. At all times relevant to this claim, Defendant Britton labored under color of State law. He is sued in his individual and official capacities.

7. Defendant ROBERT RODRIGUEZ, is volunteer Chaplain at HHCC, 1327 Linwood Road, Galesburg, Illinois 61401, and is responsible for assisting chaplain Rojas in arranging and coordinating various aspects of Catholic inmates religious spiritual and dietary needs. At all times relevant to this claim. Defendant Rodriguez labored under color of State law. He is sued in his individual and official capacities. (For Purpose Of Serving Summons Defendant Ridriguez is based At Catholic Diocese of Peoria, 419 N.E. Madison Avenue, Peoria, Illinois 61603).

8. Defendant JOE LAHOOD is head of Catholic Prison Ministries for the State of Illinois Department of Corrections and is responsible for assisting the Illinois Department of Corrections in establishing prison protocol for Catholic ministries, inter alia, advocatinig for prison inmates need to adhere to specifc dietary needs. (For Purpose Of Serving Summons Defendant LaHood is based at Catholic Diocese of Peoria, 419 N.E. Madison Avenue, Peoria, Illinois 61603).[1]

9. Defendant, JOHN FROST, is Counselor at HHCC, 1327 Linwood Road, Galesburg, Illinois 61401, and is responsible for investigating matters related to inmate grievances and articulating the facts therefrom. At all time relevant to this claim, Defendant Frost labored under color of State law. He is sued in his individual and official capacities.

---

Foot Note 1    At all times relevant to this claim, Defendant LaHood labored under color of State law. He is sued in his individual and official capacities.

Grievance Date: April 14, 2016

Offender: Aaron O'Neal N53022

Response from: Chaplain Rojas

"Offender A. O'Neal is incorrect when he accuses the Chaplain of discrimination. Cursillo is not a mandatory service therefore there can be no discrimination when the reason for leaving participants out was for the safety and security of the institution and volunteers. There was no way to know who attended that night, so the decision was made to allow the newer Cursillo participants to come. O'Neal has been participating for many years. Many others were left out not because discrimination but for all the years that they have already participated.

The Lent observance issues and food was explained to me by Deacon Joe LaHood (Prison Ministry Coordinator for the Archdiocese of Peoria). Lent is an observance about giving up something that is important, not necessarily food. The abstention from red meat is a tradition but it does not mean that it has to be fish. Lent is not a sacrament. We do not disallow the observance and dietary has as much as penalogical interest has allowed to offer fish on Fridays.

I will not answer any of his questions without legal representation. I cannot satisfy his FOIA because it would violate rules. No offender can have any information about another one."

I have transcribed this just as the respondent responded.

_____  \_\_July 13, 2016\_\_
John Frost, CC2                    Date

PLAINTIFF'S EXHIBIT M.

50. Because the listed witness were IDOC authorized volunteers, the process for contacting them would not have created any burden on Defendant Frost, Gans, Dorethy, Phoenix, and Baldwin and would have validated Plaintiff's request to properly observe his religious faith during Lent ,requiring a meatless supplement for his dietary needs.

51. Initially, Plaintiff O'Neal's grievance was reviewed by Defendant Frost, who disregarded Plaintiff's witness request, and proceeded with an unfair assessment of Plaintiff's grievance by only contacting Defendant Rojas. (Ex. L.)

52. Defendant Frost failed to consult with the Religious Practice Advisory Board protocol, but instead chose a one-sided version of a serious constitutional violation. (Ex.M.)[4.]

53. Defendant Gans continued the unlawful practice of denying Plaintiff O'Neal's right to observe his sincerely held religious beliefs when he failed to also consult with Plaintiff's witnesses and relevant sections of the Religious Practive Advisory Board as outlined in AD 04.25.101; 730 ILCS 5/3-2-2 and 3-7-2; and 20 Ill.Adm.Code 425, leading him to consult the Religious Practice Advisory Boards Handbook at page 83(5) bearing out Plaintiff's claim for the required non-meat dietary supplement during the Lenten period.

54. Defendant Gans sought out only portions of the Administrative Rules and Regulations, encompassed with the AD's to deny Plaintiff O'Neal's free practice of his religion on August 4, 2016.

55. Both, Defendant's Gans and Dorethy's response have no force and effect where the signature for the Chief Administrative Officer

Foot Note 4   Federal Courts have found that it is the sincerity of a prisoners beliefs; not the decision of religious authorities that determine whether a prisoner is an adherent of the tenets entitling a dietary supplement. See Jackson v. Mann, 196 F.3d 316, 320-21 (2d Cir. 1999) Plaintiff also requests this Honorable Court take judicial notice of the March 10, 2007 Chicago Tribune news article at paragrahs 7 thru 11 to the point of personal choice, marked as Exhibit Exhibit N.

# Chicago State settling 2014 whistleb[lower suit]

### Former employee getting $4.3M after being fired in 2010

BY JODI S. COHEN
Chicago Tribune



Court called the university's behavior "thoroughly reprehensible" and suggested Watson and his top lieutenants acted with "malice and deceit."

In his order last month,

## Corned beef dispensation granted to area Catholics on Lenten St. Pat's Friday

BY ERIN GALLAGHER
Daily Southtown

Chicago-area Catholics will be able to celebrate St. Patrick's Day with corned beef this year, despite the feast day falling on a Friday in Lent, church leaders said.

Cardinal Blase Cupich, leader of the Chicago Archdiocese, has set aside the church's practice of avoiding meat on Fridays for March 17, as have the bishops of the Joliet, Rockford and Gary dioceses.

"Cardinal Cupich has given a general dispensation to Catholics from abstaining from meat on this day," according to Chicago archdiocese spokeswoman Colleen Tunney-Ryan. "Catholics in the Archdiocese of Chicago who choose to make use of this general dispensation are asked to substitute for another form of penance for the Lenten Friday abstinence."

In a statement Joliet Bishop R. Daniel Conlon said, "My name is Conlon — very Irish. More significantly I am Catholic, and Lent is an important season of prayer, penance and charity. If some fellow Catholics within the Diocese of Joliet feel that eating meat on St. Patrick's Day — which this year falls on a Friday — is important enough to break the rule of abstinence, they are permitted to make a conscientious decision to do so. In that case, they should substitute some other form of penance.

"For myself, I see no connection between honoring the patron saint and apostle of Ireland and eating corned beef."

Bishops David Malloy of Rockford and Donald Hying of Gary have also granted dispensations. Malloy in a statement said he was doing so while "exhorting the faithful to exercise moderation and temperance in their festivities."

However, the Diocese of Springfield, which includes 28 counties in central Illinois, said it is not granting a St. Patrick's Day dispensation. The diocese is encouraging Catholics to abstain from meat on March 17 to honor "the heroic virtue and sacrifice" St. Patrick made in his life.

During the 40-day season of Lent, Catholics ready themselves for Easter through prayer, giving alms and fasting that includes avoiding meat on Fridays.

In Oak Lawn, the Rev. Lawrence Malcolm, pastor of St. Gerald Church, 9310 S. 55th Court, said the dispensation will allow his parishioners to celebrate St. Patrick's Day by eating corned beef, a tradition started among Irish-Americans.

Corned beef became popular among Irish immigrants here but is not common in Ireland, he said.

"Since St. Patrick is so important to Irish Catholics and what he's done for the country, I think it's very important for the Cardinal to recognize that," said the Rev. Benedykt Pazdan, pastor of St. Bernadette Parish, 9343 S. Francisco Ave., Evergreen Park.

*Erin Gallagher is a freelance reporter for the Daily Southtown.*



PLAINTIFF'S EXHIBIT N.