UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

FOR THE STATE OF ILLINOIS

AARON O'NEAL )
 )
   PLAINTIFF, )
 )
 )
vs. ) Case No. 4:18-cv-04063-
 ) SEM-TSH
 )
MANUEL ROJAS, et al. )
 ) To: The Clerk of The U.S.
   DEFENDANTS, )
 ) District Court of
 )
 ) Springfield, Illinois.
 )

"STATUS UPDATE PERTAINING TO MERIT REVIEW DEADLINE

SET FOR APRIL 11, 2018".

1. Plaintiff Aaron O'Neal in the above titled cause is hereby requesting a status update as to all related matters rendered on 4/11/2018.

2. Plaintiff O'Neal also have yet to be informed on the status of the Motion For Appointment of Counsel and Motion For Class Certification, in which both responses were due as of 4/5/2018.

3. Plaintiff O'Neal also wrote to the Clerk of The U.S. District Court requesting for a copy of The U.S. District Court's Local Rules of Practice.

4. Plaintiff O'Neal hereby received from The Clerk of The U.S. District Court <u>Document 12</u> Docket Text: (Stating) Letter from Clerk To Plaintiff Aaron O'Neal regarding steps to obtain Court's Local Rules (letter sent via Hill C.C. scanning program) ME,ilcd).

5. However, Plaintiff has yet to receive any letter sent via Hill C.C. scanning program, due to Mrs.Rodgers claims that it has something to do with retrieving it via " <u>A PASSWORD</u>" in which (SHE) claims not to know how to retrieve via the E-Filing Machine, so plaintiff still to this very day, does not know how to go about retrieving The U.S.District Court's Local Rules of Practice.

6. Plaintiff also would like to know " If and when any of thee above named Defendants in the above titled cause <u>O'Neal v. Rojas, et al.</u> were ever served with summons?".

                                    Thank You for your time and services.
                                           Sincerely,

                                        *Mr. Aaron O'Neal* (signature)