IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON O'NEAL<br>PLAINTIFF, | ) <br> ) Case No. 4:18-cv-04063-<br>) SEM-TSH<br>) |
| V. | ) <br> ) Honorable S.E.M. Presiding |
| MANUEL ROJAS et al<br>DEFENDANTS, | ) <br> ) <br> ) |

"MOTION ASKING THEE HONORABLE S.E.M. TO SANCTION THE U.S. MARSHALS TO SERVE SUMMONS AND COPIES OF THE COMPLAINT UPON THE REMAINING DEFENDANT MELISSA PHOENIX, AND TO HAVE PAY THE FULL COST OF SUCH SERVICES".

NOW COME PLAINTIFF AARON O'NEAL, in whom is hereby petitioning The Court in thee above titled cause, while asking The Honorable S.E.M. to sanction The U.S. Marshals to serve summons and copies of the complaint upon thee remaining defendant, Melissa Phoenix as to case number 4:18-cv-04063-SEM-TSH O'NEAL v. ROJAS et al.

In that Ms. MELISSA PHOENIX has hereby been provided with several opportunities on prior occasions to save unnecessary cost of service of the summons and complaint.

However, after having refused to sign the requested waiver, Plaintiff O'Neal believes that thee appropriate steps need be taken against Ms. Phoenix, in order to serve such summons and copies of the complaint.

Also, Plaintiff O'Neal is hereby petitioning The Court to require Ms. Phoenix of having to bear the cost of such service in which is governed by The Judicial Process in the manner provided by Federal Rule Of Civil Procedure 4.

Plaintiff O'Neal, would also like for The U.S. Marshals to provide Plaintiff with thee affidavit of service from thee remaining defendant Ms. Phoenix.

SERVICE ADDRESS AS FOLLOWS:

1. MELISSA PHOENIX / Illinois Prison Administrative Review Board.

1301 Corcordia Court, Springfield, Illinois. 62794

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

AARON O'NEAL )
PLAINTIFF, ) Case No. 4:18-cv-04063-
) SEM-TSH
V. )
) Honorable S.E.M. Presiding
MANUEL ROJAS et al )
DEFENDANTS, )
)

"MOTION ASKING THEE HONORABLE S.E.M. TO SANCTION THE U.S. MARSHALS TO SERVE SUMMONS AND COPIES OF THE COMPLAINT UPON THE REMAINING DEFENDANT MELISSA PHOENIX, AND TO HAVE PAY THE FULL COST OF SUCH SERVICES".

1

NOW COME PLAINTIFF AARON O'NEAL, in whom is hereby petitioning The Court in thee above titled cause, while asking The Honorable S.E.M. to sanction The U.S. Marshals to serve summons and copies of the complaint upon thee remaining defendant, Melissa Phoenix as to case number 4:18-cv-04063-SEM-TSH O'NEAL v. ROJAS et al.

In that Ms. MELISSA PHOENIX has hereby been provided with several opportunities on prior occasions to save unnecessary cost of service of the summons and complaint.

However, after having refused to sign the requested waiver, Plaintiff O'Neal believes that thee appropriate steps need be taken against Ms. Phoenix, in order to serve such summons and copies of the complaint.

2

Also, Plaintiff O'Neal is hereby petitioning The Court to require Ms. Phoenix of having to bear the cost of such service in which is governed by The Judicial Process in the manner provided by Federal Rule Of Civil Procedure 4.

Plaintiff O'Neal, would also like for The U.S. Marshals to provide Plaintiff with thee affidavit of service from thee remaining defendant Ms. Phoenix.

SERVICE ADDRESS AS FOLLOWS:

1. MELISSA PHOENIX / Illinois Prison Administrative Review Board.

1301 Corcordia Court, Springfield, Illinois. 62794

3

WHEREFORE, the above and foregoing reasons, Plaintiff O'Neal respectfully request this honorable Court grant Plaintiff's motion to sanction The U.S. Marshals to serve summons and copies of the complaint upon thee remaining defendant Ms. Melissa Phoenix as stated herein.

By: Aaron O'Neal

Subscribed and Sworn to

before me this _____ day

of _____ 2018.

Ms. Connors refuses to sign notary to U.S. District Court.
  Notary Public

4

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

AARON O'NEAL )
PLAINTIFF, ) Case No. 4:18-cv-04063-
) SEM-TSH
V. )
) Honorable S.E.M. Presiding
MANUEL ROJAS et al )
DEFENDANTS, )
)

## CERTIFICATE OF SERVICE

I hereby certify that on July ___, 2018, the foregoing document, Motion Asking Thee Honorable S.E.M. to sanction The U.S. Marshals to hereby serve summons and copies of the complaint upon the remaining defendant Melissa Phoenix, and to have pay the full cost of such services, was electronically filed with The Clerk of The U.S. District Court.

and I hereby certify that on the same date, I caused for (2) two additional copies to

5

be mailed of the foregoing described document to both law firms of each defendant listed below (1) one copy each via United States Postal Service, in an envelope properly addressed and fully prepaid to:

Mr. Clayton J. Ankney
500 South Second Street
Springfield, Illinois.
    62701

Mr. Brad W. Keller
HEYL, ROYSTER, VOELKER
  & ALLEN
300 Hamilton Blvd.
P.O. Box 6199
Peoria, Illinois.
    61602 1352

s/ AARON O'NEAL
Aaron O'Neal
PLAINTIFF

6