E-FILED
Thursday, 02 August, 2018  05:41:05 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

AARON O'NEAL
PLAINTIFF,

   V.

MANUEL ROJAS et al
DEFENDANTS,

Case No. 4:18-cv-04063-
SEM-TSH

Honorable S.E.M. Presiding

LETTER TO THE CLERK OF THE U.S.
DISTRICT COURT FOR SPRINGFIELD
ILLINOIS.

DEAR MS. Koester,                    July 27, 2018.

Now comes plaintiff Aaron O'Neal N53022
in thee above titled cause and hereby
is bringing forth to your attention a
follow up as to a prior letter in which
was E-filed to your office (2) two days
ago on July 25, 2018 pertaining to a

1

(40.00) forty dollar check /no cent which was made out under the check number 144865 by Counselor Gareth Beams <u>6·18·18</u> which was to be forward to the U.S. District Court Of Springfield, Illinois for the sole purpose of Plaintiff O'Neals filing fees to go towards his (350.00) Three hundred fifty dollars /no cent court fee, in which was hereby entered on April 3, 2018 by The Honorable S.E.M. which (20%) twenty percent was to be taken out of plaintiff account on <u>all</u> money that exceeds (10.00) ten dollars.

Mr. Beams who is a Counselor at Henry Hill C.C. does not contain thee authority to go inside of any inmates account and withdraw any currency.

However, after having personally gone into plaintiff O'Neal's account, Mr. Beams withdrew (2) two (20) twenty dollar checks under <u>both</u> thee exact same check numbers <u>144865</u> on 6·18·18

2

in which Mr. Beams also far exceeded the (20%) twenty percent Court Order, for this was (40%) percent that came from out of plaintiff's account, from money in which was deposit in his account on May 30, 2018.

Plaintiff O'Neal does not have any problems nor hang-ups with having to pay his Court fees which he was hereby "ordered" to pay, however plaintiff does in fact have a problem with funds having been deducted from his account, and not having been forward where it is suppose to be going, which is to The U. S. District Court Of Springfield.

Plaintiff O'Neal, today is hereby going to take out a grievance against Counselor Mr. Beams for maliciously entering into plaintiff's account, while withdrawing funds from within this account, while making out separate checks under the same check number, yet never forward-

3

to The U.S. District Court / nor placing
these funds back into plaintiff's account
once figuring out that he had deducted
(40%) of plaintiff's funds.


Mrs. Koester, yourself or The Honorable
S.E.M. might need call down to Henry
Hill C.C. to inquire about this (40.00)
dollars that was made out under #144865
Checks over (39) thirty-nine days ago,
for my recent "Inmate Transaction
Statement form" dated shows a 9¢
Nine cent balance 7-24-2018 which is
enclosed with this letter date 7-27-2018.


Mr. Beams is thee exact same Counselor
in which refused to provide Plaintiff
O'Neal with a 6-Month ledger when
plaintiff need it to file his civil action
complaint against thee above mentioned
defendants in case O'Neal v. Rojas et al.
case no. 4:18 04063-cv-SEM-TSH, Mr. Beams
has hereby impeded with this ongoing
process from the very begining and con-

4

tinues to do so, yet this time he has truly overstepped his boundaries, for he is truly impeding upon the inter-fering with money that is to be pro-vided to "Federal Funds".

Plaintiff seriously believe that now is the time to file a "Temporary Restr-aing Order" against Thee above men-tion defendants and their agents in cause number 4:18-cv-04063-SEM-TSH O'Neal v. Rojas et al.

Respectfully Submitted,

Mr. Aaron O'Neal
AARON   O'NEAL

July 27, 2018

N53022
Hill Corr. Cntr.
P.O. BOX 1700
GALESBURG, IL.
61401.

5