IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON O'NEAL, #N53022, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 18-4063-SEM-TSH |
| | ) |
| MANUEL ROJAS, et al., | ) |
| | ) |
| Defendants. | ) |

**ANSWER AND AFFIRMATIVE DEFENSES**

NOW COME Defendants Manuel Rojas, Stephanie Dorethy, Freddie Britton, John Frost, Steve Gans, Melissa Pelker, and John Baldwin, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to the Court's Merit Review Opinion [Doc. 14], hereby submit their Answer and Affirmative Defenses to Plaintiff's Complaint [Doc. 1], stating as follows:

**Allegations[1]**

1. Plaintiff is Catholic and has requested to be served a meatless meal on Fridays during lent.

   **ANSWER: Defendants admit Plaintiff identifies as Catholic and has previously requested to be served a meatless meal on Fridays during Lent.**

2. When his request was denied, Plaintiff confronted Defendant Rojas (the Chaplain at Hill Correctional Center), whereupon Defendant Rojas retaliated against Plaintiff by removing Plaintiff as a participant in a special Catholic service known as Cursillo.

   **ANSWER: Defendant Rojas admits he is the Chaplain at Hill Correctional Center. Defendant Rojas denies the remaining allegations in this paragraph. The remaining Defendants lack knowledge or information sufficient to form a belief as to the allegations in this paragraph.**

---

[1] Pursuant to Local Rule 16.3(E)(2) for the Central District of Illinois, "the answer and subsequent pleadings will be to the issues stated in the Case Management Order."

3.    All the other Defendants acquiesced or played a part in these denials.

**ANSWER: Defendants deny the allegations in this paragraph.**

4.    At this point, the Court cannot rule out claims under the First Amendment (right to practice religion), Fourteenth Amendment (equal protection), and the Religious Land Use and Institutionalized Persons Act (right to practice religion).

**ANSWER: Defendants deny violating Plaintiff's rights under the First Amendment, the Fourteenth Amendment, or the Religious Land Use and Institutionalized Persons Act, and Defendants deny violating any of Plaintiff's rights whatsoever. Defendants deny Plaintiff is entitled to any relief whatsoever.**

5.    Plaintiff may also state a retaliation claim against Defendant Rojas, which will proceed for further development.

**ANSWER: Defendant Rojas denies retaliating against Plaintiff and denies violating Plaintiff's rights whatsoever. The remaining Defendants lack knowledge or information sufficient to form a belief as to the allegations in this paragraph.**

### Relief Requested

Defendants deny Plaintiff is entitled to any relief whatsoever.

### Jury Demand

Defendants demand a trial by jury.

### Affirmative Defenses

**A.    Sovereign Immunity**

Under the Eleventh Amendment, Plaintiff's claims for monetary damages against the Defendants in their official capacities are barred by sovereign immunity. To the extent Plaintiff is suing Defendants for injunctive relief that is not intended to address ongoing constitutional or statutory violations, the Eleventh Amendment and sovereign immunity bar such claims.

**B.     Administrative Exhaustion.**

Plaintiff filed this lawsuit regarding the conduct of correctional officials while in the custody of the Illinois Department of Corrections and has failed to exhaust administrative remedies prior to filing his suit. Plaintiff's suit is therefore barred by 42 U.S.C. 1997e(a).

**C.     Qualified Immunity.**

At all times relevant to the Plaintiff's claims, the defendants charged herein acted in good faith in the performance of their official duties without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have been aware. Defendants are therefore protected from liability by the doctrine of qualified immunity.

**D.     Statutes of Limitations.**

Plaintiff's claims arising more than two years before filing to which tolling does not apply are barred by the applicable statutes of limitations.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this honorable Court deny Plaintiff any relief whatsoever.

MANUEL ROJAS, STEPHANIE DORETHY, FREDDIE BRITTON, JOHN FROST, STEVE GANS, MELISSA PELKER, and JOHN BALDWIN,

Defendants,

Clayton J. Ankney, #6320224
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 782-2077 Phone
(217) 524-5091 Fax
Email: cankney@atg.state.il.us

LISA MADIGAN, Illinois Attorney General,

Attorney for Defendants,

By: s/ Clayton J. Ankney
Clayton J. Ankney
Assistant Attorney General

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON O'NEAL, #N53022, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 18-4063-SEM-TSH |
| | ) |
| MANUEL ROJAS, et al., | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2018, the foregoing document, *Answer and Affirmative Defenses*, was electronically filed with the Clerk of the Court using the CM/ECF system which will electronically send notice to:

Brad William Keller:  bkeller@heylroyster.com

and I hereby certify that on the same date, I caused a copy of the foregoing described document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

Aaron O'Neal, N53022
Hill Correctional Center
Inmate Mail/Parcels
P.O. Box 1700
Galesburg, IL  61401

                                             s/ Clayton J. Ankney
                                             Clayton J. Ankney
                                             Assistant Attorney General