IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON O'NEAL #N53022,   ) | |
| ) | |
| Plaintiff,   ) | Case No. 18-CV-4063 |
| ) | |
| vs.   ) | |
| ) | |
| MANUEL ROJAS, et al.,   ) | |
| ) | |
| Defendants.   ) | |

**DEFENDANTS LAHOOD AND RODRIGUEZ'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

NOW COME the Defendants, JOSEPH LAHOOD and ROBERT RODRIGUEZ, by and through their attorney, Brad W. Keller of HEYL, ROYSTER, VOELKER & ALLEN, and pursuant to the Court's Merit Review Opinion (ECF #14), hereby submit their Answer and Affirmative Defenses to Plaintiff's Complaint (ECF #1), stating as follows:

**Allegations[1]**

1. Plaintiff is Catholic and has requested to be served a meatless meal on Fridays during lent.

    **ANSWER: Defendants admit Plaintiff identifies as Catholic and has previously requested to be served a meatless meal on Fridays during Lent.**

2. When his request was denied, Plaintiff confronted Defendant Rojas (the Chaplain at Hill Correctional Center), whereupon Defendant Rojas retaliated against Plaintiff by removing Plaintiff as a participant in a special Catholic service known as Cursillo.

    **ANSWER: Defendants admit that Rojas is the Chaplain at Hill Correctional Center. Defendants have insufficient knowledge or information to form a belief as to the remaining allegations in this paragraph.**

---

[1] Pursuant to Local Rule 16.3(E)(2) for the Central District of Illinois, "the answer and subsequent pleadings will be to the issues stated in the Case Management Order."

3. All the other Defendants acquiesced or played a part in these denials.

**ANSWER: Defendants deny the allegations in this paragraph.**

4. At this point, the Court cannot rule out claims under the First Amendment (right to practice religion), Fourteenth Amendment (equal protection), and the Religious Land Use and Institutionalized Persons Act (right to practice religion).

**ANSWER: Defendants deny violating Plaintiff's rights under the First Amendment, the Fourteenth Amendment, or the Religious Land Use and Institutionalized Persons Act, and Defendants deny violating any of Plaintiff's rights whatsoever. Defendants deny Plaintiff is entitled to any relief whatsoever.**

5. Plaintiff may also state a retaliation claim against Defendant Rojas, which will proceed for further development.

**ANSWER: Defendants lack knowledge or information sufficient to form a belief as to the allegations in this paragraph. Moreover, this is not directed against these Defendants.**

## Relief Requested

Defendants deny Plaintiff is entitled to any relief whatsoever.

## Jury Demand

Defendants demand a trial by jury.

## Affirmative Defenses

### A. Not State Actors

Plaintiff's claims against these Defendants should be dismissed as they are not state actors.

### B. Administrative Exhaustion.

Plaintiff has failed to exhaust administrative remedies prior to filing his suit. Plaintiff's suit is therefore barred by 42 U.S.C. 1997e(a).

### C. Statutes of Limitations.

Plaintiff's claims arising more than two years before filing to which tolling does not apply are barred by the applicable statutes of limitations.

WHEREFORE, for the above and foregoing reasons, the Defendants, JOSEPH LAHOOD and ROBERT RODRIGUEZ, respectfully request this honorable Court deny Plaintiff any relief whatsoever.

>JOSEPH LAHOOD and ROBERT RODRIGUEZ
>
>BY:_____s/ Brad W. Keller_____
>HEYL, ROYSTER, VOELKER & ALLEN
>Brad W. Keller - ARDC #: 6303676
>300 Hamilton Blvd., P.O. Box 6199
>Peoria, Illinois 61602 1352
>Telephone  309.676.0400
>Facsimile  309.676.3374
>Email: peoecf@heylroyster.com (primary),
>bkeller@heylroyster.com,
>mkeogel@heylroyster.com  (secondary)

**PROOF OF SERVICE**

    I hereby certify that on August 31, 2018, I electronically filed the foregoing instrument, Answer and Affirmative Defenses to Plaintiff's Complaint, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Clayton J. Ankney
Illinois Assistant Attorney General
500 South Second Street
Springfield, IL 62701
E-mail: cankney@atg.state.il.us

    I further certify that I have mailed on August 31, 2018, by United States Postal Service the foregoing instrument, Answer and Affirmative Defenses to Plaintiff's Complaint, to the following non-CM/ECF participant:

Aaron O'Neal, N53022
HILL CORRECTIONAL CENTER
Inmate Mail/Parcels
PO Box 1700
Galesburg, IL 61401

                                                BY:_____s/ Brad W. Keller_____
                                                        Brad W. Keller

6950-5 / 35084351_1