UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT Of ILLINOIS

| | |
|---|---|
| AARON O'NEAL, | ) |
|       Plaintiff, | ) Case No. 18-CV-4063-SEM-TSH |
| v. | ) |
| MANUEL ROJAS, *et al.* | ) |
|       Defendants. | ) |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE A FIRST AMENDED COMPLAINT, *INSTANTER***

Plaintiff Aaron O'Neal respectfully requests leave to file a First Amended Complaint and to have it deemed filed *instanter*. A copy of his proposed First Amended Complaint is attached hereto as Appendix A.

In support of his motion, plaintiff states as follows:

1. Plaintiff, acting *pro se*, filed this action against defendants on March 23, 2018, alleging that they violated his rights under the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA"), 42 U.S.C. § 2000cc *et seq.*, the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution, the Free Exercise Clause of the First Amendment to the United States Constitution, and retaliation thereunder.

2. Plaintiff subsequently retained undersigned counsel to represent him in this matter.

3. On October 5, 2018, Plaintiff's counsel filed a motion for time to file an amended complaint on the basis that counsel had recently been retained and required additional time to review and amend the complaint, as well as add the claims of additional plaintiffs and class allegations. (Dkt. No. 41)

4. The Court granted Plaintiff's request allowing Plaintiff until November 27, 2018 to

file his amended complaint.

5. Plaintiff's First Amended Complaint seeks to add John Lavelle ("Mr. Lavelle") as an additional named plaintiff and assert class claims pursuant to Fed.R.Civ.P. 23(a) and (b)(2).

6. Mr. Lavelle is currently in custody of Hill Correctional Center ("HCC")

7. Plaintiff's counsel has had extreme difficulty scheduling a secure telephone call with Mr. Lavelle through HCC. A secure conversation with Mr. Lavelle was necessary in order to adequately prepare plaintiff's First Amended Complaint.

8. On multiple occasions, HCC scheduled telephone calls between plaintiff's attorneys and Mr. Lavelle, only for HCC's secure telephone call system to malfunction on the date and time of the scheduled calls. *See,* Exhibit 1.

9. Plaintiff's counsel again attempted to schedule calls with Mr. Lavelle and was finally able to schedule a call for November 26, 2018, one day before Plaintiff's First Amended Complaint was due. However, through no fault of counsel, HCC's call system was again inaccessible to plaintiff's attorneys on November 26, 2018. *See,* Exhibit 1.

10. As a result, on November 21, 2018, after more several failed attempts by his attorneys to reach Mr. Lavelle at HCC due to incremental weather and HCC's technical failures, Plaintiff filed a motion to extend the time to file his First Amended Complaint (Dkt. 44).

11. Defendants did not file an opposition to Plaintiff's request for additional time to file his amended complaint and no order was entered on Plaintiff's motion.

12. Plaintiff's attorneys were finally able to reach Mr. Lavelle on December 14, 2018 and have finalized plaintiff's First Amended Complaint.

13. The proposed changes in plaintiff's First Amended Complaint would not cause any prejudice to defendants as no discovery has taken place. *See, Johnson v. Oroweat Foods*, 785 F.2d

503, 510 (4th Cir. 1986) (court held that the addition of new factual allegations or a change in legal theory only prejudices the defendant if the amendment is sought shortly before or during trial); *Hely & Patterson Intern v. F.D. Rich Housing,* 663 F.2d 419, 426 (3d Cir. 1981) ("In the context of a 15(a) amendment, prejudice means that the nonmoving party must show that it was unfairly disadvantaged or deprived of the opportunity to present facts or evidence which it would have offered had the amendments . . . been timely"); *Head v. Timken Roller Bearing Co.,* 486 F.2d 870, 873 (6th Cir. 1973) ("amendments should be tendered no later than the time of pretrial . . .").

14. Fed. R. Civ. P. 15(a) provides that "leave [to file an amended complaint] shall be freely given when justice so requires." A district court should only deny a motion to amend a complaint if there is a substantial reason to do so. *Espey v. Wainwright,* 734 F.2d 748, 750 (11th Cir. 1984) ("Unless there is a substantial reason to deny leave to amend, the discretion of the district court is not broad enough to permit denial"); *Dussouy v. Gulf Coast Investment Corp.,* 660 F.2d 748, 597 (5th Cir. 1981).

WHEREFORE, plaintiff respectfully requests that this Court enter an Order (A) granting him leave to file the proposed First Amended Complaint, a copy of which is attached as <u>Appendix A</u>, (B) deeming the First Amended Complaint filed *instanter*, and (C) granting any further or other relief that the Court deems just.

