E-FILED
Tuesday, 18 December, 2018  05:55:50 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

Illinois Department of Corrections

**E-FILED**
Friday, 23 March, 2018  03:08:00 PM
Clerk, U.S. District Court, ILCD

## RELIGIOUS DECLARATION FOR ORIENTATION INMATES

### CORRECTIONAL CENTER

Per Department Rule 425.30 (E) - Religious services, inmates in orientation status are requested to designate their religious affiliation during the Orientation process. Circle **one of the selections below**. If your religious afiliation is not listed, list it in the space provided.

AFRICAN-HEBREW ISRAELITE
AGNOSTIC
AL-ISLAM (MUSLIM)
ASSEMBLY OF GOD
BAHAI
BAPTIST
BLACK HEBREW ISRAELITE
BUDDHIST
CATHOLIC
CHRISTIAN
CHRISTIAN IDENTITY
CHRISTIAN SCIENCE
CHRISTIAN & MISSIONARY ALLIANCE
CHURCH OF CHRIST
CHURCH OF THE BRETHREN
CHURCH OF WICCA
DRUID
EAST OTHODOX - OTHER
ECKANKAR
EPISCOPAL
HINDU
HOUSE OF YAHWEH
ISKCON (HARE KRISHNA)
JEHOVAHS WITNESS
JEWISH
LUTHERAN

MENNONITES
MESSIANIC HEBREWS
METHODIST
MOORISH SCIENCE TEMPLE
MORMAN
NATION OF ISLAM
NATIVE AMERICAN
NAZARENE
NO RELIGION
ORDO TEMPLI ORIENTIS
PENTECOSTAL
PRESBYTERIAN
PROTESTANT
RASTAFARIAN
ROSICRUCIAN
SALVATION ARMY
SATERIA
SATANIST
SCIENTOLOGY
SEVENTH DAY ADVENTISTS
SIKH
SPIRITUALISTS
TAOISM
WORLDWIDE CHURCH OF GOD
ZOROASTRIANISM
OTHER:
_____

PRINT NAME: _____     ID NUMBER: _____

SIGNATURE: X _____     DATE: _____

A.

Petitioner's
Exhibit

PLAINTIFF'S EXHIBIT A.