# EXHIBIT B



PLAINTIFF'S EXHIBIT C

PRISON IDENTIFICATION CARD

FRONT SIDE



CATHOLIC

Card Issued At: HIL    On: 4/27/2012

PLAINTIFF'S EXHIBIT D.
PRISON IDENTIFICATION CARD_REVERSE SIDE