# EXHIBIT C

# CATHOLIC

1. <u>THEOLOGY/BELIEFS/BASIC TEACHINGS</u>

    Catholics are Christians who believe that their baptism into the death and resurrection of Jesus Christ joins them to a community on earth, which is the church. The faith centers on the belief that Jesus Christ was sent by God to be their Redeemer. As a community they gather and celebrate this belief through the Mass with a Eucharist/Communion. In the Mass, the faithful with the presiding priest or bishop participate in the proclamation and hearing of the Word of God and in the offering and reception of the Body and Blood of Christ, whom Catholics believe is really present under the appearance of bread and wine.

    As an organization, the Catholic Church is made up of parishes under priest pastors which are grouped in dioceses under Bishops or Archbishops. The Catholic Church is lead by the Pope, as a successor of Peter, and Cardinals and Bishops appointed by the Pope. A Pope is deemed infallible when issuing declarations on matters of faith.

    The beliefs of the Catholic Church are summarized in a creed, called The Apostles' Creed, which is recited at each Mass.

2. <u>HOLY DAYS/CELEBRATIONS/ FEAST</u>

    Holy days include all Sundays and the following special liturgical days, called Holy Days of Obligation:

    | | |
    |---|---|
    | December 25 | Feast of the Nativity (Christmas) |
    | November 1 | All Saints Day |
    | 40 days after Easter | Feast of the Ascension |
    | August 15 | Feast of the Assumption |
    | December 8 | Feast of the Immaculate Conception of the Blessed Mother |
    | January 1 | Feast of Solemnity of Mary |

    Some ethnic groups may celebrate saints' feast days that are significant to them. Such feasts should be addressed on a case-by-case basis.

    Also celebrated are the special seasons of Advent and Lent. <u>Advent</u>, which begins each year on the fourth Sunday before Christmas, is a time of both penance and anticipation in preparation for the birth of Christ. The <u>Lenten season</u> begins on Ash Wednesday and concludes on Holy Saturday (the day before Easter Sunday). Ash Wednesday is observed as the first day of the Lent. On this day, Catholics receive blessed ashes to remind them of their own mortality as they begin the penitential season of Lent. Blessing and distribution of palms occurs on <u>Palm Sunday</u>, which is the Sunday preceding the Feast of the Resurrection (Easter Sunday). The last week in Lent, called Holy Week, commemorates the passion and resurrection of Christ. Holy Thursday commemorates the anniversary of the Last Supper, Good Friday commemorates the death of Christ on the cross, and Holy Saturday anticipates Christ's resurrection. Easter Sunday is the most solemn annual feast day and considered the center of the liturgical year.

3. HOLY BOOK/SACRED WRITING

The Holy Bible (the most frequently used versions would be the New American Bible and the revised standard version-Catholic Edition). A Missal, which includes prayers and readings for daily mass and other devotions.

4. SERVICE/WORSHIP

All Catholics have the obligation of attending Mass on all Sundays (52 Sundays each year) and on the listed 6 Holy Days of Obligation. There is no obligation to attend mass when the Feasts of Solemnity of Mary, Assumption or All Saints Day fall on a Saturday or Monday.

Sacraments:

There are 7 Sacraments which are: 1. Sacrament of Baptism, 2. Sacrament of Penance or Reconciliation (Confession), which must be received at least once a year if one has serious sin to confess, 3. Sacrament of Holy Communion, 4. Sacrament of Confirmation, 5. Sacrament of Marriage, 6. Sacrament of Holy Orders (ordination as a priest), and 7. Sacrament of Anointing of the Sick.

Catholics practice infant baptism. Any adult seeking admission to the Catholic Church must go through a period of formation called the Rite of Christian Initiating of Adults (RCIA), which is a four staged journey of conversion.

5. DIET

There are no general food restrictions. During the Lenten season, those 14 and older must abstain from meat all Fridays of Lent and also Ash Wednesday. All those over 18 and not yet 59 must fast on Ash Wednesday and Good Friday.

6. OTHER REQUIREMENTS

No headgear is required. No specific clothing is required. May wear a cross or religious medal with a chain. A rosary may be used as a form of devotion. A scapular (which is a pair of small cloth squares joined by shoulder tapes worn under clothing on the breast and back) may be worn. The colors and pictures or symbols on the scapular may vary.

7. PRACTIONERS/CLERGY

Ordained priest and deacons are the usual ministers of the sacraments. Only men can be ordained as priests or higher clergy (i.e. bishop, archbishop, cardinal, pope). Mass is always said by a priest, though non-ordained lay persons may preside over communion services.