# **EXHIBIT E**

Grievance Date: April 14, 2016

Offender: Aaron O'Neal N53022

Response from: Chaplain Rojas

"Offender A. O'Neal is incorrect when he accuses the Chaplain of discrimination. Cursillo is not a mandatory service therefore there can be no discrimination when the reason for leaving participants out was for the safety and security of the institution and volunteers. There was no way to know who attended that night, so the decision was made to allow the newer Cursillo participants to come. O'Neal has been participating for many years. Many others were left out not because discrimination but for all the years that they have already participated.

The Lent observance issues and food was explained to me by Deacon Joe LaHood (Prison Ministry Coordinator for the Archdiocese of Peoria). Lent is an observance about giving up something that is important, not necessarily food. The abstention from red meat is a tradition but it does not mean that it has to be fish. Lent is not a sacrament. We do not disallow the observance and dietary has as much as penalogical interest has allowed to offer fish on Fridays.

I will not answer any of his questions without legal representation. I cannot satisfy his FOIA because it would violate rules. No offender can have any information about another one."

I have transcribed this just as the respondent responded.

_____          July 13, 2016
John Frost, CC2                          Date

PLAINTIFF'S EXHIBIT M.