E-FILED
Tuesday, 18 December, 2018  05:55:51 PM
Clerk, U.S. District Court, ILCD

# **EXHIBIT F**

PLAINTIFF'S EXHIBIT O.

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

### Grievance Officer's Report

Date Received: August 2, 2016 _____ Date of Review: August 4, 2016 _____ Grievance # (optional): 17-0114

Offender: O'Neal, Aaron _____ ID#: N53022

Nature of Grievance: Religion: services/activities

**Facts Reviewed:** The grievance is dated 4/14/16. Inmate O'Neal states that Chaplain Rojas has not permitted Catholics to have alternative meals during Lent for years. The grievant transferred to Hill C.C. on 3/9/05. He signed for and received a Hill C.C. Inmate Orientation Manual at that time, pages 11-13 of which explained the grievance process, including the sixty day timeframe for filing grievances. This issue is therefore MOOT. Inmate O'Neal states that his religious rights have been violated, and that Chaplain Rojas has discriminated against him and all Catholic offenders at Hill C.C.

The grievant is reminded that, per D.R. 504, Subpart F, he cannot file a grievance on behalf of other offenders.

He states that, after he spoke with Chaplain Rojas about his discriminatory treatment of Catholic offenders, his name was removed from the list for Cursillo/Ultreya, which was held on 3/15/16. He states that this is a monthly Christian service, which he's attended regularly since transferring to Hill C.C. in 2005. He states that Chaplain Rojas allows Muslims to attend the service, which is prohibited, since Christians cannot attend Muslim services of any kind. He states that Warden Dorethy has never approved any feast of any kind for Catholics at Hill C.C.

Warden Dorethy has been the CAO of Hill C.C. since well before 2/14/16, and therefore this issue is no longer grievable, as it is outside the sixty day timeframe.

He attached the 3/18/16 note that Chaplain Rojas sent to him, which explains that, due to limited accomodations, he (Chaplain Rojas) must give new offenders the same opportunities to attend such services that the grievant has enjoyed for so many years at Hill C.C. - eleven years, by the grievant's own admission.

20 Illinois Administrative Code, Chapter I, Section 425, Subchapter d, Part 425, Section 425.30 a) states: "Committed persons shall be provided reasonable opportunities to pursue their religious beliefs and practices subject to concerns regarding security, safety, rehabilitation, institutional order, space, and resources."

20 Illinois Administrative Code, Chapter I, Section 425, Subchapter d, Part 425, Section 425.50 d) states that "Nothing in this Part shall require the Department to provide each separate religious group or sects within a group with a chaplain or with separate religious activities regardless of the size of the religious group or the extent of the demand for the activities."

(continued)

**Recommendation:** Based on a review of all available information, it is the recommendation of this reviewing officer that the grievance be DENIED, as no factual basis has been found to substantiate the grievant's allegations that he has been discriminated against, or that his rights have been violated. Contrary to his assertion, he is not required by his faith to fast during Lent, and IDOC is not required to provide religious services or activities to all offenders who request them. As he admits, he has been provided with such services and activities for over eleven years.

_____  _____
Steve Gaus, C.C.3
Print Grievance Officer's Name  Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: 8/5/16   ☒ I concur   ☐ I do not concur   ☐ Remand

Comments:

_____  8/5/16
Chief Administrative Officer's Signature  Date

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Aaron O'Neal  N53022  8-24-2016
Offender's Signature  ID#  Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)

Counselor Frost responded on 7/13/16, stating that, according to Chaplain Rojas, the grievant's allegations of discrimination are without merit. He states that Cursillo is not a mandatory service and participants were left out for safety and security needs. He stated that there was no way to know who attended that night, so the decision was made to allow new participants to attend, and those who were left out were left out because they have had many years to participate in such services. Chaplain Rojas stated that Deacon Joe LaHood, Prison Ministry Coordinator for the Archdiocese of Peoria, explained to him that lent is an observance about giving up something that is important, but not necessarily food. The abstention from red meat is a tradition, but Lent is not a sacrament and we don't disallow the observance. He added that Dietary offers fish on Fridays out of penological interests. He states that he will not answer the numerous questions put forth by the grievant in the grievance without legal representation, and cannot satisfy the grievant's FOIA request (attached) because it would violate rules. He stated that no offender can have information about another offender.

The grievant attached responses to both Chaplain Rojas and Counselor Frost, accusing Counselor Frost of willful neglect of his job duties in responding to the grievance, and accusing Chaplain Rojas of avoiding the issues at hand.