# **EXHIBIT G**

**Illinois Department of Corrections**
**OFFENDER'S GRIEVANCE**

97-0996    2014

Date: 3/31/17
Offender: John Lavelle
ID#: R58527
Present Facility: Hill C.C.
Facility where grievance issue occurred: Hill C.C.

**NATURE OF GRIEVANCE:**  4/4/17

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ____ Date of Report ____ Facility where issued ____
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): Chaplain Service

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Summary of Grievance:** I am writing this grievance as a result of counselor friends response to grievance written on 3/01/17. Per CFS Stewart, "all religious observances & religious meals are designated by the institution's chaplain, not CFS1." Upon receiving this I wrote Chaplain Rojas concerning a list of Catholics that will require a non-meat protein alternative for the lenten season. (Good Friday - Ash Wednesday - the following Fridays until Easter Sunday. To date this issue has not been addressed & I haven't heard from Chaplain Rojas. People of the Muslim, Jewish, Odonist faiths are accomodated why aren't Catholics? Deliberate Indifference!

**Relief Requested:** That Catholics be provided a non meat protein on Ash Wednesday, Good Friday, & the following Fridays until Easter Sunday for all 3 meals during the lenten season.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature: John Lavelle
ID#: R58527    Date: 3/31/17

**Counselor's Response (if applicable)**

Date Received: 4/05/17   [x] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Per Chaplain Rojas, 'A specific religious dietary request can be reviewed at least a month before Lent begins; however, this I/M was too late in requesting this accomodation. Catholics, during Lent, participate through sacrifice, and since vegetables, bread, macaroni & cheese, etcetera are non-meat alternatives and are normally available every meal, too. Fish has been on menu too.

Print Counselor's Name: J Friend CCII
Counselor's Signature: J Friend CCII
Date of Response: 4/05/17

**EMERGENCY REVIEW**

Date Received: __/__/__   Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature: ____   Date: __/__/__

Distribution: Master File; Offender    Page 1    DOC 0046 (8/2012)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 3/01/17 | Offender: (Please Print) John LAvelle | ID#: R58527 |
|---|---|---|
| Present Facility: Hill C.C. | Facility where grievance issue occurred: Hill C.C. | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Restoration of Good Time
- ☐ ADA Disability Accommodation
- ☐ Staff Conduct
- ☒ Dietary
- ☐ Medical Treatment
- ☐ HIPAA
- ☐ Transfer Denial by Facility
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___
Date of Report                Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On 3/01/17 during the lunch meal I asked dietary Supervisor Stewart if a non meat alternative was available to Catholics. My response to my question was I don't know. Practicing Catholics are to refrain from eating meat on Ash Wednesday, Good Friday, & All Fridays during lent. Idoc accomodates Muslims & Jews on their religious dietary restrictions as well as Vegans, I'm asking that Catholics recieve the same.

Relief Requested: That a non meat alternative be offered to practicing Catholics on Ash Wednesday, Good Friday, and all Fridays during lent. Also that I do not recieve any retaliation by Staff as a result of this grievance

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

R58527  3/01/17

To: Grievance Officer
From: John Lavelle #R58527  2B14

    I'm forwarding this grievance to you based on Chaplain Rojas' answer in Counselor Friends response. This is not the first year the lenten season has been observed. As acting Chaplain at Hill C.C. it is his job to know & facilitate all religious dietary accomodations. He makes the lists for all religious services. Thus by his own doing has a list of practicing Catholics. This list & directions to provide non-meat proteins during all 3 meals on Ash Wednesday, Good Friday, and all Fridays following until Easter Sunday. In regards to Chaplain Rojas needing a request 1 month prior to the lenten season begining Grievant can only submit that he can't be pre-emptive in knowing that Chaplain Rojas will be negligent in his duties. Also to this point Chaplain Rojas is well aware of this issue due to Grievance dated 4/14/16 by offender Aaron O'Neal. This being an ongoing problem - not one just brought to Chaplain Rojas' attention on 3/31/17 by myself. As IDOC dietary rules state (a protein must be served during every meal) Eating around the meat or picking it out of the meal isn't acceptable. Regardless I'm sure your reply to this grievance will be that it is "Moot" as you have continually done in the past. This only being a necessary formality prior to eventual legal action. All because Hill C.C. refuses to do what is right & fair.

                respectfully,
                John Lavelle
                R58527
                2B14

01/10/18

To: Chaplain Rojas
From: John Lavelle R58527 1A60

I am requesting an interview with you to address ways to accomodate Catholic dietary restrictions during the lenten season & to formally request that I as a Catholic be allowed to practice my religious rights by recieving a tray w/ non-meat protein alternatives for Ash Wednesday & every following ~~Wednesday~~ Friday ending at Easter Sunday.
   Thank you in advance for your help in this matter.

John Lavelle
#R58527
1A60