# EXHIBIT H

PLAINTIFF'S GROUP EXHIBIT'S  E.

State Of Illinois  )
                   )
                   )  SS
County Of Knox     )

Affidavit In Support of Section
1983 Complaint For Violations of
Religious Freedoms/Catholic

John Lavelle R58527 being duly sworn, deposes and say:

1. I am a prison inmate at Henry Hill facility and am a practicing catholic.

2. After being denied a request for a non/meat diet in April 2017 by Chaplain Manuel Rojas, in observance of Ash Wednesday and Lent as required for all catholics, I had cause to then file a grievance.

3. I was denied at the grievance levels by Counselor Friend and grievance officer Gans, who suggested I provide for my own dietary supplement for a meatless religious diet.

4. At that time, the Chaplain, Rojas, was not, and had not sent out notices to Catholics desiring a non-meat supplement in observance of Lenten Ffidays.

5. Even though Lent was still being observed by Catholis world-wide no concession was made by Rojas nor Gans to have my name-nor other Catholics-added to a list in the prisons dietary department at Henry Hill C.C.

6. On January 9th, 2018 while being in attendance Deacon Robert Rodriguez explained to the congregation that He had personally spoken to the head Deacon who's in charge of overseeing "The Prison Ministry Of Illinois" (Deacon Joe Lahood) and was told that The Deacon(s) would not pursue the feast for Lent...for there were other important issues for The Catholic to deal with.

7. Deacon Robert Rodriguez went on to state, that the congregation could choose to either "eat around the meals, or to not "eat the meals" at all.

8. I am competent to testify to these facts herein stated, and am willing to do so were I required to testify.

Further, Affiant Sayeth not.

/s/ John Lavelle

I, John Lavelle R58527, declare pursuant to 28 U.S.C. Sec. 1746 that thee facts stated in this instrument are true and correct to the best of my knowledge.

/s/ John Lavelle

IN THE UNITED STATES DISTRICT COURT OF KNOX COUNTY, PEORIA, ILLINOIS

Aaron O'Neal, Appellant.
    v.
Chaplain Rojas, chief
Administrative Officer/                   CaseNo. _____
Warden Stephanie Dorethy,
Food Administrator, Lt.
Crothers of Internal affairs,
et al, appellees

## AFFIDAVIT

Now Comes your affiant, Mr. BERNAE MOLINA and swears to and affirms as follows:

I am a born Catholic in whom Has attended Catholic school since Childhood, and has entered Henry Hill C.C. on JUNE 16 2012 in which I officially attended all catholic Services here as well.

However, I have constantly complained to Chaplain Rojas, Deacon Joe and Deacon Robert Rodriguez about thee importance of "Approvin A NoN-Meat RELIGIOUS DIET MEAL FOR LENT FRIDAYS"

In which chaplain Rojas always went on to state:
"The Lent Meal Issues Are Being Discussed!"

STATE OF ILLINOIS )
) SS
COUNTY OF KNOX )

I, the undersigned, a Notary public in and for said Knox County in the State Of Illinois, DO HEREBY CERTIFY that Mr. *BERNABE MOLINA* personaly known to me to be same person whose name is subscribed to the forgoing instrument, appeared before me this day in person and acknowledged that he signed and delivered the said instument, his free and voluntary act for the uses and purposes set forth

*Bernabé Molina*

Given under my hand and Notarial AT this 05 day of August, 2017.

OFFICIAL SEAL
KASSIDY L. TIMMONS
Notary Public - State of Illinois
My Commission Expires 9/28/2019

NOTARY PUBLIC SIGNATURE AND SEAL.

PLAINTIFF'S GROUP EXHIBIT'S E.

STATE OF ILLINOIS ) SS
COUNTY OF KNOX )

### AFFIDAVIT

I, BERNALE MOLINA K54957, hereby declare under penalty of perjury that the following is true and correct based upon my personal knowledge and that I am competent to testify thereto if called upon as a witness.

