## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT Of ILLINOIS

| | |
|---|---|
| AARON O'NEAL, <br><br> Plaintiff, <br> v. <br><br> MANUEL ROJAS, *et al.* <br><br> Defendants. | Case No. 18-CV-4063-SEM-TSH |

## **ORDER**

Upon consideration of Plaintiff's Motion to Amend the Scheduling Order, IT IS

HEREBY ORDERED that the motion is Granted. The scheduling order is amended as follows:

a.  December 19, 2018: Plaintiff to file motion for summary judgment as to exhaustion;

b.  December 19, 2018: Plaintiff to provide initial disclosures to Defendants;

c.  January 16, 2019: Defendants to provide initial disclosures to Plaintiff;

d.  February 20, 2019: Plaintiff to file motion to substitute any "Doe" Defendants;

e.  April 17, 2019: Plaintiff to provide expert disclosures to Defendants;

f.  May 15, 2019: Defendants to provide expert disclosures to Plaintiff;

g.  July 17, 2019: Close of discovery;

h.  August 14, 2019: Deadline to file summary judgment motions.

Dated: December 20 2018

s/ Tom Schanzle-Haskins
Tom Schanzle-Haskins
United States Magistrate Judge