IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON O'NEAL #N53022, | ) |
| | ) |
| Plaintiff, | ) Case No. 18-CV-4063 |
| | ) |
| vs. | ) |
| | ) |
| MANUEL ROJAS, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS LAHOOD AND RODRIGUEZ'S RESPONSE TO
MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

NOW COME the Defendants, JOSEPH LAHOOD and ROBERT RODRIGUEZ, by and through their attorney, Brad W. Keller of HEYL, ROYSTER, VOELKER & ALLEN, and for their Response to the Motion for Leave to File Amended Complaint (ECF #45), state as follows:

These Defendants have previously filed an Answer and Affirmative Defenses to the Complaint filed by Plaintiff, Aaron O'Neal (who was pro se at the time). Plaintiff, who is now represented by attorneys, now seeks leave to file an Amended Complaint. The Amended Complaint states that the Complaint is brought pursuant to 42 U.S.C. Section 1983 and contains several causes of action.

As the proposed Amended Complaint is based upon Section 1983, these Defendants wish to file a Response to the Motion for Leave to File Amended Complaint objecting to the Motion for the record as Defendants are not state actors. Defendants LaHood and Rodgriguez are not state actors and therefore deny that any proposed claims against them would rise to the level of a constitutional claim under Section 1983.  A federal civil rights claim of the type Plaintiff seeks to assert requires some form of government action.  Plaintiff must establish that a person acting

under color of law, deprived him of a right or privilege secured by the Constitution. *Parratt v. Taylor*, 451 U.S. 527, 535 (1981); *Ashcroft v. Iqbal*, 556 U.S. 662 (2009); *Arnett v. Webster*, 658 F.3d 742,750 (7th Cir. 2011). A review of the proposed Complaint reveals that Plaintiff fails to do so as to Defendants LaHood and Rodriguez, who are deacons that volunteer at the DOC facilities. Given that there is no showing in the proposed Complaint that these Defendants are state actors, the Court should not allow leave as to those Defendants.

WHEREFORE, for the above and foregoing reasons, the Defendants, JOSEPH LAHOOD and ROBERT RODRIGUEZ, respectfully request this honorable Court deny Plaintiff's Motion for Leave to File an Amended Complaint as to Defendants LaHood and Rodriguez, and for such further relief as the Court deems appropriate.

JOSEPH LAHOOD and ROBERT RODRIGUEZ

BY:_____s/ Brad W. Keller_____
HEYL, ROYSTER, VOELKER & ALLEN
Brad W. Keller - ARDC #: 6303676
300 Hamilton Blvd., P.O. Box 6199
Peoria, Illinois 61602 1352
Telephone  309.676.0400
Facsimile  309.676.3374
Email: peoecf@heylroyster.com (primary),
bkeller@heylroyster.com,
mkeogel@heylroyster.com  (secondary)

**PROOF OF SERVICE**

I hereby certify that on January 4, 2019, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record in this case.

BY:____s/ Brad W. Keller_____
Brad W. Keller