# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT Of ILLINOIS

|  |  |
|---|---|
| AARON O'NEAL and <br> JOHN LAVELLE <br>           Plaintiffs, <br>     v. <br><br> JOHN BALDWIN, DIRECTOR, <br> ILLINOIS DEPARTMENT <br> OF CORRECTIONS, in his official and <br> individual capacity; MANUEL ROJAS, <br> in his official and individual capacity; <br> STEPHANIE DORETHY, <br> in her official and individual capacity; <br> FREDDIE BRITTON, in his official and <br> individual capacity; ROBERT RODRIGUEZ, <br> in his official and individual capacity; <br> JOE LAHOOD, in his official and individual <br> capacity; JOHN FROST, in his official <br> and individual capacity; STEVE GANS, <br> in his official and individual capacity; <br> MELISSA PHOENIX, in her official and <br> individual capacity <br><br>           Defendants. | Case No. 18-CV-4063-SEM-TSH |

## CERTIFICATE OF SERVICE

    I, Cassandra P. Miller, hereby certify that on February 7, 2019, I sent a copy of the Motion to Withdraw, attached as <u>Exhibit A</u>, by U.S. Mail to the Plaintiffs, whose mailing addresses are the following:

| | |
|---|---|
| Aaron O'Neal #N35022 <br> P.O. Box 1700 <br> Galesburg, Illinois 61402 | John Lavelle #R58527 <br> P.O. Box 1700 <br> Galesburg, Illinois 61402 |

                                            Respectfully submitted,

                                            s/ Cassandra P. Miller
                                            Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
Cassandra P. Miller
Mary Frances Charlton
EDELMAN, COMBS LATTURNER & GOODWIN, LLC
20 S. Clark St., Ste. 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Cassandra P. Miller, certify that on February 7, 2019 I caused a true and accurate copy of the foregoing document to be filed via CM/ECF system, which will send notification of such filing to all counsel of record.

                                                          s/ Cassandra P. Miller
                                                          Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
Cassandra P. Miller
Mary Frances Charlton
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX) (may use for service of pleadings)
Email address for service: courtecl@edcombs.com