E-FILED
Thursday, 28 February, 2019  03:43:35 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.

**20 S. Clark Street, 15th floor**
**Chicago, Illinois 60603-3403**
**(312) 739-4200**
**(312) 419-0379**
**(FAX)**
Email: info@edcombs.com
www.edcombs.com

September 26, 2018

**VIA US MAIL**
Aaron O'Neal
N35022
Hill Correctional Center
PO Box 1700
Galesburg, IL 61401

Dear Mr. O'Neal,

Thank you for taking the time to discuss your case with us. After careful review and consideration, we would like to represent you in this matter. Attached is an Authorization and Retainer agreement. Please sign and complete the Authorization and return it to us in the post-marked envelope enclosed. Upon receipt of the signed Authorization, we will file appearances on your behalf. Please do not hesitate to contact us with any questions or concerns, either at my direct contact information below, or (312) 739-4200.

Sincerely,

Rufus Coates Welsh

(312) 917-4520
rcoateswelsh@edcombs.com

# EXHIBIT B

# EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
## 20 South Clark Street, Suite 1500
## Chicago, Illinois 60603
## (312) 739-4200
## (800) 644-4673
## (312) 419-0379 (FAX)
## Email: info@edcombs.com
## www.edcombs.com

### AUTHORIZATION AND RETAINER
### AGREEMENT -- CLASS ACTION/INDIVIDUAL

**Subject of representation:** Aaron O'Neal retains and authorizes **Edelman, Combs, Latturner & Goodwin, LLC** and such **additional counsel** contracted with by Edelman, Combs, Latturner & Goodwin, LLC as additional or co-counsel to (i) investigate potential claims and defenses in **Case No. 18-cv-4063, Aaron O'Neal v. Manuel Rojas et el, Central District of Illinois** concerning violations of civil rights and other related claims and (ii) if the attorneys' investigation shows that such a claim would have merit and that filing suit is appropriate, bring individual or class actions against Defendant and such other parties as the attorneys conclude may have liability. If the action is brought on behalf of a class, the size and definition of the class have not yet been determined and will be determined as a result of investigation and consultation prior to the filing of the case.

**Fees.** Client and the attorneys agree that any fee for the attorneys' services to Client or the class will be contingent upon effecting a recovery or successful result from the parties against whom the claims are brought.

With respect to those claims which the attorneys bring and the Court allows to proceed on behalf of a class, and providing that the Client rejects any settlement which does not provide for recovery by the class, the fee will be determined or approved by the court, will be payable solely from the parties against whom the claims are brought, and/or any recovery or benefits obtained or protected for Client and other members of the class.

1.    Under relevant law, Client has a statutory legal claim that requires Defendant to pay Client's attorney's fees and costs if Client prevails in its case. Client hereby assigns this statutory legal claim to attorney's fees and costs to Attorney. Pursuant to assignment, Defendant - and not Client - will pay Attorney any and all fees and costs for Attorney's services as awarded by the court, or as agreed upon by the parties through settlement. Such amount will constitute the only fees and costs to which Attorney is entitled. Client does not currently owe nor will Client owe any debt to Attorney for Attorney's services or costs.

2.    If the court orders Defendant to pay a specified amount of attorney's fees and costs, such amount will constitute payment under statutory legal claim that has been assigned to Attorney.

3.     If Client reaches a settlement with Defendant, a portion of such settlement will constitute payment under statutory legal claim that has been assigned to Attorney:

* If the settlement agreement specifies the amount paid for attorney's fees and costs, such amount shall constitute the amount paid with respect to the claim that has been assigned to Attorney.

* If the settlement agreement does not specify the amount paid for attorney's fees and costs, the portion of the settlement paid with respect to the claim that has been assigned to Attorney shall equal the fair market value of Attorney's services and costs. Client and Attorney hereby agree that the fair market value of Attorney's services for a case in which the Client reaches a settlement shall equal (i) the greater of (x) an hourly rate of $230-$700 for attorneys and $100-$150 for paralegals multiplied by the number of hours worked on Client's case or (y) 1/3 of the total amount of the settlement, plus (ii) the actual costs and expenses paid by Attorney during Client's case.

4.     Attorney will pay all costs and expenses in Client's case (including, but not limited to, postage, filing fees, long distance calls, legal research, law clerks, copies, court reporters, process servers, and expert witnesses).

5.     If Client terminates Attorney's representation before any recovery:

* Attorney agrees to assign the statutory legal claim for attorney's fees and costs to Client; and

* Client agrees to pay Attorney the fair market value of Attorney's services performed and costs incurred until the time of termination.

Client understands that Attorneys may incur substantial fees and costs in the course of prosecuting the case and that, at the conclusion of the case, the fees and costs that Attorneys will seek to recoup may substantially exceed the amount Client can legally recover.

**Co-Counsel:** If **Edelman, Combs, Latturner and Goodwin, LLC** retains additional or co-counsel related to these claims, Edelman, Combs, Latturner and Goodwin, LLC and such designated co-counsel will divide fees in accordance with the "lodestars" (hours worked x hourly rate) after reimbursement of the expenses paid by each.

