**EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.**
20 S. Clark Street, 15th floor
Chicago, Illinois 60603-3403
(312) 739-4200
(312) 419-0379
(FAX)
Email: info@edcombs.com
www.edcombs.com

July 20, 2018

**VIA US MAIL**
Aaron O'Neal
N53022
Hill Correctional Center
PO Box 1700
Galesburg, IL 61401

Dear Mr. O'Neal,

    We have received your letter about the possible representation of you in the case O'Neal v Rojas, Case No. 4:18-cv-4063. We are interested in the possibility of pursuing these claims on your behalf and are currently in the process of reviewing the documents and investigating the claims. The attorneys currently investigating this case are myself and Cassandra P. Miller, and you can reach us directly at (312) 917-4520 and (312) 917-4511 respectively. Please let us know the best way to arrange a phone call with you; You can also email us at ccomb@edcombs.com or cmiller@edcombs.com

Sincerely,

*[signature]*

Cathleen C. Combs

# EXHIBIT D

**EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.**
20 S. Clark Street, 15th floor
Chicago, Illinois 60603-3403
(312) 739-4200
(312) 419-0379 (FAX)
Email: info@edcombs.com
www.edcombs.com

January 11, 2019

**CONFIDENTIAL ATTORNEY-
CLIENT COMMUNICATION**

Aaron O'Neal
N53022
Hill Correctional Center
P.O. Box 1700
Galesburg, IL 61402

Re: *O'Neal v. Rojas, et al.*, Case No. 18-cv-4063 (ECLG Case #35309)

Dear Mr. O'Neal:

    We recently received two letters from you expressing concerns about the First Amended Complaint filed in your case against Hill Correctional Center. We would like to have a telephone call with you as soon as possible to discuss these concerns. Our staff is working to set up a scheduled attorney-client call. The reason we must communicate via scheduled, designated attorney-client calls rather than receiving Collect calls relates to security and attorney-client privilege.

    As a reminder, we can be reached by mail to schedule calls at the address below:

Edelman, Combs, Latturner & Goodwin, LLC
Attn: Mary F. Charlton
20 South Clark Street Suite 1500
Chicago, Illinois 60603

We look forward to speaking with you about the amended complaint.

                                   Sincerely yours,

                                   /s/ Mary F. Charlton

# EXHIBIT E

PLAINTIFF'S GROUP EXHIBIT'S  E.

State Of Illinois  )
                   )
                   )    SS
                   )
County Of Knox     )


Affidavit In Support of Section
1983 Complaint For Violations of
Religious Freedoms/Catholic

   John Lavelle R58527 being duly sworn, deposes and say:

   1. I am a prison inmate at Henry Hill facility and am a practicing catholic.

   2. After being denied a request for a non/meat diet in April 2017 by Chaplain Manuel Rojas, in observance of Ash Wednesday and Lent as required for all catholics, I had cause to then file a grievance.

   3. I was denied at the grievance levels by Counselor Friend and grievance officer Gans, who suggested I provide for my own dietary supplement for a meatless religious diet.

   4. At that time, the Chaplain, Rojas, was not, and had not sent out notices to Catholics desiring a non-meat supplement in observance of Lenten Ffidays.

   5. Even though Lent was still being observed by Catholis world-wide no concession was made by Rojas nor Gans to have my name-nor other Catholics-added to a list in the prisons dietary department at Henry Hill C.C.

   6. On January 9th, 2018 while being in attendance Deacon Robert Rodriguez explained to the congregation that He had personally spoken to the head Deacon who's in charge of overseeing "The Prison Ministy Of Illinois" (Deacon Joe Lahood) and was told that The Deacon(s) would not pursue the feast for Lent...for there were other important issues for The Catholic to deal with.

