# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT Of ILLINOIS

|  |  |
|---|---|
| AARON O'NEAL and <br> JOHN LAVELLE <br>            Plaintiffs, <br>     v. <br><br> JOHN BALDWIN, DIRECTOR, <br> ILLINOIS DEPARTMENT <br> OF CORRECTIONS, in his official and <br> individual capacity; MANUEL ROJAS, <br> in his official and individual capacity; <br> STEPHANIE DORETHY, <br> in her official and individual capacity; <br> FREDDIE BRITTON, in his official and <br> individual capacity; ROBERT RODRIGUEZ, <br> in his official and individual capacity; <br> JOE LAHOOD, in his official and individual <br> capacity; JOHN FROST, in his official <br> and individual capacity; STEVE GANS, <br> in his official and individual capacity; <br> MELISSA PHOENIX, in her official and <br> individual capacity <br><br>            Defendants. | Case No. 18-CV-4063-SEM-TSH |

## MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO THE MOTION WITHDRAW AS PLAINTIFF'S COUNSEL AND TO STRIKE <u>PLAINTIFFS' FIRST AMENDED COMPLAINT</u>

Edelman, Combs, Latturner & Goodwin, LLC, Daniel A. Edelman, Cathleen M. Combs, Cassandra P. Miller, and Mary Frances Charlton ("counsel") hereby request leave to file a Reply to Plaintiff Aaron O'Neal's Response to their Motion to Withdraw as Counsel ("the Response"). In support of their motion, counsel states:

1

1. Local Rule 7.1(B)(3) provides that no reply to a response to a motion is permitted without leave of Court.

2. Several of the assertions made in the Response mischaracterize plaintiffs' counsel's actions and conversations between plaintiffs and counsel.

3. Allowing counsel to reply to the Response would not prejudice any party and would offer clarification to the Court.

4. Counsel's proposed Reply is attached as <u>Appendix A</u>.

WHEREFORE, Daniel A. Edelman, Cathleen M. Combs, Cassandra P. Miller, Mary Frances Charlton, and the firm of Edelman, Combs, Latturner & Goodwin, LLC respectfully request that this Court enter an order granting them leave to reply to Plaintiff O'Neal's Response to their Motion to Withdraw as Counsel.

                                                Respectfully submitted,

                                                <u>s/ Cassandra P. Miller</u>
                                                Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
Cassandra P. Miller
Mary Frances Charlton
EDELMAN, COMBS LATTURNER & GOODWIN, LLC
20 S. Clark St., Ste. 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Cassandra P. Miller, certify that on March 15, 2019 I caused a true and accurate copy of the foregoing document to be filed via CM/ECF system, which will send notification of such filing to all counsel of record and mailed the foregoing document to the following parties not registered through CM/ECF:

    Aaron O'Neal, N53022
    HILL CORRECTIONAL CENTER
    Inmate Mail/Parcels
    PO Box 1700
    Galesburg, IL 61401

    John Lavelle, #R58527
    HILL CORRECTIONAL CENTER
    Inmate Mail/Parcels
    PO Box 1700
    Galesburg, IL 61401

                                              s/ Cassandra P. Miller
                                              Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
Cassandra P. Miller
Mary Frances Charlton
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX) (may use for service of pleadings)
Email address for service: courtecl@edcombs.com