E-FILED
Friday, 15 March, 2019  10:08:37 AM
Clerk, U.S. District Court, ILCD

# APPENDIX A

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT Of ILLINOIS

_____

| | |
|---|---|
| AARON O'NEAL and ) | |
| JOHN LAVELLE ) | |
|        Plaintiffs, ) | |
|   v. ) | |
| ) | |
| JOHN BALDWIN, DIRECTOR, ) | |
| ILLINOIS DEPARTMENT ) | |
| OF CORRECTIONS, in his official and ) | |
| individual capacity; MANUEL ROJAS, ) | |
| in his official and individual capacity; ) | Case No. 18-CV-4063-SEM-TSH |
| STEPHANIE DORETHY, ) | |
| in her official and individual capacity; ) | |
| FREDDIE BRITTON, in his official and ) | |
| individual capacity; ROBERT RODRIGUEZ, ) | |
| in his official and individual capacity; ) | |
| JOE LAHOOD, in his official and individual ) | |
| capacity; JOHN FROST, in his official ) | |
| and individual capacity; STEVE GANS, ) | |
| in his official and individual capacity; ) | |
| MELISSA PHOENIX, in her official and ) | |
| individual capacity ) | |
| ) | |
| ) | |
|        Defendants. ) | |

_____)

## REPLY TO PLAINTIFF'S RESPONSE TO THE MOTION
## WITHDRAW AS PLAINTIFF'S COUNSEL AND
## TO STRIKE PLAINTIFFS' FIRST AMENDED COMPLAINT

      Edelman, Combs, Latturner & Goodwin, LLC, Daniel A. Edelman, Cathleen M. Combs,

Cassandra P. Miller, and Mary Frances Charlton ("counsel") hereby Reply to Plaintiff Aaron

O'Neal's Response to their Motion to Withdraw as Counsel ("the Response") and state:

      1.      On January 22, 2019, Plaintiff O'Neal directed counsel to cease representing him

and expressed that he would like to proceed on his initial complaint. Counsel scheduled a follow-

1

up call with Plaintiff O'Neal on January 28, 2019 to allow him time to consider this request. During the January 28, 2019 call, Plaintiff O'Neal reaffirmed his prior position and once against directed counsel to cease representing him. *See,* Exhibits 1 and 2 (Declarations of Cassandra P. Miller and Mary F. Charlton).

2.      On January 29, 2019, Plaintiff Lavelle also requested that counsel cease representing him and expressed that he no longer wanted to participate in the instant litigation as a plaintiff. *See,* Exhibits 1 and 2.

3.      Counsel is unable to submit any other information about these conversations to the Court without violating attorney-client privilege. If the court requires an *in camera* hearing to ascertain the basis of counsel's motion and plaintiff's objections, counsel would be glad to participate in such a hearing.

4.      Several of the assertions made in the Response mischaracterize counsel's actions and conversations between plaintiffs and counsel. These inconsistent communications and directions demonstrate the inability to maintain an attorney-client relationship with counsel.

WHEREFORE, Daniel A. Edelman, Cathleen M. Combs, Cassandra P. Miller, Mary Frances Charlton, and the firm of Edelman, Combs, Latturner & Goodwin, LLC respectfully request that this Court enter an order granting them leave to withdraw as counsel.

Respectfully submitted,

s/ Cassandra P. Miller
Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
Cassandra P. Miller
Mary Frances Charlton

2

EDELMAN, COMBS LATTURNER & GOODWIN, LLC
20 S. Clark St., Ste. 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## <u>CERTIFICATE OF SERVICE</u>

I, Cassandra P. Miller, certify that on March 15, 2019 I caused a true and accurate copy of the foregoing document to be filed via CM/ECF system, which will send notification of such filing to all counsel of record and mailed the foregoing document to the following parties not registered through CM/ECF:

Aaron O'Neal, N53022
HILL CORRECTIONAL CENTER
Inmate Mail/Parcels
PO Box 1700
Galesburg, IL 61401

John Lavelle, #R58527
HILL CORRECTIONAL CENTER
Inmate Mail/Parcels
PO Box 1700
Galesburg, IL 61401

s/ Cassandra P. Miller
Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
Cassandra P. Miller
Mary Frances Charlton
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX) (may use for service of pleadings)
Email address for service: courtecl@edcombs.com

3