# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT Of ILLINOIS

_____

AARON O'NEAL and
JOHN LAVELLE

        Plaintiffs,

   v.

JOHN BALDWIN, DIRECTOR,
ILLINOIS DEPARTMENT
OF CORRECTIONS, in his official and
individual capacity; MANUEL ROJAS,
in his official and individual capacity;
STEPHANIE DORETHY,
in her official and individual capacity;
FREDDIE BRITTON, in his official and
individual capacity; ROBERT RODRIGUEZ,
in his official and individual capacity;
JOE LAHOOD, in his official and individual
capacity; JOHN FROST, in his official
and individual capacity; STEVE GANS,
in his official and individual capacity;
MELISSA PHOENIX, in her official and
individual capacity

        Defendants.

Case No. 18-CV-4063-SEM-TSH

## DECLARATION OF CASSANDRA P. MILLER

I, Cassandra P. Miller, declare:

1.    I am an attorney licensed to practice law in the State of Illinois. I am one of the attorneys for Plaintiffs Aaron O'Neal and John Lavelle (collectively, "plaintiffs") in the instant matter.

2.    On January 22, 2019, I conducted a telephonic conference ("the January 22 Conference") with Plaintiff O'Neal using Hill Correctional Center's secure attorney-client

telephonic conference system.  I conducted the January 22 Conference on speaker phone. My colleague, Mary Frances Charlton ("Ms. Charlton"), who also represents plaintiffs, was present for the January 22 Conference.

3.	During January 22 Conference, Plaintiff O'Neal requested that we cease representing him and expressed that he would like to proceed on his initial complaint.

4.	I conducted another telephonic conference with Plaintiff O'Neal on January 28, 2019 ("the January 28 Conference") to allow him time to consider this request. I also conducted the January 28 Conference on speaker phone with Ms. Charlton present.

5.	During the January 28, 2019 call, Plaintiff O'Neal reaffirmed his prior position and once against directed us to cease representing him.

6.	I conducted a telephonic conference through Hill Correctional Center's secure attorney-client telephonic conferencing system with Plaintiff John Lavelle on January 29, 2019 ("the January 29 Conference").  During the January 29 Conference, Plaintiff Lavelle also requested that we cease representing him and expressed that he no longer wanted to participate in the instant litigation as a plaintiff.

7.	As such, on February 6, 2019, we filed a Motion to Withdraw as Counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 03/15/2019

> Respectfully submitted,
>
> s/ Cassandra P. Miller
> Cassandra P. Miller

2

**CERTIFICATE OF SERVICE**

      I, Cassandra P. Miller, certify that on March 15, 2019 I caused a true and accurate copy of the foregoing document to be filed via CM/ECF system, which will send notification of such filing to all counsel of record and mailed the foregoing document to the following parties not registered through CM/ECF:

    Aaron O'Neal, N53022
    HILL CORRECTIONAL CENTER
    Inmate Mail/Parcels
    PO Box 1700
    Galesburg, IL 61401

    John Lavelle, #R58527
    HILL CORRECTIONAL CENTER
    Inmate Mail/Parcels
    PO Box 1700
    Galesburg, IL 61401

                                                s/ Cassandra P. Miller
                                                Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
Cassandra P. Miller
Mary Frances Charlton
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX) (may use for service of pleadings)
Email address for service: courtecl@edcombs.com

3