# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT Of ILLINOIS**

_____

|  |  |
|---|---|
| AARON O'NEAL and<br>JOHN LAVELLE<br>      Plaintiffs,<br>   v.<br><br>JOHN BALDWIN, DIRECTOR,<br>ILLINOIS DEPARTMENT<br>OF CORRECTIONS, in his official and<br>individual capacity; MANUEL ROJAS,<br>in his official and individual capacity;<br>STEPHANIE DORETHY,<br>in her official and individual capacity;<br>FREDDIE BRITTON, in his official and<br>individual capacity; ROBERT RODRIGUEZ,<br>in his official and individual capacity;<br>JOE LAHOOD, in his official and individual<br>capacity; JOHN FROST, in his official<br>and individual capacity; STEVE GANS,<br>in his official and individual capacity;<br>MELISSA PHOENIX, in her official and<br>individual capacity<br><br>      Defendants. | Case No. 18-CV-4063-SEM-TSH |

_____

## DECLARATION OF MARY FRANCES CHARLTON

I, Mary Frances Charlton, declare:

1.   I am an attorney licensed to practice law in the States of Illinois and Virginia. I am one of the attorneys for Plaintiffs Aaron O'Neal and John Lavelle (collectively, "plaintiffs") in the instant matter.

2.   On January 22, 2019, I was part of a telephonic conference ("the January 22 Conference") with Plaintiff O'Neal using Hill Correctional Center's secure attorney-client

1

telephonic My colleague, Cassandra P. Miller ("Ms. Miller"), who also represents plaintiffs, led the January 22 Conference and I witnessed the entire exchange as Ms. Miller used speaker phone.

3. During the January 22 Conference, Plaintiff O'Neal requested that we cease representing him and expressed that he would like to proceed on his initial complaint.

4. Shortly after the January 22 Conference, I scheduled a follow-up secure telephonic conference with Plaintiff O'Neal for January 28, 2019 ("the January 28 Conference") to allow him time to consider this request. Ms. Miller and I conducted the January 28 Conference on speaker phone and Plaintiff O'Neal reaffirmed his prior position and once again directed us to cease representing him.

5. I scheduled a telephonic conference through Hill Correctional Center's secure attorney-client telephonic conferencing system with Plaintiff John Lavelle on January 29, 2019 ("the January 29 Conference"). Ms. Miller and I conducted the January 29 Conference over speaker phone. During the January 29 Conference, Plaintiff Lavelle also requested that we cease representing him and expressed that he no longer wanted to participate in the instant litigation as a plaintiff.

6. As such, on February 6, 2019, we filed a Motion to Withdraw as Counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 03/15//2019

Respectfully submitted,

s/ Mary Frances Charlton
Mary Frances Charlton

2

**CERTIFICATE OF SERVICE**

    I, Mary Frances Charlton, certify that on March 15, 2019 I caused a true and accurate copy of the foregoing document to be filed via CM/ECF system, which will send notification of such filing to all counsel of record and mailed the forgoing document to the following parties not registered through CM/ECF:

    Aaron O'Neal, N53022
    HILL CORRECTIONAL CENTER
    Inmate Mail/Parcels
    PO Box 1700
    Galesburg, IL 61401

    John Lavelle, #R58527
    HILL CORRECTIONAL CENTER
    Inmate Mail/Parcels
    PO Box 1700
    Galesburg, IL 61401

                                          s/ Mary Frances Charlton
                                          Mary Frances Charlton

Daniel A. Edelman
Cathleen M. Combs
Cassandra P. Miller
Mary Frances Charlton
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX) (may use for service of pleadings)
Email address for service: courtecl@edcombs.com