# EXHIBIT A

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Authorization for Payment**

"CERTIFIED MAIL FEE & RETURN RECEIPT REQUEST FOR PAYMENT PLEASE!!"

Posting Document #: _____

Offender Name: Mr. Aaron O'Neal    ID#: N53022    Housing Unit: R1-B-15

Date: November 3, 2018

Pay to: LAW OFFICES OF: EDELMAN COMBS MILLER c/o Ms. Cassandra Miller

Address: 20 SOUTH CLARK STREET SUITE-1500

City, State, Zip: CHICAGO, ILLINOIS. 60603

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of "Privileged Legal Mail" — To Attorney Ms. MILLER

☑ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature: Mr. Aaron O'Neal    ID#: N53022

Witness Signature: _____

☐ Approved  ☐ Not Approved    Chief Administrative Officer Signature: LH 11-7-18

Postage applied in the amount of  13  dollars and  45  cents.

Curtis 345 (or something) 11-7-18

7015 0640 0002 6034 3483

"CERTIFIED MAIL FEE & RETURN RECEIPT REQUEST FOR PAYMENT!!"

Distribution: Business Office, Offender, Mail Room
DOC 0296 (Eff. 1/2006) (Replaces DC 828)
Printed on Recycled Paper

# EXHIBIT B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Law Offices of
Edelman, Combs + Miller
20 S. Clark St. Ste 1500
Chicago IL 60603

9590 9401 0062 5168 0311 00

2. Article Number (Transfer from service label)

7015 0640 0002 6034 3483

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ ...ed Mail
- ☐ ...ed Mail Restricted Delivery ($500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 3.45

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)   $ 2.75
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $ 7.25

Total Postage and Fees $ 13.45

Postmark Here — GALESBURG IL 61401, 8 2018 USPS

Sent To: Law offices Edelman, Combs Miller
Street and Apt. No., or PO Box No.: 20 S. Clark St. Ste 1500
City, State, ZIP+4: Chicago IL 60603

7015 0640 0002 6034 3483

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions





Aaron O'Neal  N53022
PO Box 1700
Galesburg, IL 61402-1700