STATE OF ILLINOIS )
)
COUNTY OF KNOX )

# AFFIDAVIT

AARON O'NEAL
PLAINTIFF,

VS.

Case No. 4:18-cv-04063-SEM-TSH

JOHN BALDWIN et al.
DEFENDANTS,

Dated: March 26, 2019.

1. I, AARON O'NEAL hereby attest to all the facts presented in the above titled cause, as to dealing with thee "OPPOSE THE WITHDRAWAL OF COUNSEL OF RECORD" are hereby true & correct.

I, AARON O'NEAL N53022, declare pursuant to 28 U.S.C. Sec. 1746 that the facts stated in this instrument are true and correct to the best of my knowledge. Further Affiant sayeth not. /s/ Aaron O'Neal