UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON O'NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| JOHN BALDWIN, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, in his official and individual capacity; MANUEL ROJAS, in his official and individual capacity; STEPHANIE DORETHY, in her official and individual capacity; FREDDIE BRITTON, in his official and individual capacity; ROBERT RODRIGUEZ, in his official and individual capacity; JOE LAHOOD, in his official and individual capacity JOHN FROST, in his official and individual capacity; STEVE GANS, in his official and individual capacity, MELISSA PHOENIX, in her official and individual capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.:  18-CV-4063-SEM-TSH |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

NOW COMES the Defendant, ROBERT RODRIGUEZ, by his attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and states that the following document was served on the attorneys of record of all parties to the above cause via electronic service on August 16, 2019

RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS

Robert Rodriguez,

BY: _____s/ Seth P. Uphoff_____
HEYL, ROYSTER, VOELKER & ALLEN
Seth P. Uphoff, ARDC #6290946

HEYL, ROYSTER, VOELKER & ALLEN
300 Hamilton Blvd.
P.O. Box 6199
Peoria, Illinois 61601-6199
Telephone  309.676.0400
Facsimile  309.676.3374
Primary Email: peoecf@heylroyster.com
Secondary Email: dperkins@heylroyster.com
Secondary Email: sgullette@heylroyster.com
Secondary Email: suphoff@heylroyster.com
Secondary Email: khamby@heylroyster.com

## PROOF OF SERVICE

   I hereby certify that on August 16, 2019, I electronically filed the foregoing instrument, Certificate of Service of Response to Request for Admissions, with the Clerk of the Court using the CM/ECF system and I hereby certify that I will mail on August 16, 2019, by United States Postal Service the same foregoing instrument to the following non-CM/ECF participant:

Mr. Aaron O'Neal, N53022
HILL CORRECTIONAL CENTER
Inmate Mail/Parcels
PO Box 1700
Galesburg, IL 61401

Clayton Ankney
Office of the Attorney General
500 South Second Street
Springfield, IL 62706

              BY:_____s/ Seth P. Uphoff_____
                  Seth P. Uphoff

36819492_1