E-FILED
Monday, 02 December, 2019  03:01:25 PM
Clerk, U.S. District Court, ILCD

FOR THE CENTRAL DISTRICT OF ILLINOIS

AARON O'NEAL
    Plaintiff
    PRO SE

VS

                Case No. 18-CV-4063-SEM-TSH

MANUEL ROJAS
    Defendant et, al.

## MOTION TO COMPEL DISCOVERY

COMES NOW, Plaintiff, AARON O'NEAL, PRO SE, and move this Honorable Court, pursuant to Rules 34(b) and 37(a), Fed. R. Civ. P., for an order compelling the Defendants, represented by Hyel & Royster, 300 Hamilton Boulevard, P.O. Box 6199, Peoria, Illinois. 61601-6199, to produce for inspection and copying the documents requested on September 18, 2019 and October 09, 2019; Hereto Attached.

/s/ Aaron O'Neal

Date: _____

FOR THE CENTRAL DISTRICT OF ILLINOIS

AARON O'NEAL,
    Plaintiff
    PRO SE

Vs.

Case No. 18-CV-4063
    SEM-TSH

MANUEL ROJAS
    Defendants et, al.

## AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL

STATE OF ILLINOIS )
                   ) SS.
COUNTY OF KNOX     )

AARON O'NEAL, being duly sworn, deposes and says:

1. I am the plaintiff in the above captioned cause. I make this affidavit in support of my motion to compel

2. On September 18, 2019 and October 9, 2019, respectively, I served on the defendants' Counsel a request for interrogatories and production of documents, which is attached to this affidavit as Exhibit 1.

3. Defendants did not respond to this request after 30 days, nor did they request an adjournment from the court or seek my agreement to an adjournment.

2

4. On or about November 1, 2019 I wrote the defendant's Counsel pointing out that their responses were more than **2 months late** and requested that they respond immediately.

5. Defendant's Counsel did not and have not responded to my letter.

6. Defendant's objections are waived due to their failure to make them in a timely manner.

7. Any objections by The Defendants that the discovery sought is irrelevant, burdensome and priviledged have no merit.

8. Evidence being sought out by Plaintiff via Defens Counsel was brought on by The Defendants own Counsel, while having stated That Defendant**(s)** Deacon**(s)** Joseph LaHood and Robert Rodriguez both kept in contact with **Co-Defendant** I.D.O.C. Chaplain Manuel Rojas via E-Mails and by providing Chaplain Rojas with a "Yearly Calendar".

9. Now that Plaintiff O'Neal sincerely request that Defense Counsel now produce Defendant**(s)** "Yearly Calendar" to Plaintiff for inspection, Defense

Counsel hereby believes that by "completely ignoring Plaintiff's sincere request" that Defense Counsel can hereby due away with this constitutional production Of Discovery right by failing to comply.

10. Plaintiff O'Neal is hereby attaching to this affidavit and Motion To Compel, **4 Page** document in which Defense Counsel for Defendant(s) Joseph LaHood and Robert Rodriguez **does not** want for The Justice Of The United States District Court, For The Central District Of Illinois to have before them which is attached as Exhibit **3** (pages 7, 8, 9, 10)

11. Exhibit 2. Is a 4 page document of many more pages that is hereby referred to as: "Festival Letter 2019- Calendar" which explains in clear ENGLISH how all CATHOLICS are to obide and abstain from consuming all meat products during ALL FRIDAY'S OF EACH YEAR, whether while being incarcerated or in a free society. Please See Exhibit 2. Page (7)

12. Exhibit 2. Is a part of The Festival Letter 2019- Calendar in which was given to Plaintiff O'Neal via Defendant Robert Rodriguez, in whom was given such Calendar via Bishop Jenky or Co-defendant Joseph LaHood.

