E-FILED
Thursday, 23 January, 2020  10:42:04 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON O'NEAL, | ) |
| Plaintiff, | ) |
| vs. | ) |
| JOHN BALDWIN, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, in his official and individual capacity; MANUEL ROJAS, in his official and individual capacity; STEPHANIE DORETHY, in her official and individual capacity; FREDDIE BRITTON, in his official and individual capacity; ROBERT RODRIGUEZ, in his official and individual capacity; JOE LAHOOD, in his official and individual capacity JOHN FROST, in his official and individual capacity; STEVE GANS, in his official and individual capacity, MELISSA PHOENIX, in her official and individual capacity, | ) Case No.: 18-CV-4063-SEM-TSH |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

NOW COMES the Defendants, ROBERT RODRIGUEZ and JOE LAHOOD, by their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and state that the following documents were served on the attorneys of record and all parties to the above cause via electronic service or via US Post Office on January 23, 2020.

Defendants LaHood and Rodriguez Response to Plaintiff's Second Set of Interrogatories and Production of Documents (Received 9/23/19)
Defendants LaHood and Rodriguez Response to Plaintiff's Interrogatories and Request for Production of Documents (Received 10/15/19)
Defendants LaHood and Rodriguez Response to plaintiff's Requests for Interrogatories and Production of Documents (Received 11/7/19)

Robert Rodriguez and Joe LaHood

BY: s/ Syed E. Ahmad
HEYL, ROYSTER, VOELKER & ALLEN
Syed E. Ahmad, ARDC #6294817

HEYL, ROYSTER, VOELKER & ALLEN
300 Hamilton Blvd.
P.O. Box 6199
Peoria, Illinois 61601-6199
Telephone  309.676.0400
Facsimile  309.676.3374
Primary Email: peoecf@heylroyster.com
Secondary Email: dperkins@heylroyster.com
Secondary Email: lmunge@heylroyster.com
Secondary Email: sahmad@heylroyster.com
Secondary Email: khamby@heylroyster.com

## PROOF OF SERVICE

I hereby certify that on January 23, 2019, I electronically filed the foregoing instrument, Certificate of Service of Response to Interrogatories and Request for Production of Documents, with the Clerk of the Court using the CM/ECF system and I hereby certify that I mailed on January 23, 2020, by United States Postal Service the same foregoing instrument to the following non-CM/ECF participant:

Mr. Aaron O'Neal, N53022
HILL CORRECTIONAL CENTER
Inmate Mail/Parcels
PO Box 1700
Galesburg, IL 61401

Clayton Ankney
Office of the Attorney General
500 South Second Street
Springfield, IL 62706

BY: /s Syed E. Ahmad

37284069_1