E-FILED
Tuesday, 28 April, 2020  12:22:12 PM
Clerk, U.S. District Court, ILCD

**Page 1**

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

AARON O'NEAL,                        )
                                     )
          Plaintiff,                 )
                                     )
     -vs-                            )No. 18-CV-4063-SEM-TSH
                                     )
JOHN BALDWIN, DIRECTOR,              )
ILLINOIS DEPARTMENT OF               )DEPOSITION OF
CORRECTIONS, in his                  )AARON O'NEAL
official and individual              )
capacity; MANUEL ROJAS,              )
in his official and                  )
individual capacity;                 )
STEPHANIE DORETHY, in her)
official and individual              )
capacity; FREDDIE                    )
BRITTON, in his                      )
official and individual              )
capacity; ROBERT                     )
RODRIGUEZ, in his                    )
official and individual              )
capacity; JOE LAHOOD, in )
his official and                     )
individual capacity JOHN )
FROST, in his official               )
and individual capacity;             )
STEVE GANS, in his                   )
official and individual              )
capacity, MELISSA                    )
PHOENIX, in her official,)
and individual capacity,             )
                                     )
          Defendants.                )

CIRCUIT WIDE REPORTING
P.O. Box 643
Galesburg, Illinois 61402
(309) 343-3376
circuitwidereporting@gmail.com

---

**Page 3**

I N D E X

WITNESS
AARON O'NEAL,
     Examination by Mr. Ahmad                8 - 47
     Examination by Mr. Ankney              47 - 123
     Further Examination by Mr. Ahmad      123 - 143
     Further Examination by Mr. Ankney     143 - 155
     Further Examination by Mr. Ahmad      155 - 159
     Further Examination by Mr. Ankney     159 - 164
     Certificate of Reporter               165 - 166

EXHIBITS
     Deposition Group Exhibit A               139

---

**EXHIBIT 1**

**Page 2**

THE DEPOSITION OF **AARON O'NEAL**, before Amy S. Powers, Illinois CSR 084-003053, RPR 038540, a Notary Public, on Thursday, the **21st** day of **November 2019**, commencing at the hour of 9:24 a.m., at Henry Hill Correctional Center, 600 Linwood Road, in the City of Galesburg, County of Knox, and State of Illinois.

PRESENT:

AARON O'NEAL
Henry Hill Correctional Center
600 Linwood Road
Galesburg, Illinois 61401
     appearing Pro Se;

CLAYTON ANKNEY, ESQ.
Illinois Attorney General's Office
500 South Second Street
Springfield, Illinois 62706
cankney@atg.state.il.us
     on behalf of John Baldwin, Manuel
     Rojas, Stephanie Dorethy, Freddie
     Britton, John Frost, Steve Gans, and
     Melissa Phoenix;

SYED E. AHMAD, ESQ.
Heyl, Royster, Voelker & Allen
300 Hamilton Boulevard
Peoria, Illinois 61602
sahmad@heylroyster.com
     on behalf of Robert Rodriguez
     and Joe Lahood.

---

**Page 4**

(Witness sworn.)

**AARON O'NEAL,**

having been first duly sworn, was examined and testified on his oath as follows.

          MR. O'NEAL:  I want a copy of everything that takes place today of this deposition.  And I also would like to mention that although you are deposing me today, I've asked for interrogatories and production of documents in which neither firm out of Clayton Ankney and Perkins did not answer.  And I just filed that yesterday in the United States District Court asking you to compel to the interrogatories and production of documents and a request for admissions, both firms, that you did not answer on September 18, 2019, September 20, 2019, and October 9 of 2019.

          Those interrogatories and production of documents has not been answered by either firm -- by either firm.

          MR. AHMAD:  Okay.  Anything else you

**5**

1    want to add?
2        THE WITNESS:   No, that's it.
3        MR. AHMAD:   All right.  So I'm
4    going -- so the way a deposition would work
5    here is this is an opportunity for myself
6    and Mr. Ankney to ask you a series of
7    questions about your case, and everything
8    is being placed on the record.
9        Now, have you ever done a
10   deposition before?
11       THE WITNESS:   No.
12       MR. AHMAD:   Okay.  So I'll start with,
13   first of all can you state your name for
14   the record, spelling your last name.
15       THE WITNESS:   Aaron O'Neal.  Last name
16   O-N-E-A-L.  That's apostrophe between the O
17   and the N.
18       MR. AHMAD:   And you indicated this is
19   your first deposition ever?
20       THE WITNESS:   Yes, sir.
21       MR. AHMAD:   So just some basics that I
22   would like to go over with you.  As you can
23   see, we have a court reporter today typing
24   down what's being said.  So one of the

**6**

1    grounds rules is make sure only one person
2    is talking at a time.  So if I'm talking,
3    let me finish, even though you may know the
4    answer.  And I will wait until you're done
5    before I ask you anything.  Does that make
6    sense?
7       THE WITNESS:   Yes.
8       MR. AHMAD:   And on top of that, I
9    would say, you know, I know we're having a
10   conversation, but sometimes I'll ask you a
11   yes or no question and you may nod or shake
12   your head.
13       I may know what you're saying, but
14   the court reporter cannot transcribe that,
15   so anytime you have to say yes, say yes,
16   anytime you have to say no, say no.
17       Whatever you need to say, you
18   know, say it on the record so she can take
19   it down.
20       Do you have any questions right
21   now?
22       THE WITNESS:   Like I said, I'm not as
23   fast as she is, but every question that you
24   ask, I would like a little time to jot it

**7**

1    down, because I'm going to jot down the
2    questions that's being answered.
3       MR. AHMAD:   That's fine.  And I'll be
4    mindful of that.
5       Also at the same time if there are
6    any questions that you may or may not
7    remember, you can let me know.  If you need
8    to change it down the road, let me know and
9    we can revisit that, especially if you
10   forget or whatever it may be.
11       Does that all make sense?
12       THE WITNESS:   Yes.
13       MR. AHMAD:   Are you feeling well
14   today, well enough to answer?
15       THE WITNESS:   Yes.
16       MR. AHMAD:   Are you on any medications
17   today?
18       THE WITNESS:   No.
19       MR. AHMAD:   Do you feel like are there
20   any mental issues that might be distressing
21   you today?
22       THE WITNESS:   No.
23       MR. AHMAD:   So you feel that you would
24   be able to answer all the questions to the

**8**

1    best of your ability?
2       THE WITNESS:   Yes, to the best of my
3    ability.
4       MR. AHMAD:   Okay.  With that said, I
5    would like to begin.
6
7    **EXAMINATION BY MR. AHMAD:**
8   Q.  You have brought suit against various
9      defendants.  Can you just give us a brief
10    background as to why you brought suit?
11  **A.**  Well, me and the Catholics have been
12     deprived having a non-meat Lenten meal for
13     14 1/2 years.  This has been an ongoing
14     process and procedure here at the Hill
15     Correctional facility.
16  Q.  Can you tell us specifically why you were
17    suing each of the individuals?
18  **A.**  Because every defendant that's named in the
19     complaint bears some form of negligence in
20     this proceeding.
21  Q.  Okay.  And who is the primary person that
22    you feel is responsible here?
23  **A.**  I would say the Catholic Church.
24  Q.  Okay.  And why is the Catholic Church

**Page 9**

1      responsible?
2 A. Because they did not advocate on our behalf
3      when we have spoken to them every year that
4      I've been here since 2005 leading up 'til
5      now informing them of what's been going on .
6      And, you know, they always told us that
7      they'll look into it, look into it, but
8      every year that goes by, no meal.
9 Q. Did you ever sue the Catholic Church?
10 A. No, I've never sued anyone.
11 Q. So have you been part of any lawsuit other
12      than your criminal cases?
13 A. I've never sued anyone.
14 Q. Have you ever been sued?
15 A. No.
16 Q. The Complaint that you wrote initially, you
17      indicated that Mr. Manuel Rojas is
18      responsible for arranging and approving
19      religious meals.
20 A. Yes.
21 Q. So what was his role in all of this?
22 A. Well, it's 45 days before Lent you have to
23      notify the chaplain if you want to partake
24      in the Lent meal.

**Page 10**

1 Q. Okay.
2 A. So every year that, like I said again, I've
3      been here, I would contact Mr. Rojas in
4      person, because, you know, chapel is every
5      Tuesday for the Catholics. And his office
6      is adjoining right -- it's connected to the
7      chapel.
8      So I would go in there, speak to
9      him or, you know, catch him when I can and
10      tell him, "Well, you know, the Lent is
11      coming up; are you going to send up the
12      forms so the Catholics can fill them out and
13      give them back to you so we can get our
14      meal?"
15      And he would always say, "Well,
16      you know, it's being looked into," and this
17      and that, but never no -- I'm trying to
18      think. The request -- the request document
19      was never sent out until what, 2018.
20 Q. Okay. And when did this first start
21      occurring for you where you wanted -- where
22      you wanted the form, but the form was not
23      given to you?
24 A. Since I've been incarcerated.

**Page 11**

1 Q. Which is what year?
2 A. Since 2005 here at Hill Correctional Center .
3 Q. And as of 2018 they've been providing you
4      the forms in advance?
5 A. Never.
6 Q. They still have not provided you the forms?
7 A. Just 2018 was the first time ever that he
8      finally got them out to Catholic inmates.
9 Q. Okay.
10 A. Prisoners, inmates, whatever.
11 Q. And where would you normally get forms?
12 A. Through Chaplain Rojas. Every other
13      religion, Jewish, Muslim, they get them on
14      time, they get them in the mail. Catholics
15      have never gotten them until 2018.
16 Q. Now, just to kind of give me an idea on the
17      process and procedures, is there a place for
18      you to access forms in general?
19 A. What do you mean by "access forms"?
20 Q. Like if there are any forms that you need
21      for requesting things or sending out
22      grievances, where do you get them?
23 A. He's got to send them to you. You can't
24      send them in yourself, because see, that

**Page 12**

1      document there has to be signed off on by
2      the chief administrator officer. So it's
3      got to go by procedure. I should have
4      brought that form with me. It's a form --
5      it's in the -- it's in the Complaint as
6      well, the request form that you send out for
7      for the accommodation to be provided the
8      meal. And it's a number on the bottom of
9      it. It has to be on that form. And the
10      only way you can get that form is through
11      the chaplain, Rojas. That's it right there.
12      At the bottom is a number. Should be the
13      right-hand corner. Yeah, down here at the
14      bottom.
15 Q. And the form you're referring to is DOC0388 ?
16 A. Yes. That's the form that's got an issue
17      throughout the institution in order for you
18      to sign and return back to the chaplain.
19      And then once he sends it in, then the chief
20      administrator officer has to sign off on it
21      whether it's going to be approved or denied.
22 Q. And who is the person that is in charge of
23      sending that form to you?
24 A. Chaplain Rojas.

13

1  Q.  And what did you say Chaplain Rojas's role
2      was?
3  A.  He's the head chaplain -- he was the head
4      chaplain of Henry Hill Correctional Center
5      since I've been here, but he's since
6      retired.
7  Q.  When did he retire?
8  A.  If I'm not mistaken, he retired sometime
9      this year or late last year. I just know
10     that he stopped showing up and then the word
11     got around that he retired, so I don't know
12     exactly what date he actually retired.
13 Q.  Now, so in 2018 he provided the form to you?
14 A.  Yes.
15 Q.  In 2019?
16 A.  2018.
17 Q.  What about 2019?
18 A.  2019 he didn't provide the form.
19 Q.  Who provided the form?
20 A.  Nobody.
21 Q.  You did not get the form in 2019 either?
22 A.  No.
23 Q.  Did you request a form in 2019?
24 A.  There was no one -- oh, yes, I did. And

14

1      it's funny that you say that, because it
2      just dawned on me, I had to write the
3      warden, which is Warden Williams, and let
4      him know that by Rojas being retired, who
5      would we send our request asking that we be
6      provided a meal.
7          So they got a new chaplain here.
8      No one knew her name at the time. So we get
9      a paper back in the mail stating that
10     chaplain, but no name, Chaplain has been
11     brought to my attention that the Lent is
12     coming and you guys will be provided the
13     meal, but no forms ever issued.
14 Q.  Okay. Did you request the new chaplain --
15     the form?
16 A.  Well, I requested that in the original
17     grievance. I asked that he be taken out of
18     that stead and replaced with someone who was
19     non-biased against Catholic prisoners.
20 Q.  I'm asking in 2019.
21 A.  No.
22 Q.  In 2019 did you request the form from the
23     chaplain?
24 A.  I requested -- there was no chaplain that we

15

1      knew of since Rojas retired. So that had --
2      I sent the form, that one, to the warden,
3      Warden Williams.
4  Q.  Warden Williams?
5  A.  Yeah.
6  Q.  Then Williams responded and said just ask
7      the chaplain?
8  A.  No. He forwarded it to whoever chaplain was
9      at this time.
10 Q.  This year?
11 A.  Yeah. And they send it back with no name
12     stating "Chaplain" at the bottom, that it's
13     been brought to their attention about the
14     Lent and that we will be provided the meal,
15     meaning the Catholic, but no forms ever
16     issued.
17 Q.  Were you provided the meal that was
18     appropriate in 2019?
19 A.  They gave it to the whole institution. Now,
20     see, that's the difference. Say with the
21     Muslims, if you're doing Ramadan, you got to
22     fill out that same form, and if you Jewish,
23     you got to fill that same form. And they
24     don't give it to the entire institution.

16

1      However, with no chaplain that we knew of at
2      the time, just someone saying "Chaplain," I
3      don't know if they were going through --
4      whether there was one appointed, one was
5      going to be appointed or not, but they just
6      gave this meal to the entire institution.
7          So we never got a form. You never
8      had to sign anything. So that year they
9      gave grilled cheese for lunch and pizza for
10     dinner, or vice versa, the menus would flip,
11     per Friday for 2019.
12 Q.  So in 2019 you were able to observe Lent?
13 A.  2019 the entire institution, but not as
14     being recognized as a Catholic Lent meal.
15     That was a meal for the entire institution.
16 Q.  But you were able to observe Lent in 2019,
17     yes or no?
18 A.  I wouldn't say Lent. But we were provided a
19     meal of grilled cheese and pizza for 2019.
20 Q.  And the pizza was vegetarian?
21 A.  It was non-meat on that --
22 Q.  There was no meat on there?
23 A.  No.
24 Q.  So did -- by eating the grilled cheese and

17

```
 1        the pizza did you violate the Lent
 2        requirements?
 3   A.   No.
 4   Q.   So just for the sake of informing me, what
 5        exactly do you believe are your requirements
 6        for Lent?
 7   A.   We're not supposed to have meat not just for
 8        Lent, but Catholics aren't supposed to
 9        consume meat prior to any Friday of the
10        year.
11   Q.   Have you -- now, at some point you did
12        receive Form DOC0388; is that correct?
13   A.   That was in 2018 again.
14   Q.   Did you fill it out in 2018?
15   A.   Yes, I did.
16   Q.   And in that form -- do you have a copy of
17        that form?
18   A.   It's in --
19   Q.   A filled-out form?
20   A.   Yes.
21   Q.   And did you request meatless every Friday,
22        or just Friday during Lent period?
23   A.   No, it states on there what we're supposed
24        to have.  It's a meatless meal throughout
```

18

```
 1        the whole Lent.
 2   Q.   Just Lent?
 3   A.   Yeah.
 4   Q.   So you didn't ask for the whole -- every
 5        Friday?
 6   A.   We're not supposed to have meat period
 7        again, once again.
 8   Q.   That's not the question.  My question is did
 9        you ask that you not --
10   A.   No, we don't ask -- we don't ask -- all we
11        ask is that we be fed a Lent meal.
12   Q.   Okay.  So you --
13   A.   However they honor it and give it to us,
14        that's another question.  But you know. .
15        .
16   Q.   Okay.  So you only ask that you be provided
17        meatless Fridays during Lent period, yes or
18        no?
19   A.   I would ask -- you asked me a question . Can
20        I answer it?
21   Q.   Sure.
22   A.   I'm requesting and have requested to not be
23        fed meat period on Fridays.
24   Q.   And did you do that in writing using
```

19

```
 1        DOC0388?
 2   A.   No, because that doesn't -- that doesn't
 3        consist of that, you know.  You're just
 4        asking to be fed a non-meat meal on Fridays.
 5   Q.   For religious reasons?
 6   A.   Yes.
 7   Q.   But you did not -- so, okay.
 8             When you did fill out DOC0388,
 9        that was specific to Lent?
10   A.   Yes, that's what that form is pertaining to.
11   Q.   And that is all that you asked for in
12        writing?
13   A.   Whatever that form pertains to.
14   Q.   Did you at any time fill out any form or any
15        letter, anything in writing, requesting that
16        you be given meatless Fridays every Friday?
17   A.   The 2018, that's the only form.
18   Q.   That's the only form you filled, but that
19        was just for the Lent period?
20   A.   Yes.
21   Q.   So the only requirement that you feel that
22        wasn't met for which you brought this
23        grievance is that you were not given
24        meatless options on Fridays during Lent,
```

20

```
 1        correct?
 2   A.   Fridays in general.  We keep -- this is
 3        being redundant because we keep going back
 4        and forth.  It's being redundant.  It's
 5        Friday in general.
 6   Q.   I'm asking about the Lent period.  Any
 7        other --
 8   A.   I think you need to take time out to read
 9        the form, because on the form, you know what
10        I'm saying, it doesn't require what you're
11        asking that I provide on the form.
12   Q.   Okay.
13   A.   You know, you're asking me do I put that
14        down on the form that I want to be fed all
15        Fridays.  That's not what that form pertains
16        to.
17   Q.   Let me rephrase my question.  Was your
18        request anything other than being provided
19        food that was meatless?
20   A.   That's what the form consists of.
21   Q.   I'm asking you did you have any other
22        request, or was your request only for
23        meatless Friday?
24   A.   For meatless Fridays.
```

**21**

```
1    Q.   Nothing else?
2    A.   For meatless Fridays.
3    Q.   No, I'm asking you questions --
4    A.   We're going in circles.
5    Q.   Look, you're not answering --
6    A.   I am answering your question.  I'm not
7         giving you the answer that I guess you're
8         expecting me to give you.  But my answer
9         will not change.  You can re-form the
10        question as many times as you want to or
11        over and over again, but I'm going to keep
12        giving you the same answer.  That's what I'm
13        saying, it's becoming redundant.
14   Q.   Can I rephrase my question and then you can
15        decide what you need to answer?
16             My question is was there any other
17        religious obligation that you felt you had
18        that you requested that the facility did not
19        provide to you?
20   A.   Again, I said on the same answer to the --
21   Q.   Any other, any other?
22   A.   It's asked and answered.
23   Q.   I'm saying any other?
24   A.   Asked and answered.
```

**22**

```
1    Q.   So no other.  Okay.
2             When was the first year you
3         requested Form DOC038 --
4    A.   Since I been incarcerated, 2005 leading up
5         even 'til, 2019.
6    Q.   And who did you request?
7    A.   I asked -- that's been asked and answered.
8         I told you, Chaplain Rojas.
9    Q.   Okay.  Every year?
10   A.   Yes.  Except 2019, because he was not here
11        for that one.
12   Q.   When was the first year you were able to
13        observe meatless Fridays during Lent?
14   A.   As of -- as consisting of the form, it has
15        not been honored 'til this day.  For the no
16        form -- see, that's what I'm saying.  I
17        guess you haven't read this form.  This form
18        consists of --
19   Q.   Again, that's not my question.  My question
20        is when was the last time that you were not
21        able to -- or that you were only being
22        provided meat on Fridays during the Lent
23        period?
24   A.   It's been provided every Friday that I've
```

**23**

```
1         been here, meat.  You're saying how many
2         times have meat been served?
3    Q.   During Lent.
4    A.   Yes, it's been served to Catholics, meat,
5         throughout the whole time I've been here
6         since that 2019 which I just spoke to you
7         that they gave it to the whole institution.
8    Q.   So 2019 they did not give you meat on
9         Fridays during Lent?
10   A.   No.
11   Q.   2018?
12   A.   Meat.
13   Q.   You got meat?
14   A.   Yeah.  All throughout from '18 back --
15   Q.   Despite filling out the form, you got meat?
16   A.   We never filled out the form.  Only that one
17        time which came out in 2018.
18   Q.   Yeah, so in 2018 did you get meat or no on
19        Fridays?
20   A.   We got meat.  We didn't even get the meal
21        that we signed up for, which was that form,
22        which we were supposed to been given a
23        non-meat diet, and we still wasn't given to
24        it because the warden, the chief officer at
```

**24**

```
1         the time, Defendant Dorethy, never signed
2         off on it once Chaplain Rojas circulated the
3         forms to the Catholic parishioners of Henry
4         Hill; she wouldn't sign off on it for
5         whatever reason.
6    Q.   So just to get better reflection of what
7         you're saying, in 2019 the whole prison got
8         meatless Fridays during Lent?
9    A.   I wouldn't say a meatless Friday.  That was
10        just the meal provided to the institution.
11        You keep saying meatless Friday as though
12        like that was a Catholic meal.
13   Q.   No, I'm not saying Catholic.  Did I say
14        Catholic?  Did I say Catholic?  No, hold on,
15        hold on.  Did I say Catholic?  I said
16        meatless Friday.
17   A.   Okay.  Well, that was given to the whole
18        entire institution.
19   Q.   That's what I said, right?  So the entire
20        institution in 2019 --
21   A.   Was fed pizza and grilled cheese.
22   Q.   No meat on Fridays.
23   A.   And breakfast was sausage, which is meat.
24   Q.   Sure.
```

25

| | | |
|---|---|---|
| 1 | A. | And so forth. |
| 2 | Q. | In 2018 it's your testimony that you filled |
| 3 | | out the form? |
| 4 | A. | Yes, I did. |
| 5 | Q. | But the prison did not accommodate you? |
| 6 | A. | They did not honor it, yes. |
| 7 | Q. | Okay. But it's your belief that Chaplain |
| 8 | | Rojas forwarded that form to the prison |
| 9 | | warden? |
| 10 | A. | He did. Because the Catholics here filled |
| 11 | | that form out and returned it to him. But |
| 12 | | once again, the warden, the chief |
| 13 | | administrative officer, would not sign off |
| 14 | | on it. |
| 15 | Q. | Okay. |
| 16 | A. | So we were not provided 2018 the meatless |
| 17 | | meal that we signed up for. |
| 18 | Q. | What did they give you as food on Fridays |
| 19 | | during Lent in 2018? |
| 20 | A. | It varies, you know. |
| 21 | Q. | Okay. |
| 22 | A. | You would have to pull the list of the |
| 23 | | Dietary because it's in there what was |
| 24 | | given, which you would have probably |

26

| | | |
|---|---|---|
| 1 | | spaghetti with meat or so forth or whatever. |
| 2 | | I can't tell you off the top of my head |
| 3 | | exactly every Friday of 2018 exactly what |
| 4 | | the meal was, but it wasn't consisted of a |
| 5 | | non-meat religious meal for Catholics in |
| 6 | | that year dating back to 2005. |
| 7 | Q. | So tell me what was the role of Stephanie |
| 8 | | Dorethy here? |
| 9 | A. | She's the chief administrator, you know. |
| 10 | | She signs off as well as the request forms |
| 11 | | and as far as anything dealing with the |
| 12 | | religions. But now it's been told to me |
| 13 | | and -- which Mr. Ankney I'm quite sure knows |
| 14 | | about that, because I got that in the mail, |
| 15 | | she stated that she relinquished those |
| 16 | | duties to her assistant warden, which we |
| 17 | | never knew anything about that. |
| 18 | Q. | Okay. So what you're saying is once you |
| 19 | | filled out the forms, you were going to give |
| 20 | | it to Rojas -- |
| 21 | A. | That's who you returned it to. |
| 22 | Q. | -- and Rojas would then give it to |
| 23 | | Stephanie? |
| 24 | A. | Yes. |

27

| | | |
|---|---|---|
| 1 | Q. | And then what about Freddie Britton? |
| 2 | A. | That's the food supervisor who was denying |
| 3 | | the meal to be issued to the Catholic |
| 4 | | inmates. |
| 5 | Q. | Okay. Did you talk to Freddie? |
| 6 | A. | Yes, personally. |
| 7 | Q. | Do you know if the warden directed Freddie |
| 8 | | to do anything? |
| 9 | A. | I can't tell you if the warden, because I |
| 10 | | wouldn't have been present for a |
| 11 | | conversation such as that. |
| 12 | Q. | But Freddie would normally listen to what |
| 13 | | the warden says? |
| 14 | A. | I can't tell you that. |
| 15 | Q. | You don't know. Okay. |
| 16 | | What about John Frost, what's his |
| 17 | | role? |
| 18 | A. | He was a counselor during the time that I |
| 19 | | filed this grievance, and he was promoted to |
| 20 | | going to be the grievance officer after |
| 21 | | Mr. Gans that was once the grievance officer |
| 22 | | retired, and now Mr. Frost is retired. And |
| 23 | | I don't know who our grievance officer is |
| 24 | | now. |

28

| | | |
|---|---|---|
| 1 | Q. | Okay. So what does he do, John Frost or |
| 2 | | Steve Gans? |
| 3 | A. | Well, during the time that I filed this |
| 4 | | grievance, when you file a grievance, you |
| 5 | | send it to your counselor and he looks into |
| 6 | | your grievance to see if he can resolve the |
| 7 | | problem. |
| 8 | Q. | Okay. So he's one of the grievance |
| 9 | | officers? |
| 10 | A. | Yes, he's a counselor. |
| 11 | Q. | Counselor. |
| 12 | A. | You could say counselor/grievance officer. |
| 13 | Q. | Okay. And same thing with Steve Gans? |
| 14 | A. | Steve Gans was officially the grievance |
| 15 | | officer. After your grievance leaves the |
| 16 | | counselor, and if he doesn't solve it, you |
| 17 | | pass it on to the grievance officer, which |
| 18 | | was Gans at the time, Steven Gans. |
| 19 | Q. | Who is Melissa Phoenix? |
| 20 | A. | She at the time was the Administrative |
| 21 | | Review Board officer at the time in |
| 22 | | Springfield -- |
| 23 | Q. | Okay. |
| 24 | A. | -- under the director. |

1    Q.    And you took it all the way through the
2          Administrative Review?
3    A.    Yes, I did.
4    Q.    And she denied the claim?
5    A.    Yes.
6    Q.    Okay.  Makes sense.
7          Now, in terms of the process, so
8          when you're asking for religious
9          accommodation, especially dietary, which
10         is -- which was the case here, normally you
11         would go to the chaplain, and you said you
12         went to Chaplain Rojas every year?
13   A.    Yes.
14   Q.    And was Chaplain Rojas in charge --
15   A.    Yes, that's it -- that's his duties.
16   Q.    Okay.  He was the guy in charge of the
17         Catholic --
18   A.    He's in charge --
19   Q.    -- chaplains?
20   A.    He's the head chaplain of everything.  If
21         you got -- you're Muslim, Jewish, whatever,
22         any type of religious accommodation that you
23         needed or wanted, you have to get it
24         approved through him and speak to him

1          personally.
2    Q.    So he's the head chaplain period?
3    A.    He's the head chaplain, or was, of Henry
4          Hill.
5    Q.    Or was.  And is he Catholic?
6    A.    No.
7    Q.    He was not?
8    A.    No.
9    Q.    As far as you know, all requests for
10         religious accommodations would go through
11         Chaplain Rojas?
12   A.    Yes.
13   Q.    So if you made a request to a Catholic
14         chaplain, he would have to go to Chaplain
15         Rojas with the form?
16   A.    That who did?  The chaplain?
17   Q.    Yes, let's say -- were there multiple
18         chaplains?
19   A.    Yes.  You got like the ones you represent,
20         you have -- at the time this grievance was
21         filed, you had three deacons coming in at
22         that time.
23   Q.    Okay.  Okay.  And who were the three
24         deacons?

1    A.    You had Deacon Rodriguez, Deacon O'Toole,
2          and Deacon Pat, which I guess was Patrick,
3          but I don't know his last name.
4    Q.    Okay.  And then if you were to talk to them
5          about some issue, they would have to go to
6          Chaplain Rojas?
7    A.    Through Rojas to get it approved with the
8          institution.  But anything outside of the
9          institution, he had to take that up with
10         either whoever is ahead of him, which would
11         be the bishop or cardinal or a priest or
12         someone of that nature.
13   Q.    Okay.  So let's go to Robert Rodriguez.  He
14         was one of the deacons?
15   A.    Yes.  Still is.
16   Q.    What about Joe Lahood?
17   A.    Joe Lahood is a deacon too.  He's the prison
18         ministry deacon of the Peoria Archdiocese.
19   Q.    Does he come to the prison as well?
20   A.    Well, it's funny that you mention that,
21         because the whole time that I've been here,
22         14 1/2 years, and he's been the head of the
23         prison Catholic ministry, no Catholic here
24         has ever met him, done any fellowship with

1          the Catholic parishioners of Henry Hill
2          Correctional Center for whatever reason.
3    Q.    So you've never met Lahood?
4    A.    No, I've never met him.
5    Q.    For all you know, he just lives in Peoria
6          and works out of the Peoria diocese?
7    A.    I just know of him through Deacon Rodriguez
8          and Chaplain Rojas.
9    Q.    Okay.  Do you know how he's personally
10         involved in all of this?
11   A.    Well, by him being the head, as you say, of
12         the Catholic ministry, like issues such as
13         this, when I would speak to Rodriguez or
14         Mr. O'Toole, they would always say, well,
15         you know, I have to speak to Deacon
16         O'Toole -- I mean, not O'Toole, Deacon
17         Lahood because you got two, O'Toole and
18         Lahood.  He said I would have to speak to
19         Lahood and see where is this gonna go.
20         It's like an imposter.  We are
21         hearing of someone, but we've never actually
22         see him, but we know he exists because of
23         through the Catholic Church.
24   Q.    So again, I'm trying to picture this in my

33

```
1    mind.  So correct me where I'm wrong here.
2    So you would talk to let's say Deacon
3    Rodriguez, and Deacon Rodriguez had
4    essentially two channels or two bosses.  One
5    would be Chaplain Rojas --
6  A. Rojas.
7  Q. -- for prison stuff like --
8  A. Right.  And then you'd have to get in
9    contact with either Lahood or Bishop Jenky
10    at the Peoria Archdiocese.
11  Q. For the religious aspect?
12  A. Yes.
13  Q. Not the -- necessarily the prison
14    administration and so on?
15  A. Prison administration you have to deal with
16    Chaplain Rojas or the warden, whoever is
17    running the institution at the time.
18  Q. So Lahood was strictly on the religious side
19    directing and controlling what Rodriguez was
20    doing?
21  A. Yes.
22  Q. But not on the prison side or administrative
23    side?
24  A. I've never met him.
```

34

```
1  Q. Okay.  Has he ever communicated with you in
2    any way?
3  A. Who?
4  Q. Lahood.
5  A. Lahood?  Never fellowship with any Catholic
6    prisoners on any aspect, whether in person
7    or in writing.
8  Q. Now, let's talk about Deacon Rodriguez.
9    When was the first time you reached out to
10    Deacon Rodriguez?  And that's Robert
11    Rodriguez, correct?
12  A. Yes.
13  Q. Regarding the Lent meals.
14  A. Well, see, and the reason why I say this
15    kind of gets tricky is because I was
16    hoodwinked into something, and that's
17    brought into the grievance which I will
18    point out.
19        I was always under the impression
20    that Deacon Joe O'Toole was the head deacon
21    down here, because as I told you before,
22    there was three deacons, Deacon O'Toole,
23    Deacon Rodriguez, and Deacon Pat.  So the
24    one year after I had known that Deacon
```

35

```
1    Rodriguez had become a deacon, because at
2    the start of when I first came here, Deacon
3    Rodriguez was not a deacon.  He just used to
4    come here and volunteer with O'Toole.
5  Q. Okay.
6  A. Then there came a time that he got ordained,
7    and I think that was in 2012 I believe, from
8    the paperwork that they filed.  And I had
9    asked him in 2016 about the religious meal,
10    because I've never brought that to him
11    personally before up until that person --
12    that time.  And he told me --
13  Q. Who is "he"?  O'Toole?
14  A. No.
15  Q. Rodriguez?
16  A. No, no, no, you're right, O'Toole told me
17    that Robert Rodriguez is in charge.
18        And I'm like, "Whoa, Robert
19    Rodriguez is in charge.  I always was under
20    the --"
21  Q. In charge of what?
22  A. Of anything that's dealing with the
23    Catholics here --
24  Q. At the prison?
```

36

```
1  A. -- at Henry Hill Correctional Center.  So
2    you've got three deacons, so you don't know
3    who's who.  All you know is this guy's a
4    deacon, this guy's a deacon, this guy's a
5    deacon.  Well, who's the head deacon here,
6    you see what I'm saying?
7  Q. Okay.
8  A. So O'Toole told me that it was Robert
9    Rodriguez.  But now I come to find out that
10    O'Toole never stopped being the head deacon
11    of Henry Hill Correctional Facility.
12  Q. Okay.  So when did you first start talking
13    to Rodriguez?
14  A. About the Catholic meals?
15  Q. In general.  In general.
16  A. Well, like I said, I would have no reason to
17    bring to Rodriguez anything about the forms
18    other than we're not being fed.  I told him
19    that since the whole time that he's been
20    coming with O'Toole, I told him that we're
21    not being fed our meals.
22  Q. Okay.
23  A. And he would say, you know, "I'll take this
24    up with Bishop Jenky," you know.
```

**37**

1    Q.   Okay.

2    A.   Why take it up with Bishop Jenky? You need

3      to be taking that up with Chaplain Rojas.

4    Q.   And did you -- when did you first mention to

5      Rodriguez that he needs to take this issue

6      up with Rojas?

7    A.   Well, like I said, I talked to him since I

8      been here, because Rodriguez -- Rodriguez

9      was here before I transferred into Hill

10     Correctional Center. So he was here before

11     '05. But since I've been here, I've always

12     talked to Rodriguez and O'Toole and Deacon

13     Pat about not being fed the Lent meals.

14    Q.   Okay. So you talked to them about not being

15     fed about the Lent meals, but did you ever

16     tell Rodriguez that he needs to talk to

17     Rojas?

18    A.   No, that wasn't until 2016.

19    Q.   2016?

20    A.   Because he's a deacon for sure now that I

21     know of.

22    Q.   Okay. And in 2016 you told Rodriguez that

23     he needs to talk to Rojas?

24    A.   Yes.

**38**

1    Q.   Do you know if he ever did talk to Rojas?

2    A.   He said he would, but I can't say that he

3      did or he didn't.

4    Q.   Okay. So you're not sure if he actually did

5      follow up on that?

6    A.   Yes, I'm not sure.

7    Q.   Okay. So why exactly did you bring suit

8      against Rodriguez?

9    A.   Because he know -- he knew of this and he's

10     done nothing. And just like the smart

11     answers that he gives us in the

12     interrogatories and production of documents

13     is like, you know, why are we even

14     Catholics, because they state they don't

15     even advocate for us. It's like because

16     we're prisoners, we don't get fed? We're

17     not able to be redeemed for our sins, you

18     know what I'm saying? But you're bringing

19     communion in here, you know. You're giving

20     us the bread and you're giving us the blood

21     of Jesus, you know what I'm saying, but yet

22     you say that we're not entitled to a meal

23     and you don't advocate for us?

24       So I understood now why we're not

**39**

1     being fed, because the people who's supposed

2     to have our back, Deacon Rodriguez, Deacon

3     O'Toole, and Deacon Pat, and Bishop Jenky

4     and Joe Lahood is not even going to bat with

5     us. So it's understood why the Illinois

6     Department of Corrections isn't following

7     the administrative directive, because we

8     have no one speaking on our behalf.

9    Q.   Okay. So your primary concern -- and I'm

10     trying to rephrase this, so correct me if

11     I'm saying something wrong. Your primary

12     concern with Rodriguez and Lahood is that

13     they are part of the Catholic religious

14     leadership, and they're supposed to take

15     care of you, and they're not taking care of

16     you by talking to the state or the --

17    A.   They're not -- to me they're not doing what

18     they supposed to be doing, and that's

19     advocating for us and seeing that we are fed

20     a Lent meal.

21    Q.   Okay. So theirs is a failure to advocate --

22    A.   And saying we're exempt. That's a big slap

23     in the face when they say we are exempt.

24     Only one that can say you're exempt from not

**40**

1     receiving a meal, and that's God, and that's

2     in any document. But, you know, for someone

3     to do that, they're infringing on your right

4     to practice in the freedom of your religion

5     how you choose to practice, you know.

6    Q.   Okay. So clearly there's a problem with the

7     way -- in your opinion, again I don't know,

8     in your opinion clearly there is a problem

9     with the way Rodriguez is providing

10     religious services here at the correctional

11     center?

12    A.   I say this, and it's nothing personal,

13     because I honestly do respect Deacon

14     Rodriguez and Deacon O'Toole and Deacon Pat

15     with the utmost respect. Service is great,

16     good gentlemen. But outside of going to bat

17     for your parishioners that you come out here

18     for, because I know it's tax free, they come

19     out here for a reason, you know what I'm

20     sayin'? It's not just to come. But at the

21     same token you comin' into the institution,

22     you supposed to have our back, and you not

23     doing that, so that's the problem. But

24     outside of that, they decent human beings I

41

1   believe, but you should advocate for your
2   parishioners.  That's like being an attorney
3   but you're not working for your client.
4   Q.   Right.  Do you know if they're employed by
5        the state in any way?
6   A.   No, they're not employed by the state.
7   Q.   Okay.  And as far as you know they're
8        volunteers?
9   A.   Yeah.
10  Q.   Now, they don't supervise anybody at the
11       prison, right, in terms of --
12  A.   Yes, they supervise.
13  Q.   Who do they supervise?
14  A.   They supervise the inmates that's at
15       service.  Because if there is like so much
16       talking -- I've seen Rodriguez and his wife
17       take contraband off of inmates, which
18       that's -- they're not supposed to do.  If
19       you see some contraband being passed, if
20       you're a deacon or something like that, it's
21       not up to you to take that contraband off
22       that person.  You have the right by being
23       the deacon to go and inform the officer
24       that's out in the hallway, "Hey, there's

42

1        some interruption in the service.  There's
2        guys passing contraband that shouldn't be
3        here.  Can you get that off them?"
4             But when you step in and take the
5        role and you're a security guard and you
6        remove something off an inmate, you know
7        what I'm saying, yeah, you're doing more
8        than what you're supposed to be doing.
9   Q.   Any other way that he supervises anybody?
10  A.   Other than taking contraband from people and
11       maybe taking a person off the list for maybe
12       talking at service, disrupting the service
13       or anything like that, that's the only thing
14       I see that, you know. . .
15  Q.   Does he supervise any employees here at the
16       facility?
17  A.   Nah, nah, they don't supervise.
18  Q.   Can he direct any employee to do anything?
19  A.   He can suggest.  I can't say he's -- he's
20       not -- he can -- he can only suggest, give a
21       suggestion, and it's up to them if they want
22       to follow through with it.
23  Q.   So again, so your concern with Rodriguez is
24       that he could have suggested to Chaplain

43

1        Rojas, but he may or may not have done it,
2        correct?
3   A.   Yes, because I don't know if he followed up
4        on it or not.  He told us he would.  But
5        it's a good thing we're at this too now
6        because -- this just hit my -- this hit my
7        head.  The year -- it was the year that
8        Chaplain Rojas finally circulated the forms
9        for the religious meal that was 2018.
10            Now, Deacon Rodriguez has stood
11       before the choir and told the congregation
12       that night that we would not be getting a
13       non-meat meal.  It's been told to him, you
14       know what I'm saying, that this problem is
15       just not happening here at Hill Correctional
16       Center, but it was happening throughout the
17       state of Illinois, so there's no need to
18       keep asking them about a Lent meal for it's
19       not gonna happen.
20            Well, it's strange that he stated
21       that, because right when he stated that we
22       let it be known that Rojas after that send
23       us the forms to fill out.
24            And I told him, "I thought when

44

1        you told the congregation that they wasn't
2        gonna honor it, it wasn't being honored,
3        Rojas sent out the form."
4             He said, "Oh, Rojas send out the
5        form?"
6             I'm like, "Yeah."
7             He said, "What did you guys do
8        with the forms?"
9             I said, "We filled them out and
10       sent them back to Rojas."
11  Q.   Okay.  But, of course, he can suggest to
12       Rojas, but not direct him, correct?
13  A.   I don't know how that works.
14  Q.   Okay.  Well, why didn't you sue O'Toole?
15  A.   Well, I'm not saying that I'm not going to.
16  Q.   Okay.
17  A.   I might amend him.  I might to amend him.
18  Q.   But why didn't you so far?
19  A.   Because, and I said that in my paperwork, he
20       hoodwinked me.  Because when he told me that
21       he's not the head deacon in charge, that
22       Robert Rodriguez is, that put all my focus
23       on Robert Rodriguez, because I'm like,
24       "Since I been knowing, you've been the head

**Page 45**

1    deacon here."
2         And he's like, "Well, no, Deacon
3    Rodriguez is the head deacon in charge."
4    Q.  Okay.
5    A.  And now I found out that he's still the head
6    deacon of Henry Hill Correctional Center,
7    meaning O'Toole. That's why I said I might
8    amend him.
9    Q.  Now, let me ask you what your impression is
10   about Rodriguez. Do you think he works for
11   the state?
12   A.  No, I know he don't work for the state.
13   Q.  Okay. At any point did you feel that he was
14   acting on behalf of the state or under state
15   power?
16   A.  No, I just say he wasn't acting period as
17   far as doing what he should have done for
18   Catholic parishioners.
19   Q.  Right. Or acting or not acting, do you feel
20   like he was doing it under state power?
21   A.  I don't know why he was doing what he was
22   doing.
23   Q.  But the whole time he was just acting as a
24   deacon of the Catholic Church and not on

**Page 46**

1    behalf of the state, correct?
2    A.  Like I said, I don't know how he was acting.
3    Q.  No, no, but the thing is under your
4    impression it's not like he was a state
5    employee, it's not like he was doing --
6    A.  I already answered that. I know he's not a
7    state employee, because he don't wear a
8    uniform.
9    Q.  Right.
10   A.  He's a deacon.
11   Q.  Right.
12   A.  But he does come in the institution and,
13   like I say, he brings communion in here, you
14   know what I'm sayin', but he's not employed
15   by the Illinois Department of Corrections.
16   If that's your question, that's my answer to
17   your question.
18   Q.  Okay. So if he were to order -- and again
19   I'm just trying to get your impression, if
20   he were to order you to do something, would
21   you feel like he's ordering you to do that
22   as a deacon or as somebody from the prison?
23   A.  It could be looked at both ways.
24   Q.  Well, how did you look at it?

**Page 47**

1    A.  Well, depends on how he would ask -- you
2    said if he were to ask a question or
3    something like that, it would pertain to
4    what the question might be, you know.
5    Q.  Did he ever order you to do something that
6    was something that the prison should have
7    done?
8    A.  Not offhand that I can think of at the
9    moment.
10   Q.  So anything he was saying to you was more
11   from the religious perspective?
12   A.  Yes.
13        MR. AHMAD:  I don't think I have
14   anything more.
15        MR. ANKNEY:  Mr. O'Neal, we met
16   earlier. I represent the defendants who
17   are employed by the State of Illinois in
18   this case.
19
20   **EXAMINATION BY MR. ANKNEY:**
21   Q.  Earlier you said you were Catholic, correct?
22   A.  Yes.
23   Q.  Is that Roman Catholicism or a different
24   form of Catholicism?

**Page 48**

1    A.  Roman.
2    Q.  All right. So while you have been
3    incarcerated at Hill Correctional Center,
4    what have you done to practice being
5    Catholic?
6    A.  I go to service every Tuesday.
7    Q.  What do you mean be "service"?
8    A.  Catholic services.
9    Q.  Like a mass?
10   A.  No, you only have mass once a month. That's
11   when the priest comes in. Like Deacon
12   Rodriguez, he's not a priest, so he can't
13   hold -- there's certain rituals that he
14   cannot oversee. Only one that can oversee
15   certain rituals such as that would be like a
16   priest, and that only happens once a month.
17   Q.  So you have Catholic services on every
18   Tuesday?
19   A.  Yes, some form of Catholic services, whether
20   you have a Cursillo or Ultreya or a regular
21   Catholic service, and then you have Catholic
22   mass.
23   Q.  Cursillo. What was the second one?
24   A.  Ultreya, slash Ultreya, U-L-T-R-E-Y-A.

49

1   Q.   And there was a third one was there?

2   A.   You got Catholic mass, regular Catholic
3        service.  And the Catholic/Ultreya which is
4        the Catholics and Christians coming together
5        on the third Tuesday to integrate with one
6        another.

7   Q.   So have you gone to Catholic services of
8        some sort every Tuesday --

9   A.   Yes.

10  Q.   -- since you've been incarcerated?

11  A.   Well, you know, there's times like, you
12       know, where the institution will be on
13       lockdown or somethin' and we can't make it
14       to service, but for the most part yes.

15  Q.   And so the Cursillo, is that on Tuesday as
16       well?

17  A.   Yes, everything is on Tuesday, except now
18       there is another service which we just did,
19       and that was in I want to say -- it's been
20       put off for so long.  It's been for like two
21       years they took it out of admission, so we
22       just had it, but that's another Ultreya, and
23       that takes place on a Friday and ends on a
24       Sunday.

50

1   Q.   What do you do at Ultreya?

2   A.   At Ultreya we fellowship with, like I said,
3        the Christians, and we go over certain
4        things as far as pertaining with the Bible
5        as whatever is instructed at that time,
6        whatever they bring in.  You know, it varies
7        from whoever is the head speaker that night.

8   Q.   And what happens at Cursillo?

9   A.   Again, people from the outside, volunteers
10       come in.  They'll say what's going on in
11       their life.  And they'll present you with
12       questionnaires, usually three questions as
13       to like, you know, what have you done to pay
14       it forward in Christ, what do you plan to
15       do, you know what I'm saying.

16            And whatever the question is, you
17       know, and you'll come up.  You don't have
18       to, but, you know, the questions will be up
19       there, and if you feel that you have
20       anything to add, you'll go up there and
21       speak on the three questions.  And you don't
22       have to to answer the three questions.  You
23       can pick one out of the three, but you'll go
24       up there and speak whatever is on your heart

51

1        or mind.

2   Q.   All right.  What other things have you done
3        while you were at Hill to practice being a
4        Catholic?

5   A.   Other than just going -- going -- going to
6        service and reading the good book, the word,
7        that's it.

8   Q.   You read the Bible?

9   A.   Yes.

10  Q.   So you have access to a Bible?

11  A.   Yes, I have a Bible.

12  Q.   Where is that, where is the Bible?

13  A.   In my room.

14  Q.   So you're allowed to have a Bible in your
15       room?

16  A.   Yes.  You can get one at the service.  They
17       provide it.

18  Q.   Is prayer a part of something you do to
19       practice being Catholic?

20  A.   Yes, of course.

21  Q.   Have you done that while you've been at
22       Hill?

23  A.   Yes.

24  Q.   Where do you do your prayers?

52

1   A.   In my cell.  And we pray at church as well.

2   Q.   And during each of the services?

3   A.   Yes.

4   Q.   Are there any other documents that you have
5        that help you practice your religion?

6   A.   No.  Because like I say, you know, when you
7        say "practice your religion" it's on the
8        person in general to -- how you choose to
9        practice.

10            Like you and I both can be
11       Christians and you could lay back and say,
12       "Well, you know, I gotta work on Saturday
13       and Sundays because I have to feed my
14       family."

15            And I can say, "Well, I'm
16       Christian and I don't work on Saturday and
17       Sundays because that's my day of rest, so I
18       refuse to work on Saturday and Sundays."

19            So it's all a personal choice on
20       how you choose to practice.

21  Q.   So are you allowed to work Saturdays and
22       Sundays?

23  A.   I don't work period because they refuse to
24       give me a job due to I filed the lawsuit

53

1  against the State of Illinois, the
2  Department of Corrections.
3  Q.  We actually also talked about some dietary
4      restrictions earlier that you have as a
5      Catholic, correct?
6  A.  Yes.
7  Q.  And you, I believe you said, aren't allowed
8      to have meat on Fridays?
9  A.  Right.
10 Q.  Have you ever eaten meat on Friday?
11 A.  Yes, I've aten (sic) meat before. I'm not
12     going to lie. I've eaten meat before, yes,
13     because sometimes you don't have nothin ' to
14     eat, you know, if you don't have a job, you
15     know, so you're forced to break your -- what
16     your -- your tradition, what you believe in.
17 Q.  Are you talking about prior to being
18     incarcerated, that was when you --
19 A.  No, I'm talking about being incarcerated.
20     In the free world, you know, you practice
21     however you want to. You can practice any
22     way you want to in jail too, but in here you
23     limited to so many things.
24 Q.  All right. Can you tell me a little bit

55

1  last Friday?
2  A.  Last Friday. I would have to look on the
3      meal, because see now they give fish --
4  Q.  On Fridays?
5  A.  -- on Fridays.
6  Q.  On every Friday?
7  A.  On every Fridays it's fish now.
8  Q.  And how long have they been serving fish on
9      Fridays?
10 A.  It's probably been maybe I would say for the
11     last year. But see the thing is about that
12     is, this is the catch, they -- how Friday
13     you have it, you'll have Friday, you'll have
14     fish for lunch, but then at dinner they're
15     giving you Polish sausage or spaghetti with
16     meat or something, you know what I'm saying?
17         But since this lawsuit's been
18     filed, for whatever reason this last year
19     they try to get the fish in there either at
20     lunch or at dinner. But whichever one
21     you're going to get it, you can rest assured
22     the other meal is going to consist of a meat
23     meal in that serving of that meal that
24     night. Or at breakfast time.

54

1  about the process of how you go about
2  getting your meals every day?
3  A.  Well, you know, you go to the cafeteria.
4      But like I say, for instance, if -- like you
5      have Muslims and you have Jewish. So
6      they're fed -- whatever their tradition is,
7      they're fed yearly. So the form they fill
8      out, it's already in the institution. So
9      when you go to the chow hall, there's a
10     form. You're standing in line and you'll
11     go, "Well, I need a kosher tray."
12             "Well, who are you?"
13             "I'm Mr. Johnson."
14         And then they'll look on this and
15     then they'll have you sign stating that you
16     just been served your kosher tray.
17 Q.  Sure. I understand that. So when you go to
18     chow are there different meals that you can
19     pick from?
20 A.  No.
21 Q.  So you have to eat whatever is --
22 A.  You don't have to eat it, but you have to
23     take a tray.
24 Q.  Okay. So, for example, what did you eat

56

1  Q.  So what types of meats do they serve you on
2      Fridays?
3  A.  Like I said, Polish, hamburger, meatballs.
4      What else, some stuff they give you over
5      there? Different like beef stew or things
6      that just have meat in it in general.
7      Different type of dishes.
8  Q.  Have you ever requested a vegan diet?
9  A.  Yes.
10 Q.  You have?
11 A.  Yes.
12 Q.  And do you have a vegan diet?
13 A.  No.
14 Q.  Why not?
15 A.  Because they wouldn't approve it.
16 Q.  What about a vegetarian diet, have you
17     requested that?
18 A.  No, I wouldn't eat a vegetarian diet. We're
19     supposed to get a vegan diet.
20 Q.  Why vegan specifically?
21 A.  Well, because from -- out of the three you
22     have a kosher, a vegan, and a lactose. You
23     see what I'm saying?
24 Q.  Yes.

57

1  A.  So from my understanding we're supposed to
2      get the vegan because we can't have the
3      kosher because that's a meat.  And the
4      lactose is the one with the milk and all
5      that and the eggs and all that.  So it's
6      always been, to my understanding, and taught
7      to me that we're supposed to get the vegan.
8  Q.  Who told you that?
9  A.  That's what it's always been explained to me
10     through the Catholic teaching.
11 Q.  Do you have anybody specifically who told
12     you that?
13 A.  Like I said, this has always been -- that's
14     what I've always been taught.
15 Q.  Okay.  Where do you get your understanding
16     that you have to have meatless meals every
17     Friday?
18 A.  Well, you just socked me with that one.  No,
19     seriously -- no, I think you're a good guy.
20     Seriously, I was going to say, I just did an
21     e-file yesterday, which I'm not sure, maybe
22     you all didn't -- maybe you didn't receive
23     it, but you should have received it.  And in
24     there is Exhibit 3 in there, and it states

58

1      in there that Catholics are not supposed to
2      have meat at any Friday throughout the year.
3      So that's why you're saying why I did that,
4      that's our teaching.  And this comes from
5      the pope -- not the pope, but the bishop.
6  Q.  All right.
7  A.  This come from Bishop Jenky .  But I've known
8      that since coming up in Catholic -- Catholic
9      school.
10 Q.  How often do you eat meat on Fridays?
11 A.  I don't.
12 Q.  You don't?
13 A.  Like I say, I have in the past.  You're
14     saying like if I eat it.  I don't eat meat
15     on Friday.  I abstain from it.
16 Q.  But you did say you did eat it on occasion
17     in the past?
18 A.  You're saying like a lot, you know.  There's
19     times that you've had to break.  Because I
20     don't want to lie to you.  There's been
21     times where you've actually had nothing in
22     your box, because I'm not working.  You
23     know, I can't get a job because they're
24     retaliating against me because of the

59

1      lawsuit.  So if I don't got no money coming
2      in and my family is not sending me any
3      money, you know what I'm sayin', there's
4      certain times that you got to go over there
5      and you got to pick around the stuff, you
6      know what I'm sayin'.  And it's bad that you
7      have to do that because, you know, picking
8      around it is like eating the meat.  You
9      might as well say you're eating the meat.
10 Q.  So the next question is for the time frame
11     concerning this lawsuit on what percentage
12     of Fridays were you able to have a meatless
13     Friday?
14 A.  Just up until this past year when they gave
15     the pizza and the grilled cheese.
16 Q.  I'm sorry, my question is for the time of
17     this lawsuit -- I'm sorry, I'm just trying
18     to figure out how to phrase it -- what
19     percentage of Fridays were you able to
20     personally not eat meat?  Did that make
21     sense?
22 A.  You say through the Fridays?
23 Q.  Yes.
24 A.  Well, I won't eat the meat on the Fridays,

60

1      you know what I'm sayin'.
2  Q.  I understand.  I was asking like so on
3      90 percent of Fridays --
4  A.  More than that.
5  Q.  95 percent?
6  A.  I would say that.
7  Q.  So like about 95 percent of Fridays through
8      the course of this lawsuit you've been able
9      to not eat meat on Fridays?
10 A.  Yes.
11 Q.  Okay.  You've also said that you attended
12     services on most Tuesdays, correct?
13 A.  Correct.
14 Q.  And like what percentage of Tuesdays would
15     you say over the course of this lawsuit you
16     were able to attend services?
17 A.  I would say a good 90 percent.
18 Q.  90 percent?  And what was the reason for the
19     10 percent that you missed?
20 A.  Whether the institution is on lockdown or I
21     might be in segregation and you can't make
22     it over to service due to you're on lockdown
23     in segregation maybe for a fight or what
24     have you, you know.

61

```
1    Q.   For the times that you were not able to go
2         to a religious service did you suffer any
3         harm as a result?
4    A.   Yes, because you can't go and fellowship
5         with your fellow parishioners.
6    Q.   So you lost out on fellowship.  Is there
7         anything else you suffered harm-wise?
8    A.   Harm-wise -- you're saying physical?
9    Q.   Sure.
10   A.   No, harm-wise wouldn't be physical just
11        because you wouldn't -- you didn't go to --
12   Q.   So no physical harm from missing a religious
13        service, correct?
14   A.   No.
15   Q.   I am correct?
16   A.   You're correct as far as no physical harm
17        done to the body, you know what I'm saying,
18        because you couldn't go to services that
19        night.
20   Q.   Have you suffered any physical harm as a
21        result of not being provided meatless
22        Fridays?
23   A.   Yes, you know, because you're missing out on
24        your main meal of the day.
```

62

```
1    Q.   But what specifically is the harm that you
2         would have suffered?
3    A.   You're not eating.  You're being denied to
4         be fed.  It's like going to bed hungry, you
5         know, on an empty stomach.
6    Q.   Prior to when they were serving fish as one
7         of the meals on Fridays were you able to eat
8         the breakfast trays?
9    A.   Depending on what was served at breakfast.
10   Q.   So like, for instance, what is something
11        that would be provided --
12   A.   Like say some days on Fridays you might get
13        dry cereal or you might get hot cereal and
14        no meat at all.
15   Q.   Sure.
16   A.   And then maybe the next Friday you might
17        have hot cereal or cold cereal with a
18        sausage patty.
19   Q.   Sure.
20   A.   Or turkey bacon, you know, something like
21        that.
22   Q.   Okay.  So on those days that you would have
23        hot or cold cereal and turkey bacon, for
24        instance, you would be able to eat the hot
```

63

```
1         or cold cereal, correct?
2    A.   No, I wouldn't eat anything on the tray if
3         it had meat on it at the time.
4    Q.   Are they not separated?
5    A.   They're separated.  But that's like if you
6         give a person who's Muslim and they don't
7         eat pork and you put pork on that tray,
8         they're not gonna eat it.  No matter if it's
9         separated or not, they're not gonna eat it.
10   Q.   On Fridays before they were serving the
11        fish, on the days that you ate food, what
12        percentage of the meals were you able to
13        eat?
14   A.   Usually I would say -- you say before?
15   Q.   Yes, prior to the fish.
16   A.   Prior?  Well, if it consist of meat on a
17        tray, you wouldn't -- you know, you pick
18        your tray up and you won't eat it period.
19        Like I stated with the Muslims, because we
20        would look at the tray as being
21        contaminated.
22   Q.   Other than being hungry, what other harm did
23        you suffer from not getting your meatless
24        Fridays?
```

64

```
1    A.   You lose weight.  Loss of weight.
2    Q.   How much weight specifically did you lose?
3    A.   Not a lot.  But you gotta figure, you know,
4         you are losing -- you are losing a
5         percentage of weight, you know.
6    Q.   Do you know how much weight you lost over
7         the course of the --
8    A.   I can tell when I would go for my physical,
9         you could see it fluctuate from going up and
10        down.
11   Q.   And what would you say the most amount of
12        weight you lost was?
13   A.   Probably about like maybe 5 pounds or
14        something.
15   Q.   And how do you know specifically that was
16        because of the not having meatless Fridays?
17   A.   I would say it played a great part in it.
18   Q.   Do you have any medical evidence to support
19        that?
20   A.   Yes, there's hospital records to show.
21   Q.   Just the fact that you lost the weight is
22        what you're saying?
23   A.   Yes, because like I say, you could tell the
24        difference in the fluctuation, because when
```

1    I would go over there, they would weigh you.
2    Oh, it's going down, you know.
3  Q.  Has any doctor ever told you that your
4    approximately 5 pounds of weight loss was a
5    result of --
6  A.  No, they don't tell you what it's about.
7    They'll just let you know that, you know,
8    since they last seen you, you lost some
9    weight.
10 Q.  Sorry, and I didn't finish my question. So
11   just to make sure we get a clear answer, no
12   doctor has ever told you that the weight
13   loss you suffered was a result of you not
14   getting meatless Fridays?
15 A.  No.
16 Q.  Okay.
17 A.  Because they don't know nothing about
18   meatless Fridays.
19 Q.  Other than what we've just discussed is
20   there any other harm you suffered as a
21   result of not getting meatless Fridays?
22 A.  Not offhand.
23 Q.  Okay. What specifically is your claim or
24   your claims against Chaplain Rojas?

1    allegations unrelated to Mr. Rojas not
2    providing meatless Fridays in your
3    Complaint, are you no longer proceeding with
4    those claims?
5  A.  At this time I'm not sure. There's some
6    things that I could amend, you know, and I
7    would rather not speak on that right now.
8  Q.  I believe in your Complaint you mentioned
9    something about missing a Cursillo --
10 A.  Yes.
11 Q.  -- because of Chaplain Rojas?
12 A.  Yes.
13 Q.  Is that a claim you're proceeding on in this
14   case?
15 A.  Yes, because he retaliated against me, if
16   that's what you're speaking of, retaliation.
17   Yes, because he took me out of service for
18   speaking out and speaking up for not being
19   fed.
20 Q.  All right. So let's talk a little bit about
21   the Cursillo, being removed from Cursillo as
22   you say. Could you just explain to me what
23   happened there?
24 A.  Well, after I had spoke to him about not

1  A.  He didn't -- he didn't provide the meals
2    that he was supposed to, let alone send the
3    forms out so that the meal could be provided
4    into 2018, which I've already --
5  Q.  So he didn't provide meatless Fridays for
6    you?
7  A.  Nor circulate the forms for us to fill out
8    as he was doing so forth for the other
9    religions.
10 Q.  And did not provide the forms.
11        Is there anything else you're
12   saying that Rojas did to you as it relates
13   to this lawsuit?
14 A.  Well, other than getting verbal when I
15   brought this to his attention and the
16   wagging with the finger in the face and, you
17   know, trying to, you know, cause a scene,
18   you know.
19 Q.  Is there anything else he did to you as it
20   relates to this lawsuit?
21 A.  No.
22 Q.  Nothing else?
23 A.  No.
24 Q.  If you included something else, other

1    being fed and him feeding all the other
2    religions, you know, and I felt as though,
3    you know, he was discriminating against the
4    Catholics, you know, that's when he became
5    upset. And this is how all this pretty much
6    took off is from that moment on when I was
7    ready to go service the Tuesdays, I'm the
8    only one left in the cell.
9        So I'm telling the guys that I
10   fellowship with, "Well, can you go down
11   there and tell them to let me out, because
12   they haven't hit my door yet."
13       So they go went down there and
14   say, "Mr. O'Neal say he's on the list, could
15   you let him out?"
16       They said, "Well, we don't see
17   that he's on the list. Tell him that we
18   can't let him out."
19       I'm like, "Who's down there in
20   control," because all the officers know. I
21   been here for so long, they know I go to
22   service.
23       They said, "Well, you know, we
24   know that he goes to service, but we don't

**Page 69**

1  know if he's been took out for a reason or
2  whatnot.  If his name is not on that list,
3  we cannot let him out."
4      So I had to write to Chaplain
5  Rojas and ask him why has my name
6  mysteriously disappeared off the Catholic
7  chapel's approved list.  I haven't done
8  nothin' to be taken off the list.
9      And that's when he wrote me a memo
10  stating that, you know, whatever that crazy
11  excuse he used, innuendos as to why I was
12  taken off the list.
13  Q.  Okay.  So you're saying that he retaliated
14  against you for complaining about --
15  A.  Religious diet.  Religious diet.
16  Q.  And --
17  A.  He thought I was -- so I guess he felt as
18  though if I get rid of this guy, that will
19  silence everything, and it wasn't that easy.
20  Q.  When did you complain to him about not being
21  on a religious diet?
22  A.  I complain to him every year throughout this
23  proceeding.
24  Q.  For how long?

**Page 70**

1  A.  Since 2005 up until he retired.
2  Q.  So you had been complaining to him about not
3  getting a religious diet since 2005?
4  A.  And being provided the form to receive a
5  religious diet.
6  Q.  And you're saying as a result of that --
7  A.  I was taken out of service.
8  Q.  And when did he take you out of service?
9  A.  It's in the Complaint.
10  Q.  Do you remember what year it is?
11  A.  It's 2016 I believe.  You can refer to the
12  grievance.  It's in the grievance.  As a
13  matter of fact, you can go to the memo in
14  there.  I think that memo is --
15  Q.  Is the grievance you're talking about
16  (indicating)?
17  A.  Yeah, but I -- yeah, that's the grievance,
18  but it's more with the memo it tells you
19  exactly when he took me out --
20  Q.  You're talking about the Complaint you
21  initially filed?
22  A.  Yes.  It's in the memo that he sent me back
23  confirming that he did, in fact, take me out
24  of service.  I just seen as you was going

**Page 71**

1  through it again.  It's back that way
2  somewhere.  Here we go, right there
3  (indicating).
4  Q.  In the Complaint --
5  A.  Is that I, I think?
6  Q.  -- you attach as an exhibit Exhibit I,
7  Plaintiff's Exhibit I?
8  A.  Yes.
9  Q.  So this is the memo he sent you about your
10  removal from Cursillo?
11  A.  That's your answer right there, him taking
12  me out of service.
13  Q.  So the first time he ever took you out of
14  service was in early 2016 it looks like?
15  A.  Yes.
16  Q.  And how many Cursillos did you miss?
17  A.  It took awhile before I got back in there.
18  It was -- it was some months.  I couldn't --
19  I can't --
20  Q.  There's only one Cursillo a month, correct?
21  A.  Yes, but like I said, it was some months
22  before I got back.
23  Q.  So do you know approximately how many
24  months?

**Page 72**

1  A.  I would say at least six to eight months
2  easy.
3  Q.  And do you know if there was a Cursillo that
4  was held each of those months?
5  A.  Yes.
6  Q.  Which months did you miss?
7  A.  All the ones from that point on until I was
8  placed back on the list.  And that's
9  another -- I would probably have to write to
10  find out exactly when my name was
11  resubmitted to go back on the list, because
12  eventually he did put me back on.  But I
13  just can't tell you offhand what date that
14  was that he decided to place me back on the
15  list.
16  Q.  And what reason did he provide you for --
17  A.  It's right there.
18  Q.  Okay.  Well, let's -- here, you can look at
19  it.  So what reason did he provide you
20  for --
21  A.  Well, off the top of my head -- he told me
22  he took me out of service he said because he
23  was having problems with the TA's slips and
24  you couldn't use them anymore and that he

73

1   had to give new people the opportunity that
2   he gave -- once gave me when I first entered
3   the institution. So by me attending service
4   for 11 years, I've been going too long, so
5   now it's time to let some new people come
6   in.
7          And I'm like that's unheard of
8   because there's no such thing as taking a
9   person out of service for going. Because if
10  that's the case, I wouldn't have attended
11  during that time for 11 years if there was a
12  problem with me going to service. It didn't
13  become a problem until I started speaking
14  out about not being fed and not being
15  provided the slips to be fed that I was
16  taken out.
17         And then he came later after he
18  gave that excuse as to the reason I was
19  taken out to give the new ones a chance and
20  a TA thing.
21         Then he said after he spoke to the
22  administrators here, "Well, the only way you
23  gonna get around that is if you say that it
24  was due to a security reason."

75

1   accommodating Muslims to come to service.
2          But this was a ploy to get me out
3   of service, because there was plenty of
4   room. Like I stated in there, that's why I
5   started asking questions for Freedom of
6   Information to be provided with all the
7   people that he give call passes to that
8   don't even attend service.
9          So there was never a problem with
10  the space, because I knew of plenty of guys
11  that was on my wing that were Catholic but
12  would rather go to yard or rather just hang
13  out on the wing rather than to go and
14  worship.
15  Q.  Cursillo is a nondenominational service,
16      correct? It's not Catholic specific?
17  A.  Yes, it's Catholic and Christian.
18  Q.  And Christian. So other denominations --
19  A.  Well, Catholics are Christians.
20  Q.  Sure. But I'm saying other denominations of
21      Christianity can go to Cursillo?
22  A.  Christians can go and Catholics can go.
23      Muslims can't go. Judaism can't attend.
24      Idinism or Odinism, they can't attend. It's

74

1          "You never stated it was a
2   security reason."
3          But later he back-pedals and he
4   tells me in one of the answers or something
5   like that, he states in there that I was
6   taken out for security reasons.
7          And you stated right there in your
8   memo when it was fresh in your mind exactly
9   why I was taken out, and it had nothing to
10  do with security reasons.
11         That didn't come until after he
12  had spoken to wardens and so forth.
13  Q.  If there were only a certain amount or a
14      certain number of people who were allowed to
15      participate in Cursillo on a given Tuesday
16      and more people than were allowed to
17      participate signed up, somebody would have
18      to be excluded, correct?
19  A.  No. See that's not how that works, because
20      the Catholic service is not a service that
21      has a lot of participants to begin with.
22         The Muslim service outdoes the
23      Catholic service three times the amount and
24      they have never had a problem with

76

1   just the Catholic and Christian worship.
2   Q.  If a Muslim were interested in potentially
3       becoming Catholic, would he be allowed to go
4       to Cursillo?
5   A.  He would have to change his denomination
6       before attending that service, and there's a
7       form for that in there as well. Which
8       Chaplain Rojas did have Muslims at that
9       service, which I pointed out, which was
10      taking up seats, if you wanted say that
11      there was a problem with seats being
12      available. You've got Muslims right here
13      sitting in a Catholic service that shouldn't
14      be here.
15  Q.  So while you've been at Hill, non-Catholics
16      and non-Christians have been allowed to go
17      to Cursillo?
18  A.  Yes. And Muslims.
19  Q.  Yes. People who were not Christian.
20  A.  Right. Have been allowed. And that was
21      against the rules and regulations, but they
22      have been allowed to attend.
23  Q.  Where does Cursillo come from?
24  A.  Well, it's been taught to us that it was two

**Page 77**

```
1    guys that faced execution I think it was in
2    Texas, and they did a prayer in their cell,
3    and it was before they was put to death.
4    And for whatever reason the Catholics took
5    that upon themselves to implement that in
6    the teachings of the Catholic faith, and
7    that's something that they honored
8    throughout the Catholic teachings. So it's
9    been -- it's been going on for quite some
10   time, and it's being honored, you know.
11   That's how that come about, two guys.
12 Q. And do you know if the Catholic Church would
13   prohibit non-Christians or non-Catholics
14   from going to Cursillo?
15 A. If the Catholic Church?
16 Q. The whole Catholic hierarchy.
17 A. Would prohibit --
18 Q. Well, you're saying it's a Catholic
19   teaching --
20 A. Yes, right.
21 Q. So under Catholic teachings is it prohibited
22   for non-Catholics or non-Christians to go to
23   Cursillo?
24 A. Yes, they're not supposed to attend.
```

**Page 78**

```
1  Q. And what do you base that on?
2  A. Because it's a Catholic Christian service.
3     It's just like whatever the Muslim teaching
4     is, if a Catholic or a Christian shows up
5     there, first and foremost, it's going to be
6     like what is this guy doing here? Is he a
7     Muslim? No. Well, he can't be here.
8  Q. Okay.
9  A. Because that's the teachings. I don't make
10    the rules, you know.
11 Q. Let's say I'm not Catholic and I one Sunday
12    go to a Catholic church for mass. Are you
13    telling me that they're going to say, no, he
14    can't be here because he's not Catholic?
15 A. Well, see, that's the difference. Because
16    you're out in the free society, so anyone
17    can walk in. Just as like you have the
18    right here, you might write -- there's a way
19    of doing that, but that's a procedure that
20    the Catholic -- not the Catholic, through
21    Chaplain Rojas must figure that out.
22    Because you have some people that don't know
23    what they want to be. Do I want to be
24    Catholic? Do I want to be Muslim? Do I
```

**Page 79**

```
1     want to be Jew? They're searching.
2  Q. Sure.
3  A. So they'll give you that time to figure out,
4     well, do I want to -- you know, do I want to
5     go here, do I want to go there. There's
6     forms for that. But once you decided which
7     one you want to stick with, that's what you
8     gotta stick with. And you might have to
9     stick with that for a year or so before you
10    change it. There's a time procedure for
11    that as well. But you can't just show up at
12    any service, like you said --
13 Q. Sure. You have to sign up for the service,
14    correct?
15 A. But you have to be approved as well. It's
16    just not you sign up and you go.
17 Q. Do you know if there's any rule at DOC
18    prohibiting offenders who are not Catholic
19    or not Christian from going to Cursillo?
20 A. Yes, it states that in your sign-up sheet
21    when you first get here.
22 Q. Where specifically?
23 A. It's Exhibit A. It's Exhibit A and -- right
24    there (indicating). It should be Exhibit A
```

**Page 80**

```
1     or B it tells you.
2  Q. It looks like Exhibit B is Offender Request
3     for Religious Diet. Exhibit A is just
4     saying --
5  A. Right, which one --
6  Q. But my question was are you aware of any
7     rule throughout the Department of
8     Corrections or at Hill Correctional Center
9     that says non-Catholics or non-Christians
10    are not allowed to go to Cursillo?
11 A. Well, it states that in one of those
12    documents you can only attend one service,
13    you can only attend one service, that's it.
14    You can't -- you can't flip-flop and keep
15    going to all of them without being given
16    some type of permission to -- like I just
17    told you, there's some guys that's
18    undecided. But if you've decided what
19    religion you're following, you cannot --
20    you're not allowed to go to another service.
21    Those are the rules.
22 Q. Okay. And as you said earlier, I believe,
23    you didn't suffer any physical injury or
24    harm from not being able to attend Cursillo,
```

81

1    correct?

2    **A.**    That's the answer.

3    **Q.**    Okay. Other than this memo that Mr. Rojas

4        sent you about not being able to attend

5        Cursillo, did Mr. Rojas ever talk to you

6        about why you weren't allowed to go to

7        Cursillo?

8    **A.**    Everything me and Rojas talked about that

9        point on was always in documentation. So

10        everything that he and I spoke about is a

11        part of the record, and it's in the

12        grievance, or it's in the lawsuit. If it's

13        not in the grievance, it's in the (sic)

14        lawsuit, it didn't happen.

15    **Q.**    Okay. What did you do on those Tuesdays

16        when you missed Cursillo?

17    **A.**    Well, I read my Bible. And I also would

18        talk to the brothers that was over at the

19        service, ask what was -- you know, who was

20        the head speaker that night , what happened,

21        or this and that.

22            And they would always bring me the

23        papers back of the three questions. I was

24        telling the gentleman earlier about the

82

1        three questions that they would ask you.

2        And I would, you know, go over that in my

3        head as far as if I were at the service,

4        what would have been my response to that and

5        would I have answered all three of them, or

6        which one had any, you know -- what's the

7        word I'm looking for -- any connection to me

8        as far as if I would have spoke on it or

9        not.

10    **Q.**    Okay. And Cursillo is once a month,

11        correct?

12    **A.**    Yes.

13    **Q.**    So the other three Tuesdays also had

14        services for each month?

15    **A.**    Yes.

16    **Q.**    So for each of the six to eight months that

17        you missed Cursillo were you allowed to

18        attend the other religious services?

19    **A.**    No.

20    **Q.**    You were not allowed to go to the services

21        either?

22    **A.**    My name was not on the list. When he took

23        me off the list, he took me off the list.

24    **Q.**    So you're saying for those six to eight

83

1        months you were never allowed to go to any

2        Catholic religious service?

3    **A.**    Only way I would be able to go to service,

4        if my name appeared on that list. If my

5        name appeared on that list, I was at

6        service.

7    **Q.**    So do you know if you were actually able to

8        attend other services during those six- to

9        eight-month period?

10    **A.**    No.

11    **Q.**    You don't know?

12    **A.**    No, I know, but I wasn't -- he didn't allow

13        me in service. He took me out.

14    **Q.**    So you're saying that for six to eight

15        months you did not go to any Catholic

16        religious services?

17    **A.**    Not that I can recall.

18    **Q.**    And that's in 2016?

19    **A.**    Yes. Not that I can recall up until I was

20        placed back on the list.

21    **Q.**    During those six to eight months were you

22        able to do the other things that we

23        previously discussed that you do to practice

24        your religion?

84

1    **A.**    Yes. You do that in the cell. It's like

2        reading your *Daily Bread* and so forth, you

3        know, reading your Bible.

4    **Q.**    Do you know if you were in segregation at

5        any point during those six to eight months?

6    **A.**    I ain't been in seg. in I think like eight,

7        nine years, something like that.

8    **Q.**    Did Chaplain Rojas tell you why he placed

9        you back on the list?

10    **A.**    No.

11    **Q.**    Did you ask him?

12    **A.**    I was surprised because I was back on the

13        list because they came around one night and

14        said, "O'Neal, are you going to chapel?"

15            I said "I'm off the list."

16            He said, "I got you on the list

17        right here."

18            I said, "I can go?"

19            They're like, "Yeah, your name's

20        on the list."

21            "I'm going to chapel then."

22            I don't remember what day -- what

23        date that was, but for some odd reason he

24        put me back on the list.

85

```
1   Q.  So for the six to eight months that you said
2       that you didn't go to services did you
3       attempt to go to services each and every
4       Tuesday?
5   A.  Yes, I always checked to see if my name was
6       on there.
7   Q.  Well, you just told me just now that
8       somebody came around to your cell to say,
9       "Are you going to chapel?"
10          You didn't actually go to check
11      and see if you were on the list?
12  A.  Like right now -- that's a norm.  Once in a
13      blue moon, it depends on who the officer is,
14      how he choose to run his line.  Like, you
15      know, you might have an officer that come
16      on, he might want to pass mail as soon as he
17      get done counting.
18          You might have an officer the next
19      night that want to pass his mail out at
20      9:00 in the night.  It all depends on
21      whoever is working.  You know, if an officer
22      wants to go around, find out who is going to
23      chapel that night so he can have all his
24      stuff squared away, he does his ordeal
```

86

```
1       different than other officers.
2           Just so happened that night that
3       officer came around and asked was I going to
4       chapel.  And the reason I know that so well
5       is because the officer that told me -- you
6       over here was the officer that asked me
7       that, which was Gutierrez.
8   Q.  Prior to 2019 do you know if Illinois
9       Department of Corrections at Hill
10      Correctional Center had a meatless option
11      for Lent?
12  A.  No, they didn't have anything for Lent.
13  Q.  So then would there have been any purpose of
14      sending around the form for a meatless
15      Friday since that wasn't a meal that was
16      offered?
17  A.  Like I said, that's -- that's the rules, you
18      know.  They're supposed to send those forms
19      out.  That's just like the Muslims.  And see
20      that's another thing that's good that you
21      asked that question, because that's a
22      question that I want -- I want to ask the
23      Catholic deacons why is it that all the
24      other religions right before their religious
```

87

```
1       period is always posted in the chapel,
2       because we all go in the chapel.  You might
3       have to take down certain shrines for
4       certain services, but every service is held
5       in that building, in that room next to where
6       Rojas's room was.
7           There's a bulletin board up there.
8       And on that bulletin board they'll say
9       Ramadan is coming, everyone that wants to
10      join room Ramadan or come to Ramadan, sign
11      up, make sure, you know, that you inform the
12      chaplain.
13          But when it comes around to Lent,
14      it's not posted.
15  Q.  Okay.  But you agree that prior to 2019
16      there was no special diet tray for Lent,
17      correct?
18  A.  No, because like I said, the meal that they
19      gave that year in 2019, that was for the
20      whole institution.
21  Q.  So you're saying there's never been a
22      special diet tray for Lent, correct?
23  A.  There's never been anything for Lent since
24      I've been here.
```

88

```
1   Q.  What is specifically your -- I'm sorry,
2       actually for Mr. Rojas is there anything
3       else that you're claiming that he did to you
4       as it relates to this lawsuit?
5   A.  Like I said, if it's not in the grievance
6       and it's not a part of the record, it didn't
7       happen.
8   Q.  Okay.  But other than what we've discussed
9       today --
10  A.  It didn't happen if it's not in the
11      grievance or it's not in the lawsuit.
12  Q.  As you sit here today do you know of any
13      other claims that you have against
14      Mr. Rojas?
15  A.  Just a retaliation claim and him not feeding
16      the Catholic parishioners or submitting the
17      slips to be fed, the request slips to be
18      fed.
19  Q.  What specifically are your claims against
20      Stephanie Dorethy?
21  A.  Well, I need to know that because she just
22      told me in the interrogatories that you sent
23      me that she relinquished those duties that
24      I've always been under the impression was
```

89

1    hers, but, you know, she just in her
2    interrogatories stated, "Well, I
3    relinquished those duties to my assistant
4    warden."
5            Well, why didn't you tell the
6    inmates of Henry Hill Correctional Center
7    that, because everyone that's in here is
8    under the belief that you are in charge of
9    this? We don't know that you relinquished
10   these duties to this. And not only that,
11   who is this person that you relinquished
12   these duties to? You're saying an
13   assistant. You have two assistant wardens
14   here. You have an Assistant Warden Williams
15   and you have Assistant Warden McLaughlin.
16           So who are you stating that you
17   relinquished these duties to? You're just
18   saying you relinquished these duties to your
19   Assistant Warden of Programs. Who is your
20   Assistant Warden of Programs?
21           Since Dorethy been kicked out of
22   here, we don't even know who the warden
23   here, let alone who's the Program warden.
24   They say he's a warden. Whoever is filling

90

1    in is the warden, the warden, the acting
2    warden, and I guess someone else is doing
3    Assistant Warden of Programs. So we don't
4    know what the -- what is going on around
5    here.
6    Q.  Sure. My question was what is your claim
7        against Stephanie Dorethy?
8    A.  That she oversaw this entire procedure and
9        done nothing to stop it.
10   Q.  Do you have any evidence that she was
11       involved in issuing offenders religious
12       diets?
13   A.  Say that again.
14   Q.  Do you have any evidence Stephanie Dorethy
15       was involved in issuing offenders religious
16       diets or approving their religious diets?
17   A.  Yes, because on that form it states that
18       once Rojas issues the form out to the
19       Catholic parishioners and we are to sign it
20       and return it back to him, then he turns it
21       over to the warden. And even states that on
22       the -- that you have here. And to my
23       understanding she was the warden during the
24       time that I filed this lawsuit.

91

1            Now she's saying, as I just
2    stated, she relinquished these duties to
3    someone. I don't know who she stated she
4    relinquished these duties to.
5    Q.  Sure. Do you have any evidence she
6        specifically denied you a religious diet?
7    A.  She denied every Catholic here when she
8        refused to sign that document when Rojas
9        sent it to her in '18, because we filled
10       them out. He circulated them in '18. We
11       filled them out and we gave them back to
12       him. But she refused to sign it whether
13       approving or denying it.
14   Q.  Have you ever spoken to Stephanie Dorethy
15       about a need for a religious diet?
16   A.  No.
17   Q.  Have you ever written to her about it?
18   A.  No, just in my grievance when it went -- it
19       went to her office to let it be known that
20       this was happening in your institution, that
21       your chaplain is not seeing to it that the
22       Catholic parishioners be fed. The Dietary
23       Department is not seeing to it the Catholic
24       parishioners be fed. The counselors not

92

1    seeing to it that the Catholic parishioners
2    being fed. Nor is the grievance officer
3    seeing to it that the Catholic parishioners
4    being fed. So that right there went to her
5    office.
6    Q.  The grievance you're talking about?
7    A.  Yes.
8    Q.  Do you have any evidence that Stephanie
9        Dorethy was actually aware that --
10   A.  Yes --
11   Q.  -- you weren't receiving a religious diet?
12   A.  Yes, because like I just stated, it went to
13       her office. Before it leaves this
14       institution, she has to sign off on that
15       grievance.
16   Q.  Do you have any evidence that she actually
17       read any of your grievances about your
18       religious diet?
19   A.  It's in the grievance forms when she signed
20       off on what was it -- was it the 5th? I
21       think it's Q, yes, Exhibit Q. Go to Exhibit
22       Q. See Exhibit Q. I refer you to Exhibit
23       Q.
24           But that's when she signed off on

93

1     it, which let me knew (sic) she had full
2     knowledge of what was going on.
3  Q.  Anyways, okay. Are your only claims against
4     her about your religious diet?
5  A.  Are those my only claims?
6  Q.  Against Stephanie Dorethy.
7  A.  Yes, that she oversaw a program that
8     conspired against the Catholic prisoners
9     that kept them from being provided their
10    Catholic Lent meal.
11  Q. Do you have any evidence that Stephanie
12    Dorethy wanted to discriminate against you
13    because you were Catholic?
14  A. Well, that's a proven fact when she signed
15    off on that grievance and she denied it.
16  Q. But do you have any evidence that it was her
17    intent to discriminate against you?
18  A. That speaks for itself.
19  Q. So other than the grievance, you have no
20    evidence that she wanted to discriminate
21    against you?
22  A. Asked and answered.
23  Q. But you didn't answer.
24  A. I did answer. I just said --

94

1  Q. Because of the grievance she signed off
2    on --
3  A. Yes.
4  Q. -- that's your evidence that she intended to
5    discriminate against you?
6  A. Yes.
7  Q. My question is is there any evidence in
8    addition to that grievance that you have --
9  A. She done --
10  Q. -- showing that she --
11  A. You know, before this became a lawsuit, she
12    could have stopped this from becoming a
13    lawsuit --
14  Q. Okay.
15  A. -- and she chose not to.
16  Q. So you don't have any additional evidence?
17  A. No.
18  Q. Okay. What is your claim against or claims
19    against Freddie Britton?
20  A. That he had full knowledge that the Catholic
21    parishioners of Henry Hill was being
22    deprived of their Catholic meal and done
23    nothing to help us out in the matter to see
24    to it that we be fed and receive the

95

1    accommodations in which we were supposed to
2    be provided.
3  Q. Do you know if you had -- do you have any
4    evidence that he had any authority with
5    regards to deciding which inmates received
6    religious diets?
7  A. Yes.
8  Q. What specifically?
9  A. Well, when I spoke to him, I told him what
10    he was doing was against the law, for he was
11    discriminating against members of the
12    Catholic faith, yet you're issuing religious
13    diets to other religions.
14        And he told me, "Well, Mr.
15    Rojas -- Chaplain Rojas makes out the list."
16        "He can't give me Lent meal."
17        And he said, "We didn't cook
18    anything because he didn't give us, for one,
19    a number of food -- how many people were
20    gonna get this meal and who it was supposed
21    to be given to. So until he makes up this
22    list," meaning Rojas as "he," "no Catholic
23    was getting anything."
24        I said, "Well, you know, you can

96

1    go off the back of our I.D.," because on the
2    back of our I.D. states who is Catholic and
3    who is not.
4        And he said, "No, I can't do
5    that," he said, "because if I do that,
6    that's a form of discrimination, because if
7    I give it to you because it says 'Catholic'
8    on yours, there might be a Catholic over
9    here that's Catholic but it doesn't say that
10    on his."
11        I said, "So you are aware what
12    you're doing is discrimination?"
13        He said, "Have a good day."
14        So that's my problem with Mr. Fred
15    Britton. And he never went and -- he never
16    stated throughout the whole grievance
17    process -- for one, they never even
18    consulted with him, Counselor Gans or
19    Grievance Officer -- Counselor Frost or
20    Grievance Officer Gans never went and spoke
21    to Mr. Freddie Britton in the Dietary
22    Department as to why he was doing what he
23    was doing.
24        And he knew well aware that he was

1  a big part of this lawsuit, because on the
2  face page of the grievance I stated the
3  Dietary personnel.  And he didn't even go
4  take a deposition or anything from Freddie
5  B. as to why this was happening, nor did
6  Freddie Britton call Mr. Rojas.
7      Because he could have easily
8  picked up the phone, because the phone is
9  right there.  He could have easily picked up
10  the phone and say, "Hey, these Catholics are
11  coming through here.  They want to know why
12  they're not given a Lent meal."
13      "Well, until you send Dietary a
14  Lent meal to go off of, no one is getting
15  anything."
16      So he could have stopped it.  But
17  see over here no one wants to do the next
18  person's job, even though they know the law
19  is being broken.  It's like if you're my
20  boss and you don't tell me what to do and
21  here comes an inmate trying to tell me what
22  to do, if you don't tell me what to do, I'm
23  not going to send it to this inmate.  But I
24  know what he's telling me is right, but

1  Q.  Do you recall any of those specific
2      occasions?
3  A.  It was always during the month time of Lent.
4      And it got to the point that like he say, he
5      wasn't gonna keep havin' this debate with
6      me.  It's already -- and that's what I
7      understood, until Rojas makes out the list,
8      there's nothing happenin'.
9  Q.  Did Freddie Britton say you have to request
10     from the chaplain --
11  A.  He said until he makes out a list no one is
12     getting anything.
13  Q.  Is there anything else Freddie Britton did
14     to you with regards to this lawsuit?
15  A.  No.
16  Q.  Steve Gans, what are you alleging that he
17     did to you in this case?
18  A.  Well, he lied first and foremost, he lied.
19     Because when he went to speak to -- let me
20     get it right.  When he went to speak to --
21     no, no, that wasn't them.  I was thinking of
22     Gans.  Because --
23  Q.  That's what I'm asking about, Gans.
24  A.  You asking about Gans?

1      until you tell me, I'm not doin' nothin',
2      and that's how things work around here.
3  Q.  Okay.  So based on what you said, it's my
4      understanding that Freddie Britton told you
5      that he could not provide special diet meals
6      unless he had a list from the chaplain?
7  A.  Chaplain Rojas, correct.
8  Q.  Okay.  And you think he should have provided
9      you that meal anyways?
10  A.  Or he should have called Chaplain Rojas or
11     brought it to the warden's attention, "Hey,
12     these Catholics are coming over here,
13     they're askin' for their meal.  Rojas needs
14     to get us a list over here."
15     He wasn't concerned in the least
16     bit to see that we be fed.  And that's my
17     thing with him.  Because he could have -- he
18     could have -- he could have took it a step
19     further to where we wouldn't be here today.
20  Q.  And how many times did you speak to Freddie
21     Britton?
22  A.  I spoke to him on numerous occasions.
23  Q.  About your religious diet?
24  A.  Yes.

1  Q.  Yes.
2  A.  Okay.  No, Gans, his -- my problem with Gans
3      was he lied and stated that when he spoke
4      with Rojas, that Rojas stated that he wasn't
5      going to answer any more of my questions
6      when, in fact, Rojas never stated that he
7      wasn't gonna answer any more of my
8      questions.
9      When Counselor Frost spoke to
10     Mr. Rojas and Mr. Rojas stated he wasn't
11     going to answer any of my questions, but
12     Defendant Gans tried to hoodwink the whole
13     process and stated that he stated that he
14     wasn't going to answer any more of my
15     questions without legal representation.
16     And I'm like that's not what was
17     stated in Counselor Frost's deposition of
18     Chaplain Rojas.
19     Chaplain Rojas stated he's not
20     going to say anything without legal
21     representation.  He's not going to answer
22     any of my questions.
23     But he rephrased it when it went
24     to Gans.  That's why I say he lied.  He

**101**

```
 1        said he's -- Chaplain Rojas said he's not
 2        going to answer any more of Mr. O'Neal's
 3        questions without legal representation.  It
 4        wasn't that he wasn't gonna answer any more.
 5        He wasn't going to answer any.
 6   Q.   Okay.  What involvement did Mr. Gans have
 7        with your religious diet request?
 8   A.   Well, he could have, one, went to the
 9        Dietary Department and asked Mr. Britton,
10        "Well, Mr. Britton did you have a
11        conversation with Mr. O'Neal pertaining to
12        his Lent diet?"
13               It was of no concern.  That's my
14        problem with him.  It was of no concern,
15        because he didn't take the initiative, nor
16        the time out to go and speak to the Dietary
17        personnel, because as far as he was
18        concerned, to hell with the Catholic
19        parishioners.  So that was my problem with
20        Mr. Gans.
21   Q.   So Mr. Gans didn't deny you any religious
22        diet, he just --
23   A.   No, he did deny me that.  Because he denied
24        me the right of going to speak to Gans,
```

**102**

```
 1        because if he would have went and spoke
 2        to -- I mean, if he would have went and
 3        spoke to Freddie Britton, he could have told
 4        Freddie Britton, "Hey, man, give these guys
 5        that fish tray, you know.  This is causing a
 6        lot of problems here.  This would be better
 7        off just give these guys this fish tray and
 8        I could sign off stating that from this
 9        moment moving forward these guys are going
10        to be fed this meal."
11               But by you failing to do your job
12        to walk over there to the Dietary Department
13        to consult with either Freddie Britton or
14        the Dietary manager as to why is this
15        happening, that showed of no concern to him
16        and, like I said, to hell to the Catholics.
17   Q.   Do you have any evidence that Mr. Gans had
18        the authority to tell Dietary to provide you
19        the specific meal?
20   A.   Yes, that's his job, you know, because he
21        could have went over there and told him , you
22        know what I'm sayin', that I'm a counselor,
23        I looked into this, I talked to -- he could
24        have even went to the Religious Practice
```

**103**

```
 1        Advisory Board that they have here.  Every
 2        institution in the Illinois Department of
 3        Corrections has a Religious Practice
 4        Advisory Board.
 5               So anything that a Catholic,
 6        Muslim, or so forth, whatever denomination
 7        is saying that they should be given this or
 8        that, if they have a problem with that, they
 9        could go consult with the Religious Practice
10        Advisory Board.
11               So he didn't go speak to the
12        Religious Practice Advisory Board.  He
13        didn't go speak to the Dietary Department.
14        He failed -- he neglected to do his due
15        diligence.
16   Q.   So your issue with him really is that he did
17        not --
18   A.   He didn't do his job.  He didn't do his job.
19   Q.   Which was to what?  What was his job
20        specifically?
21   A.   I just -- I just told you what his job was.
22   Q.   Other than you having said it now, what
23        evidence do you have that those things you
24        just listed were his job?
```

**104**

```
 1   A.   He failed to consult with the people he
 2        should have went to to straighten out this
 3        problem.
 4   Q.   Okay.
 5   A.   Rectify the problem.
 6   Q.   What evidence do you have that it was his
 7        job to speak specifically with the Religious
 8        Practice Advisory Board?
 9   A.   That's what the Religious Practice Advisory
10        Board is in every Illinois Department of
11        Corrections facility, if you have a problem,
12        grievance officers, counselors, they tell
13        them that if there is a problem with that,
14        consult with them to find out if this person
15        is to be -- what's the word that I'm looking
16        for -- accommodated with whatever you asking
17        to be accommodated with.
18               You know, I can tell you, "Hey,
19        I'm Jewish, I want for Passover, I want this
20        meal."
21               So they're gonna check that, is
22        Mr. O'Neal Jewish or not?
23               "Chaplain Rojas, is he Jewish?"
24               "Not to my understanding."
```

105

1   And then they go to the Religious
2   Practice Advisory Board because they just
3   can't stop with Chaplain Rojas, because I
4   can practice any way I choose to practice,
5   and I'd even go to the Religious Practice
6   Advisory Board.
7   "Do you know anything about
8   Mr. O'Neal being Jewish, because he wants to
9   be doing this?"
10   And they'll look on there, "Oh,
11   last we seen he signed up as being Catholic.
12   He's not to get that meal," so I wouldn't be
13   given the meal. It's that simple.
14   But by you failing to consult with
15   the Religious Practice Advisory Board and by
16   you failing to consult with the Dietary
17   Department, which is Freddie Britton, or the
18   Dietary manager, you've neglected to do your
19   due diligence. You've neglected to do your
20   job.
21   Q.   Okay. Before we go to the next person, I
22   just had a couple things that I had thought
23   of. Have you ever been baptized?
24   A.   I was told that I was, but I was told that I

106

1   was young when I did. I don't recall being
2   baptized, but I was told that I was.
3   Q.   Do you know if that was in a Catholic
4   Church?
5   A.   Yes.
6   Q.   Did you -- do you know if you ever had
7   communion?
8   A.   Yes, I take communion here regularly.
9   Q.   Do you remember having a First Communion?
10   A.   I was young. I couldn't remember.
11   Q.   Okay. Did you ever attend catechism
12   classes?
13   A.   When I attended St. Bonaventure's, yes.
14   Q.   I'm sorry, I don't --
15   A.   I said when I attended St. Bonventure's.
16   Q.   St.?
17   A.   Bonaventure's.
18   Q.   How do you spell --
19   A.   B-O-N-A-T-U-R-E (sic), Bonaventure, yeah.
20   It's been awhile since I been over there.
21   It's located on Diversy in Chicago. I think
22   the address is 1726 West Diversy.
23   Q.   And that's just a church?
24   A.   No, that's a school and a church.

107

1   Q.   So you attended that school?
2   A.   Yeah, the school is no longer called
3   St. Bonaventure's. They changed the name.
4   But the church is still St. Bonaventure.
5   Q.   Did you ever become a confirmed Catholic?
6   A.   Say again.
7   Q.   Did you ever go through confirmation?
8   A.   Yes.
9   Q.   When was that?
10   A.   When I was younger.
11   Q.   And was that at St. --
12   A.   St. Bonaventure, yeah.
13   Q.   Do you remember approximately when that was?
14   A.   God, that -- I was back there like in '74,
15   '76, somewhere in there.
16   Q.   Okay. What are your claims against John
17   Frost?
18   A.   Pretty much the same as Grievance Officer
19   Gans. He failed to -- he neglected to do
20   his job as well. Everything that I stated,
21   that he did not consult with the Religious
22   Practice Advisory Board, he didn't consult
23   with the Dietary Department, Freddie Britton
24   or the Dietary manager, nor did he try to

108

1   consult with the warden, Stephanie Dorethy,
2   as to the problem -- the ongoing problem
3   that was occurring here with the Catholic
4   parishioners of Henry Hill Correctional
5   Facility.
6   Q.   Is there anything else you're claiming he
7   did to you?
8   A.   Mr. Frost?
9   Q.   Yes.
10   A.   He didn't do his job.
11   Q.   Okay. Nothing else?
12   A.   That's it. He didn't do his job. He didn't
13   do his due diligence.
14   Q.   What about Melissa Phoenix, what are your
15   claims against her?
16   A.   That she did not forward this back to the
17   institution that it came out of, because I
18   pointed out -- and I'm trying to see what
19   exhibit is that -- I want to say it's P.
20   That I pointed out to her in there that on
21   the grievance -- on the grievance -- on the
22   grievance form, in order for it to reach her
23   destination, which is in Springfield, as
24   being the Administrative Review Board

1  officer, that one of the things that she
2  supposed to look at first and foremost is
3  whose signature resides in that space which
4  is that box designated for the CAO to sign
5  in his or her signature only.
6          And I had a problem with that
7  signature, because as I stated in Exhibit --
8  I think it was P, is that that signature
9  looked very odd to me, because it didn't
10  look like a signature that I was used to
11  seeing that Dorethy name was signed in that
12  box.  Because I said that -- that whoever
13  signed that form, that document, didn't know
14  how to spell Dorethy's name.  Because that
15  signature bears -- to me it looks like it
16  says Days, D-A-Y-S, and they didn't know how
17  to spell Stephanie, so they just abbreviated
18  the S.  So I pinpointed that to her
19  attention first and foremost, which she
20  knows being the Administrative Review Board
21  officer that that box is designated only for
22  the chief administrative officer.
23          So I said it looked like that
24  signature has been forged, and if that's the

1  with it.
2          And I filled out a Certificate of
3  Service along with a letter and I sent that
4  to the director pinpointing exactly what I
5  just told you, there's a problem with that
6  signature being in that box and that there's
7  a problem in the institution, and I'm hoping
8  that you can rectify the problem.
9          Well, he coincided with what
10  Phoenix said, there's no problem with
11  whatever is going on over there, they know
12  what they're doing.
13          So now I'm forced to bring a
14  lawsuit because I gave you every opportunity
15  from the institution from Chaplain Rojas,
16  from the counselor, from the grievance
17  officer, you see what I'm saying, from the
18  director -- I mean the Administrative Review
19  Board person, and to the director to rectify
20  the problem, but you refuse to rectify the
21  problem.  So now we've got to fight in the
22  federal judicial court about a fish sandwich
23  that should be given, you know.
24  Q.  So just to be clear, you don't believe that

1  case, then that form needs to come back
2  here, because whoever signed off on that is
3  letting it be known that we're aware of
4  what's been going on.
5          So she had no problem with that
6  signature being in that box.  And for that
7  reason she signed -- she denied my grievance
8  stating that it's been addressed at the
9  institution and they're in agreement with
10  it, you know, and they're not gonna bother
11  with it.
12          And I'm like that's crazy because
13  I just told you you have a whole
14  congregation of people not being fed and
15  that's definitely against the law in the
16  courts but I'm trying to let you straighten
17  it out before we get to this point because
18  it's not too late to forward this grievance
19  back to the institution and rule in my favor
20  instead of denying it but concurring saying
21  that, yeah, this signature, there's
22  something faulty with it, and this procedure
23  is unconstitutional, so give these guys what
24  they have coming.  But she had no problem

1  Stephanie Dorethy actually signed your
2  grievance?
3  A.  I don't know who signed it, but I said it
4  just didn't bear a signature that was known
5  to me to be hers.  So I wanted to know if
6  she did not sign it, who signed that box.
7  Q.  And your claim against Melissa Phoenix is
8  that she did not --
9  A.  She -- she didn't do her due diligence.
10  Q.  So you're suing her because of her
11  involvement in a grievance procedure?
12  A.  Right.  Because she could have easily
13  corrected this immediately.  It wouldn't
14  even have had to go to the director.
15          She could have sent this back to
16  the institution saying, "I have a problem
17  with whoever signed this signature because
18  he's given me two exhibits of how Stephanie
19  Dorethy's name appears , and every signature
20  that I'm seeing that he showed me," which
21  was two, "and I'm looking at the signature
22  in this box and none of the three match one
23  another.  So whose signature is in this box?
24  And, Warden Dorethy, what is your signature

113

```
 1    just for," you know, "so I would know?"
 2            But she didn't care whose
 3    signature was in the box.  She didn't care
 4    about having the IDOC and seven defendants
 5    be brought into a federal judicial court
 6    about a fish sandwich.  So, you know, that's
 7    where we're at with it.
 8  Q.  Is there anything else you are claiming
 9    Melissa Phoenix did to you in this case?
10  A.  That's it.
11  Q.  All right.  What are your claims against
12    John Baldwin?
13  A.  Well, I hold him at fault very heavily
14    because, as I stated a few minutes ago, I
15    sent him a certified letter which I had to
16    pay likes $6 and something for the certified
17    postage and like 3 to be returned back to me
18    that he received it.  So I paid a total of
19    like maybe $9 and some change advising him
20    what was going on here at Henry Hill
21    Correctional Facility, and he chose to do
22    nothing about it.
23  Q.  First, what evidence do you have that he
24    received this letter?
```

115

```
 1    Phoenix and all of them have denied of
 2    seeing to it that the Catholic parishioners
 3    be accommodated this alternative meal for
 4    Lent, non-meat religious diet.
 5  Q.  Do you have any evidence that John Baldwin
 6    personally received your letter?
 7  A.  I just told you.  I have the -- I have the
 8    return receipt of service after it was
 9    delivered to his office stamped, not just
10    with his name on it, stamped "Received."
11  Q.  Received by what?
12  A.  By the -- whoever delivers the mail, United
13    States Parcel, whoever it left off to, that
14    it was delivered to his office.
15  Q.  So it's -- the stamp says that it was
16    delivered to his office?
17  A.  Yes.
18  Q.  Doesn't say that it was specifically
19    delivered to him, correct?
20  A.  Well, it has his signature on there.  It has
21    somebody's signature on there that it's
22    being received.
23  Q.  But you don't know if it's his signature?
24  A.  It's someone's.  It someone's over there.
```

114

```
 1  A.  I have the -- it's all in -- it's all there.
 2    And I also have --
 3  Q.  What do you mean it's in here?  In the
 4    Complaint?
 5  A.  Yes.  It's towards the back.  It's towards
 6    the back.
 7  Q.  What specifically is it that I'm looking
 8    for?
 9  A.  I showed him -- I showed him -- I think it's
10    the money voucher.  It's at the end.  It's
11    way past -- it should be -- well, like I
12    said, I have copies of the receipt for
13    certified mail --
14  Q.  Okay.
15  A.  -- that he received it.  Then I have the
16    money voucher where they signed off that
17    they took the money out of my account for it
18    to go to Springfield.
19  Q.  What evidence --
20  A.  And I got the return receipt after he
21    received it from Springfield returned back
22    to me letting me know that he was in fact in
23    reception of the letter that I stated to him
24    along with the grievance that Melissa
```

116

```
 1  Q.  Other than the stamp that says that it was
 2    received by the director's office, do you
 3    have any evidence that John Baldwin
 4    personally read your letter?
 5  A.  Yes, because when he signed off on the
 6    grievance, he signed off to everything that
 7    was attached to that because the letter that
 8    I sent to him is attached to that grievance
 9    as well, so he definitely read the letter.
10  Q.  So if it's not his signature on the
11    grievance, would you agree that he --
12  A.  I can't agree to nothin' on that because I
13    wouldn't -- like I say, only they know what
14    goes on over there.  I'm incarcerated over
15    here in Galesburg.  That's in Springfield.
16    So I can't. . .
17  Q.  Do you know if John Baldwin did actually
18    sign the grievance personally?
19  A.  Again, I stated, it went to Springfield,
20    someone, whether it was him or someone,
21    signed the signature stamped as being
22    received, and it was addressed to Baldwin.
23  Q.  Okay.  Have you ever spoken to John Baldwin?
24  A.  No.
```

117

1  Q.  Have you ever spoken to Melissa Phoenix?
2  A.  No. They in Springfield, like I said. I'm
3     over here in Henry Hill.
4  Q.  So have you ever -- other than your
5     grievance have you ever communicated with
6     Melissa Phoenix about your dietary needs?
7  A.  Through grievance.
8  Q.  Just the grievances, okay.
9         Have you ever spoken to John
10    Frost?
11 A.  Personally, yes.
12 Q.  You have?
13 A.  Yes.
14 Q.  About your dietary needs?
15 A.  Yes.
16 Q.  What specifically -- when did you talk to
17    him?
18 A.  After he signed off on my grievance.
19 Q.  And what did you guys talk about?
20 A.  I told him why he didn't go to the Religious
21    Practice Advisory Board and why did he deny
22    the grievance.
23 Q.  Okay. And what did he say?
24 A.  He said he's not going to get into that, he

118

1     addressed that issue already.
2  Q.  Did you guys have any other discussion about
3     it?
4  A.  No, because that -- it's -- from that point
5     on, it's moot, you know. He's not going to
6     talk about it anymore, that was clear.
7  Q.  So did you have any other discussion with
8     him about your dietary needs?
9  A.  That was clear that was moot from that point
10    on.
11 Q.  Is anybody other than Manuel Rojas involved
12    in your claim about not being allowed to go
13    to Cursillo?
14 A.  No, just him.
15 Q.  Do you have any evidence that Freddie
16    Britton wanted to discriminate against you
17    because of your religion?
18 A.  I can't say that, no. I don't know what's
19    going on in his mind. I don't know -- to be
20    honest with you, I believe that, like I said
21    earlier, I just believe that no one wants to
22    do no one else's job here, and he was going
23    off -- you know, until this guy gives me a
24    list, he's sticking to his guns, no one's

119

1     getting anything.
2         So as far as what he was actually
3     thinking, you know, does he have somethin'
4     against Catholics -- as far as I know, he
5     might be Catholic. I don't know what for.
6     He was going off of if this guy isn't
7     getting anything, you guys aren't gettin'
8     anything.
9  Q.  Do you have any evidence that Steve Gans
10    wanted to discriminate against you because
11    you were Catholic?
12 A.  He wanted to do something other than do his
13    job. He didn't -- he wasn't in favor of
14    going out of his way to see to it that we be
15    fed.
16 Q.  Other than what you just said is there any
17    other evidence that you had that he wanted
18    to discriminate against you because you were
19    Catholic?
20 A.  His actions spoke for itself. Speaks
21    volumes.
22 Q.  Okay. So nothing besides what you talked
23    about?
24 A.  His actions speaks volumes.

120

1  Q.  Do you have any evidence that John Frost
2     wanted to discriminate against you because
3     of your religious --
4  A.  Same answer, his actions speaks volumes.
5  Q.  What about Melissa Phoenix, and evidence --
6  A.  Same answer, actions speak volumes.
7  Q.  What about John Baldwin, any evidence that
8     he wanted to discriminate against --
9  A.  Same answer, actions speak volumes.
10 Q.  So other than actions speaks volumes,
11    there's no other evidence that you have that
12    those defendants we just talked about wanted
13    to discriminate against you because of your
14    religion.
15 A.  You say me. I wouldn't say me. I would say
16    the Catholic parishioners, because I'm not
17    the only one that wasn't been fed. It
18    wasn't like they fed the Catholics and
19    excluded me. They excluded all Catholics.
20    So it wasn't a thing, oh, we don't want to
21    feed Mr. O'Neal. They didn't want to feed
22    Catholics period in Henry Hill Correctional
23    Facility.
24 Q.  Are there any other claims you have against

121

1    any of these defendants other than what
2    we've just talked about today?
3    A.    Everything that might be with -- whether
4         it's the Catholic defendants, the Catholic
5         Church defendants --
6    Q.    Just the defendants you and I talked about.
7    A.    Everything I stand on what's in the
8         grievance and in the lawsuit.
9    Q.    Do you know if meatless Fridays are going to
10        be provided in 2020?
11   A.    That's not here yet, so I can't say if it is
12        or not.
13   Q.    Do you have any evidence that Hill
14        Correctional Center will not provide
15        meatless Fridays in 2020?
16   A.    It hasn't gotten here yet, so I can't say it
17        will or it won't.
18   Q.    Okay.  I believe one of the things you talk
19        about in your Complaint is that you were
20        discriminated against, Catholics were being
21        discriminated against because other
22        religions were provided with special diets,
23        correct?
24   A.    Right.

122

1    Q.    Do you have any evidence that John Baldwin
2         personally determines which religions get
3         religious diets?
4    A.    No, that's not on him.  That's Chaplain
5         Rojas.
6    Q.    So not Melissa Phoenix either; she had no
7         involvement in the discrimination?
8    A.    That's Chaplain Rojas.
9    Q.    Okay.  And I'm just going to go through them
10        just so we're clear.
11              John Frost doesn't have any
12        involvement in that claim, correct?
13   A.    I can't say -- I can't say about Frost,
14        because I would say that could -- if he
15        would have done his job , he could have went
16        over there and spoke to Chaplain Rojas, you
17        know.
18   Q.    Other than speaking to Chaplain Rojas,
19        there's nothing else that he's --
20   A.    He don't have no -- he don't have no --
21        whether you gonna be Catholic or, you know,
22        Muslim or whatever, that's not his
23        department.
24   Q.    Okay.  And does the same go for Gans and

123

1    Britton?
2    A.    No, that's not their department.  That all
3         falls on Chaplain Rojas.
4    Q.    And same with Dorethy too then, right?
5    A.    Yeah.
6         MR. ANKNEY:   All right.  I'm going to
7         look through my notes.
8         MR. AHMAD:   I'll follow up some.
9
10   FURTHER EXAMINATION BY MR. AHMAD:
11   Q.    Just to follow up on what was being asked
12        earlier, ultimately you said the decision on
13        whether or not the special dietary meals
14        were being provided were  Defendant Rojas's
15        decision?
16   A.    Correct.
17   Q.    Defendant Rodriguez or Lahood could not have
18        ordered Rojas to act one way or the other;
19        they could have just advised, is that
20        correct?
21   A.    Right, advised, exactly.
22   Q.    But not order?
23   A.    See, I'll say this, and I would like to have
24        this stated for the record if it does any

124

1    good in moving forward, when this case is
2    all come to a conclusion, I honestly believe
3    that the Catholic Church  should sit down and
4    speak to the Department of Corrections and
5    see to it that when Lent comes about if
6    they're able to provide meals for the
7    Catholics themselves to where things like
8    this could never get out of hand and get to
9    this point.
10         Because the Jewish faith, they
11   take care of their own.  And they take care
12   of them through New York.  For when it's
13   time for them to celebrate whatever they do,
14   all their accommodations are sent in here
15   from an outside vendor and approved to come
16   in so they be accommodated.
17         And I believe that's what the
18   Catholic Church should see to it to where
19   they'll know for sure that the Catholics are
20   being taken care of to where they don't have
21   to be involved in any shenanigans, whatever
22   the Illinois Department of Corrections
23   chooses to do to the Catholic parishioners.
24   Q.    You mentioned previously that since the

125

1   lawsuit has been filed that 95 percent of
2   the time you've had meatless Fridays.
3   **A.**  Yes.
4   **Q.**  Okay.  Describe to me how you had meatless
5       Fridays since.  And I think you filed suit
6       in March of 2018, and you're talking about
7       every Friday.
8   **A.**  Listen, what I mean by that is, like I said,
9       you might have something that was made of
10      say for instance rice, and they got some
11      stuff in here we don't know what that stuff
12      is.  You don't know what it is, you know
13      what I'm sayin'?
14          So if you gonna eat around the
15      rice, you see what I'm sayin', and you
16      really look at it, this stuff -- who
17      knows -- what is this stuff, you know?  What
18      is it?
19  **Q.**  What about in 2017?
20  **A.**  What do you mean 2017?
21  **Q.**  So you're saying since the lawsuit was filed
22      95 percent of the time you had meatless
23      Fridays.
24  **A.**  I'm saying before this.

126

1   **Q.**  Since 2005 --
2   **A.**  Right.
3   **Q.**  -- 95 percent of the time you had meatless
4       Fridays?
5   **A.**  Yes.
6   **Q.**  And you mentioned something about a vegan
7       choice.  How does that work?
8   **A.**  Well, that's -- if Rojas approves the diet,
9       that means that we're not to be fed anything
10      with meat products.  We have to -- you can
11      give us soup, tomato soup, or anything of
12      that nature, but that's what they choose to
13      do here, you know.
14          Since like I told you this past
15      year, they gave the cheese and -- grilled
16      cheese and the pizza, which there's no meat.
17  **Q.**  But how would you go about getting the
18      meat -- a vegan meal if you wanted to?
19  **A.**  You would have to write whatcha-call --
20      what's his name?  Chaplain Rojas.  You have
21      to contact him to let him know are you going
22      to send the slips out so I can be
23      accommodated the meal for Lent.
24  **Q.**  So Rojas is the only person that can approve

127

1   vegan meals --
2   **A.**  No.  Rojas and Dorethy.  That's what I told
3       you, that's what that form consists of.
4       Rojas sends it to you.  You sign it.  Now
5       Rojas relay back stating -- if he signs off
6       on it, he sends it to Dorethy, but she said
7       she relinquished those duties to her
8       Assistant Warden of Programs.  So whoever
9       that person is, he looks at it.
10          I guess the procedure would be to
11      check to see are you of that religion, and
12      with Rojas signing his signature, I guess
13      that's the stamp of approval saying, well,
14      okay, if he has no problem with it, the
15      chaplain, well, I'll sign it, and now it
16      goes to the Dietary Department, and your
17      name will come on the form.
18          And when you go over there you'll
19      say, "I'm here to pick up my Lent tray.  My
20      name is Aaron O'Neal."
21          "Okay.  Sign right there."
22          And they'll give you a tray and
23      walk off.  But there's never no. . .
24  **Q.**  Did you ever reach out to Dorethy regarding

128

1   a vegan meal?
2   **A.**  Through my grievance.
3   **Q.**  Not before that?
4   **A.**  No, because Dorethy don't talk to anyone.
5   **Q.**  Okay.  Did you ever ask anyone for a vegan
6       meal?
7   **A.**  Yes.
8   **Q.**  When?
9   **A.**  Freddie B.  Freddie B.  Freddie Britton.
10  **Q.**  Who's that?
11  **A.**  That's --
12  **Q.**  Oh, Freddie Britton?
13  **A.**  Yes.
14  **Q.**  When did you first ask for the vegan meal?
15  **A.**  During Lent.
16  **Q.**  What year?
17  **A.**  Well, when -- the first time that I asked
18      him about the meal, he laid back and told me
19      that it wasn't gonna happen.
20  **Q.**  What year?
21  **A.**  There again, that was in '16.  And I asked
22      him again.
23          "That's not gonna happen."
24  **Q.**  Okay.  So you asked him during Lent in 2016?

1   A.   Every year we go over there we ask them,
2        "Meals, meals, there's nothing here, there's
3        nothing here."
4   Q.   Where do you ask him?  Do you ask him in his
5        office?
6   A.   In the chow hall.  In the chow hall.
7   Q.   In the chow hall?
8   A.   Yeah, in the chow hall.
9   Q.   So essentially you show up to the chow hall
10       and then you say, "I want a Lent meal" --
11  A.   Right.  And he says, "There is none."
12  Q.   Did you ever ask for a vegan meal in
13       writing?
14  A.   No.  You can't ask for it in writing.
15       That's like -- that would do away with the
16       whole procedure of the form.  It's gotta be
17       on the form or it's not being honored.  I
18       could write 20, 30 letters to Rojas, this
19       and that, if it's not on that form, you're
20       not getting anything.
21           MR. ANKNEY:  I'm sorry, I just -- I
22       was confused there for a second.  Did you
23       say you never submitted a request for a
24       vegan diet in writing?

1        BY MR. AHMAD:
2   Q.   There's a grievance procedure in place --
3   A.   Correct.
4   Q.   -- correct?
5            Did you ever file a grievance
6        saying that you never received that dietary
7        form?
8   A.   Yes, it's there.
9   Q.   When did you first file a grievance saying
10       that the form is not being provided to you?
11  A.   2016.
12  Q.   So from 2005 to 2016 you never made a
13       grievance on that?
14  A.   No, because see, it's good that we have that
15       point too because throughout this whole
16       procedure I never knew what they were doing
17       was against the law.  I just thought we
18       were, you know, as they say blank out,
19       A-out, you know, you not receiving it.
20           So one day in 2016, that's when
21       the guy told me, he said, "Man, you know
22       what they're doin', they're discriminatin'
23       against you guys.  They're givin' them to
24       all the other guys."

1            THE WITNESS:  The request has to come
2        to you.  You cannot request -- the only
3        thing you could ask is he's gonna send them
4        out.  If he chooses to send them out,
5        that's on him.  You can't make him send
6        them out.  You can't take a plain sheet of
7        paper and say, "Mr. Rojas, I want to be fed
8        a Lent meal, non-meat diet, honor this."
9            No.  It's gotta be on that form or
10       it does not get honored.  That's the form
11       that I showed you.
12           What was that form?  I forget
13       what -- I think it's --
14           MR. ANKNEY:  The Offender Request for
15       Religious Diet?
16           THE WITNESS:  It's B, yes.  If it's
17       not on that form, you're not getting it.
18       You can write -- you can write on a plain
19       sheet of paper or a blank sheet of -- you
20       know, lines (sic) with paper (sic), if it's
21       not on that form and it does not go through
22       the procedure, you are not --
23
24

1            He said, "The reason why this is
2        happenin' is because you guys aren't filing
3        grievances and no one is sayin' nothing."
4            I said, "We are.  We are saying
5        something."
6            I said, "We are saying something,
7        but it's not being honored."
8            He said, "Yeah, you can tell them
9        that you want to be fed until you're blue in
10       the face," but he said, "until you file a
11       grievance on that, they're gonna keep doin'
12       what they're doin'."
13  Q.   So in 2016 you filed a grievance requesting
14       Form DOC --
15  A.   No, we ask for them forms every year.
16  Q.   Did you ever file a grievance that you were
17       not receiving the form?
18  A.   No, no, no.
19  Q.   You never filed that grievance?
20  A.   I told you until 2016 because I didn't
21       think --
22  Q.   So in 2016 did you file a grievance for it?
23  A.   Yes.
24  Q.   So you filed a grievance through the

133

```
 1      channels to get this form?
 2   A. No, I let them know that it was not being
 3      honored.
 4   Q. In the grievance?
 5           Well, no, my question is do you
 6      file a grievance saying that you're not
 7      receiving the form?
 8   A. Yes.  It's in there.  I told them in my
 9      grievance, I said that Rojas is not sending
10      the -- you know, he's not accommodating,
11      he's not seeing to it that we don't -- we're
12      not getting what we supposed to --
13   Q. I'm not asking about the meal.  I'm asking
14      about the form.
15   A. Right.
16   Q. So your grievance in 2016 says Rojas did not
17      provide the form to you?
18   A. I guess.  It's in there.  It's somewhere in
19      there.  I told them in there that he's not
20      issuing the form which he's supposed to.
21      It's in the grievance.
22   Q. And when in 2016 did you file that
23      grievance?
24   A. April, I think it's 16, is the grievance?
```

134

```
 1      What is it, April 16 or April 14, I believe.
 2   Q. So April of 2016?
 3   A. Yeah.
 4   Q. Is that what you're saying?
 5   A. Yes, April 16 or 14, one of them.
 6   Q. Of 2016?
 7   A. 2016.
 8   Q. Okay.  And when was Lent in 2016?
 9   A. It was still in effect, if that's what
10      you're asking.  It's accounted there, which
11      I pointed out in there.
12           And I let it be known Lent is
13      still going on as I'm doing this right now.
14      So, man, this could stop right now, but they
15      chose not to stop it.
16   Q. Okay.  And then in 2017 did you get a form,
17      DOC --
18   A. No, they did not give us a form --
19   Q. Did you file a grievance in 2017?
20   A. No, because I've already filed it and it's
21      ongoing, so there was no need to --
22   Q. Was there a response to the grievance that
23      you filed in 2016?
24   A. Yes.
```

135

```
 1   Q. What was the response?
 2   A. You have it right there.
 3   Q. What was it?  What's your understanding?
 4   A. Everybody was shut down by the counselor,
 5      the grievance officer, the warden, ARB
 6      Board, and Melissa Phoenix, and the
 7      director.
 8   Q. When was the decision made on that
 9      grievance?
10   A. It's all in there.
11   Q. What year was it?
12   A. That was in 2016, '17.  It's in there.
13   Q. Okay.
14   A. That's -- it's in Exhibit T.  One signed off
15      on the 4th and one signed off on the 5th.  I
16      believe Melissa Phoenix signed off on -- no,
17      I'm thinking -- I'm thinking -- that was
18      Gans and Dorethy, that was on the 4th and
19      the 5th.  And Gans -- I mean, Phoenix and
20      Baldwin signed off right after one another
21      as well.  But that's Exhibit Q of the
22      original grievance.
23   Q. Sorry, so you filed a grievance on April 14,
24      2016.
```

136

```
 1   A. Yeah, '16.  And they signed off on it -- it
 2      ended -- it left Springfield -- Exhibit Q,
 3      it should have the date on there.
 4   Q. I'm going to show you a set of documents.
 5      Is this the grievance that you had filed?
 6   A. Yes, this is the grievance.
 7   Q. Is that the entire grievance?
 8   A. With the attachments, the supplemental
 9      attachments on Frost and Gans -- I mean not
10      Frost and Gans, but Rojas and Frost.
11   Q. Is there anything missing from that
12      grievance that I provided you?
13   A. This is it all the way from -- all the way
14      up to H from -- only thing that's missing
15      from here at the beginning of the grievance
16      is A through -- A, B, C, D is not here.
17   Q. Did you include that in the Complaint?
18   A. All that's attached is exhibits.  A, B, C,
19      and D is all exhibits.  It goes to -- that
20      goes -- that coincides with the grievance,
21      goes with the grievance.
22   Q. Were they filed as part of the grievance?
23   A. Yes.
24   Q. Okay.  So are these what you're talking
```

**137**

1  about?
2  **A.** Yes, these are all the affidavits.
3  **Q.** Okay. So of all of this, and I'm going to
4  give you this too (indicating).
5  **A.** Except P. P and Q is not here.
6  **Q.** Do you have a P and Q?
7  **A.** P, Q, and R is not there. Because R is when
8  I saw that counsel from Loevy & Loevy,
9  that's R. Q is Baldwin and Mrs. Phoenix
10  denial of the grievance. And P is Dorethy's
11  showing that --
12  **Q.** The only thing I'm asking right now, if you
13  could identify from these exhibits that are
14  in front of you what were the grievances
15  that you filed. I don't want to know what
16  the response was, just what you filed.
17  **A.** Everything is intact right here up until P,
18  Q, and R.
19  **Q.** So like this was something that you filed or
20  something that they presented to you
21  afterwards (indicating).
22  **A.** No, this is what Rojas sent to me and I used
23  that as an exhibit in part of my grievance.
24  **Q.** So this entire packet is something that you

**138**

1  filed?
2  **A.** Yes.
3  **Q.** Including from the front page?
4  **A.** Yes.
5  **Q.** Exhibit A?
6  **A.** Yeah, this is all --
7  **Q.** Was this in the grievance?
8  **A.** Yes.
9  **Q.** Okay. So what you're saying is the exhibits
10  that you --
11  **A.** All that's a part of the grievance. It's
12  been filed and gone all the way through the
13  institution all the way up to Springfield
14  and now is in the U.S. District Court of
15  Springfield.
16  **Q.** Okay. So all the exhibits that were filed
17  with the Complaint are part of the grievance
18  packet?
19  **A.** Yes.
20  **Q.** Okay. And I'm going to mark them as --
21  **A.** Only ones missing out of there, like I say,
22  is P, Q, and R.
23
24

**139**

1  (Deposition Group Exhibit A so
2  marked for identification)
3
4  BY MR. AHMAD:
5  **Q.** Show us in that exhibit where you requested
6  specifically form DOC0388.
7  **A.** I got in here when I told -- I was letting
8  him know that Rojas has not issued that.
9  But I don't use the number as on that page
10  as what you stated, because I didn't know
11  the number. Right here where I got #10,
12  paragraph 10. I said, "Chaplain Rojas
13  without a doubt is supposed to prepare
14  Catholic Lent alternative list to Dietary
15  Department."
16  **Q.** And that's #10 on what is marked page 21 of
17  27 in the packet.
18  **A.** This is page -- page 5, paragraph 10,
19  "Chaplain Rojas without a doubt is supposed
20  to prepare Catholic Lent alternative list to
21  Dietary Department personnel. However,
22  chooses not to do so which not only leaves
23  Dietary Department personnel from preparing
24  how much food to prepare for this service

**140**

1  meal, but also deprives Catholic from our
2  Friday Lent meals."
3  **Q.** Okay. And just for identification, this is
4  Document No. 1-1, page 21 of 27; is that
5  correct?
6  **A.** That's what it states at the top. 1 of 1,
7  pages 21 of 27. And on the grievance page
8  is listed on page 5.
9  **Q.** Okay.
10  **A.** Of the original filing of the grievance.
11  **Q.** Is that it or is there anywhere else that --
12  **A.** I kind of figured I could go right to it.
13  I'm quite sure it's probably somewhere else
14  in here. It's pointed out, if that's what
15  you're trying to say. It's all throughout
16  here. In you want to take the time out, we
17  can go further.
18        Well, I tell in here, I say on
19  paragraph 5, page 4 of the original
20  grievance, I say, "Catholic inmates here at
21  Henry Hill Correctional Center for numerous
22  years have been deprived of alternative
23  during Lent which starts Ash Wednesday and
24  concludes on Easter Sunday which prohibits

141

```
1      all Catholics from consuming products on
2      Friday."
3                But that's the wrong -- then I
4      go on.  Then it just -- dietary personnel --
5      which is 6, "Dietary Department personnel
6      here at Henry Hill Correctional Center
7      refuses to accommodate the necessary
8      alternative meals such as fish due to
9      they're left at a disadvantage for Chaplain
10     Rojas refuses to supply Dietary Department
11     with an approved list Lent for Catholic
12     participants," right here on page 5,
13     paragraph 6 at the top.
14 Q.  Okay.  Is this Document No. 1-1, page 21 of
15     27?
16 A.  I can't read it upside down.
17 Q.  Is that correct?
18 A.  It says 1 of 1, pages 21 of 27.  And on the
19     original grievance page 5, paragraph  number
20     6.
21 Q.  Okay.
22 A.  "Refuses to supply Dietary Department with
23     an approved Lent list for Catholic
24     participants."
```

142

```
1  Q.  Okay.  Is there anywhere else that you
2      believe that the grievance requested that
3      form DOC0388 be provided to you?
4  A.  Here we go again.  Paragraph 12 of the same
5      page, "I was only asking Chaplain Rojas why
6      was it he refuses to make out a Catholic
7      Lent list and why is it that other religious
8      groups receive what they're entitled to,
9      plus receive celebratory feasts after each
10     one of their traditional religious periods,
11     but not Catholics.  Chaplain Rojas stated
12     Catholics can have celebratory feasts but
13     it's up to the deacon to address such issue
14     and not myself."
15               That's on page 5 and  6, paragraph
16     12.
17 Q.  So the same page and the following page?
18 A.  Yeah, on 1 of 1, pages 22 of 27 on that one.
19 Q.  Okay.  Anywhere else?
20 A.  No, that's.  .  .
21 Q.  That's it?
22 A.  That should be enough right there.  Showing
23     that he's not doing what he's supposed to
24     do.  It's a simple procedure if he
```

143

```
1      circulates the forms, we can fill them out
2      and get them back to him and we'll take it
3      from there to see if the warden -- and she
4      say she relinquish those duties to her
5      assistant warden so someone can see to it
6      that we be accommodated.
7  Q.  Did you file any other grievances --
8  A.  Just --
9  Q.  So this is the --
10 A.  That's the only grievance.
11         MR. AHMAD:   I don't think I have
12     anything further.
13         MR. ANKNEY:   Okay.  I have a few
14     things.
15
16 FURTHER EXAMINATION BY MR. ANKNEY:
17 Q.  I'm going to back to probably the very
18     beginning of this deposition because I can't
19     remember what you specifically said.  But I
20     don't know if you recall, you previously
21     talked about during the discussion about the
22     religious diet for Lent, that one of the
23     deacons said that you were exempt.  Do you
24     recall that?
```

144

```
1  A.  Yes.
2  Q.  What did you mean by that?
3  A.  Well, in my production of documents and
4      request for production of documents I think
5      it was Deacon -- well, not I don't think.
6      It was both.  It was Deacon Joe Lahood and
7      Deacon Robert Rodriguez stated that
8      Catholics are exempt from receiving non-meat
9      religious meals, which I know that's a lie
10     because the Illinois Department of
11     Corrections administrative directive state
12     that you are to be accommodated if you're
13     Catholic, and they tell you what you're
14     supposed to be accommodated with, which is
15     Exhibit H which is in there.
16 Q.  And I assume they meant while incarcerated
17     that the Catholics are exempt from non-meat?
18 A.  There's no such thing though.  Like I said,
19     only one that can exempt such a thing is
20     God, and he hasn't done that.
21               No sitting pope, archbishop,
22     cardinal, priest, or deacon has the
23     authority, nor the right, to speak for
24     another practicing Catholic as how you
```

**145**

1    choose to practice your religion. And they
2    know we are all supposed to abstain from all
3    meat products during Ash Wednesday and all
4    Fridays of the year.
5  Q.  Okay. I think you said that God has never
6    said that you're exempt from the rule that
7    you can't eat meat on Fridays during Lent?
8  A.  If so, produce the document where it states
9    that.
10  Q.  I guess how would we know that?
11  A.  Well, you know, the Catholics know that.
12  Q.  Like so the pope could say --
13  A.  No, the pope can't say it.
14  Q.  The pope wouldn't be able to make that --
15  A.  No, that's why I say -- I just sent that to
16    your office and Mr. Ahmad's office
17    yesterday. I filed that yesterday.
18  Q.  If the pope said --
19  A.  The pope can't say.
20  Q.  Why?
21  A.  Because that's their -- that's the freedom
22    of the right to practice how you want to
23    practice. But that's one of the rights that
24    all Catholics are given that we must follow.

**146**

1    We are not supposed to eat that. Now,
2    like --
3  Q.  Who makes that determination?
4  A.  Listen, you, you make that -- well, that
5    goes back before my time. But anyway, it's
6    an article that I submitted along with that
7    grievance that Mr. Ahmad was just speaking
8    of, and that was a letter that Cardinal
9    Blase out of Chicago out of the Holy Name
10    Cathedral gave a dispensation to all the
11    Irish Catholics because it coincide with --
12    it conflict -- I'm not gonna say -- it
13    conflicted with St. Patrick's Day.
14    And from my understanding being
15    Catholic is that the Irish, even though I
16    have an Irish name, O'Neal, that they're
17    supposed to consume and -- corn beef and
18    cabbage during St. Patrick Day.
19    Just so happened that year St.
20    Patrick's Day fell during the time of Lent.
21    So he was caught between a rock and a hard
22    place saying, well, do we break from
23    abstaining from meat, or do we follow the
24    Irish tradition and have our corned beef and

**147**

1    cabbage.
2    So he stated I'm going to give a
3    dispensation, so I'm going to let the
4    Catholics that choose to, it's your choice,
5    because you have the freedom of the right to
6    choose how you choose to practice, if you
7    want to indulge in meat, you can consume
8    meat for the St. Patrick holiday if you are
9    Irish, but do so in moderation.
10    However, Pope -- not Pope, Bishop
11    Paprocki out of Springfield, he oversees 28
12    county -- he oversees 28 parishes in central
13    Illinois told us regardless of what Cardinal
14    Blase stated in that article you got, do not
15    break your practice and indulge in meat,
16    because we are supposed to abstain from
17    meat, so don't listen to that.
18    So if you're Irish and you want to
19    do so, do so. If you want to have meat,
20    you're gonna be pardoned or forgiven for
21    that. But those that are not Irish, we
22    know -- even Irish know we weren't supposed
23    to indulge in that.
24    And 28 counties that Paprocki

**148**

1    oversees, that being one of the 28 counties,
2    Knox County, which I reside here
3    incarcerated, I know first and foremost that
4    we weren't supposed to follow that, and we
5    didn't.
6  Q.  Okay. Since you were returned to the list
7    to partake in Cursillo, you haven't been
8    removed from that list?
9  A.  Say that again.
10  Q.  Since you were returned to the list to
11    participate in Cursillo --
12  A.  Oh, no, they won't take me out of there for
13    nothin'.
14  Q.  So you've been in Cursillo consistently --
15  A.  Yeah, they won't take me outta there for
16    nothin'. As a matter of fact, they made
17    sure I'm one of the ones that attend.
18  Q.  Okay. Rojas is no longer --
19  A.  No.
20  Q.  -- the chaplain at Hill, correct?
21  A.  Norman Reece is. She's the head chaplain.
22  Q.  You said between 2005 and 2017 you were
23    denied a special dietary for Lent, correct?
24  A.  I was denied since being in Hill

149

1  Correctional Center since 2005 up until now.
2  Q.  Okay.  So, for instance, 2005 when Lent was
3  occurring and you were denied a tray on
4  Friday that was specifically meatless, when
5  did you realize that your rights were being
6  violated?
7  A.  I done told you, I didn't realize that until
8  2016 when I was complaining -- me and a
9  couple more Catholics was complainin', and
10  it was an older gentleman sayin', "Man,
11  that's the problem right there because you
12  guys are always talking amongst yourselves
13  and you're not gettin' nothin' done, and
14  until you put something on paper, nothing is
15  going to be done about it.  That's why you
16  haven't been given it."
17  He said, "Do you know that you
18  need to be up in the law library because
19  what Chaplain Rojas is doing, he's violatin'
20  the constitution, because if you go to the
21  law library and pull some cases, you'll see
22  he's been discriminatin' against you guys
23  for years."
24  And I didn't know nothin' about

150

1  it.  And when I finally went up there and I
2  got to readin', I'm like, wow, you know,
3  this is what's been goin' on, you know.
4  Q.  I guess my question was more about religious
5  rights.  So each time you didn't receive a
6  meatless meal on Friday, at the time you
7  didn't receive it, you realized your
8  religious rights were being violated,
9  correct?
10  A.  Yes.
11  Q.  What damages are you seeking against
12  Stephanie Dorethy in this case?
13  A.  It's in the Complaint.  Compensatory and
14  punitive damages in the Complaint.  At the
15  end of the Complaint.
16  Q.  And what are you seeking compensatory
17  damages for?
18  A.  It's in the Complaint.
19  Q.  No, I mean -- okay.  So in the Complaint it
20  looks like you say page 12 of 13 under
21  Section B, Compensatory Damages.
22  A.  Yes.
23  Q.  So is that the compensatory damages that
24  you're seeking?

151

1  A.  Right.  And punitive damages.
2  Q.  Sure.  How did you come to these numbers for
3  compensatory damages?
4  A.  Throughout the years and all of the
5  distress -- well, I won't say distress, but
6  throughout all the years, that's what
7  brought me to that number.
8  Q.  So it's -- when you say "distress" what do
9  you mean by "distress"?
10  A.  No, I just -- not distress.  I'm not
11  focusing on no distress.  Throughout all the
12  years, that's how I came up with that
13  amount.
14  Q.  I don't understand.  What do you mean?
15  A.  For them not feeding us.
16  Q.  Okay.
17  A.  You know.  That's how I come to the
18  conclusion.  That's how I wanted to set the
19  bar at.
20  I don't even know why the Catholic
21  Church is still here, because I tried to
22  settle with the Catholic Church.
23  Q.  How did you come to these numbers for
24  punitive damages?

152

1  A.  Say that again.
2  Q.  For punitive damages how did you come at the
3  number you listed?
4  A.  Same reason as I give for compensatory.
5  Q.  I think you previously said that you talked
6  to Freddie Britton about receiving a vegan
7  meal, correct?
8  A.  Yes.
9  Q.  He can't approve a special diet tray,
10  correct?
11  A.  But see, he could break it.  Even though he
12  can't approve it, it's still his department
13  as to should I or shouldn't I, meaning
14  should I give him the list (sic), because I
15  do see this on his -- back of his I.D. he is
16  Catholic, should I give this meal to him,
17  you see what I'm sayin'?
18  He can break -- even though Rojas
19  chose not to send him a form, he could go
20  off of that right there and give us, because
21  there's -- as I stated earlier, there's
22  kosher meals provided in that Dietary on a
23  daily basis, lactose, and vegan.
24  And at the end of the day there's

153

1  a lot of that stuff that's cooked and they
2  don't even serve it because some guys that's
3  on those lists, no matter what denomination
4  they're in, they don't even come because
5  they got food in their box, so they don't
6  have to go to the chow hall.  So they might
7  decide to skip their kosher or lactose or
8  vegan or whatever.  So there's leftovers,
9  whatnot.
10            So it was in his power to lay back
11 and say, "Well, you know what, there is some
12 food back here; I can give this gentleman a
13 vegan tray."
14 Q.  So you wanted Freddie Britton to give you a
15     vegan tray even though you weren't on a list
16     for a vegan tray?
17 A.  There was no list, right.
18 Q.  Okay.
19 A.  Not that I know of, because he said, you
20     know, until Rojas sends one over, no one's
21     getting anything.
22 Q.  When did you talk to him about -- oh, I
23     think you said you talked to him about it in
24     2016 during Lent; is that correct?

154

1  A.  I talked -- yes.
2  Q.  If this case were to go to trial, who would
3      you call as witnesses?
4  A.  Well, you already know that because we had a
5      conference call on that.  John Lovell
6      (phonetic) is one of the witnesses, and I
7      have a few more.  Because see, there's more
8      Catholics that are under grievances right
9      now and have -- getting ready to file
10     lawsuits pertaining to this same issue, but
11     only they've been fed too that's gone over
12     just through Freddie B., but there's
13     another -- which you don't represent them as
14     of yet.
15            A guy by the name of Steward
16     (phonetic), he's another one over there that
17     turns guys away, you know.  So there's quite
18     a few guys that will be called that are
19     Catholics that submitted affidavits that
20     haven't been fed too that's gone over there
21     and have been turned down by more than just
22     Freddie Britton.
23 Q.  Has any medical professional ever told you
24     that you suffered some sort of injury or

155

1  harm as a result of not having your meatless
2  meals on Friday?
3  A.  No.
4            MR. ANKNEY:  I think that's all I
5  have.
6            MR. AHMAD:  I think I might have a
7  couple more questions for you.
8
9  FURTHER EXAMINATION BY MR. AHMAD:
10 Q.  From what I understand your concern with
11     Rodriguez or Lahood and the Catholic Church
12     is really their failure to act; is that
13     correct?
14 A.  Yes.
15 Q.  Not -- they were not discriminating against
16     you because you were Catholic?
17 A.  No, because they're Catholic too.  That's
18     why I told them when I was talking with
19     Mr. Uphoff or something like that, I told
20     him at the end of the day I too am Catholic,
21     so maybe we can come to a meeting of the
22     minds where we can put this behind us.
23     Because I honestly believe, like I say, with
24     the Jewish denomination, they see to it that

156

1  their parishioners be fed.
2            So I was thinking, you know,
3  moving forward that should be one of the
4  things that the Catholic Church should do,
5  because I honestly believe if they let the
6  Catholic Church feed the Catholic
7  parishioners of Henry Hill Correctional
8  Center, they'll do so.  But if they don't
9  have the consent to bring us anything in
10 during that time, we won't -- we'll continue
11 to get nothing.
12 Q.  Sure.  So aside from the Catholic Church
13     stepping in and working with the state to
14     provide the meals for you, going back to the
15     issue at hand, essentially your claim is
16     that the Catholic Church failed to intervene
17     by --
18 A.  Staying silent.
19 Q.  They stayed silent?
20 A.  Right.  Staying silent.  And they knew
21     firsthand of what was going on throughout
22     all these years and could have -- I think
23     they could have done more.
24 Q.  Okay.  And it wasn't an issue of the

157

1  Catholic Church working with the Department
2  of Corrections to deprive you?
3  **A.**  That's what it seemed to me.
4  **Q.**  So it seems to you that it's more of they
5  stayed silent?
6  **A.**  That they were working with them because
7  they done nothin' to stop it.
8  **Q.**  How were they working with them?
9  **A.**  Well, like I say, you know, they could --
10  they could have taken this on very easily to
11  speak to Warden Dorethy, and they never told
12  Dorethy filing the grievance, hey, our
13  parishioners are constantly telling us that
14  other religions are being fed, they're given
15  feasts, and they're not being honored, why
16  is this, can we put a stop to this.
17  **Q.**  So the problem is they didn't speak up for
18  you?
19  **A.**  Right.
20  **Q.**  Not they actually went and said, hey,
21  they're Catholics --
22  **A.**  No, no, they wouldn't do that, because
23  they're Catholic too.
24  **Q.**  Okay.  Just wanted clarification.

158

1  Is there anything that you feel is
2  important for us to know and that you will
3  use at trial that we haven't asked you
4  about?
5  **A.**  All I said, other than -- other than --
6  other than -- like I said, I guess moving
7  forward -- because see, we have a new
8  director too now that they got rid of that
9  Baldwin, right?  And he's a more of a
10  reformed individual.  I was reading up about
11  him, how he -- he was personally sent here
12  from Washington to clean up the Illinois
13  Department of Corrections.  And he's had
14  some success in the prison systems in Ohio.
15  And since he's been director in
16  this last probably last two months or month
17  and a half or so, you see this place
18  starting to change more because you're not
19  locked up all day.  He's putting it to where
20  you can get into school, start letting the
21  guys get their good time.  You know, it's
22  all about, you know, getting back on track,
23  doing the right thing.  So I think he's
24  doing the right thing as far as getting this

159

1  place in tip-tip shape.
2  And I only thinking that maybe the
3  Catholic Church should sit down with the
4  director to see how they can help better get
5  an understanding as to things, like I said,
6  like this -- you know, we don't have to be
7  going through -- this is -- to be truthful,
8  this is senseless talking about a fish
9  sandwich, but that's where we're at with it.
10  **Q.**  Right.
11  **A.**  Because that's too many people, because
12  someone should have stopped it.
13  **Q.**  Okay.
14  **A.**  Seems like no one cared.
15  MR. ANKNEY:   I've got one real quick.
16
17  **FURTHER EXAMINATION BY MR. ANKNEY:**
18  **Q.**  Do you know when Lent is in 2020?
19  **A.**  Yes.  I hate that I didn't bring that
20  calendar with me too because -- to answer
21  your question, you said you haven't got my
22  e-file, and neither did you, that I filed
23  yesterday, it got sent out yesterday.  And
24  in there is the calendar, because your

160

1  client -- no, your client (indicating),
2  because the two law firms.  Your client,
3  Lahood and Rodriguez, stated in there --
4  because I wanted to know didn't you ever
5  have a conversation with Rojas as to
6  advocating for the Catholic parishioners.
7  And they said we don't advocate on behalf of
8  the Catholic parishioners because you're
9  exempt.
10  So I asked them another question ,
11  which, like I say, you haven't answered
12  those interrogatories either.  I stated in
13  there, I said, "Well, at any time have you
14  ever spoken to Rojas personally for us being
15  provided a Lent meal?"
16  And he gave us that at least.  He
17  said, "Yes, I spoke to Chaplain Rojas about
18  you guys' Lent meal."
19  So I'm which one is it, you
20  advocated for us or you don't, because you
21  just stated in one of the interrogatories
22  you don't advocate for us, but in another
23  you stated, yes, I sat down and I spoke to
24  Rojas about your Lent meal.

161

1    You see what I'm saying?
2    So back to the question that you
3    were stating in that calendar, because they
4    say -- so I say, well, okay, how is the
5    prison put on notice what they're supposed
6    to do when Lent comes?  This is coming from
7    the Catholic standpoint because I know how
8    the Illinois Department of Corrections deals
9    with that, because it's in the
10    administrative directives.  They know what
11    we get, how much we're supposed to get, and
12    when we're supposed to get it.
13    But I wanted to find out from the
14    Catholic Church how do you advise the prison
15    when Lent is coming, or do you advise the
16    prison when Lent is coming.  They said, no,
17    the only thing that we do with Catholic
18    prisons pertaining to the Catholic inmates
19    is I consult with Chaplain Rojas through
20    e-mails and my yearly calendar.
21    So you're the one that brought
22    that up out your mouth.  So I said I want to
23    see your calendar, you see what I'm sayin'?
24    And your clients refused to turn over

163

1    you.
2  Q.  Well, I was asking you if you knew when
3    Easter was next year, because I wanted to
4    know if you had submitted a request --
5  A.  You keep saying -- we don't submit requests.
6    We can't do that.
7  Q.  Okay.
8  A.  The requests must be sent to us, because
9    they have a list of who's all Catholic.
10  Q.  Okay.
11  A.  So if they don't know of you being Catholic,
12    you not gonna receive a form, a request
13    slip.  You don't write Chaplain Rojas or the
14    new Chaplain Reece and state, "Well, hey, I
15    want to be on this."
16    They send that to you if they
17    choose to send it to you.
18  Q.  Okay.
19  A.  That haven't come yet, so I don't know if
20    Norman Reece is going to circulate them in
21    2020, because that hasn't come yet.
22  Q.  I see.  So you believe that the chaplains
23    are supposed to, without you asking for one,
24    send you a religious diet form for Lent?

162

1    through the production of documents the
2    yearly calendar.
3    Well, I was just cleaning out my
4    box within the last week, and when I went
5    through there, I couldn't believe what I
6    found, and that's what you're getting ready
7    to see because you say you haven't seen it
8    already, I got the yearly calendar.
9    So I say, well, okay, this is what
10    the attorneys don't want the U.S. District
11    Court to see.  Well, I have a copy of the
12    yearly calendar.  And it goes back to your
13    question which brought me to this.  When
14    it's Easter, it states from that yearly
15    calendar from 2019, it's called a Festival
16    Letter 2019.  And it goes for everything
17    that Catholics celebrate, when we celebrate
18    it, what we're celebrating for every month
19    of that year, and it goes into 2020.  And it
20    also goes into Easter where you were just
21    saying.
22    So you have a copy of that when
23    you get back to your office, because I
24    e-mailed that to you.  I e-filed that to

164

1  A.  Yeah, administrative directives explain
2    that.
3    MR. ANKNEY:  Okay.  All right.  I
4    don't have anything else.
5    MR. AHMAD:  Nothing further.
6
7    FURTHER DEPONENT SAITH NOT.
8    SIGNATURE WAIVED.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

165

STATE OF ILLINOIS  )
                   )
COUNTY OF KNOX     )


          C E R T I F I C A T E

    I, Amy S. Powers, CSR, RPR, a Notary Public

duly commissioned and qualified in the State of

Illinois, DO HEREBY CERTIFY that pursuant to

notice there came before me on the 21st day of

November 2019, at Henry Hill Correctional Center,

in the City of Galesburg, County of Knox, and

State of Illinois, the following named person, to

wit:


               AARON O'NEAL,


who was by me first duly sworn to testify to the

truth and nothing but the truth of his knowledge

touching and concerning the matters in

controversy in this cause and that he was

thereupon carefully examined upon his oath and

his examination immediately reduced to shorthand

by means of stenotype by me.

    I ALSO CERTIFY that the deposition is a true

record of the testimony given by the witness and

---

166

that the necessity of calling the court reporter

at time of trial for the purpose of

authenticating said transcript was also waived.

    I FURTHER CERTIFY THAT I am neither attorney

or counsel for, nor related to or employed by,

any of the parties to the action in which this

deposition is taken, and further, that I am not a

relative or employee of any attorney or counsel

employed by the parties hereto, or financially

interested in the action.

    IN WITNESS WHEREOF, I have hereunto set my

hand and affixed my notarial seal at Galesburg,

Illinois, this 1st day of December 2019.




                    _____
                    AMY S. POWERS
                    Certified Shorthand
                    Reporter

MR. AHMAD: **[17]**  4/24 5/3
5/12 5/18 5/21 6/8 7/3 7/13
7/16 7/19 7/23 8/4 47/13
123/8 143/11 155/6 164/5
MR. ANKNEY: **[8]**  47/15 123/6
129/21 130/14 143/13 155/4
159/15 164/3
MR. O'NEAL: **[1]**  4/6
THE WITNESS: **[13]**  5/2 5/11
5/15 5/20 6/7 6/22 7/12 7/15
7/18 7/22 8/2 130/1 130/16

**$**

**$6 [1]**  113/16
**$9 [1]**  113/19

**'**

**'05 [1]**  37/11
**'16 [2]**  128/21 136/1
**'17 [1]**  135/12
**'18 [3]**  23/14 91/9 91/10
**'74 [1]**  107/14
**'76 [1]**  107/15
**'Catholic' [1]**  96/7
**'til [3]**  9/4 22/5 22/15

**-**

**-vs [1]**  1/5

**0**

**003053 [1]**  2/2
**038540 [1]**  2/2
**084-003053 [1]**  2/2

**1**

**1-1 [2]**  140/4 141/14
**1/2 [2]**  8/13 31/22
**10 [4]**  139/11 139/12 139/16
 139/18
**10 percent [1]**  60/19
**11 [2]**  73/4 73/11
**12 [3]**  142/4 142/16 150/20
**123 [2]**  3/4 3/4
**13 [1]**  150/20
**139 [1]**  3/9
**14 [5]**  8/13 31/22 134/1 134/5
 135/23
**143 [2]**  3/4 3/5
**155 [2]**  3/5 3/5
**159 [2]**  3/5 3/6
**16 [3]**  133/24 134/1 134/5
**164 [1]**  3/6
**165 [1]**  3/6
**166 [1]**  3/6
**1726 [1]**  106/22
**18 [1]**  4/18
**18-CV-4063-SEM-TSH [1]**  1/5
**1st [1]**  166/13

**2**

**20 [2]**  4/19 129/18
**2005 [11]**  9/4 11/2 22/4 26/6
 70/1 70/3 126/1 131/12 148/22
 149/1 149/2
**2012 [1]**  35/7
**2016 [25]**  35/9 37/18 37/19
 37/22 70/11 71/14 83/18
 128/24 131/11 131/12 131/20
 132/13 132/20 132/22 133/16
133/22 134/2 134/6 134/7
134/9 134/23 153/9 135/20
149/8 153/24
**2017 [5]**  125/19 125/20 134/16
 134/19 148/22
**2018 [19]**  10/19 11/3 11/7
 11/15 13/13 13/16 17/13 17/14
 19/17 23/11 23/17 23/18 25/2
 25/16 25/19 26/3 43/9 66/4
 125/6
**2019 [30]**  2/4 4/19 4/19 4/20
 13/15 13/17 13/18 13/21 13/23
 14/20 14/22 15/18 16/11 16/12
 16/13 16/16 16/19 22/5 22/10
 23/6 23/8 24/7 24/20 86/8
 87/15 87/19 162/15 162/16
 165/9 166/13
**2020 [5]**  121/10 121/15 159/18
 162/19 163/21
**21 [5]**  139/16 140/4 140/7
 141/14 141/18
**21st [2]**  2/3 165/8
**22 [1]**  142/18
**27 [6]**  139/17 140/4 140/7
 141/15 141/18 142/18
**28 [4]**  147/11 147/12 147/24
 148/1

**3**

**30 [1]**  129/18
**300 [1]**  2/19
**309 [1]**  1/23
**3376 [1]**  1/23
**343-3376 [1]**  1/23

**4**

**45 [1]**  9/22
**47 [2]**  3/3 3/4
**4th and [2]**  135/15 135/18

**5**

**5 pounds [2]**  64/13 65/4
**500 [1]**  2/14
**5th [3]**  92/20 135/15 135/19

**6**

**600 [2]**  2/5 2/11
**61401 [1]**  2/11
**61402 [1]**  1/23
**61602 [1]**  2/19
**62706 [1]**  2/14
**643 [1]**  1/22

**9**

**90 percent [3]**  60/3 60/17
 60/18
**95 [1]**  126/3
**95 percent [4]**  60/5 60/7
 125/1 125/22
**9:00 in [1]**  85/20
**9:24 [1]**  2/4

**A**

**a.m [1]**  2/5
**AARON [9]**  1/3 1/7 2/1 2/10
 3/3 4/2 5/15 127/20 165/14
**abbreviated [1]**  109/17
**ability [2]**  8/1 8/3
**able [21]**  7/24 16/12 16/16
 22/12 22/21 38/17 59/12 59/19
60/8 60/16 61/1 62/7 62/24
67/10 80/24 81/4 83/3 83/7
83/22 124/6 145/14
**about [98]**  5/7 13/17 15/13
 20/6 26/14 26/17 27/1 27/16
 31/5 31/16 34/8 35/9 36/14
 36/17 37/13 37/14 37/15 43/18
 45/10 53/3 53/17 53/19 54/1
 54/1 55/1 56/16 60/7 64/3
 65/6 65/17 67/9 67/20 67/24
 69/14 69/20 70/2 70/15 70/20
 71/9 73/14 77/11 81/4 81/6
 81/8 81/10 81/24 91/15 91/17
 92/6 92/17 94/3 98/23 99/23
 99/24 105/7 108/14 111/22
 113/4 113/6 113/22 117/6
 117/14 117/19 118/2 118/6
 118/8 118/12 119/23 120/5
 120/7 120/12 121/2 121/6
 121/19 122/13 124/5 125/6
 125/19 126/6 126/17 128/18
 133/13 133/14 137/1 143/21
 143/21 149/15 149/24 150/4
 152/6 153/22 153/23 158/4
 158/10 158/22 159/8 160/17
 160/24
**abstain [3]**  58/15 145/2
 147/16
**abstaining [1]**  146/23
**access [3]**  11/18 11/19 51/10
**accommodate [2]**  25/5 141/7
**accommodated [8]**  104/16
 104/17 115/3 124/16 126/23
 143/6 144/12 144/14
**accommodating [2]**  75/1 133/10
**accommodation [3]**  12/7 29/9
 29/22
**accommodations [3]**  30/10 95/1
 124/14
**account [1]**  114/17
**accounted [1]**  134/10
**act [2]**  123/18 155/12
**acting [7]**  45/14 45/16 45/19
 45/19 45/23 46/2 90/1
**action [2]**  166/6 166/10
**actions [6]**  119/20 119/24
 120/4 120/6 120/9 120/10
**actually [14]**  13/12 32/21
 38/4 53/3 58/21 83/7 85/10
 88/2 92/9 92/16 112/1 116/17
 119/2 157/20
**add [2]**  5/1 50/20
**addition [1]**  94/8
**additional [1]**  94/16
**address [2]**  106/22 142/13
**addressed [3]**  110/8 116/22
 118/1
**adjoining [1]**  10/6
**administration [2]**  33/14
 33/15
**administrative [12]**  25/13
 28/20 29/2 33/22 39/7 108/24
 109/20 109/22 111/18 144/11
 161/10 164/1
**administrator [3]**  12/2 12/20
 26/9
**administrators [1]**  73/22
**admission [1]**  49/21
**admissions [1]**  4/17
**advance [1]**  11/4

**A**

advise [2]  161/14 161/15
advised [2]  123/19 123/21
advising [1]  113/19
Advisory [11]  103/1 103/4
 103/10 103/12 104/8 104/9
 105/2 105/6 105/15 107/22
 117/21
advocate [7]  9/2 38/15 38/23
 39/21 41/1 160/7 160/22
advocated [1]  160/20
advocating [2]  39/19 160/6
affidavits [2]  137/2 154/19
affixed [1]  166/12
after [13]  27/20 28/15 34/24
 43/22 67/24 73/17 73/21 74/11
 114/20 115/8 117/18 135/20
 142/9
afterwards [1]  137/21
again [22]  10/2 17/13 18/7
 18/7 21/11 21/20 22/19 25/12
 32/24 40/7 42/23 46/18 50/9
 71/1 90/13 107/6 116/19
 128/21 128/22 142/4 148/9
 152/1
against [44]  8/8 14/19 38/8
 53/1 58/24 65/24 67/15 68/3
 69/14 76/21 88/13 88/19 90/7
 93/3 93/6 93/8 93/12 93/17
 93/21 94/5 94/18 94/19 95/10
 95/11 107/16 108/15 110/15
 112/7 113/11 118/16 119/4
 119/10 119/18 120/2 120/8
 120/13 120/24 121/20 121/21
 131/17 131/23 149/22 150/11
 155/15
ago [1]  113/14
agree [3]  87/15 116/11 116/12
agreement [1]  110/9
ahead [1]  31/10
AHMAD [10]  2/18 3/3 3/4 3/5
 8/7 123/10 131/1 139/4 146/7
 155/9
Ahmad's [1]  145/16
ain't [1]  84/6
all [75]  5/3 5/13 7/11 7/24
 9/21 18/10 19/11 20/14 23/14
 29/1 30/9 32/5 32/10 36/3
 44/22 48/2 51/2 52/19 53/24
 57/4 57/5 57/22 58/6 62/14
 67/20 68/1 68/5 68/20 72/7
 75/6 80/15 82/5 85/20 85/23
 86/23 87/2 113/11 114/1 114/1
 115/1 120/19 123/2 123/6
 124/2 124/14 131/24 135/10
 136/13 136/13 136/18 136/19
 137/2 137/3 138/6 138/11
 138/12 138/13 138/16 140/15
 141/1 145/2 145/2 145/3
 145/24 146/10 151/4 151/6
 151/11 155/4 156/22 158/5
 158/19 158/22 163/9 164/3
allegations [1]  67/1
alleging [1]  99/16
Allen [1]  2/18
allow [1]  83/12
allowed [16]  51/14 52/21 53/7
 74/14 74/16 76/3 76/16 76/20
 76/22 80/10 80/20 81/6 82/17
 82/20 83/1 118/12

alone [2]  66/2 89/23
along [3]  17/5 107/24 149/6
already [8]  46/6 54/8 66/4
 99/6 118/1 134/20 154/4 162/8
also [11]  4/8 7/5 53/3 60/11
 81/17 82/13 114/2 140/1
 162/20 165/23 166/3
alternative [5]  115/3 139/14
 139/20 140/22 141/8
although [1]  4/9
always [17]  9/6 10/15 32/14
 34/19 35/19 37/11 57/6 57/9
 57/13 57/14 81/9 81/22 85/5
 87/1 88/24 99/3 149/12
am [5]  21/6 61/15 155/20
 166/4 166/7
amend [4]  44/17 44/17 45/8
 67/6
amongst [1]  149/12
amount [4]  64/11 74/13 74/23
 151/13
Amy [3]  2/1 165/5 166/16
ANKNEY [10]  2/13 3/4 3/5 3/6
 4/12 5/6 26/13 47/20 143/16
 159/17
another [14]  18/14 49/6 49/18
 49/22 72/9 80/20 86/20 112/23
 135/20 144/24 154/13 154/16
 160/10 160/22
another -- I [1]  72/9
answer [30]  4/13 4/18 6/4
 7/14 7/24 18/20 21/7 21/8
 21/12 21/15 21/20 46/16 50/22
 65/11 71/11 81/2 93/23 93/24
 100/5 100/7 100/11 100/14
 100/21 101/2 101/4 101/5
 120/4 120/6 120/9 159/20
answered [9]  4/23 7/2 21/22
 21/24 22/7 46/6 82/5 93/22
 160/11
answering [2]  21/5 21/6
answers [2]  38/11 74/4
any [92]  6/20 7/6 7/16 7/20
 9/11 11/20 17/9 19/14 19/14
 19/14 20/6 20/21 21/16 21/21
 21/21 21/23 29/22 31/24 34/2
 34/5 34/6 40/2 41/5 42/9
 42/15 42/18 45/13 52/4 53/21
 58/2 59/2 61/2 61/20 64/18
 65/3 65/20 79/12 79/17 80/6
 80/23 82/6 82/7 83/1 83/15
 84/5 86/13 88/12 90/10 90/14
 91/5 92/8 92/16 92/17 93/11
 93/16 94/7 94/16 95/3 95/4
 99/1 100/5 100/7 100/11
 100/14 100/22 101/2 101/4
 101/5 101/21 102/17 105/4
 115/5 116/3 118/2 118/7
 118/15 119/9 119/16 120/1
 120/7 120/24 121/1 121/13
 122/1 122/11 123/24 124/21
 143/7 154/23 160/13 166/6
 166/8
anybody [4]  41/10 42/9 57/11
 118/11
anymore [2]  72/24 118/6
anyone [5]  9/10 9/13 78/16
 128/4 128/5
anything [46]  4/24 6/5 16/8
 19/15 20/18 26/11 26/17 27/8

31/8 35/22 36/17 42/13 42/18
 47/14 50/20 61/7 63/2
 66/11 66/19 86/12 87/23 88/2
 95/18 95/23 97/4 97/15 99/12
 99/13 100/20 103/5 105/7
 108/6 113/8 119/1 119/7 119/8
 126/9 126/11 129/20 136/11
 143/12 153/21 156/9 158/1
 164/4
anytime [2]  6/15 6/16
anyway [1]  146/5
anyways [2]  93/3 98/9
anywhere [3]  140/11 142/1
 142/19
apostrophe [1]  5/16
appeared [2]  83/4 83/5
appearing [1]  2/12
appears [1]  112/19
appointed [2]  16/4 16/5
appropriate [1]  15/18
approval [1]  127/13
approve [4]  56/15 126/24
 152/9 152/12
approved [8]  12/21 29/24 31/7
 69/7 79/15 124/15 141/11
 141/23
approves [1]  126/8
approving [3]  9/18 90/16
 91/13
approximately [3]  65/4 71/23
 107/13
April [6]  133/24 134/1 134/1
 134/2 134/5 135/23
April 14 [2]  134/1 135/23
April 16 [2]  134/1 134/5
ARB [1]  135/5
archbishop [1]  144/21
Archdiocese [2]  31/18 33/10
are [78]  4/9 7/5 7/13 7/16
 7/19 10/11 11/20 17/5 32/20
 38/13 39/13 39/19 39/23 47/1
 52/4 52/21 53/17 54/12 54/18
 58/1 63/4 64/4 64/4 67/3
 75/19 78/12 79/18 80/6 80/10
 80/21 84/14 85/9 88/19 89/8
 89/16 90/19 93/3 93/5 96/11
 97/10 98/12 99/16 102/9
 107/16 108/14 113/8 113/11
 120/24 121/9 124/14 124/19
 126/21 127/11 130/22 132/4
 132/4 132/6 136/24 137/2
 137/13 138/17 144/8 144/12
 144/17 145/2 145/24 146/1
 147/8 147/16 147/21 149/12
 150/11 150/16 154/8 154/18
 157/13 157/14 163/23
aren't [4]  17/8 53/7 119/7
 132/2
around [13]  13/11 59/5 59/8
 73/23 84/13 85/8 85/22 86/3
 86/14 87/13 90/4 98/2 125/14
arranging [1]  9/18
article [2]  146/6 147/14
as [116]  4/4 5/22 6/22 6/23
 8/10 11/3 12/5 16/13 16/14
 21/10 21/10 22/14 22/14 24/11
 25/18 26/10 26/10 26/11 26/11
 27/11 30/9 30/9 31/19 32/11
 32/12 34/21 41/7 41/7 45/16
 45/17 45/23 46/22 46/22 48/15

## A

**as... [82]** 49/15 50/4 50/4 50/5 50/12 52/1 53/4 59/9 61/3 61/16 61/16 61/20 62/6 63/20 65/20 66/8 66/12 66/19 67/21 68/2 69/11 69/17 70/6 70/12 70/24 71/6 73/8 73/18 76/7 78/17 79/11 79/15 80/22 82/3 82/3 82/8 82/8 85/16 85/16 88/4 88/12 91/1 95/22 96/22 97/5 101/17 101/17 102/14 105/11 107/18 107/20 108/2 108/23 109/7 113/14 116/9 116/21 119/2 119/2 119/4 119/4 131/18 134/13 135/21 136/22 137/23 138/20 139/9 139/10 141/8 144/24 148/16 152/4 152/13 152/21 154/3 154/13 155/1 158/24 158/24 159/5 160/5

**Ash [2]** 140/23 145/3

**aside [1]** 156/12

**ask [29]** 5/6 6/5 6/10 6/24 15/6 18/4 18/9 18/10 18/10 18/11 18/16 18/19 45/9 47/1 47/2 69/5 81/19 82/1 84/11 86/22 128/5 128/14 129/1 129/4 129/4 129/12 129/14 130/3 132/15

**asked [20]** 4/10 14/17 18/19 19/11 21/22 21/24 22/7 22/7 35/9 86/3 86/6 86/21 93/22 101/9 123/11 128/17 128/21 128/24 158/3 160/10

**askin' [1]** 98/13

**asking [23]** 4/15 14/5 14/20 19/4 20/6 20/11 20/13 20/21 21/3 29/8 43/18 60/2 75/5 99/23 99/24 104/16 133/13 133/13 134/10 137/12 142/5 163/2 163/23

**aspect [2]** 33/11 34/6

**assistant [11]** 26/16 89/3 89/13 89/13 89/14 89/15 89/19 89/20 90/3 127/8 143/5

**assume [1]** 144/16

**assured [1]** 55/21

**at [100]** 2/4 2/5 6/2 7/5 8/14 11/2 12/12 12/13 14/8 15/9 15/12 16/1 17/11 19/14 23/24 28/18 28/20 28/21 30/20 30/21 33/10 33/17 35/1 35/24 36/1 40/10 40/20 41/10 41/14 42/12 42/15 43/5 43/15 45/13 46/23 46/24 47/8 48/3 50/1 50/2 50/5 50/8 51/3 51/16 51/21 52/1 55/14 55/19 55/20 55/24 58/2 62/9 62/14 63/3 63/20 67/5 72/1 72/18 76/8 76/15 79/11 79/17 80/8 81/18 82/3 83/5 84/4 85/19 86/9 107/11 109/2 110/8 112/21 113/7 113/13 113/20 114/10 125/16 127/9 136/15 140/6 140/20 141/6 141/9 141/13 148/20 150/6 150/14 151/19 152/2 152/24 155/20 156/15 158/3 159/9 160/13 160/16 165/9 166/2 166/12

**ate [1]** 63/11

**aten [1]** 53/11

**atg.state.il.us [1]** 2/15

**attach [1]** 71/6

**attached [3]** 116/7 116/8 136/18

**attachments [2]** 136/8 136/9

**attempt [1]** 85/3

**attend [14]** 60/16 75/8 75/23 75/24 76/22 77/24 80/12 80/13 80/24 81/4 82/18 83/8 106/11 148/17

**attended [5]** 60/11 73/10 106/13 106/15 107/1

**attending [2]** 73/3 76/6

**attention [5]** 14/11 15/13 66/15 98/11 109/19

**attorney [4]** 2/13 41/2 166/4 166/8

**attorneys [1]** 162/10

**authenticating [1]** 166/3

**authority [3]** 95/4 102/18 144/23

**available [1]** 76/12

**aware [5]** 80/6 92/9 96/11 96/24 110/3

**away [3]** 85/24 129/15 154/17

**awhile [2]** 71/17 106/20

## B

**B-O-N-A-T-U-R-E [1]** 106/19

**back [51]** 10/13 12/18 14/9 15/11 20/3 23/14 26/6 39/2 40/22 44/10 52/11 70/22 71/1 71/17 71/22 72/8 72/11 72/12 72/14 74/3 81/23 83/20 84/9 84/12 84/24 90/20 91/11 96/1 96/2 107/14 108/16 110/1 110/19 112/15 113/17 114/5 114/6 114/21 127/5 128/18 143/2 143/17 146/5 152/15 153/10 153/12 156/14 158/22 161/2 162/12 162/23

**back-pedals [1]** 74/3

**background [1]** 8/10

**bacon [2]** 62/20 62/23

**bad [1]** 59/6

**BALDWIN [13]** 1/6 2/15 113/12 115/5 116/3 116/17 116/22 116/23 120/7 122/1 135/20 137/9 158/9

**baptized [2]** 105/23 106/2

**bar [1]** 151/19

**base [1]** 78/1

**based [1]** 98/3

**basics [1]** 5/21

**basis [1]** 152/23

**bat [2]** 39/4 40/16

**be [118]** 7/3 7/10 7/20 7/24 12/1 12/7 12/9 12/12 12/21 14/5 14/12 14/17 15/14 16/5 18/11 18/16 18/22 19/4 19/16 20/14 27/3 27/20 31/11 33/5 37/3 38/17 39/18 42/2 42/8 43/12 43/22 46/23 47/4 48/7 48/15 49/12 50/18 52/10 60/21 61/10 62/4 62/11 62/24 66/3 69/8 73/15 74/18 75/6 76/3 76/14 78/5 78/7 78/14 78/23 78/23 78/24 79/1 79/15 79/24 83/3 88/17 88/17 91/19 91/22

91/24 94/24 95/2 95/21 96/8 96/9 98/19 102/6 102/10 103/7 104/15 104/17 105/9 105/12 110/3 111/23 111/24 112/5 113/5 113/17 114/11 115/3 118/19 119/5 119/14 121/3 121/10 122/21 124/16 124/21 126/9 126/22 127/10 129/16 130/7 130/9 132/9 134/12 142/3 142/22 143/6 144/12 144/14 145/14 147/20 149/15 149/18 154/18 156/1 156/3 159/6 159/7 163/8 163/15

**bear [1]** 112/4

**bears [2]** 8/19 109/15

**became [2]** 68/4 94/11

**because [187]**

**become [3]** 35/1 73/13 107/5

**becoming [3]** 21/13 76/3 94/12

**bed [1]** 62/4

**beef [3]** 56/5 146/17 146/24

**been [86]** 4/3 4/22 8/11 8/13 9/4 9/5 9/11 9/14 10/3 10/24 11/3 13/5 14/10 15/13 22/4 22/7 22/15 22/24 23/1 23/2 23/4 23/5 23/22 26/12 27/10 31/21 31/22 36/19 37/8 37/11 43/13 44/24 44/24 48/2 49/10 49/19 49/20 51/21 54/16 55/8 55/10 55/17 57/6 57/9 57/13 57/14 58/20 60/8 68/21 69/1 70/2 73/4 76/15 76/16 76/20 76/22 76/24 77/9 77/9 82/4 84/6 86/13 87/21 87/23 87/24 88/24 89/21 105/23 106/20 106/20 109/24 110/4 110/8 120/17 125/1 138/12 140/22 148/7 148/14 149/16 149/22 150/3 154/11 154/20 154/21 158/15

**before [27]** 2/1 5/10 6/5 9/22 34/21 35/11 37/9 37/10 43/11 53/11 53/12 63/10 63/14 71/17 71/22 76/6 77/3 79/9 86/24 92/13 94/11 105/21 110/17 125/24 128/3 146/5 165/8

**begin [2]** 8/5 74/21

**beginning [2]** 136/15 143/18

**behalf [7]** 2/15 2/20 9/2 39/8 45/14 46/1 160/7

**behind [1]** 155/22

**being [75]** 5/8 5/24 7/2 10/16 14/4 16/14 20/3 20/4 20/18 22/21 32/11 36/10 36/18 36/21 37/13 37/14 39/1 41/2 41/19 41/22 44/2 48/4 51/3 51/19 53/17 53/19 61/21 62/3 63/20 63/22 67/18 67/21 68/1 69/20 70/4 73/14 73/14 76/11 77/10 80/15 80/24 81/4 92/2 92/4 93/9 94/21 97/19 105/8 105/11 106/1 108/24 109/20 110/6 110/14 111/6 115/22 116/21 118/12 121/20 123/11 123/14 124/20 129/17 131/10 132/7 133/2 146/14 148/1 148/24 149/5 150/8 157/14 157/15 160/14 163/11

**beings [1]** 40/24

# B

**belief [2]**  25/7 89/8
**believe [21]**  17/5 35/7 41/1 53/7 53/16 67/8 70/11 80/22 111/24 118/20 118/21 121/18 124/2 124/17 134/1 135/16 142/2 155/23 156/5 162/5 163/22
**besides [1]**  119/22
**best [2]**  8/1 8/2
**better [3]**  24/6 102/6 159/4
**between [3]**  5/16 146/21 148/22
**biased [1]**  14/19
**Bible [8]**  50/4 51/8 51/10 51/11 51/12 51/14 81/17 84/3
**big [2]**  39/22 97/1
**bishop [8]**  31/11 33/9 36/24 37/2 39/3 58/5 58/7 147/10
**bit [3]**  53/24 67/20 98/16
**blank [2]**  130/19 131/18
**Blase [2]**  146/9 147/14
**blood [1]**  38/20
**blue [2]**  85/13 132/9
**board [18]**  28/21 87/7 87/8 103/1 103/4 103/10 103/12 104/8 104/10 105/2 105/6 105/15 107/22 108/24 109/20 111/19 117/21 135/6
**body [1]**  61/17
**Bonaventure [3]**  106/19 107/4 107/12
**Bonaventure's [3]**  106/13 106/17 107/3
**Bonventure's [1]**  106/15
**book [1]**  51/6
**boss [1]**  97/20
**bosses [1]**  33/4
**both [4]**  4/17 46/23 52/10 144/6
**bother [1]**  110/10
**bottom [4]**  12/8 12/12 12/14 15/12
**Boulevard [1]**  2/19
**box [13]**  1/22 58/22 109/4 109/12 109/21 110/6 111/6 112/6 112/22 112/23 113/3 153/5 162/4
**bread [2]**  38/20 84/2
**break [6]**  53/15 58/19 146/22 147/15 152/11 152/18
**breakfast [4]**  24/23 55/24 62/8 62/9
**brief [1]**  8/9
**bring [7]**  36/17 38/7 50/6 81/22 111/13 156/9 159/19
**bringing [1]**  38/18
**brings [1]**  46/13
**BRITTON [25]**  1/11 2/16 27/1 94/19 96/15 96/21 97/6 98/4 98/21 99/9 99/13 101/9 101/10 102/3 102/4 102/13 105/17 107/23 118/16 123/1 128/9 128/12 152/6 153/14 154/22
**broken [1]**  97/19
**brothers [1]**  81/18
**brought [14]**  8/8 8/10 12/4 14/11 15/13 19/22 34/17 35/10 66/15 98/11 113/5 151/7 161/21 162/13

**building [1]**  87/5
**bulletin [2]**  87/19 87/8
**but [146]**  6/10 6/13 6/23 9/7 10/17 10/22 13/5 14/10 14/13 15/15 16/5 16/13 16/16 16/18 17/8 18/14 19/7 19/18 21/8 21/11 25/5 25/7 25/11 26/4 26/12 27/12 31/3 31/8 32/21 32/22 33/22 36/9 37/11 37/15 38/2 38/18 38/21 40/2 40/16 40/20 40/23 41/1 41/3 42/4 43/1 43/4 43/16 44/11 44/12 44/18 45/23 46/3 46/12 46/14 49/14 49/22 50/10 50/23 53/22 54/4 54/22 55/11 55/14 55/17 55/20 57/23 58/5 58/7 58/16 62/1 63/5 64/3 68/24 70/17 70/18 71/21 72/12 74/3 75/2 75/11 75/20 76/21 78/19 79/6 79/11 79/15 80/6 80/18 83/12 84/23 87/4 87/13 87/15 88/8 89/1 91/12 92/24 93/16 93/23 96/9 97/16 97/23 97/24 100/11 100/23 102/11 105/14 105/24 106/2 107/4 110/16 110/20 110/24 111/20 112/3 113/2 115/23 123/22 126/12 126/17 127/6 127/23 132/7 132/10 134/14 135/21 136/10 139/9 140/1 141/3 142/11 142/12 143/19 145/23 146/5 147/9 147/21 151/5 152/11 154/10 154/22 156/8 159/9 160/22 161/13 165/17

# C

**cabbage [2]**  146/18 147/1
**cafeteria [1]**  54/3
**calendar [9]**  159/20 159/24 161/3 161/20 161/23 162/2 162/8 162/12 162/15
**call [5]**  75/7 97/6 126/19 154/3 154/5
**called [4]**  98/10 107/2 154/18 162/15
**calling [1]**  166/1
**came [10]**  23/17 35/2 35/6 73/17 84/13 85/8 86/3 108/17 151/12 165/8
**can [71]**  5/13 5/22 6/18 7/7 7/9 8/9 8/16 10/9 10/12 10/13 12/10 18/19 21/9 21/14 21/14 28/6 39/24 42/3 42/18 42/19 42/20 42/20 44/11 47/8 48/14 50/23 51/16 52/10 52/15 53/21 53/24 54/18 55/21 64/8 68/10 70/11 70/13 72/18 75/21 75/22 75/22 78/17 80/12 80/13 83/17 83/19 84/18 85/23 95/24 104/18 105/4 111/8 126/10 126/22 126/24 130/18 130/18 132/8 140/17 142/12 143/1 143/5 144/19 147/7 152/18 153/12 155/21 155/22 157/16 158/20 159/4
**can't [44]**  11/23 26/2 27/9 27/14 38/2 42/19 48/12 49/13 57/2 58/23 60/21 61/4 68/18 71/19 72/13 75/23 75/23 75/24 78/7 78/14 79/11 80/14 80/14

95/16 96/4 105/3 116/12 116/20 118/18 121/11 121/16 122/13 122/13 129/14 130/5 130/6 141/16 143/18 145/7 145/13 145/19 152/9 152/12 163/6
**cankney [1]**  2/15
**cannot [5]**  6/14 48/14 69/3 80/19 130/2
**CAO [1]**  109/4
**capacity [9]**  1/8 1/9 1/10 1/12 1/13 1/14 1/15 1/17 1/18
**cardinal [4]**  31/11 144/22 146/8 147/13
**care [7]**  39/15 39/15 113/2 113/3 124/11 124/11 124/20
**cared [1]**  159/14
**carefully [1]**  165/20
**case [11]**  5/7 29/10 47/18 67/14 73/10 99/17 110/1 113/9 124/1 150/12 154/2
**cases [2]**  9/12 149/21
**catch [2]**  10/9 55/12
**catechism [1]**  106/11
**Cathedral [1]**  146/10
**Catholic [139]**  8/23 8/24 9/9 11/8 14/19 15/15 16/14 24/3 24/12 24/13 24/14 24/14 24/15 27/3 29/17 30/5 30/13 31/23 31/23 32/1 32/12 32/23 34/5 36/14 39/13 45/18 45/24 47/21 48/5 48/8 48/17 48/19 48/21 48/21 49/2 49/2 49/3 49/7 51/4 51/19 53/5 57/10 58/8 58/8 69/6 74/20 74/23 75/11 75/16 75/17 76/1 76/3 75/11 77/6 77/8 77/12 77/15 77/16 77/18 77/21 78/2 78/4 78/11 78/12 78/14 78/20 78/20 78/24 79/18 83/2 83/15 86/23 88/16 90/19 91/7 91/22 91/23 92/1 92/3 93/8 93/10 93/13 94/20 94/22 95/12 95/22 96/2 96/8 96/9 101/18 103/5 105/11 106/3 107/5 108/3 115/2 119/5 119/11 119/19 120/16 121/4 121/4 122/21 124/3 124/18 124/23 139/14 139/20 140/1 140/20 141/11 141/23 142/6 144/13 144/24 146/15 151/20 151/22 152/16 155/11 155/16 155/17 155/20 156/4 156/6 156/6 156/12 156/16 157/1 157/23 159/3 160/6 160/8 161/7 161/14 161/17 161/18 163/9 163/11
**Catholic/Ultreya [1]**  49/3
**Catholicism [2]**  47/23 47/24
**Catholics [44]**  8/11 10/5 10/12 11/14 17/8 23/4 25/10 26/5 35/23 38/14 49/4 58/1 68/4 75/19 75/22 76/15 77/4 77/13 77/22 80/9 97/10 98/12 102/16 119/4 120/18 120/19 120/22 121/20 124/7 124/19 141/1 142/11 142/12 144/8 144/17 145/11 145/24 146/11 147/4 149/9 154/8 154/19 157/21 162/17
**caught [1]**  146/21

**C**

cause [2]  66/17 165/19
causing [1]  102/5
celebrate [3]  124/13 162/17 162/17
celebrating [1]  162/18
celebratory [2]  142/9 142/12
cell [5]  52/1 68/8 77/2 84/1 85/8
center [20]  2/5 2/10 11/2 13/4 32/2 36/1 37/10 40/11 43/16 45/6 48/3 80/8 86/10 89/6 121/14 140/21 141/6 149/1 156/8 165/9
central [2]  1/1 147/12
cereal [6]  62/13 62/13 62/17 62/17 62/23 63/1
certain [8]  48/13 48/15 50/3 59/4 74/13 74/14 87/3 87/4
Certificate [2]  3/6 111/2
certified [4]  113/15 113/16 114/13 166/16
CERTIFY [3]  165/7 165/23 166/4
chance [1]  73/19
change [6]  7/8 21/9 76/5 79/10 113/19 158/18
changed [1]  107/3
channels [2]  33/4 133/1
chapel [9]  10/4 10/7 84/14 84/21 85/9 85/23 86/4 87/1 87/2
chapel's [1]  69/7
chaplain [77]  9/23 11/12 12/11 12/18 12/24 13/1 13/3 13/4 14/7 14/10 14/10 14/14 14/23 14/24 15/7 15/8 15/12 16/1 16/2 22/8 24/2 25/7 29/11 29/12 29/14 29/20 30/2 30/3 30/11 30/14 30/14 30/16 31/6 32/8 33/5 33/16 37/3 42/24 43/8 65/24 67/11 69/4 76/8 78/21 84/8 87/12 91/21 95/15 98/6 98/7 98/10 99/10 100/18 100/19 101/1 104/23 105/3 111/15 122/4 122/8 122/16 122/18 123/3 126/20 127/15 139/12 139/19 141/9 142/5 142/11 148/20 148/21 149/19 160/17 161/19 163/13 163/14
chaplains [3]  29/19 30/18 163/22
charge [10]  12/22 29/14 29/16 29/18 35/17 35/19 35/21 44/21 45/3 89/8
check [3]  85/10 104/21 127/11
checked [1]  85/5
cheese [7]  16/9 16/19 16/24 24/21 59/15 126/15 126/16
Chicago [2]  106/21 146/9
chief [6]  12/2 12/19 23/24 25/12 26/9 109/22
choice [3]  52/19 126/7 147/4
choir [1]  43/11
choose [11]  40/5 52/8 52/20 85/14 105/4 126/12 145/1 147/4 147/6 147/6 163/17
chooses [3]  124/23 130/4 139/22

chose [4]  94/15 113/21 134/15 152/15
chow [8]  54/9 54/18 129/6 129/6 129/7 129/9 129/8 129/9 153/6
Christ [1]  50/14
Christian [8]  52/16 75/17 75/18 76/1 76/19 78/2 78/4 79/19
Christianity [1]  75/21
Christians [9]  49/4 50/3 52/11 75/19 75/22 76/16 77/13 77/22 80/9
church [26]  8/23 8/24 9/9 32/23 45/24 52/11 77/12 77/15 78/12 106/4 106/23 106/24 107/4 121/5 124/3 124/18 151/21 151/22 155/11 156/4 156/6 156/12 156/16 157/1 159/3 161/14
circles [1]  21/4
CIRCUIT [1]  1/22
circuitwidereporting [1]  1/24
circulate [2]  66/7 163/20
circulated [3]  24/2 43/8 91/10
circulates [1]  143/1
City [2]  2/6 165/10
claim [10]  29/4 65/23 67/13 88/15 90/6 94/18 112/7 118/12 122/12 156/15
claiming [3]  88/3 108/6 113/8
claims [11]  65/24 67/4 88/13 88/19 93/3 93/5 94/18 107/16 108/15 113/11 120/24
clarification [1]  157/24
classes [1]  106/12
CLAYTON [2]  2/13 4/12
clean [1]  158/12
cleaning [1]  162/3
clear [5]  65/11 111/24 118/6 118/9 122/10
clearly [2]  40/6 40/8
client [4]  41/3 160/1 160/1 160/2
clients [1]  161/24
coincide [1]  146/11
coincide with [1]  146/11
coincided [1]  111/9
coincides [1]  136/20
cold [3]  62/17 62/23 63/1
come [30]  31/19 35/4 36/9 40/17 40/18 40/20 46/12 50/10 50/17 58/7 73/5 74/11 75/1 76/23 77/11 85/15 87/10 110/1 124/2 124/15 127/17 130/1 151/2 151/17 151/23 152/2 153/4 155/21 163/19 163/21
comes [6]  48/11 58/4 87/13 97/21 124/5 161/6
comin' [1]  40/21
coming [14]  10/11 14/12 30/21 36/20 49/4 58/8 59/1 87/9 97/11 98/12 110/24 161/6 161/15 161/16
commencing [1]  2/4
commissioned [1]  165/6
communicated [2]  34/1 117/5
communion [5]  38/19 46/13 106/7 106/8 106/9
compel [1]  4/15

compensatory [6]  150/13 150/16 150/21 150/23 151/3 152/4
complain [2]  69/20 69/22
complainin' [1]  149/9
complaining [3]  69/14 70/2 149/8
complaint [17]  8/19 9/16 12/5 67/3 67/8 70/9 70/20 71/4 114/4 121/19 136/17 138/17 150/13 150/14 150/15 150/18 150/19
concern [7]  39/9 39/12 42/23 101/13 101/14 102/15 155/10
concerned [2]  98/15 101/18
concerning [2]  59/11 165/18
concludes [1]  140/24
conclusion [2]  124/2 151/18
concurring [1]  110/20
conference [1]  154/5
confirmation [1]  107/7
confirmed [1]  107/5
confirming [1]  70/23
conflict [1]  146/12
conflicted [1]  146/13
confused [1]  129/22
congregation [3]  43/11 44/1 110/14
connected [1]  10/6
connection [1]  82/7
consent [1]  156/9
consist [3]  19/3 55/22 63/16
consisted [1]  26/4
consistently [1]  148/14
consisting [1]  22/14
consists [3]  20/20 22/18 127/3
conspired [1]  93/8
constantly [1]  157/13
constitution [1]  149/20
consult [10]  102/13 103/9 104/1 104/14 105/14 105/16 107/21 107/22 108/1 161/19
consulted [1]  96/18
consume [3]  17/9 146/17 147/7
consuming [1]  141/1
contact [3]  10/3 33/9 126/21
contaminated [1]  63/21
continue [1]  156/10
contraband [5]  41/17 41/19 41/21 42/2 42/10
control [1]  68/20
controlling [1]  33/19
controversy [1]  165/19
conversation [4]  6/10 27/11 101/11 160/5
cook [1]  95/17
cooked [1]  153/1
copies [1]  114/12
copy [4]  4/6 17/16 162/11 162/22
corn [1]  146/17
corned [1]  146/24
corner [1]  12/13
correct [41]  17/12 20/1 33/1 34/11 39/10 43/2 44/12 46/1 47/21 53/5 60/12 60/13 61/13 61/15 61/16 63/1 71/20 74/18 75/16 79/14 81/1 82/11 87/17 87/22 98/7 115/19 121/23

**C**

correct... [14] 122/12 123/16
123/20 131/3 131/4 140/5
141/17 148/20 148/23 150/9
152/7 152/10 153/24 155/13
corrected [1] 112/13
correctional [25] 2/5 2/10
8/15 11/2 13/4 32/2 36/1
36/11 37/10 40/10 43/15 45/6
48/3 80/8 86/10 89/6 108/4
113/21 120/22 121/14 140/21
141/6 149/1 156/7 165/9
CORRECTIONS [14] 1/7 39/6
46/15 53/2 80/8 86/9 103/3
104/11 124/4 124/22 144/11
157/2 158/13 161/8
could [43] 28/12 42/24 46/23
52/11 64/9 64/23 66/3 67/6
67/22 68/14 94/12 97/7 97/9
97/16 98/5 98/17 98/18 98/18
101/8 102/3 102/8 102/21
102/23 103/9 112/12 112/15
122/14 122/15 123/17 123/19
124/8 129/18 130/3 134/14
137/13 140/12 145/12 152/11
152/19 156/22 156/23 157/9
157/10
couldn't [5] 61/18 71/18
72/24 106/10 162/5
counsel [3] 137/8 166/5 166/8
counselor [13] 27/18 28/5
28/10 28/11 28/12 28/16 96/18
96/19 100/9 100/17 102/22
111/16 135/4
counselor/grievance [1] 28/12
counselors [2] 91/24 104/12
counties [2] 147/24 148/1
counting [1] 85/17
county [5] 2/6 147/12 148/2
165/2 165/10
couple [3] 105/22 149/9 155/7
course [5] 44/11 51/20 60/8
60/15 64/7
court [9] 1/1 4/15 5/23 6/14
111/22 113/5 138/14 162/11
166/1
courts [1] 110/16
crazy [2] 69/10 110/12
criminal [1] 9/12
CSR [2] 2/2 165/5
Cursillo [30] 48/20 48/23
49/15 50/8 67/9 67/21 67/21
71/10 71/20 72/3 74/15 75/15
75/21 76/4 76/17 76/23 77/14
77/23 79/19 80/10 80/24 81/5
81/7 81/16 82/10 82/17 118/13
148/7 148/11 148/14
Cursillos [1] 71/16
CV [1] 1/5

**D**

D-A-Y-S [1] 109/16
daily [2] 84/2 152/23
damages [9] 150/11 150/14
150/17 150/21 150/23 151/1
151/3 151/24 152/2
date [4] 13/12 72/13 84/23
136/3
dating [1] 26/6
dawned [1] 14/2

day [16] 2/3 22/15 52/17 54/2
61/24 62/21 90/19 91/20
146/13 146/18 146/20 152/24
155/20 158/19 165/8 166/13
days [5] 9/22 62/12 62/22
63/11 109/16
deacon [51] 31/1 31/1 31/2
31/17 31/18 32/7 32/15 32/16
33/2 33/3 34/8 34/10 34/20
34/20 34/22 34/23 34/23 34/24
35/1 35/2 35/3 36/4 36/4 36/5
36/5 36/10 37/12 37/20 39/2
39/2 39/3 40/13 40/14 40/14
41/20 41/23 43/10 44/21 45/1
45/2 45/3 45/6 45/24 46/10
46/22 48/11 142/13 144/5
144/6 144/7 144/22
deacons [7] 30/21 30/24 31/14
34/22 36/2 86/23 143/23
deal [1] 33/15
dealing [2] 26/11 35/22
deals [1] 161/8
death [1] 77/3
debate [1] 99/5
December [1] 166/13
decent [1] 40/24
decide [2] 21/15 153/7
decided [3] 72/14 79/6 80/18
deciding [1] 95/5
decision [3] 123/12 123/15
135/8
defendant [5] 8/18 24/1
100/12 123/14 123/17
defendants [9] 1/19 8/9 47/16
113/4 120/12 121/1 121/4
121/5 121/6
definitely [2] 110/15 116/9
delivered [4] 115/9 115/14
115/16 115/19
delivers [1] 115/12
denial [1] 137/10
denied [12] 12/21 29/4 62/3
91/6 91/7 93/15 101/23 110/7
115/1 148/23 148/24 149/3
denomination [4] 76/5 103/6
153/3 155/24
denominations [2] 75/18 75/20
deny [3] 101/21 101/23 117/21
denying [3] 27/2 91/13 110/20
department [31] 1/6 39/6
46/15 53/2 80/7 86/9 91/23
96/22 101/9 102/12 103/2
103/13 104/10 105/17 107/23
122/23 123/2 124/4 124/22
127/16 139/15 139/21 139/23
141/5 141/10 141/22 144/10
152/12 157/1 158/13 161/8
Depending [1] 62/9
depends [3] 47/1 85/13 85/20
DEPONENT [1] 164/7
deposing [1] 4/9
deposition [13] 1/6 2/1 3/9
4/8 5/4 5/10 5/19 97/4 100/17
139/1 143/18 165/23 166/7
deprive [1] 157/2
deprived [4] 8/12 94/22
140/22 154/11
deprives [1] 140/1
Describe [1] 125/4
designated [2] 109/4 109/21

despite [1] 23/15
destination [1] 108/23
determination [1] 146/3
determines [1] 122/2
did [133] 4/12 4/18 9/2 9/9
10/20 13/1 13/7 13/21 13/23
13/24 14/14 14/22 16/24 17/1
17/11 17/14 17/15 17/21 18/8
18/24 19/7 19/8 19/14 20/21
21/18 22/6 23/8 23/18 24/13
24/14 24/15 25/4 25/5 25/6
25/10 25/18 27/5 29/3 30/16
36/12 37/4 37/4 37/15 38/1
38/3 38/4 38/7 44/7 45/13
46/24 47/5 49/18 54/24 57/20
58/3 58/16 58/16 59/20 61/2
63/22 64/2 66/10 66/12 66/19
69/20 70/8 70/23 71/16 72/6
72/12 72/16 72/19 76/8 77/2
81/5 81/15 83/15 84/8 84/11
85/2 88/3 93/24 97/5 98/20
99/9 99/13 99/17 101/6 101/10
101/23 103/16 106/1 106/6
106/11 107/5 107/7 107/21
107/24 108/7 108/16 112/6
112/8 113/9 116/17 117/16
117/19 117/21 117/23 118/2
118/7 127/24 128/5 128/14
129/12 129/22 131/5 131/9
132/16 132/22 133/16 133/22
134/16 134/18 134/19 136/17
143/7 144/2 149/5 151/2
151/23 152/2 153/22 159/22
didn't [58] 13/18 18/4 23/20
38/3 44/14 44/18 57/22 57/22
61/11 65/10 66/1 66/1 66/5
73/12 74/11 80/23 81/14 83/12
85/2 85/10 86/12 88/6 88/10
89/5 93/23 95/17 95/18 97/3
101/15 101/21 103/11 103/13
103/18 103/18 107/22 108/10
108/12 108/12 109/9 109/13
109/16 112/4 112/9 113/2
113/3 117/20 119/13 120/21
132/20 139/10 148/5 149/7
149/24 150/5 150/7 157/17
159/19 160/4
diet [32] 23/23 56/8 56/12
56/16 56/18 56/19 69/15 69/15
69/21 70/3 70/5 80/3 87/16
87/22 91/6 91/15 92/11 92/18
93/4 98/5 98/23 101/7 101/12
101/22 115/4 126/8 129/24
130/8 130/15 143/22 152/9
163/24
dietary [32] 25/23 29/9 53/3
91/22 96/21 97/3 97/13 101/9
101/16 102/12 102/14 102/18
103/13 105/16 105/18 107/23
107/24 117/6 117/14 118/8
123/13 127/16 131/6 139/14
139/21 139/23 141/4 141/5
141/10 141/22 148/23 152/22
diets [7] 90/12 90/16 90/16
95/6 95/13 121/22 122/3
difference [3] 15/20 64/24
78/15
different [5] 47/23 54/18
56/5 56/7 86/1
diligence [4] 103/15 105/19

# D

**diligence... [2]** 108/13 112/9
**dinner [3]** 16/10 55/14 55/20
**diocese [1]** 32/6
**direct [2]** 42/18 44/12
**directed [1]** 27/7
**directing [1]** 33/19
**directive [2]** 39/7 144/11
**directives [2]** 161/10 164/1
**director [10]** 1/6 28/24 111/4 111/18 111/19 112/14 135/7 158/8 158/15 159/4
**director's [1]** 116/2
**disadvantage [1]** 141/9
**disappeared [1]** 69/6
**discriminate [10]** 93/12 93/17 93/20 94/5 118/16 119/10 119/18 120/2 120/8 120/13
**discriminated [2]** 121/20 121/21
**discriminatin' [2]** 131/22 149/22
**discriminating [3]** 68/3 95/11 155/15
**discrimination [3]** 96/6 96/12 122/7
**discussed [3]** 65/19 83/23 88/8
**discussion [3]** 118/2 118/7 143/21
**dishes [1]** 56/7
**dispensation [2]** 146/10 147/3
**disrupting [1]** 42/12
**distress [6]** 151/5 151/5 151/8 151/9 151/10 151/11
**distressing [1]** 7/20
**DISTRICT [5]** 1/1 1/1 4/14 138/14 162/10
**Diversy [2]** 106/21 106/22
**do [146]** 6/20 7/19 11/19 11/22 17/5 17/16 18/24 20/13 27/7 27/8 28/1 32/9 38/1 40/3 40/13 41/4 41/13 41/18 42/18 44/7 45/10 45/19 46/20 46/21 47/5 48/7 50/1 50/1 50/14 50/15 51/18 51/24 51/24 56/1 56/12 57/11 57/15 58/10 59/7 64/6 64/15 64/18 70/10 71/23 72/3 74/10 77/12 78/1 78/23 78/24 78/24 79/4 79/4 79/5 79/17 81/15 83/7 83/22 83/23 84/1 84/4 86/8 88/12 90/10 90/14 91/5 92/8 92/16 93/11 93/16 95/3 95/3 96/4 96/5 97/17 97/20 97/22 97/22 99/1 102/11 102/17 103/14 103/18 103/18 103/23 104/6 105/7 105/18 105/19 106/3 106/6 106/9 106/18 107/13 107/19 108/10 108/12 108/13 112/9 113/21 113/23 114/3 115/5 116/2 116/17 118/15 118/22 119/9 119/12 119/12 120/1 121/9 121/13 122/1 124/13 124/23 125/20 126/13 129/4 129/4 129/15 133/5 137/6 139/22 142/24 143/23 146/22 146/23 147/9 147/14 147/19 147/19 149/17 151/8 151/14 152/15 156/4 156/8 157/22

**DOC [3]** 79/17 132/14 134/17
**DOC038 [1]** 22/3
**DOC0388 [6]** 12/15 17/12 19/1 19/8 139/6 142/3
**doctor [2]** 65/3 65/12
**document [8]** 10/18 12/1 40/2 91/8 109/13 140/4 141/14 145/8
**documentation [1]** 81/9
**documents [10]** 4/11 4/16 4/22 38/12 52/4 80/12 136/4 144/3 144/4 162/1
**does [14]** 6/5 7/11 28/1 31/19 42/15 46/12 76/23 85/24 119/3 122/24 123/24 126/7 130/10 130/21
**doesn't [7]** 19/2 19/2 20/10 28/16 96/9 115/18 122/11
**doin' [4]** 98/1 131/22 132/11 132/12
**doing [27]** 15/21 33/20 39/18 40/23 42/7 42/8 45/17 45/20 45/21 45/22 46/5 66/8 78/6 78/19 90/2 95/10 96/12 96/22 96/23 105/9 111/12 131/16 134/13 142/23 149/19 158/23 158/24
**doling [1]** 39/17
**don't [90]** 13/11 15/24 16/3 18/10 18/10 27/15 27/23 31/3 36/2 38/14 38/16 38/23 40/7 41/10 42/17 43/3 44/13 45/12 45/21 46/2 46/7 47/13 50/17 50/21 52/16 52/23 53/13 53/14 54/22 58/11 58/12 58/14 58/20 59/1 63/6 65/6 65/17 68/16 68/24 75/8 78/9 78/22 83/11 84/22 89/9 89/22 90/3 91/3 94/16 97/20 97/22 106/1 106/14 111/24 112/3 115/23 118/18 118/19 119/5 120/20 122/20 122/20 124/20 125/11 125/12 128/4 133/11 137/15 139/9 143/11 143/20 144/5 147/17 151/14 151/20 153/2 153/4 153/5 154/13 156/8 159/6 160/7 160/20 160/22 162/10 163/5 163/11 163/13 163/19 164/4
**done [24]** 5/9 6/4 31/24 38/10 43/1 45/17 47/7 48/4 50/13 51/2 51/21 61/17 69/7 85/17 90/9 94/9 94/22 122/15 144/20 149/7 149/13 149/15 156/23 157/7
**door [1]** 68/12
**DORETHY [25]** 1/9 2/16 24/1 26/8 88/20 89/21 90/7 90/14 91/14 92/9 93/6 93/12 108/1 109/11 112/1 112/24 123/4 127/2 127/6 127/24 128/4 135/18 150/12 157/11 157/12
**Dorethy's [3]** 109/14 112/19 137/10
**doubt [2]** 139/13 139/19
**down [20]** 5/24 6/19 7/1 7/1 7/8 12/13 20/14 34/21 64/10 65/2 68/10 68/13 69/19 87/3 159/18 161/6 161/14 161/15 162/21 162/24 163/8 163/16
163/17 163/8 163/9

**dry [1]** 62/13
**due [8]** 52/24 60/22 73/24 103/14 105/19 108/13 112/9 141/8
**duly [3]** 4/3 165/6 165/16
**during [28]** 17/22 18/17 19/24 22/13 22/22 23/3 23/9 24/8 25/19 27/18 28/3 52/2 73/11 83/8 83/21 84/5 90/23 99/3 128/15 128/24 140/23 143/21 145/3 145/7 146/18 146/20 153/24 156/10
**duties [12]** 26/16 29/15 88/23 89/3 89/10 89/12 89/17 89/18 91/2 91/4 127/7 143/4

# E

**e-file [2]** 57/21 159/22
**e-filed [1]** 162/24
**e-mailed [1]** 162/24
**e-mails [1]** 161/20
**each [8]** 8/17 52/2 72/4 82/14 82/16 85/3 142/9 150/5
**earlier [8]** 47/16 47/21 53/4 80/22 81/24 118/21 123/12 152/21
**early [1]** 71/14
**easily [4]** 97/7 97/9 112/12 157/10
**Easter [4]** 140/24 162/14 162/20 163/3
**easy [2]** 69/19 72/2
**eat [23]** 53/14 54/21 54/22 54/24 56/18 58/10 58/14 58/14 58/16 59/20 59/24 60/9 62/7 62/24 63/2 63/7 63/8 63/9 63/13 63/18 125/14 145/7 146/1
**eaten [2]** 53/10 53/12
**eating [4]** 16/24 59/8 59/9 62/3
**effect [1]** 134/9
**eggs [1]** 57/5
**eight [9]** 72/1 82/16 82/24 83/9 83/14 83/21 84/5 84/6 85/1
**eight-month [1]** 83/9
**either [10]** 4/23 4/23 13/21 31/10 33/9 55/19 82/21 102/13 122/6 160/12
**else [20]** 4/24 21/1 56/4 61/7 66/11 66/19 66/22 66/24 88/3 90/2 99/13 108/6 108/11 113/8 122/19 140/11 140/13 142/1 142/19 164/4
**else's [1]** 118/22
**employed [6]** 41/4 41/6 46/14 47/17 166/5 166/9
**employee [4]** 42/18 46/5 46/7 166/8
**employees [1]** 42/15
**empty [1]** 62/5
**end [4]** 114/10 150/15 152/24 155/20
**ended [1]** 136/2
**ends [1]** 49/23
**enough [2]** 7/14 142/22
**entered [1]** 73/2

**entire [9]**   15/24 16/6 16/13 16/15 24/18 24/19 90/8 136/7 137/24
**entitled [2]**   38/22 142/8
**especially [2]**   7/9 29/9
**ESQ [2]**   2/13 2/18
**essentially [3]**   33/4 129/9 156/15
**even [23]**   6/3 22/5 23/20 38/13 38/15 39/4 75/8 89/22 90/21 96/17 97/3 97/18 102/24 105/5 112/14 146/15 147/22 151/20 152/11 152/18 153/2 153/4 153/15
**eventually [1]**   72/12
**ever [38]**   5/9 5/19 9/9 9/14 11/7 14/13 15/15 31/24 34/1 37/15 38/1 47/5 53/10 56/8 65/3 65/12 71/13 81/5 91/14 91/17 105/23 106/6 106/11 107/5 107/7 116/23 117/1 117/4 117/5 117/9 127/24 128/5 129/12 131/5 132/16 154/23 160/4 160/14
**every [33]**   6/23 8/18 9/3 9/8 10/2 10/4 11/12 17/21 18/4 19/16 22/9 22/24 26/3 29/12 48/6 48/17 49/8 54/2 55/6 55/7 57/16 69/22 85/3 87/4 91/7 103/1 104/10 111/14 112/19 125/7 129/1 132/15 162/18
**Everybody [1]**   135/4
**everyone [2]**   87/9 89/7
**everything [13]**   4/7 5/7 29/20 49/17 69/19 81/8 81/10 107/20 116/6 121/3 121/7 137/17 162/16
**evidence [29]**   64/18 90/10 90/14 91/5 92/8 92/16 93/11 93/16 93/20 94/4 94/7 94/16 95/4 102/17 103/23 104/6 113/23 114/19 115/5 116/3 118/15 119/9 119/17 120/1 120/5 120/7 120/11 121/13 122/1
**exactly [10]**   13/12 17/5 26/3 26/3 38/7 70/19 72/10 74/8 111/4 123/21
**examination [13]**   3/3 3/4 3/4 3/5 3/5 3/6 8/7 47/20 123/10 143/16 155/9 159/17 165/21
**examined [2]**   4/3 165/20
**example [1]**   54/24
**except [3]**   22/10 49/17 137/5
**excluded [3]**   74/18 120/19 120/19
**excuse [2]**   69/11 73/18
**execution [1]**   77/1
**exempt [9]**   39/22 39/23 39/24 143/23 144/8 144/17 144/19 145/6 160/9
**exhibit [24]**   3/9 57/24 71/6 71/6 71/7 79/23 79/23 79/24 80/2 80/3 92/21 92/21 92/22 92/22 108/19 109/7 135/14 135/21 136/2 137/23 138/5 139/1 139/5 144/15
**Exhibit 3 [1]**   57/24
**exhibits [7]**   3/8 112/18 136/24 158/19 158/23 158/24 138/16
**exists [1]**   32/22
**expecting [1]**   21/8
**explain [2]**   67/22 164/1
**explained [1]**   57/9

**F**

**face [4]**   39/23 66/16 97/2 132/10
**faced [1]**   77/1
**facility [8]**   8/15 21/18 36/11 42/16 104/11 108/5 113/21 120/23
**fact [23]**   64/21 70/13 70/23 93/14 100/6 114/22 148/16
**failed [4]**   103/14 104/1 107/19 156/16
**failing [3]**   102/11 105/14 105/16
**failure [2]**   39/21 155/12
**faith [3]**   77/6 95/12 124/10
**falls [1]**   123/3
**family [2]**   52/14 59/2
**far [13]**   26/11 30/9 41/7 44/18 45/17 50/4 61/16 82/3 82/8 101/17 119/2 119/4 158/24
**fast [1]**   6/23
**fault [1]**   113/13
**faulty [1]**   110/22
**favor [2]**   110/19 119/13
**feasts [3]**   142/9 142/12 157/15
**fed [38]**   18/11 18/23 19/4 20/14 24/21 36/18 36/21 37/13 37/15 38/16 39/1 39/19 54/6 54/7 62/4 67/19 68/1 73/14 73/15 88/17 88/18 91/22 91/24 92/2 92/4 94/24 98/16 102/10 110/14 119/15 120/17 120/18 126/9 130/7 132/9 154/20 156/1 157/14
**federal [2]**   111/22 113/5
**feed [4]**   52/13 120/21 120/21 156/6
**feeding [3]**   68/1 88/15 151/15
**feel [9]**   7/19 7/23 8/22 19/21 45/13 45/19 46/21 50/19 158/1
**feeling [1]**   7/13
**fell [1]**   146/20
**fellow [1]**   61/5
**fellowship [6]**   31/24 34/5 50/2 61/4 61/6 68/10
**felt [3]**   21/17 68/2 69/17
**Festival [1]**   162/15
**few [4]**   113/14 143/13 154/7 154/18
**fight [2]**   60/23 111/21
**figure [4]**   59/18 64/3 78/21 79/3
**figured [1]**   140/12
**file [13]**   28/4 57/21 131/5 131/9 132/10 132/16 132/22 133/6 133/22 134/19 143/7 154/9 159/22
**filed [29]**   4/13 27/19 28/3 30/21 35/8 52/24 55/18 70/21 121/6 121/21 125/5 125/21
132/13 132/19 132/24 134/20 135/23 135/23 136/5 136/22 137/15 137/16 137/19 138/1 138/12 138/16 145/17 159/22 162/24
**filing [3]**   132/2 140/10 157/12
**fill [10]**   10/12 15/22 15/23 17/14 19/8 19/14 43/23 54/7 66/7 143/1
**filled [10]**   17/19 19/18 23/16 25/2 25/10 26/19 44/9 91/9 91/11 111/2
**filled-out [1]**   17/19
**filling [2]**   23/15 89/24
**finally [3]**   11/8 43/8 150/1
**financially [1]**   166/9
**find [5]**   36/9 72/10 85/22 104/14 161/13
**fine [1]**   7/3
**finger [1]**   66/16
**finish [2]**   6/3 65/10
**firm [3]**   4/12 4/23 4/23
**firms [2]**   4/17 160/2
**first [25]**   4/3 5/13 5/19 10/20 11/7 22/2 22/12 34/9 35/2 36/12 37/4 71/13 73/2 78/5 79/21 99/18 106/9 109/2 109/19 113/23 128/14 128/17 131/9 148/3 165/16
**firsthand [1]**   156/21
**fish [14]**   55/3 55/7 55/8 55/14 55/19 62/6 63/11 63/15 102/5 102/7 111/22 113/6 141/8 159/8
**flip [2]**   16/10 80/14
**flip-flop [1]**   80/14
**flop [1]**   80/14
**fluctuate [1]**   64/9
**fluctuation [1]**   64/24
**focus [1]**   44/22
**focusing [1]**   151/11
**follow [7]**   38/5 42/22 123/8 123/11 145/24 146/23 148/4
**followed [1]**   43/3
**following [4]**   39/6 80/19 142/17 165/11
**follows [1]**   4/4
**food [8]**   20/19 25/18 27/2 63/11 95/19 139/24 153/5 153/12
**forced [2]**   53/15 111/13
**foremost [5]**   78/5 99/18 109/2 109/19 148/3
**forged [1]**   109/24
**forget [2]**   7/10 130/12
**forgiven [1]**   147/20
**form [91]**   8/19 10/22 10/22 12/4 12/4 12/6 12/9 12/10 12/15 12/16 12/23 13/13 13/18 13/19 13/21 13/23 14/15 14/22 15/2 15/22 15/23 16/7 17/12 17/16 17/17 17/19 19/10 19/13 19/14 19/17 19/18 20/9 20/9 20/11 20/14 20/15 20/20 21/9 22/3 22/14 22/16 22/17 22/17 23/15 23/16 23/21 25/3 25/8 25/11 30/15 44/3 44/5 47/24 48/19 54/7 54/10 70/4 76/7 86/14 90/17 90/18 96/6 108/22

# F

**form...** **[28]** 109/13 110/1
127/3 127/17 129/16 129/17
129/19 130/9 130/10 130/12
130/17 130/21 131/7 131/10
132/14 132/17 133/1 133/7
133/14 133/17 133/20 134/16
134/18 139/6 142/3 152/19
163/12 163/24

**forms** **[24]** 10/12 11/4 11/6
11/11 11/18 11/19 11/20 14/13
15/15 24/3 26/10 26/19 36/17
43/8 43/23 44/8 66/3 66/7
66/10 79/6 86/18 92/19 132/15
143/1

**forth** **[7]** 20/4 25/1 26/1 66/8
74/12 84/2 103/6

**forward** **[7]** 50/14 102/9
108/16 110/18 124/1 156/3
158/7

**forwarded** **[2]** 15/8 25/8
**found** **[2]** 45/5 162/6
**frame** **[1]** 59/10
**Fred** **[1]** 96/14
**FREDDIE** **[28]** 1/10 2/16 27/1
27/5 27/7 27/12 94/19 96/21
97/4 97/6 98/4 98/20 99/9
99/13 102/3 102/4 102/13
105/17 107/23 118/15 128/9
128/9 128/9 128/12 152/6
153/14 154/12 154/22

**free** **[3]** 40/18 53/20 78/16
**freedom** **[4]** 40/4 75/5 145/21
147/5

**fresh** **[1]** 74/8
**Friday** **[32]** 16/11 17/9 17/21
17/22 18/5 19/16 20/5 20/23
22/24 24/9 24/11 24/16 26/3
49/23 53/10 55/1 55/2 55/6
55/12 55/13 57/17 58/2 58/15
59/13 62/16 86/15 125/7 140/2
141/2 149/4 150/6 155/2

**Fridays** **[49]** 18/17 18/23 19/4
19/16 19/24 20/2 20/15 20/24
21/2 22/13 22/22 23/9 23/19
24/8 24/22 25/18 53/8 55/4
55/5 55/7 55/9 56/2 58/10
59/12 59/19 59/22 59/24 60/3
60/7 60/9 61/22 62/7 62/12
63/10 63/24 64/16 65/14 65/18
65/21 66/5 67/2 121/9 121/15
125/2 125/5 125/23 126/4
145/4 145/7

**front** **[2]** 137/14 138/3
**FROST** **[16]** 1/15 2/16 27/16
27/22 28/1 96/19 100/9 107/17
108/8 117/10 120/1 122/11
122/13 136/9 136/10 136/10

**Frost's** **[1]** 100/17
**full** **[2]** 93/1 94/20
**funny** **[2]** 14/1 31/20
**further** **[15]** 3/4 3/5 3/5 3/6
98/19 123/10 140/17 143/12
143/16 155/9 159/17 164/5
164/7 166/4 166/7

# G

**Galesburg** **[6]** 1/23 2/6 2/11
116/15 165/10 166/12
**GANS** **[30]** 1/16 2/16 27/21

28/2 28/13 28/14 28/18 28/18
36/15 36/20 97 109/23 99/23
99/24 100/2 100/2 100/12
100/24 101/6 101/20 101/21
101/24 102/17 107/19 119/9
122/24 135/18 135/19 136/9
136/10

**gave** **[14]** 15/19 16/6 16/9
23/7 59/14 73/2 73/2 73/18
87/19 91/11 111/14 126/15
146/10 160/16

**general** **[7]** 11/18 20/2 20/5
36/15 36/15 52/8 56/6
**General's** **[1]** 2/13
**gentleman** **[3]** 81/24 149/10
153/12
**gentlemen** **[1]** 40/16
**get** **[54]** 10/13 11/11 11/13
11/14 11/22 12/10 13/21 14/8
23/18 23/20 24/6 29/23 31/7
33/8 38/16 42/3 46/19 51/16
55/19 55/21 56/19 57/2 57/7
57/15 58/23 62/12 62/13 65/11
69/18 73/23 75/2 79/21 85/17
95/20 98/14 99/20 105/12
110/17 117/24 122/2 124/8
124/8 130/10 133/1 134/16
143/2 156/11 158/20 158/21
159/4 161/11 161/11 161/12
162/23

**gets** **[1]** 34/15
**gettin'** **[2]** 119/7 149/13
**getting** **[21]** 43/12 54/2 63/23
65/14 65/21 66/14 70/3 95/23
97/14 99/12 119/1 119/7
126/17 129/20 130/17 133/12
153/21 154/9 158/22 158/24
162/6

**give** **[36]** 8/9 10/13 11/16
15/24 18/13 21/8 23/8 25/18
26/19 26/22 42/20 52/24 55/3
56/4 63/6 73/1 73/19 75/7
79/3 95/16 95/18 96/7 102/4
102/7 110/23 126/11 127/22
134/18 137/4 147/2 152/4
152/14 152/16 152/20 153/12
153/14

**given** **[19]** 10/23 19/16 19/23
23/22 23/23 24/17 25/24 74/15
80/15 95/21 97/12 103/7
105/13 111/23 112/18 145/24
149/16 157/14 165/24

**gives** **[2]** 38/11 118/23
**givin'** **[1]** 131/23
**giving** **[5]** 21/7 21/12 38/19
38/20 55/15
**gmail.com** **[1]** 1/24
**go** **[91]** 5/22 10/8 12/3 29/11
30/10 30/14 31/5 31/13 32/19
41/23 42/3 48/6 50/3 50/20
50/23 54/1 54/3 54/9 54/11
54/17 59/4 61/1 61/4 61/11
61/18 64/8 65/1 68/7 68/10
68/13 68/21 70/13 71/2 72/11
75/12 75/13 75/21 75/22 75/22
75/23 76/3 76/16 77/22 78/12
79/5 79/5 79/16 80/10 80/20
81/6 82/2 82/20 83/1 83/3
83/15 84/18 85/2 85/3 85/10
85/22 87/2 92/21 96/1 97/3

97/11 101/16 103/9 103/11
103/20 105/1 105/5 105/21
107/7 112/14 114/18 117/20
118/12 122/9 122/24 126/17
127/18 129/1 130/21 140/12
140/17 141/4 142/4 149/20
152/19 153/6 154/2

**go on** **[1]** 141/4
**God** **[4]** 40/1 107/14 144/20
145/5
**goes** **[12]** 9/8 68/24 116/14
127/16 136/19 136/20 136/21
146/5 162/12 162/16 162/19
162/20
**goin'** **[1]** 150/3
**going** **[78]** 5/4 7/1 9/5 10/11
12/21 16/3 16/5 20/3 21/4
21/11 26/19 27/20 39/4 40/16
44/15 50/10 51/5 51/5 51/5
53/12 55/21 55/22 57/20 62/4
64/9 65/2 70/24 73/4 73/9
73/12 77/9 77/14 78/5 78/13
79/19 80/15 84/14 84/21 85/9
85/22 86/3 90/4 93/2 97/23
100/5 100/11 100/14 100/20
100/21 101/2 101/5 101/24
102/9 110/4 111/11 113/20
117/24 118/5 118/19 118/22
119/6 119/14 121/9 122/9
123/6 126/21 134/13 136/4
137/3 138/20 143/17 147/2
147/3 149/15 156/14 156/21
159/7 163/20
**going through** **[1]** 159/7
**gone** **[3]** 49/7 138/12 154/20
**gonna** **[21]** 32/19 43/19 44/2
63/8 63/9 73/23 95/20 99/5
100/7 101/4 104/21 110/10
122/21 125/14 128/19 128/23
130/3 132/11 146/12 147/20
163/12
**good** **[10]** 40/16 43/5 51/6
57/19 60/17 86/20 96/13 124/1
131/14 158/21
**got** **[41]** 11/8 11/23 12/3
12/16 13/11 14/7 15/21 15/23
16/7 23/13 23/15 23/20 24/7
26/14 29/21 30/19 32/17 35/6
36/2 49/2 59/1 59/4 59/5
71/7 71/22 76/12 84/16 99/4
111/21 114/20 125/10 139/7
139/11 147/14 150/2 153/5
158/8 159/15 159/21 159/23
162/8
**gotta** **[5]** 52/12 64/3 79/8
129/16 130/9
**gotten** **[2]** 11/15 121/16
**great** **[2]** 40/15 64/17
**grievance** **[102]** 14/17 19/23
27/19 27/20 27/21 27/23 28/4
28/4 28/6 28/8 28/12 28/14
28/15 28/17 30/20 34/17 70/12
70/12 70/15 70/17 81/12 81/13
88/5 88/11 91/18 92/2 92/6
92/15 92/19 93/15 93/19 94/1
94/8 96/16 96/19 96/20 97/2
104/12 107/18 108/21 108/21
108/22 110/7 110/18 111/16
112/2 112/11 114/24 116/6
116/8 116/11 116/18 117/5

**G**

**grievance... [49]** 117/7
117/18 117/22 121/8 128/2
131/2 131/5 131/9 131/13
132/11 132/13 132/16 132/19
132/22 132/24 133/4 133/6
133/9 133/16 133/21 133/23
133/24 134/19 134/22 135/5
135/9 135/22 135/23 136/5
136/6 136/7 136/12 136/15
136/20 136/21 136/22 137/10
137/23 138/7 138/11 138/17
140/7 140/10 140/20 141/19
142/2 143/10 146/7 157/12
**grievances [7]** 11/22 92/17
117/8 132/3 137/14 143/7
154/8
**grilled [6]** 16/9 16/19 16/24
24/21 59/15 126/15
**grounds [1]** 6/1
**Group [2]** 3/9 139/1
**groups [1]** 142/8
**guard [1]** 42/5
**guess [11]** 21/7 22/17 31/2
69/17 90/2 127/10 127/12
133/18 145/10 150/4 158/6
**guns [1]** 118/24
**Gutierrez [1]** 86/7
**guy [8]** 29/16 57/19 69/18
78/6 118/23 119/6 131/21
154/15
**guy's [3]** 36/3 36/4 36/4
**guys [24]** 14/12 42/2 44/7
68/9 75/10 77/1 77/11 80/17
102/4 102/7 102/9 110/23
117/19 118/2 119/7 131/23
131/24 132/2 149/12 149/22
153/2 154/17 154/18 158/21
**guys' [1]** 160/18

**H**

**had [49]** 14/2 15/1 16/8 21/17
30/21 31/1 31/9 33/3 34/24
35/1 35/8 49/22 58/19 58/21
63/3 67/24 69/4 70/2 73/1
74/9 74/12 74/24 82/6 82/13
86/10 93/1 94/20 95/3 95/4
98/6 102/17 105/22 105/22
106/6 109/6 110/5 110/24
112/14 113/15 119/17 122/6
125/2 125/4 125/22 126/3
136/5 154/4 158/13 163/4
**half [1]** 158/17
**hall [7]** 54/9 129/6 129/6
129/7 129/8 129/9 153/6
**hallway [1]** 41/24
**hamburger [1]** 56/3
**Hamilton [1]** 2/19
**hand [4]** 12/13 124/8 156/15
166/12
**hang [1]** 75/12
**happen [6]** 43/19 81/14 88/7
88/10 128/19 128/23
**happened [4]** 67/23 81/20 86/2
146/19
**happenin' [2]** 99/8 132/2
**happening [5]** 43/15 43/16
91/20 97/5 102/15
**happens [2]** 48/16 50/8
**hard [1]** 146/21

**harm [12]** 61/3 61/7 61/8
61/15 61/17 61/17 109/1 109/4
63/22 65/20 80/24 155/1
**harm-wise [3]** 61/7 61/8 61/10
**has [27]** 4/22 8/13 12/1 12/9
12/20 14/10 22/14 31/24 34/1
43/10 57/13 65/3 65/12 69/5
74/21 92/14 103/3 109/24
115/20 115/20 125/1 127/14
130/1 139/8 144/22 145/5
154/23
**hasn't [3]** 121/16 144/20
163/21
**hate [1]** 159/19
**have [243]**
**haven't [11]** 22/17 68/12 69/7
148/7 149/16 154/20 158/3
159/21 160/11 162/7 163/19
**havin' [1]** 99/5
**having [9]** 4/3 6/9 8/12 64/16
72/23 103/22 106/9 113/4
155/1
**he [301]**
**he's [56]** 11/23 13/3 13/5
28/8 28/10 29/18 29/20 30/2
30/3 31/17 31/22 32/9 36/19
37/20 38/9 42/19 42/19 44/21
45/2 45/5 46/6 46/10 46/14
46/21 48/12 68/14 68/17 69/1
78/14 89/24 97/24 100/19
100/21 101/1 101/1 105/12
112/18 117/24 118/5 118/24
122/19 130/3 133/10 133/11
133/19 133/20 142/23 142/23
149/19 149/22 154/16 158/9
158/13 158/15 158/19 158/23
**head [22]** 6/12 13/3 13/3 26/2
29/20 30/2 30/3 31/22 32/11
34/20 36/5 36/10 43/7 44/21
44/24 45/3 45/5 50/7 72/21
81/20 82/3 148/21
**hearing [1]** 32/21
**heart [1]** 50/24
**heavily [1]** 113/13
**held [2]** 72/4 87/4
**hell [2]** 101/18 102/16
**help [3]** 52/5 94/23 159/4
**Henry [19]** 2/5 2/10 13/4 24/3
30/3 32/1 36/1 36/11 45/6
89/6 94/21 108/4 113/20 117/3
120/22 140/21 141/6 156/7
165/9
**her [22]** 1/9 1/17 14/8 26/16
89/1 91/9 91/17 91/19 92/4
92/13 93/4 93/16 108/15
108/20 108/22 109/5 109/18
112/9 112/10 112/10 127/7
143/4
**here [103]** 5/5 8/14 8/22 9/4
10/3 11/2 12/13 13/5 14/7
22/10 23/1 23/5 25/10 26/8
29/10 31/21 31/23 33/1 34/21
35/2 35/4 35/23 36/5 37/8
37/9 37/10 37/11 38/19 40/10
40/17 40/19 42/3 42/15 43/15
45/1 46/13 53/22 68/21 71/2
72/18 73/22 76/12 76/14 78/6
78/7 78/14 78/18 79/5 79/21
84/17 86/6 87/24 88/12 89/7
89/14 89/22 89/23 90/5 90/22

91/7 96/9 97/11 97/17 97/21
98/2 98/5 98/9 98/12 98/14
98/12 98/14 98/19 102/6
103/1 106/8 108/3 110/2
113/20 114/3 116/15 117/3
118/22 121/11 121/16 124/14
125/11 126/13 127/19 129/2
129/3 136/15 136/16 137/5
137/17 139/7 139/11 140/14
140/16 140/18 140/20 141/6
141/12 142/4 148/2 151/21
153/12 158/11
**HEREBY [1]** 165/7
**hereto [1]** 166/9
**hereunto [1]** 166/11
**hers [2]** 89/1 112/5
**hey [8]** 41/24 97/10 98/11
102/4 104/18 157/12 157/20
163/14
**Heyl [1]** 2/18
**heylroyster.com [1]** 2/20
**hierarchy [1]** 77/16
**Hill [32]** 2/5 2/10 8/14 11/2
13/4 24/4 30/4 32/1 36/1
36/11 37/9 43/15 45/6 48/3
51/3 51/22 76/15 80/8 86/9
89/6 94/21 108/4 113/20 117/3
120/22 121/13 140/21 141/6
148/20 148/24 156/7 165/9
**him [81]** 10/9 10/9 10/10 14/4
25/11 29/24 29/24 31/10 31/24
32/4 32/7 32/11 32/22 33/24
35/9 35/10 36/18 36/20 37/7
43/13 43/24 44/12 44/17 44/17
45/8 67/24 68/1 68/15 68/17
68/18 69/3 69/5 69/20 69/22
70/2 71/11 84/11 88/15 90/20
91/12 95/9 95/9 96/18 98/17
98/22 101/14 102/15 102/21
103/16 113/13 113/15 113/19
114/9 114/9 114/23 115/19
116/8 116/20 117/17 117/19
118/8 118/14 122/4 126/21
126/21 128/18 128/22 128/24
129/4 129/4 130/5 130/5 139/8
143/2 152/14 152/16 152/19
153/22 153/23 155/20 158/11
**his [63]** 1/7 1/8 1/11 1/12
1/14 1/15 1/16 4/4 9/21 10/5
27/16 29/15 31/3 41/16 66/15
69/2 76/5 85/14 85/19 85/23
85/24 96/10 100/2 101/12
102/20 103/14 103/18 103/18
103/19 103/21 103/24 104/6
107/20 108/10 108/12 108/13
109/5 115/9 115/10 115/14
115/16 115/20 115/23 116/10
118/19 118/24 119/12 119/14
119/20 119/24 120/4 122/15
122/22 126/20 127/12 129/4
152/12 152/15 152/15 153/10
165/17 165/20 165/21
**hit [3]** 43/6 43/6 68/12
**hold [4]** 24/14 24/15 48/13
113/13
**holiday [1]** 147/8
**Holy [1]** 146/9
**honest [1]** 118/20
**honestly [4]** 40/13 124/2
155/23 156/5
**honor [4]** 18/13 25/6 44/2

# H

**honor... [1]** 130/8
**honored [9]** 22/15 44/2 77/7
 77/10 129/17 130/10 132/7
 133/3 157/15
**hoodwink [1]** 100/12
**hoodwinked [2]** 34/16 44/20
**hoping [1]** 111/7
**hospital [1]** 64/20
**hot [4]** 62/13 62/17 62/23
 62/24
**hour [1]** 2/4
**how [52]** 23/1 32/9 40/5 44/13
 46/2 46/24 47/1 52/8 52/20
 54/1 55/8 55/12 58/10 59/18
 64/2 64/6 64/15 68/5 69/24
 71/16 71/23 74/19 77/11 85/14
 95/19 98/2 98/20 106/18
 109/14 109/16 112/18 125/4
 126/7 126/17 139/24 144/24
 145/10 145/22 147/6 151/2
 151/12 151/17 151/18 151/23
 152/2 157/8 158/11 159/4
 161/4 161/7 161/11 161/14
**however [5]** 16/1 18/13 53/21
 139/21 147/10
**human [1]** 40/24
**hungry [2]** 62/4 63/22

# I

**I'd [1]** 105/5
**I'll [7]** 5/12 6/10 7/3 36/23
 123/8 123/23 127/15
**I'm [113]** 5/3 6/2 6/22 7/1
 10/17 13/8 14/20 18/22 20/6
 20/10 20/21 21/3 21/6 21/11
 21/12 21/23 22/16 24/13 26/13
 32/24 33/1 35/18 36/6 38/6
 38/18 38/21 39/9 39/11 40/19
 42/7 43/14 44/6 44/15 44/15
 44/23 46/14 46/19 50/15 52/15
 53/11 53/19 54/13 55/16 56/23
 57/21 58/22 59/3 59/6 59/16
 59/17 59/17 60/1 61/17 67/5
 68/7 68/9 68/19 73/7 75/20
 78/11 82/7 84/15 84/21 88/1
 97/22 98/1 99/23 100/16
 102/22 102/22 104/15 104/19
 106/14 108/18 110/12 110/16
 111/7 111/13 111/17 112/20
 112/21 114/7 116/14 117/2
 120/16 122/9 123/6 125/13
 125/15 125/24 127/19 129/21
 133/13 133/13 134/13 135/17
 135/17 136/4 137/3 137/12
 138/20 140/13 143/17 146/12
 147/2 147/3 148/17 150/2
 151/10 152/17 160/19 161/1
 161/23
**I've [26]** 4/10 9/4 9/10 9/13
 10/2 10/24 13/5 22/24 23/5
 31/21 32/4 33/24 35/10 37/11
 37/11 41/16 53/11 53/12 57/14
 58/7 66/4 73/4 87/24 88/24
 134/20 159/15
**I.D [3]** 96/1 96/2 152/15
**idea [1]** 11/16
**identification [2]** 139/2
 140/3
**identify [1]** 137/13

**Idinism [1]** 75/24
**idoc [1]** 113/4
**if [124]** 6/2 7/5 7/7 7/9 9/23
 11/20 13/8 15/21 15/22 16/3
 27/7 27/9 28/6 28/16 29/20
 30/13 31/4 38/1 38/4 39/10
 41/4 41/15 41/18 41/19 42/21
 43/3 46/16 46/18 46/19 47/2
 50/19 53/14 54/4 58/14 59/1
 63/2 63/5 63/8 63/16 66/24
 67/15 69/1 69/2 69/18 72/3
 73/9 73/11 73/23 74/13 76/2
 76/10 77/12 77/15 78/4 79/17
 80/18 81/12 82/3 82/8 83/4
 83/4 83/7 84/4 85/5 85/11
 85/21 86/8 88/5 88/10 95/3
 96/5 96/6 97/19 97/22 102/1
 102/2 103/8 104/11 104/13
 104/14 106/3 106/6 109/24
 112/5 115/23 116/10 116/17
 119/6 121/9 121/11 122/14
 123/24 124/5 125/14 126/8
 126/18 127/5 127/14 129/19
 130/4 130/16 130/20 134/9
 137/12 140/14 142/24 143/3
 143/20 144/12 145/8 145/18
 147/6 147/8 147/18 147/19
 149/20 154/2 156/5 156/8
 163/2 163/4 163/11 163/16
 163/19
**ILLINOIS [26]** 1/1 1/6 1/23
 2/2 2/7 2/11 2/13 2/14 2/19
 39/5 43/17 46/15 47/17 53/1
 86/8 103/2 104/10 124/22
 144/10 147/13 158/12 161/8
 165/1 165/7 165/11 166/13
**immediately [2]** 112/13 165/21
**implement [1]** 77/5
**important [1]** 158/2
**imposter [1]** 32/20
**impression [5]** 34/19 45/9
 46/4 46/19 88/24
**in [343]**
**in there [1]** 160/3
**incarcerated [9]** 10/24 22/4
 48/3 49/10 53/18 53/19 116/14
 144/16 148/3
**include [1]** 136/17
**included [1]** 66/24
**Including [1]** 138/3
**indicated [2]** 5/18 9/17
**indicating [6]** 70/16 71/3
 79/24 137/4 137/21 160/1
**individual [10]** 1/7 1/9 1/10
 1/11 1/13 1/14 1/15 1/16 1/18
 158/10
**individuals [1]** 8/17
**indulge [3]** 147/7 147/15
 147/23
**inform [2]** 41/23 87/11
**Information [1]** 75/6
**informing [2]** 9/5 17/4
**infringing [1]** 40/3
**initially [2]** 9/16 70/21
**initiative [1]** 101/15
**injury [2]** 80/23 154/24
**inmate [3]** 42/6 97/21 97/23
**inmates [9]** 11/8 11/10 27/4
 41/14 41/17 89/6 95/5 140/20
 161/18

**innuendos [1]** 69/11
**instance [5]** 54/4 62/10 62/24
 125/10 149/2
**instead [1]** 110/20
**institution [30]** 12/17 15/19
 15/24 16/6 16/13 16/15 23/7
 24/10 24/18 24/20 31/8 31/9
 33/17 40/21 46/12 49/12 54/8
 60/20 73/3 87/20 91/20 92/14
 103/2 108/17 110/9 110/19
 111/7 111/15 112/16 138/13
**instructed [1]** 50/5
**intact [1]** 137/17
**integrate [1]** 49/5
**intended [1]** 94/4
**intent [1]** 93/17
**interested [2]** 76/2 166/10
**interrogatories [8]** 4/10 4/16
 4/21 38/12 88/22 89/2 160/12
 160/21
**interruption [1]** 42/1
**intervene [1]** 156/16
**into [15]** 9/7 9/7 10/16 28/5
 34/16 34/17 37/9 40/21 66/4
 102/23 113/5 117/24 158/20
 162/19 162/20
**involved [5]** 32/10 90/11
 90/15 118/11 124/21
**involvement [4]** 101/6 112/11
 122/7 122/12
**Irish [8]** 146/11 146/15
 146/16 146/24 147/9 147/18
 147/21 147/22
**is [276]**
**isn't [2]** 39/6 119/6
**issue [9]** 12/16 31/5 37/5
 103/16 118/1 142/13 154/10
 156/15 156/24
**issued [4]** 14/13 15/16 27/3
 139/8
**issues [3]** 7/20 32/12 90/18
**issuing [4]** 90/11 90/15 95/12
 133/20
**it [305]**
**it and [1]** 134/20
**it's [150]** 9/22 10/6 10/16
 12/2 12/4 12/5 12/5 12/8
 12/21 14/1 15/12 17/18 17/24
 20/4 20/4 21/13 21/22 22/24
 23/4 25/2 25/7 25/23 26/12
 31/20 32/20 38/15 39/5 40/12
 40/18 40/20 41/20 42/21 43/5
 43/13 43/18 43/20 46/4 46/5
 49/19 49/20 52/7 52/19 54/8
 55/7 55/10 57/5 57/9 59/6
 62/4 63/8 65/2 65/6 70/9
 70/11 70/12 70/18 70/22 71/1
 72/17 73/5 75/16 75/17 75/24
 76/24 77/8 77/9 77/10 77/18
 78/2 78/3 78/5 79/15 79/23
 79/23 81/11 81/12 81/12 81/13
 84/1 87/14 88/5 88/6 88/10
 88/11 92/19 92/21 97/19 98/3
 99/6 105/13 106/20 106/21
 108/19 110/8 110/18 114/1
 114/1 114/3 114/5 114/5 114/9
 114/10 114/10 115/15 115/21
 115/23 115/24 116/10 118/4
 118/5 121/4 124/12 129/16
 129/17 129/19 130/9 130/13

**I**

it's... **[33]** 130/16 130/16 130/20 131/8 131/14 132/7 133/8 133/18 133/18 133/21 133/24 134/10 134/20 135/10 135/12 135/14 138/11 140/13 140/14 140/15 142/13 142/24 146/5 147/4 150/13 150/18 151/8 152/12 157/4 158/21 161/9 162/14 162/15
itself **[2]** 93/18 119/20

**J**

jail **[1]** 53/22
Jenky **[5]** 33/9 36/24 37/2 39/3 58/7
Jesus **[1]** 38/21
Jew **[1]** 79/1
Jewish **[10]** 11/13 15/22 29/21 54/5 104/19 104/22 104/23 105/8 124/10 155/24
job **[19]** 52/24 53/14 58/23 97/18 102/11 102/20 103/18 103/18 103/19 103/21 103/24 104/7 105/20 107/20 108/10 108/12 118/22 119/13 122/15
JOE **[7]** 1/13 2/21 31/16 31/17 34/20 39/4 144/6
JOHN **[18]** 1/6 1/14 2/15 2/16 27/16 28/1 107/16 113/12 115/5 116/3 116/17 116/23 117/9 120/1 120/7 122/1 122/11 154/5
Johnson **[1]** 54/13
join **[1]** 87/10
jot **[2]** 6/24 7/1
Judaism **[1]** 75/23
judicial **[2]** 111/22 113/5
just **[109]** 4/13 5/21 8/9 11/7 11/16 13/9 14/2 15/6 16/2 16/5 17/4 17/7 17/22 18/2 19/3 19/19 23/6 24/6 24/10 32/5 32/7 35/3 38/10 40/20 43/6 43/15 45/16 45/23 46/19 49/18 49/22 51/5 54/16 56/6 57/18 57/20 59/14 59/17 61/10 64/21 65/7 65/11 65/19 67/22 70/24 72/13 75/12 76/1 78/3 78/17 79/11 79/16 80/3 80/16 85/7 85/7 86/2 86/19 88/15 88/21 89/1 89/17 91/1 91/18 92/12 93/24 101/22 102/7 103/21 103/21 103/24 105/2 105/22 106/23 109/17 110/13 111/5 111/24 112/4 113/1 115/7 115/9 117/8 118/14 118/21 119/16 120/12 121/2 121/6 122/9 122/10 123/11 123/19 129/21 131/17 137/16 140/3 141/4 143/8 145/15 146/7 146/19 151/10 154/12 154/21 157/24 160/21 162/3 162/20

**K**

keep **[9]** 20/2 20/3 21/11 24/11 43/18 80/14 99/5 132/11 163/5
kept **[1]** 93/9
kicked **[1]** 89/21

kind **[3]** 11/16 34/15 140/12
knew **[11]** 11/8 15/16 17/21 26/17 38/9 75/10 93/1 96/24 131/16 156/20 163/2
know **[223]**
knowing **[1]** 44/24
knowledge **[3]** 93/2 94/20 165/17
known **[7]** 34/24 43/22 58/7 91/19 110/3 112/4 134/12
knows **[3]** 26/13 109/20 125/17
Knox **[4]** 2/7 148/2 165/2 165/10
kosher **[6]** 54/11 54/16 56/22 57/3 152/22 153/7

**L**

lactose **[4]** 56/22 57/4 152/23 153/7
LAHOOD **[18]** 1/13 2/21 31/16 31/17 32/3 32/17 32/18 32/19 33/9 33/18 34/4 34/5 39/4 39/12 123/17 144/6 155/11 160/3
laid **[1]** 128/18
last **[14]** 5/14 5/15 13/9 22/20 31/3 55/1 55/2 55/11 55/18 65/8 105/11 158/16 158/16 162/4
late **[2]** 13/9 110/18
later **[2]** 73/17 74/3
law **[7]** 95/10 97/18 110/15 131/17 149/18 149/21 160/2
lawsuit **[22]** 9/11 52/24 59/1 59/11 59/17 60/8 60/15 66/13 66/20 81/12 81/14 88/4 88/11 90/24 94/11 94/13 97/1 99/14 111/14 121/8 125/1 125/21
lawsuit's **[1]** 55/17
lawsuits **[1]** 154/10
lay **[2]** 52/11 153/10
leadership **[1]** 39/14
leading **[2]** 9/4 22/4
least **[3]** 72/1 98/15 160/16
leaves **[3]** 28/15 92/13 139/22
left **[4]** 68/8 115/13 136/2 141/9
leftovers **[1]** 153/8
legal **[3]** 100/15 100/20 101/3
Lent **[75]** 9/22 9/24 10/10 14/11 15/14 16/12 16/14 16/16 16/18 17/1 17/6 17/8 17/22 18/1 18/2 18/11 18/17 19/9 19/19 19/24 20/6 22/13 22/22 23/3 23/9 24/8 25/19 34/13 37/13 37/15 39/20 43/18 86/11 86/12 87/13 87/16 87/22 87/23 93/10 95/16 97/12 97/14 99/3 101/12 115/4 124/5 126/23 127/19 128/15 128/24 129/10 130/8 134/8 134/12 139/14 139/20 140/2 140/23 141/11 141/23 142/7 143/22 145/7 146/20 148/23 149/2 153/24 159/18 160/15 160/18 160/24 161/6 161/15 161/16 163/24
Lenten **[1]** 8/12
let **[24]** 6/3 7/7 7/8 14/3 20/17 43/22 45/9 65/7 66/2 68/11 68/15 68/18 69/3 73/5

89/23 91/19 93/1 99/19 110/16 126/21 133/2 134/12 147/3 156/5
let's **[7]** 30/17 31/13 33/2 34/8 67/20 72/18 78/11
letter **[11]** 19/15 111/3 113/15 113/24 114/23 115/6 116/4 116/7 116/9 146/8 162/16
letters **[1]** 129/18
letting **[4]** 110/3 114/22 139/7 158/20
library **[2]** 149/18 149/21
lie **[3]** 53/12 58/20 144/9
lied **[4]** 99/18 99/18 100/3 100/24
life **[1]** 50/11
like **[121]** 4/8 5/22 6/22 6/24 7/19 8/5 10/2 11/20 24/12 30/19 32/12 32/20 33/7 35/18 36/16 37/7 38/10 38/13 38/15 41/2 41/15 41/20 42/13 44/6 44/23 45/2 45/20 46/2 46/4 46/5 46/13 46/21 47/3 48/9 48/11 48/15 49/11 49/20 50/2 50/13 52/6 52/10 54/4 54/4 56/3 56/5 57/13 58/13 58/14 58/18 59/8 60/2 60/7 60/14 62/4 62/10 62/12 62/20 63/5 63/19 64/13 64/23 68/19 71/14 71/21 73/7 74/5 75/4 78/3 78/6 78/17 79/12 80/2 80/16 84/1 84/6 84/7 84/19 85/12 85/14 86/17 86/19 87/18 88/5 92/12 97/19 99/4 100/16 102/16 107/14 109/10 109/15 109/23 110/12 113/17 113/19 114/11 116/13 117/2 118/20 120/18 123/23 124/7 125/8 126/14 129/15 137/19 138/21 144/18 145/12 146/2 150/2 150/20 155/19 155/23 157/9 158/6 159/5 159/6 159/14 160/11
like he **[1]** 46/5
likes **[1]** 113/16
limited **[1]** 53/23
line **[2]** 54/10 85/14
lines **[1]** 130/20
Linwood **[2]** 2/6 2/11
list **[43]** 25/22 42/11 68/14 68/17 69/2 69/7 69/8 69/12 72/8 72/11 72/15 82/22 82/23 82/23 83/4 83/5 83/20 84/9 84/13 84/15 84/16 84/20 84/24 85/11 95/15 95/22 98/6 98/14 99/7 99/11 118/24 139/14 139/20 141/11 141/23 142/7 148/6 148/8 148/10 152/14 153/15 153/17 163/9
listed **[3]** 103/24 140/8 152/3
listen **[4]** 27/12 125/8 146/4 147/17
lists **[1]** 153/3
little **[3]** 6/24 53/24 67/20
lives **[1]** 32/5
located **[1]** 106/21
lockdown **[3]** 49/13 60/20 60/22
locked **[1]** 158/19

**L**

**Loevy [2]**  137/8 137/8
**long [5]**  49/20 55/8 68/21 69/24 73/4
**longer [3]**  67/3 107/2 148/18
**look [13]**  9/7 9/7 21/5 46/24 54/14 55/2 63/20 72/18 105/10 109/2 109/10 123/7 125/16
**looked [5]**  10/16 46/23 102/23 109/9 109/23
**looking [4]**  82/7 104/15 112/21 114/7
**looks [6]**  28/5 71/14 80/2 109/15 127/9 150/20
**lose [2]**  64/1 64/2
**losing [2]**  64/4 64/4
**loss [3]**  64/1 65/4 65/13
**lost [5]**  61/6 64/6 64/12 64/21 65/8
**lot [5]**  58/18 64/3 74/21 102/6 153/1
**Lovell [1]**  154/5
**lunch [3]**  16/9 55/14 55/20

**M**

**made [5]**  30/13 125/9 131/12 135/8 148/16
**mail [7]**  11/14 14/9 26/14 85/16 85/19 114/13 115/12
**mailed [1]**  162/24
**mails [1]**  161/20
**main [1]**  61/24
**make [13]**  6/1 6/5 7/11 49/13 59/20 60/21 65/11 78/9 87/11 130/5 142/6 145/14 146/4
**makes [6]**  29/6 95/15 95/21 99/7 99/11 146/3
**man [4]**  102/4 131/21 134/14 149/10
**manager [3]**  102/14 105/18 107/24
**MANUEL [4]**  1/8 2/15 9/17 118/11
**many [8]**  21/10 23/1 53/23 71/16 71/23 95/19 98/20 159/11
**March [1]**  125/6
**mark [1]**  138/20
**marked [2]**  139/2 139/16
**mass [5]**  48/9 48/10 48/22 49/2 78/12
**match [1]**  112/22
**matter [5]**  63/8 70/13 94/23 148/16 153/3
**matters [1]**  165/18
**may [8]**  6/3 6/11 6/13 7/6 7/6 7/10 43/1 43/1
**maybe [11]**  42/11 42/11 55/10 57/21 57/22 60/23 62/16 64/13 113/19 155/21 159/2
**McLaughlin [1]**  89/15
**me [101]**  4/9 6/3 7/7 7/8 8/11 11/16 12/4 14/2 17/4 18/19 20/13 20/17 21/8 26/7 26/12 33/1 35/12 35/16 36/8 39/10 39/17 44/20 44/20 45/9 52/24 53/24 57/7 57/9 57/18 58/24 59/2 67/15 67/17 67/22 68/11 69/9 70/19 70/22 70/23 71/12 72/12 72/14 72/21 72/22 73/2 73/3 73/12 74/4 75/2 78/13 78/14 81/2 82/7 82/23 82/23 83/13 83/13 84/24 85/7 86/5 86/6 88/22 88/23 93/1 95/14 95/16 97/20 97/21 97/22 97/24 98/1 99/6 99/19 101/23 101/24 109/9 109/15 112/5 112/18 112/20 113/17 114/22 114/22 118/23 120/15 120/15 120/19 125/4 128/18 131/21 137/22 148/12 148/15 149/8 151/7 157/3 159/20 162/13 165/8 165/16 165/22
**meal [69]**  8/12 9/8 9/24 10/14 12/8 14/6 14/13 15/14 15/17 16/6 16/14 16/15 16/19 17/24 18/11 19/4 23/20 24/10 24/12 25/17 26/4 26/5 27/3 35/9 38/22 39/20 40/1 43/9 43/13 43/18 55/3 55/22 55/23 55/23 61/24 66/3 86/15 87/18 93/10 94/22 95/16 95/20 97/12 97/14 98/9 98/13 102/10 102/19 104/20 105/12 105/13 115/3 126/18 126/23 128/1 128/6 128/14 128/18 129/10 129/12 130/8 133/13 140/1 150/6 152/7 152/16 160/15 160/18 160/24
**meals [25]**  9/19 34/13 36/14 36/21 37/13 37/15 54/2 54/18 57/16 62/7 63/12 66/1 98/5 123/13 124/6 127/1 129/2 129/2 140/2 141/8 144/9 152/22 154/11 155/2 156/14
**mean [14]**  11/19 32/16 48/7 102/2 111/18 114/3 125/8 125/20 135/19 136/9 144/2 150/19 151/9 151/14
**meaning [4]**  15/15 45/7 95/22 152/13
**means [2]**  126/9 165/22
**meant [1]**  144/16
**meat [58]**  8/12 16/21 16/22 17/7 17/9 18/6 18/23 19/4 22/22 23/1 23/2 23/4 23/8 23/12 23/13 23/15 23/18 23/20 23/23 24/22 24/23 26/1 26/5 43/13 53/8 53/10 53/11 53/12 55/16 55/22 56/6 57/3 58/2 58/10 58/14 59/8 59/9 59/20 59/24 60/9 62/14 63/3 63/16 115/4 126/10 126/16 126/18 130/8 144/8 144/17 145/3 145/7 146/23 147/7 147/8 147/15 147/17 147/19
**meatballs [1]**  56/3
**meatless [36]**  17/21 17/24 18/17 19/16 19/24 20/19 20/23 20/24 21/2 22/13 24/8 24/9 24/11 24/16 25/16 57/16 59/12 61/21 63/23 64/16 65/14 65/18 65/21 66/5 67/2 86/10 86/14 121/9 121/15 125/2 125/4 125/22 126/3 149/4 150/6 155/1
**meats [1]**  56/1
**medical [2]**  64/18 154/23
**medications [1]**  7/16
**meeting [1]**  155/21
**MELISSA [13]**  1/17 2/17 28/19 112/7 113/9 114/24 117/1 117/6 120/5 122/6 135/6 135/16
**members [1]**  95/11
**memo [8]**  69/9 70/13 70/14 70/18 70/22 71/9 74/8 81/3
**mental [1]**  7/20
**mention [3]**  4/9 31/20 37/4
**mentioned [3]**  67/8 124/24 126/6
**menus [1]**  16/10
**met [6]**  19/22 31/24 32/3 32/4 33/24 47/15
**might [22]**  7/20 44/17 44/17 45/7 47/4 59/9 60/21 62/12 62/13 62/16 78/18 79/8 85/15 85/16 85/18 87/2 96/8 119/5 121/3 125/9 153/6 155/6
**milk [1]**  57/4
**mind [4]**  33/1 51/1 74/8 118/19
**mindful [1]**  7/4
**minds [1]**  155/22
**ministry [3]**  31/18 31/23 32/12
**minutes [1]**  113/14
**miss [2]**  71/16 72/6
**missed [3]**  60/19 81/16 82/17
**missing [6]**  61/12 61/23 67/9 136/11 136/14 138/21
**mistaken [1]**  13/8
**moderation [1]**  147/9
**moment [3]**  47/9 68/6 102/9
**money [5]**  59/1 59/3 114/10 114/16 114/17
**month [9]**  48/10 48/16 71/20 82/10 82/14 83/9 99/3 158/16 162/18
**months [13]**  71/18 71/21 71/24 72/1 72/4 72/6 82/16 83/1 83/15 83/21 84/5 85/1 158/16
**moon [1]**  85/13
**moot [2]**  118/5 118/9
**more [21]**  42/7 47/10 47/14 60/4 70/18 74/16 100/5 100/7 100/14 101/2 101/4 149/9 150/4 154/7 154/7 154/21 155/7 156/23 157/4 158/9 158/18
**most [3]**  49/14 60/12 64/11
**mouth [1]**  161/22
**moving [4]**  102/9 124/1 156/3 158/6
**Mr [19]**  3/3 3/4 3/4 3/5 3/5 3/6 8/7 27/21 47/20 88/14 95/14 102/17 104/22 123/10 131/1 139/4 143/16 155/9 159/17
**Mr. [32]**  5/6 9/17 10/3 26/13 27/22 32/14 47/15 54/13 67/1 68/14 81/3 81/5 88/2 96/14 96/21 97/6 100/10 100/10 101/2 101/6 101/9 101/10 101/11 101/20 101/21 105/8 108/8 120/21 130/7 145/16 146/7 155/19
**Mr. Ahmad [1]**  146/7
**Mr. Ahmad's [1]**  145/16
**Mr. Ankney [2]**  5/6 26/13

## M

Mr. Britton [2]   101/9 101/10
Mr. Fred [1]   96/14
Mr. Freddie [1]   96/21
Mr. Frost [2]   27/22 108/8
Mr. Gans [3]   101/6 101/20
101/21
Mr. Johnson [1]   54/13
Mr. Manuel [1]   9/17
Mr. O'Neal [5]   47/15 68/14
101/11 105/8 120/21
Mr. O'Neal's [1]   101/2
Mr. O'Toole [1]   32/14
Mr. Rojas [9]   10/3 67/1 81/3
81/5 88/2 97/6 100/10 100/10
130/7
Mr. Uphoff [1]   155/19
Mrs. [1]   137/9
Mrs. Phoenix [1]   137/9
much [17]   41/15 64/2 64/6 68/5
107/18 139/24 161/11
multiple [1]   30/17
Muslim [10]   11/13 29/21 63/6
74/22 76/2 78/3 78/7 78/24
103/6 122/22
Muslims [9]   15/21 54/5 63/19
75/1 75/23 76/8 76/12 76/18
86/19
must [3]   78/21 145/24 163/8
my [78]   8/2 14/11 18/8 20/17
21/8 21/14 21/16 22/19 22/19
26/2 32/24 43/6 43/6 44/19
44/22 46/16 51/13 52/1 52/13
52/17 57/1 57/6 59/2 59/16
64/8 65/10 68/12 69/5 72/10
72/21 75/11 80/6 81/17 82/2
82/4 82/22 83/4 83/4 85/5
89/3 90/6 90/22 91/18 93/5
94/7 96/14 97/19 98/3 98/16
100/2 100/5 100/7 100/11
100/14 100/21 101/13 101/19
104/24 110/7 110/19 114/17
117/18 123/7 127/19 127/19
128/2 133/5 133/8 137/23
144/3 146/5 146/14 150/4
159/21 161/20 162/3 166/11
166/12
myself [2]   5/5 142/14
mysteriously [1]   69/6

## N

nah [2]   42/17 42/17
name [25]   5/13 5/14 5/15 14/8
14/10 15/11 31/3 69/2 69/5
72/10 82/22 83/4 83/5 85/5
107/3 109/11 109/14 112/19
115/10 126/20 127/17 127/20
146/9 146/16 154/15
name's [1]   84/19
named [2]   8/18 165/11
nature [2]   31/12 126/12
necessarily [1]   33/13
necessary [1]   141/7
necessity [1]   166/1
need [12]   6/17 7/7 11/20 20/8
21/15 37/2 43/17 54/11 88/21
91/15 134/21 149/18
needed [1]   29/23
needs [8]   37/5 37/16 37/23
98/13 110/1 117/6 117/14

118/8
neglected [4]   159/12 105/19
105/19 107/19
negligence [1]   8/19
neither [3]   4/11 159/22 164/4
never [38]   9/10 9/13 10/17
10/19 11/5 11/15 16/7 16/7
23/16 24/1 26/17 32/3 32/4
32/21 33/24 34/5 35/10 36/10
74/1 74/24 75/9 83/1 87/21
87/23 96/15 96/15 96/17 96/20
100/6 124/8 127/23 129/23
131/6 131/12 131/16 132/19
145/5 157/11
new [8]   14/7 14/14 73/1 73/5
73/19 124/12 158/7 163/14
next [7]   59/10 62/16 85/18
87/5 97/17 105/21 163/3
night [10]   43/12 50/7 55/24
61/19 81/20 84/13 85/19 85/20
85/23 86/2
nine [1]   84/7
no [169]
Nobody [1]   13/20
nod [1]   6/11
non [19]   8/12 14/19 16/21
19/4 23/23 26/5 43/13 76/15
76/16 77/13 77/13 77/22 77/22
80/9 80/9 115/4 130/8 144/8
144/17
non-biased [1]   14/19
non-Catholics [4]   76/15 77/13
77/22 80/9
non-Christians [4]   76/16
77/13 77/22 80/9
non-meat [10]   8/12 16/21 19/4
23/23 26/5 43/13 115/4 130/8
144/8 144/17
nondenominational [1]   75/15
none [2]   112/22 129/11
nor [7]   66/7 92/2 97/5 101/15
107/24 144/23 166/5
norm [1]   85/12
normally [3]   11/11 27/12
29/10
Norman [2]   148/21 163/20
not [239]
notarial [1]   166/12
Notary [2]   2/3 165/5
notes [1]   123/7
nothin' [9]   53/13 69/8 98/1
116/12 148/13 148/16 149/13
149/24 157/7
nothing [21]   21/1 38/10 40/12
58/21 65/17 66/22 74/9 90/9
94/23 99/8 108/11 113/22
119/22 122/19 129/2 129/3
132/3 149/14 156/11 164/5
165/17
notice [2]   161/5 165/8
notify [1]   9/23
November [2]   2/4 165/9
now [41]   5/9 6/21 9/5 11/16
13/13 15/19 17/11 26/12 27/22
27/24 29/7 34/8 36/9 37/20
38/24 41/10 43/5 43/10 45/5
45/9 49/17 55/3 55/7 67/7
73/5 85/7 85/12 91/1 103/22
111/13 111/21 127/4 127/15
134/13 134/14 137/12 138/14

146/1 149/1 154/9 158/8
number [9]   12/8 12/12 74/14
95/19 139/9 139/11 141/19
151/7 152/3
numbers [2]   151/2 151/23
numerous [2]   98/22 140/21

## O

O'NEAL [17]   1/3 1/7 2/1 2/10
3/3 4/2 5/15 47/15 68/14
84/14 101/11 104/22 105/8
127/20 127/20 146/16 165/14
O'Neal's [1]   101/2
O'Toole [18]   31/1 32/14 32/16
32/16 32/17 34/20 34/22 35/4
35/13 35/16 36/8 36/10 36/20
37/12 39/3 40/14 44/14 45/7
oath [2]   4/4 165/20
obligation [1]   21/17
observe [3]   16/12 16/16 22/13
occasion [1]   58/16
occasions [2]   98/22 99/2
occurring [3]   10/21 108/3
149/3
October [1]   4/19
October 9 [1]   4/19
odd [2]   84/23 109/9
Odinism [1]   75/24
off [46]   12/1 12/20 24/2 24/4
25/13 26/2 26/10 41/17 41/21
42/3 42/6 42/11 49/20 68/6
69/6 69/8 69/12 72/21 82/23
82/23 84/15 92/14 92/20 92/24
93/15 94/1 96/1 97/14 102/7
102/8 110/2 114/16 115/13
116/5 116/6 117/18 118/23
119/6 127/5 127/23 135/14
135/15 135/16 135/20 136/1
152/20
Offender [2]   80/2 130/14
offenders [3]   79/18 90/11
90/15
offered [1]   86/16
offhand [3]   47/8 65/22 72/13
office [13]   2/13 10/5 91/19
92/5 92/13 115/9 115/14
115/16 116/2 129/5 145/16
145/16 162/23
officer [28]   12/2 12/20 23/24
25/13 27/20 27/21 27/23 28/12
28/15 28/17 28/21 41/23 85/13
85/15 85/18 85/21 86/3 86/5
86/6 92/2 96/19 96/20 107/18
109/1 109/21 109/22 111/17
135/5
officers [4]   28/9 68/20 86/1
104/12
official [9]   1/7 1/8 1/10
1/11 1/13 1/14 1/15 1/16 1/17
officially [1]   28/14
often [1]   58/10
oh [8]   13/24 44/4 65/2 105/10
120/20 128/12 148/12 153/22
Ohio [1]   158/14
okay [124]   4/24 5/12 8/4 8/21
8/24 10/1 10/20 11/9 14/14
18/12 18/16 19/7 20/12 22/1
22/9 24/17 25/7 25/15 25/21
26/18 27/5 27/15 28/1 28/8
28/13 28/23 29/6 29/16 30/23

## O

**okay... [95]**   30/23 31/4 31/13
32/9 34/1 35/5 36/7 36/12
36/22 37/1 37/14 37/22 38/4
38/7 39/9 39/21 40/6 41/7
44/11 44/14 44/16 45/4 45/13
46/18 54/24 57/15 60/11 62/22
65/16 65/23 69/13 72/18 78/8
80/22 81/3 81/15 82/10 87/15
88/8 93/3 94/14 94/18 98/3
98/8 100/2 101/6 104/4 105/21
106/11 107/16 108/11 114/14
116/23 117/8 117/23 119/22
121/18 122/9 122/24 125/4
127/14 127/21 128/5 128/24
134/8 134/16 135/13 136/24
137/3 138/9 138/16 138/20
140/3 140/9 141/14 141/21
142/1 142/19 143/13 145/5
148/6 148/18 149/2 150/19
151/16 153/18 156/24 157/24
159/13 161/4 162/9 163/7
163/10 163/18 164/3
**older [1]**   149/10
**on [227]**
**once [13]**   12/19 18/7 24/2
25/12 26/18 27/21 48/10 48/16
73/2 79/6 82/10 85/12 90/18
**one [72]**   5/24 6/1 13/24 14/8
15/2 16/4 16/4 22/11 23/16
28/8 31/14 33/4 34/24 39/8
39/24 48/14 48/23 49/1 49/5
50/23 51/16 55/20 57/4 57/18
62/6 68/8 71/20 74/4 78/11
79/7 80/5 80/11 80/12 80/13
82/6 84/13 95/18 96/17 97/14
97/17 99/11 101/8 109/1
112/22 118/21 118/22 120/17
121/18 123/18 131/20 132/3
134/5 135/14 135/15 135/20
142/10 142/18 143/22 144/19
145/23 148/1 148/17 153/20
154/6 154/16 156/3 159/14
159/15 160/19 160/21 161/21
163/23
**one's [2]**   118/24 153/20
**ones [5]**   30/19 72/7 73/19
138/21 148/17
**ongoing [3]**   8/13 108/2 134/21
**only [41]**   6/1 12/10 18/16
19/17 19/18 19/21 20/22 22/21
23/16 39/24 42/13 42/20 48/10
48/14 48/16 68/8 71/20 73/22
74/13 80/12 80/13 83/3 89/10
93/3 93/5 109/5 109/21 116/13
120/17 126/24 130/2 136/14
137/12 138/21 139/22 142/5
143/10 144/19 154/11 159/2
161/17
**opinion [2]**   40/7 40/8
**opportunity [3]**   5/5 73/1
111/14
**option [1]**   86/10
**options [1]**   19/24
**or [136]**   6/11 6/11 7/6 7/10
10/9 11/21 12/21 13/9 16/5
16/10 16/17 17/22 18/17 19/14
20/22 21/10 22/21 23/18 26/1
26/1 28/1 29/23 30/3 30/5
31/11 31/11 31/11 32/13 33/4

33/9 33/16 33/22 34/7 38/3
39/11 42/16 43/14 43/16 45/8
45/14 45/19 45/19 46/22 47/2
47/23 48/20 48/20 49/13 51/1
55/15 55/16 55/20 55/24 56/5
60/20 60/23 62/13 62/17 62/20
62/23 63/1 63/9 64/13 65/23
69/1 74/4 74/13 75/12 75/24
77/13 77/22 78/4 79/9 79/19
80/1 80/8 80/9 80/23 81/12
81/21 82/5 82/8 87/10 88/11
88/16 90/16 91/13 94/18 96/18
96/19 97/4 98/10 98/10 102/13
103/6 103/7 104/22 105/17
107/24 109/5 116/20 121/12
121/17 122/21 122/22 123/13
123/17 123/18 126/11 129/17
130/9 130/19 134/1 134/5
137/19 140/11 144/22 146/23
147/20 152/13 153/7 153/7
153/8 154/24 155/11 155/19
158/16 158/17 160/20 161/15
163/13 166/5 166/5 166/8
166/8 166/9
**ordained [1]**   35/6
**ordeal [1]**   85/24
**order [6]**   12/17 46/18 46/20
47/5 108/22 123/22
**ordered [1]**   123/18
**ordering [1]**   46/21
**original [5]**   14/16 135/22
140/10 140/19 141/19
**other [61]**   9/11 11/12 20/7
20/18 20/21 21/16 21/21 21/21
21/23 22/1 36/18 42/9 42/10
51/2 51/5 52/4 55/22 63/22
63/22 65/19 65/20 66/8 66/14
66/24 68/1 75/18 75/20 81/3
82/13 82/18 83/8 83/22 86/1
86/24 88/8 88/13 93/19 95/13
103/22 116/1 117/4 118/2
118/7 118/11 119/12 119/16
119/17 120/10 120/11 120/24
121/1 121/21 122/18 123/18
131/24 142/7 143/7 157/14
158/5 158/5 158/6
**our [15]**   9/2 10/13 14/5 27/23
36/21 38/17 39/2 39/8 40/22
58/4 96/1 96/2 140/1 146/24
157/12
**out [111]**   4/12 10/12 10/19
11/8 11/21 12/6 14/17 15/22
17/14 17/19 19/8 19/14 20/8
23/15 23/16 23/17 25/3 25/11
26/19 32/6 34/9 34/18 36/9
40/17 40/19 41/24 43/23 44/3
44/4 44/9 45/5 49/21 50/23
54/8 56/21 59/18 61/6 61/23
66/3 66/7 67/17 67/18 68/11
68/15 68/18 69/1 69/3 70/7
70/8 70/19 70/23 71/12 71/13
72/10 72/22 73/9 73/14 73/16
73/19 74/6 74/9 75/2 75/13
76/9 78/16 78/21 79/3 83/13
85/19 85/22 86/19 89/21 90/18
91/10 91/11 94/23 95/15 99/7
99/11 101/16 104/2 104/14
108/17 108/18 108/20 110/17
111/2 114/17 119/14 124/8
126/22 127/24 130/4 130/4

130/6 131/18 131/19 134/11
139/16 140/21 140/24 140/24
140/14 140/16 142/6
143/1 146/9 146/9 147/11
148/12 159/23 161/13 161/22
162/3
**outdoes [1]**   74/22
**outside [5]**   31/8 40/16 40/24
50/9 124/15
**outta [1]**   148/15
**over [33]**   5/22 21/11 21/11
50/3 56/4 59/4 60/15 60/22
64/6 65/1 81/18 82/2 86/6
90/21 96/8 97/17 98/12 98/14
102/12 102/21 106/20 111/11
115/24 116/14 116/14 117/3
122/16 127/18 129/1 153/20
154/16 154/20 161/24
**oversaw [2]**   90/8 93/7
**oversee [2]**   48/14 48/14
**oversees [3]**   147/11 147/12
148/1
**own [1]**   124/11

## P

**P.O [1]**   1/22
**packet [3]**   137/24 138/18
139/17
**page [19]**   3/2 97/2 138/3
139/9 139/16 139/18 139/18
140/4 140/7 140/8 140/19
141/12 141/14 141/19 142/5
142/15 142/17 142/17 150/20
**pages [3]**   140/7 141/18 142/18
**paid [1]**   113/18
**paper [5]**   14/9 130/7 130/19
130/20 149/14
**papers [1]**   81/23
**paperwork [2]**   35/8 44/19
**Paprocki [2]**   147/11 147/24
**paragraph [7]**   139/12 139/18
140/19 141/13 141/19 142/4
142/15
**Parcel [1]**   115/13
**pardoned [1]**   147/20
**parishes [1]**   147/12
**parishioners [23]**   24/3 32/1
40/17 41/2 45/18 61/5 88/16
90/19 91/22 91/24 92/1 92/3
94/21 101/19 108/4 115/2
120/16 124/23 156/1 156/7
157/13 160/6 160/8
**part [12]**   9/11 39/13 49/14
51/18 64/17 81/11 88/6 97/1
136/22 137/23 138/11 138/17
**partake [2]**   9/23 148/7
**participants [3]**   74/21 141/12
141/24
**participate [3]**   74/15 74/17
148/11
**parties [2]**   166/6 166/9
**pass [3]**   28/17 85/16 85/19
**passed [1]**   41/19
**passes [1]**   75/7
**passing [1]**   42/2
**Passover [1]**   104/19
**past [5]**   58/13 58/17 59/14
114/11 126/14
**Pat [5]**   31/2 34/23 37/13 39/3
40/14
**Patrick [3]**   31/2 146/18 147/8

## P

Patrick's [2]  146/13 146/20
patty [1]  62/18
pay [2]  50/13 113/16
pedals [1]  74/3
people [14]  39/1 42/10 50/9
 73/1 73/5 74/14 74/16 75/7
 76/19 78/22 95/19 104/1
 110/14 159/11
Peoria [5]  2/19 31/18 32/5
 32/6 33/10
per [1]  16/11
percent [9]  60/3 60/5 60/7
 60/17 60/18 60/19 125/1
 125/22 126/3
percentage [5]  59/11 59/19
 60/14 63/12 64/5
period [14]  17/22 18/6 18/17
 18/23 19/19 20/6 22/23 30/2
 45/16 52/23 63/18 83/9 87/1
 120/22
periods [1]  142/10
Perkins [1]  4/12
permission [1]  80/16
person [18]  6/1 8/21 10/4
 12/22 34/6 35/11 41/22 42/11
 52/8 63/6 73/9 89/11 104/14
 105/21 111/19 126/24 127/9
 165/11
person's [1]  97/18
personal [2]  40/12 52/19
personally [12]  27/6 30/1
 32/9 35/11 59/20 115/6 116/4
 116/18 117/11 122/2 158/11
 160/14
personnel [6]  97/3 101/17
 139/21 139/23 141/4 141/5
perspective [1]  47/11
pertain [1]  47/3
pertaining [5]  19/10 50/4
 101/11 154/10 161/18
pertains [2]  19/13 20/15
PHOENIX [16]  1/17 2/17 28/19
 108/14 111/10 112/7 113/9
 115/1 117/1 117/6 120/5 122/6
 135/6 135/16 135/19 137/9
phone [3]  97/8 97/8 97/10
phonetic [2]  154/6 154/16
phrase [1]  59/18
physical [7]  61/8 61/10 61/12
 61/16 61/20 64/8 80/23
pick [5]  50/23 54/19 59/5
 63/17 127/19
picked [2]  97/8 97/9
picking [1]  59/7
picture [1]  32/24
pinpointed [1]  109/18
pinpointing [1]  111/4
pizza [7]  16/9 16/19 16/20
 17/1 24/21 59/15 126/16
place [8]  4/7 11/17 49/23
 72/14 131/2 146/22 158/17
 159/1
placed [4]  5/8 72/8 83/20
 84/8
plain [2]  130/6 130/18
Plaintiff [1]  1/4
Plaintiff's [1]  71/7
plan [1]  50/14
played [1]  64/17

plenty [2]  75/3 75/10
ploy [1]  75/2
plus [1]  142/9
point [12]  17/11 34/18 45/13
 72/7 81/9 84/5 99/4 110/17
 118/4 118/9 124/9 131/15
pointed [5]  76/9 108/18
 108/20 134/11 140/14
Polish [5]  55/15 56/3
pope [10]  58/5 58/5 144/21
 145/12 145/13 145/14 145/18
 145/19 147/10 147/10
pork [2]  63/7 63/7
postage [1]  113/17
posted [2]  87/1 87/14
potentially [1]  76/2
pounds [2]  64/13 65/4
power [3]  45/15 45/20 153/10
Powers [3]  2/2 165/5 166/16
practice [30]  40/4 40/5 48/4
 51/3 51/19 52/5 52/7 52/9
 52/20 53/20 53/21 83/23
 102/24 103/3 103/9 103/12
 104/8 104/9 105/2 105/4 105/4
 105/5 105/15 107/22 117/21
 145/1 145/22 145/23 147/6
 147/15
practicing [1]  144/24
pray [1]  52/1
prayer [2]  51/18 77/2
prayers [1]  51/24
prepare [3]  139/13 139/20
 139/24
preparing [1]  139/23
present [3]  2/9 27/10 50/11
presented [1]  137/20
pretty [2]  68/5 107/18
previously [4]  83/23 124/24
 143/20 152/5
priest [5]  31/11 48/11 48/12
 48/16 144/22
primary [3]  8/21 39/9 39/11
prior [7]  17/9 53/17 62/6
 63/15 63/16 86/8 87/15
prison [18]  24/7 25/5 25/8
 31/17 31/19 31/23 33/7 33/13
 33/15 33/22 35/24 41/11 46/22
 47/6 158/14 161/5 161/14
 161/16
prisoners [5]  11/10 14/19
 34/6 38/16 93/8
prisons [1]  161/18
Pro [1]  2/12
probably [7]  25/24 55/10
 64/13 72/9 140/13 157/17
 158/16
problem [34]  28/7 40/6 40/8
 40/23 43/14 73/12 73/13 74/24
 75/9 76/11 96/14 100/2 101/14
 101/19 103/8 104/3 104/5
 104/11 104/13 108/2 108/2
 109/6 110/5 110/24 111/5
 111/7 111/8 111/10 111/20
 111/21 112/16 127/14 149/11
 157/17
problems [2]  72/23 102/6
procedure [13]  8/14 12/3
 78/19 79/10 90/8 110/22
 112/11 127/10 129/16 130/22
 131/2 131/16 142/24

procedures [1]  11/17
proceeding [4]  8/20 67/3
 67/13 69/23
process [6]  8/14 11/17 29/7
 54/1 96/17 100/13
produce [1]  145/8
production [7]  4/11 4/16 4/22
 38/12 144/3 144/4 162/1
products [3]  126/10 141/1
 145/3
professional [1]  154/23
program [2]  89/23 93/7
Programs [4]  89/19 89/20 90/3
 127/8
prohibit [2]  77/13 77/17
prohibited [1]  77/21
prohibiting [1]  79/18
prohibits [1]  140/24
promoted [1]  27/19
proven [1]  93/14
provide [15]  13/18 20/11
 21/19 51/17 66/1 66/5 66/10
 72/16 72/19 98/5 102/18
 121/14 124/6 133/17 156/14
provided [32]  11/6 12/7 13/13
 13/19 14/6 14/12 15/14 15/17
 16/18 18/16 20/18 22/22 22/24
 24/10 25/16 61/21 62/11 66/3
 70/4 73/15 75/6 93/9 95/2
 98/8 121/10 121/22 123/14
 131/10 136/12 142/3 152/22
 160/15
providing [3]  11/3 40/9 67/2
Public [2]  2/3 165/5
pull [2]  25/22 149/21
punitive [4]  150/14 151/1
 151/24 152/2
purpose [2]  86/13 166/2
pursuant [1]  165/7
put [11]  20/13 44/22 49/20
 63/7 72/12 77/3 84/24 149/14
 155/22 157/16 161/5
putting [1]  158/19

## Q

qualified [1]  165/6
question [32]  6/11 6/23 18/8
 18/8 18/14 18/19 20/17 21/6
 21/10 21/14 21/16 22/19 22/19
 46/16 46/17 47/2 47/4 50/16
 59/10 59/16 65/10 80/6 86/21
 86/22 90/6 94/7 133/5 150/4
 159/21 160/10 161/2 162/13
questionnaires [1]  50/12
questions [20]  5/7 6/20 7/2
 7/6 7/24 21/3 50/12 50/18
 50/21 50/22 75/5 81/23 82/1
 100/5 100/8 100/11 100/15
 100/22 101/3 155/7
quick [1]  159/15
quite [4]  26/13 77/9 140/13
 154/17

## R

Ramadan [4]  15/21 87/9 87/10
 87/10
rather [4]  67/7 75/12 75/12
 75/13
re [1]  21/9
re-form [1]  21/9

reach [2]   108/22 127/24
reached [1]   34/9
read [8]   20/8 22/17 51/8
81/17 92/17 116/4 116/9
141/16
readin' [1]   150/2
reading [4]   51/6 84/2 84/3
158/10
ready [3]   68/7 154/9 162/6
real [1]   159/15
realize [2]   149/5 149/7
realized [1]   150/7
really [3]   103/16 125/16
155/12
really is [1]   103/16
reason [19]   24/5 32/2 34/14
36/16 40/19 55/18 60/18 69/1
72/16 72/19 73/18 73/24 74/2
77/4 84/23 86/4 110/7 132/1
152/4
reasons [3]   19/5 74/6 74/10
recall [6]   83/17 83/19 99/1
106/1 143/20 143/24
receipt [3]   114/12 114/20
115/8
receive [9]   17/12 57/22 70/4
94/24 142/8 142/9 150/5 150/7
163/12
received [13]   57/23 95/5
113/18 113/24 114/15 114/21
115/6 115/10 115/11 115/22
116/2 116/22 131/6
receiving [7]   40/1 92/11
131/19 132/17 133/7 144/8
152/6
reception [1]   114/23
recognized [1]   16/14
record [7]   5/8 5/14 6/18
81/11 88/6 123/24 165/24
records [1]   64/20
rectify [4]   104/5 111/8
111/19 111/20
redeemed [1]   38/17
reduced [1]   165/21
redundant [3]   20/3 20/4 21/13
163/20
Reece [3]   148/21 163/14
163/20
refer [2]   70/11 92/22
referring [1]   12/15
reflection [1]   24/6
reformed [1]   158/10
refuse [3]   52/18 52/23 111/20
refused [3]   91/8 91/12 161/24
refuses [4]   141/7 141/10
141/22 142/6
regarding [2]   34/13 127/24
regardless [1]   147/13
regards [2]   95/5 99/14
regular [2]   48/20 49/2
regularly [1]   106/8
regulations [1]   76/21
related [1]   166/5
relates [3]   66/12 66/20 88/4
relative [1]   166/8
relay [1]   127/5
religion [10]   11/13 40/4 52/5
52/7 80/19 83/24 118/17
120/14 127/11 145/1
religions [8]   26/12 66/9 68/2

86/24 95/13 121/22 122/2
157/4
religious [61]   9/19 19/5
21/17 26/5 29/8 29/22 30/10
33/11 33/18 35/9 39/13 40/10
43/9 47/11 61/2 61/12 69/15
69/15 69/21 70/3 70/5 80/3
82/18 83/2 83/16 86/24 90/11
90/15 90/16 91/6 91/15 92/11
92/18 93/4 95/6 95/12 98/23
101/7 101/21 102/24 103/3
103/9 103/12 104/7 104/9
105/1 105/5 105/15 107/21
115/4 117/20 120/3 122/3
130/15 142/7 142/10 143/22
144/9 150/4 150/8 163/24
relinquish [1]   143/4
relinquished [10]   26/15 88/23
89/3 89/9 89/11 89/17 89/18
91/2 91/4 127/7
remember [7]   7/7 70/10 84/22
106/9 106/10 107/13 143/19
removal [1]   71/10
remove [1]   42/6
removed [2]   67/21 148/8
rephrase [3]   20/17 21/14
39/10
rephrased [1]   100/23
replaced [1]   14/18
reporter [5]   3/6 5/23 6/14
166/1 166/17
REPORTING [1]   1/22
represent [3]   30/19 47/16
154/13
representation [3]   100/15
100/21 101/3
request [26]   4/17 10/18 10/18
12/6 13/23 14/5 14/14 14/22
17/21 20/18 20/22 20/22 22/6
26/10 30/13 80/2 88/17 99/9
101/7 129/23 130/1 130/2
130/14 144/4 163/4 163/12
requested [9]   14/16 14/24
18/22 21/18 22/3 56/8 56/17
139/5 142/2
requesting [4]   11/21 18/22
19/15 132/13
requests [3]   30/9 163/5 163/8
require [1]   20/10
requirement [1]   19/21
requirements [2]   17/2 17/5
reside [1]   148/2
resides [1]   109/3
resolve [1]   28/6
respect [2]   40/13 40/15
responded [1]   15/6
response [4]   82/4 134/22
135/1 137/16
responsible [3]   8/22 9/1 9/18
rest [2]   52/17 55/21
restrictions [1]   53/4
resubmitted [1]   72/11
result [7]   61/3 61/21 65/5
65/13 65/21 70/6 155/1
retaliated [2]   67/15 69/13
retaliating [1]   58/24
retaliation [2]   67/16 88/15
retire [1]   13/7
retired [9]   13/6 13/8 13/11
13/12 14/4 14/15 15/1 27/22 27/22

70/1
return [4]   12/18 90/20 114/20
115/8
returned [6]   25/11 26/21
113/17 114/21 148/6 148/10
Review [5]   28/21 29/2 108/24
109/20 111/18
revisit [1]   7/9
rice [2]   125/10 125/15
rid [2]   69/18 158/8
right [76]   5/3 6/20 10/6
12/11 12/13 24/19 33/8 35/16
40/3 41/4 41/11 41/22 43/21
45/19 46/9 46/11 48/2 51/2
53/9 53/24 58/6 67/7 67/20
71/2 71/11 72/17 74/7 76/12
76/20 77/20 78/18 79/23 80/5
84/17 85/12 86/24 92/4 97/9
97/24 99/20 101/24 112/12
113/11 121/24 123/4 123/6
123/21 126/2 127/21 129/11
133/15 134/13 134/14 135/2
135/20 137/12 137/17 139/11
140/12 141/12 142/22 144/23
145/22 147/5 149/11 151/1
152/20 153/17 154/8 156/20
157/19 158/9 158/23 158/24
159/10 164/3
right-hand [1]   12/13
rights [4]   145/23 149/5 150/5
150/8
rituals [2]   48/13 48/15
road [3]   2/6 2/11 7/8
ROBERT [10]   1/12 2/20 31/13
34/10 35/17 35/18 36/8 44/22
44/23 144/7
rock [1]   146/21
RODRIGUEZ [44]   1/12 2/20 31/1
31/13 32/7 32/13 33/3 33/3
33/19 34/8 34/10 34/11 34/23
35/1 35/3 35/15 35/17 35/19
36/9 36/13 36/17 37/5 37/8
37/8 37/12 37/16 37/22 38/8
39/2 39/12 40/9 40/14 41/16
42/23 43/10 44/22 44/23 45/3
45/10 48/12 123/17 144/7
155/11 160/3
ROJAS [106]   1/8 2/16 9/17
10/3 11/12 12/11 12/24 14/4
15/1 22/8 24/2 25/8 26/20
26/22 29/2 29/14 30/11 30/15
31/6 31/7 32/8 33/5 33/6
33/16 37/3 37/6 37/17 37/23
38/1 43/1 43/8 43/22 44/3
44/4 44/10 44/12 65/24 66/12
67/1 67/11 69/5 76/8 78/21
81/3 81/5 81/8 84/8 88/2
88/14 90/18 91/8 95/15 95/15
95/22 97/6 98/7 98/10 98/13
99/7 100/4 100/4 100/6 100/10
100/10 100/18 100/19 101/1
104/23 105/3 111/15 118/11
122/5 122/8 122/16 122/18
123/3 123/18 126/8 126/20
126/24 127/2 127/4 127/5
127/12 129/18 130/7 133/9
133/16 136/10 137/22 139/8
139/12 139/19 141/10 142/5
142/11 148/18 149/19 152/18
153/20 160/5 160/14 160/17

# R

**ROJAS... [3]** 160/24 161/19
163/13
**Rojas's [3]** 13/1 87/6 123/14
**role [5]** 9/21 13/1 26/7 27/17
42/5
**Roman [2]** 47/23 48/1
**room [6]** 51/13 51/15 75/4
87/5 87/6 87/10
**Royster [1]** 2/18
**RPR [2]** 2/2 165/5
**rule [4]** 79/17 80/7 110/19
145/6
**rules [5]** 6/1 76/21 78/10
80/21 86/17
**run [1]** 85/14
**running [1]** 33/17

# S

**sahmad [1]** 2/20
**said [97]** 5/24 6/22 8/4 10/2
15/6 21/20 24/15 24/19 29/11
32/18 36/16 37/7 38/2 44/4
44/7 44/9 44/19 45/7 46/2
47/2 47/21 50/2 53/7 56/3
57/13 60/11 68/16 68/23 71/21
72/22 73/21 79/12 80/22 84/14
84/15 84/16 84/18 85/1 86/17
87/18 88/5 93/24 95/17 95/24
96/4 96/5 96/11 96/13 98/3
99/11 101/1 101/1 102/16
103/22 106/15 109/12 109/23
111/10 112/3 114/12 117/2
117/24 118/20 119/16 123/12
125/8 127/6 131/21 132/1
132/4 132/6 132/8 132/10
133/9 139/12 143/19 143/23
144/18 145/5 145/6 145/18
148/22 149/17 152/5 153/19
153/23 157/20 158/5 158/6
159/5 159/21 160/7 160/13
160/17 161/16 161/22 166/3
**said he's [1]** 101/1
**SAITH [1]** 164/7
**sake [1]** 17/4
**same [17]** 7/5 15/22 15/23
21/12 21/20 28/13 40/21
107/18 120/4 120/6 120/9
122/24 123/4 142/4 142/17
152/4 154/10
**sandwich [3]** 111/22 113/6
159/9
**sat [1]** 160/23
**Saturday [3]** 52/12 52/16
52/18
**Saturdays [1]** 52/21
**sausage [3]** 24/23 55/15 62/18
**saw [1]** 137/8
**say [116]** 6/9 6/15 6/15 6/16
6/16 6/17 6/18 8/23 10/15
13/1 14/1 15/20 16/18 24/9
24/13 24/14 24/15 28/12 30/17
32/11 32/14 33/2 34/14 36/23
38/2 38/22 39/23 39/24 40/12
42/19 45/16 46/13 49/19 50/10
52/6 52/7 52/11 52/15 54/4
55/10 57/20 58/13 58/16 59/9
59/22 60/6 60/15 60/17 62/12
63/14 63/14 64/11 64/17 64/23
67/22 68/14 68/14 72/1 73/23
76/10 78/11 78/13 85/8 87/8
93/24 97/15 98/1 98/24 99/1
99/9 100/20 100/24 107/6
108/19 115/18 116/13 117/23
118/18 120/15 120/15 120/15
121/11 121/16 122/13 122/13
122/14 123/23 125/10 127/19
129/10 129/23 130/7 131/18
138/21 140/15 140/18 140/20
143/4 145/12 145/13 145/15
145/19 146/12 148/9 150/20
151/5 151/8 152/1 153/11
155/23 157/9 160/11 161/4
161/4 162/7 162/9
**sayin' [12]** 40/20 46/14 59/3
59/6 60/1 122/22 125/13
125/15 132/3 149/10 152/17
161/23
**saying [59]** 6/13 16/2 20/10
21/13 21/23 22/16 23/1 24/7
24/11 24/13 26/18 36/6 38/18
38/21 39/11 39/22 42/7 43/14
44/15 47/10 50/15 55/16 56/23
58/3 58/14 58/18 61/8 61/17
64/22 66/12 69/13 70/6 75/20
77/18 80/4 82/24 83/14 87/21
89/12 89/18 91/1 103/7 110/20
111/17 112/16 125/21 125/24
127/13 131/6 131/9 132/4
132/6 133/6 134/4 138/9
146/22 161/1 162/21 163/5
**says [9]** 27/13 80/9 96/7
109/16 115/15 116/1 129/11
133/16 141/18
**scene [1]** 66/17
**school [5]** 58/9 106/24 107/1
107/2 158/20
**Se [1]** 2/12
**seal [1]** 166/12
**searching [1]** 79/1
**seats [2]** 76/10 76/11
**second [3]** 2/14 48/23 129/22
**Section [1]** 150/21
**security [5]** 42/5 73/24 74/2
74/6 74/10
**see [51]** 5/23 11/24 15/20
22/16 28/6 32/19 32/22 34/14
36/6 41/19 42/14 55/3 55/11
56/23 64/9 68/16 74/19 78/15
85/5 85/11 86/19 92/22 94/23
97/17 98/16 108/18 111/17
119/14 123/23 124/5 124/18
125/15 127/11 131/14 143/3
143/5 149/21 152/11 152/15
152/17 154/7 155/24 158/7
158/17 159/4 161/1 161/23
161/23 162/7 162/11 163/22
**seeing [9]** 39/19 91/21 91/23
92/1 92/3 109/11 112/20 115/2
133/11
**seeking [3]** 150/11 150/16
150/24
**seemed [1]** 157/3
**seems [2]** 157/4 159/14
**seen [5]** 41/16 65/8 70/24
105/11 162/7
**seg [1]** 84/6
**segregation [3]** 60/21 60/23
84/4
**SEM [1]** 1/5

**send [21]** 10/11 11/23 11/24
14/4 14/5 15/11 28/5 43/22
44/4 44/6 62/2 86/18 97/13 97/23
126/22 130/3 130/4 130/5
152/19 163/16 163/17 163/24
**sending [5]** 11/21 12/23 59/2
86/14 133/9
**sends [4]** 12/19 127/4 127/6
153/20
**sense [4]** 6/6 7/11 29/6 59/21
**senseless [1]** 159/8
**sent [19]** 10/19 15/2 44/3
44/10 70/22 71/9 81/4 88/22
91/9 111/3 112/15 113/15
116/8 124/14 137/22 145/15
158/11 159/23 163/8
**separated [3]** 63/4 63/5 63/9
**September [2]** 4/18 4/19
**September 18 [1]** 4/18
**series [1]** 5/6
**seriously [2]** 57/19 57/20
**serve [2]** 56/1 153/2
**served [4]** 23/2 23/4 54/16
62/9
**service [56]** 40/15 41/15 42/1
42/12 42/12 48/6 48/7 48/21
49/3 49/14 49/18 51/6 51/16
60/22 61/2 61/13 67/17 68/7
68/22 68/24 70/7 70/8 70/24
71/12 71/14 72/22 73/3 73/9
73/12 74/20 74/20 74/22 74/23
75/1 75/3 75/8 75/15 76/6
76/9 76/13 78/2 79/12 79/13
80/12 80/13 80/20 81/19 82/3
82/2 82/3 83/6 83/13 87/4
111/3 115/8 139/24
**services [17]** 40/10 48/8
48/17 48/19 49/7 52/2 60/12
60/16 61/18 82/14 82/18 82/20
83/8 83/16 85/2 85/3 87/4
**serving [4]** 55/8 55/23 62/6
63/10
**set [3]** 136/4 151/18 166/11
**settle [1]** 151/22
**seven [1]** 113/4
**shake [1]** 6/11
**shape [1]** 159/1
**she [56]** 6/18 6/23 24/4 26/10
26/15 26/15 28/20 29/4 88/21
88/23 89/1 90/8 90/10 90/23
91/2 91/3 91/3 91/5 91/7 91/7
91/12 92/14 92/16 92/19 92/24
93/1 93/7 93/14 93/15 93/20
94/1 94/4 94/9 94/10 94/11
94/15 108/16 109/1 109/19
110/5 110/7 110/7 110/24
112/6 112/8 112/9 112/9
112/12 112/15 113/2 113/3
122/6 127/6 127/7 143/3 143/4
**she's [3]** 26/9 91/1 148/21
**sheet [4]** 79/20 130/6 130/18
130/19
**shenanigans [1]** 124/21
**shorthand [2]** 165/21 166/16
**should [24]** 12/3 12/12 41/1
45/17 47/6 57/23 79/24 98/8
98/10 103/7 104/2 111/23
114/11 124/3 124/18 136/3
142/22 152/13 152/14 152/16
156/3 156/4 159/3 159/12

**S**

shouldn't [3]   42/2 76/13
152/13
show [5]   64/20 79/11 129/9
136/4 139/5
showed [5]   102/15 112/20
114/9 114/9 130/11
showing [4]   13/10 94/10
137/11 142/22
shows [1]   78/4
shrines [1]   87/3
shut [1]   135/4
sic [7]   53/11 81/13 93/1
106/19 130/20 130/20 152/14
side [3]   33/18 33/22 33/23
sign [21]   12/18 12/20 16/8
24/4 25/13 54/15 79/13 79/16
79/20 87/10 90/19 91/8 91/12
92/14 102/8 109/4 112/6
116/18 127/4 127/15 127/21
sign-up [1]   79/20
signature [24]   109/3 109/5
109/7 109/8 109/10 109/15
109/24 110/6 110/21 111/6
112/4 112/17 112/19 112/21
112/23 112/24 113/3 115/20
115/21 115/23 116/10 116/21
127/12 164/8
signed [28]   12/1 23/21 24/1
25/17 74/17 92/19 92/24 93/14
94/1 105/11 109/11 109/13
110/2 110/7 112/1 112/3 112/6
112/17 114/16 116/5 116/6
116/21 117/18 135/14 135/15
135/16 135/20 136/1
signing [1]   127/12
signs [2]   26/10 127/5
silence [1]   69/19
silent [4]   156/18 156/19
156/20 157/5
simple [2]   105/13 142/24
since [32]   9/4 10/24 11/2
13/5 13/5 15/1 22/4 23/6
36/19 37/7 37/11 44/24 49/10
55/17 58/8 65/8 70/1 70/3
86/15 87/23 89/21 106/20
124/24 125/5 125/21 126/1
126/14 148/6 148/10 148/24
149/1 158/15
sins [1]   38/17
sir [1]   5/20
sit [3]   88/12 124/3 159/3
sitting [2]   76/13 144/21
six [8]   72/1 82/16 82/24 83/8
83/14 83/21 84/5 85/1
skip [1]   153/7
slap [1]   39/22
slash [1]   48/24
slip [1]   163/13
slips [5]   72/23 73/15 88/17
88/17 126/22
smart [1]   38/10
so [266]
society [1]   78/16
socked [1]   57/18
solve [1]   28/16
some [29]   5/21 8/19 17/11
31/5 41/19 42/1 48/19 49/8
53/3 56/4 62/12 65/8 67/5
71/18 71/21 73/5 77/9 78/22

80/16 80/17 84/23 113/19
123/5 125/10 143/23 153/2
153/11 154/24 158/14
somebody [3]   46/22 74/17 85/8
somebody's [1]   115/21
someone [11]   14/18 16/2 31/12
32/21 40/2 90/2 91/3 116/20
116/20 143/5 159/12
someone's [2]   115/24 115/24
somethin' [2]   49/13 119/3
something [30]   34/16 39/11
41/20 42/6 46/20 47/3 47/5
47/6 51/18 55/16 62/10 62/20
64/14 66/24 67/9 74/4 77/7
84/7 110/22 113/16 119/12
125/9 126/6 132/5 132/6
137/19 137/20 137/24 149/14
155/19
sometime [1]   13/8
sometimes [2]   6/10 53/13
somewhere [4]   71/2 107/15
133/18 140/13
soon [1]   85/16
sorry [7]   59/16 59/17 65/10
88/1 106/14 129/21 135/23
sort [2]   49/8 154/24
soup [2]   126/11 126/11
South [2]   2/14
space [2]   75/10 109/3
spaghetti [2]   26/1 55/15
speak [22]   10/8 29/24 32/13
32/15 32/18 50/21 50/24 67/7
98/20 99/19 99/20 101/16
101/24 103/11 103/13 104/7
120/6 120/9 124/4 144/23
157/11 157/17
speaker [2]   50/7 81/20
speaking [7]   39/8 67/16 67/18
67/18 73/13 122/18 146/7
speaks [5]   93/18 119/20
119/24 120/4 120/10
special [7]   87/16 87/22 98/5
121/22 123/13 148/23 152/9
specific [4]   19/9 75/16 99/1
102/19
specifically [20]   8/16 56/20
57/11 62/1 64/2 64/15 65/23
79/22 88/1 88/19 91/6 95/8
103/20 104/7 114/7 115/18
117/16 139/6 143/19 149/4
spell [3]   106/18 109/14
109/17
spelling [1]   5/14
spoke [16]   23/6 67/24 73/21
81/10 82/8 95/9 96/20 98/22
100/3 100/9 102/1 102/3
119/20 122/16 160/17 160/23
spoken [7]   9/3 74/12 91/14
116/23 117/1 117/9 160/14
Springfield [12]   2/14 28/22
108/23 114/18 114/21 116/15
116/19 117/2 136/2 138/13
138/15 147/11
squared [1]   85/24
St [11]   106/13 106/15 106/16
107/3 107/4 107/11 107/12
146/13 146/18 146/19 147/8
stamp [3]   115/15 116/1 127/13
stamped [3]   115/9 115/10
116/21

stand [1]   121/7
standing [1]   54/10
standpoint [1]   161/7
start [5]   5/12 10/20 35/2
36/12 158/20
started [2]   73/13 75/5
starting [1]   158/18
starts [1]   140/23
state [23]   2/7 5/13 38/14
39/16 41/5 41/6 43/17 45/11
45/12 45/14 45/14 45/20 46/1
46/4 46/7 47/17 53/1 144/11
156/13 163/14 164/15 165/6
165/11
stated [37]   26/15 43/20 43/21
63/19 74/1 74/7 75/4 89/2
91/2 91/3 92/12 96/16 97/2
100/3 100/4 100/6 100/10
100/13 100/13 100/17 100/19
107/20 109/7 113/14 114/23
116/19 123/24 139/10 142/11
144/7 147/2 147/14 152/21
160/3 160/12 160/21 160/23
states [14]   1/1 4/14 17/23
57/24 74/5 79/20 80/11 90/17
90/21 96/2 115/13 140/6 145/8
162/14
stating [9]   14/9 15/12 54/15
69/10 89/16 102/8 110/8 127/5
161/3
stayed [2]   156/19 157/5
Staying [2]   156/18 156/20
Staying silent [1]   156/18
stead [1]   14/18
stenotype [1]   165/22
step [2]   42/4 98/18
STEPHANIE [16]   1/9 2/16 26/7
26/23 88/20 90/7 90/14 91/14
92/8 93/6 93/11 108/1 109/17
112/1 112/18 150/12
stepping [1]   156/13
STEVE [7]   1/16 2/16 28/2
28/13 28/14 99/16 119/9
Steven [1]   28/18
stew [1]   56/5
Steward [1]   154/15
stick [3]   79/7 79/8 79/9
sticking [1]   118/24
still [9]   11/6 23/23 31/15
45/5 107/4 134/9 134/13
151/21 152/12
stomach [1]   62/5
stood [1]   43/10
stop [6]   90/9 105/3 134/14
134/15 157/7 157/16
stopped [5]   13/10 36/10 94/12
97/16 159/12
straighten [2]   104/2 110/16
strange [1]   43/20
Street [1]   2/14
strictly [1]   33/18
stuff [9]   33/7 56/4 59/5
85/24 125/11 125/11 125/16
125/17 153/1
submit [1]   163/5
submitted [4]   129/23 146/6
154/19 163/4
submitted a [1]   163/4
submitting [1]   88/16
success [1]   158/14

**S**

such [8]  27/11 32/12 48/15
73/8 141/8 142/13 144/18
144/19
sue [2]  9/9 44/14
sued [3]  9/10 9/13 9/14
suffer [3]  61/2 63/23 80/23
suffered [6]  61/7 61/20 62/2
65/13 65/20 154/24
suggest [3]  42/19 42/20 44/11
suggested [1]  42/24
suggestion [1]  42/21
suing [2]  8/17 112/10
suit [4]  8/8 8/10 38/7 125/5
Sunday [3]  49/24 78/11 140/24
Sundays [4]  52/13 52/17 52/18
52/22
supervise [6]  41/10 41/12
41/13 41/14 42/15 42/17
supervises [1]  42/9
supervisor [1]  27/2
supplemental [1]  136/8
supply [2]  141/10 141/22
support [1]  64/18
supposed [37]  17/7 17/8 17/23
18/6 23/22 39/1 39/14 39/18
40/22 41/18 42/8 56/19 57/1
57/7 58/1 66/2 77/24 86/18
95/1 95/20 109/2 133/12
133/20 139/13 139/19 142/23
144/14 145/2 146/1 146/17
147/16 147/22 148/4 161/5
161/11 161/12 163/23
sure [25]  6/1 18/21 24/24
26/13 37/20 38/4 38/6 54/17
57/21 61/9 62/15 62/19 65/11
67/5 75/20 79/2 79/13 87/11
90/6 91/5 124/19 140/13
148/17 151/2 156/12
surprised [1]  84/12
sworn [3]  4/1 4/3 165/16
SYED [1]  2/18
systems [1]  158/14

**T**

TA [1]  73/20
TA's [1]  72/23
take [24]  6/18 20/8 31/9
36/23 37/2 37/5 39/14 41/17
41/21 42/4 54/23 70/8 70/23
87/3 97/4 101/15 106/8 124/11
124/11 130/6 140/16 143/2
148/12 148/15
taken [11]  14/17 69/8 69/12
70/7 73/16 73/19 74/6 74/9
124/20 157/10 166/7
takes [2]  4/7 49/23
taking [7]  37/3 39/15 42/10
42/11 71/11 73/8 76/10
talk [16]  27/5 31/4 33/2 34/8
37/16 37/23 38/1 67/20 81/5
81/18 117/16 117/19 118/6
121/18 128/4 153/22
talked [14]  37/7 37/12 37/14
53/3 81/8 102/23 119/22
120/12 121/2 121/6 143/21
152/5 153/23 154/1
talking [16]  6/2 6/2 36/12
39/16 41/16 42/12 53/17 53/19
70/15 70/20 92/6 125/6 136/24

149/12 155/18 159/8
taught [3]  57/6 59/14 76/24
tax [1]  40/18
teaching [4]  57/10 58/4 77/19
78/3
teachings [4]  77/6 77/8 77/21
78/9
tell [26]  8/16 10/10 26/2
26/7 27/9 27/14 37/16 53/24
64/8 64/23 65/6 68/11 68/17
72/13 84/8 89/5 97/20 97/21
97/22 98/1 102/18 104/12
104/18 132/8 140/18 144/13
telling [5]  68/9 78/13 81/24
97/24 157/13
tells [3]  70/18 74/4 80/1
terms [2]  29/7 41/11
testified [1]  4/4
testify [1]  165/16
testimony [2]  25/2 165/24
Texas [1]  77/2
than [29]  9/12 20/18 36/18
42/8 42/10 51/5 60/4 63/22
65/19 66/14 74/16 75/13 81/3
86/1 88/8 93/19 103/22 116/1
117/4 118/11 119/12 119/16
120/10 121/1 122/18 154/21
158/5 158/5 158/6
that [755]
that he [1]  116/11
that's [156]  5/2 5/16 7/2 7/3
8/18 12/11 12/16 12/16 15/20
18/8 18/14 19/10 19/17 19/18
20/15 20/20 21/12 22/7 22/16
22/19 24/19 26/21 27/2 29/15
29/15 34/10 34/16 35/22 39/18
39/22 40/1 40/1 40/23 41/2
41/14 41/18 41/24 42/13 45/7
46/16 46/16 48/10 49/22 51/7
52/17 57/3 57/9 57/13 58/3
58/4 63/5 67/16 68/4 69/9
70/17 71/11 72/8 73/7 73/10
74/19 75/4 77/7 77/11 78/9
78/15 78/19 79/7 80/13 80/17
81/2 83/18 85/12 86/17 86/17
86/19 86/20 86/20 86/21 89/7
92/4 93/14 94/4 96/6 96/9
96/14 98/2 98/16 99/6 99/23
100/16 100/24 101/13 102/20
104/9 106/23 106/24 108/12
109/24 110/12 110/15 113/6
113/10 116/15 121/11 122/4
122/4 122/8 122/22 123/2
124/17 126/8 126/12 127/2
127/3 127/13 128/11 128/23
129/15 130/5 130/10 131/20
134/9 135/14 135/21 136/14
136/18 137/9 138/11 139/16
140/6 140/14 141/3 142/15
142/20 142/21 143/10 144/9
145/15 145/21 145/21 145/23
149/11 149/15 151/6 151/12
151/17 151/18 153/1 153/2
154/20 155/4 155/17 157/3
159/9 159/11 162/6
That's it [1]  142/21
their [19]  15/13 50/11 54/6
77/2 86/24 90/16 93/9 94/22
98/13 123/2 124/11 124/14
142/10 147/15 153/5 153/7

155/12 156/1 158/21
theirs [1]  39/21
them [55]  9/3 9/5 10/12 10/13
11/8 11/13 11/14 11/15 11/22
11/23 11/24 31/4 37/14 42/3
42/21 43/18 44/9 44/10 68/11
72/24 80/15 82/5 91/10 91/10
91/11 91/11 93/9 99/21 104/13
104/14 115/1 122/9 124/12
124/13 129/1 130/3 130/4
130/6 131/23 132/8 132/15
133/2 133/8 133/19 134/5
138/20 143/1 143/2 151/15
154/13 155/18 157/6 157/8
160/10 163/20
themselves [2]  77/5 124/7
then [28]  12/19 12/19 13/10
15/6 21/14 26/22 27/1 31/4
33/8 35/6 48/21 54/14 54/15
55/14 62/16 73/17 73/21 84/21
86/13 90/20 105/1 110/1
114/15 123/4 129/10 134/16
141/3 141/4
there [132]  7/5 7/19 10/8
11/17 11/20 12/1 12/11 13/24
14/24 16/4 16/22 16/22 17/23
21/16 25/23 30/17 34/22 35/6
40/8 41/15 49/1 49/1 49/18
50/19 50/20 50/24 52/4 54/18
55/19 56/5 57/24 57/24 58/1
59/4 61/6 65/1 65/20 66/11
66/19 67/23 68/11 68/13 68/19
70/14 71/2 71/11 71/17 72/3
72/17 73/11 74/5 74/7 74/13
75/3 75/4 75/9 76/7 76/11
78/5 79/5 79/24 85/6 86/13
87/7 87/16 88/2 92/4 94/7
96/8 97/9 99/13 102/12 102/21
104/13 105/10 106/20 107/14
107/15 108/6 108/20 111/11
113/8 114/1 115/20 115/21
115/24 116/14 119/16 120/24
122/16 127/18 127/21 128/21
129/1 129/11 129/22 131/8
133/8 133/18 133/19 133/19
134/10 134/11 134/21 134/22
135/2 135/10 135/12 136/3
136/11 137/7 138/21 140/11
142/1 142/22 143/3 144/15
148/12 148/15 149/11 150/1
152/20 153/11 153/17 154/16
154/20 158/1 159/24 160/3
160/13 162/5 165/8
there's [43]  40/6 41/24 42/1
43/17 48/13 49/11 54/9 58/18
58/20 59/3 64/20 67/5 71/20
73/8 76/6 78/18 79/5 79/10
79/17 80/17 87/7 87/21 87/23
99/8 110/21 111/5 111/6
111/10 120/11 122/19 126/16
127/23 129/2 129/2 131/2
144/18 152/21 152/21 152/24
153/8 154/7 154/12 154/17
there's nothing [1]  122/19
thereupon [1]  165/20
these [19]  89/10 89/12 89/17
89/18 91/2 91/4 97/10 98/12
102/4 102/7 102/9 110/23
121/1 136/24 137/2 137/13
151/2 151/23 156/22

**they [149]** 9/2 9/6 11/6 11/13
11/14 14/7 15/11 15/19 15/23
16/3 16/5 16/8 18/13 23/7
23/8 25/6 25/18 31/5 32/14
35/8 38/14 38/14 39/13 39/18
39/23 40/18 40/24 41/10 41/12
41/13 41/14 42/17 42/21 44/1
49/21 50/6 51/16 52/23 54/7
55/3 55/8 55/12 55/19 56/1
56/4 56/15 59/14 62/6 63/4
63/6 63/10 65/1 65/6 65/8
65/17 68/12 68/13 68/16 68/21
68/23 74/24 75/24 76/21 77/2
77/3 77/7 78/23 81/22 82/1
84/13 86/12 87/18 89/24 96/17
97/11 97/18 103/1 103/7 103/8
103/8 104/12 105/1 105/2
107/3 109/16 109/17 110/24
111/11 114/16 114/17 116/13
117/2 120/18 120/19 120/21
123/19 124/10 124/11 124/13
124/16 124/20 125/10 126/12
126/15 131/16 131/18 134/14
134/18 136/1 136/22 137/20
144/13 144/16 145/1 148/12
148/15 148/16 153/1 153/4
153/5 153/5 153/6 155/15
155/24 156/5 156/8 156/19
156/20 156/23 157/4 157/6
157/7 157/8 157/9 157/10
157/11 157/17 157/20 157/22
158/8 159/4 160/7 161/3
161/10 161/16 163/9 163/11
163/16 163/16

**they'll [12]** 9/7 50/10 50/11
54/14 54/15 65/7 79/3 87/8
105/10 124/19 127/22 156/8

**they're [43]** 39/14 39/15
39/17 39/17 40/3 41/4 41/6
41/7 41/18 54/6 54/7 55/14
58/23 63/5 63/8 63/9 77/24
78/13 79/1 84/19 86/18 97/12
98/13 104/21 110/9 110/10
111/12 124/6 131/22 131/22
131/23 132/11 132/12 141/9
142/8 146/16 153/4 155/17
157/14 157/15 157/21 157/23
161/5

**they've [2]** 11/3 154/11

**thing [18]** 28/13 42/13 43/5
46/3 55/11 73/8 73/20 86/20
98/17 120/20 130/3 136/14
137/12 144/18 144/19 158/23
158/24 161/17

**things [16]** 11/21 50/4 51/2
53/23 56/5 67/6 83/22 98/2
103/23 105/22 109/1 121/18
124/7 143/14 156/4 159/5

**think [30]** 10/18 20/8 35/7
45/10 47/8 47/13 57/19 70/14
71/5 77/1 84/6 92/21 98/8
106/21 109/8 114/9 125/5
130/13 132/21 133/24 143/11
144/4 144/5 145/5 152/5
153/23 155/4 155/6 156/22
158/23

**think it's [1]** 130/13

**thinking [6]** 99/21 119/3
135/17 135/17 156/2 159/2

**third [2]** 49/1 49/5

**this [165]** 4/7 7/9 7/18 8/6
8/20 9/21 10/16 10/20 13/9
15/9 15/10 16/6 19/22 20/2
22/15 22/17 22/17 27/19 28/3
30/20 32/10 32/13 32/19 32/24
34/14 36/3 36/4 36/4 36/23
37/5 38/9 39/10 40/12 43/5
43/6 43/6 43/14 47/18 54/14
55/12 55/17 55/18 57/13 58/4
58/7 59/11 59/14 59/17 60/8
60/15 66/13 66/15 66/20 67/5
67/13 68/5 68/5 69/18 69/22
71/9 75/2 78/6 81/3 81/21
88/4 89/9 89/10 89/11 90/8
90/24 91/20 92/13 94/11 94/12
95/20 95/21 97/1 97/5 97/23
99/5 99/14 99/17 102/5 102/6
102/7 102/8 102/10 102/14
102/23 103/7 104/2 104/14
104/19 105/9 108/16 110/17
110/18 110/21 110/22 112/13
112/15 112/17 112/22 112/23
113/9 113/24 115/3 118/23
119/6 123/23 123/24 124/1
124/8 124/9 125/16 125/17
125/24 126/14 129/18 130/8
131/15 132/1 133/1 134/13
134/14 136/5 136/6 136/13
137/3 137/4 137/19 137/22
137/24 138/6 138/7 139/18
139/24 140/3 141/14 143/9
143/18 150/3 150/12 152/15
152/16 153/12 154/2 154/10
155/22 157/10 157/16 157/16
158/16 158/17 158/24 159/6
159/7 159/8 161/6 162/9
162/13 163/15 165/19 166/6
166/13

**those [24]** 4/21 26/15 62/22
67/4 72/4 80/11 80/21 81/15
82/24 83/8 83/21 84/5 86/18
88/23 89/3 93/5 99/1 103/23
120/12 127/7 143/4 147/21
153/3 160/12

**though [10]** 6/3 24/11 68/2
69/18 97/18 144/18 146/15
152/11 152/18 153/15

**thought [4]** 43/24 69/17
105/22 131/17

**three [15]** 30/21 30/23 34/22
36/2 50/12 50/21 50/22 50/23
56/21 74/23 81/23 82/1 82/5
82/13 112/22

**through [31]** 11/12 12/10 16/3
29/1 29/24 30/10 31/7 32/7
32/23 42/22 57/10 59/22 60/7
71/1 78/20 97/11 107/7 117/7
122/9 123/7 124/12 128/2
130/21 132/24 136/16 138/12
154/12 159/7 161/19 162/1
162/5

**throughout [16]** 12/17 17/24
23/5 23/14 43/16 58/2 69/22
77/8 80/7 96/16 131/15 140/15
151/4 151/6 151/11 156/21

**Thursday [1]** 2/3

**time [57]** 6/2 6/24 7/5 11/7
11/14 14/8 15/9 16/2 19/14
20/8 22/20 23/5 23/17 24/1

27/18 28/3 28/18 28/20 28/21
30/22 30/22 31/21 33/17 34/9
35/6 35/12 36/19 45/23 50/5
55/24 59/10 59/16 63/3 67/5
71/13 73/5 73/11 77/10 79/3
79/10 90/24 99/3 101/16
124/13 125/2 125/22 126/3
128/17 140/16 146/5 146/20
150/5 150/6 156/10 158/21
160/13 166/2

**times [9]** 21/10 23/2 49/11
58/19 58/21 59/4 61/1 74/23
98/20

**tip [2]** 159/1 159/1

**tip-tip [1]** 159/1

**today [10]** 4/7 4/10 5/23 7/14
7/17 7/21 48/9 88/12 98/19
121/2

**together [1]** 49/4

**token [1]** 40/21

**told [52]** 9/6 22/8 26/12
34/21 35/12 35/16 36/8 36/18
36/20 37/22 43/4 43/11 43/13
43/24 44/1 44/20 57/8 57/11
65/3 65/12 72/21 80/17 85/7
86/5 88/22 95/9 95/14 98/4
102/3 102/21 103/21 105/24
105/24 106/2 110/13 111/5
115/7 117/20 126/14 127/2
128/18 131/21 132/20 133/8
133/19 139/7 147/13 149/7
154/23 155/18 155/19 157/11

**tomato [1]** 126/11

**too [15]** 31/17 43/5 53/22
73/4 110/18 123/4 131/15
137/4 154/20 155/17 155/20
157/23 158/8 159/11 159/20

**took [15]** 29/1 49/21 67/17
68/6 69/1 70/19 71/13 71/17
72/22 77/4 82/22 82/23 83/13
98/18 114/17

**top [5]** 6/8 26/2 72/21 140/6
141/13

**total [1]** 113/18

**touching [1]** 165/18

**towards [2]** 114/5 114/5

**track [1]** 158/22

**tradition [3]** 53/16 54/6
146/24

**traditional [1]** 142/10

**transcribe [1]** 6/14

**transcript [1]** 166/3

**transferred [1]** 37/9

**tray [19]** 54/11 54/16 54/23
63/2 63/7 63/17 63/18 63/20
87/16 87/22 102/5 102/7
127/19 127/22 149/3 152/9
153/13 153/15 153/16

**trays [1]** 62/8

**trial [3]** 154/2 158/3 166/2

**tricky [1]** 34/15

**tried [2]** 100/12 151/21

**true [1]** 165/23

**truth [2]** 165/17 165/17

**truthful [1]** 159/7

**try [2]** 55/19 107/24

**trying [10]** 10/17 32/24 39/10
46/19 59/17 66/17 97/21
108/18 110/16 140/15

**TSH [1]** 1/5

**T**

**Tuesday [9]** 10/5 48/6 48/18 49/5 49/8 49/15 49/17 74/15 85/4
**Tuesdays [5]** 60/12 60/14 68/7 81/15 82/13
**turkey [2]** 62/20 62/23
**turn [1]** 161/24
**turned [1]** 154/21
**turns [2]** 90/20 154/17
**two [11]** 32/17 33/4 33/4 49/20 76/24 77/11 89/13 112/18 112/21 158/16 160/2
**type [3]** 29/22 56/7 80/16
**types [1]** 56/1
**typing [1]** 5/23

**U**

**U-L-T-R-E-Y-A [1]** 48/24
**U.S [2]** 138/14 162/10
**ultimately [1]** 123/12
**Ultreya [7]** 48/20 48/24 48/24 49/3 49/22 50/1 50/2
**unconstitutional [1]** 110/23
**undecided [1]** 80/18
**under [11]** 28/24 34/19 35/19 45/14 45/20 46/3 77/21 88/24 89/8 150/20 154/8
**understand [4]** 54/17 60/2 151/14 155/10
**understanding [9]** 57/1 57/6 57/15 90/23 98/4 104/24 135/3 146/14 159/5
**understood [3]** 38/24 39/5 99/7
**unheard [1]** 73/7
**uniform [1]** 46/8
**UNITED [3]** 1/1 4/14 115/12
**unless [1]** 98/6
**unrelated [1]** 67/1
**until [25]** 6/4 10/19 11/15 35/11 37/18 59/14 70/1 72/7 73/13 74/11 83/19 95/21 97/13 98/1 99/7 99/11 118/23 132/9 132/10 132/20 137/17 149/1 149/7 149/14 153/20
**up [58]** 9/4 10/11 10/11 13/10 22/4 23/21 25/17 31/9 35/11 36/24 37/2 37/3 37/6 38/5 41/21 42/21 43/3 50/17 50/18 50/20 50/24 58/8 59/14 63/18 64/9 67/18 70/1 74/17 76/10 78/4 79/11 79/13 79/16 79/20 83/19 87/7 87/11 95/21 97/8 97/9 105/11 123/8 123/11 127/19 129/9 136/14 137/17 138/13 142/13 149/1 149/18 150/1 151/12 157/17 158/10 158/12 158/19 161/22
**Uphoff [1]** 155/19
**upon [2]** 77/5 165/20
**upset [1]** 68/5
**upside [1]** 141/16
**us [33]** 8/9 8/16 9/6 18/13 38/11 38/15 38/20 38/20 38/23 39/5 39/19 43/4 43/23 66/7 76/24 94/23 95/18 98/14 126/11 134/18 139/5 147/13 151/15 152/20 155/22 156/9 157/13 158/2 160/14 160/16

160/20 160/22 163/8
**use [5]** 73/24 139/3 158/73
**used [4]** 35/3 69/11 109/10 137/22
**using [1]** 18/24
**usually [2]** 50/12 63/14
**utmost [1]** 40/15

**V**

**varies [2]** 25/20 50/6
**various [1]** 8/8
**vegan [22]** 56/8 56/12 56/19 56/20 56/22 57/2 57/7 126/6 126/18 127/1 128/1 128/5 128/14 129/12 129/24 152/6 152/23 153/8 153/13 153/15 153/16
**vegetarian [3]** 16/20 56/16 56/18
**vendor [1]** 124/15
**verbal [1]** 66/14
**versa [1]** 16/10
**very [4]** 109/9 113/13 143/17 157/10
**vice [1]** 16/10
**violate [1]** 17/1
**violated [2]** 149/6 150/8
**violatin' [1]** 149/19
**Voelker [1]** 2/18
**volumes [6]** 119/21 119/24 120/4 120/6 120/9 120/10
**volunteer [1]** 35/4
**volunteers [2]** 41/8 50/9
**voucher [2]** 114/10 114/16

**W**

**wagging [1]** 66/16
**wait [1]** 6/4
**waived [2]** 164/8 166/3
**walk [3]** 78/17 102/12 127/23
**want [40]** 4/6 5/1 9/23 20/14 21/10 42/21 49/19 53/21 53/22 58/20 78/23 78/23 78/24 79/1 79/4 79/4 79/5 79/7 85/16 85/19 86/22 86/22 97/11 104/19 104/19 108/19 120/20 120/21 129/10 130/7 132/9 137/15 140/16 145/22 147/7 147/18 147/19 161/22 162/10 163/15
**wanted [21]** 10/21 10/22 29/23 76/10 93/12 93/20 112/5 118/16 119/10 119/12 119/17 120/2 120/8 120/12 126/18 151/18 153/14 157/24 160/4 161/13 163/3
**wants [5]** 85/22 87/9 97/17 105/8 118/21
**warden [34]** 14/3 14/3 15/2 15/3 15/4 23/24 25/9 25/12 26/16 27/7 27/9 27/13 33/16 89/4 89/14 89/15 89/19 89/20 89/22 89/23 89/24 90/1 90/1 90/2 90/3 90/21 90/23 108/1 112/24 127/8 135/5 143/3 143/5 157/11
**warden's [1]** 98/11
**wardens [2]** 74/12 89/13
**was [272]**
**Washington [1]** 158/12

**wasn't [26]** 19/22 23/23 26/4 44/1 44/2 45/16 69/19 83/12 86/15 98/15 99/5 99/21 100/4 100/7 100/10 100/14 101/4 101/4 101/5 119/13 120/17 120/18 120/20 128/19 156/24
**way [21]** 5/4 12/10 29/1 34/2 40/7 40/9 41/5 42/9 53/22 71/1 73/22 78/18 83/3 105/4 114/11 119/14 123/18 136/13 136/13 138/12 138/13
**ways [1]** 46/23
**we [115]** 5/23 7/9 9/3 10/13 14/5 14/5 14/8 14/24 15/14 16/1 16/7 16/18 18/10 18/10 18/10 18/11 20/2 20/3 23/16 23/20 23/20 23/21 23/22 23/23 25/16 25/17 26/16 32/20 32/22 38/13 38/16 39/7 39/19 39/23 43/12 43/21 44/9 47/15 49/13 49/18 49/21 50/2 50/3 52/1 53/3 57/2 63/19 65/11 68/16 68/17 68/23 68/24 69/3 71/2 83/22 87/2 89/9 89/22 90/3 90/19 91/9 91/10 91/11 94/24 95/1 95/17 98/16 98/19 105/11 105/21 110/17 119/14 120/12 120/20 125/11 126/10 129/1 129/1 131/14 131/17 132/4 132/4 132/6 132/15 133/11 133/12 140/16 142/4 143/1 143/6 145/2 145/10 145/24 146/1 146/22 146/23 147/16 147/21 147/22 148/4 148/4 154/4 155/21 155/22 156/10 157/16 158/3 158/7 159/6 160/7 161/11 161/17 162/17 163/5 163/6
**we'll [2]** 143/2 156/10
**we're [25]** 6/9 17/7 17/23 18/6 21/4 36/18 36/20 38/16 38/16 38/22 38/24 39/22 43/5 56/18 57/1 57/7 110/3 113/7 122/10 126/9 133/11 159/9 161/11 161/12 162/18
**we've [5]** 32/21 65/19 88/8 111/21 121/2
**wear [1]** 46/7
**Wednesday [2]** 140/23 145/3
**week [1]** 162/4
**weigh [1]** 65/1
**weight [10]** 64/1 64/1 64/2 64/5 64/6 64/12 64/21 65/4 65/9 65/12
**well [100]** 7/13 7/14 8/11 9/22 10/10 10/15 12/6 14/16 24/17 26/10 28/3 31/19 31/20 32/11 32/14 34/14 36/5 36/16 37/7 43/20 44/14 44/15 45/2 46/24 47/1 49/11 49/16 52/1 52/12 52/15 54/3 54/11 54/12 56/21 57/18 59/9 59/24 63/16 66/14 67/24 68/10 68/16 68/23 72/18 72/21 73/22 75/19 76/7 76/24 77/18 78/7 78/15 79/4 79/11 79/15 80/11 81/17 85/7 86/4 88/21 89/2 89/5 93/14 95/9 95/14 95/24 96/24 97/13 99/18 101/8 101/10 107/20

**W**

**well...** **[28]** 111/9 113/13 114/11 115/20 116/9 126/8 127/13 127/15 128/17 133/5 135/21 140/18 144/3 144/5 145/11 146/4 146/22 151/5 153/11 154/4 157/9 160/13 161/4 162/3 162/9 162/11 163/2 163/14

**went** **[22]** 29/12 68/13 91/18 91/19 92/4 92/12 96/15 96/20 99/19 99/20 100/23 101/8 102/1 102/2 102/21 102/24 104/2 116/19 122/15 150/1 157/20 162/4

**were** **[74]** 8/16 15/17 16/3 16/12 16/16 16/18 19/23 22/12 22/20 22/21 23/22 25/16 26/19 30/17 30/23 31/4 46/18 46/20 47/2 47/21 51/3 59/12 59/19 60/16 61/1 62/6 62/7 63/10 63/12 74/13 74/14 74/16 75/11 76/2 76/19 82/3 82/17 82/20 83/1 83/7 83/21 84/4 85/11 93/13 95/1 95/19 103/24 119/11 119/18 121/19 121/20 121/22 123/14 123/14 131/16 131/18 132/16 136/22 137/14 138/16 143/23 148/6 148/10 148/22 149/3 149/5 150/8 154/2 155/15 155/16 157/6 157/8 161/3 162/20

**weren't** **[5]** 81/6 92/11 147/22 148/4 153/15

**West** **[1]** 106/22

**what** **[223]**

**what's** **[12]** 5/24 9/5 27/16 50/10 82/6 104/15 110/4 118/18 121/7 126/20 135/3 150/3

**whatcha** **[1]** 126/19

**whatcha-call** **[1]** 126/19

**whatever** **[25]** 6/17 7/10 11/10 19/13 24/5 26/1 29/21 32/2 50/5 50/6 50/16 50/24 54/6 54/21 55/18 69/10 77/4 78/3 103/6 104/16 111/11 122/22 124/13 124/21 153/8

**whatnot** **[2]** 69/2 153/9

**when** **[95]** 9/3 10/9 10/20 13/7 19/8 22/2 22/12 22/20 28/4 29/8 32/13 34/9 35/2 36/12 37/4 39/23 42/4 43/21 43/24 44/20 48/11 52/6 53/18 54/9 54/17 59/14 62/6 64/8 64/24 66/14 68/4 68/6 69/9 69/20 70/8 70/19 72/10 73/2 74/8 79/21 81/16 82/22 87/13 91/7 91/8 91/18 92/19 92/24 93/14 95/9 99/19 99/20 100/3 100/6 100/9 100/23 106/1 106/13 106/15 107/9 107/10 107/13 116/5 117/16 124/1 124/5 124/12 127/18 128/8 128/14 128/17 131/9 131/20 132/22 134/8 135/8 137/7 139/7 149/2 149/4 149/8 150/1 151/8 153/22 155/18 159/18 161/6 161/12 161/15 161/16 162/4 162/13 162/17 162/22 163/2

**where** **[29]** 10/21 10/21 11/11 11/22 27/3 33/10 42/1 51/10 51/12 51/24 57/15 58/21 76/23 79/22 87/5 98/19 113/7 114/16 124/7 124/18 124/20 129/4 139/5 139/11 145/8 155/22 159/18 159/9 162/20

**WHEREOF** **[1]** 166/11

**whether** **[10]** 12/21 16/4 34/6 48/19 60/20 91/12 116/20 121/3 122/21 123/13

**which** **[58]** 4/11 11/1 14/3 19/22 23/6 23/17 23/21 23/22 24/23 25/24 26/13 26/16 28/17 29/9 29/10 31/2 31/10 34/17 41/17 49/3 49/18 57/21 66/4 72/6 76/7 76/9 76/9 79/6 80/5 82/6 86/7 93/1 95/1 95/5 103/19 105/17 108/23 109/3 109/19 112/20 113/15 122/2 126/16 133/20 134/10 139/22 140/23 140/24 141/5 144/9 144/14 144/15 148/2 154/13 160/11 160/19 162/13 166/6

**whichever** **[1]** 55/20

**while** **[5]** 48/2 51/3 51/21 76/15 144/16

**who** **[40]** 8/21 12/22 13/19 14/4 14/18 22/6 26/21 27/2 27/23 28/19 30/16 30/23 34/3 35/13 36/3 41/13 47/16 54/12 57/8 57/11 74/14 76/19 79/18 81/19 85/13 85/22 89/11 89/16 89/19 89/22 91/3 95/20 96/2 96/3 112/3 112/6 125/16 146/3 154/2 165/16

**who's** **[8]** 36/3 36/5 39/1 63/6 68/19 89/23 128/10 163/9

**Whoa** **[1]** 35/18

**whoever** **[12]** 15/8 31/10 33/16 50/7 85/21 89/24 109/12 110/2 112/17 115/12 115/13 127/8

**whole** **[17]** 15/19 18/1 18/4 23/5 23/7 24/7 24/17 31/21 36/19 45/23 77/16 87/20 96/16 100/12 110/13 129/16 131/15

**whose** **[3]** 109/3 112/23 113/2

**why** **[41]** 8/10 8/16 8/24 34/14 37/2 38/7 38/13 38/24 39/5 44/14 44/18 45/7 45/21 56/14 56/20 58/3 58/3 69/5 69/11 74/9 75/4 81/6 84/8 86/23 89/5 96/22 97/5 97/11 100/24 102/14 117/20 117/21 132/1 142/5 142/7 145/15 145/20 149/15 151/20 155/18 157/15

**WIDE** **[1]** 1/22

**wife** **[1]** 41/16

**will** **[13]** 6/4 14/12 15/14 21/9 34/17 49/12 50/18 69/18 121/14 121/17 127/17 154/18 158/2

**Williams** **[5]** 14/3 15/3 15/4 15/6 89/14

**wing** **[2]** 75/11 75/13

**wise** **[3]** 61/7 61/8 61/10

**wit** **[1]** 165/12

**within** **[1]** 162/4

**without** **[7]** 80/15 100/15 100/20 101/3 139/13 139/19 163/23

**witness** **[4]** 3/2 4/1 165/24 166/11

**witnesses** **[2]** 154/3 154/6

**won't** **[7]** 59/24 63/18 121/17 148/12 148/15 151/5 156/10

**word** **[4]** 13/10 51/6 82/7 104/15

**work** **[9]** 5/4 45/12 52/12 52/16 52/18 52/21 52/23 98/2 126/7

**working** **[7]** 41/3 58/22 85/21 156/13 157/1 157/6 157/8

**works** **[4]** 32/6 44/13 45/10 74/19

**world** **[1]** 53/20

**worship** **[2]** 75/14 76/1

**would** **[88]** 4/8 5/4 5/22 6/9 6/24 7/23 8/5 8/23 10/3 10/8 10/15 11/11 14/5 16/10 18/19 25/13 25/22 25/24 26/22 27/12 29/11 30/10 30/14 31/5 31/10 32/13 32/14 32/18 33/2 33/5 36/16 36/23 38/2 43/4 43/12 46/20 47/1 47/3 48/15 55/2 55/10 60/6 60/14 60/17 62/2 62/11 62/22 62/24 63/14 63/20 64/8 64/11 64/17 65/1 65/1 67/7 72/1 72/9 74/17 75/12 76/3 76/5 77/12 77/17 81/17 81/22 82/1 82/2 82/4 82/5 82/8 83/3 86/13 102/1 102/2 102/6 113/1 116/11 120/15 122/14 122/15 123/23 126/17 126/19 127/10 129/15 145/10 154/2

**wouldn't** **[18]** 16/18 24/4 24/9 27/10 56/15 56/18 61/10 61/11 63/2 63/17 73/10 98/19 105/12 112/13 116/13 120/15 145/14 157/22

**wow** **[1]** 150/2

**write** **[9]** 14/2 69/4 72/9 78/18 126/19 129/18 130/18 130/18 163/13

**writing** **[7]** 18/24 19/12 19/15 34/7 129/13 129/14 129/24

**written** **[1]** 91/17

**wrong** **[3]** 33/1 39/11 141/3

**wrote** **[2]** 9/16 69/9

**Y**

**yard** **[1]** 75/12

**yeah** **[25]** 12/13 15/5 15/11 18/3 23/14 23/18 41/9 42/7 44/6 70/17 70/17 84/19 106/19 107/2 107/12 110/21 123/5 129/8 132/8 134/3 136/1 138/6 142/18 148/15 164/1

**year** **[35]** 9/3 9/8 10/2 11/1 13/9 13/9 15/10 16/8 17/10 22/2 22/9 22/12 26/6 29/12 34/24 43/7 43/7 55/11 55/18 58/2 59/14 69/22 70/10 79/9 87/19 126/15 128/16 128/20 129/1 132/15 135/11 145/4 146/19 162/19 163/3

**yearly** **[6]** 54/7 161/20 162/2 162/8 162/12 162/14

**years** **[12]** 8/13 31/22 49/21

**Y**

**years... [9]**   73/4 73/11 84/7
140/22 149/23 151/4 151/6
151/12 156/22

**yes [135]**   5/20 6/7 6/11 6/15
6/15 7/12 7/15 8/2 9/20 12/16
13/14 13/24 16/17 17/15 17/20
18/17 19/6 19/10 19/20 22/10
23/4 25/4 25/6 26/24 27/6
28/10 29/3 29/5 29/13 29/15
30/12 30/17 30/19 31/15 33/12
33/21 34/12 37/24 38/6 41/12
43/3 47/12 47/22 48/19 49/9
49/14 49/17 51/9 51/11 51/16
51/20 51/23 52/3 53/6 53/11
53/12 56/9 56/11 56/24 59/23
60/10 61/4 61/23 63/15 64/20
64/23 67/10 67/12 67/15 67/17
70/22 71/8 71/15 71/21 72/5
75/17 76/18 76/19 77/20 77/24
79/20 82/12 82/15 83/19 84/1
85/5 90/17 92/7 92/10 92/12
92/21 93/7 94/3 94/6 95/7
98/24 100/1 102/20 106/5
106/8 106/13 107/8 108/9
114/5 115/17 116/5 117/11
117/13 117/15 125/3 126/5
128/7 128/13 130/16 131/8
132/23 133/8 134/5 134/24
136/6 136/23 137/2 138/2
138/4 138/8 138/19 144/1
150/10 150/22 152/8 154/1
155/14 159/19 160/17 160/23

**yesterday [6]**   4/14 57/21
145/17 145/17 159/23 159/23

**yet [8]**   38/21 68/12 95/12
121/11 121/16 154/14 163/19
163/21

**York [1]**   124/12

**you [935]**

**you'd [1]**   33/8

**you'll [8]**   50/17 50/20 50/23
54/10 55/13 55/13 127/18
149/21

**you're [86]**   6/4 6/13 12/15
15/21 19/3 20/10 20/13 21/5
21/7 23/1 24/7 26/18 29/8
29/21 35/16 38/4 38/18 38/19
38/20 39/24 41/3 41/20 42/5
42/7 42/8 51/14 53/15 54/10
55/21 57/19 58/3 58/13 58/18
59/9 60/22 61/8 61/16 61/23
62/3 62/3 64/22 66/11 67/13
67/16 69/13 70/6 70/15 70/20
77/18 78/16 80/19 80/20 82/24
83/14 87/21 88/3 89/12 89/17
92/6 95/12 96/12 97/19 108/6
112/10 125/6 125/21 129/19
130/17 132/9 133/6 134/4
134/10 136/24 138/9 140/15
144/12 144/13 145/6 147/18
147/20 149/13 150/24 158/18
160/8 161/21 162/6

**you've [16]**   32/3 36/2 44/24
49/10 51/21 58/19 58/21 60/8
60/11 76/12 76/15 80/18
105/18 105/19 125/2 148/14

**young [2]**   106/1 106/10

**younger [1]**   107/10

**your [120]**   5/7 5/13 5/14 5/19
6/12 8/1 9/12 17/5 20/17
20/22 21/8 25/2 29/7 28/9
28/6 28/15 39/9 39/11 40/3
40/4 40/7 40/8 40/17 41/1
41/3 42/23 45/9 46/3 46/16
46/17 46/19 50/24 51/14 51/24
52/5 52/7 53/15 53/16 53/16
54/2 54/16 57/15 58/22 61/5
61/24 63/18 63/23 65/3 65/23
65/24 67/2 67/8 71/9 71/11
74/7 74/8 79/20 83/24 84/2
84/3 84/19 85/8 88/1 88/19
89/18 89/19 90/6 91/20 91/21
92/17 92/17 93/3 93/4 94/4
94/18 98/23 101/7 102/11
103/16 105/18 105/19 107/16
108/14 112/1 112/7 112/24
113/11 115/6 116/4 117/4
117/6 117/14 118/8 118/12
118/17 120/3 120/13 121/19
127/16 133/16 135/3 145/1
145/16 147/4 147/15 149/5
150/7 155/1 155/10 156/15
159/21 159/24 160/1 160/2
160/24 161/22 161/23 161/24
162/12 162/23

**your religious [1]**   120/3

**yours [1]**   96/8

**yourself [1]**   11/24

**yourselves [1]**   149/12