UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON O'NEAL #N53022, | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) |
| | ) |
| JOHN BALDWIN, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, in his official and individual capacity; MANUEL ROJAS, in his official and individual capacity; STEPHANIE DORETHY, in her official and individual capacity; FREDDIE BRITTON, in his official and individual capacity; ROBERT RODRIGUEZ, in his official and individual capacity; JOE LAHOOD, in his official and individual capacity JOHN FROST, in his official and individual capacity; STEVE GANS, in his official and individual capacity, MELISSA PHOENIX, in her official and individual capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.:   18-CV-4063-SEM-TSH |
| Defendants. | ) |

## DECLARATION OF ROBERT RODRIGUEZ

I, Robert Rodriguez, being first duly sworn upon oath, declare that I have personal knowledge of the facts set forth herein, that I am competent to testify, and that if called to testify, would state as follows:

1. I am a Deacon for the Catholic Church, specifically the Peoria Diocese.

2. I have participated and volunteered with prison ministries for 16 years.

3. As a Deacon in the Catholic Church, I do not receive any payment, stipend or remuneration from the Catholic Church for performing my duties as a Deacon.

4. I was ordained as a Deacon on May 19, 2012.

5. My duties as a Deacon are to serve during Catholic mass and communion as scheduled by my local pastor, and assist the local pastor and other services such as baptisms marriages or funerals as needed or requested.

EXHIBIT 2

6. I volunteer at Henry C. Hill Correctional Center as a volunteer clergy member through the Prison Ministries for the Peoria Diocese of the Catholic Church.

7. My direct supervisor for my role as a volunteer clergy member at Henry Hill Correctional Facility is the Pastor of the Galesburg Catholic Community of the Peoria Diocese.

8. As a volunteer clergy member, I do not receive any payment, stipend or remuneration for any of my volunteer work performed at Henry Hill Correctional Facility.

9. To my knowledge, the Peoria Diocese of the Catholic Church does not receive any federal funds from the United States Federal Government.

10. I am not employed by Henry C. Hill Correctional Center, the Illinois Department of Corrections, or the State of Illinois.

11. I do not have any authority over any inmate, employee, or administrative personnel at Henry C. Hill Correctional Center or the Illinois Department of Corrections.

12. I hold no official position within Henry C. Hill Correctional Center. The facility's Chaplain is Manuel Rojas.

13. I volunteer at Henry C. Hill Correctional Center as a volunteer clergy member. I do not receive any payment, stipend or remuneration for any of my volunteer work performed at Henry Hill Correctional Facility.

14. Participation in Prison Ministries for the Peoria Diocese of the Catholic Church is on a voluntary and unpaid basis. There is no budget for the prison ministry, and all volunteers do not receive any payment, stipend, or remuneration. Any items used by the Prison Ministries are donated by local parishes or the Diocese of Peoria for that use.

15. In my role as a volunteer clergy member at Henry C. Hill Correctional Center, I help present weekly communion services, assist with bi-monthly masses, provide an Adoration of the Blessed Sacrament once per month, provide bible study and sacrament instructions several times per month, take attendance at services, and assist with Cursillo teams at the Illinois Department of Corrections.

16. I, and the Peoria Diocese of the Catholic Church, solely participate in religious services provided on a volunteer basis through the Prison Ministries program. I restrict my actions solely to ecclesiastical functions, providing religious services, and teaching the doctrines of the Catholic Church.

17. I do not, nor does the Peoria Diocese of the Catholic Church, inform or advise Henry Hill Correctional Facility or the Illinois Department of Correction in relation to the specificity of Catholic tenants of religion.

18. While we provide religious services such as participating in worship services and meetings, including Cursillo, I do not control nor can make any decisions on who may or may not attend these services.

19. Determination of whether any one particular inmate may attend a religious service is made by employees at that particular inmate's correctional facility.

20. I am not required to perform any specific actions or provide any specific information to any employees at Henry Hill Correctional Facility or the Illinois Department of Corrections, as I am a volunteer clergy member.  If Henry Hill Correctional Facility officials or employees seek information in relation to incident reports involving any of the services I provide on a volunteer basis, I cooperate with any investigation.

21. I am not responsible for, nor have any authority over, any dietary issues, requirements, or meal plans within Henry Hill Correctional Facility.

22. I am not involved in any facet of the Henry Hill Correctional Facility or the Illinois Department of Corrections' decision making process for providing religious diets for prison inmates.  I do not handout, receive, or file any forms requesting religious diets.  I do not participate in any review of any requests for a religious diet.  I do not participate in any decision making process on whether a religious diet will be provided.

23. I, nor the Peoria Diocese of the Catholic Church, participate in any secular matter, decision making, or grievance procedure, in relation to Henry Hill Correctional Facility or the Illinois Department of Corrections.

24. I have occasionally had conversations with Chaplain Rojas regarding religious dietary meals pertaining to Catholic inmates between 2005 and 2012.  However, I did not participate in determining or setting any policy, reviewing, or ruling on any religious diet request, nor did I participate in any review or decision making on whether any particular inmate would receive a special religious diet.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April ____, 2020.

_____
ROBERT RODRIGUEZ