UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON O'NEAL #N53022,<br><br>    Plaintiffs,<br><br>vs.<br><br>JOHN BALDWIN, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, in his official and individual capacity; MANUEL ROJAS, in his official and individual capacity; STEPHANIE DORETHY, in her official and individual capacity; FREDDIE BRITTON, in his official and individual capacity; ROBERT RODRIGUEZ, in his official and individual capacity; JOE LAHOOD, in his official and individual capacity JOHN FROST, in his official and individual capacity; STEVE GANS, in his official and individual capacity, MELISSA PHOENIX, in her official and individual capacity,<br><br>    Defendants. | Case No.:    18-CV-4063-SEM-TSH |

## AFFIDAVIT OF JOSEPH LAHOOD

I, Joseph LaHood, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify, and that if called to testify, would state as follows:

1. I am a Deacon for the Catholic Church, specifically the Peoria Diocese.

2. I have been a Deacon for the Catholic Church for 22 years. As Deacon, my role includes participating in masses, communions, baptisms, weddings, and funerals.

3. As a Deacon in the Catholic Church, I do not receive any payment, stipend or remuneration from the Catholic Church for performing my duties as a Deacon, or from any other place.

4. My duties as a Deacon are to serve during Catholic mass and communion as scheduled by my local pastor and assist the local pastor and other services such as baptisms marriages or funerals as needed or requested.

EXHIBIT 3

5. One of my current roles is the Spiritual Director for Prison Ministries for the Peoria Diocese of the Catholic Church.

6. My role as Spiritual Director for Prison Ministries includes duties such as scheduling religious services in prisons throughout the Peoria Diocese, serving on Cursillo teams, conducting communion services, and coordinating with other members of the Catholic Church in relation to volunteers in relation to specific prisons in their local areas.

7. To my knowledge, the Peoria Diocese of the Catholic Church does not receive any federal funds from the United States Federal Government.

8. I am not employed by Henry C. Hill Correctional Center, the Illinois Department of Corrections, the State of Illinois, or any other facility.

9. I do not have any authority over any inmate, employee, or administrative personnel at Henry C. Hill Correctional Center or the Illinois Department of Corrections.

10. I hold no official position within Henry C. Hill Correctional Center or with any other facility. The Chaplain for Henry C. Hill Correctional Center is Manuel Rojas.

11. Participation in Prison Ministries for the Peoria Diocese of the Catholic Church is on a voluntary and unpaid basis. There is no budget for the prison ministry, and all volunteers do not receive any payment, stipend, or remuneration. Any items used by the Prison Ministries are donated by the volunteers for that use.

12. As a volunteer clergy member, I do not receive any payment, stipend or remuneration for any of my volunteer work performed at Henry Hill Correctional Facility or any other facility.

13. I do not, nor does the Peoria Diocese of the Catholic Church, inform or advise Henry Hill Correctional Facility or the Illinois Department of Correction in relation to the specificity of Catholic tenants of religion.

14. I, and the Peoria Diocese of the Catholic Church, solely participate in religious services provided on a volunteer basis through the Prison Ministries program. I restrict my actions solely to ecclesiastical functions, providing religious services, guidance, and teaching the Catholic Church's tenants and practices.

15. I am not required to perform any specific actions or provide any specific information to any employees at Henry Hill Correctional Facility or the Illinois Department of Corrections, as I am a volunteer clergy member. If Henry Hill Correctional Facility officials or employees seek information in relation to incident reports involving any of the services I provide on a volunteer basis, I cooperate with any investigation.

16. I am not responsible for, nor have any authority over, any dietary issues, requirements, or meal plans within Henry Hill Correctional Facility.

17. I am not involved in any facet of the Henry Hill Correctional Facility or the Illinois Department of Corrections' decision-making process for providing religious diets for prison inmates. I do not handout, receive, or file any forms requesting religious diets. I

do not participate in any review of any requests for a religious diet. I do not participate in any decision-making process on whether a religious diet will be provided.

18. I, nor the Peoria Diocese of the Catholic Church, participate in any secular matter, decision-making, or grievance procedure, in relation to Henry Hill Correctional Facility or the Illinois Department of Corrections.

19. I have never met, spoke with, nor had any religious or secular dealings with the plaintiff, Aaron O'Neal.

20. I have no knowledge of Aaron O'Neal's alleged discrimination, alleged request for a religious diet, or any grievance process related to the request and grievance.

21. While we provide religious services such as participating in worship services and meetings, including Cursillo, I do not control nor can make any decisions on who may or may not attend these services.

22. Determination of whether any one particular inmate may attend a religious service is made by officials at that particular inmate's correctional facility.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 28, 2020.

_____
JOSEPH LAHOOD