Ex. August 15, 2019 (Photo Attached)

1 thru 6

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON O'NEAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JOHN BALDWIN, DIRECTOR, | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS, in his official and | ) |
| individual capacity; MANUEL ROJAS, in | ) |
| his official and individual capacity; | ) |
| STEPHANIE DORETHY, in her official | ) Case No.:    18-CV-4063-SEM-TSH |
| and individual capacity; FREDDIE | ) |
| BRITTON, in his official and individual | ) |
| capacity; ROBERT RODRIGUEZ, in his | ) |
| official and individual capacity; JOE | ) |
| LAHOOD, in his official and individual | ) |
| capacity JOHN FROST, in his official and | ) |
| individual capacity; STEVE GANS, in his | ) |
| official and individual capacity, MELISSA | ) |
| PHOENIX, in her official and individual | ) |
| capacity, | ) |
| | ) |
| Defendants. | ) |

## RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS

NOW COMES the Defendant, ROBERT RODRIGUEZ, by his attorneys, HEYL,

ROYSTER, VOELKER & ALLEN, and for his Response to Plaintiff's Request for Admissions,

states as follows:

1.      The plaintiff, was a catholic participant at catholic services at Hill Corr. Cntr.

**RESPONSE:**        **Objection. Defendant Rodriguez objects that this request is vague and
not limited in time or scope, and thus cannot be definitively admitted or denied. However,
without waiving said objections, Defendant Rodriguez admits that in relation to the time
periods referenced in the Plaintiff's Complaint, the Defendant Rodriguez was aware that
Plaintiff did engage in at least some Catholic services at Hill Correctional Center; but
Defendant Rodriguez has insufficient information to admit or deny that Plaintiff**

participated in all Catholic services at Hill Correctional Center during the time periods referenced in the Complaint.

2.     The plaintiff participated in catholic services at the prison for a number of years, or at least to your knowledge, more than one year.

**RESPONSE:**          **Objection. Defendant Rodriguez objects that this request is vague and not properly limited in time or scope, and thus cannot be definitively admitted or denied. However, without waiving said objections, Defendant Rodriguez admits that for a period of more than one year, the Plaintiff did engaged in at least some Catholic services at Hill Correctional Center.**

3.     Your participation in the prison ministries was done so on behalf of the catholic church.

**RESPONSE:**          **Objection. Defendant Rodriguez objects that this request is vague and thus cannot be definitive admitted or denied. However, without waiving said objection, Defendant Rodriguez admits that he volunteers to assist in providing certain prison ministry services that are a part of or promote the Catholic faith; but, he is not, nor has he ever been, employed by the Catholic church.**

4.     You are a subordinate of defendant LaHood in connection with the catholic church and the prison ministries.

**RESPONSE:**          **Objection. Defendant Rodriguez objects that this request is vague as it fails to define what is meant by "subordinate." However, without waiving said objection, Defendant Rodriguez denies that he is employed by or directly supervised by Defendant LaHood.**

5.     You are required to notify in advance the prison chaplain of any up-coming religious practices in connection with religious tents where prison catholic inmates are concerned.

2

RESPONSE:        Objection. Defendant Rodriguez objects that this request is vague and not limited in time or scope, and thus cannot be definitively admitted or denied. However, without waiving said objection, Defendant Rodriguez admits that he provides information to and makes requests for permission to the prison chaplain in connection with services sought to be provided to inmates at Hill Correctional Center.

(6.)        The plaintiff has in the past inquired of you when the prison would be notified of the dietary requirement of a meatless diet to facilitate their practice of Lent.

RESPONSE:        Objection. Defendant Rodriguez objects that this request is unclear, not limited in time, and assumes facts not in evidence, such that it cannot be definitively admitted or denied. However, without waiving said objections, Defendant Rodriguez denies that Plaintiff ever spoke to him concerning the topic of a meatless diet.

(7.)        Have you ever reminded defendant Rojas of the needs of the inmates in your ministry need for a meatless diet for their faithful observance of Lent.

RESPONSE:        Objection. Defendant Rodriguez objects that this request is not a statement of fact capable of being admitted or denied, but rather is an interrogatory. However, without waiving said objection, Defendant Rodriguez admits that he has spoken with Defendant Rojas on the topic of a meatless diet during the season of Lent.

(8.)        You have never spoken with defendant Rojas about catholic inmates need for a dietary supplement (meatless meal) for the practice of Lent.

RESPONSE:        Denied.

