EXHIBIT.3

## Festival Letter 2019 – Calendar

*In the early centuries of Catholic Christianity, when calendars were uncommon and often imprecise, a bishop would send out an annual "Festival Letter" to announce the proper dates for observing the feasts and feast of the Liturgical Year. It was not uncommon to also use such a letter as a means of instruction for the faithful. I have established this custom in our Diocese both to foster a greater love for the liturgy and to afford myself an additional opportunity for teaching.*

Dear brothers and sisters, the glory of the Lord has shone upon us and shall ever be manifest among us, until the day of His return. Through the rhythms of times and seasons, let us celebrate the mysteries of our salvation.

Let us recall the year's culmination, the Sacred Easter Triduum of the Lord: His Last Supper, His Crucifixion, His Burial, and His Rising, celebrated between the evening of Thursday, April 18th, and the evening of Sunday, April 21st.

Each Easter, as on each Sunday, Holy Mother Church makes present the great and saving deed by which Christ has conquered sin and death.

From Easter are reckoned all the days we keep holy:

Ash Wednesday, the beginning of Lent, in the Year of Our Lord 2019, will occur on the 6th of March.

Ash Wednesday and Good Friday are days of fast and abstinence. In commemoration of the Lord's death on the cross, all Fridays of Lent are days of obligatory abstinence. Abstinence from meat is also recommended on all the Fridays of the year.

The annual Chrism Mass, during which the priests renew their ministerial commitment, will be celebrated in the Cathedral on Tuesday of Holy Week, April 16th.

No other activities or pastoral responsibilities, except the need to tend to the dying, should keep a priest from attending the Chrism Mass. I also invite the faithful of our diocese to join us for this celebration as they keep their priests in prayer.

The Church will keep her most solemn night of vigil and prayer to celebrate the Resurrection of Christ on Saturday, the 20th of April. According the ancient and universal practice of the Church, the Easter Vigil may not begin until after nightfall. In Central Illinois, sunset is estimated to begin at 7:43 P.M. CDT in Peoria (7:34 P.M. CDT in Danville and 7:48 P.M. CDT in Moline). The Easter Vigil at the Cathedral will be celebrated at 8:15 P.M.

On Divine Mercy Sunday on the Second Sunday of Easter, the 28th of April, I encourage my Vicars Forane to work with the clergy, religious, and laity in their area to prepare a common celebration at a central location for the conclusion of the Novena of Divine Mercy which will begin on Good Friday, the 19th of April.

The Ascension of the Lord will be commemorated on Sunday, the 2nd of June, according to the decision of the bishops of the Illinois Province. Pentecost, the joyful conclusion of the Great Fifty Days of Easter, will be celebrated on Sunday, the 9th of June.

Any Catholic in a state of serious sin is obligated to approach the Sacrament of Reconciliation at least once between Ash Wednesday and Pentecost Sunday. All Catholics are especially urged to confess their sins during the penitential season of Lent, during Advent, before the great festivals, and regularly throughout the year.

In a special way our Divine Savior gave the Church the gift of the Sacrament of Holy Orders to make present the Paschal Mystery for all people of every time and place. This year, the Diocese of Peoria will celebrate the Sacrament of Holy Orders in several ways.

On the Fifth Sunday of Easter, the 19th of May at 10:30 in the morning in the Cathedral, I will ordain a new transitional deacon for the Diocese of Peoria. On Saturday, the 25th of May at 10:30 in the morning, I rejoice to ordain a new priest for service to our Diocese.

I invite and encourage the clergy, consecrated men and women, and lay-faithful to join with me at these great celebrations. All priests serving in the Diocese of Peoria are expected to participate in the Ordination of a Priest. Except the need to tend to the dying, no other pastoral duty

