E-FILED
Wednesday, 01 July, 2020  09:39:41 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

AARON O'NEAL
PLAINTIFF
PRO SE

Vs.                                    No. 18-CV-4063

MANUEL ROJAS et. al.,              Judge Sue E. Myerscough
DEFENDANTS
                                   Magistrate Judge Tom Schanzle-Haskins

AFFIDAVIT OF AARON O'NEAL SUBSTANTIATING THE PRIOR FILING OF BOTH SUMMARY JUDGMENT(S) REPLIES AND RESPONSES TO [DOC's# 106, 108, 109, 110,] ATTACHED WITH THE "PROOF OF SERVERICES" EXHIBITS, AFFIDAVITS, DECLARATIONS, IN WHICH WERE HEREBY E-FILED ON JUNE 16, 2020.

NOW COMES, Plaintiff Aaron O'Neal in the above titled cause O'Neal v. Rojas et. al., No. 18-CV-4063-SEM-TSH is hereby bringing forth to the above Courts attention as well as to Defendants' Joe LaHood and Robert Rodriguez represented via The Heyl, Royster, Voelker, & Allen law firm and Defendants' Manuel Rojas et. al., represent via The Attorney General's Office Kwame Raoul, Att. Clayton J. Ankney, that above plaintiff Aaron O'Neal has E-filed (all) appropriate "Replies & Responses" pertaining to [Doc's# 106, 108, 109, 110,] on

1.

June 16, 2020. [DOC# 114], which deals with the answering of both Summary Judgments in which were both due on June 19, 2020.

June 16, 2020. [DOC#114], which deals with the answering of both Summary Judgments in which were both due on June 19, 2020.

However, for whatever reason, after having E-filed above mentioned "Replies & Responses" to both Summary Judgments filed on June 16, 2020. Plaintiff O'Neal has since received only (1) Docket# filing # 114, clarifying on "Tuesday June 16, 2020 5:14 PM." Yet has not been issued any form of conformation, clarifying the filing of Plaintiff Aaron O'Neal's "Replies & Responses" to Defendants' Joe LaHood and Robert Rodriguez's Summary Judgment [DOC:# 108, 109, 110,] * Please See Ex. DOC#114 which again was replied & answered to on June 16, 2020." PROOF OF SERVICE."

Below Please Find All PRIOR E-FILING EXHIBITS, "PROOF OF SERVICES" AFFIDAVITS, DECLARATIONS

1. PROOF OF SERVICE
2. (2) DECLARATIONS OF AARON O'NEAL
3. (1) SELF-ADMITTED DECLARATION OF DEF' ROBERT RODRIGUEZ [DOC:# 108-2 1 of 4 at. parg#24]
4. (7) CATHOLIC PARISHIONERS AFFIDAVITS ATTESTING TO DEF' ROBERT RODRIGUEZ HAVING INSTRUCTED (HIS) DEF' RODRIGUEZ CONGREGATION" TO EAT A ROUND THE MEAT" DURING THE SEASON OF LENT 2018."

2.

5. (3) Request For Admissions
6. (1) Defendants, Joe LaHood And Robert Rodriguez Response To Plaintiff's Interrogatories And Request For Production Of Documents.
7. (1) Exhibit. 3 "Festival Letter 2019- Calendar.
8. (1) Exhibit. E Response From: Chaplain Rojas (Defendant) as to Responding to Plaintiff's Prison filed Grievance. APRIL 14, 2016 / JULY 13, 2016.
9. Also attached: Are both Summary Judgment(s) Reply & Responses to [Doc's# 106, 108, 109, 110]! Which are E-filed on June 16, 2020.

THEREFORE, Plaintiff O'Neal is hereby bringing forth to the above U.S. District Court's Attention, that as of June 30, 2020 has not been issued a Docket #115 filing of acknowledgement Summary Judgment Response to Defendants' Joe LaHood and Robert Rodriguez's [DOC# 108, 110] filing on" Tuesday April 28, 2020. 02:34:36 PM E-filing via The Clerk of The U.S. District Clerk SHIG YASUNAGA.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS/5 1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously

3.

or maliciously and that I believe the foregoing matter is taken in good faith.

                                      Aaron O'Neal
                                          AFFIANT

STATE OF ILLINOIS )
                          )
COUNTY OF KNOX )

                     /s/ Aaron O'Neal
                     AARON O'NEAL N53022 PRO SE PLAINTIFF
                     HENRY HILL CORRECTIONAL CENTER
                     P.O. BOX 1700 GALESBURG, IL. 61401.

                     Date: June, 30, 2020.

STATE OF ILLINOIS )
                          )
COUNTY OF KNOX )

SIGNED AND ATTESTED TO BEFORE ME

ON THE ____ DAY OF June, 2020.

_____
    NOTARY PUBLIC             4.

STATE OF ILLINOIS     )
                      )  SS
COUNTY OF KNOX        )

## AFFIDAVIT

I, AARON O'NEAL N53022, hereby declare under penalty of perjury that the following is true and correct based upon my personal knowledge, and that I am competent to testify thereto if called upon as a witness.

That I have attached this affidavit along with the Motion to oppose excessive third extension of time via the office of the Attorney General's office as to Defendants Joe LaHood and Robert Rodriguez.

PLEASE TAKE NOTICE that on June 30, 2020 I placed the attached or enclosed documents in the institutional mail at Henry Hill Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5 1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Dated: June 30, 2020

/s/ Aaron O'Neal
Name: AARON O'NEAL
IDOC# N53022
Address: P.O. BOX 1700
GALESBURG, IL
61401.