## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

Aaron O'Neal, N53022, )
)
    Plaintiff, )
)
v. ) Case No. 18-4063-SEM-TSH
)
Manuel Rojas, *et al.*, )
)
    Defendants. )

## DECLARATION OF KAREN NORMAN REES

I, Karen Norman Rees, do hereby declare and state, under penalty of perjury, that I have personal knowledge of the facts and matters discussed in this declaration, and if called as a witness, that I am competent to testify and would state as follows:

1. I have been the Chaplain at Hill Correctional Center since March 1, 2019.

2. During each Friday during Lent in 2020, offenders at Hill Correctional Center were offered meatless meals at all three meals without having to sign up for a special meal.

3. As Chaplain, it is my intent to have Hill Correctional Center provide three meatless meal options each Friday during Lent in future years.

4. Cursillo is a weekend retreat that occurs once a year. Ultreya is a reunion group, based on the Cursillo retreat, that occurs the third Tuesday of every month.

5. The Cursillo retreat and Ultreya are held in the Chapel of Hill Correctional Center.

6. The Hill Correctional Center Chapel has a maximum occupancy of 100.

7. During the Cursillo retreat, there can be as many as 30 volunteers, or more, who come to Hill Correctional Center to participate in the retreat.

8. The number of offenders who can be allowed to participate in the Cursillo retreat is limited by the maximum occupancy of the Hill Correctional Center Chapel.

9. In the past, I have received offender requests to participate in the Cursillo retreat in excess of the amount of space available in the chapel after accounting for the maximum occupancy requirement and the number of volunteers.

10. Due to the occupancy limit and the number of volunteers, I have had to limit the number of offenders who could participate in the Cursillo retreat.

**FURHTER DECLARANT SAYETH NOT.**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 7/17/20 (Date)          s/Karen Norman Rees

Karen Norman Rees