### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Aaron O'Neal, N53022, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-4063-SEM-TSH |
| ) | |
| Manuel Rojas, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **DECLARATION OF MANUEL ROJAS**

I, Manuel Rojas, do hereby declare and state, under penalty of perjury, that I have personal knowledge of the facts and matters discussed in this declaration, and if called as a witness, that I am competent to testify and would state as follows:

1. Cursillo is weekend retreat that occurs once a year. Ultreya is a reunion group, based on the Cursillo retreat, that typically occurs the third Tuesday of every month.

2. The Cursillo retreat and Ultreya are held in the Chapel of Hill Correctional Center.

3. The Hill Correctional Center Chapel has a maximum occupancy of 100.

4. In my experience, during the Cursillo retreat, there were approximately 25 volunteers, or sometimes more, who came to Hill Correctional Center to participate in the retreat.

5. The number of offenders who can be allowed to participate in the Cursillo retreat and Ultreya service is limited by the maximum occupancy of the Hill Correctional Center Chapel.

6. Typically, I received offender requests to participate in the Cursillo retreat in excess of the amount of space available in the Chapel after accounting for the maximum occupancy requirement and the number of volunteers.

7. There were also times when I received requests to participate in the Ultreya service in excess of the amount of space available in the Chapel.

1

8. Due to the occupancy limit and the number of volunteers, I have had to limit the number of offenders who could participate in the Cursillo retreat and the Ultreya services.

9. I did not remove Mr. O'Neal, or other offenders who wanted to participate, from the list of individuals who wanted to participate in Cursillo and Ultreya.

10. However, due to the number of individuals who were on the list to participate, not all the offenders who requested to attend were able to attend every Cursillo and Ultreya.

11. When there were too many requests to participate in Cursillo or Ultreya, the decision was made to allow newer offenders who had not previously been able to attend Cursillo or Ultreya to participate in those events. If everyone who requested was allowed to attend these events, the number of individuals in the Chapel would exceed the maximum occupancy limit of the Chapel.

12. When there were too many requests, my clerk would go through the list of individuals who wanted to participate, determine who was eligible to participate, and I would issue call passes to those individuals so they could attend.

13. This decision affected some individuals who, like Mr. O'Neal, had been participating in these events for longer periods of time.

14. Mr. O'Neal was only unable to attend one Cursillo retreat held in early 2016 and one Ultreya service, which was a continuation of the Cursillo retreat and occurred shortly after the Cursillo retreat, because the number of individuals who had requested to participate exceeded the number of spaces available in the Chapel.

15. Any complaints Mr. O'Neal may have made about Lent meals, or any other topics, played no role in the decision concerning who would be able to participate in Cursillo or Ultreya.

16. Even though Mr. O'Neal was not able to participate in these services, Mr. O'Neal was able to practice his religion in other ways: he could obtain copies of the paperwork distributed at Cursillo and Ultreya in order to complete them in his cell; he could engage in individual prayer in his cell; he could read the Bible and any other religious texts he had in his possession; he was allowed to attend the other Catholic Tuesday services; he could watch Catholic mass on the institutional television; and he could watch other Catholic programing on the institutional television.

17. I did not prevent Mr. O'Neal from participating in other Cursillo retreats or Ultreya services.

18. I did not prevent Mr. O'Neal from participating in any other Catholic services.

19. For an offender to participate in regular Catholic Tuesday services, I did not need to issue call passes to that offender. As long as the offender was listed as Catholic on his assignment sheet, and there was not a another reason, such as an offender being in segregation or the facility being on lockdown, that offender would have been allowed to participate in regular Tuesday Catholic services.

20. According to Mr. O'Neal's Assignment History, Mr. O'Neal has been listed as a Catholic participant for regular Catholic Tuesday services since March 27, 2015. [Ex. 3-1 Assignment History].

21. It is my understanding that the day before a regular Catholic Tuesday service, the shift commander would print a list of individuals who were listed as Catholic participants for regular Catholic Tuesday services and distribute those lists to the cell houses so those offenders could attend those services.

22. I was not involved in generating the lists of individuals who could attend the regular Catholic Tuesday services on a weekly basis.

23. Based on Plaintiff's Assignment History listing him as a Catholic participant since March 27, 2015, Plaintiff would have been allowed to attend those services.

