IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Aaron O'Neal, N53022, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-4063-SEM-TSH |
| | ) | |
| Manuel Rojas, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT DORETHY'S RESPONSE TO PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS SERVED SEPTEMBER 20, 2019**

Defendant, Stephanie Dorethy, through her attorney, Kwame Raoul, Attorney General for the State of Illinois, pursuant to Federal Rules of Civil Procedure 33 and 34, hereby provides her Response to Plaintiff's Interrogatories and Request for Production of Documents Served September 20, 2019:

1.      With regard to religious tenets observed at Hill Correctional Center (HCC) by the various religious groups within HCC, are there are any groups other than Catholic's, who are provided supplemental meals (whether meatless or otherwise) in compliance with their religious faith(s) whether annual or seasonal, during the previous 10 years.  If that information for the previous 10 years is set out in any document, including, but not limited to, menues (sic), feasts, type of meal, and observance for, produce the document.

**RESPONSE: Defendant refers Plaintiff to Defendants' objections to Plaintiff's Interrogatories and Request for Production of Documents Served September 20, 2019. Subject to and without waiving said objections, inmates who practiced religions other than Catholicism have received religious meal accommodations at Hill Correctional Center within the last 10 years.**

1

2.   Stae (sic) the duties of defendant Rojas when an inmates requests a dietary supplemental meal in observance of a religious tenet. If those duties are set forth in any job description or other document, produce the document.

**RESPONSE: Defendant refers Plaintiff to Administrative Directive 04.25.101 Chaplaincy Services, Bates stamped 000009-000012, and Administrative Directive 04.25.102 Religious Diets, Bates stamped 000013-000018.**

3.   State the duties of defendant Dorethy when an inmate requests a dietary supplemental meal in observance of a religious tenet, if it has been granted or denied by defendant Rojas. If those duties are set forth in any job description or other document, produce the document.

**RESPONSE: Defendant refers Plaintiff to Administrative Directive 04.25.102 Religious Diets, Bates stamped 000013-000018, for the duties of the Warden of Hill Correctional Center or her designee. While Warden of Hill Correctional Center, I delegated duties related to religious services and diets to my assistant warden of programs.**

4.   State the duties of defendant Rojas when an inmate files a grievance contesting the denial of a particular dietary supplemental meal in compliance with his religioos (sic) tenets, and the grievance officer conducts his investigation into the facts with defendant Rojas. If those duties are set forth in any job description or other document, produce the document.

**RESPONSE: Defendant refers Plaintiff to Defendants' objections to Plaintiff's Interrogatories and Request for Production of Documents Served September 20, 2019.**

5.   State the duties of defendant Dorethy after the grievance officer has submitted his/her findings, in terms of whether further investigation is required to be initiated before signing off on the grievance officers findings or is the grievance officer's findings or is the grievance officer's findings simply rubber-stamped without any further investigation by the institutional CAO, defendant Dorethy. If those duties are set forth in any document or job description, produce the document.

**RESPONSE: Defendant refers Plaintiff to Defendants' objections to Plaintiff's Interrogatories and Request for Production of Documents Served September 20, 2019.**

2

Subject to and without waiving said objections, for information concerning the grievance procedure, Plaintiff is referred to Administrative Directive 04.01.114 Local Offender Grievance Procedures, Bates stamped 000019-000025, and 20 Illinois Administrative Code 504, Subpart F: Grievance Procedures for Offenders, Bates stamped 000031-000042.

6. With regard to any further investigation by the CAO, defendant Dorethy, was there a mechanism in place when an inmate grievance has been filed to assist the defendant in arriving at a fair and unbiased decision; more succinctly, a mechinism (sic) put in place for this very purpose by Defendant Baldwin. If those duties are set forth in any job description or document, produce the document.

**RESPONSE: Defendant refers Plaintiff to Defendants' objections to Plaintiff's Interrogatories and Request for Production of Documents Served September 20, 2019. Subject to and without waiving said objections, for information concerning the grievance procedure, Plaintiff is referred to Administrative Directive 04.01.114 Local Offender Grievance Procedures, Bates stamped 000019-000025, and 20 Illinois Administrative Code 504, Subpart F: Grievance Procedures for Offenders, Bates stamped 000031-000042.**

7. When it come to investigation of allegations in a particular grievance, in this case, plaintiff's grievance against the denial of his request to observe his religious tenets (dietary supplemental meatless meal) by Defendant Rojas; are the parties directly involved (in this cause, defendant Rojas) required to assist in resolving the filed grievance by an inmate by cooperating in the investigation by the grievance officer/investigator. If those duties are set forth in any job description or documet (sic), produce the document.

