# EXHIBIT A.

Front Of Identification Card... Religion On Opposite Side page* Please turn for back Of ID Verification.



RECEIVED
SEP 0% 2016
ADMINISTRATIVE
REVIEW BOARD

Exhibit A goes to 11 page grievance against Chaplain Rojas Chief Administrative Officer/Warden Staphanie Dorothy And Dietary Dept. Personnel.



O'NEAL, AARON

Exhibit A front of identification card...

Religion on opposite side page ✳ Please turn for back of ID verification.

Turn page over ↓


RECEIVED
SEP 09 2016
ADMINISTRATIVE
REVIEW BOARD



Card Issued At: HIL    On: 4/27/2012

EXHIBIT

B

STATE OF ILLINOIS

MEMO

BY: CHAPLAIN ROJAS

3-18-2016



RECEIVED
SEP 08 2016
ADMINISTRATIVE
REVIEW BOARD

**State of Illinois Memo**

To: A O'Neal N53022  Date: 3/18/16
From: Chaplain Rojas
Dept: Chaplaincy
Re: Cursillo

- [ ] Take Necessary Action
- [ ] For Your Approval
- [x] Reply
- [ ] For Your Comments
- [ ] For Your Information
- [ ] Draft (Letter)(Memo) For My Signature
- [ ] Per Your Request
- [ ] See Me About Attached
- [ ] Return
- [ ] File
- [ ] Route

Remarks: Cursillo has had some issues with call passes. We can only use them on a T-80 (detail) list. The problem of space to accommodate the participants is affecting us now. O'Neal you have been part of Cursillo for years. I must give the "New" ones opportunities that I gave you when you were new. As the list gets smaller I am sure that you will have an opportunity to return.

RECEIVED SEP 08 2016 ADMINISTRATIVE REVIEW BOARD

Chaplain Rojas

a. O'Neal N53022
R4 C59



"EXHIBIT"

C

FREEDOM OF INFORMATION ACT

