E-FILED
Friday, 18 September, 2020  01:27:37 PM
Clerk, U.S. District Court, ILCD

**CMG**

Illinois Department of
CENTRAL MANAGEMENT SERVICES

POSITION DESCRIPTION

| 1. POSITION TITLE | WORKING TITLE (IF ANY) | Bilingual Code | Position Title Option Code | 2. POSITION NUMBER | | | | |
|---|---|---|---|---|---|---|---|---|
| Existing Position | | | | 06902-29-98-220-00-13 | | | | |
| New/Revised Position Chaplain II | | 29 | SS | | | | | |
| 3. AGENCY | 4. BUREAU/ DIVISION | | | 5 EXMT CODE | 6 WORK COUNTY | 7 AII AUTH | 8 AUDIT | 9. OFFICE USE |
| Existing Position | | | | | | | | |
| New/Revised Position Corrections | Hill Correctional Center | | | 4B | 048 | N | R | |
| 10. SECTION | 11. UNIT | | | 12 TRANSACTION CODE | | | 13 EFFECTIVE DATE | |
| Existing Position | | | | | | | 7-1-14 | |
| New/Revised Position Programs | Chaplaincy | | | | | | | |
| 14. WORK LOCATION | 15. BARGAINING/TERM CODE | | Ruton Exempt | | | | | |
| Existing Position | | | | | | | | |
| New/Revised Position Knox County | RC-063 | | N | | | | | |

Transaction codes:
☐ MA021  ESTABLISH
☐ MC022  EXEMPT CODE CHANGE
☐ MC024  POSITION NUMBER CHANGE
☒ MC026  CLARIFY
☐ MC027  ADDITIONAL IDENTICAL CHANGE
☐ MC028  WORK COUNTY CHANGE
☐ MD021  ABOLISH
☐ MC149  DOWNWARD REALLOCATION
☐ MC150  LATERAL REALLOCATION
☐ MC158  UPWARD REALLOCATION

| % OF TIME | 16. COMPLETE, CURRENT AND ACCURATE STATEMENT OF POSITION ESSENTIAL FUNCTIONS |
|---|---|
| | Under administrative direction of the Asst. Warden of Programs, Sr. Public Service Admin, functions as Facility-head Chaplain; coordinates as a full-scale inter-faith religious program at the Correctional Center, provides arranges and coordinates adequate religious services, pastoral care and religious counseling for the entire inmate population; monitors provisions of contractual agreement.  Translates functions and procedures into Spanish for those individuals who cannot speak or read Spanish. |
| 20% | 1. As Facility- head Chaplain; directs and coordinates the work of all Chaplains and other assigned volunteer program personnel; conduct staff meetings to promote individual growth and to handle complaints and suggestions. |
| 20% | 2. Determines general goals, philosophies, policies and procedures for the institutional chaplaincy program and integrates these objectives with those of other services and programs; prepares reports and correspondence pertaining to chaplaincy area; updates Chaplaincy Manual; plans and directs weekly schedule of chapel activities in unison with other institutional programs; participates in gathering data and assists in preparing the budgets for the chapel area. |
| 15% | 3. Conducts individual and group counseling sessions for inmates; works closely with counseling staff assisting in problem areas of inmates; conducts orientation for newly arrived inmates; conducts regular visits to various areas of the facility, e.g., segregation, medical unit and orientation unit, assisting inmates and advising supervisor on issues.  Prepares and conducts formal religious services, sacramental rites and workshop services. |
| 10% | 4. Fills outside speaking engagements; conducts tours and other public relations functions; participates in community affairs and organizations as they relate to the ministry of the institution either for public relations or professional growth, including in-service training, inter-departmental, intra-departmental meetings; recruits, and trains community volunteers. |
| 10% | 5. Meets with Asst. Warden of Programs to review the activities of the chaplain area; prepares proposals for program expansion in this area; verifies manuals, department rules, Administrative Directives and Institutional Directives are current and in compliance. |

| DIRECTOR OF CMS SIGNATURE | IMMEDIATE SUPERVISOR SIGNATURE | AGENCY HEAD SIGNATURE | DATE |
|---|---|---|---|
| Semore McNeal | | | 9/5/14 |

CMS-104 (Rev. 10/94) IL 401-0794

Kris Mayer 9-5-14

O'Neal v. Rojas, 18-4063 (C.D. Ill.) Document No. 000005

| Illinois Department of Corrections | | |
|---|---|---|
| **Administrative Directive** | | |
| Number:<br>**04.25.101** | Title:<br>**Chaplaincy Services** | Effective:<br>**6/1/2018** |

| Authorized by: | *[Original Authorized Copy on File]* | **John R. Baldwin**<br>Acting Director |
|---|---|---|
| Supersedes: | 04.25.101 effective 5/1/2014 | |

| Authority:<br>730 ILCS 5/3-2-2 and 3-7-2<br>20 IAC 425 | Referenced Policies:<br>DR 425 | Referenced Forms:<br>DOC 0536 - Religious Affiliation Sincerity Assessment |
|---|---|---|

## I.   POLICY

The Department shall employ chaplaincy staff and permit religious program volunteers, as authorized by the Chief Administrative Officer, to oversee religious activities conducted at correctional facilities.

## II.   PROCEDURE

### A.   Purpose

The purpose of this directive is to establish written instructions to staff regarding chaplaincy services.

### B.   Applicability

This directive is applicable to all correctional facilities within the Department.

### C.   Facility Reviews

A facility review of this directive shall be conducted at least annually.

### D.   Designees

Individuals specified in this directive may delegate stated responsibilities to another person or persons unless otherwise directed.

### E.   General Provisions

1.   The Director shall appoint a Religious Practice Advisory Board to provide guidance to the Department regarding religious activities, to recommend changes in policies relating to religion and to review and make recommendations to the Director regarding religious issues in accordance with Department Rule 425.

   a.   The Board shall consist of at least seven individuals, including:

   (1)   At least three staff chaplains, representing at least three different religious affiliations; and

   (2)   Administrative staff.

