E-FILED
Monday, 28 September, 2020  01:36:08 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

AARON O'NEAL,

    Plaintiff,

vs.

                       Case No. 18-CV-4063-SEM-TSH

MANUAL ROJAS, et al.,

    Defendant's.

## MOTION FOR LEAVE TO CORRECT ERRORS IN PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Plaintiff, AARON O'NEAL, pro se, and move this Honorable Court for leave to correct errors that appear in his response to defendant's motion for summary judgment. In support thereof, plaintiff Aaron O'Neal state as follows:

1. on July 20, 2020 Defendant's filed their motion for summary judgment. [Docs. 121, 122, 123.]

2. Plaintiff subsequently filed for a motion for extention of time to respond to defendant's motion for summary judgment on August 4, 2020. [Doc. 125]

3. Extention of time was granted by this court up to and including September 18, 2020. [Doc. 125].

4. Plaintiff O'Neal timely filed his response to defendant's motion for summary judgment. However, after the filing plaintiff became aware that a number of error's, on his part, were made in the filing, and that said errors are significant to an accurate understanding of of the allegations advanced in his response.

WHEREFORE, it is for the above reasons plaintiff Aaron O'Neal seeks leave of this court to correct the vital erros in his response to defendants motion for summary judgment.

Date: September 25, 2020.

Aaron O'Neal, Plaintiff, pro se

2.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

AARON O'NEAL,

     Plaintiff,

    vs.                                   Case No. 18-CV-4063-SEM-TSH

MANUAL ROJAS, et al.,

     Defendant's.

## MOTION TO CORRECT   ERROR'S

COMES NOW, Plaintiff AARON O'NEAL, pro se, and submit to this court his motion to correct the errors in his response to the defendant's motion for summary judgment. Plaintiff submit the following corrections to be made in his response to defendant's motion for summary judgment:

1. On Page #10 of Plaintiffs' response at line #18, plaintiff seek to strike from his response Document 00001-12), as there is no supporting exhbit corresponding to  exhibit #00001-12).

2. on Page #15 of Plaintiffs' response at line #3, the name Joe LaHood is listed in error. The correct name should be Joe O'Tool.

3. Document's 000050 and 000054 werenot attached at the time of filing

(1)

plaintiffs' response to defendant's motion for summary, and include both document's 000050 and 000054 with this filing to be attached along with his response to defendant's motion for summary judgment.

4. Declaration of Karen Norman Rees attached to Plaintiff's Denied Offender Request For Religious Diet. [DOC.121-2] 1 of 2

Date: September 25, 2020.                    /s/ Aaron O'Neal, pro se

(2)

## Joint Committee on Administrative Rules
# ADMINISTRATIVE CODE

TITLE 20: CORRECTIONS, CRIMINAL JUSTICE, AND LAW ENFORCEMENT
CHAPTER I: DEPARTMENT OF CORRECTIONS
SUBCHAPTER d: PROGRAMS AND SERVICES
PART 425 CHAPLAINCY SERVICES AND RELIGIOUS PRACTICES
SECTION 425.40 RELIGIOUS PRACTICE ADVISORY BOARD

---

**Section 425.40  Religious Practice Advisory Board**

a)  The Director shall appoint a multi-denominational Religious Practice Advisory Board comprised of legal, administrative, and chaplaincy staff.  One of the members of the Board shall be designated as chairperson.

b)  The Board shall, among other matters:

   1)  Provide guidance to the Department regarding religious activities.

   2)  Review and make recommendations regarding designated:

      A)  Religious grievances filed by committed persons;

      B)  Requests from committed persons for religious diets, non-traditional religious symbols, headgear, clothing, and other religious items;

      C)  Requests from committed persons for religious activities not currently offered at the correctional facility and for religious activities permitted under Section 425.60(f);

      D)  Requests from committed persons for relief from a work assignment or institutional program for specific religious reasons; and

      E)  Issues involving the training, screening, and reimbursement of religious volunteers.

c)  The Board shall confer with religious leaders or faith representatives from various faith groups regarding the validity and legitimacy of the religious request and the sincerity of the committed persons' beliefs, as the Board determines necessary.

