E-FILED
Monday, 28 September, 2020 01:42:08 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

AARON O'NEAL,
        Plaintiff,

        vs                                    Case No. 18-CV-4063-SEM-TSH

MANUAL ROJAS, et al.,
        Defendant's.

## MOTION TO SET ASIDE DEFENDANT'S
## NOVEMBER 21, 2019 DEPOSITION OF PLAINTIFF AARON O'NEAL

NOW COMES, Plaintiff, AARON O'NEAL, pro se, and hereby ask the above
U.S. District Court, Springfield Division to set aside Defendant's November 21,
2019 deposition of Plaintiff, Aaron O'Neal, for the reasons that follow:

1. Plaintiff O'Neal 's complaint alleges various Defendants' having
violated his constitutional rights under the First and Fourteenth Amendment,
the Religious Land Use and Institutionalized Persons Act related to his religious
practice at Hill Correctional Center, along with a Retaliation claim against
Defendant Manual Rojas [Doc. 1, 14].

2. On June 22, 2018 Attorney Clayton J. Ankney, an Attorney generals for
the Defendants', filed his notice of appearance on behalf of Freddie Brotton,
Stephanie Dorethy, John Frost, and Manual Rojas. [Doc. 20].

3. On June 28, 2018 attonery Clayton J. Ankney, assistant attorney general once again filed his notice of appearance on behalf of Defendant's John Baldwin, [Doc. 22], and again on August 8 2018 filed notice to also defend Defendant's Steve Gans and Melissa Phoenix in the above matter. [Doc. 31].

4. On October 29, 2019 attorney Syed Ahmad filed notice to take deposition of Aaron O'Neal. [Doc. 78], [DOC. 80],

5. On November 1, 2019 Defendant's Robert Rodriquez and Joseph LaHood filed motion for leave to appear attorney Syed Ahmad. [Docs. 80, 81].

6. After having requested the above U.S. District Court, Springfield Division to allow attorney Syed Ahmad to depose Plaintiff O'Neal, attorney Ahmad's motion was granted to take plave November 21, 2019 at henry Hill Correctional Center at 9:00 A.M..

7. After having been granted approval via U.S. Dist Court attorney Syed Ahmad knew first hand that attorney Ahmad (only) was given permission to take a deposition of Plaintiff Aaron O'Neal.

8. On November 21, 2019 then attorney Syed Ahmad on behalf of Defendants' Rodriquez and LaHood entered Henry Hill Correctional Center to depose Plaintiff O'Neal. However, while Plaintiff O'Neal was in the room waiting to be deposed, attorney Ahmad held up the proceedings of the deposition for a period of no less than 30 minutes until assistant attorney general, Clayton J. Ankney joined attorney Ahmad in what appeared to be by the terms of the deposition an unlaw- ful grouping up on Plaintiff O'Neal without the proper court authorization to participate in the November 21, 2019 deposition.

9. Subsequent to being sworn in by Amy Powers, CSR, RPR Plaintiff O'Neal objected to attorney Clayton J. Ankney being present at and participating in the deposition that had been requested by attorney Syed Ahmad and authorized by this Court to be taken on behalf of Defendants' Rodriquez and LaHood. However,

so as not to interfere with this courts scheduling order and offset the pro-
ceedings, Plaintiff acquiesced but assured Mrs. Powers as well as attorney's
Ahmad and Ankney that he would present this issue to the Honorable Sue E.
Myerscough immediately regarding the appearant unlawful intrusion taking place.

10. Plaintiff O'Neal further stated that he would like to be furnished
with a complete copy of the deposition of the events occuring November 21,
2019. [Depo. 108-1 at 4].

11. Mrs. Powers appeared to understand what Plaintiff O'Neal was express-
ing to her and appeared to be recording the statement he had made to her. The
basis of Plaintiff' belief is because he had been sworn in. Nevertheless, upon
receiving a copy of the deposition transcript, several moths after the deposition,
Plaintiff learned that his statement to Ms. Powers contained in this paragraph
had not been transcribed.

12. Following the deposition Plaintiff O'Neal immediately filed his objec-
tions with this court concerning the appearant unlawful intrusion by attorney
Clayton J. Ankney with the approval of attorney Syed Ahmed. [Docs. 84, 85, 86 87,
and 88]. The referenced filing occured November 26, 2019.

13. Plaintiff O'Neal filed for summary judgement against each of the De-
fendant's April 7, 2020. [Docs. 106, 107]. Attorney Clayton J. Ankney cross filed
Defendants' motion for summary judgment. [Docs. 121, 122, and 123].

14. It wasn't unti Defendants' Rodriquez and LaHood's attorney cross filed
their motion for summary judgment that Plaintiff learned of the contents of the
deposition in their entirety. That Mrs. Amy S. Powers had made a number of
errors regarding Plaintiff's deposition to the extent of embellishing Plaintiffs'
responses and misquoting several responses.

15, It was only well after Plaintiff O'Neal had filed his own motion for
summary judgment that he learned of the embellishments and misquotes made by

Mrs. Amey S. Powers. [Doc 106].

16. At no time during the deposition did Plaintiff ever state he had in-dulged in the consumption of eating meat on any Friday. Nor did he ever give an estimated amount of weight loss to attorney Clayton J. Ankney. [Depo./Doc. 121-1, at pg. 64, 81-83.

17. It is the misquotes and embellishments in the deposition that would mislead any reader into thinking that the Plaintiff was not provided a meal of nonmeat supplement for only five (5) percent of the times relevant to this complaint; when it is the opposite that Plaintiff was conveying when attorney was trying to lead him into saying what it appeared he was saying. However, Plaintiff O'Neal was conveying to attorney Ankkney and Mrs. Powers that he was not provided a meatless substitute 95% of the time relevant to this law suit. [Depo./Doc. 121, at pg. 59-16 thru 60-10].

WHEREFORE, it is for all the above reasons that Plaintiff, Aaron O'Neal move this Honorable Court to set aside and strike in its entirety the deposition of Plaintiff recorded November 21, 2019, or provide any such relief as this deem appropriate under the specific circumstances, up to and including sanctions.

Respectfully,

Date: September 25, 2020.

/s/ Aaron O'Neal, pro se

57

1   **A.**   So from my understanding we're supposed to
2       get the vegan because we can't have the
3       kosher because that's a meat. And the
4       lactose is the one with the milk and all
5       that and the eggs and all that. So it's
6       always been, to my understanding, and taught
7       to me that we're supposed to get the vegan.
8   **Q.**   Who told you that?
9   **A.**   That's what it's always been explained to me
10      through the Catholic teaching.
11   **Q.**   Do you have anybody specifically who told
12      you that?
13   **A.**   Like I said, this has always been -- that's
14      what I've always been taught.
15   **Q.**   Okay. Where do you get your understanding
16      that you have to have meatless meals every
17      Friday?
18   **A.**   Well, you just socked me with that one. No,
19      seriously -- no, I think you're a good guy.
20      Seriously, I was going to say, I just did an
21      e-file yesterday, which I'm not sure, maybe
22      you all didn't -- maybe you didn't receive
23      it, but you should have received it. And in
24      there is Exhibit 3 in there, and it states

59

1      lawsuit. So if I don't got no money coming
2      in and my family is not sending me any
3      money, you know what I'm sayin', there's
4      certain times that you got to go over there
5      and you got to pick around the stuff, you
6      know what I'm sayin'. And it's bad that you
7      have to do that because, you know, picking
8      around it is like eating the meat. You
9      might as well say you're eating the meat.
10   **Q.**   So the next question is for the time frame
11      concerning this lawsuit on what percentage
12      of Fridays were you able to have a meatless
13      Friday?
14   **A.**   Just up until this past year when they gave
15      the pizza and the grilled cheese.
16   **Q.**   I'm sorry, my question is for the time of
17      this lawsuit -- I'm sorry, I'm just trying
18      to figure out how to phrase it -- what
19      percentage of Fridays were you able to
20      personally not eat meat? Did that make
21      sense?
22   **A.**   You say through the Fridays?
23   **Q.**   Yes.
24   **A.**   Well, I won't eat the meat on the Fridays,

58

1      in there that Catholics are not supposed to
2      have meat at any Friday throughout the year.
3      So that's why you're saying why I did that,
4      that's our teaching. And this comes from
5      the pope -- not the pope, but the bishop.
6   **Q.**   All right.
7   **A.**   This come from Bishop Jenky. But I've known
8      that since coming up in Catholic -- Catholic
9      school.
10   **Q.**   How often do you eat meat on Fridays?
11   **A.**   I don't.
12   **Q.**   You don't?
13   **A.**   Like I say, I have in the past. You're
14      saying like if I eat it. I don't eat meat
15      on Friday. I abstain from it.
16   **Q.**   But you did say you did eat it on occasion
17      in the past?
18   **A.**   You're saying like a lot, you know. There's
19      times that you've had to break. Because I
20      don't want to lie to you. There's been
21      times where you've actually had nothing in
22      your box, because I'm not working. You
23      know, I can't get a job because they're
24      retaliating against me because of the

60

1      you know what I'm sayin'.
2   **Q.**   I understand. I was asking like so on
3      90 percent of Fridays --
4   **A.**   More than that.
5   **Q.**   95 percent?
6   **A.**   I would say that.
7   **Q.**   So about 95 percent of Fridays through
8      the course of this lawsuit you've been able
9      to not eat meat on Fridays?
10   **A.**   Yes.
11   **Q.**   Okay. You've also said that you attended
12      services on most Tuesdays, correct?
13   **A.**   Correct.
14   **Q.**   And like what percentage of Tuesdays would
15      you say over the course of this lawsuit you
16      were able to attend services?
17   **A.**   I would say a good 90 percent.
18   **Q.**   90 percent? And what was the reason for the
19      10 percent that you missed?
20   **A.**   Whether the institution is on lockdown or I
21      might be in segregation and you can't make
22      it over to service due to you're on lockdown
23      in segregation maybe for a fight or what
24      have you, you know.

**Page 1**

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

AARON O'NEAL,

    Plaintiff,

-vs-       )No. 18-CV-4063-SEM-TSR

JOHN BALDWIN, DIRECTOR,
ILLINOIS DEPARTMENT OF
CORRECTIONS, in his
official and individual
capacity; MANUEL ROJAS,
in his official and
individual capacity;
STEPHANIE DORETHY, in her
official and individual
capacity; FREDDIE
BRITTON, in his
official and individual
capacity; ROBERT
RODRIGUEZ, in his
official and individual
capacity, JOE LAHOOD, in
his official and
individual capacity JOHN
FROST, in his official
and individual capacity;
STEVE GANS, in his
official and individual
capacity, MELISSA
PHOENIX, in her official
and individual capacity,

    Defendants.

)DEPOSITION OF
)AARON O'NEAL

**CIRCUIT WIDE REPORTING**
P.O. Box 643
Galesburg, Illinois 61402
(309) 343-3376
circuitwidereporting@gmail.com

---

**INDEX**

WITNESS
AARON O'NEAL
  Examination by Mr. Ahmad    8 - 47
  Examination by Mr. Ankney    47 - 123
  Further Examination by Mr. Ahmad  123 - 143
  Further Examination by Mr. Ankney  143 - 155
  Further Examination by Mr. Ahmad  155 - 159
  Further Examination by Mr. Ankney  159 - 164
  Certificate of Reporter    165 - 166

EXHIBITS
  Deposition Group Exhibit A    139

---

**Page 2**

THE DEPOSITION OF AARON O'NEAL, before Amy S. Powers, Illinois CSR 084-003053, RPR 038540, a Notary Public, on Thursday, the **21st** day of **November 2019**, commencing at the hour of 9:24 a.m., at Henry Hill Correctional Center, 600 Linwood Road, in the City of Galesburg, County of Knox, and State of Illinois.

