E-FILED
Monday, 28 September, 2020 01:42:08 PM
Clerk, U.S. District Court, ILCD

**91**

1   hers, but, you know, she just in her
2   interrogatories stated, "Well, I
3   relinquished those duties to my assistant
4   warden."
5       Well, why didn't you tell the
6   inmates of Henry Hill Correctional Center
7   that, because everyone that's in here is
8   under the belief that you are in charge of
9   this? We don't know that you relinquished
10  these duties to this. And not only that,
11  who is this person that you relinquished
12  these duties to? You're saying an
13  assistant. You have two assistant wardens
14  here. You have an Assistant Warden Williams
15  and you have Assistant Warden McLaughlin.
16      So who are you stating that you
17  relinquished these duties to? You're just
18  saying you relinquished these duties to your
19  Assistant Warden of Programs. Who is your
20  Assistant Warden of Programs?
21      Since Dorethy been kicked out of
22  here, we don't even know who the warden
23  here, let alone who's the Program warden.
24  They say he's a warden. Whoever is filling

1   Now she's saying, as I just
2   stated, she relinquished these duties to
3   someone. I don't know who she stated she
4   relinquished these duties to.
5   Q.  Sure. Do you have any evidence she
6       specifically denied you a religious diet?
7   A.  She denied every Catholic here when she
8       refused to sign that document when Rojas
9       sent it to her in '18, because we filled
10      them out. He circulated them in '18. We
11      filled them out and we gave them back to
12      him. But she refused to sign it whether
13      approving or denying it.
14  Q.  Have you ever spoken to Stephanie Dorethy
15      about a need for a religious diet?
16  A.  No.
17  Q.  Have you ever written to her about it?
18  A.  No, just in my grievance when it went -- it
19      went to her office to let it be known that
20      this was happening in your institution, that
21      your chaplain is not seeing to it that the
22      Catholic parishioners be fed. The Dietary
23      Department is not seeing to it the Catholic
24      parishioners be fed. The counselors not

**90**

1   in is the warden, the warden, the acting
2   warden, and I guess someone else is doing
3   Assistant Warden of Programs. So we don't
4   know what the -- what is going on around
5   here.
6   Q.  Sure. My question was what is your claim
7       against Stephanie Dorethy?
8   A.  That she oversaw this entire procedure and
9       done nothing to stop it.
10  Q.  Do you have any evidence that she was
11      involved in issuing offenders religious
12      diets?
13  A.  Say that again.
14  Q.  Do you have any evidence Stephanie Dorethy
15      was involved in issuing offenders religious
16      diets or approving their religious diets?
17  A.  Yes, because on that form it states that
18      once Rojas issues the form out to the
19      Catholic parishioners and we are to sign it
20      and return it back to him, then he turns it
21      over to the warden. And even states that on
22      the -- that you have here. And to my
23      understanding she was the warden during the
24      time that I filed this lawsuit.

**92**

1   seeing to it that the Catholic parishioners
2   being fed. Nor is the grievance officer
3   seeing to it that the Catholic parishioners
4   being fed. So that right there went to her
5   office.
6   Q.  The grievance you're talking about?
7   A.  Yes.
8   Q.  Do you have any evidence that Stephanie
9       Dorethy was actually aware that --
10  A.  Yes --
11  Q.  -- you weren't receiving a religious diet?
12  A.  Yes, because like I just stated, it went to
13      her office. Before it leaves this
14      institution, she has to sign off on that
15      grievance.
16  Q.  Do you have any evidence that she actually
17      read any of your grievances about your
18      religious diet?
19  A.  It's in the grievance forms when she signed
20      off on what was it -- was it the 5th? I
21      think it's Q, yes, Exhibit Q. Go to Exhibit
22      Q. See Exhibit Q. I refer you to Exhibit
23      Q.
24      But that's when she signed off on

**Page 93 (left column)**

1    it, which let me knew (sic) she had full

2    knowledge of what was going on.

3    Q.  Anyways, okay. Are your only claims against

4    her about your religious diet?

5    A.  Are those my only claims?

6    Q.  Against Stephanie Dorethy.

7    A.  Yes, that she oversaw a program that

8    conspired against the Catholic prisoners

9    that kept them from being provided their

10   Catholic Lent meal.

11  Q.  Do you have any evidence that Stephanie

12  Dorethy wanted to discriminate against you

13  because you were Catholic?

14  A.  Well, that's a proven fact when she signed

15  off on that grievance and she denied it.

16  Q.  But do you have any evidence that it was her

17  intent to discriminate against you?

18  A.  That speaks for itself.

19  Q.  So other than the grievance, you have no

20  evidence that she wanted to discriminate

21  against you?

22  A.  Asked and answered.

23  Q.  But you didn't answer.

24  A.  I did answer. I just said --

**Page 94 (left column)**

1    Q.  Because of the grievance she signed off

2    on --

3    A.  Yes.

4    Q.  -- that's your evidence that she intended to

5    discriminate against you?

6    A.  Yes.

7    Q.  My question is is there any evidence in

8    addition to that grievance that you have --

9    A.  She done --

10  Q.  -- showing that she --

11  A.  You know, before this became a lawsuit , she

12  could have stopped this from becoming a

13  lawsuit --

14  Q.  Okay.

15  A.  -- and she chose not to.

16  Q.  So you don't have any additional evidence?

17  A.  No.

18  Q.  Okay. What is your claim against or claims

19  against Freddie Britton?

20  A.  That he had full knowledge that the Catholic

21  parishioners of Henry Hill was being

22  deprived of their Catholic meal and done

23  nothing to help us out in the matter to see

24  to it that we be fed and receive the

**Page 95 (right column)**

1    accommodations in which we were supposed to

2    be provided.

3    Q.  Do you know if you had -- do you have any

4    evidence that he had any authority with

5    regards to deciding which inmates received

6    religious diets?

7    A.  Yes.

8    Q.  What specifically?

9    A.  Well, when I spoke to him, I told him what

10  he was doing was against the law, for he was

11  discriminating against members of the

12  Catholic faith, yet you're issuing religious

13  diets to other religions.

14        And he told me, "Well, Mr.

15  Rojas -- Chaplain Rojas makes out the  list."

16        "He can't give me Lent meal."

17        And he said, "We didn't cook

18  anything because he didn't give us, for one,

19  a number of food -- how many people were

20  gonna get this meal and who it was supposed

21  to be given to. So until he makes up this

22  list," meaning Rojas as "he," "no Catholic

23  was getting anything."

24        I said, "Well, you know, you can

**Page 96 (right column)**

1    go off the back of our I.D.," because on the

2    back of our I.D. states who is Catholic and

3    who is not.

4        And he said, "No, I can't do

5    that," he said, "because if I do that,

6    that's a form of discrimination, because if

7    I give it to you because it says 'Catholic'

8    on yours, there might be a Catholic over

9    here that's Catholic but it doesn't say that

10  on his."

11        I said, "So you are aware what

12  you're doing is discrimination?"

13        He said, "Have a good day."

14        So that's my problem with Mr. Fred

15  Britton. And he never went and -- he never

16  stated throughout the whole grievance

17  process -- for one, they never even

18  consulted with him, Counselor Gans or

19  Grievance Officer -- Counselor Frost or

20  Grievance Officer Gans never went and spoke

21  to Mr. Freddie Britton in the Dietary

22  Department as to why he was doing what he

23  was doing.

24        And he knew well aware that he was

97

1 a big part of this lawsuit, because on the
2 face page of the grievance I stated the
3 Dietary personnel. And he didn't even go
4 take a deposition or anything from Freddie
5 B. as to why this was happening, nor did
6 Freddie Britton call Mr. Rojas.
7     Because he could have easily
8 picked up the phone, because the phone is
9 right there. He could have easily picked up
10 the phone and say, "Hey, these Catholics are
11 coming through here. They want to know why
12 they're not given a Lent meal."
13     "Well, until you send Dietary a
14 Lent meal to go off of, no one is getting
15 anything."
16     So he could have stopped it. But
17 see over here no one wants to do the next
18 person's job, even though they know the law
19 is being broken. It's like if you're my
20 boss and you don't tell me what to do and
21 here comes an inmate trying to tell me what
22 to do, if you don't tell me what to do, I'm
23 not going to send it to this inmate. But I
24 know what he's telling me is right, but

99

1 Q. Do you recall any of those specific
2     occasions?
3 A. It was always during the month time of Lent.
4     And it got to the point that like he say, he
5     wasn't gonna keep havin' this debate with
6     me. It's already -- and that's what I
7     understood, until Rojas makes out the list,
8     there's nothing happenin'.
9 Q. Did Freddie Britton say you have to request
10    from the chaplain --
11 A. He said until he makes out a list no one is
12    getting anything.
13 Q. Is there anything else Freddie Britton did
14    to you with regards to this lawsuit?
15 A. No.
16 Q. Steve Gans, what are you alleging that he
17    did to you in this case?
18 A. Well, he lied first and foremost, he lied.
19    Because when he went to speak to -- let me
20    get it right. When he went to speak to --
21    no, no, that wasn't them. I was thinking of
22    Gans. Because --
23 Q. That's what I'm asking about, Gans.
24 A. You asking about Gans?

98

1     until you tell me, I'm not doin' nothin',
2     and that's how things work around here.
3 Q. Okay. So based on what you said, it's my
4     understanding that Freddie Britton told you
5     that he could not provide special diet meals
6     unless he had a list from the chaplain?
7 A. Chaplain Rojas, correct.
8 Q. Okay. And you think he should have provided
9     you that meal anyways?
10 A. Or he should have called Chaplain Rojas or
11    brought it to the warden's attention, "Hey,
12    these Catholics are coming over here,
13    they're askin' for their meal. Rojas needs
14    to get us a list over here."
15    He wasn't concerned in the least
16    bit to see that we be fed. And that's my
17    thing with him. Because he could have -- he
18    could have -- he could have took it a step
19    further to where we wouldn't be here today.
20 Q. And how many times did you speak to Freddie
21    Britton?
22 A. I spoke to him on numerous occasions.
23 Q. About your religious diet?
24 A. Yes.

100

1 Q. Yes.
2 A. Okay. No, Gans, his -- my problem with Gans
3     was he lied and stated that when he spoke
4     with Rojas, that Rojas stated that he wasn't
5     going to answer any more of my questions
6     when, in fact, Rojas never stated that he
7     wasn't gonna answer any more of my
8     questions.
9     When Counselor Frost spoke to
10    Mr. Rojas and Mr. Rojas stated he wasn't
11    going to answer any of my questions, but
12    Defendant Gans tried to hoodwink the whole
13    process and stated that he stated that he
14    wasn't going to answer any more of my
15    questions without legal representation.
16    And I'm like that's not what was
17    stated in Counselor Frost's deposition of
18    Chaplain Rojas.
19    Chaplain Rojas stated he's not
20    going to say anything without legal
21    representation. He's not going to answer
22    any of my questions.
23    But he rephrased it when it went
24    to Gans. That's why I say he lied. He

1    said he's -- Chaplain Rojas said he's not
2    going to answer any more of Mr. O'Neal's
3    questions without legal representation. It
4    wasn't that he wasn't gonna answer any more.
5    He wasn't going to answer any.
6  Q. Okay. What involvement did Mr. Gans have
7    with your religious diet request?
8  A. Well, he could have, one, went to the
9    Dietary Department and asked Mr. Britton,
10   "Well, Mr. Britton did you have a
11   conversation with Mr. O'Neal pertaining to
12   his Lent diet?"
13        It was of no concern. That's my
14   problem with him. It was of no concern,
15   because he didn't take the initiative, nor
16   the time out to go and speak to the Dietary
17   personnel, because as far as he was
18   concerned, to hell with the Catholic
19   parishioners. So that was my problem with
20   Mr. Gans.
21  Q. So Mr. Gans didn't deny you any religious
22   diet, he just --
23  A. No, he did deny me that. Because he denied
24   me the right of going to speak to Gans,

---

1    Advisory Board that they have here. Every
2    institution in the Illinois Department of
3    Corrections has a Religious Practice
4    Advisory Board.
5         So anything that a Catholic,
6    Muslim, or so forth, whatever denomination
7    is saying that they should be given this or
8    that, if they have a problem with that, they
9    could go consult with the Religious Practice
10   Advisory Board.
11        So he didn't go speak to the
12   Religious Practice Advisory Board. He
13   didn't go speak to the Dietary Department.
14   He failed -- he neglected to do his due
15   diligence.
16  Q. So your issue with him really is that he did
17   not --
18  A. He didn't do his job. He didn't do his job.
19  Q. Which was to what? What was his job
20   specifically?
21  A. I just -- I just told you what his job was.
22  Q. Other than you having said it now, what
23   evidence do you have that those things you
24   just listed were his job?

