IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

AARON O'NEAL, #N53022,      )
                            )
          Plaintiff,        )
                            )
     v.                     )     No. 18-4063-SEM-TSH
                            )
MANUEL ROJAS, et al.,       )
                            )
          Defendants.       )

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO CORRECT ERRORS [Doc. 132] AND MOTION TO SET ASIDE DEPOSITION [Doc. 133].**

NOW COME the Defendants, MANUEL ROJAS, STEPHANIE DORETHY, FREDDIE BRITTON, JOHN FROST, STEVE GANS, MELISSA PELKER and JOHN BALDWIN, by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, and hereby respond to Plaintiff's Motion to Correct Errors [Doc. 132] and Motion to Set Aside Deposition, [Doc. 133], stating as follows:

1. On September 28, 2020, Plaintiff filed two motions: 1) A Motion to Correct Errors in his Response to Defendants' Motion for Summary Judgment, and 2) A Motion to Set Aside his Deposition Testimony. [Docs. 132, 133]. For reasons explained below, both of Plaintiff's motions should be denied.

2. On July 20, 2020, Defendants filed a Motion for Summary Judgment. [Doc. 121].

3. On August 4, 2020, Plaintiff filed a Motion for an Extension of Time in order to respond to Defendants' motion. [Doc. 125].

4. On August 21, 2020, the Court granted Plaintiff's Motion for an Extension of Time, allowing Plaintiff until September 18, 2020, to respond to Defendants' Motion for Summary Judgment. [Text Order – August 21, 2020].

5. On September 15, 2020, Plaintiff filed his response to Defendants' Motion for Summary Judgment. [Doc. 129].

6. Central District of Illinois Local Rule 7.1(B)(2) requires a party opposing a motion for summary judgment to file its response within 14 days of the motion.

7. Plaintiff's Motion to Correct Errors falls outside the time allowed by CDIL-LR 7.1(B)(2), as well as the Court's text order entered August 21, 2020.

8. Further, neither the Court's August 21, 2020, text order, nor CDIL 7.1(B)(2), allow a party to file amendments after a deadline. Plaintiff provides no case law supporting his untimely attempt to amend his response.   [Doc. 132].

9. In his Motion to Set Aside Deposition Testimony, Plaintiff makes baseless accusations against the court reporter for allegedly misrepresenting his testimony, in order to contend that the deposition should be voided.   [Doc. 133, ¶ 11].

10. Plaintiff also contends that the Assistant Attorney General previously handling this matter lacked authorization to depose Plaintiff. [Doc. 133, ¶ 8].

11. However, in its Scheduling Order entered October 17, 2019, the Court expressly authorized Defendants to depose Plaintiff. [Doc. 42, ¶ 14].

12. With respect to his allegations against the court reporter, Plaintiff lacks any support, and likely wishes to void testimony that he later realized to be unfavorable to his interests.

13. Both of Plaintiff's motions lack merit or any procedural basis, and accordingly, should be denied.

WHEREFORE, Defendants respectfully request this Honorable Court deny Plaintiff's Motion to Correct Errors [Doc. 132] and Motion to Set Aside Deposition, [Doc. 133] and the relief requested therein.

                                            Respectfully submitted,

                                            MANUEL ROJAS, STEPHANIE DORETHY, FREDDIE BRITTON, JOHN FROST, STEVE GANS, MELISSA PELKER and JOHN BALDWIN,

                                            Defendants,

Philip Andrews, #6329386                   KWAME RAOUL, Attorney General
Assistant Attorney General                 of the State of Illinois,
500 South Second Street
Springfield, Illinois 62701                   Attorney for Defendants,
(217) 524-1575 Phone
(217) 782-8767 Fax                           By:   s/Philip Andrews
E-mail: pandrews@atg.state.il.us               Philip Andrews, #6329386
                                                                Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON O'NEAL, #N53022, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 18-4063-SEM-TSH |
| | ) |
| MANUEL ROJAS, et al., | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2020, the foregoing document, ***Defendants' Response to Plaintiff's Motion to Correct Errors [Doc. 132] and Motion to Set Aside Deposition Testimony [133]****,* was electronically filed with the Clerk of the Court using the CM/ECF system which will electronically send notice to:

None

and I hereby certify that on the same date, I caused a copy of the foregoing described document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

Aaron O'Neal, N53022
Hill Correctional Center
Inmate Mail/Parcels
P.O. Box 1700
Galesburg, IL   61401

Respectfully submitted,

s/Philip Andrews
Philip Andrews, #6329386
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 524-1575 Phone
(217) 782-8767 Fax
E-Mail:   pandrews@atg.state.il.us