E-FILED
Thursday, 11 February, 2021  02:24:18 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

**FILED**

FEB - 9 2021

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AARON O'NEAL,

    Plaintiff,

vs.

    Case No. 18-4063-SEM-TSH

MANUEL ROJAS, et al.,

    Defendant's


## MOTION IN THE FURTHERANCE OF SEEKING TO FILE TO THE COURT OF APPEALS UNDER THE DISMISSAL OF DEFENDANT'S ROBERT RODRIQUEZ AND JOE LAHOOD PURSUANT TO THE DISMISSAL ORDER ISSUED DECEMBER 4, 2020 WHILE AGENTS OF DEFENDANTS AT HENRY HILL CORRECTIONAL CENTER MALICIOUSLY INTERFERRED WITH AN ONGOING FEDERAL CIVIL PROCEEDING


NOW COMES, Plaintiff, AARON O'NEAL, pro se, and hereby bring this motion for the following reasons:

1. Plaintiff O'Neal is hereby presenting this motion to apprise this court that agents at Henry Hill Corr. Cntr. are miliciously interferring with the delivery process of this Courts 'Minute Order' as well as 'Notice To Attend Settlement Conference' issued December 9, 2020.

2. On December 34, 2020 at approximately 10:10 PM the sergeant of Plaintiffs housing unit (R-1) delivered plaintiff a manila envelope, bearing no post mark date attached.

3. Subsequent to opening the manila envelope plaintiff O'neal learned for the first time of the contents; which was this courts "Summary Judgment

1.

Order" issued on December 4, 2020.

4. All final orders issued by a United States District Court are appealable persuant to a 30 day time fram. 28 § 2107(a)(b)(c)(1).

Plaintiff O'Neal was inhibited by agents of the defendants from complying with the dead line for filing an appeal when the defendants agents did not timely delivery the courts minute order until December 31, 2020.

5. Unpon receiving this courts minute order dismissing defendants Rodriquez and LaHood from the above captioned claim, plaintiff was left with little or no room with which to move forward with an appeal contesting the dismissal of Rodriquez and LaHood. Due to the quarantine normal law library access at Hill Corr. Cntr. has been substantially reduced. Moreover, Hill Corr. Cntr. does not have a certified civilian law clerk; however, the position is currently substituted by a corrections officer.

6. To obtain access to the law library at Hill Corr. Cntr., inmates must first submit a written request one week in advance. Once an inmate has been issued a call pass to attend the law library he has to wait an additional week before receiving any requested legal forms, i.e., shapards or case law from the prison law library.

7. Plaintiff O'Neal submitted his request to do research at the prisons law library on or about January 5, 2021 and attended the law library on January 12, 2021 for approximately 45 minutes and had not yet acquired the needed legal direction and documentation necessary to appeal this courts dismissal of defendant's Rodriquez and LaHood to the 7th Circuit Court of Appeals. Plaintiff then resubmitted after January 19, 2021 for access tyo the prisons law library and has yet to be issued a call pass to attend the prisons law library.

2.

8. Plaintiff O'Neal has adamently desired to seek appeal of Defendants Rodriquez and LaHood to the 7th Circuit Court of appeals as this couts partial dismissal on summary judgment is; based upon Plaintiff's belief, a final order in that regard and seeks a Certificate of Appealability.

9. Plaintiff respectfully disagree with this courts finding that defendant's Rodriquez and LaHood are not 'State Actors' and that court's of appeals have found otherwise under the same or similar circumstances. Plaintiff O'Neal would further point out to the court that 28 § 2107(2) state in pertinent part, the following:

> (2) that no party would be prejudiced, the district court may, upon motion filed within 180 days after entry of the judgment or order or within 7 days after receipt of such notice, whichever is earlier, reopen the time for appeal for a period of 14 days from the date of entry of the order reopening the time for appeal.

28 § 2107(a)(2). Parenthetically, Plaintiff would also point out to the court that he is also of the belief that the Second Amended General Order 20-0012 extending all deadlines in civil cases and Executive Committee matters by an additional 28 days due to the CORONAVIRUS COVID-19 EMERGENCY regarding appeals to the 7th Circuit Court of Appeals should be followed by this Honorable Court as well.

