UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON O'NEAL, #N53022, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-cv-4063-SEM-TSH |
| | ) |
| MANUEL ROJAS, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO SUBSTITUTE COUNSEL

NOW COMES the Defendants, JOHN BALDWIN, STEPHANIE DORETHY, JOHN FROST, STEVE GANS, MELISSA PHOENIX, and MANUEL ROJAS, by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, and for their Motion to Substitute Counsel, states as follows:

1. Assistant Attorney Philip Andrews is no longer employed with the Attorney General's Office.

2. Assistant Attorney General Maria D. Gray is now assigned to represent the above-named Defendants in this matter.

3. It is requested that Assistant Attorney General Philip Andrews be removed from the Court's service list as counsel for Defendants.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this Honorable Court to allow the substitution of Assistant Attorney General Maria D. Gray for Assistant Attorney General Philip Andrews, as counsel for Defendants named herein, and that Assistant Attorney General Philip Andrews be terminated and removed from the service list

                                                    Respectfully submitted,

                                                    JOHN BALDWIN,
STEPHANIE DORETHY, JOHN FROST,
STEVE GANS, MELISSA PHOENIX, and
MANUEL ROJAS,

                                                        Defendants,

                                                  KWAME RAOUL, Attorney General,
State of Illinois

Maria D. Gray #6323981
Assistant Attorney General
500 South Second Street              Attorney for Defendants,
Springfield, Illinois 62706
Phone: (217) 782-5819
Fax: (217) 524-5091                    By: s\ Maria D. Gray
Email: mgray@atg.state.il.us             Maria D. Gray, #6323981
        gls@atg.state.il.us                 Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| AARON O'NEAL, #N53022, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-cv-4063-SEM-TSH |
| | ) |
| MANUEL ROJAS, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2021, the foregoing, Motion to Substitute Counsel, was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

NONE

and I hereby certify that on the same date, I caused a copy of the foregoing document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

Aaron O'Neal, #N53022
Hill Correctional Center
Inmate Mail\Parcels
600 S. Linwood Road
PO Box 1327
Galesburg, IL  61401

Respectfully submitted,

s/Maria D. Gray
Maria D. Gray #6323981
Assistant Attorney General

3