UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON O'NEAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 4:18-cv-04063-SEM-TSH |
| | ) |
| | ) |
| MANUEL ROJAS ET AL, | ) |
| | ) |
| Defendants. | ) |

### PROPOSED SCHEDULING AND DISCOVERY ORDER

Pursuant to Federal Rule of Civil Procedure 26(f) and CDIL-LR 16.2(e) and 16.3(f), attorneys for Plaintiff, Reede Neutze and Stephen Beemsterboer, and attorney for Defendants, Maria D. Gray, conferred on September 28, 2021, SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. Initial disclosure shall be served to opposing parties on or before October 12, 2021.

2. Written discovery, pursuant to Federal Rules of Civil Procedure 34, shall be served on opposing parties on or before October 29, 2021.

3. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

Plaintiff's expert(s):  November 5, 2021.

Defendants' expert(s): December 2, 2021.

4. Discovery shall be completed by January 21, 2022. Any written discovery or requests for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full thirty (30) days as provided by the Federal Rules of Civil Procedure in which to answer or produce discovery.

5. All dispositive motions shall be filed by February 4, 2022. Dispositive motions filed after this date shall not be considered by the Court.

6. A pretrial hearing shall take place on March 28, 2022.

7. Trial is set for April 11, 2022.

DATED: September 28, 2021

_____

_____

_____

/s Reede Neutze
/s Stephen Beemsterboer
Attorneys for the Plaintiff
University of Illinois
College of Law
Federal Civil Rights Clinic
504 E. Pennsylvania Ave.
Champaign, IL 61820
aneutze2@illinois.edu
smb9@illinois.edu

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2021, I electronically filed Plaintiff's Proposed Scheduling and Discovery Order with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to the following:

Maria D. Gray
ILLINOIS ATTORNEY GENERAL
500 S. Second Street
Springfield, IL 62701
(217) 782-5819
Maria.Gray@ilag.gov

/s Reede Neutze
/s Stephen Beemsterboer
Attorneys for the Plaintiff
University of Illinois
College of Law
Federal Civil Rights Clinic
504 E. Pennsylvania Ave.
Champaign, IL 61820
aneutze2@illinois.edu
smb9@illinois.edu