UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON O'NEAL, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 4:18-cv-04063-SEM-TSH |
| ROJAS ET AL, | ) ) ) | |
| Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2021, I filed an electronic copy of the foregoing Supplemental Initial Disclosures through the CM/ECF system at the address of Defendant's attorneys below:

Maria D Gray
ILLINOIS ATTORNEY GENERAL
500 S Second St.
Springfield, IL 62701
217-782-5819
Maria.Gray@ilag.gov

/s Reede Neutze

University of Illinois
College of Law
Federal Civil Rights Clinic
504 E. Pennsylvania Ave.
Champaign, IL 61820
aneutze2@illinois.edu