### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON O'NEAL, #N53022, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 18-4063-SEM-TSH |
| | ) |
| MANUEL ROJAS, et al., | ) |
| | ) |
| Defendants. | ) |

### *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR PRODUCTION AND INTERROGATORIES DATED OCTOBER 29, 2021

NOW COME Defendants, MANUEL ROJAS, STEPHANIE DORETHY, FREDDIE BRITTON, JOHN FROST, STEVE GANS, MELISSA PELKER and JOHN BALDWIN, and hereby move pursuant to Federal Rule 6(b)(1)(A) for a thirty (30) day extension of time, up to and including December 23, 2021, in which to respond to Plaintiff's requests for production of documents and interrogatories, stating as follows:

1.  On October 29, 2021, Plaintiff served requests for production of documents and interrogatories on each of the above seven Defendants.

2.  Between receipt of these discovery requests and the upcoming deadline to respond, the depositions of four Defendants have occurred.

3.  In addition, undersigned counsel has spoken with multiple Defendants relating to the drafting of discovery requests and the compilation of documents that are responsive.

4.  However, undersigned counsel requires additional time to speak with the remaining Defendants, draft and finalize discovery responses.

5.  Counsel for the Plaintiff was contacted regarding the instant motion and has no objection to Defendants' request.

6.     Therefore, Defendants request an additional thirty (30) days to draft and complete their responses to Plaintiff's requests for production of documents and interrogatories.

WHEREFORE, and for the reasons stated herein, Defendants respectfully request this Honorable Court grant their motion for extension of time to respond to Plaintiff's requests for production and interrogatories to December 23, 2021.

Respectfully submitted,

MANUEL ROJAS, STEPHANIE DORETHY, FREDDIE BRITTON, JOHN FROST, STEVE GANS, MELISSA PELKER and JOHN BALDWIN,

Defendants,

KWAME RAOUL, Attorney General,
State of Illinois

Attorney for Defendants,

Maria D. Gray #6323981
Assistant Attorney General
500 South Second Street           By:   s/Maria D. Gray
Springfield, Illinois  62701              Maria D. Gray
Phone:  (217) 782-9026                  Assistant Attorney General
Fax: (217) 524-5091
E-mail: Maria.Gray@ilag.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON O'NEAL, #N53022, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 18-4063-SEM-TSH |
| | ) |
| MANUEL ROJAS, et al., | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2021, the foregoing document, *Motion for Extension of Time to Respond to Plaintiff's Request for Production of Documents and Interrogatories dated October 29, 2021*, was electronically filed with the Clerk of the Court using the CM/ECF system which will electronically send notice to:

Alexandra Neutze aneutze2@illinois.edu
Stephen Beemsterboer smb9@illinois.edu

and I hereby certify that on the same date, a copy of the foregoing document was mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

NONE

s/Maria D. Gray
Maria D. Gray, #6323981
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 782-9026 Phone
(217) 524-5091 Fax
Email: Maria.Gray@ilag.gov