E-FILED
Wednesday, 19 January, 2022  07:17:09 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| AARON O'NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:18-cv-04063-SEM-TSH |
| v. | ) | |
| | ) | The Honorable Sue E. Myerscough |
| MANUEL ROJAS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED
MOTION TO MODIFY SCHEDULING ORDER**

NOW COMES Plaintiff, AARON O'NEAL, by and through his attorneys REEDE NEUTZE and STEPHEN BEEMSTERBOER of the University of Illinois College of Law Federal Civil Rights Clinic, and for his Motion to Modify Scheduling Order states as follows:

1. Discovery was reopened on September 13, 2021.

2. Plaintiff filed a Proposed Scheduling Order on September 28, 2021.

3. Discovery must be completed by January 21, 2022.

4. Dispositive motions must be filed by February 4, 2022.

5. On December 23, 2021, opposing counsel requested an additional seven days to submit written discovery responses.

6. On December 30, 2021, opposing counsel fell ill and canceled the remaining two depositions scheduled for January 5-6, 2022.

7. The depositions were rescheduled for February 2, 2022, and February 4, 2022.

8. Additionally, Plaintiff has not yet received written discovery responses from opposing counsel.

9.  Due to the need for additional time to complete discovery for the two remaining Defendants and receive written discovery responses, Plaintiff respectfully requests to modify the Scheduling Order as follows:

    a.  Discovery shall be completed by February 7, 2022.

    b.  All dispositive motions shall be filed by February 21, 2022.

    c.  At this time the parties are not seeking to modify the date of the pretrial conference or trial date.

10. Defendants' attorney has indicated no objection to this Motion.

11. This Motion is brought in good faith, is necessary in light of the circumstances, and is not for the purpose of undue delay or to prejudice any party.

WHEREFORE, and for the foregoing reasons, Plaintiff respectfully requests that this Court amend the scheduling order.

Respectfully Submitted,

By:         /s Reede Neutze
            /s Stephen Beemsterboer
            *Attorneys for Plaintiff*

            University of Illinois College of Law
            Federal Civil Rights Clinic
            504 E. Pennsylvania Avenue
            Champaign, IL 61820
            aneutze2@illinois.edu
            smb9@illinois.edu

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| AARON O'NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:18-cv-04063-SEM-TSH |
| v. | ) | |
| | ) | The Honorable Sue E. Myerscough |
| MANUEL ROJAS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2022, I filed an electronic copy of the foregoing

Unopposed Motion to Amend Scheduling Order with the Clerk of Court using the CM/ECF

system, which will send notice of the same to Defendants' attorneys below:

Maria D. Gray
ILLINOIS ATTORNEY GENERAL
500 S. Second Street
Springfield, IL 62701
(217) 782-5819
Maria.Gray@ilag.gov

/s Reede Neutze
/s Stephen Beemsterboer
Attorneys for the Plaintiff
University of Illinois
College of Law
Federal Civil Rights Clinic
504 E. Pennsylvania Ave.
Champaign, IL 61820
aneutze2@illinois.edu
smb9@illinois.edu

3