IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| AARON O'NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18-cv-04063-SEM-TSH |
| | ) | |
| MANUEL ROJAS, et al., | ) | Judge Sue E. Myerscough |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND SECOND MOTION TO EXTEND DISCOVERY

NOW COMES Plaintiff, AARON O'NEAL, by and through his attorneys Reede Neutze and Stephen Beemsterboer of the University of Illinois College of Law Federal Civil Rights Clinic, and for his Motion to Compel states as follows:

1. On September 19, 2021, discovery was reopened in this cause.

2. On October 29, 2021, Plaintiff transmitted written discovery to the Defendants.

3. On November 22, 2021, opposing counsel notified Plaintiff that additional time was needed to prepare discovery responses due to her caseload, schedule, and the number of defendants.

4. On November 24, 2021, Defendants filed an unopposed Motion for Extension of Time to Complete Discovery. This motion requested an additional 30 days to complete Defendants' responses to Plaintiff's requests for production of documents and interrogatories.

5. On December 13, 2021, this Court granted Defendant's Motion for Extension of Time to Complete Discovery and responses were set to be served on December 23, 2021.

1

6. On December 23, 2021, opposing counsel telephoned informing Plaintiff that she had fallen ill and requested 7 more days to serve discovery responses. Plaintiff agreed.

7. On January 11, 2022, Plaintiff emailed opposing counsel requesting discovery responses.

8. On January 19, 2022, Plaintiff filed an unopposed Motion to Amend/Correct the Scheduling Order.

9. On January 20, 2022, this Court granted Plaintiff's unopposed motion to modify the scheduling order. Discovery was set to be completed by February 7, 2022.

10. On January 20, 2022, Plaintiff emailed opposing counsel requesting an update as to the status of written discovery.

11. On January 21, 2022, opposing counsel responded that she is still trying to retrieve records from Hill Correctional Center. Counsel stated she would send what has been completed thus far by January 25, 2022.

12. On January 25, 2022, Plaintiff did not receive any discovery responses from opposing counsel.

13. On February 4, 2022, Plaintiff again requested discovery from opposing counsel.

14. Plaintiff's counsel has requested the Defendants provide any discovery which may already be gathered rather than waiting to disclose everything at once, but nothing has been received to date.

15. Plaintiff does not wish to move the pretrial or trial dates due to Defendants' failure to respond to written discovery.

WHEREFORE, Plaintiff requests that this Court:

    A. Enter an Order compelling Defendants to provide (1) Defendants' responses to Plaintiff's interrogatories, and (2) the documents Plaintiff requested; or, in the case that

such evidence does not exist, an affidavit from Defendants detailing their efforts to locate documents and their belief that such documents do not exist.

B. Extend discovery for the purposes of Plaintiff completing the discovery already outstanding.

C. Grant such other relief as the court deems appropriate under the circumstances.

Respectfully submitted,

Aaron O'Neal, Plaintiff

By:

/s Reede Neutze
/s Stephen Beemsterboer
University of Illinois College of Law
504 E. Pennsylvania Avenue
Federal Civil Rights Clinic Room #241
Champaign, IL 61820
aneutze2@illinois.edu
smb9@illinois.edu

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| AARON O'NEAL, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:18-cv-04063-SEM-TSH |
| ) | |
| MANUEL ROJAS, et al., ) | Judge Sue E. Myerscough |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2022, I electronically filed the foregoing Motion to Compel and Second Motion for Extension of Time to Complete Discovery with the Clerk of the Court using the CM/ECF system, which will send notification to the Defendants at the address of their attorney below:

Maria D. Gray
ILLINOIS ATTORNEY GENERAL
500 S. Second Street
Springfield, IL 62701
(217) 782-5819
Maria.Gray@ilag.gov

/s Reede Neutze
/s Stephen Beemsterboer
Attorneys for the Plaintiff
University of Illinois
College of Law
Federal Civil Rights Clinic
504 E. Pennsylvania Ave.
Champaign, IL 61820
aneutze2@illinois.edu
smb9@illinois.edu

4