IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON O'NEAL, #N53022, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 18-4063-SEM-TSH |
| ) | |
| MANUEL ROJAS, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

NOW COME Defendants, JOHN BALDWIN, FREDDIE BRITTON, STEPHANIE DORETHY, JOHN FROST, STEVE GANS, MELISSA PELKER, and, MANUEL ROJAS, and hereby move pursuant to Federal Rule16(b)(4) for a fourteen (14) day extension of time, up to and including March 8, 2022, in which to file a motion for summary judgment, stating as follows:

1. On January 19, 2022, Plaintiff filed a Motion to Amend/Correct Discovery Plan. (Doc. 162).

2. Specifically, Plaintiff noted that undersigned counsel fell ill and requested new dates for depositions of two Defendants that were previously scheduled for January 5-6, 2022. *Id.*

3. These new dates for depositions were February 2, 2022, and February 4, 2022.

4. Plaintiff further requested that the discovery and dispositive motion deadlines be extended to February 7, 2022 and February 21, 2022, respectively. *Id.*

5. Defendants did not object to this motion.

6. On February 14, 2022, undersigned counsel received the last two transcripts from the final Defendant depositions taken.

7. Although undersigned counsel has reviewed the transcripts of the previously deposed Defendants, additional time is needed to review the transcript of the final two depositions

and draft a dispositive motion; most notably Defendant Rojas, who was the chaplain at the time of Plaintiff's claims and an integral part of Plaintiff's claims against him and all other Defendants.

8. Due to an oversight by undersigned counsel, the deadline requested by Plaintiff for the dispositive motion deadline fell on a federal holiday.

9. Undersigned counsel is filing the instant Motion for Extension of Time on the next business day thereafter.

10. Counsel for the Plaintiff was contacted regarding the instant motion and objects to Defendants' request.

11. Therefore, as additional time is needed to review Defendant Rojas' deposition transcript and draft a dispositive motion, Defendants request an additional fourteen (14) days to draft and complete a dispositive motion that may narrow the issues prior to trial.

12. Although a dispositive motion was previously filed, by a prior assistant attorney general on behalf of the Defendants, no Defendant depositions were taken beforehand, which have elicited sworn testimony and evidence which support the basis for Defendants' dispositive motion.

WHEREFORE, and for the reasons stated herein, Defendants respectfully request this Honorable Court grant their motion for extension of time and grant them fourteen additional days to file a dispositive motion, on or before March 8, 2022.

        Respectfully submitted,

        JOHN BALDWIN, FREDDIE BRITTON, STEPHANIE DORETHY, JOHN FROST, STEVE GANS, MELISSA PELKER, and, MANUEL ROJAS,

        Defendants,

        KWAME RAOUL, Attorney General,
        State of Illinois

        Attorney for Defendants,

Maria D. Gray #6323981
Assistant Attorney General
500 South Second Street     By: s/Maria D. Gray
Springfield, Illinois 62701         Maria D. Gray
Phone: (217) 782-9026         Assistant Attorney General
Fax: (217) 524-5091
E-mail: Maria.Gray@ilag.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON O'NEAL, #N53022, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-4063-SEM-TSH |
| | ) | |
| MANUEL ROJAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 22, 2022, the foregoing document, *Motion for Extension of Time to File Dispositive Motion*, was electronically filed with the Clerk of the Court using the CM/ECF system which will electronically send notice to:

    Alexandra Neutze, Esq.    aneutze2@illinois.edu
    Stephen Beemsterboer, Esq.    smb9@illinois.edu

and I hereby certify that on the same date, a copy of the foregoing document was mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

NONE

    s/Maria D. Gray
    Maria D. Gray, #6323981
    Assistant Attorney General
    Office of the Attorney General
    500 South Second Street
    Springfield, Illinois  62701
    (217) 782-9026 Phone
    (217) 524-5091 Fax
    Email:  Maria.Gray@ilag.gov