UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON O'NEAL #N53022, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 18-4063-SEM-TSH |
| MANUAL ROJAS, et. al, | ) |
| | ) |
| Defendants, | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL (DOC. 164)**

NOW COME Defendants, JOHN FROST, STEVE GANS, STEPHANIE DORETHY, JOHN BALDWIN, MELISSA PELKER, and MANUEL ROJAS, by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, and for their response to Plaintiff's Motion to Compel, state as follows:

1. On February 8, 2022, Plaintiff filed a Motion to Compel, seeking the Court to compel Defendants to provide responses to Plaintiff's interrogatories and the documents subject to the request for production of documents. (Doc. 164).

2. Plaintiff further seeks declarations from each Defendant, if the documentation requested does not exist. *Id.*

3. On February 14, 2022, Plaintiff's counsel was served interrogatory responses via email for Defendants Frost, Gans, Dorethy, Baldwin and Pelker.

4. On February 17, 2022, Plaintiff's counsel was served interrogatory responses via email for Defendant Rojas.

5. As evidenced in Plaintiff's Motion to Compel, there have been numerous conversations between counsel for both parties relating to the outstanding discovery. (Doc. 164).

6. In each of these conversations, undersigned counsel noted to Plaintiff's counsel that

she was working on discovery responses, and, most recently, as it related to requests for documents that there were complications with documentation requested.

7. Specifically, much of the documentation requested by the Plaintiff would only be known or stored by a chaplain assigned to a facility. However, at present, Hill Correctional Center does not have a chaplain assigned to the facility.

8. Undersigned counsel has been actively looking for solutions to determine whether the documentation that Plaintiff's counsel requested even exits, including requesting that another chaplain look for the documents, or if undersigned counsel would be able to visit the facility. However, the facility has recently been under medical quarantine and non-staff specific to the facility were not allowed into the facility. Undersigned counsel was just informed that the medical quarantine has been recently lifted, so she may be able to make arrangements to enter the facility at an earlier date.

9. As evidenced above, neither undersigned counsel, nor the Defendants are choosing to simply not respond to Plaintiff's request for production. Rather, undersigned counsel is attempting to verify whether the requested documents exist, and provide responsive documents if they do.

10. Further, although Plaintiff seeks declarations from each Defendant asking whether said documentation exists, said request whether via a motion to compel or otherwise, is inappropriate, as many of the Defendants have no personal knowledge or experience with much of the documentation that Plaintiff seeks and therefore have no knowledge of whether the documents exist, as was explained throughout their depositions and interrogatory responses.

11. Last, as Plaintiff's counsel is aware, the majority of the Defendants are retired from the Illinois Department of Corrections and may not be able to enter the facility at this time, despite

the recent easing of pandemic restrictions at the facility. As retirees, each retired Defendant no longer has any documentation relating to Mr. O'Neal or any offenders, including rosters, attendance sheets, or the like in their personal custody or control, or any ability or authority to retrieve such, even if they had access to such information at one time.

12. Therefore, as Defendants, through undersigned counsel have served Defendants' responses to Plaintiff's interrogatories, are currently attempting to determine whether documentation requested by Plaintiff exists and have drafted responses to Plaintiff's request for production of documents, Plaintiff's motion to compel should be denied.

13. Undersigned counsel has followed up with the facility regarding the documentation requested by Plaintiff and plans to provide responses to Plaintiff's request for production of documents, which will note what has not been located, along with a declaration by an individual who has searched for said documentation by February 24, 2022.

Wherefore, Defendants respectfully request that the Court deny Plaintiff's motion to compel, (Doc. 164), as Defendants have provided responses to Plaintiff's interrogatories and have previously been deposed, and grant them until February 24, 2022, to serve Plaintiff's counsel with a response regarding his requests for production of documents, as undersigned counsel is currently in the process of identifying whether documentation requested by Plaintiff exists.

                                        Respectfully submitted,

                                        JOHN FROST, STEVE GANS, STEPHANIE DORETHY, JOHN BALDWIN, MELISSA PELKER, and MANUEL ROJAS,

                                              Defendants,

                                        KWAME RAOUL, Attorney General
State of Illinois,

Maria D. Gray #6323981
Assistant Attorney General                         Attorney for Defendants,
500 South Second Street
Springfield, Illinois 62701
(217) 557-7081 Phone                               By:    s/Maria D. Gray
(217) 782-8767 Fax                                     Maria D. Gray
E-mail: maria.gray@ilag.gov                     Attorney General

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON O'NEAL #N53022, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 18-4063-SEM-TSH |
| MANUAL ROJAS, et. al, | ) |
| | ) |
| Defendants, | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2022, I caused a copy of the foregoing document, *Defendants' Response to Plaintiff's Motion to Compel (Doc. 164)*, to be electronically mailed to the following non-registered participants:

Reede Neutze
Stephen Beemsterboer
University of Illinois
College of Law
Federal Civil Rights Clinic
504 E. Pennsylvania Ave.
Champaign, IL 61820
aneutze2@illinois.edu
smb9@illinois.edu

Respectfully Submitted,

s/ Maria D. Gray
Maria D. Gray, #6323981
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62701
Phone:  (217) 782-5819
Fax:     (217) 524-5091
E-Mail:  maria.gray@ilag.gov