IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

**FILED**

AARON O'NEAL
        PLAINTIFF

MAR **0 7** 2022

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

VS.                          Case No. 18-CV-4063-
                        ) Hon. Sue E. Myerscough
MANUEL ROJAS          ) Mag: Tom Schanzle-Haskins
        DEFENDANTS et al.,   )
                             )
                             )

"MOTION TO HEREBY OPPOSE ANY REMOTE"
COURT APPEARANCES FOR ALL TRIAL
PROCEEDINGS. INCLUDING JURY
SELECTIONS. W/EXHIBITS A,B,C,


NOW COMES, PLAINTIFF AARON O'NEAL N-53022
a resident of SOUTHWESTERN C.C. is the
above plaintiff in case O'Neal V. Rojas et al.,
No. 18-CV-4063-SEM-TSH and cause to be brought
to the attention of The Clerk of The U.S. Dis-
trict Court, For The Central District Of Illinois/
U.S. District Justices Hon. Sue E. Myerscough
and Magistrate Hon. Tom Schanzle-Haskins/
Mr. Kwame Raoul Attorney General For The
State Of Illinois : Assistant Attorney General
Ms. Maria D. Gray / Heyl Royster Law Firm
Lead Attorney Mr. David A. Perkins / Attorney(s)
For Above Plaintiff Mr. Aaron O'Neal thru
Ms. Reede Neutze, Mr. Stephen Beemsterboer,
College Of Law Students, Federal Civil Rights Clinic

The Sole purpose for bringing forth the above MOTION TO OPPOSE ANY REMOTE COURT APPEARANCES FOR ALL TRIAL PROCEEDINGS, INCLUDING JURY SELECTIONS, are to bring NOTICE TO THE ATTENTION OF ALL AFOREMENTIONED PERSONNEL.

NOW ALL PERSONNEL HAS FORMALLY BEEN ADVISED VIA E·FILE NOTICE AS TO THE CAUSE O'NEAL V. ROJAS et. al., Case No. 18-CV-4063-SEM-TSH. Accompanied an Affidavit and Proof Of Service attached to via above Plaintiff Mr. Aaron O'Neal.

"REASONING FOR SUCH OPPOSAL IS AS FOLLOWS:".

1. Plaintiff, Aaron O'Neal is hereby the actual injured party in the above matter, and moves this Honorable U.S. District Court For The Central District Of Illinois, Springfield Division to take NOTICE that I, the Plaintiff, Demand to be present at any and all JURY SELECTIONS, as well as JURY TRIAL PROCEEDINGS, in my physical person pursuant to my PRIVATE CONSTITUTIONALLY PROTECTED RIGHT.

2. This Court has jurisdiction under U.S.C. § 1331, & 1343(a)(3). This Court has supplemental jurisdiction over Plaintiff's State Law Claim(s) pursuant to 28 U.S.C. § 1367.

3. The District Court Of Illinois is an "APPROPRIATE VENUE" under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to claims occurred in this District, in which above Plaintiff SHALL BE PERMITTED TO ATTEND WHILE BEING "PRESENT" TO DEFEND HIS CONSTITUTIONAL VIOLATED RIGHTS

4. While COVID 19 is a SERIOUS ISSUE throughout THE WORLD, and measures has been in place ESPECIALLY HERE IN THE STATE OF ILLINOIS, to SAFEGUARD ITS CITIZEN & PRISONERS CONFINED TO ITS STATE AND FEDERAL LOCKUPS, Plaintiff O'Neal has hereby FOLLOWED ALL MEASURES AND GUIDELINES.

5. Above Plaintiff is hereby "FULLY VACINATED" that being having RECEIVED (3) SHOTS TOTAL OF MODERNA, which 1 of 3 was the "BOOSTER SHOT". (EXHIBIT D.)

6. Above Plaintiff is still to this very day of February, 2022 tested TWICE WEEKLY, that being on each and every TUESDAY and FRIDAYS

7. Above Plaintiff CONTINUES TO TEST NEGATIVE FOR THE CORONA VIRUS.

8. Above Plaintiff IS HEREBY "PROVIDED KN95" MASKS WEEKLY HERE AT SOUTHWESTERN C.C.

9. Above Plaintiff HEREBY POSE NO TYPE OF MEDICAL RISK TO AN IN PERSON TRIAL BY JURY BEFORE THE U.S. DISTRICT COURT, AND THEREFORE SHALL BE ALLOWED TO APPEAR IN PERSON BEFORE A JURY IN WHICH PLAINTIFF "HIMSELF" ASK THAT IT BE SEATED.

