# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| AARON O'NEAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 18-cv-04063-SEM-TSH |
| ) | |
| MANUEL ROJAS, et al., ) | Judge Sue E. Myerscough |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S MOTIONS *IN LIMINE*

NOW COMES the Plaintiff, AARON O'NEAL, by his attorneys, REEDE NEUTZE and STEPHEN BEEMSTERBOER, and moves this court for an Order *in Limine* to preclude Defendants and their counsel from, in the presence of the Jury, offering evidence, making inquiry of any witness (either in direct examination or cross examination), or from making argument (directly or by implication) as to the following matters as outlined in the following numbered paragraphs:

1. All evidence pertaining to Aaron O'Neal's prior criminal convictions, including, but not limited to aggravated sexual assault with a weapon, aggravated sexual assault with bodily harm, possession of a controlled substances, and attempted murder.

2. All evidence pertaining to any inmate witnesses' prior criminal convictions.

3. Any reference to Plaintiff's disciplinary history in the Illinois Department of Corrections.

4. Conveying to the jury that Plaintiff is dangerous or in any way undeserving of his constitutional rights as a citizen. Plaintiff requests he be treated with neutrality, if not respect, in the presence of the jury, by allowing for:

    a.  The Plaintiff to dress in civilian clothing at all times in which the jurors may likely observe him;

    b.  The Plaintiff to be free of all physical restraints during hearings where jurors or potential jurors may be present;

    c.  Prison security or IDOC security to be unobtrusive, remain a reasonable distance from Plaintiff, and be seated as far away from Plaintiff as practicable; and

    d.  The Jury to never view the Plaintiff in restraints in the hallway or during his transportation to and from the U.S. Marshals' holding cell.

Plaintiff's Memorandum of Law in Support of Plaintiff's Motion in Limine is filed concurrently with this motion and incorporated by reference to the foregoing motions.

Respectfully Submitted,

/s Reede Neutze
/s Stephen Beemsterboer

*Attorneys for the Plaintiff*
University of Illinois
College of Law
Federal Civil Rights Clinic
504 E. Pennsylvania Ave.
Champaign, IL 61820
aneutze2@illinois.edu
smb9@illinois.edu

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| AARON O'NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-cv-04063-SEM-TSH |
| | ) | |
| MANUEL ROJAS, et al., | ) | Judge Sue E. Myerscough |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

We hereby certify that on March 21, 2022, we electronically filed Plaintiff's Motions in Limine with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to Defendants' attorney below:

Maria D. Gray
ILLINOIS ATTORNEY GENERAL
500 S. Second Street
Springfield, IL 62701
(217) 782-5819
Maria.Gray@ilag.gov

/s Reede Neutze
/s Stephen Beemsterboer

*Attorneys for the Plaintiff*
University of Illinois
College of Law
Federal Civil Rights Clinic
504 E. Pennsylvania Ave.
Champaign, IL 61820
aneutze2@illinois.edu
smb9@illinois.edu