Greetings to you Mrs. Sue E. Myerscough, Honorable Justice presiding on O'neal v. Rojas. I am an inmate recently housed with Aaron O'neal, and I considered myself a friend because I too have been unjustly incarcerated and abused by the Judicial (30 yrs.) System, up in Winnebago Boone and McHenry Counties, where I have been taken advantage of to deprive me and my family of money. Attorney's fleeced me and perpetuated my demise all in the name of job security. But, I write to you not to address my issues, but for Mr. O'neal who I feel has been clearly mistreated and its ongoing. I too am a victim of this facility, whereby they have been opening my legal mail, withholding it, and where mail I sent to family never made it to them somehow mysteriously. And it was a letter explaining how pathetic our conditions are, or were during the recent Covid-19 outbreak, we experienced here in January. Now I have prepared an Affidavit explaining things from the eyes of an innocent bystander regarding O'neal, and I wanted to go on the record, in support of these current issues facing not only O'neal and myself, but any inmate seeking a adequate law library full of resources and the proper materials needed to prepare meritous legal claims and do so in a time sensitive manner as is required by law. Nevertheless I hope my efforts do not fall upon deaf ears, and my choice to initiate this communication may uncover the truth about what might be a calculated plot to defamate Mr. O'neal at such a suspicious time in his ordeals. Recently, my family has suffered a great loss, where my 79 yr. old Mother had 110,000 dollars taken

2/ from her in a elaborate plot to defraud her of her money, by use of the internet, acting as Paypal employees. They conned her, and got her to send all her money, and it put her in the hospital. Now we have to sell our farm land to pay our bills. A sad shame. My mom was so embarrassed she didn't tell us until 2½ months after the fact. This only happened because when I was in Stateville NRCC receiving center in Joliet they withheld access to a phone, and I was unable to intervene for my mother, to stop this travesty. It took 30 days for me to be able to call my family. When I filed a grievance about it they refused to pick it up, and so my cellmate Jordan Syverson, whose father is State Senator Dave Syverson (30 yrs) and I sent our grievances straight to the NRCC Warden himself, David Gomez. Unfortunately, they were sent back to us to file our grievances accordingly, but they don't follow their own policy. They also withheld pens, request slips, and ultimately grievances. I also plan on filing my own civil suit against Director Jeffreys and Warden Gomez for their complete failure to run a receiving center adequately. I have several hundred witnesses to corroborate my claims. I have read all of Oneals depositions from IDOC Administrators, including Director Baldwins conflagration of a deposition. Asleep at the wheel then and asleep at the wheel NOW! My claims are a Class Action just like Oneals. Justice will be served. And I look forward to that day. I need 2 favors. No. 1, could you yourself please call my mother and explain how to go about getting a hold of or contacting the F.B.I. The person who stold her money has a California phone # and because so, FBI has jurisdiction.

My mom is embarrassed to talk about this incident. But by you being a Woman, and a Federal Justice, I think she may feel a little more comfortable confering or confiding with yourself. And I believe you may be more able than I, to persuade her to seek help from Law enforcement such as the F.B.I. If you don't want to help, I understand. But she is very proud as a Swede, and a Farm girl, and stubborn as a Mule, x 10, LoL. I would appreciate your help Mrs. Myerscough. Her phone # is 815) 980-8812 or our family business of 55 yrs phone # 815) 923-4193. Her name is Marlys

The second favor is not really a favor but a request that you pass along my Affidavit I prepared in regards to Mr. Aaron O'neal. Who you should know was convicted in error but never seemed to garner the proper relief remedy or recourse. 30 years behind bars for a failed Trial, with a careless Judge, who also was either embarrassed, or to proud to admit that he failed O'neal, by his ill interpretation of the law, and how to applicate it. He (O'neal) has the dam Affidavits from the actual perps who admit he was not there, or involved. There was no real evidence to convict, and somehow here he sits. Just amazing. I stand besides myself when I contemplate his 3 decade plight. He shall get relief someday. That I can promise. I will help him. The system, the machine swallowed him. And now, its time for justice to prevail for Aaron O'neal.

What I ask or request is for you to please give his Counsel, that which you appointed he. Soon to be member of graduating class of 22 U of I college of Law Class, Mr. Steph Beemsterboer and Ms. Reede Neutze, my Affidavit so they can assist him in this time of need. He needs Counsel right Now. Or at least someone to confer with regarding this strange turn of event

"4 I can't send this to the U of I students because they are not Attorneys yet protecting privileged mail. So I am sending to you to give to him and her, his appointed Counsel. Technically, it not considered as ex parte communicado, but if you want to inform opposing Counsel be my guest. At the end of the day, someone has to confront the corruption over @ IDOC. When Aaron Oneal did, he faced much backlash, as he is facing now. Again, please forward over to his appointed counselors and maybe they can help. And maybe the F.B.I. can look into whats really going on in these fresh allegations levied against him. And maybe with your help, Oneal, the other current and future inmates @ SWICC and myself can get a Law Library adequate to aid us in our legal needs. I thank you for your help. Good luck dispositioning this Cause before you A.S.A.P., and perhaps I will someday have the pleasure of meeting you in person, shake your hand, and thank you for any help you were able to offer. If you talk to my Mom, tell her I love her. Oneal couldn't be there for his Mom.