Respectfully submitted,

/s/ Cassandra P. Miller
Cassandra P. Miller

Daniel A. Edelman
Cassandra P. Miller
EDELMAN COMBS LATTURNER & GOODWIN LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (fax)

info@edcombs.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Cassandra P. Miller, hereby certify that on December 18, 2018, I filed the forgoing document with the Clerk of the Court using the CM/ECF System, which caused to be sent notification of such filing to call counsel of record.

/s/Cassandra P. Miller
Cassandra P. Miller

Daniel A. Edelman
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX

4

# **EXHIBIT 1**

# Mary Frances Charlton

| | |
|---|---|
| **From:** | Mary Frances Charlton |
| **Sent:** | Monday, December 10, 2018 11:35 AM |
| **To:** | 'Woodside, Jackie' |
| **Cc:** | Rufus Coates Welsh |
| **Subject:** | RE: Letterhead - Hill CC.docx |

Jackie,

Would it be possible to reschedule this call by email? Has HCC addressed the technological problems preventing us from calling in?

Thanks,

Mary Frances Charlton
Associate
Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (Fax)

**PRIVILEGE AND CONFIDENTIALITY NOTICE**: The information and any attachments contained in this e-mail may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Your cooperation is appreciated.

---

**From:** Mary Frances Charlton
**Sent:** Thursday, November 29, 2018 1:52 PM
**To:** 'Woodside, Jackie' <Jackie.Woodside@illinois.gov>
**Subject:** RE: Letterhead - Hill CC.docx

To clarify, I emailed you yesterday (see below email from Wednesday, November 28) as we were trying to call in. Then I sent you a follow-up email today because I hadn't heard back.

I will have Rufus fax new requests.

Mary Frances Charlton
Associate
Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (Fax)

**PRIVILEGE AND CONFIDENTIALITY NOTICE**: The information and any attachments contained in this e-mail may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Your cooperation is appreciated.

**From:** Woodside, Jackie <Jackie.Woodside@illinois.gov>
**Sent:** Thursday, November 29, 2018 1:47 PM
**To:** Mary Frances Charlton <mfcharlton@edcombs.com>
**Subject:** RE: Letterhead - Hill CC.docx

I apologize for that, yes we are still having issues with our phones. I actually had you down for yesterday. If you would like to reschedule, please fax us a form and give me two different days that would work for you and a 2-hour time span. Some people are actually getting through. We have reported the issues with our phone lines. I know this has caused an inconvenience on your part.

---

**From:** Mary Frances Charlton [mailto:mfcharlton@edcombs.com]
**Sent:** Thursday, November 29, 2018 1:21 PM
**To:** Woodside, Jackie
**Subject:** [External] Fwd: Letterhead - Hill CC.docx

Following up on this

Get Outlook for iOS

---

**From:** Mary Frances Charlton <mfcharlton@edcombs.com>
**Sent:** Wednesday, November 28, 2018 1:05 PM
**To:** Woodside, Jackie
**Subject:** RE: Letterhead - Hill CC.docx

Hi Jackie,

The phone is once again just ringing and ringing when we try to call in for today's 1pm scheduled call with John Lavelle. Please advise.

Mary Frances Charlton
Associate
Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (Fax)

**PRIVILEGE AND CONFIDENTIALITY NOTICE:** The information and any attachments contained in this e-mail may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Your cooperation is appreciated.

---

**From:** Mary Frances Charlton
**Sent:** Tuesday, November 27, 2018 12:36 PM
**To:** Woodside, Jackie <jackie.woodside@illinois.gov>
**Subject:** Re: Letterhead - Hill CC.docx

Thanks!!

Get Outlook for iOS

2

**From:** Woodside, Jackie <Jackie.Woodside@illinois.gov>
**Sent:** Tuesday, November 27, 2018 12:20:44 PM
**To:** Mary Frances Charlton
**Subject:** RE: Letterhead - Hill CC.docx

Sure, I'll refax it. Maybe you did not receive it for some reason ☺

---

**From:** Mary Frances Charlton [mailto:mfcharlton@edcombs.com]
**Sent:** Tuesday, November 27, 2018 12:16 PM
**To:** Woodside, Jackie
**Cc:** Cassandra Miller
**Subject:** [External] RE: Letterhead - Hill CC.docx

Thanks, Jackie—do you mind sending a confirmation page to us?

Bst,

Mary Frances Charlton
Associate
Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (Fax)

*PRIVILEGE AND CONFIDENTIALITY NOTICE:* The information and any attachments contained in this e-mail may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Your cooperation is appreciated.