I am a devoted member of Catholic faith. I also was in attendance on the night of tuesday, January 9th, 2018 along side with several other Catholic Parishioners for the Catholic service in which (Deacon Robert Rodriguez) had stood before the congregation and stated:

"It was hereby told to me by (Prison Ministry Deacon Joe Lahood) that there were a numerous amount of concerns on the Catholic "To Do List" however, pursuing that the inmates of Henry Hill C.C. receive a non/meat religious diet for lent, will not happen! for this has been a issue not just at Henry Hill C.C. but for the entire prison system throughout the state of Illinois, and therefore will no longer be pursued. Before closing (Deacon Robert Rodriguez) had gone on to say: That "WE" as Catholic inmates have an option, that being either to eat around the meat, or to not eat the meals served during lent."

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Bernale Molina
AFFIANT

PLAINTIFF'S GROUP EXHIBIT'S E.

STATE OF ILLINOIS ) SS
COUNTY OF KNOX )

## AFFIDAVIT

I, Robert Shachter M51366, hereby declare under penalty of perjury that the following is true and correct based upon my personal knowledge and that I am competent to testify thereto if called upon as a witness.

I am a devoted member of Catholic faith. I also was in attendance on the night of tuesday, January 9th, 2018 along side with several other Catholic Parishioners for the Catholic service in which (Deacon Robert Rodriguez) had stood before the congregation and stated:

"It was hereby told to me by (Prison Ministry Deacon Joe Lahood) that there were a numerous amount of concerns on the Catholic "To Do List" however, pursuing that the inmates of Henry Hill C.C. receive a non/meat religious diet for lent, will not happen! for this has been a issue not just at Henry Hill C.C. but for the entire prison system throughout the state of Illinois, and therefore will no longer be pursued. Before closing (Deacon Robert Rodriguez) had gone on to say: That "WE" as Catholic inmates have an option, that being either to eat around the meat, or to not eat the meals served during lent."

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

_____
AFFIANT

4:18-cv-04063-SEM-TSH #45-9 Page 8 of 13
4:18-cv-04063-SEM-TSH #1-1 Page 11 of 27
PLAINTIFF'S GROUP EXHIBIT'S E.

STATE OF ILLINOIS )
) SS
COUNTY OF KNOX )

## AFFIDAVIT

I, _Tony Guzman M46012_, hereby declare under penalty of perjury that the following is true and correct based upon my personal knowledge and that I am competent to testify thereto if called upon as a witness.

I am a devoted member of Catholic faith. I also was in attendance on the night of tuesday, January 9th, 2018 along side with several other Catholic Parishioners for the Catholic service in which (Deacon Robert Rodriguez) had stood before the congregation and stated:

"It was hereby told to me by (Prison Ministry Deacon Joe Lahood) that there were a numerous amount of concerns on the Catholic "To Do List" however, pursuing that the inmates of Henry Hill C.C. receive a non/meat religious diet for lent, will not happen! for this has been a issue not just at Henry Hill C.C. but for the entire prison system throughout the state of Illinois, and therefore will no longer be pursued. Before closing (Deacon Robert Rodriguez) had gone on to say: That "WE" as Catholic inmates have an option, that being either to eat around the meat, or to not eat the meals served during lent."

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

_Tony Guzman_
AFFIANT

PLAINTIFF'S GROUP EXHIBIT'S E.

STATE OF ILLINOIS ) SS
COUNTY OF KNOX )

## AFFIDAVIT

I, *Mitchell B. Tedd*, hereby declare under penalty of perjury that the following is true and correct based upon my personal knowledge and that I am competent to testify thereto if called upon as a witness.

I am a devoted member of Catholic faith. I also was in attendance on the night of tuesday, January 9th, 2018 along side with several other Catholic Parishioners for the Catholic service in which (Deacon Robert Rodriguez) had stood before the congregation and stated:

"It was hereby told to me by (Prison Ministry Deacon Joe Lahood) that there were a numerous amount of concerns on the Catholic "To Do List" however, pursuing that the inmates of Henry Hill C.C. receive a non/meat religious diet for lent, will not happen! for this has been a issue not just at Henry Hill C.C. but for the entire prison system throughout the state of Illinois, and therefore will no longer be pursued. Before closing (Deacon Robert Rodriguez) had gone on to say: That "WE" as Catholic inmates have an option, that being either to eat around the meat, or to not eat the meals served during lent."

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

*Mitchell B. Tedd #B67475*
AFFIANT

PLAINTIFF'S GROUP EXHIBIT'S E.