**Statute of limitations:** There are short time provided by law for the filing of claims. Some statutes are as short as one year. Others are two, three and five years. **It is essential that this form be returned as soon as possible.**

**Taxes:** Client understands that Edelman, Combs, Latturner & Goodwin, LLC does not provide any kind of advice on tax issues. Should a recovery be received by Client, that recovery may be subject to federal, state, and/or local income taxes. Attorneys fees may be taxable; they also may be deductible depending on the Client's tax situation. Client assumes full responsibility for the tax implications of any recovery received.

**Client responsibilities:** Client recognizes and agrees that Client will have to cooperate with the attorneys in the prosecution of the defenses and claims, by appearing at trial or at a deposition and providing documents and information. Such testimony will frequently take 1 to 1-1/2 days. If you are physically unable to travel on your own, please contact us so that we can see if accommodation can be made. Client also recognizes that the attorneys do not guarantee a favorable result, although the attorneys will use their best efforts to achieve those results.

Client agrees that in the event the attorneys file a claim on behalf of a class, it is the responsibility of Client as class representative to prosecute the action for not only Client's own benefit but for the benefit of the other class members, and that Client will not settle or dispose of the action for just Client, without making provision for the class to recover.

Client is to advise the attorneys in advance of seeking any relief under the bankruptcy laws (which may result in transfer of Client's claim to a trustee).

The Client agrees to maintain a viable telephone number where they can be reached at any time for the duration of the litigation. If the client's telephone number is for any reason going to be disconnected, client agrees to notify his or her attorney and to provide an alternate telephone number.

Client understands and agrees that the attorneys will retain documents for seven years following the conclusion of the case.

Client also recognizes and agrees that client has an obligation to protect and keep all documents and any other physical evidence relating to client's case. This duty is ongoing, and will continue until the case is finally resolved. This includes paper documents, emails, voice mails and computer files. Client agrees to consult with attorneys before discarding any document which might relate in any manner to client's case, and to immediately inform attorneys if any such documents are destroyed or lost.

Please return this authorization as soon as possible. In some cases, it may only be possible to file cases on behalf of the first one or two persons to return authorizations. This is because the recovery under certain consumer protection statutes is limited to 1% of the defendant's net worth, and filing multiple cases may not increase the total recovery. If in our judgment that will occur, we may notify you that it is not feasible to bring a case on your behalf.

_Mr. Aaron O'Neal_ (signature)

**Aaron O'Neal**
**N53022**
**Hill Correctional Center**
**PO Box 1700**
**Galesburg, IL 61401**

_____

Social Security Number

_____

Work Phone Number

_____

Home Phone Number

_____

Cell Phone Number

_____

Fax Number

ConnectNetwork - Con (handwritten)

E-Mail Address

_____
Cathleen M. Combs
**EDELMAN, COMBS,  LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1500

Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

# EXHIBIT C

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.

**20 S. Clark Street, 15th floor**
**Chicago, Illinois 60603-3403**
**(312) 739-4200**
**(312) 419-0379**
**(FAX)**
Email: info@edcombs.com
www.edcombs.com

July 20, 2018

**VIA US MAIL**
Aaron O'Neal
N53022
Hill Correctional Center
PO Box 1700
Galesburg, IL 61401

Dear Mr. O'Neal,

We have received your letter about the possible representation of you in the case O'Neal v Rojas, Case No. 4:18-cv-4063. We are interested in the possibility of pursuing these claims on your behalf and are currently in the process of reviewing the documents and investigating the claims. The attorneys currently investigating this case are myself and Cassandra P. Miller, and you can reach us directly at (312) 917-4520 and (312) 917-4511 respectively. Please let us know the best way to arrange a phone call with you; You can also email us at ccomb@edcombs.com or cmiller@edcombs.com

Sincerely,

Cathleen C. Combs

# EXHIBIT D

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
### 20 S. Clark Street, 15th floor
### Chicago, Illinois 60603-3403
### (312) 739-4200
### (312) 419-0379 (FAX)
Email: info@edcombs.com
www.edcombs.com

January 11, 2019

**CONFIDENTIAL ATTORNEY-
CLIENT COMMUNICATION**

Aaron O'Neal
N53022
Hill Correctional Center
P.O. Box 1700
Galesburg, IL 61402

**Re: *O'Neal v. Rojas, et al.*, Case No. 18-cv-4063 (ECLG Case #35309)**

Dear Mr. O'Neal:

We recently received two letters from you expressing concerns about the First Amended Complaint filed in your case against Hill Correctional Center. We would like to have a telephone call with you as soon as possible to discuss these concerns. Our staff is working to set up a scheduled attorney-client call. The reason we must communicate via scheduled, designated attorney-client calls rather than receiving Collect calls relates to security and attorney-client privilege.

As a reminder, we can be reached by mail to schedule calls at the address below:

Edelman, Combs, Latturner & Goodwin, LLC
Attn: Mary F. Charlton
20 South Clark Street Suite 1500
Chicago, Illinois 60603

We look forward to speaking with you about the amended complaint.