STATE of Illinois )
                  ) SS
County of Knox    )

Affidavit In Support of Section 1983 Complaint for Violations of Religious Freedom / Catholic Filed by John Lavelle

AARON O'NEAL
Plaintiff
v.                                Case No. 4:18-CV-04063
Manuel Rojas et al.                      SEM-TSH
Defendants

1. I John Lavelle, hereby am attesting to the fact that despite the Motion filed on behalf of the Ed-Combs Law Firm to withdraw as counsel of record in above title cause, is hereby inaccurate as to their claims involving Mr. Lavelle as cited at paragraph #5 and #8 in Counsel's Motion to withdraw.

2. The issues that I personally have with the case in general, is that I "specifically" stated that I only wanted to be entered in the above titled cause as a witness only if ever called upon to testify.

3. Never once did I ever ask to be entered on as a Plaintiff / Witness Only.

4. I still look forward to seeing that all defendants in whom are personally responsible for having violated Constitutional Rights as to depriving all Catholic prisoners at Hill C.C. of their dietary accomodations of a non-meat religious diet meals during Lent be held accountable.

5. My previous affadavit submitted with this affadavit stands on its assertion.

    Sincerely,
    John Lavelle

I, John Lavelle R58527, declare pursuant to 28 U.S.C. Sec. 1746 that the facts stated in this instrument are true and correct to the best of my knowledge.

    Further, Affiant Sayeth not.

    John Lavelle

7. Deacon Robert Rodriguez went on to state, that the congregation could choose to either "eat around the meals, or to not "eat the meals" at all.

8. I am competent to testify to these facts herein stated, and am willing to do so were I required to testify.

Further, Affiant Sayeth not.

/s/ *John Lavelle*

I, John Lavelle R58527, declare pursuant to 28 U.S.C. Sec. 1746 that thee facts stated in this instrument are true and correct to the best of my knowledge.

/s/ *John Lavelle*

# EXHIBIT F

```
OERCP101            ILLINOIS DEPARTMENT OF CORRECTIONS              PAGE: 73
                              Offender 360                          RUN DATE: 2/19/2019
                         PRINTED SCHED. CALL PASS
                                                                    RUN TIME: 12:35:43 PM

                    ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

                            OFFENDER CALL PASS ISSUED

        IDOC: N53022 O'NEAL,AARON            Medium   A   Low        HIL:HIL:R1:B:78:U1
        PRIMARY: UNASSIGNED , PARTICIPANT-HIL710010009

        DESTINATION: Law Library-HU1A/B        DAY: 2/20/2019    AT:
                                                                 12:30:0
                                                                 0 PM
        PASS TYPE: LAW LIBRARY
        COMMENTS:
        AUTHORIZED: Kellie Dennis

        CELL HOUSE SIGNATURE: _____         TIME: __:__
        DESTINATION SIGNATURE: _____        TIME: __:__
             EXIT SIGNATURE: _____          TIME: __:__
           RETURN SIGNATURE: _____          TIME: __:__
```

# EXHIBIT G

```
CERCP101              ILLINOIS DEPARTMENT OF CORRECTIONS              PAGE: 100
                              Offender 360
                         PRINTED SCHED. CALL PASS                RUN DATE: 2/26/2019

                                                                 RUN TIME: 12:42:55 PM

                      ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

                            OFFENDER CALL PASS ISSUED

              Medium        A        Low              HIL:HIL:R1:B:78:U1

    IDOC: N53022 O'NEAL,AARON
    PRIMARY: UNASSIGNED , PARTICIPANT-HIL710010009

    DESTINATION: Law Library-HU1A/B      DAY: 2/27/2019    AT: 12:30:00 PM

    PASS TYPE: LAW LIBRARY
    COMMENTS:
    AUTHORIZED: Kellie Dennis

    CELL HOUSE SIGNATURE: _____          TIME: 1220
    DESTINATION SIGNATURE: _____         TIME: __:__
    EXIT SIGNATURE: _____                TIME: __:__
    RETURN SIGNATURE: _____              TIME: __:__
```