13. Plaintiff O'Neal now moves this Honorable Court to compel thee entire Festival Letter 2019- Calendar in its entirety for further inspection, ... For No Pope, ArchBishop, Priest, nor Deacon has The Authority nor Right To Exempt A Catholic Practicing Prisoner from receiving a Constitutional Right Religious Non-Meat Meal while having request to be fed a non-meat religious meal for Ash wednesday and Lent fridays whether incarcerated or in a free society.

14. Plaintiff O'Neal would like to point out what has been an ongoing practice and proceedure of both The Catholic Church and their Defendant(s)... along with their Co-Defendants of The Illinois Department Of Corrections has and continues to be a burdensome, while having personally infringed upon The Constitution Right of The right to practice freely Of All Henry Hill C.C. prisoners of Catholic Faith for over 14½ years and counting !

      WHEREFORE, the plaintiff requests that the Court grant this motion in all respects.

STATE OF ILLINOIS

COUNTY OF KNOX

15/ _Aaron O'Neal_

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare,
in the above action,
that I have read the above documents, and that the information con-
tained therein is true and correct to the best of my knowledge.

Date: _____

Name: AARON O'NEAL

*Aaron O'Neal*

N53022

HENRY HILL C.C.

P.O. BOX 1700

GALESBURG, IL.

61401.

SIGNED AND ATTESTED BEFORE ME

ON THE 20th OF NOVEMBER, 2019. by Aaron O'Neal

_____
NOTARY PUBLIC

SALLY A HUFFER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 26, 2022

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AARON O'NEAL ⟩
Plaintiff/Petitioner PRO SE ⟩
⟩
Vs. ⟩
⟩  No. 18-CV-4063-SEM-TSH
MANUEL ROJAS ⟩
Defendant/Respondent Et. Al. ⟩

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK OF THE U.S. Dist Court
CENTRAL DIST. OF ILLINOIS
SPRINGFIELD, DISTRICT
SPRINGFIELD, ILLINOIS

TO: HEYL.... ROYSTER
ATT: MR. DAVID A. PERKINS
300 HAMILTON BOULEVARD
P.O. BOX 6199 PEORIA, ILLINOIS
61601-6199

TO: KWAME RAOUL
MR. CLAYTON J. ANKNEY
ATT. GENERAL STATE OF ILLINOIS.
500 S. SECOND STREET, SPRINGFIELD, IL.
62701

TO: _____

1. MOTION TO COMPEL DISCOVERY/AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL.
HEYL... ROYSTER FOR INTERROGATORIES AND PRODUCTION OF DOCUMENT ATTACHED EXHIBITS 1 and 2

2. MOTION TO COMPEL DISCOVERY/AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL KWAME RAOUL FOR
INTERROGATORIES AND PRODUCTION OF DOCUMENTS ATTACHED EXHIBIT 2

I __AARON O'NEAL__ declare under penalty of perjury that all of the assertions
    (Name of Petitioner)

made in the above mentioned document(s) are complete, truthful and accurate. I placed the

attached document(s) in the __Henry Hill__ Correctional Center institutional mail

Respectfully, submitted this _____ day of _____, _____.
                                                    (Month)        (Year)

_Aaron O'Neal_
(Signature of Petitioner)
AARON O'NEAL
   (Print Name)

State of __Illinois__

County of __Knox__

Signed and attested to before me this __20th__ day of __November__, __2019__
                                                        (Month)              (2018)

by __Aaron O'Neal__ (name of person) for the

attached _____ (name of document(s).

_Sally A Huffer_
(Signature of Notary Public)

SALLY A HUFFER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 26, 2022

_____
(Notary Public Seal)

FOR THE CENTRAL DISTRICT OF ILLINOIS

Aaron O'NEAL
   Plaintiff
   PRO SE

Vs                                     Case No. 18-CV-4063
                                           SEM-TSH

MANUEL ROJAS
      Defendant et, al.

## MOTION TO COMPEL DISCOVERY

COMES NOW, Plaintiff, AARON O'NEAL, Pro Se
and move this Honorable Court pursuant to Rules
34(b) and 37(a), Fed. R. Civ. P., for an order
compelling the Defendant's represented by The
Office Of The Attorney General, Kwame Raoul,
500 S. Second St. Springfield, Illinois. 62701,
to produce the documents for inspection and
copying requested on September 20, 2019.
Hereto Attached.