(9)        It is the routine and established practice at the catholic church to ignore the religious tenets of inmates who are catholic wishing to observe and practice their religious tenets.

RESPONSE:        Objection. Defendant Rodriguez objects that this request is vague in that it fails to clarify or define "catholic church," and further is not a statement of fact

3

capable of being admitted or denied by Defendant Rodriguez as he is not an employee or authorized spokesperson for the "catholic church."

‒ 10.    The catholic church often make provisions to donate cosmetics to the catholic inmates at Hill Corr. Cntr. at least once a year.

**RESPONSE:**         **Objection. Defendant Rodriguez objects that this request is vague in that it fails to clarify or define "catholic church," and furthermore is not relevant to the underlying allegations of the Plaintiff's Complaint.**

11.    The funds for those donations for the prison ministry is made available through catholic parishioners from the various communities.

**RESPONSE:**         **Objection. Defendant Rodriguez objects that this request is vague and is not relevant to the underlying allegations of the Plaintiff's Complaint.**

Robert Rodriguez,

BY:_____s/ Seth P. Uphoff_____
HEYL, ROYSTER, VOELKER & ALLEN
Seth P. Uphoff, ARDC #6290946

HEYL, ROYSTER, VOELKER & ALLEN
300 Hamilton Blvd.
P.O. Box 6199
Peoria, Illinois 61601-6199
Telephone  309.676.0400
Facsimile  309.676.3374
Primary Email: peoecf@heylroyster.com
Secondary Email: dperkins@heylroyster.com
Secondary Email: sgullette@heylroyster.com
Secondary Email: suphoff@heylroyster.com
Secondary Email: khamby@heylroyster.com

4

STATE OF ILLINOIS          )
                           ) ss.
COUNTY OF Knox             )


ROBERT RODRIGUEZ states that he has responded to the above Request for Admissions in accordance with Rule 36 of the Federal Rules of Civil Procedure and that the responses are correct.

_____
ROBERT RODRIGUEZ

SUBSCRIBED AND SWORN to before me this _16_ day of August, 2019.

_____
NOTARY PUBLIC

OFFICIAL SEAL
EILEEN FOX CASTRO
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 04-02-2023

5

## **PROOF OF SERVICE**

I hereby certify that on August 16, 2019, I electronically filed the foregoing instrument, Response to Request for Admissions, with the Clerk of the Court using the CM/ECF system and I hereby certify that I will mail on August 16, 2019, by United States Postal Service the same foregoing instrument to the following non-CM/ECF participant:

Mr. Aaron O'Neal, N53022
HILL CORRECTIONAL CENTER
Inmate Mail/Parcels
PO Box 1700
Galesburg, IL 61401

Clayton Ankney
Office of the Attorney General
500 South Second Street
Springfield, IL 62706

BY:_____ s/ Seth P. Uphoff_____
Seth P. Uphoff

36784795_1

6

LOEVY & LOEVY

PLAINTIFF'S GROUP EXHIBIT'S  E.

LOEVY & LOEVY

State Of Illinois    )
                     )
                     )        SS
County Of Knox       )


Affidavit In Support of Section
1983 Complaint For Violations of
Religious Freedoms/Catholic


     John Lavelle R58527 being duly sworn,deposes and say:


     1. I am a prison inmate at Henry Hill facility and
am a practicing catholic.

     2. After being denied a request for a non/meat diet
in April 2017 by Chaplain Manuel Rojas,in observence of
Ash Wednesday and Lent as required for all catholics,
I had cause to then file a grievance.

     3. I was denied at the grievance levels by Counselor
Friend and grievance officer Gans,who suggested I pro-
vide for my own dietary supplement for a meatless rel-
igious diet.

     4. At that time,the Chaplain,Rojas,was not, and had
not sent out notices to Catholics desiring a non-meat
supplement in observence of Lenten Ffidays.

     5. Even though Lent was still being observed by Cath-
olis world-wide no concession was made by Rojas nor Gans
to have my name-nor other Catholics-added to a list in the
prisons dietary department at Henry Hill C.C.

     6. On January 9th,2018 while being in attendance Deacon
Robert Rodriguez explained to the congregation that He had
personally spoken to the head Deacon who's in charge of over-
seeing "The Prison Ministy Of Illinois" (Deacon Joe Lahood)
and was told that The Deacon(s) would not pursue the feast
for Lent...for there were other important issues for The Cath-
olic to deal with.