1 thru 5

Joseph LaHood

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON O'NEAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JOHN BALDWIN, DIRECTOR, | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS, in his official and | ) |
| individual capacity; MANUEL ROJAS, in | ) |
| his official and individual capacity; | ) |
| STEPHANIE DORETHY, in her official | )   Case No.:   18-CV-4063-SEM-TSH |
| and individual capacity; FREDDIE | ) |
| BRITTON, in his official and individual | ) |
| capacity; ROBERT RODRIGUEZ, in his | ) |
| official and individual capacity; JOE | ) |
| LAHOOD, in his official and individual | ) |
| capacity JOHN FROST, in his official and | ) |
| individual capacity; STEVE GANS, in his | ) |
| official and individual capacity, MELISSA | ) |
| PHOENIX, in her official and individual | ) |
| capacity, | ) |
| | ) |
| Defendants. | ) |

## RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS

NOW COMES the Defendant, JOSEPH LAHOOD, by his attorneys, HEYL, ROYSTER,

VOELKER & ALLEN, and for his Response to Plaintiff's Request for Admissions, states as

follows:

1. Plaintiff has been attending Catholic Prison Ministries Services at Hill Correctional

Center (HCC) since from 2008 through to the time of this complaint 2019.

**RESPONSE: Defendant Joseph LaHood does not know who Aaron O'Neal is and

therefore he cannot answer this particular Request to Admit.**

2. Prior to defendant Roqrigues tenure as volunteer at HCC another volunteer

coordinated volunteer Catholic Services for the prison ministry, at HCC.

RESPONSE:

3. Prior to defendant Rodriquez coordinating volunteer ministry services at HCC Deacon Joseph O'Toole coordinated volunteer services for Catholic prison ministries at HCC. The team coordinated has the meaning of: Officiate, Conduct, Organize, Planned, participates in, and/or arrange subjectmatter for discussion.

RESPONSE:

4. Subsequent to Deacon Joseph O'Toole relinquishing or being relieved of his volunteer status or responsibilioties to HCC prison ministries, defendant Rodriquez replaced Deacon Joseph O'Toole as volunteer at HCC.

RESPONSE:

5. Defendant Rodriquez is a Deacon.

RESPONSE: **Defendant Joseph LaHood admits that Defendant Robert Rodriguez became an ordained deacon effective 5/19/12.**

6. Defendant Rodriquez has had conversations with defendant Rojas during any time relevant to the complaint regarding HCC prison inmates observing Lent/Ash Wednesday in relationtion to dietary standards.

RESPONSE: **Defendant Joseph LaHood has no knowledge as to the conversations that Defendant Robert Rodriguez had with Defendant Rojas.**

7. It is a general practice for Catholics in a free society (meaning not incarcerated) to observe and practice Lent/Ash Wednesday in connection with a dietary requirement of meatless meals.

RESPONSE: **Defendant Joseph LaHood admits the statement contained in Paragraph 7, but notes that there are many exceptions to that general rule and incarceration is one of those exceptions.**

2

8.    Does any member of the Catholic Church, including defendant LaHood coordinate with the Illinois Department of Corrections coordinate (see paragraph for the meaning of coordinate) Religious Advisory Board. If the answer is , yes, submit the name or name(s) of those persons.

RESPONSE:

9.    Catholic inmates at HCC regularly participate in communion and Ash Wednesday service.

RESPONSE: Defendant Joseph LaHood admits that inmates at HCC have the opportunity to participate in communion and Ash Wednesday services at Hill Correctional Center.

JOSEPH LAHOOD

BY:      s/ Davd A. Perkins
HEYL, ROYSTER, VOELKER & ALLEN
David A. Perkins, ARDC #6195542

HEYL, ROYSTER, VOELKER & ALLEN
300 Hamilton Blvd.
P.O. Box 6199
Peoria, Illinois 61601-6199
Telephone  309.676.0400
Facsimile  309.676.3374

3

STATE OF ILLINOIS )
) ss.
COUNTY OF _Peoria_ )


JOSEPH LAHOOD states that he has responded to the above Request for Admissions in accordance with Rule 36 of the Federal Rules of Civil Procedure and that the responses are correct.

JOSEPH A. LAHOOD

SUBSCRIBED AND SWORN to before me this _15th_ day of October, 2019.

OFFICIAL SEAL
CORINA L SMITH
NOTARY PUBLIC-STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-18-2022

NOTARY PUBLIC

4

STATE OF ILLINOIS        )
                                     ) ss.
COUNTY OF  Peoria        )


JOSEPH LAHOOD states that he has responded to the above Request for Admissions in accordance with Rule 36 of the Federal Rules of Civil Procedure and that the responses are correct.