24. I retired as Chaplain of Hill Correctional Center on December 26, 2018.

25. Mr. O'Neal would have been able to supplement his meals on Fridays during Lent through commissary purchases. There were many meatless options available at the commissary for offenders to purchase.

**FURHTER DECLARANT SAYETH NOT.**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Executed on  7/20/20
                   (Date)

s/Manuel Rojas
Manuel Rojas

4

| Offender | Location | Living Unit (Offender) | Job Assignment | Section | Pay Rate | Asgn Status | Primary | Start Date | Planned End Date | Termination Date | Termination Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N53022 O'NEAL,AARON | HILL:HILL | HIL:HIL:R1:B:15:L1 | CHAPEL , PARTICIPANT-HIL519410009 | 1 | NOT PAID | ACTIVE | No | 1/10/2018 | | | |
| N53022 O'NEAL,AARON | HILL:HILL | HIL:HIL:R1:B:15:L1 | CATHOLIC , PARTICIPANT-HIL505010009 | 1 | | ACTIVE | No | 3/27/2015 | | | |
| N53022 O'NEAL,AARON | HILL:HILL | HIL:HIL:R1:B:15:L1 | UNASSIGNED ,PARTICIPANT-HIL710010009 | 1 | | ACTIVE | Yes | 10/12/2017 | | | |
| N53022 O'NEAL,AARON | HILL:HILL | HIL:HIL:R1:B:15:L1 | LOSS PRIV , AUDIO/VISUAL-HIL910219137 | 1 | NOT PAID | TERMINATED | No | 9/19/2017 | 10/19/2017 | 10/19/2017 | CMPL OF JOB OR ASGN |
| N53022 O'NEAL,AARON | HILL:HILL | HIL:HIL:R1:B:15:L1 | LOSS PRIV , COMMISSARY-HIL910219104 | 1 | NOT PAID | TERMINATED | No | 9/19/2017 | 10/19/2017 | 10/19/2017 | CMPL OF JOB OR ASGN |
| N53022 O'NEAL,AARON | HILL:HILL | HIL:HIL:R1:B:15:L1 | DISCIPLINARY SEG. ,LOCKUP-HIL400010325 | 1 | | TERMINATED | Yes | 9/12/2017 | 10/12/2017 | 10/12/2017 | CMPL OF JOB OR ASGN |
| N53022 O'NEAL,AARON | HILL:HILL | HIL:HIL:R1:B:15:L1 | H.U. 3 , WORKER-HIL716710873 | 1 | SKW/A/1.43 | TERMINATED | Yes | 8/27/2017 | 2/27/2018 | 9/12/2017 | SEGREGATION |
| N53022 O'NEAL,AARON | HILL:HILL | HIL:HIL:R1:B:15:L1 | TEMP CONFINEMENT , LOCKUP-HIL555910325 | 1 | | TERMINATED | Yes | 9/12/2017 | | 9/12/2017 | DISCIPLINARY CHANGE |
| N53022 O'NEAL,AARON | HILL:HILL | HIL:HIL:R1:B:15:L1 | UNASSIGNED ,PARTICIPANT-HIL710010009 | 1 | | TERMINATED | Yes | 3/19/2017 | | 8/27/2017 | ROUTINE ASSIGN CHANG |
| N53022 O'NEAL,AARON | HILL:HILL | HIL:HIL:R1:B:15:L1 | CHRISTIAN , RETREAT PARTIC-HIL512012506 | 1 | | TERMINATED | No | 11/10/2015 | | 6/1/2017 | CMPL OF JOB OR ASGN |
| N53022 O'NEAL,AARON | HILL:HILL | HIL:HIL:R1:B:15:L1 | H.U. 2 , WORKER-HIL716610873 | 1 | SKW/A/1.43 | TERMINATED | Yes | 9/19/2016 | 3/19/2017 | 3/19/2017 | CMPL OF JOB OR ASGN |