**RESPONSE: Defendant refers Plaintiff to Defendants' objections to Plaintiff's Interrogatories and Request for Production of Documents Served September 20, 2019. Subject to and without waiving said objections, for information concerning the grievance procedure, Plaintiff is referred to Administrative Directive 04.01.114 Local Offender Grievance Procedures, Bates stamped 000019-000025, and 20 Illinois Administrative Code 504, Subpart F: Grievance Procedures for Offenders, Bates stamped 000031-000042.**

8. Once a Catholic inmates requests to observe his religious tenets with his request for a meatless dietary supplemental meal. What has been the response defendant Rojas had given the catholic inmate community at HCC over the entire tenure of his employment at HCC as

3

Institutional Chaplain. If there are any document(s) in connection to such denials, produce those ducuments (sic).

**RESPONSE: Defendant refers Plaintiff to Defendants' objections to Plaintiff's Interrogatories and Request for Production of Documents Served September 20, 2019.**

9. On July, 8, 2016 was there are any religious meals of feasts provided to inmates of any particular faith at HCC.

**RESPONSE: Defendant refers Plaintiff to Defendants' objections to Plaintiff's Interrogatories and Request for Production of Documents Served September 20, 2019.**

10. On July 12, 2016 was there any religious meals or feasts provided to inmates of any particular faith at HCC.

**RESPONSE: Defendant refers Plaintiff to Defendants' objections to Plaintiff's Interrogatories and Request for Production of Documents Served September 20, 2019.**

11. Regarding paragraph's #9 and #10 provide a complete menue (sic) of what was served to the inmates on both days, the number of inmates present, and if the meals were caterd (sic) or provided through the HCC Department of Corrections.

**RESPONSE: Defendant refers Plaintiff to Defendants' objections to Plaintiff's Interrogatories and Request for Production of Documents Served September 20, 2019.**

4

12. Since defendant Dorethy's tenure at HCC from approximately October 2014 through September 2019 howmany (sic) religious meals and/or feasts did she sign off on with her approval, whether submitted by defendant Rojas or otherwise. If this request is set forth in any document, produce the document; Including those instancesses (sic) where any approval or denial was signed off on by her designated replacement during any absence.

**RESPONSE: Defendant refers Plaintiff to Defendants' objections to Plaintiff's Interrogatories and Request for Production of Documents Served September 20, 2019.**

Respectfully submitted,

Stephanie Dorethy,

Defendant,

Kwame Raoul, Illinois Attorney General,

Attorney for Defendant,

By: s/Clayton J. Ankney

Clayton J. Ankney, No. 6320224
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 785-4555 Phone
(217) 524-5091 Fax
Email: cankney@atg.state.il.us

5

500 South Second Street
Springfield, Illinois 62701
(217) 785-4555 Phone
(217) 524-5091 Fax
Email: cankney@atg.state.il.us

| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** *Rojas, et al.* | ) ) ) | *O'Neal* v. |
| **CENTRAL DISTRICT OF ILLINOIS** 18-4063 | ) | No. |

### DECLARATION

Pursuant to 28 U.S.C. § 1746, I, Stephanie Dorethy, declare under penalty of perjury that the facts and information contained in *Defendant Dorethy's Response to Plaintiff's Interrogatories and Request for Production of Documents Served September 20, 2019* are true and accurate to the best of my knowledge, information, and belief.

Executed on this 15th day of January 2020

s/Stephanie Dorethy
_____
Stephanie Dorethy

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Aaron O'Neal, N53022, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-4063-SEM-TSH |
| | ) | |
| Manuel Rojas, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

Clayton J. Ankney, Assistant Attorney General, herein certifies that he has served a copy of the foregoing *Defendant Dorethy's Response to Plaintiff's Interrogatories and Request for Production of Documents Served September 20, 2019* upon:

| | |
|---|---|
| Aaron O'Neal #N53022 | Syed Ahmad, Brad Keller, |
| Hill Correctional Center | David Perkins, & Seth Uphoff |
| PO Box 1700 | Heyl Royster Voelker & Allen |
| Galesburg, IL 61401 | 300 Hamilton Boulevard |
| | PO Box 6199 |
| | Peoria, IL 61601-6199 |

by mailing a true copy thereof to the above addresses in an envelope duly addressed, bearing proper first class postage, and deposited in the United States mail at Springfield, Illinois on January 3, 2020.

By: s/Clayton J. Ankney

Clayton J. Ankney, No. 6320224
Assistant Attorney General

7