   **NOTE:** Legal staff representatives shall serve as advisors to the Board.

   b.   The Director shall designate a chairperson, normally the Chief Chaplain, who shall maintain a list of religious faith groups and legal advisors from whom the Board may seek advice on religious issues.

O'Neal v. Rojas, 18-4063 (C.D. Ill.) Document No. 000009

| | Illinois Department of Corrections<br>Administrative Directive | Page **2** of **4** |
|---|---|---|
| Number:<br>04.25.101 | Title:<br>Chaplaincy Services | Effective:<br>6/1/2018 |

c. The composition of the Board shall be reviewed at least annually, and the Director may appoint or reappoint members.

2. The Religious Practice Advisory Board shall ensure an informational Chaplaincy Handbook, approved by the Director, is maintained and distributed to each facility. However, such approval shall not constitute endorsement or recognition of the designated religions or their activities. The handbook shall be reviewed at least annually, and shall be updated as necessary. The handbook, that shall act as a guide and not an authoritative source, may include:

a. The main tenets of various religions, including rites and rituals self-reported by offenders;

b. A listing of known religious holidays, their observances and work proscriptions; and

c. Any known special diet, clothing or other religious articles required for the practice of the religious faiths included in the handbook.

3. The Director shall designate a Chief Chaplain whose responsibilities may include:

a. Establishing training programs for chaplains and religious program volunteers from the community;

b. Scheduling and coordinating statewide chaplaincy programs or seminars as authorized by the Director;

c. Providing guidance and advice to the Agency's Chaplaincy Program, the facility chaplains and the Chief Administrators concerning current and future policies;

d. Directing expanded and enhanced facility programs and objectives statewide;

e. Collaborating with interfaith agencies; and

f. Overseeing training for the facility Chaplain I and Chaplain II positions, statewide.

4. The Chief Administrative Officer (CAO) of each facility shall designate a Chaplain II as the Senior Chaplain who shall:

a. Serve as the principal advisor to the CAO;

b. Design and direct an accommodated multi-faith program within the facility;

c. Schedule and coordinate approved religious activities at the facility, including identifying potential resources for conducting the activities. In scheduling approved religious activities, the following factors shall be considered, but not be limited to:

(1) Availability of staff, time and space;

(2) The need to proportionately share the available time and space among accommodated religious groups;

(3) Safety and security concerns; and

(4) Other scheduled activities at the facility.

d. Prepare and submit a current schedule of all religious services and programs offered at the facility to the CAO for approval. The schedule shall contain the time, date, type and location of the activity. Any amendments to the schedule shall be

| | Illinois Department of Corrections<br>Administrative Directive | Page **3** of **4** |
|---|---|---|
| Number:<br>04.25.101 | Title:<br>Chaplaincy Services | Effective:<br>6/1/2018 |

submitted to the CAO for approval.  The approved schedule shall be made accessible to offenders.

e. Ensure Chaplaincy staff make regular rounds at the facility, including regular visits to any special housing unit such as the segregation unit.

5. Unless otherwise approved by the Senior Chaplain, offenders who are in general population, or who are otherwise approved by the CAO, may only be permitted to attend regularly scheduled, non-denominational and inter-denominational religious activities or religious activities for a specific faith group with which the offender has a designated affiliation.

a. An offender's self-reported designated religious affiliation shall be entered in Offender 360 (O360) upon admission to the Department.  An offender may choose to designate no affiliation.  Self-reported designated religious affiliations do not constitute endorsement or recognition of that religion by the Department.

b. If the designated religious affiliation is not currently available in Offender 360, the Senior Chaplain shall forward the designation request to the Religious Practice Advisory Board for review and recommendation.

c. After orientation, the designation may only be changed, or affiliation added, in O360 as approved by the Senior Chaplain of the offender's parent facility.

d. The Senior Chaplain may conduct a personal interview with the offender to assess the sincerity of the request to change the offender's religious affiliation.  The Senior Chaplain may refuse to change the affiliation if he or she determines that the change is being requested for other than religious reasons.  The Religious Affiliation Sincerity Assessment, DOC 0536, may be used to assist in determination.

6. Facility Chaplains shall:

a. Provide for religious services on a regular basis and on specific religious holidays.

b. Provide religious counseling at the request of offenders, staff or family members of offenders concerning their spiritual, social and family problems as determined necessary and appropriate, regardless of the person's religious beliefs or affiliation.

c. Serve as a liaison between the facility and community religious organizations.

d. Develop and conduct or facilitate educational and instructional religious programs.

e. Coordinate the administration of religious rites, where appropriate.

f. Provide offender orientation regarding:

(1) Basic services available through the Chaplaincy Office;

(2) The schedule of religious activities;

(3) The procedure for attending services and contacting chaplaincy staff; and

(4) The process for making religious requests.

g. Have access to all offenders, regardless of their classification or status, and to all areas of the facility, including special housing units.

O'Neal v. Rojas, 18-4063 (C.D. Ill.) Document No. 000011

| | Illinois Department of Corrections<br>Administrative Directive | Page **4** of **4** |
|---|---|---|
| Number:<br>04.25.101 | Title:<br>Chaplaincy Services | Effective:<br>6/1/2018 |

7. Each facility shall set aside a specific area, wherever feasible, such as a chapel, for religious activities. Religious symbols shall be covered or removed during religious activities for a faith which does not recognize such symbols. The religious activity area shall not contain any permanent or fixed religious symbols that cannot be covered or removed. Each facility shall provide an area to store religious materials for conducting religious activities.

**F.    Offender Requests for Religious Accommodations**

1. The Senior Chaplain or facility chaplain shall review any offender requests regarding religious issues in accordance with Department Rule 425. This may include, but not be limited to, requests to:

   a. Meet with a chaplain or a religious program volunteer;

   b. Schedule a specific religious activity;

   c. Obtain approval for an alternative diet based on documented, sincerely held religious beliefs;

   d. Attend religious activities outside the offender's faith or change religious affiliation;

   e. Be relieved from an institutional program or assignment for a specific religious purpose; or

   f. Obtain religious articles and materials, including audio recordings not obtained directly from an approved manufacturer, retailer or distributor.