(Source:  Added at 19 Ill. Reg. 6515, effective May 1, 1995)

# **Joint Committee on Administrative Rules**

# ADMINISTRATIVE CODE

### TITLE 20: CORRECTIONS, CRIMINAL JUSTICE, AND LAW ENFORCEMENT
### CHAPTER I: DEPARTMENT OF CORRECTIONS
### SUBCHAPTER d: PROGRAMS AND SERVICES
### PART 425 CHAPLAINCY SERVICES AND RELIGIOUS PRACTICES
### SECTION 425.40 RELIGIOUS PRACTICE ADVISORY BOARD

---

**Section 425.40  Religious Practice Advisory Board**

a)     The Director shall appoint a multi-denominational Religious Practice Advisory Board comprised of legal, administrative, and chaplaincy staff. One of the members of the Board shall be designated as chairperson.

b)     The Board shall, among other matters:

1)     Provide guidance to the Department regarding religious activities.

2)     Review and make recommendations regarding designated:

A)     Religious grievances filed by committed persons;

B)     Requests from committed persons for religious diets, non-traditional religious symbols, headgear, clothing, and other religious items;

C)     Requests from committed persons for religious activities not currently offered at the correctional facility and for religious activities permitted under Section 425.60(f);

D)     Requests from committed persons for relief from a work assignment or institutional program for specific religious reasons; and

E)     Issues involving the training, screening, and reimbursement of religious volunteers.

c)     The Board shall confer with religious leaders or faith representatives from various faith groups regarding the validity and legitimacy of the religious request and the sincerity of the committed persons' beliefs, as the Board determines necessary.

(Source:  Added at 19 Ill. Reg. 6515, effective May 1, 1995)

**Joint Committee on Administrative Rules**

# ADMINISTRATIVE CODE

### TITLE 20: CORRECTIONS, CRIMINAL JUSTICE, AND LAW ENFORCEMENT
### CHAPTER I: DEPARTMENT OF CORRECTIONS
### SUBCHAPTER d: PROGRAMS AND SERVICES
### PART 425 CHAPLAINCY SERVICES AND RELIGIOUS PRACTICES
### SECTION 425.70 ACCOMMODATION OF RELIGIOUS DIETS

#### Section 425.70  Accommodation of Religious Diets

a) Committed persons shall be permitted to abstain from any foods the consumption of which violates their required religious tenets.

b) Any foods which contain pork or pork by-products shall be identified in accordance with 20 Ill. Adm. Code 502.20.

c) A committed person may submit a written request to the facility chaplain to receive an alternative diet for specific religious reasons. The request must contain written verification that the committed person is a member of a faith group that requires adherence to a particular diet and the specific requirements of the diet. Eligibility to receive an alternative diet for specific religious reasons shall be determined by the facility chaplain who shall ordinarily confer with a religious leader or faith representative of the faith group at issue. The facility chaplain and the religious leader or faith representative may interview the committed person.

d) A committed person requesting a dietary modification required by a specific religious holiday or ceremony must submit a written request to the facility chaplain 45 calendar days before the holiday or ceremony. The request must contain verification that the committed person is a member of a faith group requiring the dietary modification and the specific requirements of the dietary modification. Eligibility to receive an alternative diet for a specific religious holiday or ceremony shall be determined by the facility chaplain who shall ordinarily confer with a religious leader or faith representative of the faith group at issue. The facility chaplain and religious leader or faith representative may interview the committed person.

e) A committed person who does not adhere to the alternative diet shall no longer receive the alternative diet, unless otherwise approved by the Chief Administrative Officer.

(Source: Added at 19 Ill. Reg. 6515, effective May 1, 1995)

E-FILED
Monday, 20 July, 2020  11:46:23 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

Aaron O'Neal, N53022,            )
                                 )
        Plaintiff,               )
                                 )
    v.                           )        Case No. 18-4063-SEM-TSH
                                 )
Manuel Rojas, *et al.*,          )
                                 )
        Defendants.              )

**DECLARATION OF KAREN NORMAN REES**

I, Karen Norman Rees, do hereby declare and state, under penalty of perjury, that I have personal knowledge of the facts and matters discussed in this declaration, and if called as a witness, that I am competent to testify and would state as follows:

1. I have been the Chaplain at Hill Correctional Center since March 1, 2019.

2. During each Friday during Lent in 2020, offenders at Hill Correctional Center were offered meatless meals at all three meals without having to sign up for a special meal.