PRESENT:

AARON O'NEAL
Henry Hill Correctional Center
600 Linwood Road
Galesburg, Illinois 61401
  appearing Pro Se;

CLAYTON ANKNEY, ESQ.
Illinois Attorney General's Office
500 South Second Street
Springfield, Illinois 62706
cankney@atg.state.il.us
  on behalf of John Baldwin, Manuel
  Rojas, Stephanie Dorethy, Freddie
  Britton, John Frost, Steve Gans, and
  Melissa Phoenix;

SYED E. AHMAD, ESQ.
Heyl, Royster, Voelker & Allen
300 Hamilton Boulevard
Peoria, Illinois 61602
sahmad@heylroyster.com
  on behalf of Robert Rodriguez
  and Joe LaHood.

---

**Page 4**

(Witness sworn.)

**AARON O'NEAL,**

having been first duly sworn, was examined and testified on his oath as follows:

MR. O'NEAL: I want a copy of everything that takes place today of this deposition. And I also would like to mention that although you are deposing me today, I've asked for interrogatories and production of documents in which neither firm out of Clayton Ankney and Perkins did not answer. And I just filed that yesterday in the United States District Court asking you to compel to the interrogatories and production of documents and a request for admissions, both firms, that you did not answer on September 18, 2019, September 20, 2019, and October 9 of 2019.

Those interrogatories and production of documents has not been answered by either firm -- by either firm.

MR. AHMAD: Okay. Anything else you

```
1    want to add?
2            THE WITNESS:  No, that's it.
3            MR. AHMAD:  All right.  So I'm
4    going -- so the way a deposition would work
5    here is this is an opportunity for myself
6    and Mr. Ankney to ask you a series of
7    questions about your case, and everything
8    is being placed on the record.
9            Now, have you ever done a
10   deposition before?
11           THE WITNESS:  No.
12           MR. AHMAD:  Okay.  So I'll start with,
13   first of all can you state your name for
14   the record, spelling your last name.
15           THE WITNESS:  Aaron O'Neal.  Last name
16   O-N-E-A-L.  That's apostrophe between the O
17   and the N.
18           MR. AHMAD:  And you indicated this is
19   your first deposition ever?
20           THE WITNESS:  Yes, sir.
21           MR. AHMAD:  So just some basics that I
22   would like to go over with you.  As you can
23   see, we have a court reporter today typing
24   down what's being said.  So one of the
```

```
                                            6
1    grounds rules is make sure only one person
2    is talking at a time.  So if I'm talking,
3    let me finish, even though you may know the
4    answer.  And I will wait until you're done
5    before I ask you anything.  Does that make
6    sense?
7            THE WITNESS:  Yes.
8            MR. AHMAD:  And on top of that, I
9    would say, you know, I know we're having a
10   conversation, but sometimes I'll ask you a
11   yes or no question and you may nod or shake
12   your head.
13           I may know what you're saying, but
14   the court reporter cannot transcribe that,
15   so anytime you have to say yes, say yes,
16   anytime you have to say no, say no.
17           Whatever you need to say, you
18   know, say it on the record so she can take
19   it down.
20           Do you have any questions right
21   now?
22           THE WITNESS:  Like I said, I'm not as
23   fast as she is, but every question that you
24   ask, I would like a little time to jot it
```

```
1    down, because I'm going to jot down the
2    questions that's being answered.
3            MR. AHMAD:  That's fine.  And I'll be
4    mindful of that.
5            Also at the same time if there are
6    any questions that you may or may not
7    remember, you can let me know.  If you need
8    to change it down the road, let me know and
9    we can revisit that, especially if you
10   forget or whatever it may be.
11           Does that all make sense?
12           THE WITNESS:  Yes.
13           MR. AHMAD:  Are you feeling well
14   today, well enough to answer?
15           THE WITNESS:  Yes.
16           MR. AHMAD:  Are you on any medications
17   today?
18           THE WITNESS:  No.
19           MR. AHMAD:  Do you feel like are there
20   any mental issues that might be distressing
21   you today?
22           THE WITNESS:  No.
23           MR. AHMAD:  So you feel that you would
24   be able to answer all the questions to the
```

```
                                            8
1    best of your ability?
2            THE WITNESS:  Yes, to the best of my
3    ability.
4            MR. AHMAD:  Okay.  With that said, I
5    would like to begin.
6
7    EXAMINATION BY MR. AHMAD:
8    Q.  You have brought suit against various
9        defendants.  Can you just give us a brief
10       background as to why you brought suit?
11   A.  Well, me and the Catholics have been
12       deprived having a non-meat Lenten meal for
13       14 1/2 years.  This has been an ongoing
14       process and procedure here at the Hill
15       Correctional facility.
16   Q.  Can you tell us specifically why you were
17       suing each of the individuals?
18   A.  Because every defendant that's named in the
19       complaint bears some form of negligence in
20       this proceeding.
21   Q.  Okay.  And who is the primary person that
22       you feel is responsible here?
23   A.  I would say the Catholic Church.
24   Q.  Okay.  And why is the Catholic Church
```

**Page 9**

1 | responsible?

2 | A. | Because they did not advocate on our behalf

3 | when we have spoken to them every year that

4 | I've been here since 2005 leading up 'til

5 | now informing them of what's been going on .

6 | And, you know, they always told us that

7 | they'll look into it, look into it, but

8 | every year that goes by, no meal.

9 | Q. | Did you ever sue the Catholic Church?

10 | A. | No, I've never sued anyone.

11 | Q. | So have you been part of any lawsuit other

12 | than your criminal cases?

13 | A. | I've never sued anyone.

14 | Q. | Have you ever been sued?

15 | A. | No.

16 | Q. | The Complaint that you wrote initially, you

17 | indicated that Mr. Manuel Rojas is

18 | responsible for arranging and approving

19 | religious meals.

20 | A. | Yes.

21 | Q. | So what was his role in all of this?

22 | A. | Well, it's 45 days before Lent you have to

23 | notify the chaplain if you want to partake

24 | in the Lent meal.

**Page 11**

1 | Q. | Which is what year?

2 | A. | Since 2005 here at Hill Correctional Center .

3 | Q. | And as of 2018 they've been providing you

4 | the forms in advance?

5 | A. | Never.

6 | Q. | They still have not provided you the forms?

7 | A. | Just 2018 was the first time ever that he

8 | finally got them out to Catholic inmates.

9 | Q. | Okay.

10 | A. | Prisoners, inmates, whatever.

11 | Q. | And where would you normally get forms?

12 | A. | Through Chaplain Rojas. Every other

13 | religion, Jewish, Muslim, they get them on

14 | time, they get them in the mail. Catholics

15 | have never gotten them until 2018.

16 | Q. | Now, just to kind of give me an idea on the

17 | process and procedures, is there a place for

18 | you to access forms in general?

19 | A. | What do you mean by "access forms"?

20 | Q. | Like if there are any forms that you need

21 | for requesting things or sending out

22 | grievances, where do you get them?

23 | A. | He's got to send them to you. You can't

24 | send them in yourself, because see, that

**Page 10**

1 | Q. | Okay.

2 | A. | So every year that, like I said again, I've

3 | been here, I would contact Mr. Rojas in

4 | person, because, you know, chapel is every

5 | Tuesday for the Catholics. And his office

6 | is adjoining right -- it's connected to the

7 | chapel.

8 | So I would go in there, speak to

9 | him or, you know, catch him when I can and

10 | tell him, "Well, you know, the Lent is

11 | coming up; are you going to send up the

12 | forms so the Catholics can fill them out and

13 | give them back to you so we can get our

14 | meal?"

15 | And he would always say, "Well,

16 | you know, it's being looked into," and this

17 | and that, but never no -- I'm trying to

18 | think. The request -- the request document

19 | was never sent out until what, 2018.

20 | Q. | Okay. And when did this first start

21 | occurring for you where you wanted -- where

22 | you wanted the form, but the form was not

23 | given to you?

24 | A. | Since I've been incarcerated.

**Page 12**

1 | document there has to be signed off on by

2 | the chief administrator officer. So it's

3 | got to go by procedure. I should have

4 | brought that form with me. It's a form --

5 | it's in the -- it's in the Complaint as

6 | well, the request form that you send out for

7 | for the accommodation to be provided the

8 | meal. And it's a number on the bottom of

9 | it. It has to be on that form. And the

10 | only way you can get that form is through

11 | the chaplain, Rojas. That's it right there.

12 | At the bottom is a number. Should be the

13 | right-hand corner. Yeah, down here at the

14 | bottom.

15 | Q. | And the form you're referring to is DOC0388 ?

16 | A. | Yes. That's the form that's got an issue

17 | throughout the institution in order for you

18 | to sign and return back to the chaplain.

19 | And then once he sends it in, then the chief

20 | administrator officer has to sign off on

21 | whether it's going to be approved or denied.

22 | Q. | And who is the person that is in charge of

23 | sending that form to you?

24 | A. | Chaplain Rojas.

**Page 13**

1  Q.  And what did you say Chaplain Rojas's role
2      was?
3  A.  He's the head chaplain -- he was the head
4      chaplain of Henry Hill Correctional Center
5      since I've been here, but he's since
6      retired.
7  Q.  When did he retire?
8  A.  If I'm not mistaken, he retired sometime
9      this year or late last year. I just know
10     that he stopped showing up and then the word
11     got around that he retired, so I don't know
12     exactly what date he actually retired.
13 Q.  Now, so in 2018 he provided the form to you?
14 A.  Yes.
15 Q.  In 2019?
16 A.  2018.
17 Q.  What about 2019?
18 A.  2019 he didn't provide the form.
19 Q.  Who provided the form?
20 A.  Nobody.
21 Q.  You did not get the form in 2019 either?
22 A.  No.
23 Q.  Did you request a form in 2019?
24 A.  There was no one -- oh, yes, I did. And

**Page 14**

1      it's funny that you say that, because it
2      just dawned on me, I had to write the
3      warden, which is Warden Williams, and let
4      him know that by Rojas being retired, who
5      would we send our request asking that we be
6      provided a meal.
7          So they got a new chaplain here.
8      No one knew her name at the time. So we get
9      a paper back in the mail stating that
10     chaplain, but no name, Chaplain has been
11     brought to my attention that the Lent is
12     coming and you guys will be provided the
13     meal, but no forms ever issued.
14 Q.  Okay. Did you request the new chaplain --
15     the form?
16 A.  Well, I requested that in the original
17     grievance. I asked that he be taken out of
18     that stead and replaced with someone who was
19     non-biased against Catholic prisoners.
20 Q.  I'm asking in 2019.
21 A.  No.
22 Q.  In 2019 did you request the form from the
23     chaplain?
24 A.  I requested -- there was no chaplain that we

**Page 15**

1      knew of since Rojas retired. So that had --
2      I sent the form, that one, to the warden,
3      Warden Williams.
4  Q.  Warden Williams?
5  A.  Yeah.
6  Q.  Then Williams responded and said just ask
7      the chaplain?
8  A.  No. He forwarded it to whoever chaplain was
9      at this time.
10 Q.  This year?
11 A.  Yeah. And they send it back with no name
12     stating "Chaplain" at the bottom, that it's
13     been brought to their attention about the
14     Lent and that we will be provided the meal,
15     meaning the Catholic, but no forms ever
16     issued.
17 Q.  Were you provided the meal that was
18     appropriate in 2019?
19 A.  They gave it to the whole institution. Now,
20     see, that's the difference. Say with the
21     Muslims, if you're doing Ramadan, you got to
22     fill out that same form, and if you Jewish,
23     you got to fill that same form. And they
24     don't give it to the entire institution.