---

1    because if he would have went and spoke
2    to -- I mean, if he would have went and
3    spoke to Freddie Britton, he could have told
4    Freddie Britton, "Hey, man, give these guys
5    that fish tray, you know. This is causing a
6    lot of problems here. This would be better
7    off just give these guys this fish tray and
8    I could sign off stating that from this
9    moment moving forward these guys are going
10   to be fed this meal."
11        But by you failing to do your job
12   to walk over there to the Dietary Department
13   to consult with either Freddie Britton or
14   the Dietary manager as to why is this
15   happening, that showed of no concern to him
16   and, like I said, to hell with the Catholics.
17  Q. Do you have any evidence that Mr. Gans had
18   the authority to tell Dietary to provide you
19   the specific meal?
20  A. Yes, that's his job, you know, because he
21   could have went over there and told him , you
22   know what I'm sayin', that I'm a counselor,
23   I looked into this, I talked to -- he could
24   have even went to the Religious Practice

---

1  A. He failed to consult with the people he
2    should have went to to straighten out this
3    problem.
4  Q. Okay.
5  A. Rectify the problem.
6  Q. What evidence do you have that it was his
7    job to speak specifically with the Religious
8    Practice Advisory Board?
9  A. That's what the Religious Practice Advisory
10   Board is in every Illinois Department of
11   Corrections facility, if you have a problem,
12   grievance officers, counselors, they tell
13   them that if there is a problem with that,
14   consult with them to find out if this person
15   is to be -- what's the word that I'm looking
16   for -- accommodated with whatever you asking
17   to be accommodated with.
18        You know, I can tell you, "Hey,
19   I'm Jewish, I want for Passover, I want this
20   meal."
21        So they're gonna check that, is
22   Mr. O'Neal Jewish or not?
23        "Chaplain Rojas, is he Jewish?"
24        "Not to my understanding."

107

1 And then they go to the Religious
2 Practice Advisory Board because they just
3 can't stop with Chaplain Rojas, because I
4 can practice any way I choose to practice,
5 and I'd even go to the Religious Practice
6 Advisory Board.
7 "Do you know anything about
8 Mr. O'Neal being Jewish, because he wants to
9 be doing this?"
10 And they'll look on there, "Oh,
11 last we seen he signed up as being Catholic.
12 He's not to get that meal," so I wouldn't be
13 given the meal. It's that simple.
14 But by you failing to consult with
15 the Religious Practice Advisory Board and by
16 you failing to consult with the Dietary
17 Department, which is Freddie Britton, or the
18 Dietary manager, you've neglected to do your
19 due diligence. You've neglected to do your
20 job.
21 Q. Okay. Before we go to the next person, I
22 just had a couple things that I had thought
23 of. Have you ever been baptized?
24 A. I was told that I was, but I was told that I

1 Q. So you attended that school?
2 A. Yeah, the school is no longer called
3 St. Bonaventure's. They changed the name.
4 But the church is still St. Bonaventure.
5 Q. Did you ever become a confirmed Catholic?
6 A. Say again.
7 Q. Did you ever go through confirmation?
8 A. Yes.
9 Q. When was that?
10 A. When I was younger.
11 Q. And was that at St. --
12 A. St. Bonaventure, yeah.
13 Q. Do you remember approximately when that was?
14 A. God, that -- I was back there like in '74,
15 '76, somewhere in there.
16 Q. Okay. What are your claims against John
17 Frost?
18 A. Pretty much the same as Grievance Officer
19 Gans. He failed to -- he neglected to do
20 his job as well. Everything that I stated,
21 that he did not consult with the Religious
22 Practice Advisory Board, he didn't consult
23 with the Dietary Department, Freddie Britton
24 or the Dietary manager, nor did he try to

106

1 was young when I did. I don't recall being
2 baptized, but I was told that I was.
3 Q. Do you know if that was in a Catholic
4 Church?
5 A. Yes.
6 Q. Did you -- do you know if you ever had
7 communion?
8 A. Yes, I take communion here regularly.
9 Q. Do you remember having a First Communion?
10 A. I was young. I couldn't remember.
11 Q. Okay. Did you ever attend catechism
12 classes?
13 A. When I attended St. Bonaventure's, yes.
14 Q. I'm sorry, I don't --
15 A. I said when I attended St. Bonventure's.
16 Q. St.?
17 A. Bonaventure's.
18 Q. How do you spell --
19 A. B-O-N-A-T-U-R-E (sic), Bonaventure, yeah.
20 It's been awhile since I been over there.
21 It's located on Diversy in Chicago. I think
22 the address is 1726 West Diversy.
23 Q. And that's just a church?
24 A. No, that's a school and a church.

108

1 consult with the warden, Stephanie Dorethy,
2 as to the problem -- the ongoing problem
3 that was occurring here with the Catholic
4 parishioners of Henry Hill Correctional
5 Facility.
6 Q. Is there anything else you're claiming he
7 did to you?
8 A. Mr. Frost?
9 Q. Yes.
10 A. He didn't do his job.
11 Q. Okay. Nothing else?
12 A. That's it. He didn't do his job. He didn't
13 do his due diligence.
14 Q. What about Melissa Phoenix, what are your
15 claims against her?
16 A. That she did not forward this back to the
17 institution that it came out of, because I
18 pointed out -- and I'm trying to see what
19 exhibit is that -- I want to say it's P.
20 That I pointed out to her in there that on
21 the grievance -- on the grievance -- on the
22 grievance form, in order for it to reach her
23 destination, which is in Springfield, as
24 being the Administrative Review Board

111

1 officer, that one of the things that she
2 supposed to look at first and foremost is
3 whose signature resides in that space which
4 is that box designated for the CAO to sign
5 in his or her signature only.
6        And I had a problem with that
7 signature, because as I stated in Exhibit --
8 I think it was P, is that that signature
9 looked very odd to me, because it didn't
10 look like a signature that I was used to
11 seeing that Dorethy name was signed in that
12 box. Because I said that -- that whoever
13 signed that form, that document, didn't know
14 how to spell Dorethy's name. Because that
15 signature bears -- to me it looks like it
16 says Days, D-A-Y-S, and they didn't know how
17 to spell Stephanie, so they just abbreviated
18 the S. So I pinpointed that to her
19 attention first and foremost, which she
20 knows being the Administrative Review Board
21 officer that that box is designated only for
22 the chief administrative officer.
23        So I said it looked like that
24 signature has been forged, and if that's the

1 with it.
2        And I filled out a Certificate of
3 Service along with a letter and I sent that
4 to the director pinpointing exactly what I
5 just told you, there's a problem with that
6 signature being in that box and that there's
7 a problem in the institution, and I'm hoping
8 that you can rectify the problem.
9        Well, he coincided with what
10 Phoenix said, there's no problem with
11 whatever is going on over there, they know
12 what they're doing.
13        So now I'm forced to bring a
14 lawsuit because I gave you every opportunity
15 from the institution from Chaplain Rojas,
16 from the counselor, from the grievance
17 officer, you see what I'm saying, from the
18 director -- I mean the Administrative Review
19 Board person, and to the director to rectify
20 the problem, but you refuse to rectify the
21 problem. So now we've got to fight in the
22 federal judicial court about a fish sandwich
23 that should be given, you know.
24 Q. So just to be clear, you don't believe that

110

1 case, then that form needs to come back
2 here, because whoever signed off on that is
3 letting it be known that we're aware of
4 what's been going on.
5        So she had no problem with that
6 signature being in that box. And for that
7 reason she signed -- she denied my grievance
8 stating that it's been addressed at the
9 institution and they're in agreement with
10 it, you know, and they're not gonna bother
11 with it.
12        And I'm like that's crazy because
13 I just told you you have a whole
14 congregation of people not being fed and
15 that's definitely against the law in the
16 courts but I'm trying to let you straighten
17 it out before we get to this point because
18 it's not too late to forward this grievance
19 back to the institution and rule in my favor
20 instead of denying it but concurring saying
21 that, yeah, this signature, there's
22 something faulty with it, and this procedure
23 is unconstitutional, so give these guys what
24 they have coming. But she had no problem

112

1 Stephanie Dorethy actually signed your
2 grievance?
3 A. I don't know who signed it, but I said it
4 just didn't bear a signature that was known
5 to me to be hers. So I wanted to know if
6 she did not sign it, who signed that box.
7 Q. And your claim against Melissa Phoenix is
8 that she did not --
9 A. She -- she didn't do her due diligence.
10 Q. So you're suing her because of her
11 involvement in a grievance procedure?
12 A. Right. Because she could have easily
13 corrected this immediately. It wouldn't
14 even have had to go to the director.
15        She could have sent this back to
16 the institution saying, "I have a problem
17 with whoever signed this signature because
18 he's given me two exhibits of how Stephanie
19 Dorethy's name appears, and every signature
20 that I'm seeing that he showed me," which
21 was two, "and I'm looking at the signature
22 in this box and none of the three match one
23 another. So whose signature is in this box?
24 And, Warden Dorethy, what is your signature

113

```
 1   just for," you know, "so I would know?"
 2          But she didn't care whose
 3   signature was in the box. She didn't care
 4   about having the IDOC and seven defendants
 5   be brought into a federal judicial court
 6   about a fish sandwich. So, you know, that's
 7   where we're at with it.
 8  Q.  Is there anything else you are claiming
 9      Melissa Phoenix did to you in this case?
10  A.  That's it.
11  Q.  All right. What are your claims against
12      John Baldwin?
13  A.  Well, I hold him at fault very heavily
14      because, as I stated a few minutes ago, I
15      sent him a certified letter which I had to
16      pay likes $6 and something for the certified
17      postage and like 3 to be returned back to me
18      that he received it. So I paid a total of
19      like maybe $9 and some change advising him
20      what was going on here at Henry Hill
21      Correctional Facility, and he chose to do
22      nothing about it.
23  Q.  First, what evidence do you have that he
24      received this letter?
```

114

```
 1  A.  I have the -- it's all in -- it's all there.
 2      And I also have --
 3  Q.  What do you mean it's in here? In the
 4      Complaint?
 5  A.  Yes. It's towards the back. It's towards
 6      the back.
 7  Q.  What specifically is it that I'm looking
 8      for?
 9  A.  I showed him -- I showed him -- I think it's
10      the money voucher. It's at the end. It's
11      way past -- it should be -- well, like I
12      said, I have copies of the receipt for
13      certified mail --
14  Q.  Okay.
15  A.  -- that he received it. Then I have the
16      money voucher where they signed off that
17      they took the money out of my account for it
18      to go to Springfield.
19  Q.  What evidence --
20  A.  And I got the return receipt after he
21      received it from Springfield returned back
22      to me letting me know that he was in fact in
23      reception of the letter that I stated to him
24      along with the grievance that Melissa
```

115

```
 1      Phoenix and all of them have denied of
 2      seeing to it that the Catholic parishioners
 3      be accommodated this alternative meal for
 4      Lent, non-meat religious diet.
 5  Q.  Do you have any evidence that John Baldwin
 6      personally received your letter?
 7  A.  I just told you. I have the -- I have the
 8      return receipt of service after it was
 9      delivered to his office stamped, not just
10      with his name on it, stamped "Received."
11  Q.  Received by what?
12  A.  By the -- whoever delivers the mail, United
13      States Parcel, whoever it left off to, that
14      it was delivered to his office.
15  Q.  So it's -- the stamp says that it was
16      delivered to his office?
17  A.  Yes.
18  Q.  Doesn't say that it was specifically
19      delivered to him, correct?
20  A.  Well, it has his signature on there. It has
21      somebody's signature on there that it's
22      being received.
23  Q.  But you don't know if it's his signature?
24  A.  It's someone's. It someone's over there.
```

116

```
 1  Q.  Other than the stamp that says that it was
 2      received by the director's office, do you
 3      have any evidence that John Baldwin
 4      personally read your letter?
 5  A.  Yes, because when he signed off on the
 6      grievance, he signed off to everything that
 7      was attached to that because the letter that
 8      I sent to him is attached to that grievance
 9      as well, so he definitely read the letter.
10  Q.  So if it's not his signature on the
11      grievance, would you agree that he --
12  A.  I can't agree to nothin' on that because I
13      wouldn't -- like I say, only they know what
14      goes on over there. I'm incarcerated over
15      here in Galesburg. That's in Springfield.
16      So I can't. . .
17  Q.  Do you know if John Baldwin did actually
18      sign the grievance personally?
19  A.  Again, I stated, it went to Springfield,
20      someone, whether it was him or someone,
21      signed the signature stamped as being
22      received, and it was addressed to Baldwin.
23  Q.  Okay. Have you ever spoken to John Baldwin?
24  A.  No.
```

117

1 Q. Have you ever spoken to Melissa Phoenix?
2 A. No. They in Springfield, like I said. I'm
3 over here in Henry Hill.
4 Q. So have you ever -- other than your
5 grievance have you ever communicated with
6 Melissa Phoenix about your dietary needs?
7 A. Through grievance.
8 Q. Just the grievances, okay.
9 Have you ever spoken to John
10 Frost?
11 A. Personally, yes.
12 Q. You have?
13 A. Yes.
14 Q. About your dietary needs?
15 A. Yes.
16 Q. What specifically -- when did you talk to
17 him?
18 A. After he signed off on my grievance.
19 Q. And what did you guys talk about?
20 A. I told him why he didn't go to the Religious
21 Practice Advisory Board and why did he deny
22 the grievance.
23 Q. Okay. And what did he say?
24 A. He said he's not going to get into that, he

119

1 getting anything.
2 So as far as what he was actually
3 thinking, you know, does he have somethin'
4 against Catholics -- as far as I know, he
5 might be Catholic. I don't know what for.
6 He was going off of if this guy isn't
7 getting anything, you guys aren't gettin'
8 anything.
9 Q. Do you have any evidence that Steve Gans
10 wanted to discriminate against you because
11 you were Catholic?
12 A. He wanted to do something other than do his
13 job. He didn't -- he wasn't in favor of
14 going out of his way to see to it that we be
15 fed.
16 Q. Other than what you just said is there any
17 other evidence that you had that he wanted
18 to discriminate against you because you were
19 Catholic?
20 A. His actions spoke for itself. Speaks
21 volumes.
22 Q. Okay. So nothing besides what you talked
23 about?
24 A. His actions speaks volumes.