10. Lastly, Plaintiff would also point out to the court that the prison law library at Hill Corr. Cntr. has been officially closed until such time as someone is officially confirmed as the civilian law library clerk, precluyding Plaintiff for atn unspecified time to access to the prisons law library. (See Plaintiffs' affidavit at #  )

11. Plaintiff submits additional affidavits and/or documents from  plaintiff's who have filings in other district courts alleging the same or similar claim as Aaron O'Neal in the cause now before the court.

3.

WHEREFORE, Plaintiff, Aaron O'Neal, respectfully request this Honorable Court to extend the time for filing an appeal for all the reasons herein stated and issue a Cause of Action to the 7th Circuit Court of Appeals.


Date: January 26, 2021.

/s/ Aaron O'Neal
AARON O'NEAL
N53022
P.O. BOX 1700
HILL CORR CNTR.
GALESBURG IL.
61401.


## VERIFICATION BY DECLARATION

Pursuant to 28 § 1746, I, Aaron O;Neal declare under penalty of perjury that the statements in this motion are true and correct.

4.

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, DIVISION

STATE OF ILLINOIS )
                                  )    SS   CASE NO. 18-CV-4063-SEM-TSH
COUNTY OF __KNOX__ )              O'NEAL v. ROJAS et al.,

## AFFIDAVIT

I, __AARON O'NEAL N53022_____, hereby declare
under penalty of perjury that the following is true and correct based upon my personal
knowledge, and that I am competent to testify thereto if called upon as a witness.

Thee above plaintiff AARON O'NEAL N53022 is hereby bringing
forth to Justice: Sue E. Myerscough attention that plaintiff
did not receive the **December 4th 2020" Summary Judgment
ORDER"** until **December 31, 2020**, leaving plaintiff only **(4)** days
to appeal the order. Plaintiff has submitted numerous law
library request slips to attend, however Plaintiff did not re-
ceive a call pass to attend until **January 12, 2021** in which Plai-
ntiff rendered numerous cases in which were to be Sheppard-
ized and placed in thee institutional mail to be sent to Plain-
tiff, today is **February 1, 2021** and Plaintiff has yet to re-
ceive any of thee requested Sheppard's cases in which were
requested, nor have i been authorized permission to attend
the law library since **1-12-2021** hereby making it extremely
difficult to E-file or Copy appropriate documents to foward
to the U.S. District Court! Agents of the defendants in above
cited proceeding, whom are employed by The Illinois Department
of Corrections has hereby withheld E-filing coming from the above Court!

PLEASE TAKE NOTICE that on __February 1__, 20__21__, I placed the attached or
enclosed documents in the institutional mail at __Henry Hill__ Correctional Center,
properly addressed to the parties listed above for mailing through the United States Postal
Service.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5 1-109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above documents,
and that the information contained therein is true and correct to the best of my knowledge.

Dated: __February 1, 2021.__

/s/ __Aaron O'Neal__
Name: __AARON O'NEAL__
IDOC# __N53022__
Address: __P.O. BOX 1700__
              __GALESBURG, IL.__
              __61401__

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois
201 S. Vine Street
Urbana, Illinois 61802

Stephen Couch
Plaintiff/ Petitioner
        -VS-
JB Pritzker, etal.
Defendants/ Respondants

Civil Action No. 20-CV-4190
HON, Justice Presiding:
James E. Shadid

PLAINTIFF"S MOTION FOR A VIDEO CONFERENCING HEARING TO BE SET_UP BY THIS COURT
CONCERNING THE HILL CORRECTIONAL CENTERS LAW LIBRARY OBSTRUCTING SERVICE OF PROCESS
THROUGH THIS COURTS ELECTRONIC FILING PROGRAMS SINCE THE DATE OF OCTOBER 13,2020.

PLAINTIFF: Stephem Couch is currentlu in the Illinos Department of Corrections
Hill Correctional Center, and under the complete Control of the Illinois Department
of Corrections (IDOC), Plaintiff has been at the Hill Correctional Center since the
Date of 12/23/2015, over five years now, I have requested access to the United States
Central Districts Electronic Filing Program to retrieve any court dispositive motions
filed in this Case No, above.

Plaintiff states that Sally Huffer quite working on or about October 23,2020, and this
petitioner was requesting this courts Electronic Filings be sent to him before she
leaves this Correctional Center, Sally Huffer failed to do this, and as a direct result
of this action has caused a back up in this courts services to all the residents at
the Hill Correctional Centers Law Library.