10. Above Plaintiff WILL BE TEST HERE AT SOUTHWESTERN C.C. BEFORE ANY DEPATURE OF ITS INSTITUTION, AND AGAIN TESTED DURING THE ARRIVAL OF PLAINTIFF O'NEAL'S ENTRANCE TO THE U.S. DISTRICT COURTHOUSE IN CENTRAL ILLINOIS, SPRINGFIELD DISTRICT.

11. Above Plaintiff O'Neal HAS HEREBY EXPERIENCED NEGLI-
GENCE IN THE FORM OF HAVING BEEN DEPRIVED THE
PRIVILEGE HERE AT SOUTHWESTERN C.C. OF BEING
PROVIDED THE CONSTITUTIONAL RIGHT OF CONVERSING
WITH "HIS" COUNSELOR(S) OF RECORD VIA NON-CONFI-
DENTIAL COLLECT CALLS, WHEN PLAINTIFF O'NEAL
IS NOT RESTRICTED FROM ANY PHONE PRIVILEGES
OF ANY KIND, FOR PLAINTIFF O'NEAL IS AN A-GRADE
PARTICIPANT HERE AT SOUTHWESTERN C.C. (A) GRADE
BEING THE BEST, WHILE (C) GRADE ACCOUNTS FOR BEING
THE WORST !!

12. On 2/16/2022 Plaintiff O'Neal "FINALLY APPEARED"
before "CLINICAL SERVICES" to which was to be
"A PRIVATE NON·RECORDED PHONE CONVERSATION"
BETWEEN ABOVE PLAINTIFF & COUNSELOR(S) OF
RECORD: MS. REEDE NEITZE, & STEPHEN BEEMSTER-
BOER ... YET THIS PRIVATE CONVERSATION WAS
CONDUCTED BEFORE CLINICAL SERVICES PRISON
PESONNEL FOR THEE ENTIRE CONVERSATION, FROM
THE START OF PLAINTIFF'S CONVERSATION W/ HIS
PRIVATE ATTORNEY(S) TO THE CONCLUSION OF
THIS PARTICULAR CONVERSATION, WHICH IS
"EAVESDROPPING". (EXHIBIT A.)

13. Above Plaintiff will now point to the "FACT" that
SOUTHWESTERN C.C. "HAS (NO) E-FILING MACHINE
IN ITS FACILITY, AND ABOVE PLAINTIFF EX-
PARENT INSTITUTION THEREFORE "FORWARD"
(ALL) E-FILED DOCUMENTS COMING THE ABOVE
U.S. DISTRICT COURT, TO PLAINTIFF O'NEAL'S
CURRENT FACILITY (HILL C.C. TO SOUTHWESTERN C.C.)
(EXHIBIT B.)

14. The problem with having (NO E·FILING MACHINE) of any kind here at this particular Correctional Center is, documents coming to and from "COURT TO PLAIN-TIFF & VICE VERSA" is, documentation takes up to 2 to 3 WEEKS TO FINALLY REACH ITS DESTINA-TION... IN WHICH HAS PROVEN TO BE <u>PROBLEMATIC</u>.

15. ALL CORRECTIONAL CENTERS IN THE ILLINOIS DEPARTMENT OF CORRECTIONS ARE EQUIPPED WITH E·FILE MACHINES IN THEIR FACILITY... SOUTHWESTERN C.C. SHOULD NOT BE ANY DIFFERENT, (FOR A DENIAL TO U.S. DISTRICT COURT SERVICE, SHOULD BE VIEWED AS A DENIAL TO U.S. DISTRICT JUSTICE!)

16. Once Henry Hill C.C. forwards Plaintiff O'Neal's LEGAL MAIL E-FILING, which is HEREBY (STAMPED LEGAL MAIL) SOUTHWESTERN C.C. then pry into "OPENING" A "CONFIDENTIAL SOURCE OF PRIVILEGE MAIL"... THIS MUST BE ADDRESS VIA THE FEDERAL JUDICIAL SYSTEM. (<u>EXHIBIT C.</u>)

17. Also, "PRISON PERSONNEL" HERE AT SOUTHWESTERN C.C. ARE HEREBY "READING" INDIVIDUALS IN CUSTODY XEROX LEGAL DOCUMENTS TO THE STATE AND FEDERAL COURTS, WHICH ARE HEREBY UN-CONSTITUTIONAL IN ALL REGARDS!! (<u>EXHIBIT E.</u>)

18. Plaintiff O'Neal HEREBY OPPOSE TO ANY AND ALL REMOTE TYPE HANDLING OF JURY SELECTIONS AS WELL AS OPPOSING ANY REMOTE TYPE JURY TRIAL, as to all above mentioned U.S. CONSTITU-TION VIOLATIONS.