Southwestern IL. Correct. Crter.  Sincerely, James Talib-
East St. Louis, IL. 62203         inmate # M41886

p 1 of 2

STATE OF ILLINOIS      )
                       ) ss
COUNTY OF St CLAIR     )

## AFFIDAVIT

I, James Talidis, do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts.

Something very bizarre is happening @ SWICC. Mr Oneal was accused of an alleged sexual act/conduct with someone I believe is being dishonest about these alleged events, and/or is working to set Mr. Aaron Oneal up, possibly by internal affairs here @ SWICC. Oddly, when Internal Affairs interviewed me about Oneal, they attempted to convince me that Oneal possibly is in fear of getting out of IDOC in June when his sentence was served, and committed this alleged sexual conduct so he wouldn't have to leave IDOC. Personally, I think he was set up because of the timing of these alleged actions, or alleged conduct, and because of the individuals involved. I personally caught this individual, one Billy Goble lying about multiple claims. I also noticed him to be disgruntled after he was confronted about spreading false rumors because he was jealous of another inmate who threatened to take his job being a Porter with Oneal. This individual plays a role and acts like he is a victim, but when others confront him he acts like a real tuff guy. I find him to be a master manipulator who has learned to be such from his childs Mother, who's brother is locked up here @ SWICC with Billy, and he too is a master manipulator who is a drug addict like Billy, and they both are addicted to Methamphetamine. It very much seems like Oneal is being set up to

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivoulously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _____ day of _____, 20__.

Continued on Page 2. /s/ James Talidis
_____
Affiant

defamate Oneal at a critical time in this Federal Civil cause, who ironically is against IDOC, as you are well aware. I believe its time to involve a real investigation through, and by the F.B.I. IDOC can't be trusted! This whole place is a 3 ring, Mickey Mouse Circu
— continued

STATE OF ILLINOIS    )
                     ) ss
COUNTY OF St. CLAIR  )

### AFFIDAVIT

I, __JBT_____, do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts.

Not only is SWICC a mess, as you can see from the depositions, that IDOC is a sad excuse for a competent and capable organization to care for 60,000 prisoners and employees. We have no E-File system, No Notary (we have waited (month)), No capable computer to look up caselaw or type Motions, No Law Clerks, and either missing, nonexistent, or outdated Legal or Law Books for both Civil and Criminal, State and Federal. It is pathetic and the Librarian who reads your documents before he copies them stated, "We like it that way". In regards to inmates filing legal documents challenging their disproportioned Sentences or violations to their Constitutional rights. Ironically, right before these odd allegations, Oneal just filed a 9 page Grievance against a SWICC Employee, and 2 days later this all happens? Another odd incident relates to the 1st alleged actions about Oneal taking place 12 days or so prior to his being placed in segregation involves the first rumor that I believe Billy Goble started to cause Oneal defamation. In that ordeal, one Jacob Anderson got into a scuffle with an inmate over that rumor about Anderson and Oneal involving sex by a dumpster while taking the garbage out. What appears as clearly negligent by IDOC Internal Affairs @ SWICC is if they were aware of allegations involving misconduct by Oneal (Sexual) why did they wait a dozen days to react?

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivoulously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __27th__ day of __March__, 20__22__.

_____James Bill Talidis_____
Affiant

Inmate James Bill Talidis (D.O.B. 4/7/72) I.D.O.C. # M41886
address: Southwestern Illinois Correctional Center, 950 Kingshighway
         East Saint Louis, IL. 62203

Inmate James B. Talutis
IDOC # M41886
Southwestern IL. Correction Center
950 Kings highway
East St. Louis, IL. 62203

SAINT LOUIS MO 630
28 MAR 2022 PM 4 L

This correspondence is from an individual in custody of the Illinois Department of Corrections

U.S. CENTRAL DIST. IL.
Federal Judge, Sue E. Myerscough
600 E. Monroe St., Suite 319
Springfield, IL. 62701

62701-157454

"Privileged Legal Mail"

PRIVILEGED LEGAL MAIL

© USPS 2019

Photograph front & back of envelope and save orig. envelope if compromised. Tape is mine.