---

**From:** Woodside, Jackie <Jackie.Woodside@illinois.gov>
**Sent:** Tuesday, November 27, 2018 10:22 AM
**To:** Mary Frances Charlton <mfcharlton@edcombs.com>
**Subject:** RE: Letterhead - Hill CC.docx

Ok!

---

**From:** Mary Frances Charlton [mailto:mfcharlton@edcombs.com]
**Sent:** Tuesday, November 27, 2018 9:52 AM
**To:** Woodside, Jackie
**Subject:** [External] RE: Letterhead - Hill CC.docx

1:00pm please.


Mary Frances Charlton
Associate
Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (Fax)

3

*PRIVILEGE AND CONFIDENTIALITY NOTICE:* *The information and any attachments contained in this e-mail may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Your cooperation is appreciated.*

**From:** Woodside, Jackie <Jackie.Woodside@illinois.gov>
**Sent:** Tuesday, November 27, 2018 9:51 AM
**To:** Mary Frances Charlton <mfcharlton@edcombs.com>
**Subject:** RE: Letterhead - Hill CC.docx

Yes, would you like 10:00 am or 1:00 pm?

**From:** Mary Frances Charlton [mailto:mfcharlton@edcombs.com]
**Sent:** Tuesday, November 27, 2018 9:50 AM
**To:** Woodside, Jackie
**Subject:** [External] RE: Letterhead - Hill CC.docx

Can we have 1pm tomorrow?

Thanks,

Mary Frances Charlton
Associate
Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (Fax)

*PRIVILEGE AND CONFIDENTIALITY NOTICE:* *The information and any attachments contained in this e-mail may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Your cooperation is appreciated.*

**From:** Woodside, Jackie <Jackie.Woodside@illinois.gov>
**Sent:** Tuesday, November 27, 2018 9:11 AM
**To:** Mary Frances Charlton <mfcharlton@edcombs.com>
**Subject:** RE: Letterhead - Hill CC.docx

I am not able to schedule the same day. I have to do at least one day's notice in order to get call passes out to the offenders. I have 10:00 and 1:00 tomorrow?

**From:** Mary Frances Charlton [mailto:mfcharlton@edcombs.com]
**Sent:** Tuesday, November 27, 2018 9:03 AM
**To:** Woodside, Jackie
**Cc:** Cassandra Miller
**Subject:** [External] RE: Letterhead - Hill CC.docx

I figured that was the case—hope everyone stayed safe. Is there availability this afternoon by any chance? If not, can you provide us some other dates and times this week if possible?

Mary Frances Charlton
Associate
Edelman, Combs, Latturner & Goodwin, LLC

4

20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (Fax)

**PRIVILEGE AND CONFIDENTIALITY NOTICE**: *The information and any attachments contained in this e-mail may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Your cooperation is appreciated.*

---

**From:** Woodside, Jackie <Jackie.Woodside@illinois.gov>
**Sent:** Tuesday, November 27, 2018 9:01 AM
**To:** Mary Frances Charlton <mfcharlton@edcombs.com>
**Subject:** RE: Letterhead - Hill CC.docx

I am sorry, yesterday most of us did not make it in due to blizzard we had. We can get you rescheduled. Please fax me another request and we will see what we can do. I do apologize for the inconvenience. It was absolutely awful here and most of us could not make it in.

---

**From:** Mary Frances Charlton [mailto:mfcharlton@edcombs.com]
**Sent:** Monday, November 26, 2018 2:03 PM
**To:** Woodside, Jackie
**Cc:** Cassandra Miller
**Subject:** [External] RE: Letterhead - Hill CC.docx

Hi Jackie,

My colleague Cassandra Miller (copied) and I have a legal call scheduled with one of our clients, John Lavelle now (2pm on 11/26). When I call the number provided (309-343-4212), it just rings and rings with no answer or option to enter and extension.

Please advise.

Thanks,

Mary Frances Charlton
Associate
Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (Fax)

**PRIVILEGE AND CONFIDENTIALITY NOTICE**: *The information and any attachments contained in this e-mail may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Your cooperation is appreciated.*

---

**From:** Woodside, Jackie <Jackie.Woodside@illinois.gov>
**Sent:** Tuesday, November 20, 2018 9:11 AM
**To:** Mary Frances Charlton <mfcharlton@edcombs.com>
**Cc:** Rufus Coates Welsh <rcoateswelsh@edcombs.com>
**Subject:** Letterhead - Hill CC.docx

5

Attached is your confirmation for your legal call. ☺

*Jackie Woodside*
*Clinical Services Office Associate*
*Hill Correctional Center*
*Ph: 309-343-4212 x128*
*Fx: 309-343-4238*
*Jackie.Woodside@illinois.gov*

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.