STATE OF ILLINOIS  )
                   ) SS
COUNTY OF KNOX     )

AFFIDAVIT

I, LATHAM, DEONTAE M63473, hereby declare under penalty of perjury that the following is true and correct based upon my personal knowledge and that I am competent to testify thereto if called upon as a witness.

I am a devoted member of Catholic faith. I also was in attendance on the night of tuesday, January 9th, 2018 along side with several other Catholic Parishioners for the Catholic service in which (Deacon Robert Rodriguez) had stood before the congregation and stated:

"It was hereby told to me by (Prison Ministry Deacon Joe Lahood) that there were a numerous amount of concerns on the Catholic "To Do List" however, pursuing that the inmates of Henry Hill C.C. receive a non/meat religious diet for lent, will not happen! for this has been a issue not just at Henry Hill C.C. but for the entire prison system throughout the state of Illinois, and therefore will no longer be pursued. Before closing (Deacon Robert Rodriguez) had gone on to say: That "WE" as Catholic inmates have an option, that being either to eat around the meat, or to not eat the meals served during lent."

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

_____
AFFIANT

PLAINTIFF'S GROUP EXHIBIT'S E.

STATE OF ILLINOIS  } SS
COUNTY OF KNOX     }

### AFFIDAVIT

I, AARON O'NEAL N53022, hereby declare under penalty of perjury that the following is true and correct based upon my personal knowledge and that I am competent to testify thereto if called upon as a witness.

I am a devoted member of Catholic faith. I also was in attendance on the night of tuesday, January 9th, 2018 along side with several other Catholic Parishioners for the Catholic service in which (Deacon Robert Rodriguez) had stood before the congregation and stated:

"It was hereby told to me by (Prison Ministry Deacon Joe Lahood) that there were a numerous amount of concerns on the Catholic "To Do List" however, pursuing that the inmates of Henry Hill C.C. receive a non/meat religious diet for lent, will not happen! for this has been a issue not just at Henry Hill C.C. but for the entire prison system throughout the state of Illinois, and therefore will no longer be pursued. Before closing (Deacon Robert Rodriguez) had gone on to say: That "WE" as Catholic inmates have an option, that being either to eat around the meat, or to not eat the meals served during lent."

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Aaron O'Neal
AFFIANT

PLAINTIFF'S GROUP EXHIBIT'S E.

STATE OF ILLINOIS ) SS
COUNTY OF KNOX )

PLAINTIFF'S GROUP EXHIBIT'S E.

AARON O'NEAL, PLAINTIFF-APPELLANT
V.
CHAPAIN MANUEL ROJAS,
CHIEF ADMINISTRATIVE
OFFICER/WARDEN STEPHANIE
DORETHY, FOOD ADMINISTRATOR
Lt. CROTHERS, et al,
DEFENDANTS-APPELLEES.

## SWORN AFFIDAVIT

I, OTIS JACKSON B57008, the undersigned, After first being duly sworn under oath, who reside At the following respective Address: Henry Hill C.C. P.O. Box 1700 Galesburg, Illinois depose and state the following matters are true and correct both in substance and fact to the best of my own personal knowledge and belief, and further state that my relation to the plaintiff is as such: **A Fellow Brethren of Catholic Faith.**

I attest to the fact that upon my arrival at Henry Hill C.C. on date 11-11-2010, I hereby entered the institution as a practicing member of Catholic Faith. After having attended the "Catholic Cursillo 3rd Tuesday Service" for over 3 years, I personally spoke with Deacon Joe O'Toole who was the lead Deacon of service at the time at Hill C.C. and Chaplain Rojas, three years later to Deacon Robert Rodriguez in who I had later became Deacon of Service at Hill C.C. about I Aaron not been provided with an alternative Non-meat Religious

Chaplain Rojas, stated "He's Looking into it!"

However, "there has never been any religious diet meals prepared nor given to any catholic parishioners during Lent Fridays here at Hill C.C."

FURTHER AFFIANT SAYS NOT:

DATED: August 1, 2017     Signature: Jackson, Otis
B-57008

Subscribed and Sworn to before me on

This 25 day of Aug 2017

_____
NOTARY PUBLIC

OFFICIAL SEAL
KASSIDY L. TIMMONS
Notary Public - State of Illinois
My Commission Expires 9/28/2019