Sincerely yours,

**/s/ Mary F. Charlton**

# EXHIBIT E

PLAINTIFF'S GROUP EXHIBIT'S  E.

State Of Illinois    )
                     )
                     )      SS
County Of Knox       )


Affidavit In Support of Section
1983 Complaint For Violations of
Religious Freedoms/Catholic

John Lavelle R58527 being duly sworn,deposes and say:

1. I am a prison inmate at Henry Hill facility and am a practicing catholic.

2. After being denied a request for a non/meat diet in April 2017 by Chaplain Manuel Rojas,in observence of Ash Wednesday and Lent as required for all catholics, I had cause to then file a grievance.

3. I was denied at the grievance levels by Counselor Friend and grievance officer Gans,who suggested I provide for my own dietary supplement for a meatless religious diet.

4. At that time,the Chaplain,Rojas,was not, and had not sent out notices to Catholics desiring a non-meat supplement in observence of Lenten Ffidays.

5. Even though Lent was still being observed by Catholis world-wide no concession was made by Rojas nor Gans to have my name-nor other Catholics-added to a list in the prisons dietary department at Henry Hill C.C.

6. On January 9th,2018 while being in attendance Deacon Robert Rodriguez explained to the congregation that He had personally spoken to the head Deacon who's in charge of overseeing "The Prison Ministy Of Illinois" (Deacon Joe Lahood) and was told that The Deacon(s) would not pursue the feast for Lent...for there were other important issues for The Catholic to deal with.

STATE of Illinois }
                  } SS
County of Knox }

Affidavit IN Support of Section
1983 Complaint for Violations of
Religious Freedom/Catholic Filed
by John Lavelle

AARON O'NEAL
   Plaintiff
      v.                          CaseNo. 4:18-CV-04063
Manuel Rojas et al.                    SEM-TSH
   Defendants

1. I John Lavelle, hereby am attesting to the
fact that despite the Motion filed on behalf of the
Ed-Combs Law Firm to withdraw as Counsel of record
in above title cause, is hereby inaccurate as to
their claims involving Mr. Lavelle as cited at paragraph
#5 and #8 in Counsel's Motion to withdraw.

2. The issues that I personally have with the case in
general, is that I "specifically" stated that I only
wanted to be entered in the above titled cause as a
witness only if ever called upon to testify.

3. Never once did I ever ask to be entered on as
a Plaintiff / Witness Only.

4. I still look forward to seeing that all defendants in whom are personally responsible for having violated Constitutional Rights as to depriving all Catholic prisoners at Hill C.C. of their dietary accomodations of a non-meat religious diet meals during Lent be held accountable.

5. My previous affadavit submitted with this affadavit stands on its assertion.

Sincerely,

John Lavelle

I, John Lavelle R58527, declare pursuant to 28 U.S.C. Sec. 1746 that the facts stated in this instrument are true and correct to the best of my knowledge.

Further, Affiant Sayeth not.

John Lavelle

7. Deacon Robert Rodriguez went on to state,that the congregation could choose to either"eat around the meals, or to not "eat the meals" at all.

8. I am competent to testify to these facts herein stated,and am willing to do so were I required to test-ify.

Further,Affiant Sayeth not.

/s/ _John Lavelle_

I,John Lavelle R58527,declare pursuant to 28 U.S.C. Sec. 1746 that thee facts stated in this instrument are true and correct to the best of my knowledge.

/s/ _John Lavelle_

# EXHIBIT F

OERCP101

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
PRINTED SCHED. CALL PASS

PAGE: 73

RUN DATE: 2/19/2019

RUN TIME: 12:35:43 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: K53022 O'NEAL,AARON                    Medium     A     Low            HIL:HIL:R1:B:78:U1

PRIMARY: UNASSIGNED , PARTICIPANT-HIL710010009

DESTINATION: Law Library-HU1A/B          DAY: 2/20/2019          AT:
                                                                 12:30:0
                                                                 0 PM

PASS TYPE: LAW LIBRARY

COMMENTS:

AUTHORIZED: Kellie Dennis

CELL HOUSE SIGNATURE: _____          TIME: ___:___
DESTINATION SIGNATURE: _____          TIME: ___:___
       EXIT SIGNATURE: _____          TIME: ___:___
     RETURN SIGNATURE: _____          TIME: ___:___

# EXHIBIT G

CSRCP101

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
PRINTED SCHED. CALL PASS

PAGE: 100

RUN DATE: 2/26/2019

RUN TIME: 12:42:55 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: N53022 O'NEAL,AARON                    Medium    A    Low                    HIL:HIL:R1:B:78:U1

PRIMARY: UNASSIGNED , PARTICIPANT-HIL710010009

DESTINATION: Law Library-HUlA/B        DAY: 2/27/2019        AT:
                                                             12:30:0
                                                             0 PM

PASS TYPE: LAW LIBRARY

COMOENTS:

AUTHORIZED: Kellie Dennis

CELL HOUSE SIGNATURE: _____        TIME: __:__
DESTINATION SIGNATURE: _____       TIME: __:__
     EXIT SIGNATURE: _____         TIME: __:__
   RETURN SIGNATURE: _____         TIME: __:__