                    Isl _Aaron O'Neal_

Date: _____

4

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS


AARON O'NEAL
        Plaintiff
        PRO SE

    Vs                          Case No. 18-CV-4063
                                      SEM-TSH

MANUEL ROJAS
        Defendant et. al.


<u>AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL</u>

STATE OF ILLINOIS )
                  ) ss.
COUNTY OF KNOX    )


    AARON O'NEAL, being duly sworn, deposes and says:

   1. I am the Plaintiff in the above captioned cause. I make this affidavit in support of my motion to compel.

   2. On September 20, 2019 I served on the defendant's Counsel a request for interrogatories and production of documents, which is attached to this affidavit as Exhibit 3.

   3. Defendant's did not respond to this request after **30 days**.

4. On or about November 1, 2019, I wrote defendant's Counsel pointing out that their response was more than **2 months late** and requested that they respond immediately.

5. Defendant's Counsel did not and have not responded to Plaintiff's letter.

6. Defendant's objections are waived due to their failure to make them in a timely manner.

7. Any further objections by the defendant's that the discovery sought is irrelevant, burdensome, and priviledged have no merit.

WHEREFORE, the Plaintiff request that the Court grant this motion in all respects.

STATE OF ILLINOIS )
                  )          /s/ Aaron O'Neal
COUNTY OF KNOX    )

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5 1-109, I declare under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: _____    Name: AARON O'NEAL

N53022

HENRY HILL C.C.

P.O. BOX 1700

GALESBURG, IL.

61401.

STATE OF ILLINOIS
COUNTY OF KNOX

SIGNED AND ATTESTED BEFORE ME

ON THE 20th OF NOVEMBER, 2019. by Aaron O'Neal
Motion to Compel Discovery

_Sally A. Huffer_
NOTARY PUBLIC

SALLY A HUFFER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 26, 2022

2

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

AARON O'NEAL,

     Plaintiff,

vs.

                                Case No. 18-CV-4063-SEM-TSH

JOHN BALDWIN, et al.,

     Defendant's

*EXHIBIT. 1*

## PLAINTIFF'S SECOND SET OF INTERROGATORIES AND PRODUCTION OF DOCUMENTS

Pursuant to Rule 33 Fed.R.Civ.P., Plaintiff, Aaron O'neal, pro se, request the Defendant's to respond to the following interrogatories, as well as Rule 34 Fed.R.Civ.P. for Production of Ductions in writing and under oath and produce each of the requested documents for inspection within 30 days.

1. State whether defendant Bolciques conducts communion services, at any time of the year at Will Correctional Center (WCC) during any of his volunteer services with WCC prison inmates who attend Catholic Services provided by the Catholic prison ministries. If there is a document detailing what is involved in communion service in general, produce the document.

2. As Spiritual Director for prison ministries is defendant LaRod at all involved in planning communion services for prison ministries-specifically, WCC.

3. Regarding Prison Ministries for the state of Illinois, are there any Catholic prisoners who have their dietary meals supplimented with meatless dishes during Lent and/or Ash Wednesday.

4. Defendant LaRod coordinates with the Illinois department of Correction, including, but not limited to, CATHOLIC advisory requirements, whether directly or indirectly or sit on any department of Corrections Board. If there is a document relative to any such advisory requirements/position, produce the document.

5. Expound on what issues at prisons defendant LaRod is or has been involved in as stated in defendant's response to Plaintiff's first set of interrogatories, at perti-

graph #2 on page 22., whether HCC or another prison.

6. Produce the emails referenced to by defendant LaHood in his response at par. 6 at pg. 3 regarding prison ministries communication between defendant LaHood an individuals in prison ministries and staff of the Illinois Department of Corrections (IDOC).