7. Deacon Robert Rodriguez went on to state, that the congregation could choose to either"eat around the meals, or to not "eat the meals" at all.

8. I am competent to testify to these facts herein stated, and am willing to do so were I required to testify.

Further, Affiant Sayeth not.

/s/ ___John Lavelle___

I, John Lavelle R58527, declare pursuant to 28 U.S.C. Sec. 1746 that thee facts stated in this instrument are true and correct to the best of my knowledge.

/s/ John Lavelle

```
STATE OF ILLINOIS   )
                    )  SS
COUNTY OF KNOX      )
```

## AFFIDAVIT

I, Robert Shachter M51366 ,hereby declare under penalty of perjury
that the following is true and correct based upon my personal know-
ledge and that I am competent to testify thereto if called upon as
a witness.
          I am a devoted member of Catholic faith. I also was in
attendance on the night of tuesday,January 9th,2018 along side with
several other Catholic Parishioners for the Catholic service in which
(Deacon Robert Rodriguez) had stood before the congregation and stated:

"It was hereby told to me by (Prison Ministry Deacon Joe Lahood) that
there were a numerous amount of concerns on the Catholic "To Do List"
however,pursuing that the inmates of Henry Hill C.C. receive a non/
meat religious diet for lent,will not happen! for this has been a
issue not just at Henry Hill C.C. but for the entire prison system
throughout the state of Illinois,and therefore will no longer be
pursued. Before closing (Deacon Robert Rodriguez) had gone on to
say: That "WE" as Catholic inmates have an option,that being either
to eat around the meat,or to not eat the meals served during lent."


Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare,
under penalty of perjury,that everything contained herein is true
and accurate to the best of my knowledge and belief. I do declare
and affirm that the matter at hand is not taken either frivolously
or maliciously and that I believe the foregoing matter is taken in
good faith.

                        _____
                              AFFIANT

STATE OF ILLINOIS )
               ) SS
COUNTY OF KNOX )

### AFFIDAVIT

I, _Tony Guzman M46012_ ,hereby declare under penalty of perjury
that the following is true and correct based upon my personal know-
ledge and that I am competent to testify thereto if called upon as
a witness.
      I am a devoted member of Catholic faith. I also was in
attendance on the night of tuesday,January 9th,2018 along side with
several other Catholic Parishioners for the Catholic service in which
(Deacon Robert Rodriguez) had stood before the congregation and stated:

"It was hereby told to me by (Prison Ministry Deacon Joe Lahood) that
there were a numerous amount of concerns on the Catholic "To Do List"
however,pursuing that the inmates of Henry Hill C.C. receive a non/
meat religious diet for lent,will not happen! for this has been a
issue not just at Henry Hill C.C. but for the entire prison system
throughout the state of Illinois,and therefore will no longer be
pursued. Before closing (Deacon Robert Rodriguez) had gone on to
say: That "WE" as Catholic inmates have an option,that being either
to eat around the meat,or to not eat the meals served during lent."


Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare,
under penalty of perjury,that everything contained herein is true
and accurate to the best of my knowledge and belief. I do declare
and affirm that the matter at hand is not taken either frivolously
or maliciously and that I believe the foregoing matter is taken in
good faith.

             _Tony Guzman_
             AFFIANT

STATE OF ILLINOIS  )
                     )   SS
COUNTY OF KNOX    )

## AFFIDAVIT

I, _Mitchell B. Tedd_ ,hereby declare under penalty of perjury
that the following is true and correct based upon my personal know-
ledge and that I am competent to testify thereto if called upon as
a witness.
            I am a devoted member of Catholic faith. I also was in
attendance on the night of tuesday,January 9th,2018 along side with
several other Catholic Parishioners for the Catholic service in which
(Deacon Robert Rodriguez) had stood before the congregation and stated:

"It was hereby told to me by (Prison Ministry Deacon Joe Lahood) that
there were a numerous amount of concerns on the Catholic "To Do List"
however,pursuing that the inmates of Henry Hill C.C. receive a non/
meat religious diet for lent,will not happen! for this has been a
issue not just at Henry Hill C.C. but for the entire prison system
throughout the state of Illinois,and therefore will no longer be
pursued. Before closing (Deacon Robert Rodriguez) had gone on to
say: That "WE" as Catholic inmates have an option,that being either
to eat around the meat,or to not eat the meals served during lent."


Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare,
under penalty of perjury,that everything contained herein is true
and accurate to the best of my knowledge and belief. I do declare
and affirm that the matter at hand is not taken either frivolously
or maliciously and that I believe the foregoing matter is taken in
good faith.