_____
JOSEPH A. LAHOOD


SUBSCRIBED AND SWORN to before me this  15th  day of October, 2019.

OFFICIAL SEAL
CORINA L SMITH
NOTARY PUBLIC-STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-18-2022

_____
NOTARY PUBLIC

4

## PROOF OF SERVICE

I hereby certify that on October 15, 2019, I electronically filed the foregoing instrument, Response to Request for Admissions, with the Clerk of the Court using the CM/ECF system and I hereby certify that I will mail on October 15, 2019, by United States Postal Service the same foregoing instrument to the following non-CM/ECF participant:

Mr. Aaron O'Neal, N53022
HILL CORRECTIONAL CENTER
Inmate Mail/Parcels
PO Box 1700
Galesburg, IL 61401

Clayton Ankney
Office of the Attorney General
500 South Second Street
Springfield, IL 62706

BY:      s/ David A. Perkins
                David A. Perkins

DAP/lam
6950-5 / 37023452_1.docx

5

EXHIBIT. F

Grievance Date: April 14, 2016

Offender: Aaron O'Neal N53022

Response from: Chaplain Rojas

"Offender A. O'Neal is incorrect when he accuses the Chaplain of discrimination. Cursillo is not a
mandatory service therefore there can be no discrimination when the reason for leaving participants out
was for the safety and security of the institution and volunteers. There was no way to know who
attended that night, so the decision was made to allow the newer Cursillo participants to come. O'Neal
has been participating for many years. Many others were left out not because discrimination but for all
the years that they have already participated.

The Lent observance issues and food was explained to me by Deacon Joe LaHood (Prison Ministry
Coordinator for the Archdiocese of Peoria). Lent is an observance about giving up something that is
important, not necessarily food. The abstention from red meat is a tradition but it does not mean that it
has to be fish. Lent is not a sacrament. We do not disallow the observance and dietary has as much as
penalogical interest has allowed to offer fish on Fridays.

I will not answer any of his questions without legal representation. I cannot satisfy his FOIA because it
would violate rules. No offender can have any information about another one."

I have transcribed this just as the respondent responded.

_____         July 13, 2016

John Frost, CC2                   Date

RECEIVED

SEP 08 2016

ADMINISTRATIVE
REVIEW BOARD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

AARON O'NEAL, )
)
    Plaintiff, )
)
vs. )
)
JOHN BALDWIN, DIRECTOR, )
ILLINOIS DEPARTMENT OF )
CORRECTIONS, in his official and )
individual capacity; MANUEL ROJAS, in )
his official and individual capacity; )
STEPHANIE DORETHY, in her official )   Case No.:   18-CV-4063-SEM-TSH
and individual capacity; FREDDIE )
BRITTON, in his official and individual )
capacity; ROBERT RODRIGUEZ, in his )
official and individual capacity; JOE )
LAHOOD, in his official and individual )
capacity JOHN FROST, in his official and )
individual capacity; STEVE GANS, in his )
official and individual capacity, MELISSA )
PHOENIX, in her official and individual )
capacity, )
)
    Defendants. )

**RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS**

NOW COMES the Defendant, ROBERT RODRIGUEZ, by his attorneys, HEYL,

ROYSTER, VOELKER & ALLEN, and for his Response to Plaintiff's Request for Admissions,

states as follows:

1. Plaintiff has been attending Catholic Prison Ministries Services at Hill Correctional

Center (HCC) since from 2008 through to the time of this complaint 2019.

**RESPONSE: Defendant Robert Rodriguez admits that plaintiff attended Catholic**

**mass services on a fairly regular basis during the time period listed.**

2. Prior to defendant Roqrigues tenure as volunteer at HCC another volunteer

coordinated volunteer Catholic Services for the prison ministry, at HCC.

1

RESPONSE: Defendant Robert Rodriguez has no personal knowledge of the exact nature of the volunteer services provided before he began volunteering at Hill Correctional Center, but he was aware that there were generally no services provided during the 6-9 month period before he began offering volunteer services at Hill Correctional Center.