| N53022 O'NEAL,AARON | HILL:HILL | HIL:HIL:R1:B:15:L1 | CATHOLIC ,PARTICIPANT-HIL505020009 | 2 | NOT PAID | TERMINATED | No | 6/18/2016 | | 1/31/2017 | CMPL OF JOB OR ASGN |
| N53022 O'NEAL,AARON | HILL:HILL | HIL:HIL:R1:B:15:L1 | UNASSIGNED ,PARTICIPANT-HIL710010009 | 1 | | TERMINATED | Yes | 10/27/2015 | | 9/19/2016 | ROUTINE ASSIGN CHANG |
| N53022 O'NEAL,AARON | HILL:HILL | HIL:HIL:R1:B:15:L1 | H.U. 3 , WORKER-HIL716710873 | 1 | SKW/A/1.43 | TERMINATED | Yes | 4/27/2015 | 10/26/2015 | 10/26/2015 | CMPL OF JOB OR ASGN |
| N53022 O'NEAL,AARON | HILL:HILL | HIL:HIL:R1:B:15:L1 | UNASSIGNED ,PARTICIPANT-HIL710010009 | 1 | | TERMINATED | Yes | 12/9/2014 | | 4/26/2015 | ROUTINE ASSIGN CHANG |
| N53022 O'NEAL,AARON | HILL:HILL | HIL:HIL:R1:B:15:L1 | CATHOLIC , PARTICIPANT-HIL505010009 | 1 | | TERMINATED | No | 10/20/2007 | | 1/30/2015 | NON-CMPL JOB OR ASGN |
| N53022 O'NEAL,AARON | HILL:HILL | HIL:HIL:R1:B:15:L1 | CHRISTIAN , RETREAT PARTIC-HIL512012506 | 1 | | TERMINATED | No | 11/5/2014 | | 12/30/2014 | CMPL OF JOB OR ASGN |
| N53022 O'NEAL,AARON | HILL:HILL | HIL:HIL:R1:B:15:L1 | DIETARY DEPT. , WORKER-HIL706020873 | 2 | SKW/A/1.43 | TERMINATED | Yes | 7/28/2014 | | 12/8/2014 | ROUTINE ASSIGN CHANG |
| N53022 O'NEAL,AARON | HILL:HILL | HIL:HIL:R1:B:15:L1 | DIETARY DEPT. ,WORKER-HIL7060550873 | 55 | SKW/A/1.43 | TERMINATED | Yes | 12/9/2013 | | 7/27/2014 | ROUTINE ASSIGN CHANG |
| N53022 O'NEAL,AARON | HILL:HILL | HIL:HIL:R1:B:15:L1 | UNASSIGNED ,PARTICIPANT-HIL710010009 | 1 | | TERMINATED | Yes | 12/3/2013 | | 12/8/2013 | ROUTINE ASSIGN CHANG |
| N53022 O'NEAL,AARON | HILL:HILL | HIL:HIL:R1:B:15:L1 | H.U. 3 , WORKER-HIL716710873 | 1 | SKW/A/1.43 | TERMINATED | Yes | 12/3/2012 | | 12/2/2013 | ROUTINE ASSIGN CHANG |
| N53022 O'NEAL,AARON | HILL:HILL | HIL:HIL:R1:B:15:L1 | CATHOLIC ,PARTICIPANT-HIL505020009 | 2 | | TERMINATED | No | 11/21/2012 | | 2/1/2013 | CMPL OF JOB OR ASGN |
| N53022 O'NEAL,AARON | HILL:HILL | HIL:HIL:R1:B:15:L1 | H.U. 1 ,WORKER-HIL716510873 | 1 | SKW/A/1.43 | TERMINATED | Yes | 12/19/2011 | | 12/2/2012 | CMPL OF JOB OR ASGN |
| N53022 O'NEAL,AARON | HILL:HILL | HIL:HIL:R1:B:15:L1 | CATHOLIC ,PARTICIPANT-HIL505020009 | 2 | | TERMINATED | No | 2/22/2012 | | 3/29/2012 | NON-CMPL JOB OR ASGN |
| N53022 O'NEAL,AARON | HILL:HILL | HIL:HIL:R1:B:15:L1 | H.U. 4 ,WORKER-HIL716810873 | 1 | SKW/A/1.43 | TERMINATED | Yes | 1/10/2011 | | 12/18/2011 | ROUTINE ASSIGN CHANG |
| N53022 O'NEAL,AARON | HILL:HILL | HIL:HIL:R1:B:15:L1 | H.U. 2 , WORKER-HIL716610873 | 1 | SKW/A/1.43 | TERMINATED | Yes | 1/18/2010 | | 1/9/2011 | ROUTINE ASSIGN CHANG |