2. The Senior Chaplain shall ensure documentation is maintained of approval or disapproval of responses to religious requests.

**G.    Requests to the Religious Practice Advisory Board**

The Chairperson of the Religious Practice Advisory Board shall review requests of a religious nature that have been referred to the Board and determine the course of review.

1. The request may be assigned to one or more Board members for review and recommendation.

2. The Board shall confer with religious leaders of other faith groups when it is determined necessary.

3. The Chairperson shall submit the recommendation to the individual who referred the request.

| Illinois | | Number | 04.25.102 |
|---|---|---|---|
| Department of | ADMINISTRATIVE DIRECTIVE | Page | 1 of 6 |
| Corrections | | Effective | 8/1/2014 |

| Section | 04 | Programs and Services |
|---|---|---|
| Subsection | 25 | Religious Issues |
| Subject | 102 | Religious Diets |

I.    POLICY

    A.    Authority

        730 ILCS 5/3-2-2 and 3-7-2

        20 Ill Administrative Code 425, 501 and 504

    B.    Policy Statement

        The Department shall permit the reasonable observance of bona fide religious dietary practice in accordance with Department Rule 425 and the procedures outlined herein.

II.   PROCEDURE

    A.    Purpose

        The purpose of this directive is to establish written instructions to staff for accommodating the religious diets of offenders.

    B.    Applicability

        This directive is applicable to all correctional facilities, excluding Transitional Security Level facilities. Adult Transition Center Supervisors shall make arrangements for religious diets on a case-by-case basis in consultation with the Office of the Chief Chaplain.

    C.    Facility Reviews

        A facility review of this directive shall be conducted at least annually.

    D.    Designees

        Individuals specified in this directive may delegate stated responsibilities to another person or persons unless otherwise directed.

    E.    General Provisions

        1.    Offenders may request a religious diet or a special religious meal for observance of a specific religious holiday or ceremony.

        2.    All requests for religious meals for the observance of a religious holiday or ceremony shall be submitted, in writing, at least 45 days prior to the event.

**Illinois** Department of **Corrections**

| ADMINISTRATIVE DIRECTIVE | Effective 8/1/2014 | Page 2 of 6 | Number 04.25.102 |
|---|---|---|---|

3. Approved requests for religious diets shall begin the first day of the month and end on the last day of the month and shall be in effect for a minimum of one calendar month.

4. Offenders may grieve decisions regarding religious diets in accordance with 20 Ill. Adm. Code 504.

**F.** **Requirements**

The Chief Administrative Officer of each facility shall:

1. Ensure the Food Service Operations Manual provides a local procedure for menu planning and meal service for religious diets in accordance with Administrative Directive 05.02.145.

2. Ensure offenders are notified of the procedure for requesting religious diet accommodation via Warden's Bulletins, posted notices or the offender handbook.

**G.** **Processing Requests for Religious Diets**

1. Offender requests for religious diets or to receive a special religious meal for the observance of a specific holiday or ceremony shall:

   a. Be submitted to the facility Chaplain on an Offender Request for Religious Diet, DOC 0388.

   b. Be submitted at least 45 days in advance of the observance of the religious holiday or ceremony.

   c. Identify under what religion the diet is requested; provide a description of the specific dietary requirement, tenet or practice being requested; and provide an explanation demonstrating why the diet is being requested.

2. Upon receipt of the DOC 0388, the Chaplain shall review the request by verifying the offender's religious affiliation on Offender 360 and review the sincerity and the reason provided for the request. Other available information, including standard tenets of the religious affiliation, commonly exercised religious dietary practice and known religious dietary requirements may be reviewed in consideration of the request.

   **NOTE:** Changes to an offender's self-designated religious affiliation shall be processed and approved in accordance with Administrative Directive 04.25.101.

   a. If the request is incomplete or the information is inconsistent with the offender's self-designated religious affiliation, the Chaplain shall:

      (1) Request additional information from the offender; or

      (2) Deny the request and notify the offender.

   b. If the offender requests a diet other than a commonly exercised or acknowledged dietary practice of the particular religion, the offender may be requested to provide:

O'Neal v. Rojas, 18-4063 (C.D. Ill.) Document No. 000014

*Illinois* Department of **Corrections**

| ADMINISTRATIVE DIRECTIVE | Effective | | Page | | Number | |
|---|---|---|---|---|---|---|
| | | 5/1/2017 | | 5 of 7 | | 04.01.114 |

    iii.    Complete and submit the "Grievance Officer's Report" section of the Response to Offender's Grievance, DOC 0047, including his or her recommendations to the Chief Administrative Officer for final determination.

    iv.    Issue, or arrange for issue, permits and approval for reasonable accommodation in accordance with the Chief Administrative Officer's final determination.

    v.    Notify the Agency ADA Compliance Officer of ADA accommodations.

    (b)    Grievances identified as a Health Insurance Portability and Accountability Act (HIPAA) issue involving the privacy of medical records, access to medical records, restriction of medical records, or an error in medical records shall be promptly forwarded to the Facility Privacy Officer.  The Facility Privacy Officer shall:

    i.    Conduct investigations as necessary; and

    ii.    Complete and submit to the Chief Administrative Officer the "Grievance Officer's Report" section of the DOC 0047 including his or her written recommendations.

(2)    Examine and document all relevant information and documentation concerning the issue being grieved, including interviewing witnesses.

(3)    Attempt to resolve offender issues that remain unresolved through means such as counseling, goal setting, and conflict resolution.

(4)    Based on the seriousness of the issue being grieved, meet with the offender.  Issues that require face to face meetings include, but are not limited to, issues that are life threatening and issues involving the use of force, allegations of incidents of sexual assault and the safety and security of the facility.

(5)    Legibly complete the "Grievance Officer's Report" section of the DOC 0047, documenting any attempts to resolve the grievance and relevant information discovered during the review process.