3. As Chaplain, it is my intent to have Hill Correctional Center provide three meatless meal options each Friday during Lent in future years.

4. Cursillo is a weekend retreat that occurs once a year. Ultreya is a reunion group, based on the Cursillo retreat, that occurs the third Tuesday of every month.

5. The Cursillo retreat and Ultreya are held in the Chapel of Hill Correctional Center.

6. The Hill Correctional Center Chapel has a maximum occupancy of 100.

7. During the Cursillo retreat, there can be as many as 30 volunteers, or more, who come to Hill Correctional Center to participate in the retreat.

8. The number of offenders who can be allowed to participate in the Cursillo retreat is limited by the maximum occupancy of the Hill Correctional Center Chapel.

9.    In the past, I have received offender requests to participate in the Cursillo retreat in excess of the amount of space available in the chapel after accounting for the maximum occupancy requirement and the number of volunteers.

10.    Due to the occupancy limit and the number of volunteers, I have had to limit the number of offenders who could participate in the Cursillo retreat.

**FURHTER DECLARANT SAYETH NOT.**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 7/17/20
(Date)

s/Karen Norman Rees

Karen Norman Rees

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request for Religious Diet**

Hill CC
_____
Facility

I, **AARON O'NEAL** _____, ID#: **N53022** _____, hereby request a religious
Offender Name (Last, First M.I.)
diet accommodation. I declare my religious affiliation as **CATHOLIC ROMAN** This request is for: *CATHOLIC*

☑ A **NON-MEAT VEGAN FRIDAY** diet as an integral part of the practice of my declared religion. *ABSTINENCE*
Type of diet (e.g. kosher, vegan, etc.)          *YEARLY NON-MEAT VEGAN*

☑ A religious meal for the observance of the following religious holiday or ceremony: **FRIDAYS ACCOMMODATION**
Specify name of holiday/ceremony

Justification or basis of request:
Examples of basis may include such things as documentation from religious textbook or faith leader; teaching of faith leader; interpretation of holy book, etc.) *Catholic*
I hereby have provided below prison personnel with the Roman Catholic
Festival Letter 2019-2020 documents pages 7 thru 10 which it begins on pg.7
verifying that all members of CATHOLIC Faith must abstain from all meat on all fri

---

## Conditions of Participation

I understand that participation in a religious diet must be based on a sincerely held religious belief. If my request is
granted, I understand and acknowledge that:

- Receipt of the religious diet will begin on the first day of a month and the diet will be in effect for no less than one
  calendar month.
- I may request to terminate a religious diet at any time; however, the request must be submitted in writing on an
  Offender Request, DOC 0286, and will not be effective until the first day of the month following in which the
  request was received.
- I should not purchase or possess any food items that are not part of the religious diet and possessing food that
  violates the diet I requested may be deemed to demonstrate a lack of sincerity.
- I am prohibited from exchanging or giving away any religious diet food or tray or taking, accepting, or trading for
  a food tray or for food from a food tray other than my approved diet tray and the violation of such is grounds for
  discipline under Ill. Adm. Code 504.
- My commissary food purchases will be monitored by the Dietary Department and purchases of food that violate
  the diet I requested may be deemed to demonstrate a lack of sincerity.
- My mealtime attendance will be monitored and acceptance of the specially prepared diet tray is mandatory. I
  understand that I should not miss more than three meals per week, without providing written justification to the
  Chaplain or Dietary Manager. I understand that unjustified failure to attend meals may be deemed to
  demonstrate a lack of sincerity.

I affirm that I have read and understand these conditions for participation in a religious diet, and that I have signed
voluntarily and without coercion.