**Page 16**

1      However, with no chaplain that we knew of at
2      the time, just someone saying "Chaplain," I
3      don't know if they were going through --
4      whether there was one appointed, one was
5      going to be appointed or not, but they just
6      gave this meal to the entire institution.
7          So we never got a form. You never
8      had to sign anything. So that year they
9      gave grilled cheese for lunch and pizza for
10     dinner, or vice versa, the menus would flip,
11     per Friday for 2019.
12 Q.  So in 2019 you were able to observe Lent?
13 A.  2019 the entire institution, but not as
14     being recognized as a Catholic Lent meal.
15     That was a meal for the entire institution.
16 Q.  But you were able to observe Lent in 2019,
17     yes or no?
18 A.  I wouldn't say Lent. But we were provided a
19     meal of grilled cheese and pizza for 2019.
20 Q.  And the pizza was vegetarian?
21 A.  It was non-meat on that --
22 Q.  There was no meat on there?
23 A.  No.
24 Q.  So did -- by eating the grilled cheese and

**19**

1  the pizza did you violate the Lent
2  requirements?
3  A.  No.
4  Q.  So just for the sake of informing me, what
5  exactly do you believe are your requirements
6  for Lent?
7  A.  We're not supposed to have meat not just for
8  Lent, but Catholics aren't supposed to
9  consume meat prior to any Friday of the
10  year.
11  Q.  Have you -- now, at some point you did
12  receive Form DOC0388; is that correct?
13  A.  That was in 2018 again.
14  Q.  Did you fill it out in 2018?
15  A.  Yes, I did.
16  Q.  And in that form -- do you have a copy of
17  that form?
18  A.  It's in --
19  Q.  A filled-out form?
20  A.  Yes.
21  Q.  And did you request meatless every Friday,
22  or just Friday during Lent period?
23  A.  No, it states on there what we're supposed
24  to have. It's a meatless meal throughout

**19** (right column)

1  DOC0388?
2  A.  No, because that doesn't -- that doesn't
3  consist of that, you know. You're just
4  asking to be fed a non-meat meal on Fridays.
5  Q.  For religious reasons?
6  A.  Yes.
7  Q.  But you did not -- so, okay.
8  When you did fill out DOC0388,
9  that was specific to Lent?
10  A.  Yes, that's what that form is pertaining to.
11  Q.  And that is all that you asked for in
12  writing?
13  A.  Whatever that form pertains to.
14  Q.  Did you at any time fill out any form or any
15  letter, anything in writing, requesting that
16  you be given meatless Fridays every Friday?
17  A.  The 2018, that's the only form.
18  Q.  That's the only form you filled, but that
19  was just for the Lent period?
20  A.  Yes.
21  Q.  So the only requirement that you feel that
22  wasn't met for which you brought this
23  grievance is that you were not given
24  meatless options on Fridays during Lent,

**18**

1  the whole Lent.
2  Q.  Just Lent?
3  A.  Yeah.
4  Q.  So you didn't ask for the whole -- every
5  Friday?
6  A.  We're not supposed to have meat period
7  again, once again.
8  Q.  That's not the question. My question is did
9  you ask that you not --
10  A.  No, we don't ask -- we don't ask -- all we
11  ask is that we be fed a Lent meal.
12  Q.  Okay. So you --
13  A.  However they honor it and give it to us,
14  that's another question. But you know. .
15  .
16  Q.  Okay. So you only ask that you be provided
17  meatless Fridays during Lent period, yes or
18  no?
19  A.  I would ask -- you asked me a question. Can
20  I answer it?
21  Q.  Sure.
22  A.  I'm requesting and have requested to not be
23  fed meat period on Fridays.
24  Q.  And did you do that in writing using

**20**

1  correct?
2  A.  Fridays in general. We keep -- this is
3  being redundant because we keep going back
4  and forth. It's being redundant. It's
5  Friday in general.
6  Q.  I'm asking about the Lent period. Any
7  other --
8  A.  I think you need to take time out to read
9  the form, because on the form, you know what
10  I'm saying, it doesn't require what you're
11  asking that I provide on the form.
12  Q.  Okay.
13  A.  You know, you're asking me do I put that
14  down on the form that I want to be fed all
15  Fridays. That's not what that form pertains
16  to.
17  Q.  Let me rephrase my question. Was your
18  request anything other than being provided
19  food that was meatless?
20  A.  That's what the form consists of.
21  Q.  I'm asking you did you have any other
22  request, or was your request only for
23  meatless Friday?
24  A.  For meatless Fridays.

23

| # | | |
|---|---|---|
| 1 | Q. | Nothing else? |
| 2 | A. | For meatless Fridays. |
| 3 | Q. | No, I'm asking you questions -- |
| 4 | A. | We're going in circles. |
| 5 | Q. | Look, you're not answering -- |
| 6 | A. | I am answering your question. I'm not |
| 7 | | giving you the answer that I guess you're |
| 8 | | expecting me to give you. But my answer |
| 9 | | will not change. You can re-form the |
| 10 | | question as many times as you want to or |
| 11 | | over and over again, but I'm going to keep |
| 12 | | giving you the same answer. That's what I'm |
| 13 | | saying, it's becoming redundant. |
| 14 | Q. | Can I rephrase my question and then you can |
| 15 | | decide what you need to answer? |
| 16 | | My question is was there any other |
| 17 | | religious obligation that you felt you had |
| 18 | | that you requested that the facility did not |
| 19 | | provide to you? |
| 20 | A. | Again, I said on the same answer to the -- |
| 21 | Q. | Any other, any other? |
| 22 | A. | It's asked and answered. |
| 23 | Q. | I'm saying any other? |
| 24 | A. | Asked and answered. |

23

| # | | |
|---|---|---|
| 1 | | been here, meat. You're saying how many |
| 2 | | times have meat been served? |
| 3 | Q. | During Lent. |
| 4 | A. | Yes, it's been served to Catholics, meat, |
| 5 | | throughout the whole time I've been here |
| 6 | | since that 2019 which I just spoke to you |
| 7 | | that they gave it to the whole institution. |
| 8 | Q. | So 2019 they did not give you meat on |
| 9 | | Fridays during Lent? |
| 10 | A. | No. |
| 11 | Q. | 2018? |
| 12 | A. | Meat. |
| 13 | Q. | You got meat? |
| 14 | A. | Yeah. All throughout from '18 back -- |
| 15 | Q. | Despite filling out the form, you got meat? |
| 16 | A. | We never filled out the form. Only that one |
| 17 | | time which came out in 2018. |
| 18 | Q. | Yeah, so in 2018 did you get meat or no on |
| 19 | | Fridays? |
| 20 | A. | We got meat. We didn't even get the meal |
| 21 | | that we signed up for, which was that form, |
| 22 | | which we were supposed to been given a |
| 23 | | non-meat diet, and we still wasn't given to |
| 24 | | it because the warden, the chief officer at |

22

| # | | |
|---|---|---|
| 1 | Q. | So no other. Okay. |
| 2 | | When was the first year you |
| 3 | | requested Form DOC038 -- |
| 4 | A. | Since I been incarcerated, 2005 leading up |
| 5 | | even 'til, 2019. |
| 6 | Q. | And who did you request? |
| 7 | A. | I asked -- that's been asked and answered. |
| 8 | | I told you, Chaplain Rojas. |
| 9 | Q. | Okay. Every year? |
| 10 | A. | Yes. Except 2019, because he was not here |
| 11 | | for that one. |
| 12 | Q. | When was the first year you were able to |
| 13 | | observe meatless Fridays during Lent? |
| 14 | A. | As of -- as consisting of the form, it has |
| 15 | | not been honored 'til this day. For the no |
| 16 | | form -- see, that's what I'm saying. I |
| 17 | | guess you haven't read this form. This form |
| 18 | | consists of -- |
| 19 | Q. | Again, that's not my question. My question |
| 20 | | is when was the last time that you were not |
| 21 | | able to -- or that you were only being |
| 22 | | provided meat on Fridays during the Lent |
| 23 | | period? |
| 24 | A. | It's been provided every Friday that I've |

24

| # | | |
|---|---|---|
| 1 | | the time, Defendant Dorethy, never signed |
| 2 | | off on it once Chaplain Rojas circulated the |
| 3 | | forms to the Catholic parishioners of Henry |
| 4 | | Hill; she wouldn't sign off on it for |
| 5 | | whatever reason. |
| 6 | Q. | So just to get better reflection of what |
| 7 | | you're saying, in 2019 the whole prison got |
| 8 | | meatless Fridays during Lent? |
| 9 | A. | I wouldn't say a meatless Friday. That was |
| 10 | | just the meal provided to the institution. |
| 11 | | You keep saying meatless Friday as though |
| 12 | | like that was a Catholic meal. |
| 13 | Q. | No, I'm not saying Catholic. Did I say |
| 14 | | Catholic? Did I say Catholic? No, hold on, |
| 15 | | hold on. Did I say Catholic? I said |
| 16 | | meatless Friday. |
| 17 | A. | Okay. Well, that was given to the whole |
| 18 | | entire institution. |
| 19 | Q. | That's what I said, right? So the entire |
| 20 | | institution in 2019 -- |
| 21 | A. | Was fed pizza and grilled cheese. |
| 22 | Q. | No meat on Fridays. |
| 23 | A. | And breakfast was sausage, which is meat. |
| 24 | Q. | Sure. |

**25**

| | | |
|---|---|---|
| 1 | A. | And so forth. |
| 2 | Q. | In 2018 it's your testimony that you filled |
| 3 | | out the form? |
| 4 | A. | Yes, I did. |
| 5 | Q. | But the prison did not accommodate you? |
| 6 | A. | They did not honor it, yes. |
| 7 | Q. | Okay. But it's your belief that Chaplain |
| 8 | | Rojas forwarded that form to the prison |
| 9 | | warden? |
| 10 | A. | He did. Because the Catholics here filled |
| 11 | | that form out and returned it to him. But |
| 12 | | once again, the warden, the chief |
| 13 | | administrative officer, would not sign off |
| 14 | | on it. |
| 15 | Q. | Okay. |
| 16 | A. | So we were not provided 2018 the meatless |
| 17 | | meal that we signed up for. |
| 18 | Q. | What did they give you as food on Fridays |
| 19 | | during Lent in 2018? |
| 20 | A. | It varies, you know. |
| 21 | Q. | Okay. |
| 22 | A. | You would have to pull the list of the |
| 23 | | Dietary because it's in there what was |
| 24 | | given, which you would have probably |

**26**

| | | |
|---|---|---|
| 1 | | spaghetti with meat or so forth or whatever. |
| 2 | | I can't tell you off the top of my head |
| 3 | | exactly every Friday of 2018 exactly what |
| 4 | | the meal was, but it wasn't consisted of a |
| 5 | | non-meat religious meal for Catholics in |
| 6 | | that year dating back to 2005. |
| 7 | Q. | So tell me what was the role of Stephanie |
| 8 | | Dorethy here? |
| 9 | A. | She's the chief administrator, you know. |
| 10 | | She signs off as well as the request forms |
| 11 | | and as far as anything dealing with the |
| 12 | | religions. But now it's been told to me |
| 13 | | and -- which Mr. Ankney I'm quite sure knows |
| 14 | | about that, because I got that in the mail, |
| 15 | | she stated that she relinquished those |
| 16 | | duties to her assistant warden, which we |
| 17 | | never knew anything about that. |
| 18 | Q. | Okay. So what you're saying is once you |
| 19 | | filled out the forms, you were going to give |
| 20 | | it to Rojas -- |
| 21 | A. | That's who you returned it to. |
| 22 | Q. | -- and Rojas would then give it to |
| 23 | | Stephanie? |
| 24 | A. | Yes. |

**27**

| | | |
|---|---|---|
| 1 | Q. | And then what about Freddie Britton? |
| 2 | A. | That's the food supervisor who was denying |
| 3 | | the meal to be issued to the Catholic |
| 4 | | inmates. |
| 5 | Q. | Okay. Did you talk to Freddie? |
| 6 | A. | Yes, personally. |
| 7 | Q. | Do you know if the warden directed Freddie |
| 8 | | to do anything? |
| 9 | A. | I can't tell you if the warden, because I |
| 10 | | wouldn't have been present for a |
| 11 | | conversation such as that. |
| 12 | Q. | But Freddie would normally listen to what |
| 13 | | the warden says? |
| 14 | A. | I can't tell you that. |
| 15 | Q. | You don't know. Okay. |
| 16 | | What about John Frost, what's his |
| 17 | | role? |
| 18 | A. | He was a counselor during the time that I |
| 19 | | filed this grievance, and he was promoted to |
| 20 | | going to be the grievance officer after |
| 21 | | Mr. Gans that was once the grievance officer |
| 22 | | retired, and now Mr. Frost is retired. And |
| 23 | | I don't know who our grievance officer is |
| 24 | | now. |