118

1 addressed that issue already.
2 Q. Did you guys have any other discussion about
3 it?
4 A. No, because that -- it's -- from that point
5 on, it's moot, you know. He's not going to
6 talk about it anymore, that was clear.
7 Q. So did you have any other discussion with
8 him about your dietary needs?
9 A. That was clear that was moot from that point
10 on.
11 Q. Is anybody other than Manuel Rojas involved
12 in your claim about not being allowed to go
13 to Cursillo?
14 A. No, just him.
15 Q. Do you have any evidence that Freddie
16 Britton wanted to discriminate against you
17 because of your religion?
18 A. I can't say that, no. I don't know what's
19 going on in his mind. I don't know -- to be
20 honest with you, I believe that, like I said
21 earlier, I just believe that no one wants to
22 do no one else's job here, and he was going
23 off -- you know, until this guy gives me a
24 list, he's sticking to his guns, no one's

120

1 Q. Do you have any evidence that John Frost
2 wanted to discriminate against you because
3 of your religious --
4 A. Same answer, his actions speaks volumes.
5 Q. What about Melissa Phoenix, and evidence --
6 A. Same answer, actions speak volumes.
7 Q. What about John Baldwin, any evidence that
8 he wanted to discriminate against --
9 A. Same answer, actions speak volumes.
10 Q. So other than actions speaks volumes,
11 there's no other evidence that you have that
12 those defendants we just talked about wanted
13 to discriminate against you because of your
14 religion.
15 A. You say me. I wouldn't say me. I would say
16 the Catholic parishioners, because I'm not
17 the only one that wasn't been fed. It
18 wasn't like they fed the Catholics and
19 excluded me. They excluded all Catholics.
20 So it wasn't a thing, oh, we don't want to
21 feed Mr. O'Neal. They didn't want to feed
22 Catholics period in Henry Hill Correctional
23 Facility.
24 Q. Are there any other claims you have against

121

1    any of these defendants other than what
2    we've just talked about today?
3  A.  Everything that might be with -- whether
4    it's the Catholic defendants, the Catholic
5    Church defendants --
6  Q.  Just the defendants you and I talked about.
7  A.  Everything I stand on what's in the
8    grievance and in the lawsuit.
9  Q.  Do you know if meatless Fridays are going to
10    be provided in 2020?
11  A.  That's not here yet, so I can't say if it is
12    or not.
13  Q.  Do you have any evidence that Hill
14    Correctional Center will not provide
15    meatless Fridays in 2020?
16  A.  It hasn't gotten here yet, so I can't say it
17    will or it won't.
18  Q.  Okay. I believe one of the things you talk
19    about in your Complaint is that you were
20    discriminated against, Catholics were being
21    discriminated against because other
22    religions were provided with special diets,
23    correct?
24  A.  Right.

122

1  Q.  Do you have any evidence that John Baldwin
2    personally determines which religions get
3    religious diets?
4  A.  No, that's not on him. That's Chaplain
5    Rojas.
6  Q.  So not Melissa Phoenix either; she had no
7    involvement in the discrimination?
8  A.  That's Chaplain Rojas.
9  Q.  Okay. And I'm just going to go through them
10    just so we're clear.
11       John Frost doesn't have any
12    involvement in that claim, correct?
13  A.  I can't say -- I can't say about Frost,
14    because I would say that could -- if he
15    would have done his job, he could have went
16    over there and spoke to Chaplain Rojas, you
17    know.
18  Q.  Other than speaking to Chaplain Rojas,
19    there's nothing else that he's --
20  A.  He don't have no -- he don't have no --
21    whether you gonna be Catholic or, you know,
22    Muslim or whatever, that's not his
23    department.
24  Q.  Okay. And does the same go for Gans and

123

1    Britton?
2  A.  No, that's not their department. That all
3    falls on Chaplain Rojas.
4  Q.  And same with Dorethy too then, right?
5  A.  Yeah.
6       MR. ANKNEY: All right. I'm going to
7    look through my notes.
8       MR. AHMAD: I'll follow up some.
9
10  FURTHER EXAMINATION BY MR. AHMAD:
11  Q.  Just to follow up on what was being asked
12    earlier, ultimately you said the decision on
13    whether or not the special dietary meals
14    were being provided were Defendant Rojas's
15    decision?
16  A.  Correct.
17  Q.  Defendant Rodriguez or Lahood could not have
18    ordered Rojas to act one way or the other;
19    they could have just advised, is that
20    correct?
21  A.  Right, advised, exactly.
22  Q.  But not order?
23  A.  See, I'll say this, and I would like to have
24    this stated for the record if it does any

124

1    good in moving forward, when this case is
2    all come to a conclusion, I honestly believe
3    that the Catholic Church should sit down and
4    speak to the Department of Corrections and
5    see to it that when Lent comes about if
6    they're able to provide meals for the
7    Catholics themselves to where things like
8    this could never get out of hand and get to
9    this point.
10       Because the Jewish faith, they
11    take care of their own. And they take care
12    of them through New York. For when it's
13    time for them to celebrate whatever they do,
14    all their accommodations are sent in here
15    from an outside vendor and approved to come
16    in so they be accommodated.
17       And I believe that's what the
18    Catholic Church should see to it to where
19    they'll know for sure that the Catholics are
20    being taken care of to where they don't have
21    to be involved in any shenanigans, whatever
22    the Illinois Department of Corrections
23    chooses to do to the Catholic parishioners.
24  Q.  You mentioned previously that since the

4:18-cv-04063-SEM-TSH  # 124-6  Page 32 of 66

**125**

1  lawsuit has been filed that 95 percent of
2  the time you've had meatless Fridays.
3  A.  Yes.
4  Q.  Okay.  Describe to me how you had meatless
5  Fridays since.  And I think you filed suit
6  in March of 2018, and you're talking about
7  every Friday.
8  A.  Listen, what I mean by that is, like I said,
9  you might have something that was made of
10  say for instance rice, and they got some
11  stuff in here we don't know what that stuff
12  is.  You don't know what it is, you know
13  what I'm sayin'?
14         So if you gonna eat around the
15  rice, you see what I'm sayin', and you
16  really look at it, this stuff -- who
17  knows -- what is this stuff, you know?  What
18  is it?
19  Q.  What about in 2017?
20  A.  What do you mean 2017?
21  Q.  So you're saying since the lawsuit was filed
22  95 percent of the time you had meatless
23  Fridays.
24  A.  I'm saying before this.

**126**

1  Q.  Since 2005 --
2  A.  Right.
3  Q.  -- 95 percent of the time you had meatless
4  Fridays?
5  A.  Yes.
6  Q.  And you mentioned something about a vegan
7  choice.  How does that work?
8  A.  Well, that's -- if Rojas approves the diet,
9  that means that we're not to be fed anything
10  with meat products.  We have to -- you can
11  give us soup, tomato soup, or anything of
12  that nature, but that's what they choose to
13  do here, you know.
14         Since like I told you this past
15  year, they gave the cheese and -- grilled
16  cheese and the pizza, which there's no meat.
17  Q.  But how would you go about getting the
18  meat -- a vegan meal if you wanted to?
19  A.  You would have to write whatcha-call --
20  what's his name?  Chaplain Rojas.  You have
21  to contact him to let him know are you going
22  to send the slips out so I can be
23  accommodated the meal for Lent.
24  Q.  So Rojas is the only person that can approve

**127**

1  vegan meals --
2  A.  No.  Rojas and Dorethy.  That's what I told
3  you, that's what that form consists of.
4  Rojas sends it to you.  You sign it.  Now
5  Rojas relay back stating -- if he signs off
6  on it, he sends it to Dorethy, but she said
7  she relinquished those duties to her
8  Assistant Warden of Programs.  So whoever
9  that person is, he looks at it.
10         I guess the procedure would be to
11  check to see are you of that religion, and
12  with Rojas signing his signature, I guess
13  that's the stamp of approval saying, well,
14  okay, if he has no problem with it, the
15  chaplain, well, I'll sign it, and now it
16  goes to the Dietary Department, and your
17  name will come on the form.
18         And when you go over there you'll
19  say, "I'm here to pick up my Lent tray.  My
20  name is Aaron O'Neal."
21         "Okay.  Sign right there."
22         And they'll give you a tray and
23  walk off.  But there's never no. . .
24  Q.  Did you ever reach out to Dorethy regarding

**128**

1  a vegan meal?
2  A.  Through my grievance.
3  Q.  Not before that?
4  A.  No, because Dorethy don't talk to anyone.
5  Q.  Okay.  Did you ever ask anyone for a vegan
6  meal?
7  A.  Yes.
8  Q.  When?
9  A.  Freddie B.  Freddie B.  Freddie Britton.
10  Q.  Who's that?
11  A.  That's --
12  Q.  Oh, Freddie Britton?
13  A.  Yes.
14  Q.  When did you first ask for the vegan meal?
15  A.  During Lent.
16  Q.  What year?
17  A.  Well, when -- the first time that I asked
18  him about the meal, he laid back and told me
19  that it wasn't gonna happen.
20  Q.  What year?
21  A.  There again, that was in '16.  And I asked
22  him again.
23         "That's not gonna happen."
24  Q.  Okay.  So you asked him during Lent in 2016?

131

BY MR. AHMAD:

Q. There's a grievance procedure in place --

A. Correct.

Q. -- correct?

Did you ever file a grievance saying that you never received that dietary form?

A. Yes, it's there.

Q. When did you first file a grievance saying that the form is not being provided to you?

A. 2016.

Q. So from 2005 to 2016 you never made a grievance on that?

A. No, because see, it's good that we have that point too because throughout this whole procedure I never knew what they were doing was against the law. I just thought we were, you know, as they say blank out, A-out, you know, you not receiving it.

So one day in 2016, that's when the guy told me, he said, "Man, you know what they're doin', they're discriminatin' against you guys. They're givin' them to all the other guys."

---

130

THE WITNESS: The request has to come to you. You cannot request -- the only thing you could ask is he's gonna send them out. If he chooses to send them out, that's on him. You can't make him send them out. You can't take a plain sheet of paper and say, "Mr. Rojas, I want to be fed a Lent meal, non-meat diet, honor this."

No. It's gotta be on that form or it does not get honored. That's the form that I showed you.

What was that form? I forget what -- I think it's --

MR. ANKNEY: The Offender Request for Religious Diet?

THE WITNESS: It's B, yes. If it's not on that form, you're not getting it. You can write -- you can write on a plain sheet of paper or a blank sheet of -- you know, lines (sic) with paper (sic), if it's not on that form and it does not go through the procedure, you are not --

---

132

He said, "The reason why this is happenin' is because you guys aren't filing grievances and no one is sayin' nothing."

I said, "We are. We are saying something."

I said, "We are saying something, but it's not being honored."

He said, "Yeah, you can tell them that you want to be fed until you're blue in the face," but he said, "until you file a grievance on that, they're gonna keep doin' what they're doin'."

Q. So in 2016 you filed a grievance requesting Form DOC --

A. No, we ask for them forms every year.

Q. Did you ever file a grievance that you were not receiving the form?

A. No, no, no.

Q. You never filed that grievance?

A. I told you until 2016 because I didn't think --

Q. So in 2016 did you file a grievance for it?

A. Yes.

Q. So you filed a grievance through the

---

A. Every year we go over there we ask them, "Meals, meals, there's nothing here, there's nothing here."

Q. Where do you ask him? Do you ask him in his office?

A. In the chow hall. In the chow hall.

Q. In the chow hall?

A. Yeah, in the chow hall.

Q. So essentially you show up to the chow hall and then you say, "I want a Lent meal" --

A. Right. And he says, "There is none."

Q. Did you ever ask for a vegan meal in writing?

A. No. You can't ask for it in writing. That's like -- that would do away with the whole procedure of the form. It's gotta be on the form or it's not being honored. I could write 20, 30 letters to Rojas, this and that, if it's not on that form, you're not getting anything.

MR. ANKNEY: I'm sorry, I just -- I was confused there for a second. Did you say you never submitted a request for a vegan diet in writing?