This court was to make a decision on the merits of my complaint I filed on September
6th, 2020, through the Hill Correctional Centers  Institutional Mail Services, with
the Hill Correctional Centers Law Library supervisor Sally Huffer.
This United States Central District Court Honorable Justice James E Shadid set this
case for a merit review for October 1st, 2020, and this plaintiff has not got any
notice of this hearing or this matter since September 11th, 2020.

The Hill Correctional Center has temporarely assigned Correctional Officer Shane Hulick
to over see the operations of the Hill Correctional Centers Law Library, and this
Courts Electronic Filing Program.

Correctional Officer Shane Hulick has said that he does'nt know anything about this
United States Electronical Filing System, and never recieved any kind of training
before Hill Correctional Centers Law Librarain Supervisor Sally Huffer quite.

This lack of skilled labor at the Hill Correctional Center has become a commom practic
at the Law Library, for the past five years to my knowledge, and observations, and i
have filed many Resident Grievances concerning this same issue being presented to this
court for review.
This is a continued course of conduct by the Hill Correctional Centers Warden of Pro-
grams, Mr. Mark N. Williams, and the Hill Correctional Chief Administrations Warden
Mrs. Christine Brannan.

The Illinois Department of Corrections Adult Education and Vocational Services
Administrator is Richard Stempinski, and this person over see's the placement of the
required skilled labor being provided in the Hill Correctional Centers Law Library to
the residents. His address is 1301 concordia Court, Springfield Illinois 62794-9277,
and telephone number is (217)558-2200-ext3602. Fax number is (217)522-9518.

I am requesting that this United States Central District Justice the Honorable James
E. Shaddid, have the United States Central District Clerks Office send and Electronic
Filed Copy of this Motion to the Illinois Department of Corrections Adult Educational
and Vocational Services Administrator, Mr.Richard Stempinski, letting this person know
what is being filed with this court, by this Plaintiff, whom has filed a complaint
with this court for this obstructions of Service of Process.

                                    Respectfully Submitted
                        Sincerely/S/_____
                                    Stephen Couch B12125
                                    Hill Correctional Center
                                    600 South Linwood Raod
                                    P.O.Box 1700
                                    Galesburg, Illinois 61401

Plaintiff Stephen Couch does'nt have the time to file or go through the Illinois Department of Corrections Offender Grievance Procedures to argue the Federal,State,or Local Rule Violations,this process would Prejudice the matters before this court in the current issues being presented.

Plaintiff respectfully request that this United States Central District Courts Justice James E. Shaddid waive,or place all matters for a new hearings,because of the delay in the services of process concerning all this Courts Orders from the date of October 1st,2020.

## NOTICE OF SERVICE OF PROCESS

I Stephen Couch have gave this Motion for Status Hearing, and Motion for a Video-Conference Hearing to the Hill Correctional Centers Law Library Supervisor Shane Hulick to Electronically File with the United States District Cercuit Clerks office located in Urbana, Illinois 61802, at the address of 201 South Vine Street.
this tranaction was made on the date of December 29 , 2020.
And under the penalties of purjury pusuant to 28 USCA § 1746, and any other Federal or State law, and Local Law, I swear the matters being presented are true and correct and if called to testify, I will state the same to be true to the best of my knowledge and beleifs.

Respectfully Submitted
Sincerely/S/

Stephen Couch B-12125
Hill Correctional Center
600 South Linwood Road
P.O.Box 1700
Galesburg, Illinois 61401
Tele NO. (309)343-4212

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois
201 S. Vine Street

Urbana, Illinois 61802

Stephen Couch
Plaintiff/ Petitioner
-VS-
JB Pritzker, etal.
Defendants/ Respondants

Civil Case NO. 4190
Hon, Justice Presiding:
James E. Shadid

---

MOTION FOR STATUS HEARING IN THE ABOVE CASE NUMBER ON MERIT REVIEW
DEADLINE SET BY THE CENTRAL DISTRICT CHIEF JUDGE JAMES SHADID (DOC No. 2)

---

Now comes the plaintiff Stephen Couch requesting a status hearing respectively in the case number 20-CV-04190, Couch ---VS-- Pritzker that was set for 10/01/2020, and this petitioner has not received a notice since the filing date of the complaint( Doc #-1).