19. Above Plaintiff would also like to state for the record:
George Floyd Of Minneapolis, Minnesota Court
Proceeding during The Covid-19 Pandemic was able
to carry on with the "SAFE HANDLING" of KN95
Masks, while having each individual undergo a
covid test before being "CLEARED" to enter the
Courthouse.

20. Above Plaintiff "JURY SELECTION" and "JURY TRIAL"
should be (NO) different than the Jury select and
Jury Trial of George Floyd, in which brought in a
greater number of attendees, as to what the
O'Neal V. Rojas et al., would be.

21. In closing: Above Plaintiff AARON O'NEAL "WILL NOT"
under any circumstances ever consent to agree to
there being an remote jury selection or a jury
trial being conducted without Plaintiff being
"PRESENT" and for this (I HEREBY OPPOSE TO
THE U.S. DISTRICT COURT OF ILLINOIS, SPRING-
FIELD DIVISION CONDUCTING ANY FORM OF JURY
SELECTION AND JURY TRIAL WITHOUT PLAINTIFF
O'NEAL BEING PRESENT IN OPEN COURT.)

22. Above U.S. DISTRICT COURT, shall NOT refer to help
saving cost on the Illinois Department Of Correc-
tions, when the I.D.O.C. has "SAVED" countless
amounts of "TAXPAYERS DOLLARS" while having
(NOT FED) Catholic Prisoners in its Custody since
2005 til 2022, in which above plaintiff filed his
Civil Rights law Suit to be able to "APPEAR IN
PERSON" in The United States District Court in
the Central District Of Illinois.

STATE OF ILLINOIS )
                  )
COUNTY OF ST. CLARE )


Date: February 25, 2022.

/s/ _Aaron O'Neal_
AARON O'NEAL


"MOTION TO HEREBY OPPOSE ANY REMOTE"
COURT APPEARANCES FOR ALL TRIAL
PROCEEDINGS, INCLUDING JURY
SELECTIONS.


STATE OF ILLINOIS

COUNTY OF ST. CLARE


/s/ _Aaron O'Neal_
AARON O'NEAL


Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5 1-109,
I declare under penalty of perjury, that I am a named
party in the above action, that I have read the above
documents, and that the information contained therein
is true and correct to the best of my knowledge.

Aaron O'Neal N53022
SOUTHWESTERN C.C.
950 KINGSHIGHWAY
EAST ST. LOUIS, IL

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

AARON O'NEAL )
  PLAINTIFF )
        ) Case No. 18-CV-4063-
Vs.       ) HON. Sue E. Myerscough
        ) Mag: Tom Schanzle-Haskins
MANUEL ROJAS et al., )
  DEFENDATS )
        )

"AFFIDAVIT IN SUPPORT OF MOTION TO
HEREBY OPPOSE ANY REMOTE COURT
APPERANCES FOR ALL TRIAL PRO-
CEEDINGS, INCLUDING JURY SELEC-
TIONS "

STATE OF ILLINOIS )
        ) SS.
COUNTY OF ST. CLARE )

AARON O'NEAL, I being duly sworn, deposes and
says:

1. I am the Plaintiff in the above cause. I make
this affidavit in support of my MOTION TO HEREBY
OPPOSE ANY REMOTE COURT APPEARANCES FOR ALL
TRIAL PROCEEDINGS, INCLUDING JURY SELECTIONS.

2. Above Plaintiff also stands firm as to all 22 paragraphs
of thee attached MOTION TO HEREBY OPPOSE ANY REMOTE
COURT APPEARANCES FOR ALL TRIAL PROCEEDINGS, INCLUDING

JURY SELECTIONS.

WHEREFORE, The Plaintiff request that the above COURT, RESPECT and HONOR by granting this motion in all respects.

/s/ AARON O'NEAL

STATE OF ILLINOIS )
                  )
COUNTY OF ST. CLARE )

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 51-109, I declare under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: February 25, 2022.