7. Produce the email's and other transfer of information with other individuals in the prison ministry, the staff of the IDOC, and his monthly calendar of proposed services to the prison chaplain, whether HCC or another prison.

8. Was either defendant's Rodriquez or LaHood apprised or aware that the Plaintiff had been removed from the Curisslo list of attendance. If there is a document of any sort, produce the document.

9. On what basis are Catholic prison inmates exempt from dietary tenets due to their incarceration. If there is a document detailing the referenced exemption in defendant's response to plaintiff first set of interrogatories at #0, at pg. 4, produce the document.

10. Are prison inmates less redeemable for spiritual salvation than other people in general who live in a free society.

11. In the case of such exemption, who other than Jesus (and the individual him/herself) Christ has the absolute authority to decide for an individual that penitence is not required for persons of incarceration.

Date: September 18, 2019                    /s/ Aaron O'Neal

STATE OF ILLINOIS
COUNTY OF KNOX

SIGNED AND ATTESTED BEFORE ME ON THE
18TH OF SEPTEMBER 2019 BY AARON O'NEAL.

_____
NOTARY

SALLY A HUFFER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 26, 2022

-2-

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

Aaron O'Neal )
Plaintiff/Petitioner PRO SE )
)
Vs. ) No. 18-CV-4063-SEM-TSH
)
MANUEL ROJAS et. al )
Defendant/Respondent )

### PROOF/CERTIFICATE OF SERVICE

FROM
TO: MR. AARON O'NEAL          TO: HEYL... ROYSTER
N53022                        MR. SETH P. UPHOFF
HENRY HILL. C.C.              300 HAMILTON BOULEVARD
P.O. BOX 1700, GALESBURG, IL  P.O. BOX 6199 PEORIA, IL. 61601-6199
61401.

1. REQUEST FOR ADMISSIONS FROM DEFENDANT(S) RODRIGUEZ and La Hood

2. PLAINTIFF'S SECOND SET OF INTERROGATORIES AND PRODUCTION OF DOCUMENTS
   FROM DEFENDANTS RODRIGUEZ and LaHOOD.

3.

4.

5.

6.

PLEASE TAKE NOTICE that on _SEPTEMBER 18_, 20_19_, I placed the attached or
enclosed documents in the institutional mail at _HENRY HILL._ Correctional Center,
properly addressed to the parties listed above for mailing through the United States Postal
Service.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5 1-109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above documents,
and that the information contained therein is true and correct to the best of my knowledge.

Dated: _____          /s/ Aaron O'Neal

STATE OF ILLINOIS                Name: AARON O'NEAL
COUNTY OF KNOX                   IDOC# N53022

SIGNED AND ATTESTED BEFORE ME ON THE      Address: P.O. 1700 GALESBURG, IL.
18TH OF SEPTEMBER 2019 BY AARON O'NEAL.             61402.

NOTARY

SALLY A HUFFER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 26, 2022

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

AARON O'NEAL,

    Plaintiff,

vs.

                    18-4063-SEM-TSH

JOHN BALDWIN, et al.,

    Defendant's.

*EXHIBIT 1*

### PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to 33 and 34 Fed.R.Civ.P., the Plaintiff submits the following interrogatories and request for the production of documents. Your are directed to answer each interrogatory in writing under oath, and produce each of the requested documents for inspection, within 30 days of service.

1. State, in addition to defendant Rodriquez being coordinator for Catholic volunteer services at Hill Correctional Center (HCC) who elsewas a volunteer from the Catholic church has served in the capisity as coordinator for HCC inmates from 2005 thru 2018. If those individuals are listed in any document, produce the document.

2. State the duties of defendant LaTool for Catholic Ministries for prison inmates within the Peoria Diocese's area. If **those** duties are set forth in any job description, produce the document.

3. State the duties of defendant Rodriquez and Deacon Joe O'Toole for the Catholic Ministries for prison inmates with the Peoria Diocese's area. If those

*1*

duties are set forth in any document, produce the document.

4. Are any of the duties, as set forth in paragraph's 1 and 3, conducted simultaneously at any time during active services at HCC. If those duties are set forth in any document, produce the document.