_Mitchell B. Tedd #B67475_
AFFIANT

PLAINTIFF'S GROUP EXHIBIT'S E.

STATE OF ILLINOIS )
                  ) SS
COUNTY OF KNOX    )

## AFFIDAVIT

I, LATHAM, DEONTAE M63473, hereby declare under penalty of perjury
that the following is true and correct based upon my personal know-
ledge and that I am competent to testify thereto if called upon as
a witness.

I am a devoted member of Catholic faith. I also was in
attendance on the night of tuesday, January 9th, 2018 along side with
several other Catholic Parishioners for the Catholic service in which
(Deacon Robert Rodriguez) had stood before the congregation and stated:

"It was hereby told to me by (Prison Ministry Deacon Joe Lahood) that
there were a numerous amount of concerns on the Catholic "To Do List"
however, pursuing that the inmates of Henry Hill C.C. receive a non/
meat religious diet for lent, will not happen! for this has been a
issue not just at Henry Hill C.C. but for the entire prison system
throughout the state of Illinois, and therefore will no longer be
pursued. Before closing (Deacon Robert Rodriguez) had gone on to
say: That "WE" as Catholic inmates have an option, that being either
to eat around the meat, or to not eat the meals served during lent."

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare,
under penalty of perjury, that everything contained herein is true
and accurate to the best of my knowledge and belief. I do declare
and affirm that the matter at hand is not taken either frivolously
or maliciously and that I believe the foregoing matter is taken in
good faith.

AFFIANT

PLAINTIFF'S GROUP EXHIBIT'S E.

STATE OF ILLINOIS )
                  )  SS
COUNTY OF KNOX    )

### AFFIDAVIT

I, _BERNARD MOLINA K54957_ ,hereby declare under penalty of perjury
that the following is true and correct based upon my personal know-
ledge and that I am competent to testify thereto if called upon as
a witness.
         I am a devoted member of Catholic faith. I also was in
attendance on the night of tuesday,January 9th,2018 along side with
several other Catholic Parishioners for the Catholic service in which
(Deacon Robert Rodriguez) had stood before the congregation and stated:

"It was hereby told to me by (Prison Ministry Deacon Joe Lahood) that
there were a numerous amount of concerns on the Catholic "To Do List"
however,pursuing that the inmates of Henry Hill C.C. receive a non/
meat religious diet for lent,will not happen! for this has been a
issue not just at Henry Hill C.C. but for the entire prison system
throughout the state of Illinois,and therefore will no longer be
pursued. Before closing (Deacon Robert Rodriguez) had gone on to
say: That "WE" as Catholic inmates have an option,that being either
to eat around the meat,or to not eat the meals served during lent."


Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare,
under penalty of perjury,that everything contained herein is true
and accurate to the best of my knowledge and belief. I do declare
and affirm that the matter at hand is not taken either frivolously
or maliciously and that I believe the foregoing matter is taken in
good faith.

              _Bernald Molina_
                  AFFIANT

PLAINTIFF'S GROUP EXHIBIT'S E.

STATE OF ILLINOIS )
)  SS
COUNTY OF KNOX )

### AFFIDAVIT

I, AARON O'NEAL N53022 ,hereby declare under penalty of perjury
that the following is true and correct based upon my personal know-
ledge and that I am competent to testify thereto if called upon as
a witness.

I am a devoted member of Catholic faith. I also was in
attendance on the night of tuesday,January 9th,2018 along side with
several other Catholic Parishioners for the Catholic service in which
(Deacon Robert Rodriguez) had stood before the congregation and stated:

"It was hereby told to me by (Prison Ministry Deacon Joe Lahood) that
there were a numerous amount of concerns on the Catholic "To Do List"
however,pursuing that the inmates of Henry Hill C.C. receive a non/
meat religious diet for lent,will not happen! for this has been a
issue not just at Henry Hill C.C. but for the entire prison system
throughout the state of Illinois,and therefore will no longer be
pursued. Before closing (Deacon Robert Rodriguez) had gone on to
say: That "WE" as Catholic inmates have an option,that being either
to eat around the meat,or to not eat the meals served during lent."

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare,
under penalty of perjury,that everything contained herein is true
and accurate to the best of my knowledge and belief. I do declare
and affirm that the matter at hand is not taken either frivolously
or maliciously and that I believe the foregoing matter is taken in
good faith.