⸱ 3.    Prior to defendant Rodriquez coordinating volunteer ministry services at HCC Deacon Joseph O'Toole coordinated volunteer services for Catholic prison ministries at HCC. The team coordinated has the meaning of: Officiate, Conduct, Organize, Planned, participates in, and/or arrange subjectmatter for discussion.

⸱RESPONSE: Defendant Robert Rodriguez was generally aware that Joseph O'Toole had previously organized the Cursillo program.

4.    Subsequent to Deacon Joseph O'Toole relinquishing or being relieved of his volunteer status or responsibilioties to HCC prison ministries, defendant Rodriquez replaced Deacon Joseph O'Toole as volunteer at HCC.

RESPONSE: Defendant Robert Rodriguez denies that he replaced Joseph O'Toole, but generally knew that O'Toole provided some volunteer services before Defendant Robert Rodriguez's arrival.

5.    Defendant Rodriquez is a Deacon.

RESPONSE: Defendant Robert Rodriguez admits that he became an ordained deacon effective 5/19/12.

6.    Defendant Rodriquez has had conversations with defendant Rojas during any time relevant to the complaint regarding HCC prison inmates observing Lent/Ash Wednesday in relationtion to dietary standards.

⸱ RESPONSE: Between 2012 and 2015, Defendant Robert Rodriguez had occasional conversations with Chaplain Rojas regarding meatless meals during Lent.

2

(7.) It is a general practice for Catholics in a free society (meaning not incarcerated) to observe and practice Lent/Ash Wednesday in connection with a dietary requirement of meatless meals.

**RESPONSE: Defendant Robert Rodriguez admits the statement contained in Paragraph 7, but notes that there are many exceptions to that general rule and incarceration is one of those exceptions.**

8. Does any member of the Catholic Church, including defendant LaHood coordinate with the Illinois Department of Corrections coordinate (see paragraph for the meaning of coordinate) Religious Advisory Board. If the answer is , yes, submit the name or name(s) of those persons.

**RESPONSE: Objection, this request is improper in that it is actually an interrogatory as opposed to a request to admit facts. Notwithstanding said objection, Defendant Robert Rodriguez has no knowledge as to the facts contained in Paragraph 8.**

(9.) Catholic inmates at HCC regularly participate in communion and Ash Wednesday service.

**RESPONSE: Defendant Robert Rodriguez admits that inmates at HCC have the opportunity to participate in communion and Ash Wednesday services at Hill Correctional Center.**

Robert Rodriguez,

BY:      s/ Davd A. Perkins
HEYL, ROYSTER, VOELKER & ALLEN
David A. Perkins, ARDC #6195542

HEYL, ROYSTER, VOELKER & ALLEN
300 Hamilton Blvd.
P.O. Box 6199
Peoria, Illinois 61601-6199
Telephone  309.676.0400
Facsimile  309.676.3374

3

STATE OF ILLINOIS              )
                                             ) ss.

COUNTY OF ___Knox___        )

ROBERT RODRIGUEZ states that he has responded to the above Request for Admissions in accordance with Rule 36 of the Federal Rules of Civil Procedure and that the responses are correct.

_____
ROBERT RODRIGUEZ

SUBSCRIBED AND SWORN to before me this __9__ day of October, 2019.

```
OFFICIAL SEAL
EILEEN FOX CASTRO
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 04-02-2023
```

_____
NOTARY PUBLIC

4

## PROOF OF SERVICE

I hereby certify that on October 15, 2019, I electronically filed the foregoing instrument, Response to Request for Admissions, with the Clerk of the Court using the CM/ECF system and I hereby certify that I will mail on October 15, 2019, by United States Postal Service the same foregoing instrument to the following non-CM/ECF participant:

Mr. Aaron O'Neal, N53022
HILL CORRECTIONAL CENTER
Inmate Mail/Parcels
PO Box 1700
Galesburg, IL 61401

Clayton Ankney
Office of the Attorney General
500 South Second Street
Springfield, IL 62706

BY:_____ s/ David A. Perkins_____
David A. Perkins

DAP/lam
6950-5 / 37007298_1.docx

5