(6)    Submit the DOC 0047 and recommendations to the Chief Administrative Officer for final decision.

b.    The Chief Administrative Officer shall make reasonable efforts within two months of the receipt of the grievance to:

(1)    Review the material submitted by the Grievance Officer, facility ADA Coordinator, or Facility Privacy Officer, respectively.

O'Neal v. Rojas, 18-4063 (C.D. Ill.) Document No. 000023

| **Illinois**<br>Department of<br>**Corrections** | **ADMINISTRATIVE**<br>**DIRECTIVE** | Number | 04.01.115 |
|---|---|---|---|
| | | Page | 1 of 5 |
| | | Effective | 5/1/2017 |

| Section | 04 | **Programs and Services** | |
|---|---|---|---|
| Subsection | 01 | **General Provisions** | |
| Subject | 115 | **Administrative Review Board Proceedings** | |

I.  **POLICY**

   A.  **Authority**

   730 ILCS 5/3-2-2, 3-8-8, and 3-10-9

   20 Ill. Adm. Code 504

   B.  **Policy Statement**

   The Department shall ensure all offenders have an opportunity to air and seek resolutions to unresolved grievances, complaints and problems with the Administrative Review Board in accordance with Department Rule 504.

II.  **PROCEDURE**

   A.  **Purpose**

   The purpose of this directive is to establish written procedures governing the operation of the Administrative Review Board.

   B.  **Applicability**

   This directive is applicable to all facilities within the Department and the Office of Inmate Issues.

   C.  **Facility Reviews**

   A facility review of this directive shall be conducted at least annually.

   D.  **Designees**

   Individuals specified in this directive may delegate stated responsibilities to another person or persons unless otherwise directed.

   E.  **General Provisions**

   1.  The Administrative Review Board (ARB) shall:

   a.  Review unresolved offender grievances to ensure offenders were afforded their due process rights and to ensure compliance with Department policies;

   b.  If necessary, refer issues grieved for further investigation; and

O'Neal v. Rojas, 18-4063 (C.D. Ill.) Document No. 000026

4)      Written agreement by a chaplain, faith representative, or recognized religious leader of that faith group to provide general oversight and guidance of the religious activity is received;

5)      The Religious Practice Advisory Board recommends approval; and

6)      The committed person submits a copy of any proposed sermon or doctrinal interpretation to the Chief Administrative Officer or staff designated to supervise the religious activity for review and approval prior to delivery, based on safety and security concerns.

g)      The staff supervisor may call upon various committed persons to guide portions of the religious activity subject to safety and security concerns.

h)      Religious activities defined under subsection (f) of this Section shall be prohibited where based solely on the temporary or occasional unavailability of a chaplain or a religious program volunteer.

i)      The Chief Administrative Officer may limit, restrict, or discontinue religious activities permitted under subsection (f) of this Section based upon concerns such as security, safety, rehabilitation, institutional order, space, or resources and may require periodic rotation of committed persons permitted to guide portions of religious activities.

(Source:  Added at 19 Ill. Reg. 6515, effective May 1, 1995)

O'Neal v. Rojas, 16-4063 (C.D. Ill.), Document No.      000053

E-FILED
Monday, 20 July, 2020 11:46:23 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

Aaron O'Neal, N53022, )
)
    Plaintiff, )
)
v. )     Case No. 18-4063-SEM-TSH
)
Manuel Rojas, *et al.*, )
)
    Defendants. )

## DECLARATION OF KAREN NORMAN REES

I, Karen Norman Rees, do hereby declare and state, under penalty of perjury, that I have personal knowledge of the facts and matters discussed in this declaration, and if called as a witness, that I am competent to testify and would state as follows:

1.     I have been the Chaplain at Hill Correctional Center since March 1, 2019.

2.     During each Friday during Lent in 2020, offenders at Hill Correctional Center were offered meatless meals at all three meals without having to sign up for a special meal.

3.     As Chaplain, it is my intent to have Hill Correctional Center provide three meatless meal options each Friday during Lent in future years.

4.     Cursillo is a weekend retreat that occurs once a year. Ultreya is a reunion group, based on the Cursillo retreat, that occurs the third Tuesday of every month.

5.     The Cursillo retreat and Ultreya are held in the Chapel of Hill Correctional Center.

6.     The Hill Correctional Center Chapel has a maximum occupancy of 100.

7.     During the Cursillo retreat, there can be as many as 30 volunteers, or more, who come to Hill Correctional Center to participate in the retreat.

8.     The number of offenders who can be allowed to participate in the Cursillo retreat is limited by the maximum occupancy of the Hill Correctional Center Chapel.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request for Religious Diet

Hill CC
_____
Facility

I, AARON O'NEAL _____, ID#: N53022 _____, hereby request a religious
Offender Name (Last, First M.I.)

diet accommodation. I declare my religious affiliation as CATHOLIC ROMAN This request is for: CATHOLIC

☑ A NON·MEAT VEGAN FRIDAYS diet as an integral part of the practice of my declared religion. ABSTINENC
Type of diet (e.g. kosher, vegan, etc.)                                                                     YEARLY NON-MEAT VEGA

☑ A religious meal for the observance of the following religious holiday or ceremony: FRIDAYS ACCOMMODATION
Specify name of holiday/ceremony

Justification or basis of request:
Examples of basis may include such things as documentation from religious textbook or faith leader; teaching of faith leader; interpretation of holy book, etc.)

I hereby have provided below prison personnel with the Roman Catholic
Festival Letter 2019-2020 documents pages 7 thru 10 which it begins on pg.7
verifying that all members of CATHOLIC faith must abstain from all meat on all frid

## Conditions of Participation

I understand that participation in a religious diet must be based on a sincerely held religious belief. If my request is granted, I understand and acknowledge that:

- Receipt of the religious diet will begin on the first day of a month and the diet will be in effect for no less than one calendar month.
- I may request to terminate a religious diet at any time; however, the request must be submitted in writing on an Offender Request, DOC 0286, and will not be effective until the first day of the month following in which the request was received.
- I should not purchase or possess any food items that are not part of the religious diet and possessing food that violates the diet I requested may be deemed to demonstrate a lack of sincerity.
- I am prohibited from exchanging or giving away any religious diet food or tray or taking, accepting, or trading for a food tray or for food from a food tray other than my approved diet tray and the violation of such is grounds for discipline under Ill. Adm. Code 504.
- My commissary food purchases will be monitored by the Dietary Department and purchases of food that violate the diet I requested may be deemed to demonstrate a lack of sincerity.
- My mealtime attendance will be monitored and acceptance of the specially prepared diet tray is mandatory. I understand that I should not miss more than three meals per week, without providing written justification to the Chaplain or Dietary Manager. I understand that unjustified failure to attend meals may be deemed to demonstrate a lack of sincerity.