_Mr. Aaron O'Neal_                          _August 4th. 2020._
Offender Signature                              Date

---

| Official Use Only | | | | |
|---|---|---|---|---|
| ☐ Approved | ☒ Denied | Karen Norman Rees | _signature_ | ☒ 7/20 |
| | | Chaplain (Print Name) | Chaplain (Signature) | Date |
| ☐ Approved | ☑ Denied | | | 8·17·20 |
| | | Chief Administrative Officer (Print Name) | Chief Administrative Officer (Signature) | Date |

If denied, provide reason: In 1983 the revised Code of Canon Law was put in
place which states "Abstinence [is] to be observed on Ash Wednesday
and the Friday of
the Passion and (over)

| Date received by Dietary: |
|---|
| If approved, religious diets shall begin on the first day of the month following that in which the Request was received. |

---

Distribution:  Chaplain, Dietary Manager,          *Printed on Recycled Paper*                    DOC 0388 (Eff. 11/2012)
Offender

Death of our Lord Jesus Christ" (Canon 1251). "All persons who have completed their fourteenth year are bound by the law of abstinence" (Canon 1252). The U.S. Catholic Conference of Bishops (USCCB) extended this law to include all Fridays in Lent. No mention is made of Fridays outside of Lent after Vatican II.

STATE OF ILLINOIS )
                    )    SS
COUNTY OF KNOX )

AARON O'NEAL
v.
MANUEL ROJAS et. al.
No. 18-CV-4063-SEM-TSH

## AFFIDAVIT

I, **AARON O'NEAL N53022** , hereby declare
under penalty of perjury that the following is true and correct based upon my personal
knowledge, and that I am competent to testify thereto if called upon as a witness.
that i have submitted all listed documents mentioned in
my PROOF OF SERVICE 9-25-2020 and that i have
read and understand all contents enclosed.

I also tendered to Law Librarian Mrs. Huffer
for purpose of E-filing on the above date of
9-25-2020.

PLEASE TAKE NOTICE that on **September 25**, 20**20**, I placed the attached or
enclosed documents in the institutional mail at **HENRY HILL** Correctional Center,
properly addressed to the parties listed above for mailing through the United States Postal
Service.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5 1-109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above documents,
and that the information contained therein is true and correct to the best of my knowledge.

Dated: **September 25, 2020**

/s/ _Aaron O'Neal_
Name: _N53022 AARON O'NEAL_
IDOC# _N53022_
Address: _P.O. BOX 1700_
_GALESBURG, IL._
_61401._

CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

AARON O'NEAL
PRO SE
PLAINTIFF

Us.                                    No. 18-CV-4063-

MANUEL ROJAS                  Judge: Sue E. Myerscough
      DEFENDANTS

                                       Magistrate Judge:
                                       Tom Schanzle-Haskins

# PROOF OF SERVICE

**To:** THE CLERK    **To:** KWAME RAOUL    **To:** HEYL, ROYSTER,
OF THE U.S.     ATT: MR. PHILIP J. ANDREWS   VOELKER &
DISTRICT        ATT. GENERAL STATE OF        ALLEN
COURTHOUSE      ILLINOIS                     MR. DAVID A. PERKINS
151 U.S.        500 S. SECOND ST.   300 HAMILTON BLVD.
COURTHOUSE      SPRINGFIELD, IL.   P.O. BOX 6199
600 E. MONROE ST.   62701          PEORIA, IL.
SPRINGFIELD, IL.                   61601-6199
62701.

1. MOTION TO CORRECT ERROR'S.

-1-

2. MOTION FOR LEAVE TO CORRECT ERRORS IN PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AN AFFIDAVIT FROM PLAINTIFF AARON O'NEAL ATTACHED. [DOC.121-2 1-2 Pages]

3. DECLARATION OF KAREN NORMAN REES ATTACHED TO PLAINTIFF'S DENIED OFFENDER REQUEST FOR RELIGIOUS DIET.

4. JOINT COMMITTEE ON ADMINISTRATIVE RULES ADMINISTRATIVE CODE DOCUMENTS 000050: 000054. RELIGIOUS PRACTICE ADVISORY BOARD SECTION 425.40 ACCOMMODATION OF RELIGIOUS DIETS SECTION 425.70

PLEASE TAKE NOTICE, that on September      , 2020. I placed the attached or enclosed documents in the institutional mail at Henry Hill Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5 109, I declare under penalty of perjury, that I am a named party in the above action that I have read the above documents, and that the information contained therein is true and correct to the best

-2-

of my Knowledge.


Dated: 9-25-2020.

Aaron O'Neal

AARON O'NEAL

N53022

P.O. BOX 1700

HENRY HILL C.C.

GALESBURG, IL.

61401.

-3-