**28**

| | | |
|---|---|---|
| 1 | Q. | Okay. So what does he do, John Frost or |
| 2 | | Steve Gans? |
| 3 | A. | Well, during the time that I filed this |
| 4 | | grievance, when you file a grievance, you |
| 5 | | send it to your counselor and he looks into |
| 6 | | your grievance to see if he can resolve the |
| 7 | | problem. |
| 8 | Q. | Okay. So he's one of the grievance |
| 9 | | officers? |
| 10 | A. | Yes, he's a counselor. |
| 11 | Q. | Counselor. |
| 12 | A. | You could say counselor/grievance officer. |
| 13 | Q. | Okay. And same thing with Steve Gans? |
| 14 | A. | Steve Gans was officially the grievance |
| 15 | | officer. After your grievance leaves the |
| 16 | | counselor, and if he doesn't solve it, you |
| 17 | | pass it on to the grievance officer, which |
| 18 | | was Gans at the time, Steven Gans. |
| 19 | Q. | Who is Melissa Phoenix? |
| 20 | A. | She at the time was the Administrative |
| 21 | | Review Board officer at the time in |
| 22 | | Springfield -- |
| 23 | Q. | Okay. |
| 24 | A. | -- under the director. |

```
 1   Q.  And you took it all the way through the
 2       Administrative Review?
 3   A.  Yes, I did.
 4   Q.  And she denied the claim?
 5   A.  Yes.
 6   Q.  Okay. Makes sense.
 7              Now, in terms of the process, so
 8       when you're asking for religious
 9       accommodation, especially dietary, which
10       is -- which was the case here, normally you
11       would go to the chaplain, and you said you
12       went to Chaplain Rojas every year?
13   A.  Yes.
14   Q.  And was Chaplain Rojas in charge --
15   A.  Yes, that's it -- that's his duties.
16   Q.  Okay. He was the guy in charge of the
17       Catholic --
18   A.  He's in charge --
19   Q.  -- chaplains?
20   A.  He's the head chaplain of everything. If
21       you got -- you're Muslim, Jewish, whatever,
22       any type of religious accommodation that you
23       needed or wanted, you have to get it
24       approved through him and speak to him
```

```
                                                    30
 1       personally.
 2   Q.  So he's the head chaplain period?
 3   A.  He's the head chaplain, or was, of Henry
 4       Hill.
 5   Q.  Or was. And is he Catholic?
 6   A.  No.
 7   Q.  He was not?
 8   A.  No.
 9   Q.  As far as you know, all requests for
10       religious accommodations would go through
11       Chaplain Rojas?
12   A.  Yes.
13   Q.  So if you made a request to a Catholic
14       chaplain, he would have to go to Chaplain
15       Rojas with the form?
16   A.  That who did? The chaplain?
17   Q.  Yes, let's say -- were there multiple
18       chaplains?
19   A.  Yes. You got like the ones you represent,
20       you have -- at the time this grievance was
21       filed, you had three deacons coming in at
22       that time.
23   Q.  Okay. Okay. And who were the three
24       deacons?
```

```
                                                    31
 1   A.  You had Deacon Rodriguez, Deacon O'Toole,
 2       and Deacon Pat, which I guess was Patrick,
 3       but I don't know his last name.
 4   Q.  Okay. And then if you were to talk to them
 5       about some issue, they would have to go to
 6       Chaplain Rojas?
 7   A.  Through Rojas to get it approved with the
 8       institution. But anything outside of the
 9       institution, he had to take that up with
10       either whoever is ahead of him, which would
11       be the bishop or cardinal or a priest or
12       someone of that nature.
13   Q.  Okay. So let's go to Robert Rodriguez. He
14       was one of the deacons?
15   A.  Yes. Still is.
16   Q.  What about Joe Lahood?
17   A.  Joe Lahood is a deacon too. He's the prison
18       ministry deacon of the Peoria Archdiocese.
19   Q.  Does he come to the prison as well?
20   A.  Well, it's funny that you mention that,
21       because the whole time that I've been here,
22       14 1/2 years, and he's been the head of the
23       prison Catholic ministry, no Catholic here
24       has ever met him, done any fellowship with
```

```
                                                    32
 1       the Catholic parishioners of Henry Hill
 2       Correctional Center for whatever reason.
 3   Q.  So you've never met Lahood?
 4   A.  No, I've never met him.
 5   Q.  For all you know, he just lives in Peoria
 6       and works out of the Peoria diocese?
 7   A.  I just know of him through Deacon Rodriguez
 8       and Chaplain Rojas.
 9   Q.  Okay. Do you know how he's personally
10       involved in all of this?
11   A.  Well, by him being the head, as you say, of
12       the Catholic ministry, like issues such as
13       this, when I would speak to Rodriguez or
14       Mr. O'Toole, they would always say, well,
15       you know, I have to speak to Deacon
16       O'Toole -- I mean, not O'Toole, Deacon
17       Lahood because you got two, O'Toole and
18       Lahood. He said I would have to speak to
19       Lahood and see where is this gonna go.
20              It's like an imposter. We are
21       hearing of someone, but we've never actually
22       see him, but we know he exists because of
23       through the Catholic Church.
24   Q.  So again, I'm trying to picture this in my
```

33

1    mind. So correct me where I'm wrong here.
2    So you would talk to let's say Deacon
3    Rodriguez, and Deacon Rodriguez had
4    essentially two channels or two bosses. One
5    would be Chaplain Rojas --
6  A. Rojas.
7  Q. -- for prison stuff like --
8  A. Right. And then you'd have to get in
9    contact with either Lahood or Bishop Jenky
10   at the Peoria Archdiocese.
11 Q. For the religious aspect?
12 A. Yes.
13 Q. Not the -- necessarily the prison
14   administration and so on?
15 A. Prison administration you have to deal with
16   Chaplain Rojas or the warden, whoever is
17   running the institution at the time.
18 Q. So Lahood was strictly on the religious side
19   directing and controlling what Rodriguez was
20   doing?
21 A. Yes.
22 Q. But not on the prison side or administrative
23   side?
24 A. I've never met him.

35

1    Rodriguez had become a deacon, because at
2    the start of when I first came here, Deacon
3    Rodriguez was not a deacon. He just used to
4    come here and volunteer with O'Toole.
5  Q. Okay.
6  A. Then there came a time that he got ordained,
7    and I think that was in 2012 I believe, from
8    the paperwork that they filed. And I had
9    asked him in 2016 about the religious meal,
10   because I've never brought that to him
11   personally before up until that person --
12   that time. And he told me --
13 Q. Who is "he"? O'Toole?
14 A. No.
15 Q. Rodriguez?
16 A. No, no, no, you're right, O'Toole told me
17   that Robert Rodriguez is in charge.
18       And I'm like, "Whoa, Robert
19   Rodriguez is in charge. I always was under
20   the --"
21 Q. In charge of what?
22 A. Of anything that's dealing with the
23   Catholics here --
24 Q. At the prison?

34

1  Q. Okay. Has he ever communicated with you in
2    any way?
3  A. Who?
4  Q. Lahood.
5  A. Lahood? Never fellowship with any Catholic
6    prisoners on any aspect, whether in person
7    or in writing.
8  Q. Now, let's talk about Deacon Rodriguez.
9    When was the first time you reached out to
10   Deacon Rodriguez? And that's Robert
11   Rodriguez, correct?
12 A. Yes.
13 Q. Regarding the Lent meals.
14 A. Well, see, and the reason why I say this
15   kind of gets tricky is because I was
16   hoodwinked into something, and that's
17   brought into the grievance which I will
18   point out.
19       I was always under the impression
20   that Deacon Joe O'Toole was the head deacon
21   down here, because as I told you before,
22   there was three deacons, Deacon O'Toole,
23   Deacon Rodriguez, and Deacon Pat. So the
24   one year after I had known that Deacon

36

1  A. -- at Henry Hill Correctional Center. So
2    you've got three deacons, so you don't know
3    who's who. All you know is this guy's a
4    deacon, this guy's a deacon, this guy's a
5    deacon. Well, who's the head deacon here,
6    you see what I'm saying?
7  Q. Okay.
8  A. So O'Toole told me that it was Robert
9    Rodriguez. But now I come to find out that
10   O'Toole never stopped being the head deacon
11   of Henry Hill Correctional Facility.
12 Q. Okay. So when did you first start talking
13   to Rodriguez?
14 A. About the Catholic meals?
15 Q. In general. In general.
16 A. Well, like I said, I would have no reason to
17   bring to Rodriguez anything about the forms
18   other than we're not being fed. I told him
19   that since the whole time that he's been
20   coming with O'Toole, I told him that we're
21   not being fed our meals.
22 Q. Okay.
23 A. And he would say, you know, "I'll take this
24   up with Bishop Jenky," you know.

39

| | | |
|---|---|---|
| 1 | Q. | Okay. |
| 2 | A. | Why take it up with Bishop Jenky? You need |
| 3 | | to be taking that up with Chaplain Rojas. |
| 4 | Q. | And did you -- when did you first mention to |
| 5 | | Rodriguez that he needs to take this issue |
| 6 | | up with Rojas? |
| 7 | A. | Well, like I said, I talked to him since I |
| 8 | | been here, because Rodriguez -- Rodriguez |
| 9 | | was here before I transferred into Hill |
| 10 | | Correctional Center. So he was here before |
| 11 | | '05. But since I've been here, I've always |
| 12 | | talked to Rodriguez and O'Toole and Deacon |
| 13 | | Pat about not being fed the Lent meals. |
| 14 | Q. | Okay. So you talked to them about not being |
| 15 | | fed about the Lent meals, but did you ever |
| 16 | | tell Rodriguez that he needs to talk to |
| 17 | | Rojas? |
| 18 | A. | No, that wasn't until 2016. |
| 19 | Q. | 2016? |
| 20 | A. | Because he's a deacon for sure now that I |
| 21 | | know of. |
| 22 | Q. | Okay. And in 2016 you told Rodriguez that |
| 23 | | he needs to talk to Rojas? |
| 24 | A. | Yes. |

40

| | | |
|---|---|---|
| 1 | | being fed, because the people who's supposed |
| 2 | | to have our back, Deacon Rodriguez, Deacon |
| 3 | | O'Toole, and Deacon Pat, and Bishop Jenky |
| 4 | | and Joe Lahood is not even going to bat with |
| 5 | | us. So it's understood why the Illinois |
| 6 | | Department of Corrections isn't following |
| 7 | | the administrative directive, because we |
| 8 | | have no one speaking on our behalf. |
| 9 | Q. | Okay. So your primary concern -- and I'm |
| 10 | | trying to rephrase this, so correct me if |
| 11 | | I'm saying something wrong. Your primary |
| 12 | | concern with Rodriguez and Lahood is that |
| 13 | | they are part of the Catholic religious |
| 14 | | leadership, and they're supposed to take |
| 15 | | care of you, and they're not taking care of |
| 16 | | you by talking to the state or the -- |
| 17 | A. | They're not -- to me they're not doing what |
| 18 | | they supposed to be doing, and that's |
| 19 | | advocating for us and seeing that we are fed |
| 20 | | a Lent meal. |
| 21 | Q. | Okay. So theirs is a failure to advocate -- |
| 22 | A. | And saying we're exempt. That's a big slap |
| 23 | | in the face when they say we are exempt. |
| 24 | | Only one that can say you're exempt from not |