133

```
1    channels to get this form?
2  A. No, I let them know that it was not being
3     honored.
4  Q. In the grievance?
5     Well, no, my question is do you
6     file a grievance saying that you're not
7     receiving the form?
8  A. Yes. It's in there. I told them in my
9     grievance, I said that Rojas is not sending
10    the -- you know, he's not accommodating,
11    he's not seeing to it that we don't -- we're
12    not getting what we supposed to --
13 Q. I'm not asking about the meal. I'm asking
14    about the form.
15 A. Right.
16 Q. So your grievance in 2016 says Rojas did not
17    provide the form to you?
18 A. I guess. It's in there. It's somewhere in
19    there. I told them in there that he's not
20    issuing the form which he's supposed to.
21    It's in the grievance.
22 Q. And when in 2016 did you file that
23    grievance?
24 A. April, I think it's 16, is the grievance?
```

134

```
1     What is it, April 16 or April 14, I believe.
2  Q. So April of 2016?
3  A. Yeah.
4  Q. Is that what you're saying?
5  A. Yes, April 16 or 14, one of them.
6  Q. Of 2016?
7  A. 2016.
8  Q. Okay. And when was Lent in 2016?
9  A. It was still in effect, if that's what
10    you're asking. It's accounted there, which
11    I pointed out in there.
12    And I let it be known Lent is
13    still going on as I'm doing this right now.
14    So, man, this could stop right now, but they
15    chose not to stop it.
16 Q. Okay. And then in 2017 did you get a form,
17    DOC --
18 A. No, they did not give us a form --
19 Q. Did you file a grievance in 2017?
20 A. No, because I've already filed it and it's
21    ongoing, so there was no need to --
22 Q. Was there a response to the grievance that
23    you filed in 2016?
24 A. Yes.
```

135

```
1  Q. What was the response?
2  A. You have it right there.
3  Q. What was it? What's your understanding?
4  A. Everybody was shut down by the counselor,
5     the grievance officer, the warden, ARB
6     Board, and Melissa Phoenix, and the
7     director.
8  Q. When was the decision made on that
9     grievance?
10 A. It's all in there.
11 Q. What year was it?
12 A. That was in 2016, '17. It's in there.
13 Q. Okay.
14 A. That's -- it's in Exhibit T. One signed off
15    on the 4th and one signed off on the 5th. I
16    believe Melissa Phoenix signed off on -- no,
17    I'm thinking -- I'm thinking -- that was
18    Gans and Dorethy, that was on the 4th and
19    the 5th. And Gans -- I mean, Phoenix and
20    Baldwin signed off right after one another
21    as well. But that's Exhibit Q of the
22    original grievance.
23 Q. Sorry, so you filed a grievance on April 14,
24    2016.
```

136

```
1  A. Yeah, '16. And they signed off on it -- it
2     ended -- it left Springfield -- Exhibit Q,
3     it should have the date on there.
4  Q. I'm going to show you a set of documents.
5     Is this the grievance that you had filed?
6  A. Yes, this is the grievance.
7  Q. Is that the entire grievance?
8  A. With the attachments, the supplemental
9     attachments on Frost and Gans -- I mean not
10    Frost and Gans, but Rojas and Frost.
11 Q. Is there anything missing from that
12    grievance that I provided you?
13 A. This is it all the way from -- all the way
14    up to H from -- only thing that's missing
15    from here at the beginning of the grievance
16    is A through -- A, B, C, D is not here.
17 Q. Did you include that in the Complaint?
18 A. All that's attached is exhibits. A, B, C,
19    and D is all exhibits. It goes to -- that
20    goes -- that coincides with the grievance,
21    goes with the grievance.
22 Q. Were they filed as part of the grievance?
23 A. Yes.
24 Q. Okay. So are these what you're talking
```

139

1 about?
2 A. Yes, these are all the affidavits.
3 Q. Okay. So of all of this, and I'm going to
4 give you this too (indicating).
5 A. Except P. P and Q is not here.
6 Q. Do you have a P and Q?
7 A. P, Q, and R is not there. Because R is when
8 I saw that counsel from Loevy & Loevy,
9 that's R. Q is Baldwin and Mrs. Phoenix
10 denial of the grievance. And P is Dorethy's
11 showing that --
12 Q. The only thing I'm asking right now, if you
13 could identify from these exhibits that are
14 in front of you what were the grievances
15 that you filed. I don't want to know what
16 the response was, just what you filed.
17 A. Everything is intact right here up until P,
18 Q, and R.
19 Q. So like this was something that you filed or
20 something that they presented to you
21 afterwards (indicating).
22 A. No, this is what Rojas sent to me and I used
23 that as an exhibit in part of my grievance.
24 Q. So this entire packet is something that you

1 (Deposition Group Exhibit A so
2 marked for identification)
3
4 BY MR. AHMAD:
5 Q. Show us in that exhibit where you requested
6 specifically form DOC0388.
7 A. I got in here when I told -- I was letting
8 him know that Rojas has not issued that.
9 But I don't use the number as on that page
10 as what you stated, because I didn't know
11 the number. Right here where I got #10,
12 paragraph 10. I said, "Chaplain Rojas
13 without a doubt is supposed to prepare
14 Catholic Lent alternative list to Dietary
15 Department."
16 Q. And that's #10 on what is marked page 21 of
17 27 in the packet.
18 A. This is page -- page 5, paragraph 10,
19 "Chaplain Rojas without a doubt is supposed
20 to prepare Catholic Lent alternative list to
21 Dietary Department personnel. However,
22 chooses not to do so which not only leaves
23 Dietary Department personnel from preparing
24 how much food to prepare for this service

138

1 filed?
2 A. Yes.
3 Q. Including from the front page?
4 A. Yes.
5 Q. Exhibit A?
6 A. Yeah, this is all --
7 Q. Was this in the grievance?
8 A. Yes.
9 Q. Okay. So what you're saying is the exhibits
10 that you --
11 A. All that's a part of the grievance. It's
12 been filed and gone all the way through the
13 institution all the way up to Springfield
14 and now is in the U.S. District Court of
15 Springfield.
16 Q. Okay. So all the exhibits that were filed
17 with the Complaint are part of the grievance
18 packet?
19 A. Yes.
20 Q. Okay. And I'm going to mark them as --
21 A. Only ones missing out of there, like I say,
22 is P, Q, and R.
23
24

140

1 meal, but also deprives Catholic from our
2 Friday Lent meals."
3 Q. Okay. And just for identification, this is
4 Document No. 1-1, page 21 of 27; is that
5 correct?
6 A. That's what it states at the top. 1 of 1,
7 pages 21 of 27. And on the grievance page
8 is listed on page 5.
9 Q. Okay.
10 A. Of the original filing of the grievance.
11 Q. Is that it or is there anywhere else that --
12 A. I kind of figured I could go right to it.
13 I'm quite sure it's probably somewhere else
14 in here. It's pointed out, if that's what
15 you're trying to say. It's all throughout
16 here. In you want to take the time out, we
17 can go further.
18 Well, I tell in here, I say on
19 paragraph 5, page 4 of the original
20 grievance, I say, "Catholic inmates here at
21 Henry Hill Correctional Center for numerous
22 years have been deprived of alternative
23 during Lent which starts Ash Wednesday and
24 concludes on Easter Sunday which prohibits

143

| | | |
|---|---|---|
| 1 | | all Catholics from consuming products on |
| 2 | | Friday." |
| 3 | | But that's the wrong -- then I |
| 4 | | go on. Then it just -- dietary personnel -- |
| 5 | | which is 6, "Dietary Department personnel |
| 6 | | here at Henry Hill Correctional Center |
| 7 | | refuses to accommodate the necessary |
| 8 | | alternative meals such as fish due to |
| 9 | | they're left at a disadvantage for Chaplain |
| 10 | | Rojas refuses to supply Dietary Department |
| 11 | | with an approved list Lent for Catholic |
| 12 | | participants," right here on page 5, |
| 13 | | paragraph 6 at the top. |
| 14 | Q. | Okay. Is this Document No. 1-1, page 21 of |
| 15 | | 27? |
| 16 | A. | I can't read it upside down. |
| 17 | Q. | Is that correct? |
| 18 | A. | It says 1 of 1, pages 21 of 27. And on the |
| 19 | | original grievance page 5, paragraph number |
| 20 | | 6. |
| 21 | Q. | Okay. |
| 22 | A. | "Refuses to supply Dietary Department with |
| 23 | | an approved Lent list for Catholic |
| 24 | | participants." |

143

| | | |
|---|---|---|
| 1 | | circulates the forms, we can fill them out |
| 2 | | and get them back to him and we'll take it |
| 3 | | from there to see if the warden -- and she |
| 4 | | say she relinquish those duties to her |
| 5 | | assistant warden so someone can see to it |
| 6 | | that we be accommodated. |
| 7 | Q. | Did you file any other grievances -- |
| 8 | A. | Just -- |
| 9 | Q. | So this is the -- |
| 10 | A. | That's the only grievance. |
| 11 | | MR. AHMAD: I don't think I have |
| 12 | | anything further. |
| 13 | | MR. ANKNEY: Okay. I have a few |
| 14 | | things. |
| 15 | | |
| 16 | | **FURTHER EXAMINATION BY MR. ANKNEY:** |
| 17 | Q. | I'm going to back to probably the very |
| 18 | | beginning of this deposition because I can't |
| 19 | | remember what you specifically said. But I |
| 20 | | don't know if you recall, you previously |
| 21 | | talked about during the discussion about the |
| 22 | | religious diet for Lent, that one of the |
| 23 | | deacons said that you were exempt. Do you |
| 24 | | recall that? |

142

| | | |
|---|---|---|
| 1 | Q. | Okay. Is there anywhere else that you |
| 2 | | believe that the grievance requested that |
| 3 | | form DOC0388 be provided to you? |
| 4 | A. | Here we go again. Paragraph 12 of the same |
| 5 | | page, "I was only asking Chaplain Rojas why |
| 6 | | was it he refuses to make out a Catholic |
| 7 | | Lent list and why is it that other religious |
| 8 | | groups receive what they're entitled to, |
| 9 | | plus receive celebratory feasts after each |
| 10 | | one of their traditional religious periods, |
| 11 | | but not Catholics. Chaplain Rojas stated |
| 12 | | Catholics can have celebratory feasts but |
| 13 | | it's up to the deacon to address such issue |
| 14 | | and not myself." |
| 15 | | That's on page 5 and 6, paragraph |
| 16 | | 12. |
| 17 | Q. | So the same page and the following page? |
| 18 | A. | Yeah, on 1 of 1, pages 22 of 27 on that one. |
| 19 | Q. | Okay. Anywhere else? |
| 20 | A. | No, that's. . . |
| 21 | Q. | That's it? |
| 22 | A. | That should be enough right there. Showing |
| 23 | | that he's not doing what he's supposed to |
| 24 | | do. It's a simple procedure if he |

144

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | What did you mean by that? |
| 3 | A. | Well, in my production of documents and |
| 4 | | request for production of documents I think |
| 5 | | it was Deacon -- well, not I don't think. |
| 6 | | It was both. It was Deacon Joe Lahood and |
| 7 | | Deacon Robert Rodriguez stated that |
| 8 | | Catholics are exempt from receiving non-meat |
| 9 | | religious meals, which I know that's a lie |
| 10 | | because the Illinois Department of |
| 11 | | Corrections administrative directive state |
| 12 | | that you are to be accommodated if you're |
| 13 | | Catholic, and they tell you what you're |
| 14 | | supposed to be accommodated with, which is |
| 15 | | Exhibit H which is in there. |
| 16 | Q. | And I assume they meant while incarcerated |
| 17 | | that the Catholics are exempt from non -meat? |
| 18 | A. | There's no such thing though. Like I said, |
| 19 | | only one that can exempt such a thing is |
| 20 | | God, and he hasn't done that. |
| 21 | | No sitting pope, archbishop, |
| 22 | | cardinal, priest, or deacon has the |
| 23 | | authority, nor the right, to speak for |
| 24 | | another practicing Catholic as how you |

**[145]**

```
 1   choose to practice your religion. And they
 2   know we are all supposed to abstain from all
 3   meat products during Ash Wednesday and all
 4   Fridays of the year.
 5  Q.  Okay. I think you said that God has never
 6       said that you're exempt from the rule that
 7       you can't eat meat on Fridays during Lent?
 8  A.  If so, produce the document where it states
 9       that.
10  Q.  I guess how would we know that?
11  A.  Well, you know, the Catholics know that.
12  Q.  Like so the pope could say --
13  A.  No, the pope can't say it.
14  Q.  The pope wouldn't be able to make that --
15  A.  No, that's why I say -- I just sent that to
16       your office and Mr. Ahmad's office
17       yesterday. I filed that yesterday.
18  Q.  If the pope said --
19  A.  The pope can't say.
20  Q.  Why?
21  A.  Because that's their -- that's the freedom
22       of the right to practice how you want to
23       practice. But that's one of the rights that
24       all Catholics are given that we must follow.
```

**146**

```
 1       We are not supposed to eat that. Now,
 2       like --
 3  Q.  Who makes that determination?
 4  A.  Listen, you, you make that -- well, that
 5       goes back before my time. But anyway, it's
 6       an article that I submitted along with that
 7       grievance that Mr. Ahmad was just speaking
 8       of, and that was a letter that Cardinal
 9       Blase out of Chicago out of the Holy Name
10       Cathedral gave a dispensation to all the
11       Irish Catholics because it coincide with --
12       it conflict -- I'm not gonna say -- it
13       conflicted with St. Patrick's Day.
14           And from my understanding being
15       Catholic is that the Irish, even though I
16       have an Irish name, O'Neal, that they're
17       supposed to consume and -- corn beef and
18       cabbage during St. Patrick Day.
19           Just so happened that year St.
20       Patrick's Day fell during the time of Lent.
21       So he was caught between a rock and a hard
22       place saying, well, do we break from
23       abstaining from meat, or do we follow the
24       Irish tradition and have our corned beef and
```

**147**

```
 1       cabbage.
 2           So he stated I'm going to give a
 3       dispensation, so I'm going to let the
 4       Catholics that choose to, it's your choice,
 5       because you have the freedom of the right to
 6       choose how you choose to practice, if you
 7       want to indulge in meat, you can consume
 8       meat for the St. Patrick holiday if you are
 9       Irish, but do so in moderation.
10           However, Pope -- not Pope, Bishop
11       Paprocki out of Springfield, he oversees 28
12       county -- he oversees 28 parishes in central
13       Illinois told us regardless of what Cardinal
14       Blase stated in that article you got, do not
15       break your practice and indulge in meat,
16       because we are supposed to abstain from
17       meat, so don't listen to that.
18           So if you're Irish and you want to
19       do so, do so. If you want to have meat,
20       you're gonna be pardoned or forgiven for
21       that. But those that are not Irish, we
22       know -- even Irish know we weren't supposed
23       to indulge in that.
24           And 28 counties that Paprocki
```