Plaintiff is now advising this Honorable Courts Chief Justice that Hill Correctional Centers Law Library Department has lost the Law Library Supervisor Sally Huffer to a job transfer to Illinoisriver Correctional Center Law Library Department.

Correctional Officer: Shane Hulick has been temporarily assigned to this Hill Correctional Centers Law Library Department and is currently being trained for this jobs funtions. He will be going on vacation November 20th,2020, through December 1st, 2020.

Plaintiff is respectfully notifying this court that the E-File Program will be Out of access for service of process to this Plaintiff/ Petitioner until after December 7th, 2020.

Plaintiff is requesting notice be sent to him through the United States Postal Service in this case until he has full access to this Courts Orders in the above case. Or as this court see's fit to arrange other service of process to this Plaintiff.

E-FILED
DEC 2020
HILL CC

1 of 4

**Hulick, Shane**

| | |
|---|---|
| **From:** | ECF_Returns@ilcd.uscourts.gov |
| **Sent:** | Tuesday, January 26, 2021 9:21 AM |
| **To:** | ECF_Notices@ilcd.uscourts.gov |
| **Subject:** | [External] Activity in Case 4:20-cv-04190-JES Couch v. Pritzker et al Motion for Hearing |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

CENTRAL DISTRICT OF ILLINOIS

**Notice of Electronic Filing**

The following transaction was entered on 1/26/2021 at 9:20 AM CST and filed on 1/26/2021
**Case Name:**        Couch v. Pritzker et al
**Case Number:**      4:20-cv-04190-JES
**Filer:**               Stephen Couch
**Document Number:** 9

Docket Text:
**MOTION for Hearing by Plaintiff Stephen Couch. Responses due by 2/9/2021. (Attachments: # (1) Exhibit)(DS, ilcd)**

**4:20-cv-04190-JES Notice has been electronically mailed to:**

**4:20-cv-04190-JES Notice has been delivered by other means to:**

Stephen Couch
B12125
HILL
Hill Correctional Center
Inmate Mail/Parcels
PO Box 1700
Galesburg, IL 61401

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL AND SOUTHERN DISTRICTS OF ILLINOIS

| | | |
|---|---|---|
| IN RE: PROCEDURAL RULES FOR | ) ) | |
| ELECTRONIC FILING PROGRAM | ) ) ) | GENERAL ORDER:  No. 15-05 |

This General Order modifies and supersedes General Order No. 2014-1, which was entered on January 16, 2014.

The United States District Courts for the Central and Southern Districts of Illinois and the Illinois Department of Corrections have agreed to participate in an electronic filing program at certain correctional facilities in the State of Illinois. The electronic filing program is designed to reduce the cost of processing court filings made by prisoners in civil rights and habeas corpus cases brought under 42 U.S.C. §1983, 28 U.S.C. §§ 2241, 2254, or 2255, and any other type of case filed in these federal courts. This program will significantly reduce the expenditures for paper, envelopes, copier supplies, and postage for the correctional facilities and the prisoners. Furthermore, it will substantially reduce the amount of staff time spent processing prisoner filings for both the correctional facilities and the district courts.

The details of this program are as follows:

1.    Library staff at the participating correctional facilities will scan prisoner filings into a pre-programmed digital sender which converts the filing to .pdf format and e-mails the document directly to the appropriate court. Each divisional office in the Central District of Illinois and the Southern District of Illinois will have a dedicated e-mail address for such filings.

Page 1 of 4

L2
3 - 5

2. Once the document has been scanned and sent to the Court, library staff will return the original document to the prisoner. The prisoner shall keep the original document and produce it at a later time, if ordered to do so by the Court. When dealing with a lengthy document or a document of unusual size or format, library staff may elect to make a copy of the document and send the copy to the appropriate court after returning the original to the prisoner.

3. After receiving the prisoner's document via e-mail from the correctional facility, the document will be filed by court staff into the Case Management Electronic Case Filing (CM/ECF). For any document filed by court staff on behalf of the prisoner (other than a complaint, which requires service of process), the Notice of Electronic Filing (NEF) generated by the CM/ECF system will constitute official service upon and notice to the other parties in the case, if counsel for the other parties are registered for electronic case filing. If a party to the case is not registered, the Clerk of Court will mail a copy of the prisoner's electronically filed document to each non-registered party on behalf of the prisoner, via the United States Postal Service.