/s/ Aaron O'Neal

AARON O'NEAL
N53022
SOUTHWESTERN C.C.
950 KINGSHIGHWAY
EAST ST. LOUIS, IL.
62203.

OERCP101          ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
PRINTED SCHED. CALL PASS          PAGE: 27

RUN DATE: 2/15/2022

RUN TIME: 8:53:28 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: N53022 O'NEAL,AARON     Minimum     A     None     SWC:SWC:04:01:C:L 12

PRIMARY: H U 4A ,JANITOR-SWC7427260270

DESTINATION: Corridor 1/Visiting Room     DAY: 2/16/2022     AT: 12:45:00 PM

PASS TYPE: CLINICAL SERVICES

COMMENTS: Legal Call

AUTHORIZED: Katie Davidson

CELL HOUSE SIGNATURE: _____     TIME: _____:_____

DESTINATION SIGNATURE: _____     TIME: _____:_____

EXIT SIGNATURE: _____     TIME: _____:_____

RETURN SIGNATURE: _____     TIME: _____:_____

EXHIBIT A.

◆♦□⚙☌●⚙☌&⚙☌♏•⚙☌⚌⚌☌  ☌♏⚌♏☌♏♏•

| | |
|---|---|
| **From:** | ECF_Returns@ilcd.uscourts.gov |
| **Sent:** | Monday, January 31, 2022 1:18 PM |
| **To:** | ECF_Notices@ilcd.uscourts.gov |
| **Subject:** | [External] Activity in Case 4:18-cv-04063-SEM-TSH O'Neal et al v. Rojas et al Notice to Take Deposition |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### CENTRAL DISTRICT OF ILLINOIS

## Notice of Electronic Filing

The following transaction was entered by Beemsterboer, Stephen on 1/31/2022 at 1:18 PM CST and filed on 1/31/2022

| | |
|---|---|
| **Case Name:** | O'Neal et al v. Rojas et al |
| **Case Number:** | 4:18-cv-04063-SEM-TSH |
| **Filer:** | |
| **Document Number:** | 163 |

**Docket Text:**
**NOTICE to Take Deposition of Manuel Rojas on 2/4/2022 (Beemsterboer, Stephen)**

**4:18-cv-04063-SEM-TSH Notice has been electronically mailed to:**

Alexandra Reede Neutze    aneutze2@illinois.edu

David A Perkins    dperkins@heylroyster.com, lmunge@heylroyster.com, peoctdocket@heylroyster.com

Maria D Gray    Maria.Gray@ilag.gov, gls@ilag.gov, LeaAnn.Crouch@ilag.gov, nathan.sloan@ilag.gov, Sheryl.Travis@ilag.gov

Robert Ricks Tenney    rtenney@heylroyster.com, lberry@heylroyster.com, peoecf@heylroyster.com

Stephen Beemsterboer    smb9@illinois.edu

**4:18-cv-04063-SEM-TSH Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| AARON O'NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18-cv-04063-SEM-TSH |
| | ) | |
| MANUEL ROJAS, et al., | ) | Judge Sue E. Myerscough |
| | ) | |
| Defendants. | ) | |

## AMENDED NOTICE OF DEPOSITION

**TO:**   **MARIA D. GRAY**
Illinois Attorney General
500 S. Second St.
Springfield, IL 62701
217-782-5819
Maria.Gray@ilag.gov

Via Email:
  **TERI SOMMER**
Area Wide Reporting Service
Court Reporter Manager
301 West White Street
Champaign, IL 61820
217-356-5119
teri@areawide.net

**PLEASE TAKE NOTICE** that, pursuant to FRCP 30(b)(1), Plaintiff's counsel will take the deposition upon oral examination of MANUEL ROJAS at 1:00 PM CT on February 4, 2022. The deposition will be conducted remotely by videoconference. Defendant's counsel will provide access credentials ahead of the deposition. The deposition will be recorded by stenographic means.