5. State whether on January 1, 2010 defendant Rodriquez made an open statement to the Catholic inmates at HCC, in response to the inmates persistent inquiries of whether a meatless meal would be authorized for them in observance of the month of Lent, to the effect that he had been informed by defendant LaHood that the church had received numerous concerns about prison inmates and Lent. And that those concerns were not on the church's "To Do List," and that if any inmate desired to observe Lent that he could eat around the meat, or not eat eat-presumeably the meal-at all.

6. State why prison inmates, who are Catholic, exempt from the practice and observance of religious tenets, including, but not limited to Lent. If the requested information is listed in any document, produce the document.

7. If Catholic inmates being exempt from Lent or other practices are not listed in any document, provide the designation, title, and name of who is responsible for designating such an exemption to HCC inmates in observance of their choice for Lent.

8. State why, and to what degree, there is a difference between free citizens and incarcerated men (Catholic's) that makes one group's sacrament obligatory and acceptable, that being Catholic's as free citizens over Catholic prison inmates., If this information is contained in any document, produce the document.

9. Are prison inmates observance and sacrament for Lent any less valuable to the church than those of free Catholic citizens.

10. State why life-long Catholics are precluded from the support from the Catholic church in proclaiming their faith and desires to practice their tenets, such as Lent. If that information is in a document, produce the document.

11. State what prisons in Illinois provide meatless meals for Catholic's desiring to practice their tenets in observance of Lent. If that information is included in a document, provide the document.

2

STATE OF ILLINOIS

COUNTY OF KNOX

/s/ *Aaron O'Neal*

AARON O'NEAL
N53022
HILL CORR. CNTR.
P.O. BOX 1700
GALESBURG, IL.
61401.

Interrogatories

SIGNED AND ATTESTED BEFORE ME ON THE

____ 9th ____ OF OCTOBER 2019 BY AARON O'NEAL

_____
NOTARY

SALLY A HUFFER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 26, 2022

3

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

AARON O'NEAL
_____
Plaintiff/Petitioner

    Vs.

MANUEL ROJAS et al.
_____
Defendant/Respondent

)
)
)
)
)
)
)

No. 18-4063-SEM-TSH

## PROOF/CERTIFICATE OF SERVICE

TO: HEYL .... ROYSTER
ATT: MR. DAVID A. PERKINS
300 HAMILTON BOULEVARD
P.O. BOX 6199 PEORIA, IL. 61601-6199

TO: _____

TO: _____

TO: _____

TO: _____

1. PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

2. _____

I AARON O'NEAL
(Name of Petitioner) declare under penalty of perjury that all of the assertions made in the above mentioned document(s) are complete, truthful and accurate. I placed the attached document(s) in the HENRY HILL Correctional Center institutional mail

Respectfully, submitted this 9th day of October, 2019.

_____
(Signature of Petitioner)
AARON O'NEAL
(Print Name)

State of Illinois

County of Knox

Signed and attested to before me this 9th day of October, 2019
by Aaron O'Neal _____ (name of person) for the attached

_____ (name of document(s).

_____
(Signature of Notary Public)

SALLY A HUFFER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 26, 2022

_____
(Notary Public Seal)

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

AARON O'NEAL,
    Plaintiff,

vs.                                                    18-CV-4063-SEM-TSH

JOHN BALDWIN, ET SEQ.,
    Defendant's.

EXHIBIT. 2

## PLAINTIFF'S INTERROGATORIES AND
## REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 33 and 34, Fed.R.Civ.P., the plaintiff submitts the following interrogatories and request for documents directed to defendant's Rojas and Dorethy. They are directed to answer each of the interrogatories in writing under oath, and produce each of the requested documents for inspection, within 30 days of service.