Aaron O'Neal
_____
AFFIANT

PLAINTIFF'S GROUP EXHIBIT'S E.

Ex. AUGUST 30, 2019 at. 4 (HERE TO ATTACHED)
Ex. AUGUST 30, 2019 at. 8
"RODRIGUEZ & LaHood Both"    ROBERT RODRIGUEZ

1 thru 8
THERE ARE
2 #7's
(attached)

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON O'NEAL, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| JOHN BALDWIN, DIRECTOR, | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS, in his official and | ) |
| individual capacity; MANUEL ROJAS, in | ) |
| his official and individual capacity; | ) |
| STEPHANIE DORETHY, in her official | )    Case No.:    18-CV-4063-SEM-TSH |
| and individual capacity; FREDDIE | ) |
| BRITTON, in his official and individual | ) |
| capacity; ROBERT RODRIGUEZ, in his | ) |
| official and individual capacity; JOE | ) |
| LAHOOD, in his official and individual | ) |
| capacity JOHN FROST, in his official and | ) |
| individual capacity; STEVE GANS, in his | ) |
| official and individual capacity, MELISSA | ) |
| PHOENIX, in her official and individual | ) |
| capacity, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS, JOE LAHOOD AND ROBERT RODRIGUEZ, RESPONSE TO PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

NOW COME the Defendants, JOE LAHOOD and ROBERT RODRIGUEZ, by their

attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for their Response to Plaintiff's

Interrogatories and Request for Production of Documents, state as follows:

1.    State the duties of defendant Rodriquez in connection with the Catholic Church and

prison ministries. If those duties are set for in any job description or other document, produce the

document.

**RESPONSE:**    **Defendant Rodriguez's duties with the Catholic Church are to serve as**

**a Deacon during Catholic Mass and Communion services as scheduled by his local pastor;**

as well as assist in other services such as baptisms, marriages, and funerals as needed or requested. As it relates to prison ministry at Henry C. Hill Correctional Center, Defendant Rodriguez presents weekly communion services; assists bi-monthly masses; provides Adoration of the Blessed Sacrament once per month; provides bible study/sacrament instruction several times per month; takes attendance at all services; assists with "Cursillo teams" at the Illinois Department of Corrections, and cooperates with prison officials if information is sought in relation to incident reports.

There is no job description for this position.

2.      State the duties of defendant LaHood in connection with the Catholic Church and prison ministries. If those duties are set forth in any job description or other document, produce the document.

RESPONSE:      Defendant LaHood is the Spiritual Director for Prison Ministries for the Peoria Diocese of the Catholic Church. In that role he schedules Cursillo events in prisons throughout the Peoria Diocese; serves on Cursillo teams and conducts communion services; and coordinates with other members of the Catholic Church in relation to requests or issues at specific prisons. Outside of prison ministry, Defendant LaHood serves as a deacon for the Catholic Church and participates in masses, communions, baptisms, weddings, and funerals.

There is no job description for this position.

3.      State how long each of the defendants have been associated, and or connected with the responsibility to serve in any capacity for the Catholic Church prison ministry.

RESPONSE:      Defendant Lahood: 22 years. Defendant Rodriguez: 16 years.

2

4.      State whether or not defendant Rodriquez receives any pay or stipend for his working the Catholic Church or prison ministries. If this information is maintained in record or document, produce the document.

**RESPONSE:      Defendant Rodriguez does not receive any form of payment for prison ministry work. As it pertains to his other involvement in religious activities outside of prison ministry, he does not receive any form of payment from the Catholic Church.**

5.      State whether defendant LaHood receives any pay or stipend for his services to the Catholic Church or prison ministries connected with the Catholic Church.

**RESPONSE:      Defendant LaHood does not receive any form of payment for prison ministry work. As it pertains to his other involvement in religious activities outside of prison ministry, he does not receive any form of payment from the Catholic Church.**

6.1      State how defendant LaHood is required to convey information to prison ministry workers/volunteers, such as defendant Rodriquez, regard prison Catholic inmates religious tenets, such as Ash Wednesday and Lent are to be conveyed to the prison Chaplain, and or other supervisory staff. If this information is set forth in any record of document, produce the record or document.

**RESPONSE:      Defendant LaHood is not "required" to convey any particular information, nor is he "required" to convey it in a particular way. However, Defendant LaHood does use phone, email, and in-person meetings to transfer information with both individuals in prison ministry and the staff of the Illinois Department of Corrections (IDOC).**

3

7. State how defendant Rodrigues is required to convey to prison Chaplains how and when Catholic prison inmates are to practice their religious tenets, such as Ash Wednesday and Lent.