I affirm that I have read and understand these conditions for participation in a religious diet, and that I have signed voluntarily and without coercion.

_____                                      August 4th 2020
Offender Signature                                           Date

---

Official Use Only
☐ Approved  ☒ Denied   Karen Norman Rees _____  8/7/20
                         Chaplain (Print Name)        Chaplain (Signature)    Date

☐ Approved  ☒ Denied                                              8-17-20
                         Chief Administrative Officer (Print Name)  Chief Administrative Officer (Signature)  Date

If denied, provide reason: In 1983 the revised Code of Canon Law was put in
place which states "Abstinence [is] to be observed on Ash Wednesday
and the Friday of the Passion and (over)

Date received by Dietary: _____

If approved, religious diets shall begin on the first day of the month following that in which the Request was received.

---

Death of our Lord Jesus Christ" (Canon 1251). "All persons who have completed their fourteenth year are bound by the law of abstinence" (Canon 1252). The U.S. Catholic Conference of Bishops (USCCB) extended this law to include all Fridays in Lent. No mention is made of Fridays outside of Lent after Vatican II.

" Dietician "    1 of 2    4/23/

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: June, 21, 2017 | Offender: (Please Print) Aaron O'Neal | | ID#: N53022 |
|---|---|---|---|
| Present Facility: Henry Hill C.C. | | Facility where grievance issue occurred: Henry Hill C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [ ] Medical Treatment

- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [✓] Other specify HEALTH CARE UNIT ADMINISTRATOR  MS. LOIS LINDORFF

- [ ] Disciplinary Report: ____/____/____
  Date of Report    Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): _Inmate Aaron O'Neal is hereby filing this grievance against Ms. Lois Lindorff in regards of I have written to (HER) "numerous times" throughout the month of June, 2017. I only asked for Ms. Lindorff provide petitioner with "thee Name Of Who Is Thee Dietitian Of Henry Hill Correctional Center?" Ms. Lindorff position within Henry Hill Correctional Center is that of being " Health Care Unit Administrator " Meaning (SHE) is in a place of position to share with inmates who has issues._

Relief Requested: _For Ms. Lois Lindorff to either furnish inmate Aaron O'Neal with thee Name only of dietitian of Henry Hill C.C. / or face suspension for failing to do her job_

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Mr. Aaron O'Neal    N53022    6, 21, 2017
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 06/26/2017    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _Hill C.C. does not have a Dietitian. M. Wilson is the Food Service Program Manager._

John Fret    06/26/2017
Print Counselor's Name    Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: ____/____/____    Is this determined to be of an emergency nature?    [ ] Yes: expedite emergency grievance
[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature    ____/____/____ Date

Distribution: Master File, Offender    Page 1    DOC 0046 (8/2012)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

2 of 2

regarding their dietary needs, and by failing to comply, Ms. Lindorff has since served to be a buffer in the way of an inmate trying to cure a wrong in which (HE) has continuously been deprived, and by Ms. Lindorff abusive disposition (SHE) should be ashamed of sitting in such stead... for (SHE) is paid to well, not to function as (HER) job title suggest + request of (HER) to uphold. There should be (NO) reason for an inmate to have to file a grievance on "Thee Health Care Unit Administrator" for something so basic as providing to the Inmate "Thee **Name** Only of Who Is Thee Dietitian of Henry Hill Correctional Center?"

Inmate O'Neal would now point to the fact that Ms. Lindorff should be suspended without pay for creating a wall between the petitioner and thee dietitian, for this is one of thee very reason why a grievance gets filed in the first place... because people such as Ms. Lindorff would rather waste thee administration + Federal Court systems time, by not complying to what (Her) job requires of (HER).

I hereby am still standing firm as to Ms. Lindorff provide petitioner with thee Name of Thee Dietitian of Henry Hill Correctional Center. End of Grievance

Sincerely,
Mr. Arwon O'Neal

" Dietician



Bruce Rauner
Governor

John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

May 31, 2017

Aaron O'Neal, N53022
Hill Correctional Center
P.O. Box 1700
Galesburg, IL 61401

Re:    Freedom of Information Request #170530321

Dear Mr. O'Neal:

This letter is in response to your request to the Illinois Department of Corrections ("IDOC") pursuant to the Illinois Freedom of Information Act, 5 ILCS 140/1, et seq.

You have requested the name of the dietician at Hill Correctional Center. Your request is denied pursuant to Section 7(1)(e-6) of the Freedom of Information Act which exempts the release of "records requested by persons committed to the Department of Corrections if those materials include records from staff members' personnel files, staff rosters, or other staffing assignment information."

You have a right to have the denial of your request reviewed by the Public Access Counselor (PAC) at the Office of the Illinois Attorney General. 5 ILCS 140/9.5(a). You can file your request for review with the PAC to:

Public Access Counselor
Office of the Attorney General
500 South 2nd Street
Springfield, Illinois 62706

You also have the right to seek judicial review of your denial by filing a lawsuit in the state circuit court, pursuant to 5 ILCS 140/11.

If you choose to file a request for review with the PAC, you must do so within 60 calendar days of the date of this denial letter (5 ILCS 140/9.5(a)). Please note that you must include a copy of your original FOIA request and this denial letter when filing a request for review with the PAC.