38

| | | |
|---|---|---|
| 1 | Q. | Do you know if he ever did talk to Rojas? |
| 2 | A. | He said he would, but I can't say that he |
| 3 | | did or he didn't. |
| 4 | Q. | Okay. So you're not sure if he actually did |
| 5 | | follow up on that? |
| 6 | A. | Yes, I'm not sure. |
| 7 | Q. | Okay. So why exactly did you bring suit |
| 8 | | against Rodriguez? |
| 9 | A. | Because he know -- he knew of this and he's |
| 10 | | done nothing. And just like the smart |
| 11 | | answers that he gives us in the |
| 12 | | interrogatories and production of documents |
| 13 | | is like, you know, why are we even |
| 14 | | Catholics, because they state they don't |
| 15 | | even advocate for us. It's like because |
| 16 | | we're prisoners, we don't get fed? We're |
| 17 | | not able to be redeemed for our sins, you |
| 18 | | know what I'm saying? But you're bringing |
| 19 | | communion in here, you know. You're giving |
| 20 | | us the bread and you're giving us the blood |
| 21 | | of Jesus, you know what I'm saying, but yet |
| 22 | | you say that we're not entitled to a meal |
| 23 | | and you don't advocate for us? |
| 24 | | So I understood now why we're not |

40

| | | |
|---|---|---|
| 1 | | receiving a meal, and that's God, and that's |
| 2 | | in any document. But, you know, for someone |
| 3 | | to do that, they're infringing on your right |
| 4 | | to practice in the freedom of your religion |
| 5 | | how you choose to practice, you know. |
| 6 | Q. | Okay. So clearly there's a problem with the |
| 7 | | way -- in your opinion, again I don't know, |
| 8 | | in your opinion clearly there is a problem |
| 9 | | with the way Rodriguez is providing |
| 10 | | religious services here at the correctional |
| 11 | | center? |
| 12 | A. | I say this, and it's nothing personal, |
| 13 | | because I honestly do respect Deacon |
| 14 | | Rodriguez and Deacon O'Toole and Deacon Pat |
| 15 | | with the utmost respect. Service is great, |
| 16 | | good gentlemen. But outside of going to bat |
| 17 | | for your parishioners that you come out here |
| 18 | | for, because I know it's tax free, they come |
| 19 | | out here for a reason, you know what I'm |
| 20 | | sayin'? It's not just to come. But at the |
| 21 | | same token you comin' into the institution, |
| 22 | | you supposed to have our back, and you not |
| 23 | | doing that, so that's the problem. But |
| 24 | | outside of that, they decent human beings I |

**41**

```
1        believe, but you should advocate for your
2        parishioners. That's like being an attorney
3        but you're not working for your client.
4    Q.  Right. Do you know if they're employed by
5        the state in any way?
6    A.  No, they're not employed by the state.
7    Q.  Okay. And as far as you know they're
8        volunteers?
9    A.  Yeah.
10   Q.  Now, they don't supervise anybody at the
11       prison, right, in terms of --
12   A.  Yes, they supervise.
13   Q.  Who do they supervise?
14   A.  They supervise the inmates that's at
15       service. Because if there is like so much
16       talking -- I've seen Rodriguez and his wife
17       take contraband off of inmates, which
18       that's -- they're not supposed to do. If
19       you see some contraband being passed, if
20       you're a deacon or something like that, it's
21       not up to you to take that contraband off
22       that person. You have the right by being
23       the deacon to go and inform the officer
24       that's out in the hallway, "Hey, there's
```

**42**

```
1        some interruption in the service. There's
2        guys passing contraband that shouldn't be
3        here. Can you go get that off them?"
4                But when you step in and take the
5        role and you're a security guard and you
6        remove something off an inmate, you know
7        what I'm saying, yeah, you're doing more
8        than what you're supposed to be doing.
9    Q.  Any other way that he supervises anybody?
10   A.  Other than taking contraband from people and
11       maybe taking a person off the list for maybe
12       talking at service, disrupting the service
13       or anything like that, that's the only thing
14       I see that, you know. . .
15   Q.  Does he supervise any employees here at the
16       facility?
17   A.  Nah, nah, they don't supervise.
18   Q.  Can he direct any employee to do anything?
19   A.  He can suggest. I can't say he's -- he's
20       not -- he can -- he can only suggest, give a
21       suggestion, and it's up to them if they want
22       to follow through with it.
23   Q.  So again, so your concern with Rodriguez is
24       that he could have suggested to Chaplain
```

**43**

```
1        Rojas, but he may or may not have done it,
2        correct?
3    A.  Yes, because I don't know if he followed up
4        on it or not. He told us he would. But
5        it's a good thing we're at this too now
6        because -- this just hit my -- this hit my
7        head. The year -- it was the year that
8        Chaplain Rojas finally circulated the forms
9        for the religious meal that was 2018.
10               Now, Deacon Rodriguez has stood
11       before the choir and told the congregation
12       that night that we would not be getting a
13       non-meat meal. It's been told to him, you
14       know what I'm saying, that this problem is
15       just not happening here at Hill Correctional
16       Center, but it was happening throughout the
17       state of Illinois, so there's no need to
18       keep asking them about a Lent meal for it's
19       not gonna happen.
20               Well, it's strange that he stated
21       that, because right when he stated that we
22       let it be known that Rojas after that send
23       us the forms to fill out.
24               And I told him, "I thought when
```

**44**

```
1        you told the congregation that they wasn't
2        gonna honor it, it wasn't being honored,
3        Rojas sent out the form."
4                He said, "Oh, Rojas send out the
5        form?"
6                I'm like, "Yeah."
7                He said, "What did you guys do
8        with the forms?"
9                I said, "We filled them out and
10       sent them back to Rojas."
11   Q.  Okay. But, of course, he can suggest to
12       Rojas, but not direct him, correct?
13   A.  I don't know how that works.
14   Q.  Okay. Well, why didn't you sue O'Toole?
15   A.  Well, I'm not saying that I'm not going to.
16   Q.  Okay.
17   A.  I might amend him. I might to amend him.
18   Q.  But why didn't you so far?
19   A.  Because, and I said that in my paperwork, he
20       hoodwinked me. Because when he told me that
21       he's not the head deacon in charge, that
22       Robert Rodriguez is, that put all my focus
23       on Robert Rodriguez, because I'm like,
24       "Since I been knowing, you've been the head
```

1  deacon here."
2          And he's like, "Well, no, Deacon
3  Rodriguez is the head deacon in charge."
4  Q.  Okay.
5  A.  And now I found out that he's still the head
6  deacon of Henry Hill Correctional Center,
7  meaning O'Toole. That's why I said I might
8  amend him.
9  Q.  Now, let me ask you what your impression is
10  about Rodriguez. Do you think he works for
11  the state?
12  A.  No, I know he don't work for the state.
13  Q.  Okay. At any point did you feel that he was
14  acting on behalf of the state or under state
15  power?
16  A.  No, I just say he wasn't acting period as
17  far as doing what he should have done for
18  Catholic parishioners.
19  Q.  Right. Or acting or not acting, do you feel
20  like he was doing it under state power?
21  A.  I don't know why he was doing what he was
22  doing.
23  Q.  But the whole time he was just acting as a
24  deacon of the Catholic Church and not on

1  A.  Well, depends on how he would ask -- you
2  said if he were to ask a question or
3  something like that, it would pertain to
4  what the question might be, you know.
5  Q.  Did he ever order you to do something that
6  was something that the prison should have
7  done?
8  A.  Not offhand that I can think of at the
9  moment.
10  Q.  So anything he was saying to you was more
11  from the religious perspective?
12  A.  Yes.
13          MR. AHMAD:  I don't think I have
14  anything more.
15          MR. ANKNEY:  Mr. O'Neal, we met
16  earlier. I represent the defendants who
17  are employed by the State of Illinois in
18  this case.
19
20  **EXAMINATION BY MR. ANKNEY:**
21  Q.  Earlier you said you were Catholic, correct?
22  A.  Yes.
23  Q.  Is that Roman Catholicism or a different
24  form of Catholicism?

46
1  behalf of the state, correct?
2  A.  Like I said, I don't know how he was acting.
3  Q.  No, no, but the thing is under your
4  impression it's not like he was a state
5  employee, it's not like he was doing --
6  A.  I already answered that. I know he's not a
7  state employee, because he don't wear a
8  uniform.
9  Q.  Right.
10  A.  He's a deacon.
11  Q.  Right.
12  A.  But he does come in the institution and,
13  like I say, he brings communion in here, you
14  know what I'm sayin', but he's not employed
15  by the Illinois Department of Corrections.
16  If that's your question, that's my answer to
17  your question.
18  Q.  Okay. So if he were to order -- and again
19  I'm just trying to get your impression, if
20  he were to order you to do something, would
21  you feel like he's ordering you to do that
22  as a deacon or as somebody from the prison?
23  A.  It could be looked at both ways.
24  Q.  Well, how did you look at it?

48
1  A.  Roman.
2  Q.  All right. So while you have been
3  incarcerated at Hill Correctional Center,
4  what have you done to practice being
5  Catholic?
6  A.  I go to service every Tuesday.
7  Q.  What do you mean be "service"?
8  A.  Catholic services.
9  Q.  Like a mass?
10  A.  No, you only have mass once a month. That's
11  when the priest comes in. Like Deacon
12  Rodriguez, he's not a priest, so he can't
13  hold -- there's certain rituals that he
14  cannot oversee. Only one that can oversee
15  certain rituals such as that would be like a
16  priest, and that only happens once a month.
17  Q.  So you have Catholic services on every
18  Tuesday?
19  A.  Yes, some form of Catholic services, whether
20  you have a Cursillo or Ultreya or a regular
21  Catholic service, and then you have Catholic
22  mass.
23  Q.  Cursillo. What was the second one?
24  A.  Ultreya, slash Ultreya, U-L-T-R-E-Y-A.

49

1  Q.  And there was a third one was there?

2  A.  You got Catholic mass, regular Catholic

3      service. And the Catholic/Ultreya which is

4      the Catholics and Christians coming together

5      on the third Tuesday to integrate with one

6      another.

7  Q.  So have you gone to Catholic services of

8      some sort every Tuesday --

9  A.  Yes.

10 Q.  -- since you've been incarcerated?

11 A.  Well, you know, there's times like, you

12     know, where the institution will be on

13     lockdown or somethin' and we can't make it

14     to service, but for the most part yes.

15 Q.  And so the Cursillo, is that on Tuesday as

16     well?

17 A.  Yes, everything is on Tuesday, except now

18     there is another service which we just did,

19     and that was in I want to say -- it's been

20     put off for so long. It's been for like two

21     years they took it out of admission, so we

22     just had it, but that's another Ultreya, and

23     that takes place on a Friday and ends on a

24     Sunday.

51

1      or mind.

2  Q.  All right. What other things have you done

3      while you were at Hill to practice being a

4      Catholic?

5  A.  Other than just going -- going -- going to

6      service and reading the good book, the word,

7      that's it.

8  Q.  You read the Bible?

9  A.  Yes.

10 Q.  So you have access to a Bible?

11 A.  Yes, I have a Bible.

12 Q.  Where is that, where is the Bible?

13 A.  In my room.

14 Q.  So you're allowed to have a Bible in your

15     room?

16 A.  Yes. You can get one at the service. They

17     provide it.

18 Q.  Is prayer a part of something you do to

19     practice being Catholic?

20 A.  Yes, of course.

21 Q.  Have you done that while you've been at

22     Hill?

23 A.  Yes.

24 Q.  Where do you do your prayers?

50

1  Q.  What do you do at Ultreya?

2  A.  At Ultreya we fellowship with, like I said,

3      the Christians, and we go over certain

4      things as far as pertaining with the Bible

5      as whatever is instructed at that time,

6      whatever they bring in. You know, it varies

7      from whoever is the head speaker that night.

8  Q.  And what happens at Cursillo?

9  A.  Again, people from the outside, volunteers

10     come in. They'll say what's going on in

11     their life. And they'll present you with

12     questionnaires, usually three questions as

13     to like, you know, what have you done to pay

14     it forward in Christ, what do you plan to

15     do, you know what I'm saying.

16         And whatever the question is, you

17     know, and you'll come up. You don't have

18     to, but, you know, the questions will be up

19     there, and if you feel that you have

20     anything to add, you'll go up there and

21     speak on the three questions. And you don't

22     have to to answer the three questions. You

23     can pick one out of the three, but you'll go

24     up there and speak whatever is on your heart

52

1  A.  In my cell. And we pray at church as well.

2  Q.  And during each of the services?

3  A.  Yes.

4  Q.  Are there any other documents that you have

5      that help you practice your religion?