**148**

```
 1       oversees, that being one of the 28 counties,
 2       Knox County, which I reside here
 3       incarcerated, I know first and foremost that
 4       we weren't supposed to follow that, and we
 5       didn't.
 6  Q.  Okay. Since you were returned to the list
 7       to partake in Cursillo, you haven't been
 8       removed from that list?
 9  A.  Say that again.
10  Q.  Since you were returned to the list to
11       participate in Cursillo --
12  A.  Oh, no, they won't take me out of there for
13       nothin'.
14  Q.  So you've been in Cursillo consistently --
15  A.  Yeah, they won't take me outta there for
16       nothin'. As a matter of fact, they made
17       sure I'm one of the ones that attend.
18  Q.  Okay. Rojas is no longer --
19  A.  No.
20  Q.  -- the chaplain at Hill, correct?
21  A.  Norman Reece is. She's the head chaplain.
22  Q.  You said between 2005 and 2017 you were
23       denied a special dietary for Lent, correct?
24  A.  I was denied since being in Hill
```

**[149]**

```
1        Correctional Center since 2005 up until now.
2   Q.   Okay.  So, for instance, 2005 when Lent was
3        occurring and you were denied a tray on
4        Friday that was specifically meatless, when
5        did you realize that your rights were being
6        violated?
7   A.   I done told you, I didn't realize that until
8        2016 when I was complaining -- me and a
9        couple more Catholics was complainin', and
10       it was an older gentleman sayin', "Man,
11       that's the problem right there because you
12       guys are always talking amongst yourselves
13       and you're not gettin' nothin' done, and
14       until you put something on paper, nothing is
15       going to be done about it.  That's why you
16       haven't been given it."
17              He said, "Do you know that you
18       need to be up in the law library because
19       what Chaplain Rojas is doing, he's violatin'
20       the constitution, because if you go to the
21       law library and pull some cases, you'll see
22       he's been discriminatin' against you guys
23       for years."
24              And I didn't know nothin' about
```

**[150]**

```
1        it.  And when I finally went up there and I
2        got to readin', I'm like, wow, you know,
3        this is what's been goin' on, you know.
4   Q.   I guess my question was more about religious
5        rights.  So each time you didn't receive a
6        meatless meal on Friday, at the time you
7        didn't receive it, you realized your
8        religious rights were being violated,
9        correct?
10  A.   Yes.
11  Q.   What damages are you seeking against
12       Stephanie Dorethy in this case?
13  A.   It's in the Complaint.  Compensatory and
14       punitive damages in the Complaint.  At the
15       end of the Complaint.
16  Q.   And what are you seeking compensatory
17       damages for?
18  A.   It's in the Complaint.
19  Q.   No, I mean -- okay.  So in the Complaint it
20       looks like you say page 12 of 13 under
21       Section B, Compensatory Damages.
22  A.   Yes.
23  Q.   So is that the compensatory damages that
24       you're seeking?
```

**[151]**

```
1   A.   Right.  And punitive damages.
2   Q.   Sure.  How did you come to these numbers for
3        compensatory damages?
4   A.   Throughout the years and all of the
5        distress -- well, I won't say distress, but
6        throughout all the years, that's what
7        brought me to that number.
8   Q.   So it's -- when you say "distress" what do
9        you mean by "distress"?
10  A.   No, I just -- not distress.  I'm not
11       focusing on no distress.  Throughout all the
12       years, that's how I came up with that
13       amount.
14  Q.   I don't understand.  What do you mean?
15  A.   For them not feeding us.
16  Q.   Okay.
17  A.   You know.  That's how I come to the
18       conclusion.  That's how I wanted to set the
19       bar at.
20              I don't even know why the Catholic
21       Church is still here, because I tried to
22       settle with the Catholic Church.
23  Q.   How did you come to these numbers for
24       punitive damages?
```

**[152]**

```
1   A.   Say that again.
2   Q.   For punitive damages how did you come at the
3        number you listed?
4   A.   Same reason as I give for compensatory.
5   Q.   I think you previously said that you talked
6        to Freddie Britton about receiving a vegan
7        meal, correct?
8   A.   Yes.
9   Q.   He can't approve a special diet tray,
10       correct?
11  A.   But see, he could break it.  Even though he
12       can't approve it, it's still his department
13       as to should I or shouldn't I, meaning
14       should I give him the list (sic), because I
15       do see this on his -- back of his I.D. he is
16       Catholic, should I give this meal to him,
17       you see what I'm sayin'?
18              He can break -- even though Rojas
19       chose not to send him a form, he could go
20       off of that right there and give us, because
21       there's -- as I stated earlier, there's
22       kosher meals provided in that Dietary on a
23       daily basis, lactose, and vegan.
24              And at the end of the day there's
```

1 a lot of that stuff that's cooked and they
2 don't even serve it because some guys that's
3 on those lists, no matter what denomination
4 they're in, they don't even come because
5 they got food in their box, so they don't
6 have to go to the chow hall. So they might
7 decide to skip their kosher or lactose or
8 vegan or whatever. So there's leftovers,
9 whatnot.
10 So it was in his power to lay back
11 and say, "Well, you know what, there is some
12 food back here; I can give this gentleman a
13 vegan tray."
14 Q. So you wanted Freddie Britton to give you a
15 vegan tray even though you weren't on a list
16 for a vegan tray?
17 A. There was no list, right.
18 Q. Okay.
19 A. Not that I know of, because he said, you
20 know, Rojas sends one over, no one's
21 getting anything.
22 Q. When did you talk to him about -- oh, I
23 think you said you talked to him about it in
24 2016 during Lent; is that correct?

155
1 harm as a result of not having your meatless
2 meals on Friday?
3 A. No.
4 MR. ANKNEY: I think that's all I
5 have.
6 MR. AHMAD: I think I might have a
7 couple more questions for you.
8
9 FURTHER EXAMINATION BY MR. AHMAD:
10 Q. From what I understand your concern with
11 Rodriguez or Lahood and the Catholic Church
12 is really their failure to act; is that
13 correct?
14 A. Yes.
15 Q. Not -- they were not discriminating against
16 you because you were Catholic?
17 A. No, because they're Catholic too. That's
18 why I told them when I was talking with
19 Mr. Uphoff or something like that, I told
20 him at the end of the day I too am Catholic,
21 so maybe we can come to a meeting of the
22 minds where we can put this behind us.
23 Because I honestly believe, like I say, with
24 the Jewish denomination, they see to it that

154
1 A. I talked -- yes.
2 Q. If this case were to go to trial, who would
3 you call as witnesses?
4 A. Well, you already know that because we had a
5 conference call on that. John Lovell
6 (phonetic) is one of the witnesses, and I
7 have a few more. Because see, there's more
8 Catholics that are under grievances right
9 now and have -- getting ready to file
10 lawsuits pertaining to this same issue, but
11 only they've been deprived of meals, not
12 just through Freddie B., but there's
13 another -- which you don't represent them as
14 of yet.
15 A guy by the name of Steward
16 (phonetic), he's another one over there that
17 turns guys away, you know. So there's quite
18 a few guys that will be called that are
19 Catholics that submitted affidavits that
20 haven't been fed too that's gone over there
21 and have been turned down by more than just
22 Freddie Britton.
23 Q. Has any medical professional ever told you
24 that you suffered some sort of injury or

156
1 their parishioners be fed.
2 So I was thinking, you know,
3 moving forward that should be one of the
4 things that the Catholic Church should do,
5 because I honestly believe if they let the
6 Catholic Church feed the Catholic
7 parishioners of Henry Hill Correctional
8 Center, they'll do so. But if they don't
9 have the consent to bring us anything in
10 during that time, we won't -- we'll continue
11 to get nothing.
12 Q. Sure. So aside from the Catholic Church
13 stepping in and working with the state to
14 provide the meals for you, going back to the
15 issue at hand, essentially your claim is
16 that the Catholic Church failed to intervene
17 by --
18 A. Staying silent.
19 Q. They stayed silent?
20 A. Right. Staying silent. And they knew
21 firsthand of what was going on throughout
22 all these years and could have -- I think
23 they could have done more.
24 Q. Okay. And it wasn't an issue of the

1 Catholic Church working with the Department
2 of Corrections to deprive you?
3 **A.** That's what it seemed to me.
4 **Q.** So it seems to you that it's more of they
5 stayed silent?
6 **A.** That they were working with them because
7 they done nothin' to stop it.
8 **Q.** How were they working with them?
9 **A.** Well, like I say, you know, they could --
10 they could have taken this on very easily to
11 speak to Warden Dorethy, and they never told
12 Dorethy filing the grievance, hey, our
13 parishioners are constantly telling us that
14 other religions are being fed, they're given
15 feasts, and they're not being honored, why
16 is this, can we put a stop to this.
17 **Q.** So the problem is they didn't speak up for
18 you?
19 **A.** Right.
20 **Q.** Not they actually went and said, hey,
21 they're Catholics --
22 **A.** No, no, they wouldn't do that, because
23 they're Catholic too.
24 **Q.** Okay. Just wanted clarification.

158

1 Is there anything that you feel is
2 important for us to know and that you will
3 use at trial that we haven't asked you
4 about?
5 **A.** All I said, other than -- other than --
6 other than -- like I said, I guess moving
7 forward -- because see, we have a new
8 director too now that they got rid of that
9 Baldwin, right? And he's a more of a
10 reformed individual. I was reading up about
11 him, how he -- he was personally sent here
12 from Washington to clean up the Illinois
13 Department of Corrections. And he's had
14 some success in the prison systems in Ohio.
15 And since he's been director in
16 this last probably last two months or month
17 and a half or so, you see this place
18 starting to change more because you're not
19 locked up all day. He's putting it to where
20 you can get into school, start letting the
21 guys get their good time. You know, it's
22 all about, you know, getting back on track,
23 doing the right thing. So I think he's
24 doing the right thing as far as getting this

159

1 place in tip-tip shape.
2 And I only thinking that maybe the
3 Catholic Church should sit down with the
4 director to see how they can help better get
5 an understanding as to things, like I said,
6 like this -- you know, we don't have to be
7 going through -- this is -- to be truthful,
8 this is senseless talking about a fish
9 sandwich, but that's where we're at with it.
10 **Q.** Right.
11 **A.** Because that's too many people, because
12 someone should have stopped it.
13 **Q.** Okay.
14 **A.** Seems like no one cared.
15 MR. ANKNEY: I've got one real quick.
16
17 **FURTHER EXAMINATION BY MR. ANKNEY:**
18 **Q.** Do you know when Lent is in 2020?
19 **A.** Yes. I hate that I didn't bring that
20 calendar with me too because -- to answer
21 your question, you said you haven't got my
22 e-file, and neither did you, that I filed
23 yesterday, it got sent out yesterday. And
24 in there is the calendar, because your

160

1 client -- no, your client (indicating),
2 because the two law firms. Your client,
3 Lahood and Rodriguez, stated in there --
4 because I wanted to know didn't you ever
5 have a conversation with Rojas as to
6 advocating for the Catholic parishioners.
7 And they said we don't advocate on behalf of
8 the Catholic parishioners because you're
9 exempt.
10 So I asked them another question ,
11 which, like I say, you haven't answered
12 those interrogatories either. I stated in
13 there, I said, "Well, at any time have you
14 ever spoken to Rojas personally for us being
15 provided a Lent meal?"
16 And he gave us that at least. He
17 said, "Yes, I spoke to Chaplain Rojas about
18 you guys' Lent meal."
19 So I'm which one is it, you
20 advocated for us or you don't, because you
21 just stated in one of the interrogatories
22 you don't advocate for us, but in another
23 you stated, yes, I sat down and I spoke to
24 Rojas about your Lent meal.

**161**

```
1      You see what I'm saying?
2           So back to the question that you
3   were stating in that calendar, because they
4   say -- so I say, well, okay, how is the
5   prison put on notice what they're supposed
6   to do when Lent comes?  This is coming from
7   the Catholic standpoint because I know how
8   the Illinois Department of Corrections deals
9   with that, because it's in the
10  administrative directives.  They know what
11  we get, how much we're supposed to get, and
12  when we're supposed to get it.
13          But I wanted to find out from the
14  Catholic Church how do you advise the prison
15  when Lent is coming, or do you advise the
16  prison when Lent is coming.  They said, no,
17  the only thing that we do with Catholic
18  prisons pertaining to the Catholic inmates
19  is I consult with Chaplain Rojas through
20  e-mails and my yearly calendar.
21          So you're the one that brought
22  that up out your mouth.  So I said I want to
23  see your calendar, you see what I'm sayin'?
24  And your clients refused to turn over
```

**163**

```
1   you.
2   Q.  Well, I was asking you if you knew when
3       Easter was next year, because I wanted to
4       know if you had submitted a request --
5   A.  You keep saying -- we don't submit requests.
6       We can't do that.
7   Q.  Okay.
8   A.  The requests must be sent to us, because
9       they have a list of who's all Catholic.
10  Q.  Okay.
11  A.  So if they don't know of you being Catholic,
12      you not gonna receive a form, a request
13      slip.  You don't write Chaplain Rojas or the
14      new Chaplain Reece and state, "Well, hey, I
15      want to be on this."
16              They send that to you if they
17      choose to send it to you.
18  Q.  Okay.
19  A.  That haven't come yet, so I don't know if
20      Norman Reece is going to circulate them in
21      2020, because that hasn't come yet.
22  Q.  I see.  So you believe that the chaplains
23      are supposed to, without you asking for one,
24      send you a religious diet form for Lent?
```