4. Each participating correctional facility will establish an e-mail address by which library staff will receive the Notice of Electronic Filing (NEF) which issues when a document has been filed electronically. An NEF contains a hyperlink for a free download of the e-filed document. Library staff will print *every* NEF and provide a copy to the prisoner via the institutional mail.

L3
4-5

In addition, library staff will print the *entire* document when an NEF is received for any document filed by the Court on its own (orders, notices, minutes, etc.) and will print a copy of the first page of any document that a prisoner has filed (which will demonstrate that the document has been electronically filed and confirm the number of pages filed with the Court). These materials also will be provided to the prisoner via the institutional mail.

5. Defendants and any other non-prisoner party shall mail to the prisoner, via the United States Postal Service, a copy of any document filed on their behalf. Although library staff will print the NEF for documents filed by Defendants and any other non-prisoner party as set forth above, it is not the responsibility of library staff to print a document filed electronically by another party to the case. Any such document will be received by the prisoner via the United States Postal Service.

6. When the prisoner receives a copy of the NEF for a document that was electronically filed on his behalf, he shall verify that the correct number of pages were filed. If there is a problem with the scanned document, the prisoner shall re-submit the original to library staff, who will contact the appropriate court to report the discrepancy. If it is later determined by the Court that a portion of a pleading is missing or illegible, the Court will enter an Order directing the prisoner to mail the original document to the Court or to re-submit the document to library staff for electronic submission.

L-A
5-5

7.      After a merit review hearing or preliminary review of the case has been conducted by the Court, the Clerk of Court will produce the necessary copies of the complaint to accomplish service of process upon the defendants as directed by the Court.

8.      Library staff shall verify that any document printed for the prisoner is legible and immediately notify the appropriate court of any printing issues or other technical difficulties.

9.      One of the district courts will provide and deliver a digital sender to each correctional facility participating in the Electronic Filing Program. The equipment will at all times remain property of the United States District Court which supplied the digital sender (and bear a property tag reflecting the ownership), and the Department of Corrections will execute an appropriate property receipt provided by the district court. The Department of Corrections will provide a printer and paper necessary to fulfill the requirements of this General Order at each participating correctional facility.

The effective date of this General Order is November 5, 2015.

S/James E. Shadid

_____
JAMES E. SHADID
Chief Judge, United States District Court
Central District of Illinois

S/Michael J. Reagan

_____
MICHAEL J. REAGAN
Chief Judge, United States District Court
Southern District of Illinois

Page 4 of 4

<u>AFFIDAVIT</u>

KNOX COUNTY
GALESBURG ILLINOIS                                    Date January 26/2021

I Stephen Couch, do hereby declare the following statements are true and
accurreet as to the statements made below.

On January 26,2021 I filed a motion with the United States Central
District Court for the Seventh Circuit,in the county of Champain County
Urbana,Illinois requesting a hearing through the vidio confeeence program
concerning the violations of services of process,through the Hill C
Correctional Ceters Law Library Services Department.

Civil Action Case No. 20-CV-4190, Case name Stephen Couch VS-JB Pritzker
etal. ( Doc No. 9).

My Civil Filings Have Been Repeatedly DELAIED as a direct result of this
Illinois Department of Corrections Facilities failures to provide the
required skilled help through the Henry C. Hill Correctional Centers
Programs Services Warden Mark N. Williams.

Sence the Corona Virus Hill Correctional Centers Chief Administrations
Warden Mrs.Christine Brannon has allowed the Hill Correctional Centers
Law Library Director(s),and Supervisory Staff to violate this Courts
Notice of Services to the residents at this facilities Law Library and
this Courts Electronical Filing Programs has been delay as a direct and
continued corse to block, hinder,impede, and interfer, since March 15,
2020.

The Hill Correctional Centers Warden of Programs is Mark N. Williams
he is directly responsable for this on going criminal and civil obstr-
-uction of service of process, and repeated delays of access to persue
civil or criminal violations being committed at this facility.

                                      Respectfully Submitted
                          Sincerely/S/ _Stp Couc_____
                                      Stephen Couch B-12125
                                      Hill Correctional Center
                                      600 S Linwood Road-P.O.Box 1700
                                      Galesburg, Illinois 61401

# AFFIDAVIT OF AFFIRMATION UNDER PENALTY OF PERJURY

I, _Stephen Couch_ , affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS 5/1-109 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing documents are known to me and are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _28_ day of _January_ , 20_21_.