1

Dated: January 31, 2022

/s Stephen Beemsterboer
/s Reede Neutze
Attorneys for the Plaintiff
University of Illinois
College of Law
Federal Civil Rights Clinic
504 E. Pennsylvania Ave.
Champaign, IL 61820
smb9@illinois.edu
aneutze2@illinois.edu

# CERTIFI SERVICE

I hby certify that on January 31, 2022, I ically filed the above Amended Notice of Deposition with the Clerk of the Court usin/ECF system, which will send notification of sch filing to the following:

Maria D. Gray
Illinois Attorney General
500 S. Second Street
Springfield, Il 62701
(21 7) 782-5819
Maria.Gray@ilag.gov

/s Stephen Beemsterboer
/s Reede Neutze
Attorneys for the Plaintiff
University of Illinois
College of Law
Federal Civil Rights Clinic
504 E. Pennsylvania Ave.
Champaign, IL 61820
smb9@illinois.edu
aneutze2@illinois.edu

3

# Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | **N53022** | **Counseling Date** | 02/10/22 12:59:50:437 |
| **Offender Name** | **O'NEAL, AARON** | **Type** | Personal |
| **Current Admit Date** | 12/03/1993 | **Method** | Face To Face |
| **MSR Date** | 08/14/2024 | **Location** | SWC HOUSING UNIT 4 COUNSELORS OFI |
| **HSE/GAL/CELL** | 04-01-C | **Staff** | LIPE, FORREST B., Clinical Services Supervisor |

Individual was seen on rounds and had concerns about legal mail coming from another facility, this has been addressed with the mail room. He also had questions about MSR money, he is advised that 60 dollars cash will be provided and a 15.00 VISA card.

"EXHIBIT C."

HFL Correctional Center
600 S. Linwood Rd
P.O. Box 1700
Galesburg, IL 61402

"This correspondence was not clearly marked as "legal" or "privileged". Therefore, it was opened in the mailroom. Please notify sender so mail can be marked accordingly".

NOT Legal Mail  4CL12

"LEGAL MAIL"

US POSTAGE FIRST-CLASS
PEORIA IL
$000.530
0000373461 FEB 01 2022
02 4W
ZIP 61401
03 FEB 2022 PM

O'Neal, Aaron    N 53022
P.O. Box 129
East St. Louis, IL
62205

"EXHIBIT D."

# COVID-19 Vaccination Record Card

Please keep this record card, which includes medical information about the vaccines you have received.

Por favor, guarde esta tarjeta de registro, que incluye información médica sobre las vacunas que ha recibido.



Last Name _O'Neal_    First Name _Aaron_    MI ___

Date of birth _10/4/65_    Patient number _753022_ *(medical record or IIS record number)*

| Vaccine | Product Name/Manufacturer Lot Number | Date | Healthcare Professional or Clinic Site |
|---|---|---|---|
| 1st Dose COVID-19 | Moderna 012A21A | 2/24/21 mm dd yy | HHCC |
| 2nd Dose COVID-19 | Moderna 039A21B | 2/21/21 mm dd yy | HHCC |
| Other | | ___/___/___ mm dd yy | |
| Other | | ___/___/___ mm dd yy | |

" EXHIBIT D "

# COVID-19 Vaccination Record Card



Please keep this record card, which includes medical information about the vaccines you have received.

Por favor, guarde esta tarjeta de registro, que incluye información médica sobre las vacunas que ha recibido.

*Oneal*                    *Aaron*

Last Name _____ First Name _____ MI _____

*10/4/65*                  *1153022*

Date of birth                Patient number *(medical record or IIS record number)*

| Vaccine | Product Name/Manufacturer Lot Number | Date | Healthcare Professional or Clinic Site |
|---------|--------------------------------------|------|----------------------------------------|
| 1st Dose COVID-19 | *Moderna* *012A31A* | *3/3/21* mm dd yy | *HHCC* |
| 2nd Dose COVID-19 | *Moderna* *037A21B* | *3/21/21* mm dd yy | *HHCC* |
| Other | | ___/___/___ mm dd yy | |
| Other | | ___/___/___ mm dd yy | |

" EXHIBIT D."

# COVID-19 Vaccination Record Card



Please keep this record card, which includes medical information about the vaccines you have received.

Por favor, guarde esta tarjeta de registro, que incluye información médica sobre las vacunas que ha recibido.

O'Neal _____ Aaron _____ MI ____

Last Name                     First Name

10/4/65                        1153022

Date of birth                  Patient number (medical record or IIS record number)

| Vaccine | Product Name/Manufacturer Lot Number | Date | Healthcare Professional or Clinic Site |
|---|---|---|---|
| 1st Dose COVID-19 | Moderna 012A21A | 3/3/21 mm dd yy | HHCC |
| 2nd Dose COVID-19 | Moderna 037A21B | 3/31/21 mm dd yy | HHCC |
| Other | | ___/___/___ mm dd yy | |
| Other | | ___/___/___ mm dd yy | |

" EXHIBIT D."