1. With regard to religious tenets observed at Hill Correctional Center (HCC) by the various religious groups within HCC, are there any groups other than Catholic's, who are provided supplemental meals (whether meatless or otherwise) in compliance with their religious faith(s) whether annual or seasonal, during the previous 10 years. If that information for the previous 10 years is set out in any document, including, but not limited to, manues, feasts, type of meal, and observance for, produce the document.

2. State the duties of defendant Rojas when an inmate requests a dietary supplemental meal in observance of a religious tenet. If those duties are set forth in any job description or other document, produce the document.

3. State the duties of defendant Dorethy when an inmate requests a dietary supplemental meal in observance of a religious tenet, if it has been granted or denied by

4:18-cv-04063-SEM-TSH # 85 Page 20 of 24

defendant Rojas. If those duties are set forth in any job description or other document, provide the document.

4. State the duties of defendant Rojas when an inmate files a grievance contesting the denial of a particular dietary supplemental meal in compliance with his religious tenets , and the **grievance officer** conducts his investigation into the facts with defendant Rojas. If those duties are set forth in any job description or other document, produce the document.

5. State the duties of defendant Dorethy after the grievance officer has submitted his/her findings, in terms of whether further investigation is required to be initiated before signing off on the grievance officers findings or is the grievance officer's findings simply rubber-stamped without any further investigation by the institutional CAO, defendant Dorethy. If those duties are set forth in any document or job description, produce the document.

6. With regard to any further investigation by the CAO, defendant Dorethy, was there a mechanism in place when an inmate grievance has been filed to assist the defendant in arriving at a fair and unbiased decision; more succinctly, a mechanism put in place for this very purpose by Defendant Baldwin. If those duties are set forth in any job description or document, produce the document.

7. When it come to investigations of allegations in a particular grievance, in this case, plaintiff's grievance against the denial of his request to observe his religious tenets (dietary supplemental meatless meal) by defendant Rojas; are the parties directly involved (in this cause, defendant Rojas) required to assist in resolving the filed grievance by an inmate by cooperating in the investigation by the grievance officer/investigator. If those duties are set forth in any job description or document, produce the document.

8. Once a Catholic inmates requests to observe his religious tenets with his request for a meatless dietary supplemental meal. What has been the response defendant Rojas has given the Catholic inmate community at HCC over the entire tenure of his employment at HCC as Institutional Chaplain. If there are any document(s) in connection to such denials, produce those documents.

9. On July, 8, 2016 was there are any religious meals of feasts pprovided to inmates of any particular faith at HCC.

10. On July 12, 2016 was there any religious meals or feasts provided to inmates of any particular faith at HCC.

11. Regarding paragraph's #9 and #10 provide a complete menu of what was served to the inmates on both days, the number of inmates present, and if the meals were catered or provided through the HCC Department of Corrections.

12. Since defendant Dorethy's tenure at HCC from approximately October 2014 throug

September 2019 howmany religious meals and/or feasts did she sign off on with her
approval, whether submitted by defendant Rojas or otherwise. If this request is set
forth in any document, produce the document; Including those instantesses where any
approval or denial was signed off on by her designated replacement during any absence.

Date: September 20, 2019                                    /s/ Aaron O'Neal

STATE OF ILLINOIS
COUNTY OF KNOX

SIGNED AND ATTESTED BEFORE ME ON THE
20th OF SEPTEMBER 2019 BY AARON O'NEAL

NOTARY

SALLY A HUFFER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 26, 2022

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

AARON O'NEAL
_____
Plaintiff/Petitioner  PRO SE

Vs.

MANUEL ROJAS
_____
Defendant/Respondent  ET. Al.

)
)
)
)
)
)
)

No. 18-CV-4063-SEM-TSH

### PROOF/CERTIFICATE OF SERVICE

FROM
TO: MR. Aaron O'NEAL
N53022
HENRY HILL C.C.
P.O. BOX 1700 GALESBURG, IL.
61401.