**RESPONSE:** **Defendant Rodriguez is not "required" to convey any particular information, nor is he "required" to convey it in a particular way. However, Defendant Rodriguez does use phone, email, and in-person meetings to transfer information with both individuals in prison ministry and the staff of the Illinois Department of Corrections (IDOC), which includes a monthly calendar of proposed Catholic services to the prison chaplain.**

8. State which of the defendants are responsible for ensuring that the prison chaplain and or other officials are aware of and what is required for Catholic inmates dietary needs when practicing religious tenets such as Ash Wednesday and Lent.

**RESPONSE:** **Neither. There are no special dietary needs for Catholic inmates for Ash Wednesday and Lent, as prison inmates within the Peoria Diocese's area are exempt from dietary tenets due to their incarceration.**

9. Does the Catholic church make any arrangements at the prison where Catholic inmates are housed to provide, assist, off-set the cost of dietary needs for those inmates wishing to earnestly practice their religious tenets such as Ash Wednesday and Lent. If there are records or documents setting forth the information of interrogatory request from paragraph #8 and #9, produce the document.

**RESPONSE:** **No. No records exist.**

10. State which of the defendants is responsible for maintaining any sort of budget for prison ministries. If that information is set forth in any document, produce the document.

**RESPONSE:** **Neither. There is no budget for prison ministry. All service is voluntary and unpaid. Any items used for the religious practices are donated by the local parish.**

4

11. Is there a protocol set in place to notify prison officials in advance of the meatless dietary requirement for hose prison inmates wishing to practice their religious tenets at the prison they are housed in. If that information is set forth in any document, produce the document.

**RESPONSE:** **There is no protocol in place.**

— 12. Does the Catholic Church maintain any sort of committee for prison ministries. If so, provide a list of the people on said committee. If this information is maintained in any document, produce the document.

**RESPONSE:** **The Catholic Church does not maintain any sort of committee for prison ministry.**

13. How is the prison made aware of inmates Catholic tenets. If this information is maintained in any document, produce the document.

**RESPONSE:** **There is no requirement, protocol, or practice in place for advising IDOC in relation to Catholic tenets. In relation to Defendant Rodriguez, he does provide a monthly calendar of requested services and activities, but it does not advise in regard to Catholic tenets.**

14. At what advance time of the year does the Catholic prison ministries notify the prison of any up-coming religious tenet that requires a Catholic inmate observance and practice. If that information is outlined in any document, produce the document.

**RESPONSE:** **See response to Request #13.**

5

15.     State what other ways does the defendants, Rodrigues and LaHood advocate with the prison for recognition of prison inmates who are Catholics to observe and practice their religious tenets.

**RESPONSE:**          **Defendants have no requirement, protocol, or practice for advocating on behalf of the inmates; however, they have assisted inmates in obtaining educational materials related to the Catholic Church and its practices.**

Robert Rodriguez and Joe LaHood,

BY:_____s/ Seth P. Uphoff_____
HEYL, ROYSTER, VOELKER & ALLEN
Seth P. Uphoff, ARDC #6290946

HEYL, ROYSTER, VOELKER & ALLEN
300 Hamilton Blvd.
P.O. Box 6199
Peoria, Illinois 61601-6199
Telephone 309.676.0400
Facsimile 309.676.3374
Primary Email: peoecf@heylroyster.com
Secondary Email: dperkins@heylroyster.com
Secondary Email: sgullette@heylroyster.com
Secondary Email: suphoff@heylroyster.com
Secondary Email: khamby@heylroyster.com

6

## Verification by Certification

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements set forth in DEFENDANTS JOE LAHOOD AND ROBERT RODRIGUEZ'S RESPONSE TO REQUESTS FOR PRODUCTION OF DOCUMENTS in the case of O'Neal and Lavelle v. Baldwin, et. al., Case No.: 18-CV-4063-SEM-TSH, are based upon information and belief, and as to such matters, the undersigned certifies as aforesaid that he undersigned verily believes the same to be true and correct.

_____
JOE LAHOOD

## Verification by Certification

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements set forth in DEFENDANTS JOE LAHOOD AND ROBERT RODRIGUEZ'S RESPONSE TO REQUESTS FOR PRODUCTION OF DOCUMENTS in the case of O'Neal and Lavelle v. Baldwin, et. al., Case No.: 18-CV-4063-SEM-TSH, are based upon information and belief, and as to such matters, the undersigned certifies as aforesaid that he undersigned verily believes the same to be true and correct.