Sincerely,
Lisa Weitekamp
Freedom of Information Officer

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

"Dietician"

# ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: AARON O'NEAL   ID #: N53022 Living Unit: R1.B.33

Job Assignment: UNASSIGNED   Shift: NONE

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: "CHAPLAIN MR. MANUEL ROJAS"

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify)

for the purpose of (explain): I am writing you for the purpose of asking the Name of thee Dietitian of Henry Hill Correctional center. Thank You Kindly!!

Mr. Aaron O'Neal N53022   June 6, 2017.

Offender's Signature   Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary): Mr. O'Neal there is no dietitian at H.H. the Hosp. is the Food services →

Remarks by supervisor (if necessary): Administrator for I.D.O.C. Mrs. Griswold

Print Staff Name   Print Supervisor Name

Staff Signature   6/9/17   Supervisor Signature   Date
   Date

Distribution:   Affected Unit

Printed on Recycled Paper   DOC 0286 (Rev. 4/2010)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: __AARON O'NEAL__ ID #: __N53022__ Living Unit: __R1·B·33__

Job Assignment: __UNASSIGNED__ Shift: __- NONE -__

Please refer to the directory located in your orientation manual and address proper personnel.

To: __"COUNSELOR MR. BEAM OF HOUSING UNIT(1)"__

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____

for the purpose of (explain): __I am writing to you once again, for the purpose__
__of asking you of the Name, Who is, thee Dietitian of Henry__
__Hill Correctional Center. Thank You Kindly!!__

__Mr. Aaron O'Neal. N53022__      __June 6, 2017.__
　　　　Offender's Signature　　　　　　　　　　　　　　Date

DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary) : _____    Remarks by supervisor (if necessary) : _____

_____    _____

_____    _____

_____    _____

　　　Print Staff Name　　　　　　　　　　　　Print Supervisor Name

_____    _____

　　　Staff Signature　　　　　Date　　　　Supervisor Signature　　　　Date

Distribution:　Affected Unit

DOC 0286 (Rev. 4/2010)

Printed on Recycled Paper

"Dietician"

1 of 2

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | N53022 | **Counseling Date** | 06/08/17 10:01:37:043 |
| **Offender Name** | O'NEAL, AARON | **Type** | Collateral |
| **Current Admit Date** | 12/03/1993 | **Method** | Other |
| **MSR Date** | 08/14/2024 | **Location** | HIL   CLINICAL SERVICES |
| **HSE/GAL/CELL** | R1-B -33 | **Staff** | BEAMS, GARETH L., Correctional Counselor II |

Note to inmate - the only Dietitian that reviews and sends out the memu to prisons is in Springfield. The dietary Supervisor here is vacant at the present time.

"Dietician"

2 of 2

PLAINTIFF'S
EXHIBITS
A. THRU. R.

In which has been on
file with the U.S. District
Court since March 22, 2018

Used for Original Complaint
Merit Review was used for
And for all Summary Judgment
Purposes!!

Illinois Department of Corrections

## RELIGIOUS DECLARATION FOR ORIENTATION INMATES

### CORRECTIONAL CENTER

Per Department Rule 425.30 (E) - Religious services, inmates in orientation status are requested to designate their religious affiliation during the Orientation process. Circle **one of the selections below**. If your religious afiliation is not listed, list it in the space provided.

| | |
|---|---|
| AFRICAN-HEBREW ISRAELITE | MENNONITES |
| AGNOSTIC | MESSIANIC HEBREWS |
| AL-ISLAM (MUSLIM) | METHODIST |
| ASSEMBLY OF GOD | MOORISH SCIENCE TEMPLE |
| BAHAI | MORMAN |
| BAPTIST | NATION OF ISLAM |
| BLACK HEBREW ISRAELITE | NATIVE AMERICAN |
| BUDDHIST | NAZARENE |
| CATHOLIC | NO RELIGION |
| CHRISTIAN | ORDO TEMPLI ORIENTIS |
| CHRISTIAN IDENTITY | PENTECOSTAL |
| CHRISTIAN SCIENCE | PRESBYTERIAN |
| CHRISTIAN & MISSIONARY ALLIANCE | PROTESTANT |
| CHURCH OF CHRIST | RASTAFARIAN |
| CHURCH OF THE BRETHREN | ROSICRUCIAN |
| CHURCH OF WICCA | SALVATION ARMY |
| DRUID | SATERIA |
| EAST OTHODOX - OTHER | SATANIST |
| ECKANKAR | SCIENTOLOGY |
| EPISCOPAL | SEVENTH DAY ADVENTISTS |
| HINDU | SIKH |
| HOUSE OF YAHWEH | SPIRITUALISTS |
| ISKCON (HARE KRISHNA) | TAOISM |
| JEHOVAHS WITNESS | WORLDWIDE CHURCH OF GOD |
| JEWISH | ZOROASTRIANISM |
| LUTHERAN | OTHER: |

PRINT NAME: _____          ID NUMBER: _____

SIGNATURE: X _____          DATE: _____

A.



PLAINTIFF'S EXHIBIT A.

**Offender Request for Religious Diet**   PLAINTIFF'S Ex. B.

_____
Facility

I, _____, ID#: _____, hereby request a religious
   Offender Name (Last, First M.I.)
diet accommodation. I declare my religious affiliation as _____. This request is for:

☐ A _____ diet as an integral part of the practice of my declared religion.
     Type of diet (e.g. kosher, vegan, etc.)

☐ A religious meal for the observance of the following religious holiday or ceremony: _____
                                                                  Specify name of holiday/ceremony

Justification or basis of request:
Examples of basis may include such things as documentation from religious textbook or faith leader; teaching of faith leader; interpretation of holy book, etc.)