6  A.  No. Because like I say, you know, when you

7      say "practice your religion" it's on the

8      person in general to -- how you choose to

9      practice.

10         Like you and I both can be

11     Christians and you could lay back and say,

12     "Well, you know, I gotta work on Saturday

13     and Sundays because I have to feed my

14     family."

15         And I can say, "Well, I'm

16     Christian and I don't work on Saturday and

17     Sundays because that's my day of rest, so I

18     refuse to work on Saturday and Sundays."

19         So it's all a personal choice on

20     how you choose to practice.

21 Q.  So are you allowed to work Saturdays and

22     Sundays?

23 A.  I don't work period because they refuse to

24     give me a job due to I filed the lawsuit

**53**

1 against the State of Illinois, the
2 Department of Corrections.
3 Q. We actually also talked about some dietary
4 restrictions earlier that you have as a
5 Catholic, correct?
6 A. Yes.
7 Q. And you, I believe you said, aren't allowed
8 to have meat on Fridays?
9 A. Right.
10 Q. Have you ever eaten meat on Friday?
11 A. Yes, I've aten (sic) meat before. I'm not
12 going to lie. I've eaten meat before, yes,
13 because sometimes you don't have nothin ' to
14 eat, you know, if you don't have a job, you
15 know, so you're forced to break your -- what
16 your -- your tradition, what you believe in.
17 Q. Are you talking about prior to being
18 incarcerated, that was when you --
19 A. No, I'm talking about being incarcerated.
20 In the free world, you know, you practice any
21 however you want to. You can practice any
22 way you want to in jail too, but in here you
23 limited to so many things.
24 Q. All right. Can you tell me a little bit

**55**

1 last Friday?
2 A. Last Friday. I would have to look on the
3 meal, because see now they give fish --
4 Q. On Fridays?
5 A. -- on Fridays.
6 Q. On every Friday?
7 A. On every Fridays it's fish now.
8 Q. And how long have they been serving fish on
9 Fridays?
10 A. It's probably been maybe I would say for the
11 last year. But see the thing is about that
12 is, this is the catch, they -- how Friday
13 you have it, you'll have Friday, you'll have
14 fish for lunch, but then at dinner they're
15 giving you Polish sausage or spaghetti with
16 meat or something, you know what I'm saying?
17 But since this lawsuit's been
18 filed, for whatever reason this last year
19 they try to get the fish in there either at
20 lunch or at dinner. But whichever one
21 you're going to get it, you can rest assured
22 the other meal is going to consist of a meat
23 meal in that serving of that meal that
24 night. Or at breakfast time.

**54**

1 about the process of how you go about
2 getting your meals every day?
3 A. Well, you know, you go to the cafeteria.
4 But like I say, for instance, if -- like you
5 have Muslims and you have Jewish. So
6 they're fed -- whatever their tradition is,
7 they're fed yearly. So the form they fill
8 out, it's already in the institution. So
9 when you go to the chow hall, there's a
10 form. You're standing in line and you'll
11 go, "Well, I need a kosher tray."
12 "Well, who are you?"
13 "I'm Mr. Johnson."
14 And then they'll look on this and
15 then they'll have you sign stating that you
16 just been served your kosher tray.
17 Q. Sure. I understand that. So when you go to
18 chow are there different meals that you can
19 pick from?
20 A. No.
21 Q. So you have to eat whatever is --
22 A. You don't have to eat it, but you have to
23 take a tray.
24 Q. Okay. So, for example, what did you eat

**56**

1 Q. So what types of meats do they serve you on
2 Fridays?
3 A. Like I said, Polish, hamburger, meatballs.
4 What else, some stuff they give you over
5 there? Different like beef stew or things
6 that just have meat in it in general.
7 Different type of dishes.
8 Q. Have you ever requested a vegan diet?
9 A. Yes.
10 Q. You have?
11 A. Yes.
12 Q. And do you have a vegan diet?
13 A. No.
14 Q. Why not?
15 A. Because they wouldn't approve it.
16 Q. What about a vegetarian diet, have you
17 requested that?
18 A. No, I wouldn't eat a vegetarian diet. We're
19 supposed to get a vegan diet.
20 Q. Why vegan specifically?
21 A. Well, because from -- out of the three you
22 have a kosher, a vegan, and a lactose. You
23 see what I'm saying?
24 Q. Yes.

57

1   A.   So from my understanding we're supposed to
2        get the vegan because we can't have the
3        kosher because that's a meat. And the
4        lactose is the one with the milk and all
5        that and the eggs and all that. So it's
6        always been, to my understanding, and taught
7        to me that we're supposed to get the vegan.
8   Q.   Who told you that?
9   A.   That's what it's always been explained to me
10       through the Catholic teaching.
11  Q.   Do you have anybody specifically who told
12       you that?
13  A.   Like I said, this has always been -- that's
14       what I've always been taught.
15  Q.   Okay. Where do you get your understanding
16       that you have to have meatless meals every
17       Friday?
18  A.   Well, you just socked me with that one. No,
19       seriously -- no, I think you're a good guy.
20       Seriously, I was going to say, I just did an
21       e-file yesterday, which I'm not sure, maybe
22       you all didn't -- maybe you didn't receive
23       it, but you should have received it. And in
24       there is Exhibit 3 in there, and it states

59

1        lawsuit. So if I don't got no money coming
2        in and my family is not sending me any
3        money, you know what I'm sayin', there's
4        certain times that you got to go over there
5        and you got to pick around the stuff, you
6        know what I'm sayin'. And it's bad that you
7        have to do that because, you know, picking
8        around it is like eating the meat. You
9        might as well say you're eating the meat.
10  Q.   So the next question is for the time frame
11       concerning this lawsuit on what percentage
12       of Fridays were you able to have a meatless
13       Friday?
14  A.   Just up until this past year when they gave
15       the pizza and the grilled cheese.
16  Q.   I'm sorry, my question is for the time of
17       this lawsuit -- I'm sorry, I'm just trying
18       to figure out how to phrase it -- what
19       percentage of Fridays were you able to
20       personally not eat meat? Did that make
21       sense?
22  A.   You say through the Fridays?
23  Q.   Yes.
24  A.   Well, I won't eat the meat on the Fridays,

58

1        in there that Catholics are not supposed to
2        have meat at any Friday throughout the year.
3        So that's why you're saying why I did that,
4        that's our teaching. And this comes from
5        the pope -- not the pope, but the bishop.
6   Q.   All right.
7   A.   This come from Bishop Jenky . But I've known
8        that since coming up in Catholic -- Catholic
9        school.
10  Q.   How often do you eat meat on Fridays?
11  A.   I don't.
12  Q.   You don't?
13  A.   Like I say, I have in the past. You're
14       saying like if I eat it. I don't eat meat
15       on Friday. I abstain from it.
16  Q.   But you did say you did eat it on occasion
17       in the past?
18  A.   You're saying like a lot, you know. There's
19       times that you've had to break. Because I
20       don't want to lie to you. There's been
21       times where you've actually had nothing in
22       your box, because I'm not working. You
23       know, I can't get a job because they're
24       retaliating against me because of the

60

1        you know what I'm sayin'.
2   Q.   I understand. I was asking like so on
3        90 percent of Fridays --
4   A.   More than that.
5   Q.   95 percent?
6   A.   I would say that.
7   Q.   So like about 95 percent of Fridays through
8        the course of this lawsuit you've been able
9        to not eat meat on Fridays?
10  A.   Yes.
11  Q.   Okay. You've also said that you attended
12       services on most Tuesdays, correct?
13  A.   Correct.
14  Q.   And like what percentage of Tuesdays would
15       you say over the course of this lawsuit you
16       were able to attend services?
17  A.   I would say a good 90 percent.
18  Q.   90 percent? And what was the reason for the
19       10 percent that you missed?
20  A.   Whether the institution is on lockdown or I
21       might be in segregation and you can't make
22       it over to service due to you're on lockdown
23       in segregation maybe for a fight or what
24       have you, you know.

**Page 61**

1  Q.  For the times that you were not able to go
2      to a religious service did you suffer any
3      harm as a result?
4  A.  Yes, because you can't go and fellowship
5      with your fellow parishioners.
6  Q.  So you lost out on fellowship. Is there
7      anything else you suffered harm-wise?
8  A.  Harm-wise -- you're saying physical?
9  Q.  Sure.
10 A.  No, harm-wise wouldn't be physical just
11     because you wouldn't -- you didn't go to --
12 Q.  So no physical harm from missing a religious
13     service, correct?
14 A.  No.
15 Q.  I am correct?
16 A.  You're correct as far as no physical harm
17     done to the body, you know what I'm saying,
18     because you couldn't go to services that
19     night.
20 Q.  Have you suffered any physical harm as a
21     result of not being provided meatless
22     Fridays?
23 A.  Yes, you know, because you're missing out on
24     your main meal of the day.

**Page 62**

1  Q.  But what specifically is the harm that you
2      would have suffered?
3  A.  You're not eating. You're being denied to
4      be fed. It's like going to bed hungry, you
5      know, on an empty stomach.
6  Q.  Prior to when they were serving fish as one
7      of the meals on Fridays were you able to eat
8      the breakfast trays?
9  A.  Depending on what was served at breakfast.
10 Q.  So like, for instance, what is something
11     that would be provided --
12 A.  Like say some days on Fridays you might get
13     dry cereal or you might get hot cereal and
14     no meat at all.
15 Q.  Sure.
16 A.  And then maybe the next Friday you might
17     have hot cereal or cold cereal with a
18     sausage patty.
19 Q.  Sure.
20 A.  Or turkey bacon, you know, something like
21     that.
22 Q.  Okay. So on those days that you would have
23     hot or cold cereal and turkey bacon, for
24     instance, you would be able to eat the hot

**Page 63**

1      or cold cereal, correct?
2  A.  No, I wouldn't eat anything on the tray if
3      it had meat on it at the time.
4  Q.  Are they not separated?
5  A.  They're separated. But that's like if you
6      give a person who's Muslim and they don't
7      eat pork and you put pork on that tray,
8      they're not gonna eat it. No matter if it's
9      separated or not, they're not gonna eat it.
10 Q.  On Fridays before they were serving the
11     fish, on the days that you ate food, what
12     percentage of the meals were you able to
13     eat?
14 A.  Usually I would say -- you say before?
15 Q.  Yes, prior to the fish.
16 A.  Prior? Well, if it consist of meat on a
17     tray, you wouldn't -- you know, you pick
18     your tray up and you won't eat it period.
19     Like I stated with the Muslims, because we
20     would look at the tray as being
21     contaminated.
22 Q.  Other than being hungry, what other harm did
23     you suffer from not getting your meatless
24     Fridays?

**Page 64**

1  A.  You lose weight. Loss of weight.
2  Q.  How much weight specifically did you lose?
3  A.  Not a lot. But you gotta figure, you know,
4      you are losing -- you are losing a
5      percentage of weight, you know.
6  Q.  Do you know how much weight you lost over
7      the course of the --
8  A.  I can tell when I would go for my physical,
9      you could see it fluctuate from going up and
10     down.
11 Q.  And what would you say the most amount of
12     weight you lost was?
13 A.  Probably about like maybe 5 pounds or
14     something.
15 Q.  And how do you know specifically that was
16     because of the not having meatless Fridays?
17 A.  I would say it played a great part in it.
18 Q.  Do you have any medical evidence to support
19     that?
20 A.  Yes, there's hospital records to show.
21 Q.  Just the fact that you lost the weight is
22     what you're saying?
23 A.  Yes, because like I say, you could tell the
24     difference in the fluctuation, because when

**[Page 65]**

1   I would go over there, they would weigh you.
2   Oh, it's going down, you know.
3   Q.   Has any doctor ever told you that your
4   approximately 5 pounds of weight loss was a
5   result of --
6   A.   No, they don't tell you what it's about.
7   They'll just let you know that, you know,
8   since they last seen you, you lost some
9   weight.
10   Q.   Sorry, and I didn't finish my question. So
11   just to make sure we get a clear answer, no
12   doctor has ever told you that the weight
13   loss you suffered was a result of you not
14   getting meatless Fridays?
15   A.   No.
16   Q.   Okay.
17   A.   Because they don't know nothing about
18   meatless Fridays.
19   Q.   Other than what we've just discussed is
20   there any other harm you suffered as a
21   result of not getting meatless Fridays?
22   A.   Not offhand.
23   Q.   Okay. What specifically is your claim or
24   your claims against Chaplain Rojas?