**162**

```
1   through the production of documents the
2   yearly calendar.
3           Well, I was just cleaning out my
4   box within the last week, and when I went
5   through there, I couldn't believe what I
6   found, and that's what you're getting ready
7   to see because you say you haven't seen it
8   already, I got the yearly calendar.
9           So I say, well, okay, this is what
10  the attorneys don't want the U.S. District
11  Court to see.  Well, I have a copy of the
12  yearly calendar.  And it goes back to your
13  question which brought me to this.  When
14  it's Easter, it states from that yearly
15  calendar from 2019, it's called a Festival
16  Letter 2019.  And it goes for everything
17  that Catholics celebrate, when we celebrate
18  it, what we're celebrating for every month
19  of that year, and it goes into 2020.  And it
20  also goes into Easter where you were just
21  saying.
22          So you have a copy of that when
23  you get back to your office, because I
24  e-mailed that to you.  I e-filed that to
```

**164**

```
1   A.  Yeah, administrative directives explain
2       that.
3               MR. ANKNEY:  Okay.  All right.  I
4       don't have anything else.
5               MR. AHMAD:  Nothing further.
6
7               FURTHER DEPONENT SAITH NOT.
8                   SIGNATURE WAIVED.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

STATE OF ILLINOIS )
                  )
COUNTY OF KNOX    )

C E R T I F I C A T E

I, Amy S. Powers, CSR, RPR, a Notary Public
duly commissioned and qualified in the State of
Illinois, DO HEREBY CERTIFY that pursuant to
notice there came before me on the 21st day of
November 2019, at Henry Hill Correctional Center,
in the City of Galesburg, County of Knox, and
State of Illinois, the following named person, to
wit:

AARON O'NEAL,

who was by me first duly sworn to testify to the
truth and nothing but the truth of his knowledge
touching and concerning the matters in
controversy in this cause and that he was
thereupon carefully examined upon his oath and
his examination immediately reduced to shorthand
by means of stenotype by me.

I ALSO CERTIFY that the deposition is a true
record of the testimony given by the witness and

166

that the necessity of calling the court reporter
at time of trial for the purpose of
authenticating said transcript was also waived.

I FURTHER CERTIFY THAT I am neither attorney
or counsel for, nor related to or employed by,
any of the parties to the action in which this
deposition is taken, and further, that I am not a
relative or employee of any attorney or counsel
employed by the parties hereto, or financially
interested in the action.

IN WITNESS WHEREOF, I have hereunto set my
hand and affixed my notarial seal at Galesburg,
Illinois, this 1st day of December 2019.

AMY S. POWERS
Certified Shorthand
Reporter

**MR. AHMAD: [17]** 4/24 5/3
5/12 5/18 5/21 6/8 7/3 7/13
7/16 7/19 7/23 8/4 47/13
123/8 143/11 155/6 164/5
**MR. ANKNEY: [8]** 47/15 123/6
129/21 130/14 143/13 155/4
159/15 164/3
**MR. O'NEAL: [1]** 4/6
**THE WITNESS: [13]** 5/2 5/11
5/15 5/20 6/7 6/22 7/12 7/15
7/18 7/22 8/2 130/1 130/16

**$**

**$6 [1]** 113/16
**$9 [1]** 113/19

**'**

**'05 [1]** 37/11
**'16 [2]** 128/21 136/1
**'17 [1]** 135/12
**'18 [3]** 23/14 91/9 91/10
**'74 [1]** 107/14
**'76 [1]** 107/15
**'Catholic' [1]** 96/7
**'til [3]** 9/4 22/5 22/15

**-**

**-vs [1]** 1/5

**0**

**003053 [1]** 2/2
**038540 [1]** 2/2
**084-003053 [1]** 2/2

**1**

**1-1 [2]** 140/4 141/14
**1/2 [2]** 8/13 31/22
**10 [4]** 139/11 139/12 139/12
139/18
**10 percent [1]** 60/19
**11 [2]** 73/4 73/11
**12 [3]** 142/4 142/16 150/20
**123 [2]** 3/4 3/4
**13 [1]** 150/20
**139 [1]** 3/9
**14 [5]** 8/13 31/22 134/1 134/5
135/23
**143 [2]** 3/4 3/5
**155 [2]** 3/5 3/5
**159 [2]** 3/5 3/6
**16 [3]** 133/24 134/1 134/5
**164 [1]** 3/6
**165 [1]** 3/6
**166 [1]** 3/6
**1726 [1]** 106/22
**18 [1]** 4/18
**18-CV-4063-SEM-TSH [1]** 1/5
**1st [1]** 166/13

**2**

**20 [2]** 4/19 129/18
**2005 [11]** 9/4 11/2 22/4 26/6
70/1 70/3 126/1 131/12 148/22
149/1 149/2
**2012 [1]** 35/7
**2016 [25]** 35/9 37/18 37/19
37/22 70/11 71/14 83/18
128/24 131/11 131/12 131/20
132/13 132/20 132/22 133/16
149/8 153/24
**2017 [5]** 125/19 125/20 134/16
134/19 148/22
**2018 [19]** 10/19 11/3 11/7
11/15 13/13 13/16 13/17 13/17
19/17 23/11 23/17 23/18 25/2
25/16 25/19 26/3 43/9 66/4
125/6
**2019 [30]** 2/4 4/19 4/19 4/20
13/15 13/17 13/18 13/21 13/23
14/20 14/22 15/18 16/11 16/12
16/13 16/16 16/19 22/5 22/10
23/6 23/8 24/7 24/20 86/8
87/15 87/19 162/15 162/16
165/9 166/13
**2020 [5]** 121/10 121/15 159/18
162/19 163/21
**21 [5]** 139/16 140/4 140/7
141/14 141/18
**21st [2]** 2/3 165/8
**22 [1]** 142/18
**27 [6]** 139/17 140/4 140/7
141/15 141/18 142/18
**28 [4]** 147/11 147/12 147/24
148/1

**3**

**30 [1]** 129/18
**300 [1]** 2/19
**309 [1]** 1/23
**3376 [1]** 1/23
**343-3376 [1]** 1/23

**4**

**45 [1]** 9/22
**47 [2]** 3/3 3/4
**4th and [2]** 135/15 135/18

**5**

**5 pounds [2]** 64/13 65/4
**500 [1]** 2/14
**5th [3]** 92/20 135/15 135/19

**6**

**600 [2]** 2/5 2/11
**61401 [1]** 2/11
**61402 [1]** 1/23
**61602 [1]** 2/19
**62706 [1]** 2/14
**643 [1]** 1/22

**9**

**90 percent [3]** 60/3 60/17
60/18
**95 [1]** 126/3
**95 percent [4]** 60/5 60/7
125/1 125/22
**9:00 in [1]** 85/20
**9:24 [1]** 2/4

**A**

**a.m [1]** 2/5
**AARON [9]** 1/3 1/7 2/1 2/10
3/3 4/2 5/15 127/20 165/14
**abbreviated [1]** 109/17
**ability [2]** 8/1 8/3
**able [21]** 7/24 16/12 16/16
22/12 22/21 38/17 59/12 59/19

**about [98]** 5/7 13/17 15/13
20/6 26/14 26/17 27/1 27/16
31/5 31/16 34/8 35/9 36/14
36/17 37/13 37/14 37/15 43/18
45/10 53/3 53/17 53/19 54/1
54/1 55/11 56/16 60/7 64/13
65/6 65/17 67/9 67/20 67/24
69/14 69/20 70/2 70/15 70/20
71/9 73/14 77/11 81/4 81/6
81/8 81/10 81/24 91/15 91/17
92/6 92/17 93/4 98/23 99/23
99/24 105/7 108/14 111/22
113/4 113/6 113/22 117/6
117/14 117/19 118/2 118/6
118/8 118/12 119/23 120/5
120/7 120/12 121/2 121/6
121/19 122/13 124/5 125/6
125/19 126/6 126/17 128/18
133/13 133/14 137/1 143/21
143/21 149/15 149/24 150/4
152/6 153/22 153/23 158/4
158/10 158/22 159/8 160/17
160/24
**abstain [3]** 58/15 145/2
147/16
**abstaining [1]** 146/23
**access [3]** 11/18 11/19 51/10
**accommodate [2]** 25/5 141/7
**accommodated [8]** 104/16
104/17 115/3 124/16 126/23
143/6 144/12 144/14
**accommodating [2]** 75/1 133/10
**accommodation [3]** 12/7 29/9
29/22
**accommodations [3]** 30/10 95/1
124/14
**account [1]** 114/17
**accounted [1]** 134/10
**act [2]** 123/18 155/12
**acting [7]** 45/14 45/16 45/19
45/19 45/23 46/2 90/1
**action [2]** 166/6 166/10
**actions [6]** 119/20 119/24
120/4 120/6 120/9 120/10
**actually [14]** 13/12 32/21
38/4 53/3 58/21 83/7 85/10
88/2 92/9 92/16 112/1 116/17
119/2 157/20
**add [2]** 5/1 50/20
**addition [1]** 94/8
**additional [1]** 94/8
**address [2]** 106/22 142/13
**addressed [3]** 110/8 116/22
118/1
**adjoining [1]** 10/6
**administration [2]** 33/14
33/15
**administrative [12]** 25/13
28/20 29/2 32/22 39/7 108/24
109/20 109/22 111/18 144/11
161/10 164/1
**administrator [3]** 12/2 12/20
26/9
**administrators [1]** 73/22
**admission [1]** 49/21
**admissions [1]** 4/17
**advance [1]** 11/4

advise [2]   161/14 161/15
advised [2]   123/19 123/21
advising [1]   113/19
Advisory [11]   103/1 103/4
103/10 103/12 104/8 104/9
105/2 105/6 105/15 107/22
117/21
advocate [7]   9/2 38/15 38/23
39/21 41/1 160/7 160/22
advocated [1]   160/20
advocating [2]   39/19 160/6
affidavits [2]   137/2 154/19
affixed [1]   166/12
after [13]   27/20 28/15 34/24
43/22 67/24 73/17 73/21 74/11
114/20 115/8 117/18 135/20
142/9
afterwards [1]   137/21
again [2]   10/2 17/13 18/7
18/7 21/11 21/20 22/19 25/12
32/24 40/7 42/23 46/18 50/9
71/1 90/13 107/6 116/19
128/21 128/22 142/4 148/9
152/1
against [44]   8/8 14/19 38/8
53/1 58/24 65/24 67/15 68/3
69/14 76/21 88/13 88/19 90/7
93/3 93/6 93/8 93/12 93/17
93/21 94/5 94/18 94/19 95/10
95/11 107/16 108/15 110/15
112/7 113/11 118/16 119/4
119/10 119/18 120/2 120/8
120/13 120/24 121/20 121/21
131/17 131/23 149/22 150/11
155/15
ago [1]   113/14
agree [3]   87/15 116/11 116/12
agreement [1]   110/9
ahead [1]   31/10
AHMAD [10]   2/18 3/3 3/4 3/5
8/7 123/10 131/1 139/4 146/7
155/9
Ahmad's [1]   145/16
ain't [1]   84/6
all [75]   5/3 5/13 7/11 7/24
9/21 18/10 19/11 20/14 23/14
29/1 30/9 32/5 32/10 36/3
44/22 48/2 51/2 52/19 53/24
57/4 57/5 57/22 58/6 62/14
67/20 68/1 68/5 68/20 72/7
75/6 80/15 82/5 85/20 85/23
86/23 87/2 113/11 114/1 114/1
115/1 120/19 123/2 123/6
124/2 124/14 131/24 135/10
136/13 136/13 136/18 136/19
137/2 137/3 138/6 138/11
138/12 138/13 138/16 140/15
141/1 145/2 145/2 145/3
145/24 146/10 151/4 151/6
151/11 155/4 156/22 158/5
158/19 158/22 163/9 164/3
allegations [1]   67/1
alleging [1]   99/16
Allen [1]   2/18
allow [1]   83/12
allowed [16]   51/14 52/21 53/7
74/14 74/16 76/3 76/16 76/20
76/22 80/10 80/20 81/6 82/17
82/20 83/1 118/12

already [8]   46/6 54/8 66/4
99/6 118/1 134/20 154/4 162/8
also [11]   4/8 7/5 53/3 60/11
81/17 82/13 114/2 140/1
162/20 165/23 166/3
alternative [5]   115/3 139/14
139/20 140/22 141/8
although [1]   4/9
always [17]   9/6 10/15 32/14
34/19 35/19 37/11 57/6 57/9
57/13 57/14 81/9 81/22 85/5
87/1 88/24 99/3 149/12
am [5]   21/6 61/15 155/20
166/4 166/7