_____
Affiant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIV.

AARON O'NEAL )
      PLAINTIFF )
      PRO SE )
Us. ) No. 18-CV-4063
 )
MANUEL ROJAS et al., ) Judge Sue E. Myerscough
      DEFENDANTS )
 ) Magistrate Judge:
 ) Tom Schanzle-Haskins

## PROOF/CERTIFICATE OF SERVICE

TO: THE CLERK OF THE    TO: KWAME RAOUL    TO: HEYL, ROYSTER
U.S. DIST. COURTHOUSE  ATT. PHILIP ANDREW  VOELKER & ALLEN
151 U.S. COURTHOUSE  ATT. GENERAL STATE  MR. DAVID A. PERKINS
600 E. MONROE ST.   OF ILLINOIS   300 HAMILTON BLVD.
SPRINGFIELD, IL.   500 S. SECOND ST.  P.O. BOX 6199
  62701.   SPRINGFIELD IL.  PEORIA, IL.
            62701.   61601

1. MOTION IN THE FURTHERANCE OF SEEKING
TO FILE TO THE COURT OF APPEALS UNDER

(1)

THE DISMISSAL OF DEFENDANT'S ROBERT RODRIGUEZ AND JOE LAHOOD PURSUANT TO THE DISMISSAL ORDER ISSUED DECEMBER 4, 2020 WHILE AGENTS OF DEFENDANTS AT HENRY HILL CORRECTIONAL CENTER MALICIOUSLY INTERFERRED WITH AN ONGOING FEDERAL CIVIL PROCEEDING.

2. AN AFFIDAVIT FROM AARON O'NEAL N53022 ADDRESSING AGENTS OF THEE AFOREMENTIONED DEFENDANTS OF HENRY HILL CORRECTIONAL CENTER OF HAVING SUCCESSFULLY AND MALICIOUSLY WITHHELD U.S. DISTRICT COURTS [ORDER, MINUTE ENTRIES]. HAVING EXCLUDED LEGAL ACCESS TO THE PRISON'S LAW LIBRARY, WHILE PROHIBITING PLAINTIFF'S LEGAL RESEARCH.

3. DOCUMENTATION OF STEPHEN COUCH'S NOTIFICATION TO CENTRAL DISTRICT CHIEF JUDGE HON. JAMES SHADID CONCERNING HILL C.C. LAW LIBRARY

(2)

OBSTRUCTING SERVICE OF PROCESS
THROUGH THIS COURTS ELECTRONIC
FILING PROGRAMS.

4. IN RE: PROCEDURAL RULES FOR ELEC-
TRONIC FILING PROGRAM / GENERAL
ORDER: No. 15-05

5. AN AFFIDAVIT FROM STEPHEN COUCH
STEMMING FROM HAVING TO DEAL
WITH THEE SAME EXACT OBSTRUCT-
ION OF SERVICE TO AND FROM THE
RECEIVING OR E-FILING DOCU-
MENTS TO THE U.S. DISTRICT COURT
FOR THE CENTRAL DISTRICT OF
ILLINOIS, AS PETITIONER O'NEAL
IS HEREBY HAVING TO EXPERIENCE.

PLEASE TAKE NOTICE that on February 1, 2021.
I placed the attached or enclosed documents
in the institutional mail at Henry Hill Correc-
tional Center. properly addressed to the par-
ties listed above for mailing through the
United States Postal Service.

(3)

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5 109, I declare under penalty of perjury, that I am a named party in the above action that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.


Dated: February 1, 2021.

Aaron O'Neal

AARON O'NEAL

N53022

P.O. BOX 1700

HENRY HILL C.C.

GALESBURG, IL.

61401.

(4)



U.S. POSTAGE >> PITNEY BOWES

ZIP 61401
02 4W
0000373461 JUL 23 2020
$ 000.50⁰

U.S. POSTAGE >> PITNEY BOWES

ZIP 61401
02 4W
0000373461 FEB 04 2021
$ 000.61⁰

To: Justice: Sue E. Myerscough
c/o Clerk of the U.S.

District Courthouse
151 U.S. Courthouse
600 E. Monroe St.
Springfield, Illinois
62701.

Aaron O'Neal
3022
Box 1700
L.C.C.
Lesburg, IL.
64409.