# COVID-19 Vaccination Record Card

Please keep this record card, which includes medical information
about the vaccines you have received.

Por favor, guarde esta tarjeta de registro, que incluye información
médica sobre las vacunas que ha recibido.



| Last Name | First Name | | MI |
|---|---|---|---|
| O'Neal | Aaron | | |

Date of birth: 10/1/65

Patient number (medical record or IIS record number): 153022

| Vaccine | Product Name/Manufacturer Lot Number | Date | Healthcare Professional or Clinic Site |
|---|---|---|---|
| 1st Dose COVID-19 | Moderna 012A21A | 3/3/21 mm dd yy | HHCC |
| 2nd Dose COVID-19 | Moderna 037A21B | 3/31/21 mm dd yy | HHCC |
| Other | | __/__/__ mm dd yy | |
| Other | | __/__/__ mm dd yy | |




ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: N53022 O'NEAL,AARON          Minimum        A     None            SWC:SWC:04:01:C:L
                                                                       12

PRIMARY: H U 4A ,JANITOR-SWC7427260270


DESTINATION:                    DAY: 2/15/2022   AT: 12:00:00 PM

   PASS TYPE: LIBRARY

   COMMENTS: LAW LIBRARY

   AUTHORIZED: Steven Bennett


   CELL HOUSE SIGNATURE:    _____        TIME: ____:____

   DESTINATION SIGNATURE:   _____        TIME: ____:____

         EXIT SIGNATURE:    _____        TIME: ____:____

       RETURN SIGNATURE:    _____        TIME: ____:____


"EXHIBIT E."

AARON O'NEAL

Plaintiff,

_____ v.

Case No. 18-CV-4063-SEM-TSH

MANUEL ROJAS

Defendant

## PROOF/CERTIFICATE OF SERVICE

TO:
CLERK OF THE
U.S. DISTRICT
COURTHOUSE
SPRINGFIELD
DIVISION
SPRINGFIELD, IL.
62701

TO: MR. KWAME RAOUL
ASSISTANT ATTORNEY GENERAL
MS. MARIA D. GRAY
ATTORNEY GENERAL
STATE OF ILLINOIS
500 SOUTH SECOND STREET
SPRINGFIELD, IL. 62701

TO: MS. REENE NEUTZE
MR. STEPHEN BEEMSTERBOER
COLLEGE OF LAW / LAW CLINIC
241 LAW BUILDING
504 E. PENNSYLVANIA AVE
CHAMPAIGN, IL. 61820

TO:
MR. DAVID P.
HEYL, ROYS
300 HAMILT
P.O. BOX 610
PEORIA, I
61601-6
C/o
MR. DAVID PEE

PLEASE TAKE NOTICE that on February 25 , 20 22 I have placed the
documents listed below in the institutional mail at SOUTHWESTERN Correctional Center,
properly addressed to the parties listed above for mailing through the United States Postal
Service:" MOTION TO HEREBY OPPOSE ANY REMOTE COURT APPEARANCES
FOR ALL TRIAL PROCEEDINGS, INCLUDING JURY SELECTIONS "/ W/EXHIBIT
A, B, C, D
" AFFIDAVIT IN SUPPORT OF MOTION TO HEREBY OPPOSE ANY REMOTE COURT E.
APPEARANCES FOR ANY TRIAL PROCEEDINGS, INCLUDING JURY SELECTIONS "

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of my
knowledge.

DATE: February 25, 2022

/s/ MR. Aaron O'Neal
NAME: AARON O'NEAL
IDOC#: N53022
SOUTHWESTERN Correctional Center
P.O. BOX 129
EAST ST. LOUIS , IL 62203 .

Revised Jan 2002

MR. AARON O'NEAL

N53822

950 KINGS~~~~~~~~

EAST ST. LOUIS, IL.

62203.

This correspondence is from
an individual in custody of the
Illinois Department of Corrections

FIRST-CLASS

US POSTAGE $pb$ PITNEY BOWES

ZIP 62203
02 7H
0001304868

$ 002.96⁰

MAR 03 2022

TO: THE CLERK OF THE U.S. DISTRICT COURT
151 U.S. COURTHOUSE
600 E. MONROE ST.
SPRINGFIELD, ILLINOIS.
62701.

"LEGAL MAIL"