TO: KWAME RAOUL
MR. CLAYTON J. ANKNEY
ATT. GENERAL STATE OF ILLINOIS
500 S. SECOND STREET, SPRINGFIELD, IL.
62701

1. PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS
FROM DEFENDANT(S) ROJAS and DORETHY AS TO DOCUMENTS DATED ON SEPT 20, 201

2. _____

3. _____

4. _____

5. _____

6. _____

PLEASE TAKE NOTICE that on SEPTEMBER 20, 2019, I placed the attached or enclosed documents in the institutional mail at HENRY HILL Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5 1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Dated: _____

/s/ Aaron O'Neal

Name: AARON O'NEAL

IDOC# N53022

Address: P.O. BOX 1700

STATE OF ILLINOIS
COUNTY OF KNOX

SIGNED AND ATTESTED BEFORE ME
ON THE 20TH OF SEPTEMBER, 2019
BY AARON O'NEAL.

GALESBURG, IL.
61401

SALLY A HUFFER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 26, 2022

NOTARY

EXHIBIT. 3

### Festival Letter 2019 – Calendar

*In the early centuries of Catholic Christianity, when calendars were uncommon and often imprecise, a bishop would send out an annual "Festival Letter" to announce the proper dates for observing the fasts and feasts of the Liturgical Year. It was not uncommon to also use such a letter as a means of instruction for the faithful. I have established this custom in our Diocese both to foster a greater love for the liturgy and to afford myself an additional opportunity for teaching.*

Dear brothers and sisters, the glory of the Lord has shone upon us and shall ever be manifest among us, until the day of His return. Through the rhythms of times and seasons, let us celebrate the mysteries of our salvation.

Let us recall the year's culmination, the Sacred Easter Triduum of the Lord: His Last Supper, His Crucifixion, His Burial, and His Rising, celebrated between the evening of Thursday, April 18th, and the evening of Sunday, April 21st.

Each Easter, as on each Sunday, Holy Mother Church makes present the great and saving deed by which Christ has conquered sin and death.

From Easter are reckoned all the days we keep holy:

Ash Wednesday, the beginning of Lent, in the Year of Our Lord 2019, will occur on the 6th of March.

Ash Wednesday and Good Friday are days of fast and abstinence. In commemoration of the Lord's death on the cross, all Fridays of Lent are days of obligatory abstinence. Abstinence from meat is also recommended on all the Fridays of the year.

The annual Chrism Mass, during which the priests renew their ministerial commitment, will be celebrated in the Cathedral on Tuesday of Holy Week, April 16th.

No other activities or pastoral responsibilities, except the need to tend to the dying, should keep a priest from attending the Chrism Mass. I also invite the faithful of our diocese to join us for this celebration as they keep their priests in prayer.

7

The Church will keep her most solemn night of vigil and prayer to celebrate the Resurrection of Christ on Saturday, the 20th of April. According the ancient and universal practice of the Church, the Easter Vigil may not begin until after nightfall. In Central Illinois, sunset is estimated to begin at 7:43 P.M. CDT in Peoria (7:34 P.M. CDT in Danville and 7:48 P.M. CDT in Moline). The Easter Vigil at the Cathedral will be celebrated at 8:15 P.M.

On Divine Mercy Sunday on the Second Sunday of Easter, the 28th of April, I encourage my Vicars Forane to work with the clergy, religious, and laity in their area to prepare a common celebration at a central location for the conclusion of the Novena of Divine Mercy which will begin on Good Friday, the 19th of April.

The Ascension of the Lord will be commemorated on Sunday, the 2nd of June, according to the decision of the bishops of the Illinois Province. Pentecost, the joyful conclusion of the Great Fifty Days of Easter, will be celebrated on Sunday, the 9th of June.

Any Catholic in a state of serious sin is obligated to approach the Sacrament of Reconciliation at least once between Ash Wednesday and Pentecost Sunday. All Catholics are especially urged to confess their sins during the penitential season of Lent, during Advent, before the great festivals, and regularly throughout the year.

In a special way our Divine Savior gave the Church the gift of the Sacrament of Holy Orders to make present the Paschal Mystery for all people of every time and place. This year, the Diocese of Peoria will celebrate the Sacrament of Holy Orders in several ways.