_____
ROBERT RODRIGUEZ

7

Verification by Certification

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements set forth in DEFENDANTS JOE LAHOOD AND ROBERT RODRIGUEZ'S RESPONSE TO REQUESTS FOR PRODUCTION OF DOCUMENTS in the case of O'Neal and Lavelle v. Baldwin, et. al., Case No.: 18-CV-4063-SEM-TSH, are based upon information and belief, and as to such matters, the undersigned certifies as aforesaid that he undersigned verily believes the same to be true and correct.

_____
JOE LAHOOD

Verification by Certification

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements set forth in DEFENDANTS JOE LAHOOD AND ROBERT RODRIGUEZ'S RESPONSE TO REQUESTS FOR PRODUCTION OF DOCUMENTS in the case of O'Neal and Lavelle v. Baldwin, et. al., Case No.: 18-CV-4063-SEM-TSH, are based upon information and belief, and as to such matters, the undersigned certifies as aforesaid that he undersigned verily believes the same to be true and correct.

_____
ROBERT RODRIGUEZ

7

**PROOF OF SERVICE**

I hereby certify that on August 30, 2019, I will mail the foregoing document by United States Postal Service to the following non-CM/ECF participant:

Mr. Aaron O'Neal, N53022
HILL CORRECTIONAL CENTER
Inmate Mail/Parcels
PO Box 1700
Galesburg, IL 61401

Clayton Ankney
Office of the Attorney General
500 South Second Street
Springfield, IL 62706

BY:_____ s/ Seth P. Uphoff_____
Seith P. Uphoff

8

"EXHIBIT 3"

## Festival Letter 2019 – Calendar

*In the early centuries of Catholic Christianity, when calendars were uncommon and often imprecise, a bishop would send out an annual "Festival Letter" to announce the proper dates for observing the fasts and feasts of the Liturgical Year. It was not uncommon to also use such a letter as a means of instruction for the faithful. I have established this custom in our Diocese both to foster a greater love for the liturgy and to afford myself an additional opportunity for teaching.*

Dear brothers and sisters, the glory of the Lord has shone upon us and shall ever be manifest among us, until the day of His return. Through the rhythms of times and seasons, let us celebrate the mysteries of our salvation.

Let us recall the year's culmination, the Sacred Easter Triduum of the Lord: His Last Supper, His Crucifixion, His Burial, and His Rising, celebrated between the evening of Thursday, April 18th and the evening of Sunday, April 21st.

Each Easter, as on each Sunday, Holy Mother Church makes present the great and saving deed by which Christ has conquered sin and death.

From Easter are reckoned all the days we keep holy:

Ash Wednesday, the beginning of Lent, in the Year of Our Lord 2019, will occur on the 6th of March.

Ash Wednesday and Good Friday are days of fast and abstinence. In commemoration of the Lord's death on the cross, all Fridays of Lent are days of obligatory abstinence. Abstinence from meat is also recommended on all the Fridays of the year.

The annual Chrism Mass, during which the priests renew their ministerial commitment, will be celebrated in the Cathedral on Tuesday of Holy Week, April 16th.

No other activities or pastoral responsibilities, except the need to tend to the dying, should keep a priest from attending the Chrism Mass. I also invite the faithful of our diocese to join us for this celebration as they keep their priests in prayer.

The Church will keep her most solemn night of vigil and prayer to celebrate the Resurrection of Christ on Saturday, the 20th of April. According to the ancient and universal practice of the Church, the Easter Vigil may not begin until after nightfall. In Central Illinois, sunset is estimated to begin at 7:43 P.M. CDT in Peoria (7:34 P.M. CDT in Danville and 7:48 P.M. CDT in Moline). The Easter Vigil at the Cathedral will be celebrated at 8:15 P.M.

On Divine Mercy Sunday on the Second Sunday of Easter, the 28th of April, I encourage my Vicars Forane to work with the clergy, religious, and laity in their area to prepare a common celebration at a central location for the conclusion of the Novena of Divine Mercy which will begin on Good Friday, the 19th of April.

The Ascension of the Lord will be commemorated on Sunday, the 2nd of June, according to the decision of the bishops of the Illinois Province. Pentecost, the joyful conclusion of the Great Fifty Days of Easter, will be celebrated on Sunday, the 9th of June.