_____
_____
_____

## Conditions of Participation

I understand that participation in a religious diet must be based on a sincerely held religious belief. If my request is granted, I understand and acknowledge that:

- Receipt of the religious diet will begin on the first day of a month and the diet will be in effect for no less than one calendar month.
- I may request to terminate a religious diet at any time; however, the request must be submitted in writing on an Offender Request, DOC 0286, and will not be effective until the first day of the month following in which the request was received.
- I should not purchase or possess any food items that are not part of the religious diet and possessing food that violates the diet I requested may be deemed to demonstrate a lack of sincerity.
- I am prohibited from exchanging or giving away any religious diet food or tray or taking, accepting, or trading for a food tray or for food from a food tray other than my approved diet tray and the violation of such is grounds for discipline under Ill. Adm. Code 504.
- My commissary food purchases will be monitored by the Dietary Department and purchases of food that violate the diet I requested may be deemed to demonstrate a lack of sincerity.
- My mealtime attendance will be monitored and acceptance of the specially prepared diet tray is mandatory. I understand that I should not miss more than three meals per week, without providing written justification to the Chaplain or Dietary Manager. I understand that unjustified failure to attend meals may be deemed to demonstrate a lack of sincerity.

I affirm that I have read and understand these conditions for participation in a religious diet, and that I have signed voluntarily and without coercion.

_____        _____
        Offender Signature                      Date

**Official Use Only**
☐ Approved   ☐ Denied
                    _____        _____        _____
                    Chaplain (Print Name)           Chaplain (Signature)            Date

☐ Approved   ☐ Denied
                    _____        _____        _____
                    Chief Administrative Officer (Print Name)  Chief Administrative Officer (Signature)  Date

If denied, provide reason: _____
_____

| Date received by Dietary: |
| If approved, religious diets shall begin on the first day of the month following that in which the Request was received. |

Distribution:   Chaplain, Dietary Manager,          *Printed on Recycled Paper*          DOC 0388 (Eff. 11/2012)
                Offender



Illinois Dept. of Corrections
**INMATE**

N53022

O'NEAL, AARON

PLAINTIFF'S EXHIBIT C .

PRISON IDENTIFICATION CARD

FRONT SIDE



CATHOLIC

Card Issued At: HIL On: 4/27/2012

PLAINTIFF'S EXHIBIT D.
PRISON IDENTIFICATION CARD_REVERSE SIDE

PLAINTIFF'S GROUP EXHIBIT'S  E.

State Of Illinois )
                 )
                 )      SS
                 )
County Of Knox   )


Affidavit In Support of Section
1983 Complaint For Violations of
Religious Freedoms/Catholic

     John Lavelle R58527 being duly sworn,deposes and say:

     1. I am a prison inmate at Henry Hill facility and
am a practicing catholic.

     2. After being denied a request for a non/meat diet
in April 2017 by Chaplain Manuel Rojas,in observence of
Ash Wednesday and Lent as required for all catholics,
I had cause to then File a grievance.

     3. I was denied at the grievance levels by Counselor
Friend and grievance officer Gans,who suggested I pro-
vide for my own dietary supplement for a meatless rel-
igious diet.

     4. At that time,the Chaplain,Rojas,was not, and had
not sent out notices to Catholics desiring a non—meat
supplement in observence of Lenten Ffidays.

     5. Even though Lent was still being observed by Cath-
olis world-wide no concession was made by Rojas nor Gans
to have my name-nor other Catholics-added to a list in the
prisons dietary department at Henry Hill C.C.

     6. On January 9th,2018 while being in attendance Deacon
Robert Rodriguez explained to the congregation that He had
personally spoken to the head Deacon who's in charge of over-
seeing "The Prison Ministy Of Illinois" (Deacon Joe Lahood)
and was told that The Deacon(s) would not pursue the feast
for Lent...for there were other important issues for The Cath-
olic to deal with.

7. Deacon Robert Rodriguez went on to state,that the
congregation could choose to either"eat around the meals,
or to not "eat the meals" at all.

8. I am competent to testify to these facts herein
stated,and am willing to do so were I required to test-
ify.

Further,Affiant Sayeth not.

/s/ _____John Lavelle_____

I,John Lavelle R58527,declare pursuant to 28 U.S.C. Sec.
1746 that thee facts stated in this instrument are true and
correct to the best of my knowledge.

/s/ _____John Lavelle_____

PLAINTIFF'S GROUP EXHIBIT'S E.

STATE OF ILLINOIS )
                  )  SS
COUNTY OF KNOX    )


## AFFIDAVIT


I, Robert Shachter M51366 ,hereby declare under penalty of perjury
that the following is true and correct based upon my personal know-
ledge and that I am competent to testify thereto if called upon as
a witness.
            I am a devoted member of Catholic faith. I also was in
attendance on the night of tuesday,January 9th,2018 along side with
several other Catholic Parishioners for the Catholic service in which
(Deacon Robert Rodriguez) had stood before the congregation and stated:

"It was hereby told to me by (Prison Ministry Deacon Joe Lahood) that
there were a numerous amount of concerns on the Catholic "To Do List"
however,pursuing that the inmates of Henry Hill C.C. receive a non/
meat religious diet for lent,will not happen! for this has been a
issue not just at Henry Hill C.C. but for the entire prison system
throughout the state of Illinois,and therefore will no longer be
pursued. Before closing (Deacon Robert Rodriguez) had gone on to
say: That "WE" as Catholic inmates have an option,that being either
to eat around the meat,or to not eat the meals served during lent."


Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare,
under penalty of perjury,that everything contained herein is true
and accurate to the best of my knowledge and belief. I do declare
and affirm that the matter at hand is not taken either frivolously
or maliciously and that I believe the foregoing matter is taken in
good faith.

                                    AFFIANT

STATE OF ILLINOIS    )
                     )  SS
COUNTY OF KNOX       )


## AFFIDAVIT


I, _Tony Guzman M46012_ ,hereby declare under penalty of perjury
that the following is true and correct based upon my personal know-
ledge and that I am competent to testify thereto if called upon as
a witness.
            I am a devoted member of Catholic faith. I also was in
attendance on the night of tuesday,January 9th,2018 along side with
several other Catholic Parishioners for the Catholic service in which
(Deacon Robert Rodriguez) had stood before the congregation and stated:

"It was hereby told to me by (Prison Ministry Deacon Joe Lahood) that
there were a numerous amount of concerns on the Catholic "To Do List"
however,pursuing that the inmates of Henry Hill C.C. receive a non/
meat religious diet for lent,will not happen! for this has been a
issue not just at Henry Hill C.C. but for the entire prison system
throughout the state of Illinois,and therefore will no longer be
pursued. Before closing (Deacon Robert Rodriguez) had gone on to
say: That "WE" as Catholic inmates have an option,that being either
to eat around the meat,or to not eat the meals served during lent."


Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare,
under penalty of perjury,that everything contained herein is true
and accurate to the best of my knowledge and belief. I do declare
and affirm that the matter at hand is not taken either frivolously
or maliciously and that I believe the foregoing matter is taken in
good faith.


_____
            AFFIANT

STATE OF ILLINOIS )
                  )  SS
COUNTY OF KNOX    )

### AFFIDAVIT

I, _Mitchell B. Tedd_ ,hereby declare under penalty of perjury
that the following is true and correct based upon my personal know-
ledge and that I am competent to testify thereto if called upon as
a witness.

    I am a devoted member of Catholic faith. I also was in
attendance on the night of tuesday,January 9th,2018 along side with
several other Catholic Parishioners for the Catholic service in which
(Deacon Robert Rodriguez) had stood before the congregation and stated:

"It was hereby told to me by (Prison Ministry Deacon Joe Lahood) that
there were a numerous amount of concerns on the Catholic "To Do List"
however,pursuing that the inmates of Henry Hill C.C. receive a non/
meat religious diet for lent,will not happen! for this has been a
issue not just at Henry Hill C.C. but for the entire prison system
throughout the state of Illinois,and therefore will no longer be
pursued. Before closing (Deacon Robert Rodriguez) had gone on to
say: That "WE" as Catholic inmates have an option,that being either
to eat around the meat,or to not eat the meals served during lent."

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare,
under penalty of perjury,that everything contained herein is true
and accurate to the best of my knowledge and belief. I do declare
and affirm that the matter at hand is not taken either frivolously
or maliciously and that I believe the foregoing matter is taken in
good faith.

_Mitchell B. Tedd_ #B67475
<u>      AFFIANT      </u>

PLAINTIFF'S GROUP EXHIBIT'S E.

STATE OF ILLINOIS ⎫
⎬ SS
COUNTY OF KNOX ⎭

## AFFIDAVIT

I, **LATHAM, DEONTAE M63473**, hereby declare under penalty of perjury that the following is true and correct based upon my personal know-ledge and that I am competent to testify thereto if called upon as a witness.

      I am a devoted member of Catholic faith. I also was in attendance on the night of tuesday,January 9th,2018 along side with several other Catholic Parishioners for the Catholic service in which (Deacon Robert Rodriguez) had stood before the congregation and stated:

"It was hereby told to me by (Prison Ministry Deacon Joe Lahood) that there were a numerous amount of concerns on the Catholic "To Do List" however,pursuing that the inmates of Henry Hill C.C. receive a non/meat religious diet for lent,will not happen! for this has been a issue not just at Henry Hill C.C. but for the entire prison system throughout the state of Illinois,and therefore will no longer be pursued. Before closing (Deacon Robert Rodriguez) had gone on to say: That "WE" as Catholic inmates have an option,that being either to eat around the meat,or to not eat the meals served during lent."

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury,that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

_____
AFFIANT

```
STATE OF ILLINOIS  )
                   )  SS
COUNTY OF KNOX     )
```

## AFFIDAVIT

I, BERNAND MOLINA K54957 ,hereby declare under penalty of perjury
that the following is true and correct based upon my personal know-
ledge and that I am competent to testify thereto if called upon as
a witness.
    I am a devoted member of Catholic faith. I also was in
attendance on the night of tuesday, January 9th, 2018 along side with
several other Catholic Parishioners for the Catholic service in which
(Deacon Robert Rodriguez) had stood before the congregation and stated:

"It was hereby told to me by (Prison Ministry Deacon Joe Lahood) that
there were a numerous amount of concerns on the Catholic "To Do List"
however,pursuing that the inmates of Henry Hill C.C. receive a non/
meat religious diet for lent,will not happen! for this has been a
issue not just at Henry Hill C.C. but for the entire prison system
throughout the state of Illinois,and therefore will no longer be
pursued. Before closing (Deacon Robert Rodriguez) had gone on to
say: That "WE" as Catholic inmates have an option,that being either
to eat around the meat,or to not eat the meals served during lent."

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare,
under penalty of perjury,that everything contained herein is true
and accurate to the best of my knowledge and belief. I do declare
and affirm that the matter at hand is not taken either frivolously
or maliciously and that I believe the foregoing matter is taken in
good faith.

     _Bernald Molina_
      AFFIANT

STATE OF ILLINOIS )
                  )  SS
COUNTY OF KNOX    )

## AFFIDAVIT

I, AARON O'NEAL N53022 ,hereby declare under penalty of perjury
that the following is true and correct based upon my personal know-
ledge and that I am competent to testify thereto if called upon as
a witness.

I am a devoted member of Catholic faith. I also was in
attendance on the night of tuesday,January 9th,2018 along side with
several other Catholic Parishioners for the Catholic service in which
(Deacon Robert Rodriguez) had stood before the congregation and stated:

"It was hereby told to me by (Prison Ministry Deacon Joe Lahood) that
there were a numerous amount of concerns on the Catholic "To Do List"
however,pursuing that the inmates of Henry Hill C.C. receive a non/
meat religious diet for lent,will not happen! for this has been a
issue not just at Henry Hill C.C. but for the entire prison system
throughout the state of Illinois,and therefore will no longer be
pursued. Before closing (Deacon Robert Rodriguez) had gone on to
say: That "WE" as Catholic inmates have an option,that being either
to eat around the meat,or to not eat the meals served during lent."

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare,
under penalty of perjury,that everything contained herein is true
and accurate to the best of my knowledge and belief. I do declare
and affirm that the matter at hand is not taken either frivolously
or maliciously and that I believe the foregoing matter is taken in
good faith.

_Aaron O'Neal_
AFFIANT

PLAINTIFF'S GROUP EXHIBIT'S E.