**[Page 67]**

1   allegations unrelated to Mr. Rojas not
2   providing meatless Fridays in your
3   Complaint, are you no longer proceeding with
4   those claims?
5   A.   At this time I'm not sure. There's some
6   things that I could amend, you know, and I
7   would rather not speak on that right now.
8   Q.   I believe in your Complaint you mentioned
9   something about missing a Cursillo --
10   A.   Yes.
11   Q.   -- because of Chaplain Rojas?
12   A.   Yes.
13   Q.   Is that a claim you're proceeding on in this
14   case?
15   A.   Yes, because he retaliated against me, if
16   that's what you're speaking of, retaliation.
17   Yes, because he took me out of service for
18   speaking out and speaking up for not being
19   fed.
20   Q.   All right. So let's talk a little bit about
21   the Cursillo, being removed from Cursillo as
22   you say. Could you just explain to me what
23   happened there?
24   A.   Well, after I had spoke to him about not

**[Page 66]**

1   A.   He didn't -- he didn't provide the meals
2   that he was supposed to, let alone send the
3   forms out so that the meal could be provided
4   into 2018, which I've already --
5   Q.   So he didn't provide meatless Fridays for
6   you?
7   A.   Nor circulate the forms for us to fill out
8   as he was doing so forth for the other
9   religions.
10   Q.   And did not provide the forms.
11   Is there anything else you're
12   saying that Rojas did to you as it relates
13   to this lawsuit?
14   A.   Well, other than getting verbal when I
15   brought this to his attention and the
16   wagging with the finger in the face and, you
17   know, trying to, you know, cause a scene,
18   you know.
19   Q.   Is there anything else he did to you as it
20   relates to this lawsuit?
21   A.   No.
22   Q.   Nothing else?
23   A.   No.
24   Q.   If you included something else, other

**[Page 68]**

1   being fed and him feeding all the other
2   religions, you know, and I felt as though,
3   you know, he was discriminating against the
4   Catholics, you know, that's when he became
5   upset. And this is how all this pretty much
6   took off is from that moment on when I was
7   ready to go to service the Tuesdays, I'm the
8   only one left in the cell.
9   So I'm telling the guys that I
10   fellowship with, "Well, can you go down
11   there and tell them to let me out, because
12   they haven't hit my door yet."
13   So they go went down there and
14   say, "Mr. O'Neal say he's on the list, could
15   you let him out?"
16   They said, "Well, we don't see
17   that he's on the list. Tell him that we
18   can't let him out."
19   I'm like, "Who's down there in
20   control," because all the officers know. I
21   been here for so long, they know I go to
22   service.
23   They said, "Well, you know, we
24   know that he goes to service, but we don't

1    know if he's been took out for a reason or
2    whatnot. If his name is not on that list,
3    we cannot let him out."
4         So I had to write to Chaplain
5    Rojas and ask him why has my name
6    mysteriously disappeared off the Catholic
7    chapel's approved list. I haven't done
8    nothin' to be taken off the list.
9         And that's when he wrote me a memo
10   stating that, you know, whatever that crazy
11   excuse he used, innuendos as to why I was
12   taken off the list.
13   Q.   Okay. So you're saying that he retaliated
14        against you for complaining about --
15   A.   Religious diet. Religious diet.
16   Q.   And --
17   A.   He thought I was -- so I guess he felt as
18        though if I get rid of this guy, that will
19        silence everything, and it wasn't that easy.
20   Q.   When did you complain to him about not being
21        on a religious diet?
22   A.   I complain to him every year throughout this
23        proceeding.
24   Q.   For how long?

---

1    through it again. It's back that way
2    somewhere. Here we go, right there
3    (indicating).
4    Q.   In the Complaint --
5    A.   Is that I, I think?
6    Q.   -- you attach as an exhibit Exhibit I,
7         Plaintiff's Exhibit I?
8    A.   Yes.
9    Q.   So this is the memo he sent you about your
10        removal from Cursillo?
11   A.   That's your answer right there, him taking
12        me out of service.
13   Q.   So the first time he ever took you out of
14        service was in early 2016 it looks like?
15   A.   Yes.
16   Q.   And how many Cursillos did you miss?
17   A.   It took awhile before I got back in there.
18        It was -- it was some months. I couldn't --
19        I can't --
20   Q.   There's only one Cursillo a month, correct?
21   A.   Yes, but like I said, it was some months
22        before I got back.
23   Q.   So do you know approximately how many
24        months?

---

70

1    A.   Since 2005 up until he retired.
2    Q.   So you had been complaining to him about not
3         getting a religious diet since 2005?
4    A.   And being provided the form to receive a
5         religious diet.
6    Q.   And you're saying as a result of that --
7    A.   I was taken out of service.
8    Q.   And when did he take you out of service?
9    A.   It's in the Complaint.
10   Q.   Do you remember what year it is?
11   A.   It's 2016 I believe. You can refer to the
12        grievance. It's in the grievance. As a
13        matter of fact, you can go to the memo in
14        there. I think that memo is --
15   Q.   Is the grievance you're talking about
16        (indicating)?
17   A.   Yeah, but I -- yeah, that's the grievance,
18        but it's more with the memo it tells you
19        exactly when he took me out --
20   Q.   You're talking about the Complaint you
21        initially filed?
22   A.   Yes. It's in the memo that he sent me back
23        confirming that he did, in fact, take me out
24        of service. I just seen as you was going

---

72

1    A.   I would say at least six to eight months
2         easy.
3    Q.   And do you know if there was a Cursillo that
4         was held each of those months?
5    A.   Yes.
6    Q.   Which months did you miss?
7    A.   All the ones from that point on until I was
8         placed back on the list. And that's
9         another -- I would probably have to write to
10        find out exactly when my name was
11        resubmitted to go back on the list, because
12        eventually he did put me back on. But I
13        just can't tell you offhand what date that
14        was that he decided to place me back on the
15        list.
16   Q.   And what reason did he provide you for --
17   A.   It's right there.
18   Q.   Okay. Well, let's -- here, you can look at
19        it. So what reason did he provide you
20        for --
21   A.   Well, off the top of my head -- he told me
22        he took me out of service he said because he
23        was having problems with the TA's slips and
24        you couldn't use them anymore and that he

73

1  had to give new people the opportunity that
2  he gave -- once gave me when I first entered
3  the institution. So by me attending service
4  for 11 years, I've been going too long, so
5  now it's time to let some new people come
6  in.
7       And I'm like that's unheard of
8  because there's no such thing as taking a
9  person out of service for going. Because if
10 that's the case, I wouldn't have attended
11 during that time for 11 years if there was a
12 problem with me going to service. It didn't
13 become a problem until I started speaking
14 out about not being fed and not being
15 provided the slips to be fed that I was
16 taken out.
17      And then he came later after he
18 gave that excuse as to the reason I was
19 taken out to give the new ones a chance and
20 a TA thing.
21      Then he said after he spoke to the
22 administrators here, "Well, the only way you
23 gonna get around that is if you say that it
24 was due to a security reason."

74

1       "You never stated it was a
2  security reason."
3       But later he back-pedals and he
4  tells me in one of the answers or something
5  like that, he states in there that I was
6  taken out for security reasons.
7       And you stated right there in your
8  memo when it was fresh in your mind exactly
9  why I was taken out, and it had nothing to
10 do with security reasons.
11      That didn't come until after he
12 had spoken to wardens and so forth.
13 Q.  If there were only a certain amount or a
14      certain number of people who were allowed to
15      participate in Cursillo on a given Tuesday
16      and more people than were allowed to
17      participate signed up, somebody would have
18      to be excluded, correct?
19 A.  No. See that's not how that works, because
20      the Catholic service is not a service that
21      has a lot of participants to begin with.
22           The Muslim service outdoes the
23      Catholic service three times the amount and
24      they have never had a problem with

75

1  accommodating Muslims to come to service.
2       But this was a ploy to get me out
3  of service, because there was plenty of
4  room. Like I stated in there, that's why I
5  started asking questions for Freedom of
6  Information to be provided with all the
7  people that he give call passes to that
8  don't even attend service.
9       So there was never a problem with
10 the space, because I knew of plenty of guys
11 that was on my wing that were Catholic but
12 would rather go to yard or rather just hang
13 out on the wing rather than to go and
14 worship.
15 Q.  Cursillo is a nondenominational service,
16      correct? It's not Catholic specific?
17 A.  Yes, it's Catholic and Christian.
18 Q.  And Christian. So other denominations --
19 A.  Well, Catholics are Christians.
20 Q.  Sure. But I'm saying other denominations of
21      Christianity can go to Cursillo?
22 A.  Christians can go and Catholics can go.
23      Muslims can't go. Judaism can't attend.
24      Idinism or Odinism, they can't attend. It's

76

1  just the Catholic and Christian worship.
2  Q.  If a Muslim were interested in potentially
3       becoming Catholic, would he be allowed to go
4       to Cursillo?
5  A.  He would have to change his denomination
6       before attending that service, and there's a
7       form for that in there as well. Which
8       Chaplain Rojas did have Muslims at that
9       service, which I pointed out, which was
10      taking up seats, if you wanted say that
11      there was a problem with seats being
12      available. You've got Muslims right here
13      sitting in a Catholic service that shouldn't
14      be here.
15 Q.  So while you've been at Hill, non-Catholics
16      and non-Christians have been allowed to go
17      to Cursillo?
18 A.  Yes. And Muslims.
19 Q.  Yes. People who were not Christian.
20 A.  Right. Have been allowed. And that was
21      against the rules and regulations, but they
22      have been allowed to attend.
23 Q.  Where does Cursillo come from?
24 A.  Well, it's been taught to us that it was two

1   had to give new people the opportunity that
2   he gave -- once gave me when I first entered
3   the institution. So by me attending service
4   for 11 years, I've been going too long, so
5   now it's time to let some new people come
6   in.
7           And I'm like that's unheard of
8   because there's no such thing as taking a
9   person out of service for going. Because if
10  that's the case, I wouldn't have attended
11  during that time for 11 years if there was a
12  problem with me going to service. It didn't
13  become a problem until I started speaking
14  out about not being fed and not being
15  provided the slips to be fed that I was
16  taken out.
17          And then he came later after he
18  gave that excuse as to the reason I was
19  taken out to give the new ones a chance and
20  a TA thing.
21          Then he said after he spoke to the
22  administrators here, "Well, the only way you
23  gonna get around that is if you say that it
24  was due to a security reason."