amend [4]   44/17 44/17 45/8
67/6
amongst [1]   149/12
amount [4]   64/11 74/13 74/22
151/13
Amy [3]   2/1 165/5 166/16
ANKNEY [10]   2/13 3/4 3/5 3/6
4/12 5/6 26/13 47/20 143/16
159/17
another [14]   18/14 49/6 49/18
49/22 72/9 80/20 86/20 112/23
135/20 144/24 154/13 154/16
160/10 160/22
another -- I [1]   72/9
answer [30]   4/13 4/18 6/4
7/14 7/24 18/20 21/7 21/8
21/12 21/15 21/20 46/16 50/22
65/11 71/11 81/2 93/23 93/24
100/5 100/7 100/11 100/14
100/21 101/2 101/4 101/5
120/4 120/6 120/9 159/20
answered [4]   4/23 7/2 21/22
21/24 22/7 46/6 82/5 93/22
160/11
answering [2]   21/5 21/6
answers [2]   38/11 74/4
any [92]   6/20 7/6 7/16 7/20
9/11 11/20 17/9 19/14 19/14
19/14 19/24 19/24 20/21 21/16 21/21
21/21 21/23 29/22 31/24 34/2
34/5 34/6 40/2 41/5 42/9
42/15 42/18 45/13 52/4 53/21
58/2 59/2 61/2 61/20 64/18
65/3 65/20 79/12 79/17 80/6
80/23 82/6 82/7 83/1 83/15
84/5 86/13 88/12 90/10 90/14
91/5 92/8 92/16 92/17 93/11
93/16 94/7 94/16 95/3 95/4
99/1 100/5 100/7 100/11
100/14 100/22 101/2 101/4
101/5 101/21 102/17 105/4
115/5 116/3 118/2 118/7
118/15 119/9 119/16 120/11
120/7 120/24 121/1 121/13
122/1 122/11 123/24 124/21
143/7 154/23 160/13 166/6
166/8
anybody [4]   41/10 42/9 57/11
118/11
anymore [2]   72/24 118/6
anyone [5]   9/10 9/13 78/16
128/4 128/5
anything [46]   4/24 6/5 16/8
19/15 20/18 26/11 26/17 27/8

3/18 33/22 36/17 42/13 42/18
7/7/14 50/20 61/7 63/2
66/11 66/19 86/12 87/23 88/2
92/18 95/23 97/4 97/15 99/12
99/13 100/20 103/5 105/7
108/6 113/8 119/1 119/7 119/8
126/9 126/11 129/20 136/11
143/12 153/21 156/9 158/1
164/4
anytime [2]   6/15 6/16
anyway [1]   146/5
anyways [2]   93/3 98/9
anywhere [3]   140/11 142/1
142/19
apostrophe [1]   5/16
appeared [2]   83/4 83/5
appearing [1]   2/12
appears [1]   112/19
appointed [2]   16/4 16/5
appropriate [1]   15/18
approval [1]   127/13
approve [4]   56/15 126/24
152/9 152/12
approved [8]   12/21 29/24 31/7
69/7 79/15 124/15 141/11
141/23
approves [1]   126/8
approving [3]   9/18 90/16
91/13
approximately [3]   65/4 71/23
107/13
April [6]   133/24 134/1 134/1
134/2 134/5 135/23
April 14 [2]   134/1 135/23
April 16 [2]   134/1 134/5
ARB [1]   135/5
archbishop [1]   144/21
Archdiocese [2]   31/18 33/10
are [78]   4/9 7/5 7/13 7/16
7/19 10/11 11/20 17/5 32/20
38/13 39/13 39/19 39/23 47/17
52/4 52/21 53/17 54/12 54/18
58/1 63/4 64/4 64/4 67/3
75/19 78/12 79/18 80/6 80/10
80/21 84/14 85/9 88/19 89/8
89/16 90/19 93/3 93/5 96/11
97/10 98/12 99/16 102/9
107/16 108/14 113/8 113/11
120/24 121/9 124/14 124/19
126/21 127/11 130/22 132/4
132/4 132/6 136/24 137/2
137/13 138/17 144/8 144/12
144/17 145/2 145/24 146/1
147/8 147/16 147/21 149/12
150/11 150/16 154/8 154/18
157/13 157/14 163/23
aren't [4]   17/8 53/7 119/7
132/2
around [13]   13/11 59/15 59/8
73/23 84/13 85/8 85/22 86/3
86/14 87/13 90/4 98/2 125/14
arranging [1]   9/18
article [2]   146/6 147/14
as [116]   4/4 5/22 6/22 6/23
6/10 11/3 12/5 16/13 16/14
21/10 21/10 22/14 22/14 24/11
25/18 26/10 26/10 26/11 26/11
27/11 30/9 30/9 31/19 32/11
32/12 34/21 41/7 41/7 45/16
45/17 45/23 46/22 46/22 48/15

**as... [82]** 49/15 50/4 50/4
50/5 50/12 52/1 53/4 59/9
61/3 61/16 61/16 61/20 62/6
63/20 65/20 66/8 66/12 66/19
67/21 68/2 69/11 69/17 70/6
70/12 70/24 71/6 73/8 73/18
76/7 78/17 79/11 79/15 80/22
82/3 82/3 82/8 82/8 85/16
85/16 88/4 88/12 91/1 95/22
96/22 97/5 101/17 101/17
102/14 105/11 107/18 107/20
108/2 108/23 109/7 113/14
116/9 116/21 119/2 119/2
119/4 119/4 131/18 134/13
135/21 136/22 137/23 138/20
139/9 139/10 141/8 144/24
148/16 152/4 152/13 152/21
154/3 154/13 155/1 158/24
158/24 159/5 160/5
**Ash [2]** 140/23 145/3
**aside [1]** 156/12
**ask [29]** 5/6 6/5 6/10 6/24
15/6 18/4 18/9 18/10 18/10
18/11 18/16 18/19 45/9 47/1
47/2 69/5 81/19 82/1 84/11
86/22 128/5 128/14 129/1
129/4 129/4 129/12 129/14
130/3 132/15
**asked [20]** 4/10 14/17 18/19
19/11 21/22 21/24 22/7 22/7
35/9 86/3 86/6 86/21 93/22
101/9 123/11 128/17 128/21
128/24 158/4 158/3 160/10
**askin' [1]** 98/13
**asking [23]** 4/15 14/5 14/20
19/4 20/6 20/11 20/13 20/21
21/3 29/8 43/18 60/2 75/5
99/23 99/24 104/16 133/13
133/13 134/10 137/12 142/5
163/2 163/23
**aspect [2]** 33/11 34/6
**assistant [11]** 26/16 89/3
89/13 89/13 89/14 89/15 89/19
89/20 90/3 127/8 143/5
**assume [1]** 144/16
**assured [1]** 55/21
**at [100]** 2/4 2/5 6/2 7/5 8/14
11/2 12/12 12/13 14/8 15/9
15/12 16/1 17/11 19/14 23/24
28/18 28/20 28/21 30/20 30/21
33/10 33/17 35/1 35/24 36/1
40/10 40/20 41/10 41/14 42/12
42/15 43/5 43/15 45/13 46/23
46/24 47/8 48/3 50/1 50/2
50/5 50/8 51/3 51/16 51/21
52/1 55/14 55/19 55/20 55/24
58/2 62/9 62/14 63/3 63/20
67/5 72/1 72/18 76/8 76/15
79/11 79/17 80/8 81/18 82/3
83/5 84/4 85/19 86/9 107/11
109/2 110/8 112/21 113/7
113/13 113/20 114/10 125/16
127/9 136/15 140/6 140/20
141/6 141/9 141/13 148/20
150/6 150/14 151/19 152/2
152/24 155/20 156/15 158/3
159/9 160/13 160/16 165/9
166/2 166/12
**ate [1]** 63/11

**attach [1]** 71/6
**attached [3]** 116/7 116/8
136/18
**attachments [2]** 136/8 136/9
**attempt [1]** 85/3
**attend [14]** 60/16 75/8 75/23
75/24 76/22 77/24 80/12 80/13
80/24 81/4 82/18 83/8 106/11
148/17
**attended [5]** 60/11 73/10
106/13 106/15 107/1
**attending [2]** 73/3 76/6
**attention [5]** 14/11 15/13
66/15 98/11 109/19
**attorney [4]** 2/13 41/2 166/4
166/8
**attorneys [1]** 162/10
**authenticating [1]** 166/3
**authority [3]** 95/4 102/18
144/23
**available [1]** 76/12
**aware [5]** 80/6 92/9 96/11
96/24 110/3
**away [3]** 85/24 129/15 154/17
**awhile [2]** 71/17 106/20

**B**

**B-O-N-A-T-U-R-E [1]** 106/19
**back [51]** 10/13 12/18 14/9
15/11 20/3 23/14 26/6 39/2
40/22 44/10 52/11 70/22 71/1
71/17 71/22 72/8 72/11 72/12
72/14 74/3 81/23 83/20 84/9
84/12 84/24 90/20 91/11 96/1
96/2 107/14 108/16 110/1
110/19 112/15 113/17 114/5
114/6 114/21 127/5 128/18
143/2 143/17 146/5 152/15
153/10 153/12 156/14 158/22
161/2 162/12 162/23
**back-pedals [1]** 74/3
**background [1]** 8/10
**bacon [2]** 62/20 62/23
**bad [1]** 59/6
**BALDWIN [13]** 1/6 2/15 113/12
115/5 116/3 116/17 116/22
116/23 120/7 122/1 135/20
137/9 158/9
**baptized [2]** 105/23 106/2
**bar [1]** 151/19
**base [1]** 78/1
**based [1]** 98/14
**basics [1]** 5/21
**basis [1]** 152/23
**bat [2]** 39/4 40/16
**be [118]** 7/3 7/10 7/20 7/24
12/1 12/7 12/9 12/12 12/21
14/5 14/12 14/17 15/14 16/5
18/11 18/16 18/22 19/4 19/16
20/14 27/3 27/20 31/11 33/5
37/3 38/17 39/18 42/2 42/8
43/12 43/22 46/23 47/4 48/7
48/15 49/12 50/18 52/10 60/21
61/10 62/4 62/11 62/24 66/3
69/8 73/15 74/18 75/6 76/3
76/14 78/5 78/7 78/14 78/23
78/23 78/24 79/1 79/15 79/24
83/3 88/17 88/17 91/19 91/22

118/19 102/6 102/10
103/7 104/15 104/17 105/9
105/12 110/3 111/23 111/24
112/5 113/5 113/17 114/11
115/3 118/19 119/5 119/14
124/21 126/9 126/22 127/10
129/16 130/7 130/9 132/9
134/12 142/3 142/22 143/6
144/12 144/14 145/14 147/20
149/15 149/18 154/18 156/1
156/3 159/6 159/7 163/8
163/15
**bear [1]** 112/4
**bears [2]** 8/19 109/15
**became [2]** 68/4 94/11
**because [187]**
**become [3]** 35/1 73/13 107/5
**becoming [3]** 21/13 76/3 94/12
**bed [1]** 62/4
**beef [3]** 56/5 146/17 146/24
**been [86]** 4/3 4/22 8/11 8/13
9/4 9/5 9/11 9/14 10/3 10/24
11/3 13/5 14/10 15/13 22/4
22/7 22/15 22/24 23/1 23/2
23/4 23/5 23/22 26/12 27/10
31/21 31/22 36/19 37/8 37/11
43/13 44/24 44/24 48/2 49/10
49/19 49/20 51/21 54/16 55/8
55/10 55/17 57/6 57/9 57/13
57/14 58/20 60/8 68/21 69/1
70/2 73/4 76/15 76/16 76/20
76/22 76/24 77/9 77/9 82/4
84/6 86/13 87/21 87/23 87/24
88/24 89/21 105/23 106/20
106/20 109/24 110/4 110/8
120/17 125/1 138/12 140/22
148/7 148/14 149/16 149/22
150/3 154/11 154/20 154/21
158/15
**before [27]** 2/1 5/10 6/5 9/22
34/21 35/11 37/9 37/10 43/11
53/11 53/12 63/10 63/14 71/17
71/22 76/6 77/3 79/9 86/24
92/13 94/11 105/21 110/17
125/24 128/3 146/5 165/8
**begin [2]** 8/5 74/21
**beginning [2]** 136/15 143/18
**behalf [7]** 2/15 2/20 9/2 39/8
45/14 46/1 160/7
**behind [1]** 155/22
**being [75]** 5/8 5/24 7/2 10/16
14/4 16/14 20/3 20/4 20/18
22/21 32/11 36/10 36/18 36/21
37/13 37/14 39/1 41/2 41/19
41/22 44/2 48/4 51/3 51/19
53/17 53/19 61/21 62/3 63/20
63/22 67/18 67/21 68/1 69/20
70/4 73/14 73/14 76/11 77/10
80/15 80/24 81/4 92/2 92/4
93/9 94/21 97/19 105/8 105/11
106/1 108/24 109/20 110/6
110/14 111/6 115/22 116/21
118/12 121/20 123/11 123/14
124/20 129/17 131/10 132/7
133/2 146/14 148/1 148/24
149/5 150/8 157/14 157/15
160/14 163/11