On the Fifth Sunday of Easter, the 19th of May at 10:30 in the morning in the Cathedral, I will ordain a new transitional deacon for the Diocese of Peoria. On Saturday, the 25th of May at 10:30 in the morning, I rejoice to ordain a new priest for service to our Diocese.

I invite and encourage the clergy, consecrated men and women, and lay-faithful to join with me at these great celebrations. All priests serving in the Diocese of Peoria are expected to participate in the Ordination of a Priest. Except the need to tend to the dying, no other pastoral duty

8

or personal obligation is of greater importance than welcoming our new brother to our presbyterate.

Likewise, the Pilgrim Church proclaims the Passover of the Lord in the feasts of the Holy Mother of God, the Apostles, and the Saints, and in the Commemoration of the Faithful Departed for the Year of Our Lord 2019.

In the Year of Our Lord 2019, the Solemnity of Saint Joseph, the spouse of the Blessed Virgin Mary, will be celebrated on Tuesday, March 19th.

The Solemnity of the Annunciation of the Lord will be celebrated on Monday, the 25th of March.

The Dedication of the Cathedral of St. Mary of the Immaculate Conception is celebrated on the 15th of May and is a Solemnity in the Cathedral and a Feast in the Diocese.

The Assumption of the Blessed Virgin Mary is celebrated on Thursday, the 15th of August, and is a holy day of obligation this year.

The Feast of Saint Crescent, whose relics are solemnly enshrined in Corpus Christi Church, Galesburg, is celebrated on Tuesday, the 27th of August, as a solemnity in the Shrine-Church.

The Feast of St. Therese of Lisieux, patroness of our diocesan vocations program, will be celebrated on Tuesday, the 1st of October. Prayers and activities in support of priestly vocations are encouraged to take place. The Diocesan Novena for Vocations in her honor will begin on the 23rd of September.

The Solemnity of All Saints, a holy day of obligation, is celebrated on Friday, the 1st of November. The Commemoration of All the Faithful Departed is observed on Saturday, the 2nd of November.

The Solemnity of Christ the King will be celebrated on Sunday, the 24th of November.

The Church will celebrate the beginning of the new liturgical year of grace and prayer on the First Sunday of Advent, the 1st of December, in the Year of Our Lord 2019.

9

The Solemnity of the Immaculate Conception of the Blessed Virgin Mary will be transferred to Monday, the 9th of December this year; this is the Patronal Feast of the Diocese of Peoria but is not a holy day of obligation this year.

The Feast of Our Lady of Guadalupe, the Patroness of the Americas, is celebrated on Thursday, the 12th of December.

Christmas will be on Wednesday, the 25th of December.

The Solemnity of Mary, the Mother of God, is celebrated on Wednesday, the 1st of January in the Year of Our Lord 2020 and is a holy day of obligation.

To better enjoy the infinite treasury of merit won by our Divine Saviour, in accord with the *Enchiridion Indulgentiarum* and the *Ceremonial of Bishops*, "the diocesan bishop in his own diocese may bestow the papal blessing with the plenary indulgence, using the proper formulary, three times a year on solemn feasts, which he will designate…."

As Bishop of Peoria, I am happy to bestow such blessing with the plenary indulgence during the Year of Our Lord 2019 at the end of Holy Mass for the great Solemnities of Easter Vigil, Pentecost Day, and Christmas Eve.

Further, to enhance the devotional life of the faithful and the liturgical life of our parishes, I have encouraged a return to the practice of Rogation Days to mark the change of seasons. I have requested the Holy See to confirm these days as part of the official calendar of our local Church. Pending their confirmation, I encourage pastors to observe these Rogation Days in the Diocese of Peoria:

January 22nd to coincide with the national day of prayer and fasting for the dignity of human life.

March 24th to highlight the beginning of the growing season, associated with the Solemnity of the Annunciation

June 23rd to pray for healthy growth and good weather, associated with the Nativity of St. John the Baptist

10