Any Catholic in a state of serious sin is obligated to approach the Sacrament of Reconciliation at least once between Ash Wednesday and Pentecost Sunday. All Catholics are especially urged to confess their sins during the penitential season of Lent, during Advent, before the great festivals, and regularly throughout the year.

In a special way our Divine Savior gave the Church the gift of the Sacrament of Holy Orders to make present the Paschal Mystery for all people of every time and place. This year, the Diocese of Peoria will celebrate the Sacrament of Holy Orders in several ways.

On the Fifth Sunday of Easter, the 19th of May at 10:30 in the morning in the Cathedral, I will ordain a new transitional deacon for the Diocese of Peoria. On Saturday, the 25th of May at 10:30 in the morning, I rejoice to ordain a new priest for service to our Diocese.

I invite and encourage the clergy, consecrated men and women, and lay-faithful to join with me at these great celebrations. All priests serving in the Diocese of Peoria are expected to participate in the Ordination of a Priest. Except the need to tend to the dying, no other pastoral duty

EXHIBIT 3

or personal obligation is of greater importance than welcoming our new brother to our presbyterate.

Likewise, the Pilgrim Church proclaims the Passover of the Lord in the feasts of the Holy Mother of God, the Apostles, and the Saints, and in the Commemoration of the Faithful Departed for the Year of Our Lord 2019.

In the Year of Our Lord 2019, the Solemnity of Saint Joseph, the spouse of the Blessed Virgin Mary, will be celebrated on Tuesday, March 19th.

The Solemnity of the Annunciation of the Lord will be celebrated on Monday, the 25th of March.

The Dedication of the Cathedral of St. Mary of the Immaculate Conception is celebrated on the 15th of May and is a Solemnity in the Cathedral and a Feast in the Diocese.

The Assumption of the Blessed Virgin Mary is celebrated on Thursday, the 15th of August, and is a holy day of obligation this year.

The Feast of Saint Crescent, whose relics are solemnly enshrined in Corpus Christi Church, Galesburg, is celebrated on Tuesday, the 27th of August, as a solemnity in the Shrine-Church.

The Feast of St. Therese of Lisieux, patroness of our diocesan vocations program, will be celebrated on Tuesday, the 1st of October. Prayers and activities in support of priestly vocations are encouraged to take place. The Diocesan Novena for Vocations in her honor will begin on the 23rd of September.

The Solemnity of All Saints, a holy day of obligation, is celebrated on Friday, the 1st of November. The Commemoration of All the Faithful Departed is observed on Saturday, the 2nd of November.

The Solemnity of Christ the King will be celebrated on Sunday, the 24th of November.

The Church will celebrate the beginning of the new liturgical year of grace and prayer on the First Sunday of Advent, the 1st of December, in the Year of Our Lord 2019.

The Solemnity of the Immaculate Conception of the Blessed Virgin Mary will be transferred to Monday, the 9th of December this year; this is the Patronal Feast of the Diocese of Peoria but is not a holy day of obligation this year.

The Feast of Our Lady of Guadalupe, the Patroness of the Americas, is celebrated on Thursday, the 12th of December.

Christmas will be on Wednesday, the 25th of December.

The Solemnity of Mary, the Mother of God, is celebrated on Wednesday, the 1st of January in the Year of Our Lord 2020 and is a holy day of obligation.

To better enjoy the infinite treasury of merit won by our Divine Saviour, in accord with the *Enchiridion Indulgentiarum* and the *Ceremonial of Bishops*, "the diocesan bishop in his own diocese may bestow the papal blessing with the plenary indulgence, using the proper formulary, three times a year on solemn feasts, which he will designate...."

As Bishop of Peoria, I am happy to bestow such blessing with the plenary indulgence during the Year of Our Lord 2019 at the end of Holy Mass for the great Solemnities of Easter Vigil, Pentecost Day, and Christmas Eve.

Further, to enhance the devotional life of the faithful and the liturgical life of our parishes, I have encouraged a return to the practice of Rogation Days to mark the change of seasons. I have requested the Holy See to confirm these days as part of the official calendar of our local Church. Pending their confirmation, I encourage pastors to observe these Rogation Days in the Diocese of Peoria:

January 22nd to coincide with the national day of prayer and fasting for the dignity of human life.

March 24th to highlight the beginning of the growing season, associated with the Solemnity of the Annunciation.

June 23rd to pray for healthy growth and good weather, associated with the Nativity of St. John the Baptist