---

1   accommodating Muslims to come to service.
2           But this was a ploy to get me out
3   of service, because there was plenty of
4   room. Like I stated in there, that's why I
5   started asking questions for Freedom of
6   Information to be provided with all the
7   people that he give call passes to that
8   don't even attend service.
9           So there was never a problem with
10  the space, because I knew of plenty of guys
11  that was on my wing that were Catholic but
12  would rather go to yard or rather just hang
13  out on the wing rather than to go and
14  worship.
15  Q.  Cursillo is a nondenominational service,
16      correct? It's not Catholic specific?
17  A.  Yes, it's Catholic and Christian.
18  Q.  And Christian. So other denominations --
19  A.  Well, Catholics are Christians.
20  Q.  Sure. But I'm saying other denominations of
21      Christianity can go to Cursillo?
22  A.  Christians can go and Catholics can go.
23      Muslims can't go. Judaism can't attend.
24      Idinism or Odinism, they can't attend. It's

---

74

1               "You never stated it was a
2   security reason."
3           But later he back-pedals and he
4   tells me in one of the answers or something
5   like that, he states in there that I was
6   taken out for security reasons.
7           And you stated right there in your
8   memo when it was fresh in your mind exactly
9   why I was taken out, and it had nothing to
10  do with security reasons.
11          That didn't come until after he
12  had spoken to wardens and so forth.
13  Q.  If there were only a certain amount or a
14      certain number of people who were allowed to
15      participate in Cursillo on a given Tuesday
16      and more people than were allowed to
17      participate signed up, somebody would have
18      to be excluded, correct?
19  A.  No. See that's not how that works, because
20      the Catholic service is not a service that
21      has a lot of participants to begin with.
22          The Muslim service outdoes the
23      Catholic service three times the amount and
24      they have never had a problem with

---

76

1   just the Catholic and Christian worship.
2   Q.  If a Muslim were interested in potentially
3       becoming Catholic, would he be allowed to go
4       to Cursillo?
5   A.  He would have to change his denomination
6       before attending that service, and there's a
7       form for that in there as well. Which
8       Chaplain Rojas did have Muslims at that
9       service, which I pointed out, which was
10      taking up seats, if you wanted say that
11      there was a problem with seats available.
12      You've got Muslims right here
13      sitting in a Catholic service that shouldn't
14      be here.
15  Q.  So while you've been at Hill, non-Catholics
16      and non-Christians have been allowed to go
17      to Cursillo?
18  A.  Yes. And Muslims.
19  Q.  Yes. People who were not Christian.
20  A.  Right. Have been allowed. And that was
21      against the rules and regulations, but they
22      have been allowed to attend.
23  Q.  Where does Cursillo come from?
24  A.  Well, it's been taught to us that it was two

## 77

1      guys that faced execution I think it was in
2      Texas, and they did a prayer in their cell,
3      and it was before they was put to death.
4      And for whatever reason the Catholics took
5      that upon themselves to implement that in
6      the teachings of the Catholic faith, and
7      that's something that they honored
8      throughout the Catholic teachings. So it's
9      been -- it's been going on for quite some
10      time, and it's being honored, you know.
11      That's how that come about, two guys.
12 Q. And do you know if the Catholic Church would
13      prohibit non-Christians or non-Catholics
14      from going to Cursillo?
15 A. If the Catholic Church?
16 Q. The whole Catholic hierarchy.
17 A. Would prohibit --
18 Q. Well, you're saying it's a Catholic
19      teaching --
20 A. Yes, right.
21 Q. So under Catholic teachings is it prohibited
22      for non-Catholics or non-Christians to go to
23      Cursillo?
24 A. Yes, they're not supposed to attend.

## 78

1 Q. And what do you base that on?
2 A. Because it's a Catholic Christian service.
3      It's just like whatever the Muslim teaching
4      is, if a Catholic or a Christian shows up
5      there, first and foremost, it's going to be
6      like what is this guy doing here? Is he a
7      Muslim? No. Well, he can't be here.
8 Q. Okay.
9 A. Because that's the teachings. I don't make
10      the rules, you know.
11 Q. Let's say I'm not Catholic and I one Sunday
12      go to a Catholic church for mass. Are you
13      telling me that they're going to say, no, he
14      can't be here because he's not Catholic?
15 A. Well, see, that's the difference. Because
16      you're out in the free society, so anyone
17      can walk in. Just as like you have the
18      right here, you might write -- there's a way
19      of doing that, but that's a procedure that
20      the Catholic -- not the Catholic, through
21      Chaplain Rojas must figure that out.
22      Because you have some people that don't know
23      what they want to be. Do I want to be
24      Catholic? Do I want to be Muslim? Do I

## 79

1      want to be Jew? They're searching.
2 Q. Sure.
3 A. So they'll give you that time to figure out,
4      well, do I want to -- you know, do I want to
5      go here, do I want to go there. There's
6      forms for that. But once you decided which
7      one you want to stick with, that's what you
8      gotta stick with. And you might have to
9      stick with that for a year or so before you
10      change it. There's a time procedure for
11      that as well. But you can't just show up at
12      any service, like you said --
13 Q. Sure. You have to sign up for the service,
14      correct?
15 A. But you have to be approved as well. It's
16      just not you sign up and you go.
17 Q. Do you know if there's any rule at DOC
18      prohibiting offenders who are not Catholic
19      or not Christian from going to Cursillo?
20 A. Yes, it states that in your sign-up sheet
21      when you first get here.
22 Q. Where specifically?
23 A. It's Exhibit A. It's Exhibit A and -- right
24      there (indicating). It should be Exhibit A

## 80

1      or B it tells you.
2 Q. It looks like Exhibit B is Offender Request
3      for Religious Diet. Exhibit A is just
4      saying --
5 A. Right, which one --
6 Q. But my question was are you aware of any
7      rule throughout the Department of
8      Corrections or at Hill Correctional Center
9      that says non-Catholics or non-Christians
10      are not allowed to go to Cursillo?
11 A. Well, it states that in one of those
12      documents you can only attend one service,
13      you can only attend one service, that's it.
14      You can't -- you can't flip-flop and keep
15      going to all of them without being given
16      some type of permission to -- like I just
17      told you, there's some guys that's
18      undecided. But if you've decided what
19      religion you're following, you cannot --
20      you're not allowed to go to another service.
21      Those are the rules.
22 Q. Okay. And as you said earlier, I believe,
23      you didn't suffer any physical injury or
24      harm from not being able to attend Cursillo,

1  correct?
2  A.  That's the answer.
3  Q.  Okay. Other than this memo that Mr. Rojas
4      sent you about not being able to attend
5      Cursillo, did Mr. Rojas ever talk to you
6      about why you weren't allowed to go to
7      Cursillo?
8  A.  Everything me and Rojas talked about that
9      point on was always in documentation. So
10     everything that he and I spoke about is a
11     part of the record, and it's in the
12     grievance, or it's in the lawsuit. If it's
13     not in the grievance, it's in the (sic)
14     lawsuit, it didn't happen.
15 Q.  Okay. What did you do on those Tuesdays
16     when you missed Cursillo?
17 A.  Well, I read my Bible. And I also would
18     talk to the brothers that was over at the
19     service, ask what was -- you know, who was
20     the head speaker that night , what happened,
21     or this and that.
22         And they would always bring me the
23     papers back of the three questions. I was
24     telling the gentleman earlier about the

---

82

1      three questions that they would ask you.
2      And I would, you know, go over that in my
3      head as far as if I were at the service,
4      what would have been my response to that and
5      would I have answered all three of them, or
6      which one had any, you know -- what's the
7      word I'm looking for -- any connection to me
8      as far as if I would have spoke on it or
9      not.
10 Q.  Okay. And Cursillo is once a month,
11     correct?
12 A.  Yes.
13 Q.  So the other three Tuesdays also had
14     services for each month?
15 A.  Yes.
16 Q.  So for each of the six to eight months that
17     you missed Cursillo were you allowed to
18     attend the other religious services?
19 A.  No.
20 Q.  You were not allowed to go to the services
21     either?
22 A.  My name was not on the list. When he took
23     me off the list, he took me off the list.
24 Q.  So you're saying for those six to eight

---

months you were never allowed to go to any
2      Catholic religious service?
3  A.  Only way I would be able to go to service,
4      if my name appeared on that list. If my
5      name appeared on that list, I was at
6      service.
7  Q.  So do you know if you were actually able to
8      attend other services during those six- to
9      eight-month period?
10 A.  No.
11 Q.  You don't know?
12 A.  No, I know, but I wasn't -- he didn't allow
13     me in service. He took me out.
14 Q.  So you're saying that for six to eight
15     months you did not go to any Catholic
16     religious services?
17 A.  Not that I can recall.
18 Q.  And that's in 2016?
19 A.  Yes. Not that I can recall up until I was
20     placed back on the list.
21 Q.  During those six to eight months were you
22     able to do the other things that we
23     previously discussed that you do to practice
24     your religion?

---

84

1  A.  Yes. You do that in the cell. It's like
2      reading your *Daily Bread* and so forth, you
3      know, reading your Bible.
4  Q.  Do you know if you were in segregation at
5      any point during those six to eight months?
6  A.  I ain't been in seg. in I think like eight,
7      nine years, something like that.
8  Q.  Did Chaplain Rojas tell you why he placed
9      you back on the list?
10 A.  No.
11 Q.  Did you ask him?
12 A.  I was surprised because I was back on the
13     list because they came around one night and
14     said, "O'Neal, are you going to chapel?"
15         I said "I'm off the list."
16         He said, "I got you on the list
17     right here."
18         I said, "I can go?"
19         They're like, "Yeah, your name's
20     on the list."
21         "I'm going to chapel then."
22         I don't remember what day -- what
23     date that was, but for some odd reason he
24     put me back on the list.

**Page 85**

1  Q.  So for the six to eight months that you said
2      that you didn't go to services did you
3      attempt to go to services each and every
4      Tuesday?
5  A.  Yes, I always checked to see if my name was
6      on there.
7  Q.  Well, you just told me just now that
8      somebody came around to your cell to say,
9      "Are you going to chapel?"
10         You didn't actually go to check
11     and see if you were on the list?
12 A.  Like right now -- that's a norm. Once in a
13     blue moon, it depends on who the officer is,
14     how he choose to run his line. Like, you
15     know, you might have an officer that come
16     on, he might want to pass mail as soon as he
17     get done counting.
18         You might have an officer the next
19     night that want to pass his mail out at
20     9:00 in the night. It all depends on
21     whoever is working. You know, if an officer
22     wants to go around, find out who is going to
23     chapel that night so he can have all his
24     stuff squared away, he does his ordeal

**Page 86**

1      different than other officers.
2          Just so happened that night that
3      officer came around and asked was I going to
4      chapel. And the reason I know that so well
5      is because the officer that told me -- you
6      over here was the officer that asked me
7      that, which was Gutierrez.
8  Q.  Prior to 2019 do you know if Illinois
9      Department of Corrections at Hill
10     Correctional Center had a meatless option
11     for Lent?
12 A.  No, they didn't have anything for Lent.
13 Q.  So then would there have been any purpose of
14     sending around the form for a meatless
15     Friday since that wasn't a meal that was
16     offered?
17 A.  Like I said, that's -- that's the rules, you
18     know. They're supposed to send those forms
19     out. That's just like the Muslims. And see
20     that's another thing that's good that you
21     asked that question, because that's a
22     question that I want -- I want to ask the
23     Catholic deacons why is it that all the
24     other religions right before their religious

**Page 87**

1      period is always posted in the chapel,
2      because we all go in the chapel. You might
3      have to take down certain shrines for
4      certain services, but every service is held
5      in that building, in that room next to where
6      Rojas's room was.
7          There's a bulletin board up there.
8      And on that bulletin board they'll say
9      Ramadan is coming, everyone that wants to
10     join room Ramadan or come to Ramadan , sign
11     up, make sure, you know, that you inform the
12     chaplain.
13         But when it comes around to Lent,
14     it's not posted.
15 Q.  Okay. But you agree that prior to 2019
16     there was no special diet tray for Lent,
17     correct?
18 A.  No, because like I said, the meal that they
19     gave that year in 2019, that was for the
20     whole institution.
21 Q.  So you're saying there's never been a
22     special diet tray for Lent, correct?
23 A.  There's never been anything for Lent since
24     I've been here.

**Page 88**

1  Q.  What is specifically your -- I'm sorry,
2      actually for Mr. Rojas is there anything
3      else that you're claiming that he did to you
4      as it relates to this lawsuit?
5  A.  Like I said, if it's not in the grievance
6      and it's not a part of the record, it didn't
7      happen.
8  Q.  Okay. But other than what we've discussed
9      today --
10 A.  It didn't happen if it's not in the
11     grievance or it's not in the lawsuit.
12 Q.  As you sit here today do you know of any
13     other claims that you have against
14     Mr. Rojas?
15 A.  Just a retaliation claim and him not feeding
16     the Catholic parishioners or submitting the
17     slips to be fed, the request slips to be
18     fed.
19 Q.  What specifically are your claims against
20     Stephanie Dorethy?
21 A.  Well, I need to know that because she just
22     told me in the interrogatories that you sent
23     me that she relinquished those duties that
24     I've always been under the impression was