**beings [1]** 40/24

**belief [2]**  25/7 89/8

**believe [21]**  17/5 35/7 41/1 53/7 53/16 67/8 70/11 80/22 111/24 118/20 118/21 121/18 124/2 124/17 134/1 135/16 142/2 155/23 156/5 162/5 163/22

**besides [1]**  119/22

**best [2]**  8/1 8/2

**better [3]**  24/6 102/6 159/4

**between [3]**  5/16 146/21 148/22

**biased [1]**  14/19

**Bible [8]**  50/4 51/8 51/10 51/11 51/12 51/14 81/17 84/3

**big [2]**  39/22 97/1

**bishop [8]**  31/11 33/9 36/24 37/2 39/3 58/5 58/7 147/10

**bit [3]**  53/24 67/20 98/16

**blank [2]**  130/19 131/18

**Blase [2]**  146/9 147/14

**blood [1]**  38/20

**blue [2]**  85/13 132/9

**board [18]**  28/21 87/7 87/8 103/1 103/4 103/10 103/12 104/8 104/10 105/2 105/6 105/15 107/22 108/24 109/20 111/19 117/21 135/6

**body [1]**  61/17

**Bonaventure [3]**  106/19 107/4 107/12

**Bonaventure's [3]**  106/13 106/17 107/3

**Bonventure's [1]**  106/15

**book [1]**  51/6

**boss [1]**  97/20

**bosses [1]**  33/4

**both [4]**  4/17 46/23 52/10 144/6

**bother [1]**  110/10

**bottom [4]**  12/8 12/12 12/14 15/12

**Boulevard [1]**  2/19

**box [13]**  1/22 58/22 109/4 109/12 109/21 110/6 111/6 112/6 112/22 112/23 113/3 153/5 162/4

**bread [2]**  38/20 84/2

**break [6]**  53/15 58/19 146/22 147/15 152/11 152/18

**breakfast [4]**  24/23 55/24 62/8 62/9

**brief [1]**  8/9

**bring [7]**  36/17 38/7 50/6 81/22 111/13 156/9 159/19

**bringing [1]**  38/18

**brings [1]**  46/13

**BRITTON [25]**  1/11 2/16 27/1 94/19 96/15 96/21 97/6 98/4 98/21 99/9 99/13 101/9 101/10 102/3 102/4 102/13 105/17 107/23 115/16 123/1 128/9 128/12 152/6 153/14 154/22

**broken [1]**  97/19

**brothers [1]**  81/18

**brought [14]**  8/8 8/10 12/4 14/11 15/13 19/22 34/17 35/10 66/15 98/11 113/5 151/7 161/21 162/13

**but [146]**  6/10 6/13 6/23 9/7 10/17 10/22 13/5 14/10 14/13 15/15 16/5 16/13 16/16 16/18 17/8 18/14 19/7 19/18 21/8 21/11 25/5 25/7 25/11 26/4 26/12 27/12 31/3 31/8 32/21 32/22 33/22 36/9 37/11 37/15 38/2 38/18 38/21 40/2 40/16 40/20 40/23 41/1 41/3 42/4 43/1 43/4 43/16 44/11 44/12 44/18 45/23 46/3 46/12 46/14 49/14 49/22 50/18 50/23 53/22 54/4 54/22 55/11 55/14 55/17 55/20 57/23 58/5 58/7 58/16 62/1 63/5 64/3 68/24 70/17 70/18 71/21 72/12 74/3 75/2 75/11 75/20 76/21 78/19 79/6 79/11 79/15 80/6 80/18 83/12 84/23 87/4 87/13 87/15 88/8 89/1 91/12 92/24 93/16 93/23 96/9 97/16 97/23 97/24 100/11 100/23 102/11 105/14 105/24 106/2 107/4 110/16 110/20 110/24 111/20 112/3 113/2 115/23 123/22 126/12 126/17 127/6 127/23 132/7 132/10 134/14 135/21 136/10 139/9 140/1 141/3 142/11 142/12 143/19 145/23 146/5 147/9 147/21 151/5 152/11 154/10 154/12 156/8 159/9 160/22 161/13 165/17

**C**

**cabbage [2]**  146/18 147/1

**cafeteria [1]**  54/3

**calendar [9]**  159/20 159/24 161/3 161/20 161/23 162/2 162/8 162/12 162/15

**call [5]**  75/7 97/6 126/19 154/3 154/5

**called [4]**  98/10 107/2 154/18 162/15

**calling [1]**  166/1

**came [10]**  23/17 35/2 35/6 73/17 84/13 85/8 86/3 108/17 151/12 165/8

**can [71]**  5/13 5/22 6/18 7/7 7/9 8/9 8/16 10/9 10/12 10/13 12/10 18/19 21/9 21/14 21/14 28/6 39/24 42/3 42/18 42/19 42/20 42/20 44/11 47/8 48/14 50/23 51/16 52/10 52/15 53/21 53/24 54/18 55/21 64/8 68/10 70/11 70/13 72/18 75/21 75/22 75/22 78/17 80/12 80/13 83/17 83/19 84/18 85/23 95/24 104/18 105/4 111/8 126/10 126/22 126/24 130/18 130/18 132/8 140/17 142/12 143/1 143/5 144/19 147/7 152/18 153/12 155/21 155/22 157/16 158/20 159/4

**can't [44]**  11/23 26/2 27/9 27/14 38/2 42/19 48/12 49/13 57/2 58/23 60/21 61/4 68/18 71/19 72/13 75/23 75/23 75/24 78/7 78/14 79/11 80/14 80/14

**cankney [1]**  2/15

**cannot [5]**  6/14 48/14 69/3 80/19 130/2

**CAO [1]**  109/4

**capacity [9]**  1/8 1/9 1/10 1/12 1/13 1/14 1/15 1/17 1/18

**cardinal [4]**  31/11 144/22 146/8 147/13

**care [7]**  39/15 39/15 113/2 113/3 124/11 124/11 124/20

**cared [1]**  159/14

**carefully [1]**  165/20

**case [11]**  5/7 29/10 47/18 67/14 73/10 99/17 110/1 113/9 124/1 150/12 154/2

**cases [2]**  9/12 149/21

**catch [2]**  10/9 55/12

**catechism [1]**  106/11

**Cathedral [1]**  146/10

**Catholic [139]**  8/23 8/24 9/9 11/8 14/19 15/15 16/14 24/3 24/12 24/13 24/14 24/14 24/15 27/3 29/17 30/5 30/13 31/23 31/23 32/1 32/12 32/23 34/5 36/14 39/13 45/18 45/24 47/21 48/5 48/8 48/17 48/19 48/21 48/21 49/2 49/2 49/3 49/7 51/4 51/19 53/5 57/10 58/8 58/8 69/6 74/20 74/23 75/11 75/16 75/17 76/1 76/3 76/13 77/6 77/8 77/12 77/15 77/16 77/18 77/21 78/2 78/4 78/11 78/12 78/14 78/20 78/20 78/24 79/18 83/2 83/15 86/23 88/16 90/19 91/7 91/22 91/23 92/1 92/3 93/8 93/10 93/13 94/20 94/22 95/12 95/22 96/2 96/8 96/9 101/18 103/5 105/11 106/3 107/5 108/3 115/2 119/5 119/11 119/19 120/16 121/4 121/4 122/21 124/3 124/18 124/23 139/14 139/20 140/1 140/20 141/11 141/23 142/6 144/13 144/24 146/15 151/20 151/22 152/16 155/11 155/16 155/17 155/20 156/4 156/6 156/6 156/12 156/16 157/1 157/23 159/3 160/6 160/8 161/7 161/14 161/17 161/18 163/9 163/11

**Catholic/Ultreya [1]**  49/3

**Catholicism [2]**  47/23 47/24

**Catholics [44]**  8/11 10/5 10/12 11/14 17/8 23/4 25/10 26/5 35/23 38/14 49/4 58/1 68/4 75/19 75/22 76/15 77/4 77/13 77/22 80/9 97/10 98/12 102/16 119/4 120/18 120/19 120/22 121/20 124/7 124/19 141/1 142/11 142/12 144/8 144/17 145/11 145/24 146/11 147/4 149/9 154/8 154/19 157/21 162/17

**caught [1]**  146/21

cause [2]   66/17 165/19
causing [1]   102/5
celebrate [3]   124/13 162/17 162/17
celebrating [1]   162/18
celebratory [2]   142/9 142/12
cell [5]   52/1 68/8 77/2 84/1 85/8
center [20]   2/5 2/10 11/2 13/4 32/2 36/1 37/10 40/11 43/16 45/6 48/3 80/8 86/10 89/6 121/14 140/21 141/6 149/1 156/8 165/9
central [2]   1/1 147/12
cereal [6]   62/13 62/13 62/17 62/17 62/23 63/1
certain [8]   48/13 48/15 50/3 59/4 74/13 74/14 87/3 87/4
Certificate [2]   3/6 111/2
certified [4]   113/15 113/16 114/13 166/16
CERTIFY [3]   165/7 165/23 166/4
chance [1]   73/19
change [6]   7/8 21/9 76/5 79/10 113/19 158/18
changed [1]   107/3
channels [2]   33/4 133/1
chapel [9]   10/4 10/7 84/14 84/21 85/9 85/23 86/4 87/1 87/2
chapel's [1]   69/7
chaplain [77]   9/23 11/12 12/11 12/18 12/24 13/1 13/3 13/4 14/7 14/10 14/10 14/14 14/23 14/24 15/7 15/8 15/12 16/1 16/2 22/8 24/2 25/7 29/11 29/12 29/14 29/20 30/2 30/3 30/11 30/14 30/14 30/16 31/6 32/8 33/5 33/16 37/3 42/24 43/8 65/24 67/11 69/4 76/8 78/21 84/8 87/12 91/21 95/15 98/6 98/7 98/10 99/10 100/18 100/19 101/1 104/23 105/3 111/15 122/4 122/8 122/16 122/18 123/3 126/20 127/15 139/12 139/19 141/9 142/5 142/11 148/20 148/21 149/19 160/17 161/19 163/13 163/14
chaplains [3]   29/19 30/18 163/22
charge [10]   12/22 29/14 29/16 29/18 35/17 35/19 35/21 44/21 45/3 89/8
check [3]   85/10 104/21 127/11
checked [1]   85/5
cheese [7]   16/9 16/19 16/24 24/21 59/15 126/15 126/16
Chicago [2]   106/21 146/9
chief [6]   12/2 12/19 23/24 25/12 26/9 109/22
choice [3]   52/19 126/7 147/4
choir [1]   43/11
choose [11]   40/5 52/8 52/20 85/14 105/4 126/12 145/1 147/4 147/6 147/6 163/17
chooses [3]   124/23 130/4 139/22

chow [8]   54/9 54/18 129/6 129/6 129/7 129/8 129/9 153/6
Christ [1]   50/14
Christian [8]   52/16 75/17 75/18 76/1 76/19 78/2 78/4 79/19
Christianity [1]   75/21
Christians [9]   49/4 50/3 52/11 75/19 75/22 76/16 77/13 77/22 80/9
church [26]   8/23 8/24 9/9 32/23 45/24 52/1 77/12 77/15 78/12 106/4 106/23 106/24 107/4 121/5 124/3 124/18 151/21 151/22 155/11 156/4 156/6 156/12 156/16 157/1 159/3 161/14
circles [1]   21/4
CIRCUIT [1]   1/22
circuitwidereporting [1]   1/24
circulate [2]   66/7 163/20
circulated [3]   24/2 43/8 91/10
circulates [1]   143/1
City [2]   2/6 165/10
claim [10]   29/4 65/23 67/13 88/15 90/6 94/14 112/7 118/12 122/12 156/15
claiming [3]   88/3 108/6 113/8
claims [11]   65/24 67/4 88/13 88/19 93/3 93/5 94/18 107/16 108/15 113/11 120/24
clarification [1]   157/24
classes [1]   106/12
CLAYTON [2]   2/13 4/12
clean [1]   158/12
cleaning [1]   162/3
clear [5]   65/11 111/24 118/6 118/9 122/10
clearly [2]   40/6 40/8
client [4]   41/3 160/1 160/1 160/2
clients [1]   161/24
coincide [1]   146/11
coincide with [1]   146/11
coincided [1]   111/9
coincides [1]   136/20
cold [3]   62/17 62/23 63/1
come [30]   31/19 35/4 36/9 40/17 40/18 40/20 46/12 50/10 50/17 58/7 73/5 74/11 75/1 76/23 77/11 85/15 87/10 110/1 124/2 124/15 127/17 130/1 151/2 151/17 151/23 152/2 153/4 155/21 163/19 163/21
comes [6]   48/11 58/4 87/13 97/21 124/5 161/6
comin' [1]   40/21
coming [14]   10/11 14/12 30/21 36/20 49/4 58/8 59/1 87/9 97/11 98/12 110/24 161/6 161/15 161/16
commencing [1]   2/4
commissioned [1]   165/6
communicated [2]   34/1 117/5
communion [5]   38/19 46/13 106/7 106/8 106/9
compel [1]   4/15

compensatory [6]   150/13 150/21 150/23 151/3 152/4
complain [2]   69/20 69/22
complainin' [1]   149/9
complaining [3]   69/14 70/2 149/8
complaint [17]   8/19 9/16 12/5 67/3 67/8 70/9 70/20 71/4 114/4 121/19 136/17 138/17 150/13 150/14 150/15 150/18 150/19
concern [7]   39/9 39/12 42/23 101/13 101/14 102/15 155/10
concerned [2]   98/15 101/18
concerning [2]   59/11 165/18
concludes [1]   140/24
conclusion [2]   124/2 151/18
concurring [1]   110/20
conference [1]   154/5
confirmation [1]   107/7
confirmed [1]   107/5
confirming [1]   70/23
conflict [1]   146/12
conflicted [1]   146/13
confused [1]   129/22
congregation [3]   43/11 44/1 110/14
connected [1]   10/6
connection [1]   82/7
consent [1]   156/9
consist [3]   19/3 55/22 63/16
consisted [1]   26/4
consistently [1]   148/14
consisting [1]   22/14
consists [3]   20/20 22/18 127/3
conspired [1]   93/8
constantly [1]   157/13
constitution [1]   149/20
consult [10]   102/13 103/9 104/1 104/14 105/14 105/16 107/21 107/22 108/1 161/19
consulted [1]   96/18
consume [3]   17/9 146/17 147/7
consuming [1]   141/1
contact [3]   10/3 33/9 126/21
contaminated [1]   63/21
continue [1]   156/10
contraband [5]   41/17 41/19 41/21 42/2 42/10
control [1]   68/20
controlling [1]   33/19
controversy [1]   165/19
conversation [4]   6/10 27/11 101/11 160/1
cook [1]   95/17
cooked [1]   153/1
copies [1]   114/12
copy [4]   4/6 17/16 162/11 162/22
corn [1]   146/17
corned [1]   146/24
corner [1]   12/13
correct [41]   17/12 20/1 33/1 34/11 39/10 43/2 44/12 46/1 47/21 53/5 60/12 60/13 61/13 61/15 61/16 63/1 71/20 74/18 75/16 79/14 81/1 82/11 87/17 87/22 98/7 115/19 121/23